**ROB BONTA**
Attorney General of California
**LAURA L. FAER**
Acting Senior Assistant Attorney General
**MARISSA MALOUFF**
**JAMES E. STANLEY**
Supervising Deputy Attorneys General
**LUKE FREEDMAN**
**ROBIN GOLDFADEN**
**BRENDAN M. HAMME**
**LORRAINE LOPEZ**
**KENDAL MICKLETHWAITE**
**MEGAN RICHARDS**
**NICHOLAS ESPÍRITU**
Deputy Attorneys General
  1515 Clay St.
  Oakland, CA 94612
  Telephone: (510) 879-3908
  E-mail: nicholas.espiritu@doj.ca.gov
 *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. **3:25-cv-04870-CRB**<br><br>**DECLARATION OF NICHOLAS ESPIRITU IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Trial Date: None Set<br>Action Filed: June 9, 2025 |

I, Nicholas Espíritu, declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of California, admitted to the bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California Department of Justice. The Attorney General is counsel to Plaintiffs Governor Gavin Newsom and the State of California. I make this declaration in support of Plaintiffs' motion for a temporary restraining order.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Service Employees International Union's ("SEIU") June 9, 2025 Press Release following the release of David Huerta, entitled *STATEMENT: SEIU President April Verrett on David Huerta's Release from Federal Custody* and available on SEIU's official website at https://www.seiu.org/2025/06/statement-seiu-president-april-verrett-on-david-huertas-release-from-federal-custody.

4. Attached hereto as **Exhibit B** is a true and correct copy of is a true and correct copy of U.S. Immigration and Customs Enforcement's ("ICE") Enforcement and Removal Operation Statistics, available on ICE's official website at https://www.ice.gov/statistics, last accessed on June 10, 2025.

5. Attached hereto as **Exhibit C** is a true and correct copy of an October 2, 2024 article written by Joseph Nunn and published by the Brennan Center for Justice, entitled *Limiting the Military's Role in Law Enforcement*, and available on the Brennan Center for Justice's official website at https://www.brennancenter.org/our-work/policy-solutions/limiting-militarys-role-law-enforcement.

6. Attached hereto as **Exhibit D** is a true and correct copy of a June 6, 2025 article published by ABC 7 News Los Angeles, entitled *Crowds clash with federal agents after dozens detained in ICE raids across LA*, and available on ABC 7 News's official website at

https://abc7.com/post/multiple-people-detained-ice-homeland-security-agents-conduct-2-separate-investigations-la/16678559/.

7.  Attached hereto as **Exhibit E** is a true and correct copy of the June 7, 2025 Memorandum from President Trump to the Secretary of Defense, Attorney General, and Secretary of Homeland Security, regarding "Department of Defense Security for the Protection of Department of Homeland Security Functions."

8.  Attached hereto as **Exhibit F** is a true and correct copy of a June 7, 2025 article written by Damian Dovarganes and Olga R. Rodriguez and published by the Associated Press, entitled *Federal authorities arrest dozens for immigration violations across Los Angeles*, and available on the Associated Press's official website at https://apnews.com/article/immigration-raids-los-angeles-f8c4160e32be0ff77c5d4bf0ccef98cc.

9.  Attached hereto as **Exhibit G** is a true and correct copy of a June 7, 2025 article published by Al Jazeera, entitled *ICE launches 'military-style' raids in Los Angeles: What we know*, and available on Al Jazeera's official website at https://www.aljazeera.com/news/2025/6/7/ice-launches-military-style-raids-in-los-angeles-what-we-know.

10.  Attached hereto as **Exhibit H** is a true and correct copy of a June 7, 2025 article written by Melanie Mason and published by Politico, entitled *Newsom blasts deployment of National Guard to LA as 'purposefully inflammatory'*, and available on Politico's official website at https://www.politico.com/news/2025/06/07/newsom-national-guard-los-angeles-00393526.

11.  Attached hereto as **Exhibit I** is a true and correct copy of a June 6, 2025 article published by Fox 11 Los Angeles News, entitled *LA immigrant families reportedly detained by ICE at routine check-ins sparks human rights concerns*, and available on Fox 11 News's official website at https://www.foxla.com/news/ice-la-immigration-routine-check-ins-human-rights-concerns.

12.  Attached hereto as **Exhibit J** is a true and correct copy of a June 8, 2025 Press Release from U.S. Northern Command (USNORTHCOM), entitled *USNORTHCOM statement regarding protection of federal property and personnel in the Los Angeles Area*, and available on

3

USNORTHCOM's official website at https://www.northcom.mil/Newsroom/Press-Releases/Article/4209228/usnorthcom-statement-regarding-protection-of-federal-property-and-personnel-in/.

13.     Attached hereto as **Exhibit K** is a true and correct copy of a June 8, 2025 letter sent from the California Office of the Governor to Secretary of Defense Pete Hegseth, regarding Federalization of the California National Guard, via e-mail delivery.

14.     Attached hereto as **Exhibit L** is a true and correct copy of a June 7, 2025 post on the social media website X by Mayor of Los Angeles Karen Bass, available on X's website at https://x.com/MayorOfLA/status/1931518214414172656?.

15.     Attached hereto as **Exhibit M** is a true and correct copy of a June 8, 2025 article written by Tyler Pager and published by the New York Times, entitled *Trump Jumps at the Chance for a Confrontation in California Over Immigration*, and available on the New York Times's official website at https://www.nytimes.com/2025/06/08/us/politics/trump-california-immigration.html.

16.     Attached hereto as **Exhibit N** is a true and correct copy of ongoing news coverage last updated on June 9, 2025 at 10:33 p.m. PT and published by NBC News, entitled *700 Marines will deploy as immigration protests continue*, and available on NBC News's official website at https://www.politico.com/news/2025/06/07/newsom-national-guard-los-angeles-00393526

17.     Attached hereto as **Exhibit O** is a true and correct copy of the June 7, 2025 Memorandum for Adjutant General of the California National Guard Through: The Governor of California, with the subject line "Calling Members of the California National Guard into Federal Service."

18.     Attached hereto as **Exhibit P** is a true and correct copy of a June 9, 2025 Memorandum for Adjutant General of the California National Guard Through: The Governor of California, with the subject line "Calling Additional Members of  the California National Guard into Federal Service."

19.     Attached hereto as **Exhibit Q** is a true and correct copy of a June 7, 2025 press release from California Governor Gavin Newsom, entitled *Governor Gavin Newsom on speaking*

4

1 *out peacefully*, and available on the Governor's official website at

2 https://www.gov.ca.gov/2025/06/07/governor-gavin-newsom-on-speaking-out-peacefully/.

3     20.    Attached hereto as **Exhibit R** is a true and correct copy of a June 9, 2025 article

4 written by Austin Turner, Dean Fioresi, and Camilo Montoya-Galvez and published by CBS

5 KCAL News, entitled *Los Angeles immigration enforcement operations set to continue after*

6 *weekend of protests, National Guard deployment*, and available on CBS News's official website

7 at https://www.cbsnews.com/losangeles/news/national-guard-troops-los-angeles-immigration-

8 protests/.

9     21.    Attached hereto as **Exhibit S** is a true and correct copy of a June 10, 2025 letter

10 sent from the California Office of the Governor to Secretary of Defense Pete Hegseth, regarding

11 Federalization of the California National Guard, via e-mail delivery.

12     22.    Pursuant to N.D. Cal. L.R. 65-1 and Fed. R. Civ. P. 65, counsel from my office

13 emailed notice of the instant application to counsel for the Defendants, the United States

14 Department of Justice at Garry.Hartlieb2@usdoj.gov; Eric.Hamilton@usdoj.gov;

15 Alex.Haas@usdoj.gov; Christopher.Edelman@usdoj.gov; and Ben.Kurland@usdoj.gov. The

16 United States Department of Justice stated to our office "Defendants oppose any ex parte

17 proceedings in this matter and request no less than 24 hours from the time that Plaintiffs file their

18 motion for a temporary restraining order to file a response brief.  Should the Court desire to rule

19 on the temporary restraining order in the absence of Defendants' written response, Defendants

20 seek to be heard at a hearing and are available at any time."

21

22     I declare under penalty of perjury under the laws of the United States that the foregoing is

23 true and correct.

24 Executed on June 10, 2025, at Oakland, California.

25                              /s/ Nicholas Espíritu

26                              Nicholas Espíritu

27

28

**EXHIBIT I**

# LA immigrant families reportedly detained by ICE a routine check-ins sparks human rights concerns

By FOX 11 Digital Team | Published June 6, 2025 8:48am PDT | Immigration | FOX 11 |

**LA ICE raids conducted at multiple locations; community speaks out**

Several protests were held Friday in response to immigration raids at various locations in Los Angeles.

---

**The Brief**

- Immigrant families, including children, are reportedly being detained by ICE at the Los Angeles federal building during routine check-ins.

- Advocates and a U.S. Representative describe conditions as inhumane, with overcrowding, lack of food and water, and families held overnight.

- No official statement from ICE or DHS on these specific detentions is currently availabl but investigations are being demanded.

---

**LOS ANGELES** - Alarming reports from the Edward R. Roybal Federal Building i[n] downtown Los Angeles indicate that immigrant families, including asylum seeke[rs] and children, are being detained by Immigration and Customs Enforcement (IC[E]) during what were previously considered routine check-ins.

This concerning shift in practice has sparked immediate human rights concern[s] and demands for an investigation from prominent officials and advocacy group[s] who describe conditions for those held as inhumane.

## Inhumane conditions reported at federal building

What we know: Immigrants, many asylum seekers with children, were reported[ly] detained by ICE after arriving for scheduled check-ins at the Roybal Federal Building. Eyewitness accounts and attorney reports detail overcrowded conditions, with individuals held in the building's basement, conference rooms, and even outdoor tents due to lack of space. People are being processed and moved to facilities out of state that have room[,] as there is none left in the local facilities.

Detainees have reportedly been deprived of food and water for 12 to 24 hours [or] more, with some families, including young children, forced to endure these conditions overnight. Additionally, lights in the building reportedly shut off at 5 p.m., leaving families in complete darkness.

One attorney reported a client was being held without food or water from 2 p.[m.] until the next day, while his wife and two children waited over 12 hours. There [are] also reports of a 20-year-old woman being held alone, separated from her mother, despite having legally checked in with ICE for years and being days fro[m a] court date for an asylum process.

Attorneys inside said this began Tuesday, with more than a hundred people in custody. Local immigration groups protesting outside the federal building and [...]

Metropolitan Holding Facility say people are being denied due process and that the federal building basement is not a fitting location to hold people.

**LA ICE Raids: Protesters rally in downtown**

Hundreds gathered in downtown LA Friday to protest immigration raids that w being conducted throughout the city.

What they're saying: Representative Jimmy Gomez (CA-34), whose district inclu the Roybal Federal Building, condemned the detentions.

"These are very disturbing reports from L.A.'s Roybal Federal Building," said Gomez. "Law-abiding asylum seekers — many with kids — are being detained after showing up for routine ICE check-ins. No food. No water. Locked in holdir rooms for over 12 to 24 hours. These are not criminals. These are families who followed the rules. Filed the paperwork. Showed up on time. Instead, they're being treated like they broke the law just for seeking asylum."

Gomez further added, "This isn't 'just how the system works.' This is a system breaking people. Bureaucracy weaponized against those who complied. DHS— demand to go in to get answers. We need to know why law-abiding asylum seekers are being detained, separated, and treated like criminals."

The League of United Latin American Citizens (LULAC) also issued a national ale and demanded an immediate federal investigation. Roman Palomares, LULAC National President and Chairman of the Board, stated, "This is beyond unacceptable — it is unconscionable. The notion that our federal courthouse – place that symbolizes the pursuit of justice — is now being used as a de facto detention facility under ICE authority, is an affront to every value our nation is supposed to uphold. We are demanding answers: Who is being held, who is holding them, and under what legal justification? We must not allow the courthouse to become a cage."

Palomares continued, "It is inconceivable that in the United States of America, a nation that claims to value the rule of law, we are seeing such blatant disregard for due process, civil rights, and human dignity. These are individuals whose las hope rests with the U.S. judicial system. Instead, they are being detained in the very place they came to for justice. This violates our own constitution and international human rights standards."

The other side: While no specific statement from ICE or the Department of Homeland Security (DHS) regarding these particular allegations the Roybal Federal Building is currently available, ICE operates under a broad mandate to enforce U.S. immigration laws.

According to attorneys on site, ICE claims it can detain people indefinitely even they have a "legal stay," which is generally a temporary suspension of a deportation order.

From ICE's general operational perspective, the presence of a legal stay does not always preclude detention, as individuals may still be deemed ultimately removable under immigration statutes or present other factors that, in ICE's view, warrant continued custody. Enforcement actions, including arrests at check-ins, are part of ICE's stated mission to apprehend individuals violating immigration laws.

## Nationwide arrests

Big picture view: These reported detentions in LA align with a broader federal effort to significantly escalate immigration arrests nationwide. Internal government data shows ICE arrests during President Donald Trump's second term have already surpassed 100,000 this week, including over 2,000 arrests on both Tuesday and Wednesday. This marks a dramatic increase from the daily average of approximately 660 arrests during the first 100 days of the Trump administration.

These numbers reportedly move closer to the stated goal of top administration officials, such as White House deputy chief of staff Stephen Miller, who has pushed for ICE to conduct "a minimum" of 3,000 arrests each day.

**ICE raid at alleged underground nightclub in LA**

Agents with homeland security and ICE raided an alleged underground nightclu
in Los Angeles. HSI Los Angeles said more than 30 people with ties to China an
Taiwan were arrested in the raid.

This aggressive expansion, which includes arresting migrants and asylum-seeke
at court hearings or check-in appointments, is seen by critics as deterring
individuals from complying with the legal process and creating a dangerous
situation for immigrant communities.

What's next: LULAC is urgently calling for a full and immediate investigation by
Department of Justice and the Office of the Inspector General. The
also demand an accounting from ICE and federal court officials
regarding the legal basis and circumstances of these detentions, a halt to any
deportation actions until due process is fully afforded to every individual in
custody, and oversight by members of Congress, particularly the Congressiona
Hispanic Caucus and the House and Senate Judiciary Committees.

Representative Gomez has also demanded access to the facility. As the son of immigrants, Gomez has been a strong advocate for immigrant families, previou filing an amicus brief urging the court to uphold the 14th amendment's guaran of citizenship and supporting the Dream and Promise Act of 2025.

He has also called on the IRS and DHS to halt the misuse of confidential taxpay data for immigration enforcement and is leading efforts to reinstate the Citizenship and Assimilation (C&A) Grant Program.

**The Source:** This article's information comes directly from official statement and reports by Representative Jimmy Gomez and the League of United Latin American Citizens (LULAC). Context for the broader immigration enforcemer trends was sourced from a Fox News report based on internal government data.

**Immigration**      **Los Angeles**      **Instastories**      **Downtown LA**

This material may not be published, broadcast, rewritten, or redistributed. ©2025 FOX Television Stations

**EXHIBIT A**



**Contact:**
SEIU National Media, media@seiu.org

Issued June 09, 2025

# STATEMENT: SEIU President April Verrett on David Huerta's Release from Federal Custody

*Following the release of SEIU California and SEIU-USWW President David Huerta from federal custody, SEIU International President April Verrett released the following statement.*

"David Huerta was arrested while standing up for immigrants' rights. Today, a judge set him free after federal authorities attacked, injured, and unjustly detained him since Friday. We are relieved that David is free and reunited with his family and we are deeply grateful to the hundreds of elected officials, civil rights leaders, labor partners and allies from across the nation who stood in solidarity and demanded David's release.

"But this struggle is about much more than just one man. Thousands of workers remain unjustly detained and separated from their families. At this very moment, immigrant communities are being terrorized by heavily militarized armed forces. The Trump regime calling in the National Guard is a dangerous escalation to target people who disagree with them. It is a threat to our democracy. The federal government should never be used as a weapon against people who disagree with them.

"SEIU will always stand up to protect the rights and dignity of hard working people, and the safety of workers in the workplace. Imagine what it feels like for thousands of workers around the country to be attacked by masked men with weapons, or to bear witness to their co-workers getting dragged away, knowing their kids may not see them again.

"It is shameful and wrong that this administration is attempting to tear apart our families, communities and disrupt the lives of peaceful, hardworking people. It is yet another attempt to use people's race and

country of origin to divide us as Americans. It won't work. And these cruel ICE raids are economically destructive, hurting all working people by targeting the essential immigrant workers who are the backbone of our economy.

"America is a nation of immigrants. Immigrant workers are essential to our society: feeding our nation, caring for our elders, cleaning our workplaces, and building our homes. Immigrants are scientists, they are teachers and professors. They are our co-workers, neighbors and family members. They deserve our respect and they need their constitutional rights respected.

"We demand the release of all people unjustly detained, and an end to the raids. We demand that all immigration proceedings uphold the principles of due process, and that all detainees have access to the legal representation and rights promised by the constitution."

###

###

      

Paid for by SEIU COPE and United We Can, seiu.org. Not authorized by any candidate or candidate's committee.



**EXHIBIT** B

 **Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

 **Secure .gov websites use HTTPS**
A **lock** (🔒) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

⊕ En Español  ▯ Contact Us  ⚯ Quick Links

 **U.S. Immigration and Customs Enforcement**

Search

Call 1-866-DHS-2-ICE    Report Crime

ICE

# ICE Enforcement and Removal Operations Statistics

U.S. Immigration and Customs Enforcement's Enforcement and Removal Operations (ERO) officers enforce immigration laws within the interior to preserve national security and public safety.

ERO manages all aspects of the immigration enforcement process, including the identification, arrest, detention and removal of aliens who are subject to removal or are unlawfully present in the United States.

Like all law enforcement agencies, ERO officers prioritize their enforcement actions based on agency and department priorities, funding and capacity. ERO operations are flexible enough to allow its officers to respond to events such as spikes in border crossings, modifications to U.S. laws, pandemics, and natural disasters at home and abroad.

**The following dashboards present for the first time information and trends in arrests, detentions, removals and alternatives to detention as of December 31, 2024.**

The dashboards will be updated quarterly.



ERO enforces laws by arresting immigration violators in the interior of the United States. It relies on statutory law enforcement authority to identify and arrest aliens who may present threats to national security or public safety, or who otherwise undermine the integrity of U.S. immigration laws. ERO uses targeted, intelligence-driven operations to prioritize its enforcement actions in ways that help protect communities nationwide. While ERO primarily conducts administrative arrests of aliens it has probable cause to believe are removable from the United States, it also has the authority to execute criminal arrest warrants and initiate prosecutions for criminal activity, including immigration-related crimes. ERO officers assigned to task forces also help target and apprehend foreign fugitives in the United States who are wanted for crimes here and abroad by working with domestic and international partners.

- **Arrests by country of citizenship and criminal history:** ERO arrests are broken down by country of citizenship and categories of criminal history that include people with:

- ○ U.S. criminal convictions.
- ○ Pending criminal charges in the United States.
- ○ No convictions or pending charges but who have broken U.S. immigration laws including visa overstays and Visa Waiver Program violators.*

*This category includes those who have repeatedly violated U.S. law by reentering after deportation, immigration fugitives with an executable final order of removal, and international fugitives wanted for crimes committed abroad.
- For fiscal years 2021 and 2022, this category also includes individuals apprehended while attempting to unlawfully enter the United States after January 1, 2021.
- **ERO arrests over time:** Historically, ERO most commonly arrests immigration violators with convictions involving DUI, drug possession, assault and criminal (non-civil) traffic offenses such as hit-and-run or leaving the scene of an accident.
- **Arrests by Area of Responsibility (AOR):** ERO has 25 field offices, which are geographic areas of responsibility, around the country, each headed by a field office director.

ARRESTS



ICE provides the above Arrests, Removal, Detention and Alternatives to Detention statistics for public use. ICE confirms the integrity of the data as published on this site and cannot attest to subsequent transmissions. Data fluctuate until "locked" at the conclusion of the fiscal year. These statistics are published with data one quarter in arrears. Future quarter-end and year-end reporting may include corrections and other updates and will supersede previous quarter's data.

*The Harlingen AOR was added from parts of San Antonio and Houston in FY2022.



# DETENTION

ERO oversees the civil immigration detention of one of the most diverse and rapidly changing detained populations in the world. The ERO Headquarters Custody Management and ICE Health Service Corps divisions help officers in the field manage the detained population and ensure detained aliens' health and safety, ensure compliance with ICE's detention standards, and provide medical care — including mental health care — to detained individuals.

ICE detains individuals as necessary, including to secure their presence for immigration proceedings and removal from the United States. ICE also detains those who are subject to mandatory detention under U.S. immigration law and those a supervisor has determined are public safety or flight risks.

After ICE arrests and processes individuals for administrative immigration violations or CBP and other state, local and federal law enforcement partners turn them over to ICE, officials may detain them while their immigration cases are pending or release them under a form of supervision. Both ICE and the Department of Justice's Executive Office for Immigration Review — the office that oversees the immigration court system — can impact custody status at various points during a alien's immigration proceedings.

Officials make custody determinations on an individual basis, taking into account all facets of a person's situation, including their immigration history and criminal records. Authorities also consider family ties, humanitarian issues and whether a person may be a flight risk.

Whenever possible, ICE seeks to house detained individuals within the geographical areas of their arrests to minimize their time in ICE custody and keep them close to family, friends and legal representatives.

Most detained individuals are transfers from CBP following arrests at the border. ICE is legally obligated to detain some of these people, including those with certain criminal histories.

If an alien or their representative believes they should not be subject to enforcement, detention or removal, they should contact their local ERO field office to request a case review or initiate the ICE Case Review process. People who want to contact ICE about their cases should first notify their local ERO field office via email with supporting documentation for an initial review.

- **Detention by country of citizenship and criminal history:** Detained individuals are categorized in the following ways:
  - Individuals with criminal convictions.
  - Individuals with pending criminal charges.
  - Those with no convictions or pending charges but who have broken U.S. immigration laws.*

  *The third category includes individuals without any known criminal convictions or pending charges who have repeatedly violated U.S. law by reentering after deportation; immigration fugitives with a final order of removal by an immigration judge; and foreign fugitives wanted for crimes committed abroad.

- **Detention over time:** Most detained individuals are transfers from CBP following arrests made at the border. Higher numbers of border crossings are typically associated with higher detention numbers.



# U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
## DETENTION STATISTICS

*Results of fewer than 10 aliens for filtered values are obscured for privacy reasons. Data as of beginning of October 2020 through end of December 2024. Data is current as of January 2025.*

**Detentions** 1,141,047

| Date Selector | Detention Fiscal Year | Detention Month | Area of Responsibility* | Country of Citizenship | Criminality | Arresting Agency |
|---|---|---|---|---|---|---|
| Year | (All) | (All) | (All) | (All) | (All) | (All) |

**Criminality**
- Criminal Conviction
- Other Immigration Violator
- Pending Criminal Charges

### Detentions by Criminality and AOR

Phoenix, San Antonio, Harlingen, New Orleans, Houston, San Diego, El Paso, Dallas, Miami, New York City, Atlanta, Chicago

Detentions axis: 20,000 40,000 60,000 80,000 100,000 120,000 140,000 160,000 180,000 200,000 220,000

### Detentions Over Time

FY 2021, FY 2022, FY 2023, FY 2024, FY 2025

Detentions axis: 100,000 200,000 300,000

**Color Selector**
Criminality

**Axis Selector**
Area of Responsibility

### Detentions by Area of Responsibility (AOR)

Detentions: 2,725 – 234,351

© OpenStreetMap

### Detentions by Country of Citizenship

Detentions: 10 – 31,000

© 2025 Mapbox © OpenStreetMap

ICE provides the above Arrests, Removal, Detention and Alternatives to Detention statistics for public use. ICE confirms the integrity of the data as published on this site and cannot attest to subsequent transmissions. Data fluctuate until "locked" at the conclusion of the fiscal year. These statistics are published with data one quarter in arrears. Future quarter-end and year-end reporting may include corrections and other updates and will supersede previous quarter's data.

*The Harlingen AOR was added from parts of San Antonio and Houston in FY2022.



# REMOVALS & EXPULSIONS

ICE's authority to remove aliens exists under the Immigration and Nationality Act pursuant to Title 8 of the U.S. Code, sometimes called "Title 8 authority."

Between March 2020 and May 2023, the Department of Homeland Security quickly expelled irregular border crossers from the United States under a public health order the Centers for Disease Control and Prevention issued March 21, 2020, sometimes called "Title 42 authority."

**Title 8:** ICE principally removes aliens from the United States after they have received a final order of removal. These removal operations require complex coordination, management and facilitation efforts to successfully remove and return aliens from the United States. ERO accomplishes this mission through charter flights and on commercial airlines for escorted and unescorted removals, in addition to ground transportation missions on the northern and southern borders and at ports of entry.

ERO's highest-profile removals generally comprise fugitives wanted for serious crimes in other countries, such as homicide, gang-related offenses, corruption and fraud. Often, these individuals come to ERO's attention because of Interpol notices. Other high-profile removals include known or suspected terrorists, those involved in counterproliferation crimes, and those on the terrorist watch list and no-fly list. War criminals and others convicted or suspected of committing human rights abuses — including torture, ethnic cleansing and genocide — are also in this category. Authorities escort high-profile removals out of the country via commercial flights, regularly scheduled ICE charter flights and special high-risk charters. In many cases, the individuals are turned over to law enforcement authorities in their home country to face charges or sentencing.

**Title 42:** Title 42 is a public health authority guided by the CDC and is not an immigration authority. On March 21, 2020, The U.S. Department of Health and Human Services transferred Title 42 Public Health Authority to CBP. Under Title 42, CBP prohibited the entry of certain people who potentially posed a health risk by being subject to previously announced travel restrictions or having unlawfully entered the country to bypass health screening measures. Under Title 42 authority, DHS rapidly expelled irregular border crossers to their country of last transit — Canada or Mexico — or, when such an expulsion was not possible, interagency partners engaged foreign government officials to secure aliens' expulsion to their countries of origin.

REMOVALS



ICE provides the above Arrests, Removal, Detention and Alternatives to Detention statistics for public use. ICE confirms the integrity of the data as published on this site and cannot attest to subsequent transmissions. Data fluctuate until "locked" at the conclusion of the fiscal year. These statistics are published with data one quarter in arrears. Future quarter-end and year-end reporting may include corrections and other updates and will supersede previous quarter's data.

*The Harlingen AOR was added from parts of San Antonio and Houston in FY2022.

ICE served a role in transporting aliens expelled under Title 42 via ICE charter flights.

The data in the chart below represents only Title 42 expulsions conducted by ICE via ICE charter flights. Effective May 11, 2023, President Joe Biden declared the end of the COVID-19 national emergency.

Comprehensive data related to Title 42 expulsions for the United States is available through CBP. For additional information, please visit CBP's Title 42 statistical report.

EXPULSIONS



# U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
## TITLE 42 EXPULSIONS STATISTICS

Results of fewer than 10 aliens for filtered values are obscured for privacy reasons. Data is from 10/1/2020 through 5/11/2023. Data is current as of end of September 2023.

**T42 Expulsions**

149,347

| Metric Selection | Date Selector | Expulsion Fiscal Year | T42 Expulsion Month | Country of Citizenship |
|---|---|---|---|---|
| T42 Expulsions (Individuals) | Year | (All) | (All) | (All) |

**Country of Citizenship**

- Brazil
- Colombia
- Dominican Republic
- Ecuador
- El Salvador
- Guatemala
- Haiti
- Honduras
- Mexico
- Nicaragua
- Peru

**Color Selector**
Country of Citizenship

**Axis Selector**
Country of Citizenship

### T42 Expulsions (Individuals) by Country of Citizenship

### T42 Expulsions (Individuals) Over Time

### T42 Expulsions (Individuals) by Country of Citizenship

T42 Individuals/Flights
50 — 40,483

© 2025 Mapbox © OpenStreetMap

Individual T42 Expulsion flights may stop at multiple locations. ICE confirms the integrity of the data as published on this site and cannot attest to subsequent transmissions. Data fluctuates until "locked" at the conclusion of the fiscal year. These statistics are published with data one quarter in arrears. Future quarter-end and year-end reporting may include corrections and other updates and will supersede previous quarter's data.



## ALTERNATIVES TO DETENTION

The Alternatives to Detention (ATD) program's Intensive Supervision Appearance Program is an alien compliance tool overseen by ERO.

ATD uses technology and case management to more closely monitor cases assigned to the non-detained docket where detention is not necessary or appropriate. The level of supervision and technology participants are assigned is based on their current immigration status, criminal history, compliance history, community or family ties, caregiver or provider status, and other humanitarian or medical conditions. Officials may enroll aliens in ATD following a border apprehension by CBP or an ICE interior administrative arrest, or at a later stage in removal proceedings.

In fiscal year 2023, ICE's ATD program deployed the following types of monitoring:

- **Facial matching technology:** Facial matching technology allows participants to report compliance via an app installed on an alien's own smartphone or a dedicated government-issued device.
- **GPS monitoring:** Satellites track participants' location to ensure compliance with conditions of release.
- **Telephonic reporting (telephonic check-in):** Phone calls are compared against a voiceprint obtained during enrollment.
- **Wrist worn device:** Provides GPS monitoring, facial matching, and virtual case management functionality, including virtual check-ins and reminders. ICE is conducting a limited deployment of 50 wrist worn devices in the Denver AOR.

ALTERNATIVES TO DETENTION



ICE provides the above Arrests, Removal, Detention and Alternatives to Detention statistics for public use. ICE confirms the integrity of the data as published on this site and cannot attest to subsequent transmissions. Data fluctuate until "locked" at the conclusion of the fiscal year. These statistics are published with data one quarter in arrears. Future quarter-end and year-end reporting may include corrections and other updates and will supersede previous quarter's data.

*The Harlingen AOR was added from parts of San Antonio and Houston in FY2022.

*Unknown Legal Stage: Legal stage data was unavailable when the record was produced. Data is extracted under a point-in-time scenario.

# Additional Resources

- ICE Fiscal Year 2024 Annual Report
- ICE Fiscal Year 2023 Annual Report
- ICE Fiscal Year 2022 Annual Report
- ICE Fiscal Year 2021 Annual Report

- [ICE Annual Report Fiscal Year 2020](#)
- [Fiscal Year 2020 Enforcement and Removal Operations Report](#) | [Local Statistics 2020](#)
- [Fiscal Year 2020 Homeland Security Investigations](#)
- [Fiscal Year 2019 Enforcement and Removal Operations](#) | [Local Statistics 2019](#)
- [Fiscal Year 2019 Homeland Security Investigations](#)
- [Fiscal Year 2018 Enforcement and Removal Operations](#) | [Local Statistics 2018](#)
- [Fiscal Year 2018 Homeland Security Investigations](#)
- [Fiscal Year 2017 Enforcement and Removal Operations](#) | [Local Statistics 2017](#)
- [Fiscal Year 2017 Homeland Security Investigations](#)
- [Fiscal Year 2016 Enforcement and Removal Operations](#) | [Local Statistics 2013-2016](#)
- [Fiscal Year 2016 Homeland Security Investigations](#)
- [Fiscal Year 2015 Enforcement and Removal Operations](#)
- [Fiscal Year 2014 Enforcement and Removal Operations](#)
- [Fiscal Year 2013 ICE Immigration Removals](#)

# Definitions

| Term | Definition |
| --- | --- |
| Aliens | People without U.S. citizenship or nationality, which may include stateless people. |
| AOR | AOR refers to the area of responsibility that ICE has identified as a geographic region for an action taken. |
| Arresting Agency | Arresting agency is either CBP or ICE. Border patrol and inspections by air, land or sea are the program areas included within the CBP data. |
| Arrests | ICE administrative arrests occur when an ICE officer physically apprehends an alien for a non-criminal civil infraction. The immigration courts hear these cases. ICE civil immigration enforcement arrests do not always lead to detention. |
| ATD | ATD refers to ICE's Alternatives to Detention program. ATD is a flight-mitigation tool that uses technology and case management to ensure alien compliance with release conditions, court hearings and final orders of removal while allowing them to remain in their communities as they move through the immigration process or prepare for departure from the United States. |
| CBP | U.S. Customs and Border Protection. |
| Citizenship Country | Country of citizenship of the alien . Country of Citizenship is derived from the ICE system of record as it is input by the officer at the time of processing. An "Unknown" Country indicates the alien failed or refused to identify a country of citizenship or the officer lacked documentation to do so at the time. Country of Birth or Citizenship can be updated at anytime during the Immigration Lifecycle by an Officer. These aliens can include those that were born in Palestine, West Bank, or the Gaza strip and considered Stateless. |
| Criminality | Criminality encompasses three categories: individuals with criminal convictions, people with pending criminal charges, and other immigration violators. Those with convictions are immigration violators who have a criminal conviction in ICE's system of record at the time of the enforcement action. Pending criminal charges refers to an immigration violator with pending criminal charges in ICE's system of record at the time of the enforcement action. Other immigration violators are individuals without any known criminal convictions or pending charges in ICE's system of record at the time of the enforcement action. |
| Detentions | The detention data presented counts the number of initial book-ins into ICE facilities and does not include juveniles who are transferred to Office of Refugee Resettlement custody or housed in an ORR facility. U.S. Marshals Service prisoners are also excluded. Transfers between ICE facilities are not counted as new detention events, and aliens may be booked into ICE facilities more than once without triggering a new detention event. |
| Expulsions | The term 'Expulsion' refers to the removal of an alien pursuant to the United States Code other than Title 8 such as Title 42 or Title 50. |
| Facial Monitoring | Facial monitoring technology is a form of monitoring for ATD participants. It is a smartphone application that uses facial recognition technology to verify the user's identity and physical location. This application also provides video conferencing, community referrals, messaging between the alien and an officer, document capturing, appointment reminders and a calendar. |
| GPS Ankle Monitor | A GPS ankle monitor is a low-profile ankle bracelet that uses GPS to provide detailed information about an ATD participant's movement. |
| ICE | U.S. Immigration and Customs Enforcement. |
| Removals | ICE removal data includes returns. Returns include:<br><br>- Voluntary returns: Discretionary relief granted by an ICE officer at the border by permitting an alien to depart the United States without a removal order and related immigration consequences.<br>- Voluntary departures: Discretionary relief granted in removal proceedings or by an ICE officer in lieu of removal proceedings permitting an alien to depart the United States voluntarily without a removal order and related immigration consequences. |

| Term | Definition |
|------|-----------|
| | • Withdrawals under docket control: Discretionary relief granted by an ICE officer or immigration judge to an alien encountered at a port of entry that permits the alien to voluntarily withdraw an application for admission to the United States and depart the United States without a removal order and related immigration consequences.<br><br>ICE Removals include aliens processed for Expedited Removal (ER) or Voluntary Return (VR) that are turned over to ERO for detention. As of May 12, 2023, aliens processed for ER that were turned over from Border Patrol to ICE for removal via ICE Air are also included. Aliens processed for ER and not detained by ERO or VR after June 1, 2013, and not detained by ERO are primarily processed by Border Patrol. Those statistics are not included in this dashboard and are maintained by CBP. This does not include Title 42 expulsions. |
| Staging sites or S-sites | Staging sites, also known as S-Sites, are locations mostly along the Southwest Border that enroll participants being released from CBP or ICE custody. These participants are generally given fewer than 30 days to report to an ERO office in their final destination AOR. After a participant arrives in their AOR, local ATD officers determine their continued suitability in the ATD program and possible transition to other sites. |
| Telephonic Check-in | Telephonic check-in is a form of monitoring in the ATD program and is a multilingual telephonic voice recognition system. Telephonic check-in automatically calls ATD program participants in one of 36 languages and validates participants' voices against a master template resulting in pass or failure. |
| Unmapped AOR Records | An 'Unmapped AOR' indicates that the location of a given enforcement action is not mapped to a specific AOR in the database. |
| Wrist worn device | Provides GPS monitoring, facial matching, and virtual case management functionality, including virtual check-ins and reminders. |

# Access and Export Congressionally Mandated ICE Data

- [ICE Detention Statistics](#)

# Access and Export ICE Data

To download the underlying ICE data from all the dashboards as an Excel spreadsheet, click here.

*Applied filters will not be captured in the data download.*
*Records with less than 10 aliens are excluded for privacy reasons.*

# Tips for Using the ICE Dashboards

This page is best viewed on a desktop computer. If you are using Internet Explorer, you may have issues viewing the charts on this page. Please use another browser, such as Chrome, Safari, Firefox or Edge to view. When using a mobile device, the charts are best displayed in landscape mode. If the charts are not loading or appear overlapping, refresh your browser or press Ctrl+F5 on a PC or Cmd+R on a Mac.
Dashboards are best viewed in "Full Screen." To enter "Full Screen" click the "Full Screen" button next to "Share" at the bottom-right corner of each dashboard.



# Tips for Exporting ICE Dashboards as Images

To download the underlying data as an Image, PDF, or PowerPoint spreadsheet, click the "Download" button next to "Full Screen" at the bottom-right corner of each dashboard.

*Records with less than 10 aliens are excluded for privacy reasons.*



ADDRESS

500 12th St SW
Washington, DC 20536

Report Crimes: Call 1-866-DHS-2-ICE

RELATED INFORMATION

Mission
Who We Are
ICE Leadership
Career Opportunities
News Releases and Statements

CONTACT US

General Information
ICE Field Offices
HSI International Offices
Media Inquiries
Small Business

About Us                    Immigration Enforcement

Combating Transnational Crime        Newsroom



**ICE Contact Center**

Report suspicious activity: 1-866-DHS-2-ICE

ICE.gov
An official website of the U.S. Department of Homeland Security

About ICE              Archive              The White House
Accessibility          No FEAR Act Data     DHS Components
FOIA Requests          Site Links           USA.gov
Privacy Policy         Performance Reports
DHS.gov                Inspector General

National
Terrorism
Advisory
System

**EXHIBIT C**



# Limiting the Military's Role in Law Enforcement

The Posse Comitatus Act bars the armed forces from serving as civilian police, but loopholes and exceptions undermine its effectiveness.



**Joseph Nunn**

**PUBLISHED:** October 2, 2024

In May 1992, seven U.S. Marines joined two local police officers as they responded to a domestic violence call in the waning days of the Los Angeles riots. Deployed to the city alongside several thousand other federal troops after President George H. W. Bush invoked the Insurrection Act, these Marines now found themselves playing a role for which they had little training: that of civilian law enforcement officer.

At the scene, as the police officers prepared to enter the home, someone inside fired a shotgun through the door. One of the officers shouted to the Marines, "Cover me" — a request, in law enforcement parlance, that they raise their weapons and be ready to fire if necessary. But the Marines, in accordance with their own training, took it as a request for suppressing fire. They riddled the home with more than 200 bullets. Miraculously, no one was killed. [1]

In the United States, federal military participation in civilian law enforcement like this has been rare, particularly over the past half century. The idea of tanks rolling down the streets of American towns and soldiers dressed in camouflage appre-

hending Americans is anathema to modern sensibilities. Some Americans might even assume that these actions are prohibited by the U.S. Constitution. Indeed, the use of federal troops as a domestic police force is in tension with both constitutional principles and long-standing American traditions, which were informed by the British government's heavy-handed use of the military to police the colonies in the years leading up to the American Revolution. Events like the Boston Massacre illustrated to the founding generation the dangers of domestic deployment of the military. But while the Constitution limits military involvement in civilian affairs in various ways, it does not entirely bar the federal armed forces from conducting law enforcement activities. A partial prohibition comes instead from a law passed by Congress in 1878: the Posse Comitatus Act.

The Posse Comitatus Act rests at the center of a web of laws, regulations, and policies that govern what the U.S. military can and cannot do domestically. It is a crucial safeguard for the preservation of both American democracy and constitutional liberties. At the same time, it is riddled with exceptions, loopholes, and ambiguities that leave it surprisingly weak. The most dangerous exception by far is the Insurrection Act, which gives the president virtually limitless discretion to use the mil-

itary as a domestic police force. But there are also other ways in which the Posse Comitatus Act fails to provide robust protection against the use of federal troops for law enforcement purposes.

In reality, the principle enshrined in the Posse Comitatus Act is protected more by norms and historical practice than by the text of the law itself. Those norms and practices are significant, to be sure, and efforts to reform the law should embrace and codify them. But in an era in which we can no longer rely on tradition to constrain executive action, the Posse Comitatus Act's flimsiness poses serious risks. Rather than wait for those risks to materialize, Congress should act now to shore up the law's protections.

This report proceeds in three parts. Part I discusses the dangers of using the military for domestic law enforcement, a concern that has been prominent in American legal thinking since the nation's founding. It also explains how the Constitution approaches domestic deployment of the military, including the central role accorded to Congress. Part II lays out the array of problems that undermine the Posse Comitatus Act, from its many statutory exceptions to its lack of meaningful enforcement mechanisms. Finally, part III lays out a legislative proposal for fixing each of these shortcomings.

**DOWNLOAD PDF**

**[link-1]**

## Endnotes

**1** See Kyle Daly, "1992: Rioting in Los Angeles," *Leatherneck*, October 2020, 30, 34, https://www.mca-marines.org/wp-content/uploads/1992-Riots-in-Los-Angeles.pdf. See also Paul J. Scheips, *The Role of Federal Military Forces in Domestic Disorders, 1945–1992* (Washington, DC: Center of Military History, United States Army, 2012), 448, https://www.govinfo.gov/content/pkg/GOVPUB-D114-PURL-gpo82975/pdf/GOVPUB-D114-PURL-gpo82975.pdf.

## Links

link-1: Download PDF /media/13317/download

**Brennan Center for Justice at New York University School of Law**

**EXHIBIT D**

# Crowds clash with federal agents after dozens detained in ICE raids across LA


Friday, June 6, 2025 9:40PM

 

Este artículo se ofrece en Español →


Immigration enforcement agents carried out raids in Los Angeles, prompting gatherings of protesters who at one point clashed with authorities.

WESTLAKE, LOS ANGELES (KABC) -- Immigration enforcement agents carried out raids in Los Angeles Friday, prompting gatherings of protesters who at one point clashed with authorities.

At one scene in downtown Los Angeles, a crowd of people tried to prevent authorities from leaving in vans after multiple people were detained.



Immigration enforcement agents carried out raids in Los Angeles Friday, prompting gatherings of protesters who at one point clashed with authorities.

Protesters could be seen throwing objects at the vehicles, while others tried to block the vans from leaving. One person was nearly run over when they fell to the ground after getting in front of one of the vehicles.

Friday evening, protesters marched in downtown L.A. condemning Friday's immigration raids.

Immigration enforcement agents were spotted at two separate locations in the morning, including a Home Depot store in the Westlake District.





Haven't claimed their scholarship yet?
Get up to $1,500 for their college journey.

Claim now!

Ca



Read More

00:01                                                          02:00

Video posted to the Citizen app showed Department of Homeland Security agents escorting men in handcuffs outside the store on Wilshire Boulevard.

A witness who spoke with Eyewitness News outside the store said several people, including men and women, some of whom are street food vendors, were detained.

"We're a little scared," said the witness in Spanish.

 24/7 Live                                                          62°

"Frankly, I'm just outraged because what happened is that went ICE went in they just took people away. And we just can't have this in our city, and it happened at multiple places in the city," Bass said. "It sows a sense of terror throughout the community...ICE was literally chasing people down the street."

"I've been really worried about this from the beginning, and as far as I know, this is the first time this has happened in our city like this. We know ICE has been here, but it's been for targeted arrests; this was just mass chaos," Bass added. "It sows a sense of chaos in our city, and a sense of terror, and it's just unacceptable."



Mayor Karen Bass spoke with Eyewitness News Friday afternoon regarding the ICE raids that occurred across the city, and said that neither she nor LAPD had any idea these raids were going to happen.

The mayor also said that SEIU-USWW President David Huerta was injured and hospitalized after federal agents got on top of him to detain him. The mayor said Huerta was just an observer and a witness as part of a rapid response network to the community when events like these occur.

ABC7 spoke with members of the SEIU who said the union leader wanted to protect his members working at the Ambiance Apparel location at 15th Street and Santa Fe Avenue. At some point, there was a scuffle involving federal agents and it appeared Huerta was pushed down and hit his head. One video shows a federal agent pushing Huerta while he has his hands at his hips, after which, he falls to the ground.

Friday evening, Angélica Salas, Executive Director of CHRLA, said Huerta had been released from the hospital but was still being detained by federal authorities.

Meanwhile, FBI agents were also spotted outside the Ambiance Apparel store near 9th Street and Towne Avenue in the Fashion District. Dozens of people were seen gathered outside the store.



Read More

01:49                                                                    02:00

At around 10 p.m. Friday, federal agents were seen gathering at a parking lot in the on the 700 block of north Hill Street in Chinatown. It was unclear whether they were carrying out an operation or not.

Their presence sparked a confrontation between the agents and a large crowd of residents. Video from AIR7 showed several unmarked vehicles and federal agents trying to clear out the crowd.



Several federal agents staged in a parking lot on the 700 block of north Hill Street in Chinatown Friday evening, prompting a large crowd of residents.

A senior DHS spokesperson sent ABC7 a statement Friday, but did not directly address the investigations at both locations.

The statement said in part, "ICE is now following the law and placing these illegal aliens in expedited removal, as they always should have been."

"If they have a valid credible fear claim, they will continue in immigration proceedings, but if no valid claim is found, aliens will be subject to a swift deportation."



Eyewitness News is working to get more information.

Aerial video from AIR7 showed federal agents using a parking lot for their operations near a California Highway Patrol office. According to CHP, the FBI requested to use the lot but did not disclose it would be used as part of immigration enforcement.

"The CHP was informed by the FBI that the request to use the public parking lot was for a federal operation not related to immigration enforcement. Based on that representation, CHP granted access to the parking lot strictly for staging purposes and did not participate in the operation itself," said CHP in a statement. "CHP was not made aware of any involvement by immigration enforcement agencies at the time of the request. If the nature or scope of the operation changed or was broader than initially communicated, that information was not disclosed to CHP prior to the approval."

Friday's raids come as the advocacy group [League of United Latin American Citizens calls for an investigation](#) after reports surfaced of U.S. Immigration and Customs Enforcement holding families in detention at a federal building in downtown L.A.

Images shared by LULAC showed several people being detained by authorities.

### Swift condemnation from local leaders

California Gov. Gavin Newsom joined the many condemning Friday's immigration raids saying:

"Continued chaotic federal sweeps, across California, to meet an arbitrary arrest quota are as reckless as they are cruel. Donald Trump's chaos is eroding trust, tearing families apart, and undermining the workers and industries that power America's economy."

U.S. Senator Alex Padilla (D-Calif.) echoed the governor's sentiments, calling the raids "extreme" and "cruel." He issued the following statement:

"The ICE raids across Los Angeles today are a continuation of a disturbing pattern of extreme and cruel immigration enforcement operations across the country. These indiscriminate raids prove once again that the Trump administration cares about nothing but instilling harm and fear in our communities to drive immigrants into the shadows. It will not work. This fearmongering is not going to change the fact that immigrants are valued members of our communities who contribute to our society and economy, and my office will demand accountability for today's actions."

L.A. County Supervisor Janice Hahn said:

"The ICE raids across Los Angeles today are chilling. They aren't targeting violent criminals - they are sweeping up hardworking people in our communities just trying to provide for their families. These agents are armed to the teeth and it is clear their goal is to make people afraid and it's working. I understand that during this morning's raids, SEIU California President David Huerta was injured by federal agents and wrongfully detained. I am calling for his immediate release. This is a democracy. People have a right to peacefully protest, to observe law enforcement activity, and to speak out against injustice."

Los Angeles County Supervisor Lindsey P. Horvath shared the following:

"Today's ICE raids were acts of cruelty and bigotry, targeting our immigrant neighbors and tearing families apart. These actions are designed to instill fear in communities of color-but we will not be intimidated, and we will not be silent. I'm in direct communication with County, State, & community leaders to ensure that all available protections from LA County are activated immediately. We must remain vigilant. We must protect one another. And above all, we will stand together."

Los Angeles County Chair Pro Tem and First District Supervisor Hilda L. Solis issued the following statement:

"Today's immigration sweeps across the First District in downtown Los Angeles, Westlake, and Cypress Park are deeply disturbing. The individuals detained are hardworking Angelenos who contribute to our local economy and labor force every day. It is also horrifying that ICE targeted Skid Row to intimidate some of our most vulnerable residents. Trump said he would go after criminals, not innocent hardworking people contributing to our economy and supporting their families.

These are difficult times that have our communities fearful and concerned by these federal immigration actions. As we continue to hear from community organizers exercising their rights to speak out, it is vital we all remain safe and calm in assessing the needs of those impacted. Los Angeles County remains committed to standing with our immigrant communities, providing support through our Office of Immigrant Affairs and our network of nonprofit partners."

L.A. City Councilmembers Eunisses Hernandez, Adrin Nazarian, Bob Blumenfield, Nithya Raman, Katy Yaroslavsky, Imelda Padilla, Marqueece Harris-Dawson, Heather Hutt, Hugo Soto-Martínez, Ysabel Jurado, and Tim McOsker released the following statement in response to the raids:

"Today, Los Angeles witnessed an egregious escalation from federal immigration agencies as reports of ICE raids and activity occurred throughout the City. This indiscriminate targeting of children and families not only harms the individuals who are directly impacted, but destroys our communities' sense of trust and safety in their own homes.

We condemn this in no uncertain terms: Los Angeles was built by immigrants and it thrives because of immigrants. We will not abide by fear tactics to support extreme political agendas that aim to stoke fear and spread discord in our city. To every immigrant living in our city: we see you, we stand with you, and we will fight for you. Los Angeles will continue to be a place that values and dignifies every human being, no matter who they are or where they come from."

Los Angeles Unified School District Superintendent Alberto Carvalho said:

"I am dismayed by recent immigration enforcement activity occurring near our schools. These actions are causing unnecessary fear, confusion, and trauma for our students and families - many of whom are simply trying to get to and from school and work, and to live with dignity. Our schools must remain safe havens - places where every child can learn, grow, and thrive without fear of being separated from their loved ones. The presence of federal immigration activity near campuses threatens that fundamental right. Children deserve support, not surveillance.

Los Angeles Unified stands with our immigrant families. We will continue to provide resources, support, and information to protect our students and their families - and we will use every tool at our disposal to advocate for their safety and well-being.

We are working with school leaders, safety teams, and community partners to ensure that impacted schools remain a safe, welcoming, and protected environment for all students and families. We are advising families to closely monitor communication from their schools. If any parent or guardian sees immigration activity, please contact your school, utilize the LASAR app, and/or call the Family Hotline at 213-443-1300."

Los Angeles County Sheriff Robert Luna also issued a statement reminding the public that the department does not participate in any immigration enforcement activities, and urged everyone to remain calm:

"This afternoon, we received several reports of federal immigration enforcement actions across Los Angeles County. The Los Angeles County Sheriff's Department wants to emphasize that we do not participate in any civil immigration enforcement activities or mass deportation sweeps. Immigration enforcement is the responsibility of federal law enforcement agencies not the Sheriff's Department. The Sheriff's Department does not enforce civil immigration laws, nor do we ask about an individual's immigration status when responding to calls for service. Our focus and priority remain on enforcing state and local laws to ensure the safety and well-being of our diverse communities throughout Los Angeles County.

We deeply value diversity, inclusion and public trust within our communities and we want our residents to know that when they call for help, the Los Angeles County Sheriff's Department will respond, investigate, and protect everyone-regardless of a person's legal status. We recognize that these reports have caused fear, anxiety, and concern within our communities. We urge everyone to remain calm and peaceful as we continue to place your safety and well-being at the forefront of our efforts."



**Get ABC7's top stories in your inbox every day with one click**

Sign up for our daily newsletter

Email Address*

Name@emaildotcom

Yes! I would like to receive the Daily News Headlines Newsletter. By creating an account, you agree to our **Terms of Use** and acknowledge that you have read our **Privacy Policy** and **US State Privacy Rights Notice**.

Sign Up

*Required Fields

Report a correction or typo

Copyright © 2025 KABC Television, LLC. All rights reserved.

**Related Topics**

SOCIETY    WESTLAKE    LOS ANGELES    IMMIGRATION    LOS ANGELES    ICE    INVESTIGATION    INVESTIGATIONS    FBI

A stress-relief game that everyone around me is playing
Sponsored / Elvenar - Play on Browser

Learn More

Seniors Born 1939-1969 Receive 11 Benefits This Month If They Ask
Sponsored / Super Saving Online

After 35 Years, Her Jewelry Is Nearly Gone
Sponsored / The Heritage Journal

Read More

Chuck Norris Begs Seniors: Avoid These 3 Foods Like The Plague
Sponsored / Roundhouse Provisions

Learn More

Don't Play This Game If You Are Under 30

**Sponsored** / RAID
**Restaurants In Culver City With Good Senior Discounts**
**Sponsored** / TheWalletGuru

**People in Los Angeles are Loving Martha Stewart's Meal Kit**
**Sponsored** / Marley Spoon

**Costco Shoppers Say This $7 Generic Cialis Is Actually Worth It**
**Sponsored** / FridayPlans

Learn more

**Perfect for casual daily play**
**Sponsored** / Elvenar - Play on Browser

Learn More

Play Now

Topics

Home

Weather

Traffic

U.S. & World

Politics

Consumer

Regions

Los Angeles

Orange County

Inland Empire

Ventura County

California

More

Live Video

Apps

ABC7 En Español

Investigations

Shop

Company

Submit News Tips

TV Listings

About ABC7

Meet the News Team

Jobs/Internships

ABC7 Merchandise



Privacy Policy    Do Not Sell or Share My Personal Information    Children's Privacy Policy    Your US State Privacy Rights    Terms of Use    Interest-Based Ads    Public Inspection File    FCC Applications    Copyright © 2025 KABC Television, LLC. All Rights Reserved.

**EXHIBIT E**

MEMORANDUM FOR THE SECRETARY OF DEFENSE

      THE ATTORNEY GENERAL

      THE SECRETARY OF HOMELAND SECURITY

SUBJECT:    Department of Defense Security for the Protection of Department of Homeland Security Functions

Numerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other United States Government personnel who are performing Federal functions and supporting the faithful execution of Federal immigration laws.  In addition, violent protests threaten the security of and significant damage to Federal immigration detention facilities and other Federal property.  To the extent that protests or acts of violence directly inhibit the execution of the laws, they constitute a form of rebellion

*The* WHITE HOUSE

in me as President by the Constitution and the laws of the United States of America, I hereby call into Federal service members and units of the National Guard under 10 U.S.C. 12406 to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations.  Further, I direct and delegate actions as necessary for the Secretary of Defense to coordinate with the Governors of the States and the National Guard Bureau in identifying and ordering into Federal service the appropriate members and units of the National Guard under this authority.  The members and units of the National Guard called into Federal service shall be at least 2,000 National Guard personnel and the duration of duty shall be for 60 days or at the discretion of the Secretary of Defense.  In addition, the Secretary of Defense may employ any other members of the regular Armed Forces as necessary to augment and support the protection of Federal functions and property in any number determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may perform those military protective activities that the Secretary of Defense determines are reasonably necessary to ensure the protection and safety of Federal personnel and property  The Secretary of Defense shall consult with the Attorney General and the Secretary of Homeland Security prior to withdrawing any personnel from any location to which they are sent.  The Secretaries of Defense and Homeland Security may delegate to subordinate officials of their respective Departments any of the authorities conferred upon them by this memorandum.

      DONALD J. TRUMP

NEWS

ADMINISTRATION

ISSUES

CONTACT

EOP

VISIT

GALLERY

VIDEO LIBRARY



Subscribe to The White House newsletter

Your email                                    SIGN UP

Text POTUS to 45470 to receive updates

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy



**EXHIBIT F**

ADVERTISEMENT

U.S. NEWS

## Federal authorities arrest dozens for immigration violations across Los Angeles

BY **DAMIAN DOVARGANES** AND **OLGA R. RODRIGUEZ**
Updated 9:21 AM PDT, June 7, 2025

LOS ANGELES (AP) — After federal immigration authorities arrested more than 40 people Friday across Los Angeles, protesters gathered outside a federal detention center demanding their release before police in riot gear tossed tear gas canisters to disperse the crowd.

Immigration and Customs Enforcement officers executed search warrants at multiple locations, including outside a clothing warehouse where a tense scene unfolded as a crowd tried to block agents from driving away. Sirens blared as protesters surrounded black SUVs and tactical vehicles. Officers threw flash bangs into the street to disperse people as they shouted and filmed the scene with their cell phones. One demonstrator tried to physically stop a vehicle from leaving.

LA protests     Sly Stone dies     Apple at WWDC     Greta Thunberg     BET Awards

labor union, was arrested and charged for impeding a federal agent while protesting, the U.S. Attorney's office said.

Los Angeles Mayor Karen Bass said the activity was meant to "sow terror" in the nation's second-largest city.

**RELATED STORIES**



**Trump sending National Guard troops to LA-area protests against ICE**



**Los Angeles' image is scuffed since ICE raids and protests**



**Marines deployed to LA to respond to immigration protests**

Federal immigration authorities have been ramping up arrests across the country to fulfill President Donald Trump's promise of mass deportations. Todd Lyons, the head of U.S. Immigration and Customs Enforcement, defended his tactics earlier this week against criticism that authorities are being too heavy-handed. He has said ICE is averaging about 1,600 arrests per day and that the agency has arrested "dangerous criminals."

Protests recently broke out after an immigration action at a restaurant in San Diego and in Minneapolis, when federal officials in tactical gear showed up in a Latino neighborhood for an operation they said was about a criminal case, not immigration.

## Protesters chant 'set them free'

In Los Angeles, federal agents executed search warrants at three locations, O'Keefe said. But Angelica Salas, executive director for the Coalition of Humane Immigrant Rights, or CHIRLA, said advocates were aware of activity at seven locations, including several Home Depot parking lots and a doughnut shop.

At the warehouse in the fashion district, agents had a search warrant after they and a judge found there was probable cause the employer was using fictitious documents for some of its workers, U.S. Attorney's Office spokesperson Ciaran McEvoy confirmed.

Dozens of protesters gathered Friday evening outside a federal detention center in Los Angeles where lawyers said those arrested had been taken, chanting "set them free, let them stay!"

Other protesters held signs that said "ICE out of LA!" while others led chants and shouted from megaphones. Some scrawled graffiti on the building facade.

Officers holding protective shields stood shoulder to shoulder to block an entrance. Some tossed tear gas canisters to disperse the crowd. Officers wearing helmets and holding batons then forced the protesters away from the building by forming a line and walking slowly down the street.

"Our community is under attack and is being terrorized. These are workers, these are fathers, these are mothers, and this has to stop. Immigration enforcement that is terrorizing our families throughout this country and picking up our people that we love must stop now," Salas, of CHIRLA, said at an earlier press conference while surrounded by a crowd holding signs protesting Immigration and Customs Enforcement.

## One detainee sent to Mexico

Yliana Johansen-Mendez, chief program officer for the Immigrant Defenders Law Center, said her organization was aware of one man who was already deported back to Mexico after being picked up at a Home Depot on Friday morning. The man's family contacted her organization and one of their attorneys was waiting for hours to speak to him inside the detention center, she said. Authorities later said had already been removed, and the man later contacted his family to say he was back in Mexico.

Videos from bystanders and television news crews captured people being walked across a Home Depot parking lot by federal agents as well as clashes that broke out at other detention sites. Outside the warehouse, KTLA showed aerial footage of agents leading detainees out of a building and toward two large white vans waiting in a parking lot.

The hands of the detained people were tied behind their backs. The agents patted them down before loading them into the vans. The agents wore vests with the agency acronyms FBI, ICE and HSI. Armed agents used yellow police tape to keep crowds on the street and sidewalk away from the operations.

Immigrant-rights advocates used megaphones to speak to the workers, reminding them of their constitutional rights and instructing them not to sign anything or say anything to federal agents, the Los Angeles Times reported.

Katia Garcia, 18, left school when she learned her father, 37-year-old Marco Garcia, may have been targeted.

Katia Garcia, a U.S. citizen, said her father is undocumented and has been in the U.S. for 20 years. "We never thought this would happen to us," she told the Los Angeles Times.

——

Rodriguez reported from San Francisco and McAvoy from Honolulu. Associated Press journalists Jae Hong and Eugene Garcia in Los Angeles, Amy Taxin in Orange County, California, and Kathleen Ronayne in Sacramento, California, contributed.

**MOST READ**



1 Live updates on the LA protests: Trump authorizes the deployment of additional 2,000 National Guard members

2 Barbara weakens to a tropical storm as it heads to cooler waters off the coast of Mexico

3 Trump authorizes additional 2,000 National Guard members to Los Angeles, US officials say

4 Gaza-bound aid boat with Greta Thunberg on board arrives in Israel after its seizure

5 Southern Baptists target porn, sports betting, same-sex marriage and 'willful childlessness'

**SUGGESTED FOR YOU**



**EXHIBIT G**

 

EXPLAINER

News | Police

## ICE launches 'military-style' raids in Los Angeles: What we know

*More than 40 people have been arrested by immigration officials in what has been described as an 'oppressive and vile paramilitary operation'.*



Los Angeles Police Department officers move to disperse a protest after federal immigration authorities conducted an operation on Friday, June 6, 2025 [Jae C Hong/AP]

By **Al Jazeera Staff**
7 Jun 2025

   

Los Angeles witnessed a series of [coordinated immigration raids](#) by United States law enforcement officials on Friday, resulting in the arrest of dozens and igniting widespread protests.

The raids, which were carried out in a military-style operation, have intensified concerns about the force used by federal immigration officials and the rights of undocumented individuals.

---

RECOMMENDED STORIES

US economy adds 139,000 jobs as growth slows

Why does Donald Trump seem to be fixated on foreign nationals?

What has Musk accused Trump of in relation to the Epstein files?

---

Here is what we know about the raids and the latest on the ground.

## What happened in LA?

Federal agents from US Immigration and Customs Enforcement (ICE), the Department of Homeland Security (DHS), the Federal Bureau of Investigation (FBI) and the Drug Enforcement Administration (DEA) conducted a series of "immigration enforcement operations" across Los Angeles on Friday morning.

Individuals suspected of "immigration violations and the use of fraudulent documents" were arrested. The arrests were carried out without judicial warrants, according to multiple legal observers and confirmed by the American Civil Liberties Union (ACLU).

You rely on Al Jazeera's unwavering dedication to...

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

**Allow all**    Do not sell my personal information

Advertisement

The Los Angeles Police Department (LAPD), which did not take part in the raids, was called in to quell ensuing protests.

The raids were part of a broader initiative under the Trump administration's [intensified immigration policies](#).

Sign up for Al Jazeera

## Americas Coverage Newsletter

US politics, Canada's multiculturalism, South America's geopolitical rise—we bring you the stories that matter.

E-mail address

Subscribe

By signing up, you agree to our **Privacy Policy**

protected by reCAPTCHA

## Which areas were raided?

The raids focused on several locations in downtown LA and its immediate surroundings. These spots are known to have [significant migrant populations](#) and labour-intensive industries.

Angelica Salas, executive director of the Coalition of Humane Immigrant Rights (CHIRLA), which covers California – home to the US's largest population of undocumented people – said advocates had recorded enforcement activity at seven sites. This included two Home Depot stores in the Westlake District of Los Angeles, a doughnut shop and the clothing wholesaler, Ambiance Apparel in the Fashion District of downtown Los Angeles.

Other locations in which raids were carried out included day labour centres and one other Ambiance facility near 15th Street and Santa Fe Avenue in south Los Angeles.

## How many people have been arrested?

ICE and Homeland Security Investigations (HSI) reported the "administrative arrest" of 44 individuals for immigration-related offences.

An administrative arrest, unlike a criminal arrest, refers to detention for civil immigration violations such as overstaying a visa or lacking legal status, and does not require criminal charges. These arrests can result in detention, deportation, temporary re-entry bans and denial of future immigration requests.

Advertisement

**You rely on Al Jazeera for truth and transparency**

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

Advocates believe the number of arrests made was higher, however. Caleb Soto, of the National Day Laborer Organizing Network, told Al Jazeera that between 70 and 80 people had been detained, but only three lawyers have been allowed access to the detention centre where they were being held to provide legal advice.

Soto added that members of the community had effectively been "kidnapped" as officials, wearing masks had not shown warrants or any form of documentation when carrying out arrests.

Additionally, David Huerta, president of the Service Employees International Union (SEIU) California, was arrested for allegedly obstructing federal agents during the raids. Huerta was reportedly injured during the arrest and received medical treatment at Los Angeles General Medical Center before being taken into custody.


A protester attempts to evade a Department of Homeland Security officer [Jae C Hong/AP Photo]

## What kinds of raids were these?

What sets these raids apart from typical civil enforcement actions was their military-style execution, experts say.

According to witnesses, legal observers and advocacy groups, federal agents involved in the operations were heavily armed and dressed in tactical gear, with some wearing camouflage and carrying rifles.

Agents arrived in unmarked black SUVs and armoured vehicles and, at certain points, sealed off entire streets around targeted buildings. Drones were reportedly used for surveillance in some areas and access to sites was blocked off with yellow tape, similar to measures which would be taken during a high-threat counterterrorism or drug bust operation.

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies and policies about our Cookie Policy.

The [ACLU described](#) the show of force as an "oppressive and vile paramilitary operation". Civil liberties groups said the tactics used had created panic in local communities and may have violated protocols for civil immigration enforcement.

1:17

## How did protests break out?

As news of the raids spread via social media and through immigrant advocacy networks, hundreds of protesters gathered outside the Edward R Roybal Federal Building in downtown Los Angeles, where detainees were being processed.

Demonstrators blocked entrances and exits to the building, chanted slogans and demanded the release of those arrested. Some spray-painted anti-ICE slogans on the building's exterior walls. Several protesters attempted to physically stop ICE vehicles, leading to confrontations with law enforcement.

LAPD officers issued dispersal orders and warned protesters that they would be subject to arrest if they remained in the area. To enforce the order, officers in riot gear deployed tear gas, pepper spray and "less-lethal munitions", including firing rubber bullets to disperse the crowd. A citywide tactical alert was also issued, requiring all LAPD officers to remain on duty.

## What's happening now?

Shortly after 7pm on Friday [02:00 GMT Saturday], the LAPD declared the protests to be an "unlawful assembly", meaning that those who failed to leave the area could be subject to arrest. The declaration appeared to remain in effect until the crowd dispersed later that evening, though no formal end time was publicly announced.

Advertisement

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

US media outlets and rights groups reported that hundreds of detainees, including children, were held overnight in the basement of the federal building without access to beds, blankets or adequate food and water.

However, an ICE spokesperson told CBS News that the agency "categorically refutes the assertions made by immigration activists in Los Angeles", stating that it takes its mandate to care for people in custody "seriously".

The status of all individuals detained remains unclear. While some have been released, others continue to be held and details about their current locations or conditions have not been fully disclosed.

### What are the reactions to the raids?

Local and state officials condemned the raids and the manner in which they were conducted.

In a statement shared on X on Friday, Los Angeles Mayor Karen Bass said such operations "sow terror in our communities and disrupt basic principles of safety in our city".



**Mayor Karen Bass** ✔
@MayorOfLA · Follow

We will not stand for this.

3:23 PM · Jun 6, 2025

♥ 16K      💬 Reply      🔗 Copy link

Read 28.6K replies

California Governor Gavin Newsom issued a statement describing the operations as "cruel" and "chaotic", adding that they are an attempt "to meet an arbitrary arrest quota".

All 15 members of the Los Angeles City Council issued a joint statement denouncing the raids.

Some Trump administration officials, on the other hand, defended the actions and criticised local leaders for pushing back. White House Deputy Chief of Staff Stephen Miller, for instance, suggested that Mayor Karen Bass was undermining federal law.

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**



SOURCE: AL JAZEERA AND NEWS AGENCIES

Advertisement

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. Learn more about our Cookie Policy.

**ADVERTISEMENT**

This content is created and paid for by advertisers and does not involve Al Jazeera journalists.

Dianomi ▷



Leverage TradeStation's platform designed for self-directed traders.

TradeStation



Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask

WalletJump



Tom Lee's top stock picks for May - see what's on the list.

FS Insight



Leverage TradeStation's platform designed for self-directed traders.

TradeStation

## LISTEN TO THESE PODCASTS

From: The Take

**Why is Donald Trump fixated on South Africa?**

The administration of US President Donald Trump has granted refugee status to 49 white Afrikaners, echoing a debunked cons...

From: The Inside Story Podcast

**What will Trump's movie tariffs mean for the global film industry?**

Donald Trump says Hollywood is 'dying fast'. The US President blames foreign countries for the crisis. And he has ordered ...

From: The Take

**How to become a bike-friendly city? Lessons from a Paris revolution**

Smog once choked Paris streets. Now, cleaner air, grassroots pressure and a bold city agenda are reshaping how the city br...

## RELATED

US police, protesters clash in Los Angeles following immigration raids

Protesters gathered after immigration agents took dozens of people into custody during raids across Los Angeles.

7 Jun 2025



From: NewsFeed

Kilmar Abrego Garcia back in the US, facing charges

Kilmar Abrego Garcia, the man mistakenly deported from the US to El Salvador, has been returned to the US.

6 Jun 2025



**You rely on Al Jazeera for truth and transparency**

We use cookies and other technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences.   **Learn more about our Cookie Policy.**

US Supreme Court grants DOGE access to sensitive Social Security data

The ruling was one of two victories the US's highest court handed the Trump administration in cases about data privacy.

6 Jun 2025



## MORE FROM NEWS

Several people killed, injured in Austria school shooting



Photos: Trump sends Marines and more National Guard members to Los Angeles



Several people killed in school shooting in Austria's Graz



Ukraine urges 'action' from allies as Russian attacks mount



## MOST POPULAR

Updates: Israel kills 60 in Gaza; Madleen crew being deported



Two killed in Odesa after 315 Russian drones, 7 missiles target Ukraine



**You rely on Al Jazeera for truth and transparency**

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

Israel strikes Yemen's Hodeidah port, threatens blockade



Trump sends 700 Marines to LA, doubles number of National Guard



About ⌄

Connect ⌄

Our Channels ⌄

Our Network ⌄

Follow Al Jazeera English:





© 2025 Al Jazeera Media Network

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences.  Learn more about our Cookie Policy.

**EXHIBIT H**



PROPOSED MEDI-CAL CUTS ARE EVEN WORSE THAN TRUMP'S "BIG BEAUTIFUL BILL."

# Newsom blasts deployment of National Guard to LA as 'purposefully inflammatory'

The federal government is deploying 2,000 soldiers amid unrest over immigration sweeps in Los Angeles.



A man helps an injured woman during a protest in the Paramount section of Los Angeles, Saturday, June 7, 2025, after federal immigration authorities conducted operations. | Eric Thayer/AP

By **MELANIE MASON**
06/07/2025 09:00 PM EDT
Updated: 06/07/2025 09:28 PM EDT

  

LOS ANGELES — California Gov. Gavin Newsom on Saturday denounced President Donald Trump's plan to deploy thousands of National Guard troops to quell pro-immigrant demonstrators in the Los Angeles area, calling the action "purposefully inflammatory."

The Democrat's remarks came after Tom Homan, Trump's border czar, told Fox News that the administration planned to send National Guard troops to the area. The White House said Trump signed a presidential memorandum deploying 2,000 troops "to address the lawlessness that has been allowed to fester."

Advertisement



PROPOSED MEDI-CAL CUTS ARE EVEN WORSE THAN TRUMP'S "BIG BEAUTIFUL BILL."

PAID FOR BY HEALTH JUSTICE ACTION FUND

In a statement, Newsom said Trump was moving to take over the California National Guard and deploy 2,000 soldiers, which the governor said would "only escalate tensions" after protesters confronted immigration agents making raids on local businesses. Trump's move came without Newsom's signature, presumably by invoking Title 10, the legal basis for activating and mobilizing the Guard.

In a social media post, Trump said, "If Governor Gavin Newscum, of California, and Mayor Karen Bass, of Los Angeles, can't do their jobs, which everyone knows they can't, then the Federal Government will step in and solve the problem, RIOTS & LOOTERS, the way it should be solved!!!"

The standoff in Paramount, a small city in southeast Los Angeles County, marks the second consecutive day of clashes in the region over high-profile immigration raids. At least 44 people were arrested on Friday on suspicion of immigration violations.

Among those arrested was the president of the labor union SEIU California, David Huerta, whose injuries during his detainment required brief hospitalization and set off a wave of condemnation from California Democratic officials, including Newsom. A video of Huerta's arrest showed officers knocking the labor union leader to the ground.

In Paramount, federal agents in riot gears squared off against protestors, using tear gas and flash-bang grenades to disperse the crowds.

Karoline Leavitt, the White House press secretary, said in a statement that "violent mobs have attacked ICE Officers and Federal Law Enforcement Agents carrying out basic deportation operations" and that "California's feckless Democrat leaders have completely abdicated their responsibility to protect their citizens."

Homan told Fox News that while people had a First Amendment right to protest, there would be consequences for "crossing the line" and impeding ICE's operations.

"We're already ahead of the game. We're already mobilizing. We're going to bring in the National Guard tonight," he said. "We're going to continue doing our job. We're going to push back on these people and we're going to enforce the law."

Newsom, in his statement, said such federal intervention was unnecessary.

"LA authorities are able to access law enforcement assistance at a moment's notice. We are in close coordination with the city and county, and there is currently no unmet need," Newsom said. "The Guard has been admirably serving LA throughout recovery. This is the wrong mission and will erode public trust."

FILED UNDER: NATIONAL GUARD, IMMIGRATION & CUSTOMS ENFORCEMENT, DONALD TRUMP



**Playbook**
The unofficial guide to official Washington, every morning and weekday afternoons.

EMAIL
Your Email

EMPLOYER                    JOB TITLE
Employer                    Job Title

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.                    SIGN UP

SPONSORED CONTENT



**Why did Donald Trump buckle?**

Financial Times



**Summer in Punta Cana**

This Summer leave Culver City behind and book your hotel from $107 USD

Barceló Hotel Group



**Why Gen X is the real loser generation**

The Economist



**GOP's Private Luncheon Rocked by Trump's Tariff Twist**

Puck



**Tired of Urinating Frequently at Night? This Might Be What You Need**

Discover The Results

Mens Health



**If you own a mouse you have to try this game. No Install. Play for free.**

RAID: Shadow Legends

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do Not Sell or Share My Personal Information and Opt Out of Targeted Advertising

© 2025 POLITICO LLC

**EXHIBIT J**

U.S. Northern Command

**PRESS RELEASE** | June 8, 2025

# USNORTHCOM statement regarding protection of federal property and personnel in the Los Angeles Area

**PETERSON SPACE FORCE BASE, Colo.** – By direction of Secretary of Defense and in coordination with U.S. Northern Command (USNORTHCOM), approximately 2,000 California Army National Guard soldiers have been placed under federal command and control in a Title 10 status to support the protection of federal personnel and federal property in the greater Los Angeles area.

As USNORTHCOM's land component command, U.S. Army North stood up Task Force 51, with a two-star general, as the ground command and control element over the Title 10 forces. At this time, there are approximately 300 members of the California Army National Guard's 79th Infantry Brigade Combat Team deployed at the following locations in the greater Los Angeles area: Los Angeles, Paramount, and Compton, California.

Additionally, approximately 500 Marines from 2nd Battalion, 7th Marines at Twentynine Palms, California, are in a prepared to deploy status should they be necessary to augment and support the DoD's protection of federal property and personnel efforts.

USNORTHCOM will provide more information as units are identified and deployed.

–30–

NOTE TO EDITORS: For further information, please contact U.S. Northern Command Public Affairs at (719) 554-6889 or email us at n-ncpa.omb@mail.mil.

Follow us on Facebook and X at www.facebook.com/USNORTHCOM and www.x.com/USNorthernCmd.


SHARE


PRINT

🏷 Southern Border

**EXHIBIT K**



# OFFICE OF THE GOVERNOR

June 8, 2025

Hon. Pete Hegseth
Secretary of Defense
Washington, DC 20301

<u>Via email only</u>

Re:     Federalization of the California National Guard

Dear Secretary Hegseth:

On June 7, 2025, President Trump issued a memorandum to your office entitled "Department of Defense Security for the Protection of Department of Homeland Security Functions." The memorandum purports to invoke 10 U.S.C. § 12406 to "call into Federal service members and units of the National Guard . . . to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property." The memorandum further directs "actions as necessary for the Secretary of Defense to coordinate with the Governors of the States and the National Guard Bureau in identifying and ordering into Federal service the appropriate members and units of the National Guard under this authority."

Section 12406 states that "the President may call into Federal service members and units of the National Guard of any State in such numbers as he considers necessary" to (1) repel an invasion of the United States by a foreign nation; (2) suppress a rebellion against the authority of the Government of the United States; or (3) execute the laws of the United States when the President is unable to do so with regular forces. Section 12406 further states that "[o]rders for these purposes shall be issued through the governors of the States."

Last night, the Adjutant General of California received a memorandum from your office with the subject line "Calling Members of the California National

Guard into Federal Service," which states that "[t]wo thousand members of the California National Guard will be called into Federal service effective immediately for a period of 60 days." Notably, this directive did not issue "through the governor[] of the State[]" as required by section 12406; the Department of Defense did not transmit this directive to the Office of the Governor, nor was it approved or ordered by the Governor of California. This directive is also inconsistent with the President's memorandum, which anticipates "coordinat[ion] with the Governors of the States" in identifying and ordering units of the National Guard into federal service.

At present, law enforcement authorities from the City and County of Los Angeles are safeguarding public safety, and, as demonstrated by the robust law enforcement response yesterday evening to protect federal facilities, local law enforcement resources are sufficient to maintain order. In dynamic and fluid situations such as the one in Los Angeles, State and local authorities are the most appropriate ones to evaluate the need for resources to safeguard life and property. Indeed, the decision to deploy the National Guard, without appropriate training or orders, risks seriously escalating the situation.

There is currently no need for the National Guard to be deployed in Los Angeles, and to do so in this unlawful manner and for such a lengthy period is a serious breach of state sovereignty that seems intentionally designed to inflame the situation, while simultaneously depriving the State from deploying these personnel and resources where they are truly required. Accordingly, we ask that you immediately rescind your order and return the National Guard to its rightful control by the State of California, to be deployed as appropriate when necessary.

Sincerely,

David Sapp
Legal Affairs Secretary
Office of Governor Gavin Newsom

cc.   California Attorney General Rob Bonta (via email only)

**EXHIBIT Q**

**News**

Jun 7, 2025

# Governor Gavin Newsom on speaking out peacefully

**Los Angeles, California** – Governor Gavin Newsom today issued the following statement in response to speaking out peacefully on the federal government's immigration actions:

> The federal government is taking over the California National Guard and deploying 2,000 soldiers in Los Angeles — not because there is a shortage of law enforcement, but because they want a spectacle.
>
> Don't give them one.
>
> Never use violence. Speak out peacefully.
>
> Governor Gavin Newsom

---

Categories: **Press releases**, **Public safety**, **Recent news**, **Top story**



**EXHIBIT L**



# Post



Mayor Karen Bass ✔
@MayorOfLA

This is a difficult time for our city. As we recover from an unprecedented natural disaster, many in our community are feeling fear following recent federal immigration enforcement actions across Los Angeles County.

Reports of unrest outside the city, including in Paramount, are deeply concerning. We've been in direct contact with officials in Washington, D.C., and are working closely with law enforcement to find the best path forward.

Everyone has the right to peacefully protest, but let me be clear: violence and destruction are unacceptable, and those responsible will be held accountable.

6:06 PM · Jun 7, 2025 · **1.6M** Views

10K    1.7K    4.6K    485

Read 10.7K replies



New to X?

Sign up now to get your own personalized timeline!

G Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy |
More ··· © 2025 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

**EXHIBIT M**

**NEWS ANALYSIS**

# *Trump Jumps at the Chance for a Confrontation in California Over Immigration*

The situation has all the elements that the president seeks: a showdown with a top political rival in a deep blue state over an issue core to his agenda.

---

 ▶ **Listen to this article · 7:30 min**  Learn more

 **By Tyler Pager**
Reporting from Washington

June 8, 2025

It is the fight President Trump had been waiting for, a showdown with a top political rival in a deep blue state over an issue core to his political agenda.

In bypassing the authority of Gov. Gavin Newsom of California, a Democrat, to call in the National Guard to quell protests in the Los Angeles area over his administration's efforts to deport more migrants, Mr. Trump is now pushing the boundaries of presidential authority and stoking criticism that he is inflaming the situation for political gain.

Local and state authorities had not sought help in dealing with the scattered protests that erupted after an immigration raid on Friday in the garment district. But Mr. Trump and his top aides leaned into the confrontation with California leaders on Sunday, portraying the demonstrations as an existential threat to the country — setting in motion an aggressive federal response that in turn sparked new protests across the city.

As more demonstrators took to the streets, the president wrote on social media that Los Angeles was being "invaded and occupied" by "violent, insurrectionist mobs," and directed three of his top cabinet officials to take any actions necessary to "liberate Los Angeles from the Migrant Invasion."

"Nobody's going to spit on our police officers. Nobody's going to spit on our military," Mr. Trump told reporters as he headed to Camp David on Sunday, although it was unclear whether any such incidents had occurred. "That happens, they get hit very hard."

The president declined to say whether he planned to invoke the 1807 Insurrection Act, which allows for the use of federal troops on domestic soil to quell a rebellion. But either way, he added, "we're going to have troops everywhere."

Stephen Miller, the White House deputy chief of staff, posted on social media that "this is a fight to save civilization."

Mr. Trump's decision to deploy at least 2,000 members of the California National Guard is the latest example of his willingness and, at times, an eagerness to shatter norms to pursue his political goals and bypass limits on presidential power. The last president to send in the National Guard for a domestic operation without a request from the state's governor, Lyndon B. Johnson, did so in 1965, to protect civil rights demonstrators in Alabama.



President Trump in New Jersey on Sunday. On social media, he, his aides and allies have sought to frame the demonstrations against immigration officials on their own terms.  Haiyun Jiang for The New York Times

But aides and allies of the president say the events unfolding in Los Angeles provide an almost perfect distillation of why Mr. Trump was elected in November.

"It could not be clearer," said Newt Gingrich, the former Republican House speaker and ally of the president who noted that Mr. Trump had been focused on immigration enforcement since 2015. "One side is for enforcing the law and protecting Americans, and the other side is for defending illegals and being on the side of the people who break the law."

Sporadic protests have occurred across the country in recent days as federal agents have descended on Los Angeles and other cities searching workplaces for undocumented immigrants, part of an expanded effort by the administration to ramp up the number of daily deportations.

On social media, Mr. Trump, his aides and allies have sought to frame the demonstrations against immigration officials on their own terms. They have shared images and videos of the most violent episodes — focusing particularly on examples of protesters lashing out at federal agents — even as many remained peaceful. Officials also zeroed in on demonstrators waving flags of other countries, including Mexico and El Salvador, as evidence of a foreign invasion.

"Illegal criminal aliens and violent mobs have been committing arson, throwing rocks at vehicles, and attacking federal law enforcement for days," wrote Karoline Leavitt, the White House press secretary.

Mr. Newsom, whom the president refers to as "Newscum," has long been a foil for Mr. Trump, who has repeatedly targeted California and its leader as emblematic of failures of the Democratic Party.

"We expected this, we prepared for this," Mr. Newsom said in a statement to The New York Times. "This is not surprising — for them to succeed, California must fail, and so they're going to try everything in their tired playbook despite the evidence against them."

On Sunday, the governor sent a letter to Defense Secretary Pete Hegseth formally requesting that Mr. Trump rescind the call-up of the National Guard, saying federal actions were inflaming the situation. And on Monday, Mr. Newsom said California would file a lawsuit challenging the president's order to federalize the state's National Guard.

He was echoed by other Democratic officials, who said the mounting demonstrations were the result of Mr. Trump's own actions.

The president and his aides "are masters of misinformation and disinformation," Senator Alex Padilla of California, a Democrat, said in an interview. "They create a crisis of their own making and come in with all the theatrics and cruelty of immigration enforcement. They should not be surprised in a community like Los Angeles they will be met by demonstrators who are very passionate about standing up for fundamental rights and due process."

Republicans defended Mr. Trump's moves, saying he was rightfully exercising his power to protect public safety.

"The president is extremely concerned about the safety of federal officials in L.A. right now who have been subject to acts of violence and harassment and obstruction," Representative Kevin Kiley, Republican of California, said in an interview.

He added: "We are in this moment because of a series of reckless decisions by California's political leaders, the aiding and abetting the open-border policies of President Biden."

Trump officials said on Sunday that they were ready to escalate their response even more, if necessary. Tom Homan, the president's border czar, suggested in an interview with NBC News that the administration would arrest anyone, including public officials, who interfered with immigration enforcement activities, which he said would continue in California and across the country.



Protesters in Pasadena, Calif., on Sunday. Alex Welsh for The New York Times

Mr. Trump appears to be deploying against California a similar playbook that he has used to punish universities, law firms and other institutions and individuals that he views as political adversaries.

Last month, he threatened to strip "large scale" federal funding from California "maybe permanently" over the inclusion of transgender athletes in women's sports. And in recent days, his administration said it would pull roughly $4 billion in federal funding for California's high-speed train, which would further delay a project that has long been plagued by delays and funding shortages.

"Everything he's done to attack California or anybody he fears isn't supportive of him is going to continue to be an obsession of his," Mr. Padilla said. "He may think it plays smart for his base, but it's actually been bad for the country."

White House officials said there was a different common denominator that explains Mr. Trump's actions both against institutions like Harvard and immigration protests in Los Angeles.

"For years Democrat-run cities and institutions have failed the American people, by both choice and incompetence," Abigail Jackson, a White House spokeswoman, said in a statement.

"In each instance," she added, "the president took necessary action to protect Americans when Democrats refused."

**Tyler Pager** is a White House correspondent for The Times, covering President Trump and his administration.

---

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Trump Leaps at Chance For Clash in California

**EXHIBIT N**

## 700 Marines will deploy as immigration protests continue

The state of California has sued the Trump administration for its activation of the state's National Guard.



Updated June 9, 2025, 10:33 PM PDT

**By NBC News**

*This liveblog has now ended.*

- **TROOPS IN L.A.:** About 700 Marines from the Marine Corps base in Twentynine Palms, California, will deploy to Los Angeles to support the roughly 300 National Guard members already in the city to control protests against federal immigration raids, Defense Secretary Pete Hegseth said. President Donald Trump had earlier ordered the deployment of 2,000 troops in a move California Gov. Gavin Newsom criticized as inflammatory.

- **HOW WE GOT HERE:** Protests erupted after Immigration Customs Enforcement officers carried out raids Friday in three locations across Los Angeles, where dozens of people were taken into custody. Newsom called the raids "chaotic federal sweeps" that aimed to fill an "arbitrary arrest quota."

- **TRUMP VS. NEWSOM:** "Border czar" Tom Homan threatened Newsom and Mayor Karen Bass with arrest if they impede troop deployment efforts. Newsom responded by saying: "Tom, arrest me. Let's go." Trump backed Homan's threat, and Newsom called it "an unmistakable step toward authoritarianism."

- **CALIFORNIA SUES:** Newsom and California Attorney General Rob Bonta sued Trump and Hegseth over the activation of the state's National Guard, asking a court to declare the order unlawful.

- **ARRESTS:** At least 56 people were arrested this weekend as protesters were ordered to leave downtown and law enforcement shot "less-lethal" rounds. Demonstrators spilled out onto the 101 Freeway, while others set fire to Waymo driverless cars.

---

6h ago / 10:33 PM PDT

### 'There was a kind of a stampede of people,' says man in L.A. protest

 Alicia Victoria Lozano

⌖ Reporting from Los Angeles

Pau Castro said he was in a crowd of people in downtown Los Angeles' Little Tokyo when, during what he characterized as a peaceful protest, "there was a bit of an exchange" with police.

"And all of a sudden, very quickly, there was a kind of stampede of people, and we were tear-gassed," Castro, 27, said in the lobby of the building where he and others took shelter.

"And with the stampede of people, we were able to find a safe place in this lobby of an apartment building," the Los Angeles resident said. "And immediately afterwards the police began charging forward and shooting against the protesters."

Castro said the protest was peaceful but that a few people tried to escalate it, and others in the crowd tried to stop them.

He said water balloons were thrown, and then fireworks were set off, "and then it kind of all happened quickly."

"I've been to many protests, and it kind of always happens like this, you know?" Castro said. "It's like everything is kind of contained, and then there's this one spark, or the police decide, 'OK, enough is enough. We're charging forward.'"

---

7h ago / 10:04 PM PDT 

## Police push in line from Little Tokyo intersection, video shows

 Phil Helsel

News helicopter video from NBC Los Angeles showed a line of police advancing from 2nd and San Pedro streets as some protesters fled ahead of them.

Police are wearing riot helmets and other equipment. A very large number of police vehicles with lights flashing are stationed behind the officers, not moving, video showed.

Police have used a chemical irritant and flash-bang devices.

---

7h ago / 9:49 PM PDT 

## Police use tear gas and flash-bangs after declaring unlawful assembly

 Alicia Victoria Lozano

⊙ Reporting from Los Angeles

An NBC News reporter was trapped in a building with other journalists after police declared an unlawful assembly in the Little Tokyo section of downtown and then used flash-bang devices and tear gas on protesters.

Some demonstrators lingered amid the gas, while others screamed and ran. One woman tried to retrieve a water bottle from the street, and police shot a less-lethal round at her.

A news photographer with a different agency was also hit with tear gas, and water was used to flush his eyes.

Video from a helicopter showed a line of police in riot gear at an intersection and a small group of people farther down the street, dispersed between cars and on the sides of buildings.

---

8h ago / 9:27 PM PDT 

## Australian PM says he raised issue of injured journalist with U.S.

 Phil Helsel

Australian Prime Minister Anthony Albanese said he was "horrified" by video of Channel Nine journalist Lauren Tomasi being struck by a less-lethal round fired by police during protests in Los Angeles.

Tomasi is clearly identified as a journalist and is clearly speaking into a microphone toward a camera when, video shows, an officer raises his weapon and fires from behind her. Tomasi then yells in pain.

"In L.A., it is not unreasonable to think that she would not have been targeted with a rubber bullet," Albanese said at the National Press Club of Australia, shown on Australia television. "It is not unreasonable to think that she could go about her coverage, clearly, as people could see the footage, clearly identified as media."

"And so we have already raised these issues with the U.S. administration. We don't find it acceptable that it occurred," he said. "And we think that the role of the media is particularly important."

Albanese said Tomasi is doing well, "but that footage was horrific."

---

8h ago / 9:07 PM PDT 

## In L.A.'s downtown, a resident hopes for peace amid protest chaos around him

 Dennis Romero

For a fourth straight night, protesters have descended on downtown Los Angeles and clashed with authorities on the otherwise empty streets of a community known for its commuter life.

But the urban center of Los Angeles is home to an estimated 90,000 residents in historic lofts, converted single-room occupancy apartments and newer high-rise penthouses. Many are trying to endure the daily action on the street.

Last night, protesters were on the street below Derek Mazzeo's residence in a roughly 100-year-old building that was redeveloped in the 2000s. Despite what he said was a solid job bringing the old

<div style="text-align:center">SHOW MORE</div>

---

8h ago / 8:52 PM PDT 

## Police fire flash-bang grenades at crowd of around 1,000

 Alicia Victoria Lozano

⊙ Reporting from Los Angeles

Officers fired flash-bang grenades at a crowd of around 1,000 protesters in downtown Los Angeles.

People in the crowd flew Mexican flags and at least two U.S. flags turned upside-down, a signal of distress.

Police continued to work to push the crowd back down the street after they advanced on protesters in the city's Little Tokyo section.

---

9h ago / 8:29 PM PDT

### Police fire pepper balls at crowd in downtown L.A.'s Little Tokyo

 Alicia Victoria Lozano

⊙ Reporting from Los Angeles

Officers were seen firing pepper balls into a crowd that had roughly tripled in size at 2nd and San Pedro streets in Los Angeles.

The crowd was observed yelling, "Peaceful protest!" It was not immediately clear what prompted officers to fire. An irritant hung heavy in the air after the incident at around 8:15 p.m.

The intersection is in the Little Tokyo area of downtown Los Angeles, the cultural and historic hub of the city's Japanese community.

---

9h ago / 8:11 PM PDT

### Authorities attacked reporters 27 times during L.A. protests, journalist groups say

 Dennis Romero

Authorities deployed to protests in Los Angeles since Friday have attacked journalists 27 times, the organization PEN America said, citing the Los Angeles Press Club and Reporters Without Borders.

PEN America joined 24 other organizations to decry the attacks, reported from Friday to Sunday, in a letter to Homeland Security Secretary Kristi Noem.

The letter focused on attacks by federal officers, who it said may have violated journalists' First Amendment rights, as well as federal case law that held that reporters have the right to record their actions and may remain nearby even as dispersal orders are directed at protesters.

SHOW MORE

---

9h ago / 7:38 PM PDT

### Around 1,700 National Guard troops in greater Los Angeles, military says

 Courtney Kube

About 1,700 National Guard troops are on site in the greater Los Angeles area, and 700 Marines were activated to join them in their mission in Los Angeles, the military said in a statement.

The military task force is "protecting federal personnel and federal property in the greater Los Angeles area," said U.S. Northern Command, known as NORTHCOM.

Overall, there are 2,100 National Guard soldiers with the task force, called Task Force 51, along with the 700 Marines, the military said.

The city's Democratic mayor and other officials, as well as Newsom, have condemned the deployment to Los Angeles.

---

9h ago / 7:31 PM PDT

### 'Border czar' says Newsom hasn't done anything to warrant arrest, after Trump says he should be arrested

Zoë Richards

Trump's "border czar," Tom Homan, said he did not believe Newsom has done anything to warrant arrest after Trump suggested today that he should have Newsom arrested.

Asked in a CNN interview that aired tonight about Trump's comments and whether Newsom should face arrest, Homan responded: "Not at this time, absolutely not."

Newsom had dared Homan to arrest him. Responding to Newsom's challenge, Trump told reporters earlier today, "I would do it if I were Tom."

Homan also defended Trump's move to activate the National Guard, telling CNN host Kaitlan Collins that he thinks Trump "did exactly the right thing" and that Trump had not acted unlawfully.

"I certainly think the president is acting within the confines of the law," Homan said when he was asked about Trump's deploying the National Guard without Newsom's request.

---

10h ago / 7:02 PM PDT

Gadi Schwartz

⊙ Reporting from Los Angeles



Officials tried to disperse a crowd at anti-ICE protests downtown by firing tear gas and flash-bang devices.

---

10h ago / 6:57 PM PDT    

## Democratic Sen. Fetterman condemns protests, calling them 'anarchy and true chaos'

 Raquel Coronell Uribe

Sen. John Fetterman, D-Pa., called the protests in Los Angeles "anarchy and true chaos," slamming his party for what he characterized as a refusal to condemn violent acts.

"I unapologetically stand for free speech, peaceful demonstrations, and immigration – but this is not that," Fetterman wrote on X.

"My party loses the moral high ground when we refuse to condemn setting cars on fire, destroying buildings, and assaulting law enforcement," he added.

The protests have been largely peaceful, and there have not been widespread reports of damage.

Fetterman's response is in contrast to statements by other Democratic lawmakers. Senate Minority Leader Chuck Schumer, D-N.Y., condemned the Trump administration's response, in which Trump ordered the National Guard to the city, calling it "unnecessary, inflammatory, and provocative" in a statement today.

---

10h ago / 6:30 PM PDT    

## 'Stop the raids,' L.A. mayor pleads with feds

 Phil Helsel

Bass ended a news conference this evening by asking the federal government to stop conducting immigration raids in the city, saying they are creating chaos and are unnecessary.

Bass said that in some cases families are showing up for their scheduled appointments with ICE as they are supposed to and then being detained and that day laborers are being targeted.

Bass said there have been five raids in the LA region, but she did not know all the details.

"I am hopeful that the federal government will hear our plea: Stop the raids," Bass said. "This is creating fear and chaos in our city, and it is unnecessary."

"And I hope that we will be heard, because our city is trying to move forward," she continued. "And I believe that the federal government should be supportive of us moving forward."

The protests erupted after federal raids Friday.

---

11h ago / 6:23 PM PDT    

## Authorities fire less-lethal weapons from rooftop

 Alicia Victoria Lozano and Dennis Romero

The situation grew tense in downtown Los Angeles this evening as less-lethal rounds were launched from the rooftop of the Edward R. Roybal Federal Building and police moved in to secure the area.

Authorities in fatigues were seen firing from the rooftop. It wasn't clear which agency opened fire, but the Los Angeles Police Department's Central Division noted that officers in the area are authorized to use less-lethal weapons.

The division, which patrols downtown, said on X that troublemakers were throwing objects at officers at Los Angeles and Temple streets, adjacent to the federal building.

The situation seemed to darken as more law enforcement agents and officers moved into the area, agitating some protesters.

Police formed a line blocking the steps of City Hall nearby.

Some protesters were trapped on Los Angeles Street near the Los Angeles Mall as police shut down movement from the area. They also closed Temple Street, which runs east-west past the federal building.

---



## L.A. mayor warns fed heavy-handedness may be 'test case' by Trump

 Phil Helsel

Bass said tonight that the immigration raids last week that set off the protests in the city were unnecessary and that they targeted people like day laborers at a Home Depot, not the criminals the Trump administration claimed would be prioritized.

"Nothing warranted the raids," Bass said. "If you remember at the beginning of this administration, we were told that raids would be to look for violent criminals, people who have warrants."

"But I don't know how you go from a drug dealer to a Home Depot, to people's workplaces where they're just trying to make a living," she said.

L.A. mayor suggests city may be a 'test case' for increased federal authority
02 : 33



Bass said the Trump administration could be using Los Angeles to see how far federal agents can go.

"These are not the people that we were told were going to be detained," she said. "And it makes me feel like our city is actually a test case – a test case for what happens when the federal government moves in and takes the authority away from the state or away from local government."

---



## LAPD chief 'very concerned' about reporter struck by less-lethal round

 Dennis Romero

Police Chief McDonnell said today that he's "very concerned" after an officer fired a less-lethal round that struck a journalist during protests downtown last night.

Lauren Tomasi, a correspondent with Australia's Channel Nine, was broadcasting live when she was struck in the leg by what the LAPD described as a foam projectile fired from a 40 mm launcher.

In video of the use of force, a police officer is seen turning toward Tomasi and firing a round in her direction. Tomasi yells and stumbles to reach for her leg. She later told Nine News Australia that she was "safe."

Police are trained to aim at the belt line of anyone targeted with less-lethal arounds, including the foam projectiles and bean bag rounds. However, the department has agreed in the past – including after the 2007 "Mayday melee," in which officers injured multiple reporters and protesters at a pro-immigrant rally – not to target journalists who are working and covering action from a reasonable distance.

McDonnell said the department is looking into the incident.

---

11h ago / 6:00 PM PDT

### There will be 'many more' arrests in coming days, LAPD chief says

 Phil Helsel

Police Chief Jim McDonnell warned tonight that anyone committing violence or vandalism during protests will be arrested and said investigators will make more arrests connected to past incidents.

"There is no tolerance for criminal activity under the guise of protest," McDonnell said at a news conference.

Around 60 people were arrested in the unrest over the weekend, officials said. McDonnell said he "wouldn't argue" that relatively few people have been arrested thus far, but he said numbers are expected to grow as investigations continue.

"There will be many more subsequent arrests," he said.

McDonnell also said the Trump administration's deployment of federal troops without direct coordination causes logistical problems "and risks confusion during critical incidents."

He said that the LAPD has decades of experience with large-scale protests and that he is confident the police department can respond to the current demonstrations professionally and effectively.

---

11h ago / 5:43 PM PDT

### Police fire less-lethal rounds in faceoff with protesters in center of L.A.

 Sossy Dombourian and Dennis Romero

Protesters in the middle of an intersection faced off with law enforcement officers who used less-lethal rounds in an attempt to disperse the crowd today.

The sound of small explosions and popping from officers' less-lethal launchers could be heard as protesters began to retreat from the intersection of Los Angeles and Temple streets near the Edward R. Roybal Federal Building. A handful had been observed throwing objects at officers.

Some protesters ran, while others put their hands up, some holding up two fingers in a seeming sign of peace.

Police declared an unlawful assembly in the area, meaning anyone who remains can be arrested. Officers were seen lined up, pushing the crowd back.

---

11h ago / 5:30 PM PDT

### National Guard deployment is illegal and could hinder wildfire prevention, California AG says

 Raquel Coronell Uribe

California Attorney General Rob Bonta said that the state's position is clear and that state officials believe Trump's decision to federalize the National Guard was unlawful.

"The California National Guard is a joint operation, and the commander-in-chief, most of the time, is the governor of California," Bonta said on MSNBC, adding that only in cases of "rare and infrequent" conditions like rebellions or invasions can the president deploy the National Guard.

"The president can do many lawful things, but he cannot do unlawful things, and what he has tried to do here is exercise authority he doesn't have," Bonta said.

He added that Trump federalized the guard as wildfire season in California is in full swing and that the state's troops, who are trained to combat wildfires, are pulled away from that mission.

"What the Trump administration has done here is unnecessary. It's not constructive. It's harmful. It has only led to inflame tensions and provoke, as opposed to calm and create peace. And most importantly, it's unlawful," Bonta said.

---

12h ago / 5:20 PM PDT

### Burning electric vehicles hard to extinguish during protests, fire department says

 Phil Helsel

Electric vehicles were left to burn in the Los Angeles unrest in some cases because their batteries are hard to reach with water and take a lot of it, a spokesperson for the fire department said today.

The fire department responded to "multiple vehicle fires" during this weekend's unrest, Public Information Officer Erik Scott said in a video on X. Among the vehicles that were torched were Waymo autonomous electric vehicles, video showed.

"Due to the design of EV battery systems, it's often difficult to apply the water directly to the burning cells, especially in a chaotic environment, and in some cases, allowing the fire to burn is the safest tactic," Scott said.

It also requires a large amount of water, Scott said, and the runoff must be managed.

The lithium-ion batteries in electric vehicles become dangerous when they are burned, he said, including releasing highly toxic hydrogen fluoride gas – dangerous to the lungs when it is breathed in and able to be absorbed through the skin.

It can cause "serious internal harm," Scott said.

---

12h ago / 4:58 PM PDT

### ACLU says Marines aren't trained to police protests

 Phil Helsel

The American Civil Liberties Union today called the deployment of active-duty troops an unnecessary escalation and a move by the Trump administration that raises serious constitutional concerns.

"Every move President Trump has made since Saturday night has been escalatory and inflammatory," Hina Shamsi, director of the National Security Project at the ACLU, said in a statement.

"The idea that these Marines have anywhere near the kind of training required to police protests while respecting people's constitutional rights would be laughable if the situation weren't so alarming," Shamsi said.

"From the get-go, the Trump administration's deployment of troops into the streets of California, over the governor's objection, has raised serious constitutional concerns," Shamsi said. "This latest move only increases legal and ethical jeopardy for troops, and further endangers the rights of the people of Los Angeles."

---



12h ago / 4:48 PM PDT

## LAPD got no formal notice Marines would be deployed, chief says

 Andrew Blankstein

Police Chief Jim McDonnell said today his agency has not received any formal notice that Marines would be deployed in Los Angeles, but he said the police force has the experience when it comes to large protests.

"The LAPD has not received any formal notification that the Marines will be arriving in Los Angeles. However, the possible arrival of federal military forces in Los Angeles absent clear coordination presents a significant logistical and operational challenge for those of us charged with safeguarding this city," McDonnell said in a statement.

"The Los Angeles Police Department, alongside our mutual aid partners, have decades of experience managing large-scale public demonstrations, and we remain confident in our ability to do so professionally and effectively," he said.

McDonnell said his agency's priority is public and officer safety, and he urged "open and continuous lines of communication between all agencies to prevent confusion, avoid escalation, and ensure a coordinated, lawful, and orderly response during this critical time."

---



12h ago / 4:39 PM PDT

## Hegseth makes it official: Marines deploying to L.A.

 Mosheh Gains and Dennis Romero

Hegseth made the deployment of Marines to Los Angeles official, saying on X that the 700 Marines mobilized to Camp Pendleton will be sent to defend federal resources.

"Due to increased threats to federal law enforcement officers and federal buildings, approximately 700 active-duty U.S. Marines from Camp Pendleton are being deployed to Los Angeles to restore order," he said.

U.S. Northern Command said in an earlier statement that the Marines would come from the Marine Corps Air Ground Combat Center and were being sent to Camp Pendleton in San Diego County before probable deployment.

Twentynine Palms, in the California desert, is about 140 miles east of downtown Los Angeles. Camp Pendleton, which has its main address in Oceanside, is about 90 miles south of downtown L.A.

Two Defense Department sources said the process of mobilizing – moving troops from Twentynine Palms to Oceanside, a distance of about 147 miles – would begin tonight.

Hegseth said the troops will defend federal agents amid protests in Los Angeles over immigration raids.

"We have an obligation to defend federal law enforcement officers – even if Gavin Newsom will not," he said.

---



12h ago / 4:36 PM PDT

## California suit against use of troops: 'People are governed by civil, not military, rule'

 Phil Helsel

California's attorney general has filed a promised lawsuit challenging the Trump administration's deployment of military troops in Los Angeles following protests and unrest.

The suit says that Trump exceeded his lawful authority and that he "used a protest that local authorities had under control to make another unprecedented power grab."

Newsom is the legal commander-in-chief of the state's National Guard, the suit argues, and he did not request their use. In fact, Newsom has criticized Trump's ordered of troops as an attempt to "manufacture a crisis."

The lawsuit says that under the legal statute, "when the President calls members of a State National Guard into federal service pursuant to that statute, those orders 'shall be issued through the governors of the States.'"

"Instead, Secretary Hegseth unlawfully bypassed the Governor of California, issuing an order that by statute must go through him," Bonta wrote in the suit.

Bonta also argued that Trump's action "contravenes core statutory and constitutional restrictions."

"One of the cornerstones of our Nation and our democracy is that our people are governed by civil, not military, rule. The Founders enshrined these principles in our Constitution," Bonta wrote.

---



13h ago / 4:25 PM PDT

## Newsom says Trump is deploying another 2,000 National Guard troops to L.A.

 Phil Helsel

Newsom said this afternoon that Trump is deploying 2,000 more National Guard troops to Los Angeles, on top of an initial 2,000.

"I was just informed Trump is deploying another 2,000 Guard troops to L.A.," he said on X.

"The first 2,000? Given no food or water. Only approx. 300 are deployed – the rest are sitting, unused, in federal buildings without orders," Newsom wrote.

"This isn't about public safety. It's about stroking a dangerous President's ego," he continued. "This is Reckless. Pointless. And Disrespectful to our troops."

California's attorney general today filed a lawsuit challenging Trump's deployment of National Guard troops to Los Angeles, calling it an unprecedented power grab that exceeds his authority.

Newsom has accused Trump of using the National Guard "to manufacture a crisis."

---

13h ago / 4:11 PM PDT                                                                                    

### One voice in the crowd urges protesters not to 'give Donald Trump what he wants'

 Alicia Victoria Lozano

Amid the protesters outside the Edward R. Roybal Federal Building in downtown Los Angeles today was a voice calling for peace.

Najee Gow, 27, is a Los Angeles resident from Portland, Oregon, who was at that city's raucous 2020 protests that emerged from the police murder of George Floyd in Minneapolis this spring.

Using a handheld loudspeaker, Gow urged fellow protesters today to remain peaceful and not "give Donald Trump what he wants."

Gow said protesters who turn to violence and vandalism feed Trump's strategy to paint Los Angeles as a city of crime while bolstering his use of the National Guard and, possibly, Marines to protect federal assets in the region.

Gow noted that Trump administration officials have threatened to arrest Newsom.

"I don't know what will happen if Marines set foot in L.A.," Gow said. "You know, like, if you arrest the governor, if you arrest the mayor, that is a decline of democracy, that is a dictatorship."

---

13h ago / 3:58 PM PDT                                                                                    

### Hakeem Jeffries: Trump and Republicans have 'zero credibility' on law and order

 Phil Helsel

House Minority Leader Hakeem Jeffries said today that Trump and the current Republican Party have "zero credibility" on law-and-order issues and are "intentionally trying to inflame" the situation.

.

SHOW MORE

---

13h ago / 3:55 PM PDT                                                                                    

### All 'uniformed officers' to stay on duty as LAPD declares 'tactical alert'

 Phil Helsel

The LAPD's Central Division, which covers downtown, declared a tactical alert shortly after 3 p.m.

"The City of Los Angeles has declared a Tactical Alert. All uniformed personnel are to remain on duty," is said on X.

A tactical alert allows supervisors to keep officers past their shifts and maintain high levels of staffing in the event of emergencies or large incidents.

---

13h ago / 3:48 PM PDT                                                                                    

### 'Not on our watch': L.A. public schools plan to protect undocumented families at graduations

 Helen Jeong, NBC Los Angeles

Ahead of the roughly 100 graduation ceremonies today and tomorrow, the Los Angeles Unified School District is carrying out plans to protect its estimated 7,500 undocumented students and their families amid ongoing federal immigration raids in Los Angeles and beyond, according to United Teachers Los Angeles, an LAUSD teachers' union.

Superintendent Alberto Carvalho said that security perimeters will be set up at every graduation site and that buses and bus sites are included in security plans.

"Every single graduation site is a protected site," Carvalho said. "Any federal agency [that] may want to take action during these joyous times that we call graduation – not on our watch."

United Teachers Los Angeles, the teachers union for the second-largest public school district in the country, says about 1 in 4 of the district's 30,000 immigrant students are undocumented.

*Read the full story here.*

---

13h ago / 3:41 PM PDT

### Gov. Newsom says using military in L.A. is 'dictatorial'

 Dennis Romero

Newsom continued a bitter back-and-forth with Trump today after U.S. Marines were mobilized in anticipation of duty in Los Angeles amid the region's ongoing protests.

Newsom said using Marines amid free speech displays by Americans on U.S. soil is "un-American."

"U.S. Marines have served honorably across multiple wars in defense of democracy," Newsom said. "They are heroes."

The mission in Los Angeles, should Marines be deployed, would be to protect federal personnel and resources, two Defense Department sources said. Under federal law, they would be prohibited from making arrests.

Still, using U.S. forces for a domestic situation is rare.

"They shouldn't be deployed on American soil facing their own countrymen to fulfill the deranged fantasy of a dictatorial President," Newsom said on X this afternoon.

"This is un-American," he said.

---

13h ago / 3:30 PM PDT

### 'My message to ICE is: Leave us alone,' pastor says at L.A. march

 Liz Kreutz

○ Reporting from Los Angeles

Marching with protesters in Los Angeles today, Pastor Lucia Chappelle at Founders Metropolitan Community Church in Los Angeles said her message was a simple one.

"My message to ICE is: Leave us alone," she said, using a walker to join the crowd.

"I mean, you're talking about family people, you're talking about my neighbors, you're talking about people who have not hurt anyone – not hurt anyone," she said.

Chappelle also said the reality of Los Angeles, which has many immigrants, does not match the rhetoric of an "invasion" that is being spread.

"You can see we're not a mass of invading, marauding immigrants tearing up the city," she said. "We're people building this city – all of us are."

---

14h ago / 3:10 PM PDT

### Marines mobilize to Camp Pendleton in anticipation of L.A. deployment

 Courtney Kube and Dennis Romero

An estimated 700 Marines are being mobilized, moving from Marine Corps Air Ground Combat Center in Twentynine Palms, about 140 miles east of Los Angeles, to Camp Pendleton in San Diego County, defense sources said.

The mobilization will put the troops closer to Los Angeles, where they could be deployed alongside National Guard troops to protect federal resources and personnel, two Defense Department sources

SHOW MORE

---

14h ago / 3:05 PM PDT

### Protesters gather at historic site where L.A. was founded

 Dennis Romero

A few hundred peaceful protesters gathered today at Olvera Street, part of El Pueblo de Los Angeles Historical Monument, commemorated as the site where Los Angeles was founded.

The location emits a symbolism, no doubt, in the minds of some protesters, attaching history to contemporary demographics that have Los Angeles County roughly one-half Latino and three-fourths people of color.

The city's Latino roots reach to Olvera Street, where in 1769 Gaspar de Portola led a Spanish expedition north from San Diego and found an ideal place for a settlement.

SHOW MORE

---

14h ago / 2:56 PM PDT

### Labor leader David Huerta released on $50K bond

 Tyler Kingkade

○ Reporting from Los Angeles

David Huerta, president of the California chapter of the Service Employees International Union, was released from federal custody on a $50,000 bond this afternoon after his first court appearance.

Huerta faces a federal charge of conspiracy to impede an officer, a felony, stemming from Friday's immigration raids.

The charges were not discussed during the hearing, and the court did not ask him to enter a plea.

A criminal complaint alleges that Huerta arrived on the scene of an immigration enforcement operation and, according to an undercover officer in the crowd, directed people to picket to prevent law enforcement vehicles from entering the property of a clothing warehouse.

SHOW MORE

---

14h ago / 2:44 PM PDT

## Newark Mayor Ras Baraka slams Trump's National Guard decision as 'dangerous'

 +2 Julie Tsirkin, Olympia Sonnier and Bridget Bowman

⊙ Reporting from Newark, N.J.

Newark, New Jersey, Mayor Ras Baraka said today that Trump's decision to federalize California's National Guard troops is "really dangerous."

Baraka, who is running for governor of New Jersey, said he agreed with Newsom's objection to activating the state's National Guard to respond to protests in Los Angeles.

"They are putting troops on the ground in these cities, and this is something that you don't do, right?" Baraka told NBC News on the eve of the state's gubernatorial primary, in which he is one of six candidates for the Democratic nomination.

<div style="border:1px solid;text-align:center">SHOW MORE</div>

14h ago / 2:33 PM PDT

## Newsom's office criticizes mobilization of Marines

 Dennis Romero

Newsom's press office called the mobilization of U.S. Marines, an estimated 700 of whom are being moved to L.A. to support National Guard troops, "completely unwarranted."

"The level of escalation is completely unwarranted, uncalled for, and unprecedented," the office said on X.

The governor's office characterized the move as "mobilizing the best in class branch of the U.S. military against its own citizens."

It made a distinction between mobilizing the troops and deploying them, saying Marines are not being deployed but will be moved to L.A., where raucous protests over immigration enforcement have been ongoing since the weekend.

Deployment would be a final step in putting troops on the streets, as two sources in the U.S. Department of Defense said, to protect federal personnel and resources amid the protests.

14h ago / 2:29 PM PDT

## Rabbi at Los Angeles protest calls ICE raids 'dehumanizing'

 NBC News

15h ago / 2:27 PM PDT

## Los Angeles protester: 'Families are being torn apart'

 Morgan Chesky and Daniella Silva

A protester at a pro-union rally for immigrants said he showed up to send the message that families should not be "torn apart" by the ICE raids in Los Angeles and that "workers can go to work every day and not fear that they're not gonna be able to see their families at the end of the day."

"I think it improves us all to come out here today, to come out tomorrow and the next day to show a peaceful front, and to make sure that the right story that's out there is that these families are being torn apart, and that this should stop, that ICE needs to leave, that the National Guard should stand down, and that we need to be able to supporting our immigrant families and those communities," Victor Sanchez, the executive director of the Los Angeles Alliance for a New Economy, told NBC News.

Sanchez, who is a native of Los Angeles and comes from an immigrant family, said watching the events of the last 72 hours in his city has been "heart-wrenching."

"I think this is probably the start of a groundswell of activism and mobilization on behalf of the community and the moral imperative is here. I think people are standing up and are saying, 'enough is enough,'" he said. "We have to continue to show up, not just for the larger context in terms of what we're suffering with this administration, but for these families that are being locked up and deported without due process."

15h ago / 2:06 PM PDT

## Immigration arrests are way up and ICE detention facilities are full

 Laura Strickler and Dennis Romero

New data from U.S. Immigration and Customs Enforcement shows immigration enforcement efforts, including arrests of those believed to be in the United States illegally, are up significantly.

ICE detention facilities are at capacity, even as the number of detainees is expected to grow. The U.S. Department of Homeland Security says ICE arrested more than 2,000 people each day for much of last week.

The number of people in detention is now at 51,302, which is 30% higher than it was at the beginning of President Donald Trump's administration. ICE is funded to hold 41,500 detainees.

In May, there were 28,797 people booked into ICE facilities, the highest number since the second Trump Administration began. During the last two weeks of May, a total of 15,020 were held at ICE facilities. This figure represents people who were arrested by ICE or U.S. Customs and Border Protection.

ICE is using 44% more detention facilities, 155 in all, since the last days of President Joe Biden's term.

Of those in ICE detention, 56%, or 28,864, have criminal backgrounds, meaning they have either been convicted of a crime or have pending criminal charges, according to the data. The remaining 22,438 do not have criminal histories.

The Adelanto ICE Processing Center is the main ICE facility for the Los Angeles area and currently has 140 detainees, the data show. At the start of the Trump administration, it had just three detainees.

---

15h ago / 1:52 PM PDT 

## U.S. Marines tasked with defense of federal property

 Courtney Kube and Mosheh Gains

U.S. Marine Corps troops mobilized in Los Angeles will be tasked with defending federal property and personnel, two U.S. Department of Defense officials said.

An estimated 700 Marines from the U.S. Marine Corps Air Ground Combat Center in Twentynine Palms have been mobilized to assist National Guard troops and law enforcement in Los Angeles amid ongoing protests.

Twentynine Palms is in the desert, about 140 miles east of L.A.

According to the officials, the Marines will operate under three rules of force: self defense, defense of federal property and defense of federal personnel.

Those are the same rules of force for National Guard troops deployed under Trump's executive order in Los Angeles, where raucous protests have been ongoing.

---

16h ago / 1:25 PM PDT 

## 700 U.S. Marines mobilized to support National Guard

 Courtney Kube and Dennis Romero

Approximately 700 U.S. Marines have been mobilized to support the National Guard in protecting federal personnel and property in Los Angeles, according to two Department of Defense officials.

The troops are from the U.S. Marine Corps Air Ground Combat Center Twentynine Palms, which is in the desert about 140 miles east of Los Angeles.

The mobilization is temporary until more California National Guard troops arrive to L.A., the officials said.

Mobilization is separate from full deployment, so it's not clear if the Marine Corps troops will hit the streets of L.A. immediately or remain on standby.

President Donald Trump authorized the deployment of California National Guard troops to protect federal law enforcement as protesters angry over immigration raids hit the streets over the weekend.

---

16h ago / 1:03 PM PDT 

## JD Vance tells Newsom to 'do your job'

 NBC News

---

16h ago / 12:44 PM PDT

## Crane removes charred Waymo vehicle

 Matt Nighswander



— Frederic J. Brown / AFP - Getty Images

A work crew removes a charred driverless Waymo vehicle today that was burned during last night's protests. Waymo [began offering](#) robotaxi rides across 80-plus square miles of Los Angeles County last year.

---

17h ago / 12:21 PM PDT

### L.A. mayor says Trump created a crisis

 NBC News

---

17h ago / 12:19 PM PDT

### Trump calls ICE raid protesters 'insurrectionists'

 Marlene Lenthang

Trump wrote on Truth Social today, "If they spit, we will hit" while addressing ICE protests in Los Angeles and called the protesters "insurrectionists."

"The Insurrectionists have a tendency to spit in the face of the National Guardsmen/women, and others. These Patriots are told to accept this, it's just the way life runs. But not in the Trump Administration," he wrote. "IF THEY SPIT, WE WILL HIT, and I promise you they will be hit harder than they have ever been hit before. Such disrespect will not be tolerated!"

---

17h ago / 12:13 PM PDT

### Families describe emotional toll of detainments outside clothing warehouse

 Tyler Kingkade

◎ Reporting from Los Angeles

At a rally outside the Ambiance clothing warehouse in L.A., around two dozen family members of people who were detained there Friday held signs with photos of their loved ones. One sign read, "Dad, Come Back Home :("

Several described the toll the arrests have taken on their families.

A person who identified himself as Gabriel said his brother, Paco Vasquez, was detained in the raid. Because Vasquez was his household's sole breadwinner, his family doesn't know how it will cover expenses, such as rent and bills.

A woman named Julian said her father, Mario Romero, was arrested, but her family has avoided telling her 4-year-old brother, who has autism and struggles to communicate.

"He's asked about his father," she said, "in which we have responded that he's working."

At least four people said they had not received updates from immigration authorities or been able to communicate with their detained loved ones.

Jerónimo Martínez, 39, said in an interview, through an interpreter, that he is worried about his nephew, Lázaro Maldonado, because the family hasn't had any communication with him since Friday.





An unidentified woman speaks outside Ambiance Apparel in Los Angeles today.   Tyler Kingkade / NBC News

"We don't know if they're OK," Martínez said. "We don't know where they are."

17h ago / 11:45 AM PDT

## California AG says Trump has no grounds to arrest Newsom

  Marlene Lenthang

When asked whether the Trump administration can legally arrest Gov. Gavin Newsom if the federal government sees him as impeding ICE efforts, California Attorney General Rob Bonta said, "It's just more talk, more bluff, more bluster, more threats."

"States have rights. States could do lawful things," Bonta told reporters today in announcing the state's lawsuit against the Trump administration. "It is the president and the Trump administration that is consistently and frequently blatantly and brazenly violating the law, not Gov. Newsom."

Earlier today, Trump said Newsom should perhaps be arrested after the governor dared Trump's border czar Tom Homan to do so.

18h ago / 11:26 AM PDT

## Police in Portland, Oregon, make some arrests during weekend ICE protests

  Daniella Silva

Los Angeles isn't the only U.S. city where anti-ICE protests have been taking place. The Portland Police Bureau in Oregon said in a statement today that officers responded to "safety concerns and protest activity" around the ICE facility there Saturday and yesterday.

Some of the protests were peaceful and others included arrests, the bureau said.

Police responded yesterday to the area following a report of people on private property next to the ICE building. The crowd cooperated, moving to a nearby sidewalk and no arrests were made

SHOW MORE

18h ago / 11:14 AM PDT

## California to sue Trump administration

 +2  Jacob Soboroff, Gary Grumbach and Marlene Lenthang

California Attorney General Rob Bonta and Gov. Gavin Newsom said they will file a lawsuit today against Trump and Defense Secretary Pete Hegseth over the activation of the state's National Guard.

The Defense Department, under Trump's orders, redirected hundreds of National Guard troops from San Diego to Los Angeles without the governor's authorization and against the wishes of local law enforcement, the attorney general's office said in a news release.

The lawsuit will ask the court to declare the order unlawful because it "exceeds the federal government's authorities under the law and violates the Tenth Amendment."

The move came as ICE had conducted multiple immigration raids in downtown Los Angeles the two days prior that were met with multiple protests. The release said by the time the National Guard

SHOW MORE

18h ago / 11:08 AM PDT

## When have other presidents federalized the National Guard?

  Megan Lebowitz

A president ordering the National Guard under federal command over objections from a state's governor is historically rare.

"It's highly, highly unusual and really outside our constitutional norms and traditions," said Laura Dickinson, a law professor at George Washington University.

Other presidents have federalized the National Guard during civil unrest.

President George H.W. Bush used the Insurrection Act to mobilize troops in Los Angeles during the 1992 riots when police officers accused of beating Rodney King were found not guilty.

SHOW MORE

19h ago / 10:16 AM PDT

## 'Unmistakable step toward authoritarianism': Newsom responds to Trump saying he should be arrested

 Rebecca Shabad

Newsom responded in a [post on X](#) to Trump saying the Democratic governor should be arrested after Newsom dared border czar Tom Homan to do it.

"The President of the United States just called for the arrest of a sitting Governor," Newsom wrote.

"This is a day I hoped I would never see in America," he continued. "I don't care if you're a Democrat or a Republican this is a line we cannot cross as a nation – this is an unmistakable step toward authoritarianism."

---

19h ago / 10:01 AM PDT

## Trump says Homan should have Newsom arrested

 Rebecca Shabad

Trump said in brief remarks to reporters today that maybe Gavin Newsom should be arrested after the Democratic governor dared Trump's border czar Tom Homan to do so.

"I would do it if I were Tom," Trump said after landing back at the White House when asked about Newsom's dare. "I like Gavin Newsom ... he's a nice guy, but he's grossly incompetent."

Asked to describe the people protesting in L.A., Trump said the people who are causing the problems are "professional agitators" and "insurrectionists."

---

19h ago / 9:55 AM PDT

## SEIU president David Huerta charged

 Lindsay Good and Marlene Lenthang

David Huerta, president of the Service Employees International Union California, who was arrested during ICE protests in Los Angeles on Friday, has been federally charged with felony conspiracy to impede an officer.

The felony charge carries a statutory maximum sentence of six years in federal prison. He's currently in federal custody at the Metropolitan Detention Center in Los Angeles.

His initial appearance is set for today at 1:20 p.m. PT.

The SEIU said that Huerta, an American citizen and Los Angeles native, was injured and detained Friday as he was [peacefully observing an ICE raid](#).

He was hospitalized for his injury and taken into custody. Mayor Karen Bass told [NBC Los Angeles](#) that Huerta was pepper-sprayed.



 David Huerta, president of SEIU California. `Ringo Chiu / AP file`

---

19h ago / 9:48 AM PDT 

## Schumer calls on Trump to 'revoke his command' for the National Guard

Frank Thorp V and Megan Lebowitz

Senate Minority Leader Chuck Schumer, D-N.Y., slammed Trump's order to deploy the National Guard as "unnecessary, inflammatory, and provocative."

"Trump should immediately revoke his command to use the National Guard, and leave the law enforcement to the governor and the mayor, who are more than capable of handling the situation," Schumer said in a statement. "Americans do not need or deserve this unnecessary and provocative chaos."

Democrats have repeatedly criticized Trump's response to the protests along similar lines as Schumer, framing the White House as trying to escalate the situation.

---

19h ago / 9:47 AM PDT

## Trump frames National Guard decision as 'a great decision'

 Megan Lebowitz

Trump said in a post on Truth Social that "we made a great decision in sending the National Guard" to respond to the protests in Los Angeles, claiming that the city would have otherwise "been completely obliterated."

He criticized Newsom and Bass, saying that they should have been telling the president that "you are so wonderful" and "we would be nothing without you."

Democrats have consistently criticized Trump ordering the National Guard to deploy, arguing that it escalated the situation. Newsom had objected to Trump sending the National Guard.

---

19h ago / 9:33 AM PDT 

## Protesters plan more demonstrations today

 Daniella Silva

Immigration protests were planned today after dozens of people were arrested over the weekend.

Here are some of the demonstrations planned today, all Pacific time:

9 a.m. – Families demand release of their loved ones arrested in weekend raids. Ambiance Warehouse, 2415 E. 15th St., Los Angeles.

11 a.m. – L.A. student walkout and protest against National Guard deployment. After walking out of school, high school students will convene at the Federal Building downtown at 1 p.m.

Noon – National civil rights leaders to rally with hundreds to demand an end to the immigration raids. They will be joined by workers, elected officials and supporters to demand the release of David Huerta from federal detention and the end of ICE raids in the community, according to organizers.

---

20h ago / 9:08 AM PDT 

## 42 Mexicans detained in L.A. raids, Mexican officials say

 Nicole Duarte and Marlene Lenthang

Forty-two Mexicans were detained in the ICE raids in Los Angeles, Mexico's foreign minister, Juan Ramón de la Fuente, said at a news conference today.

Of those, 37 are men and five are women, and all were identified and assisted by consular authorities.

Four people have been deported, two by previous removal orders and two voluntarily.

---

21h ago / 7:50 AM PDT

## What can Trump legally do to disperse L.A. immigration protests?

President Donald Trump ordered the deployment of 2,000 National Guard troops to Los Angeles to disperse immigration protests and California Gov. Gavin Newsom has questioned the legality of this move. NBC News legal analyst Danny Cevallos breaks down what Trump's legal options are for using federal troops.

---

21h ago / 7:45 AM PDT

## Border czar Tom Homan: Newsom and Bass 'haven't crossed the line, but they're not above the law either'

 Megan Lebowitz and Sarah Dean

President Donald Trump's "border czar" Tom Homan responded to California Gov. Gavin Newsom telling Homan to "arrest me" after the border czar threatened to arrest anyone obstructing immigration enforcement.

"I was clear, they haven't crossed the line, but they're not above the law either," Homan said in an interview on MSNBC's "Morning Joe," referring to Newsom and L.A. Mayor Karen Bass. "If they commit a crime, then certainly we'd ask for prosecution. That's what was happening. I never threatened to arrest Governor Newsom, so I'm not biting off of that."

Separately, when asked whether everyone arrested by ICE has a criminal record, Homan said, "Absolutely not."

"If ICE is there to arrest that bad guy and other aliens are there, we're going to arrest them," Homan said. "That's what sanctuary cities get."

Homan also criticized rhetoric about the protesters, pointing to incidents of violence.

"It's a matter of time before someone loses their life," he said. He added that throwing a Molotov cocktail at an officer "can certainly be met with deadly force."

---

22h ago / 6:29 AM PDT



## Newsom slams use of National Guard on ICE protesters in L.A.

 Liz Kreutz

California Gov. Gavin Newsom is criticizing President Donald Trump's use of the National Guard to crack down on demonstrators in Los Angeles who are protesting immigration raids by federal agents, saying it only inflames the situation. Meanwhile, border czar Tom Homan said officials who stand in the way of law enforcement operations could be arrested.

---

23h ago / 6:02 AM PDT



## Australian TV news reporter struck by rubber bullet while broadcasting

 Astha Rajvanshi

Lauren Tomasi, a news correspondent with Australia's Channel Nine, was broadcasting live from the protests on Sunday evening when she was struck in the leg by what appeared to be a nonlethal rubber bullet fired by law enforcement.

In the video, a police officer was seen turning toward Tomasi and her crew before firing a round in their direction. Tomasi appeared to yell in pain as she stumbled to reach for her injured leg while the camera swiveled in the other direction.

Tomasi later told Nine News Australia that she was "safe," adding that it had been "a really volatile day on the streets of L.A."

LAPD did not respond to a request for comment.

---

23h ago / 6:01 AM PDT



## Chicago congressman to speak out against Trump's deployment of National Guard troops

 Astha Rajvanshi

Rep. Jesús "Chuy" García, a Democrat from Chicago, will join immigrant rights leaders in the city later today to speak out against Trump's move to deploy hundreds of National Guard troops in Los Angeles, as widespread protests persist for a fourth day.

A press release for the news conference, scheduled for 10 a.m. ET, stated that "the deportations, forced disappearances, travel ban 2.0, attacks on welcoming jurisdictions, and the jailing of labor leaders, highlight the cruelty with which Trump and his administration are focused on harming communities and families."

In Chicago, protestors on Sunday held a rally in Pilsen to oppose the detention of at least 10 immigrants by ICE agents last week near a warehouse in the South Loop. Those arrested had "executable final orders of removal by an immigration judge, and had not complied with that order," ICE said in a statement.

---

1d ago / 5:05 AM PDT



## Rallies and protests planned for today

 Marlene Lenthang

The ACLU will lead a peaceful rally and protest in downtown Los Angeles today at noon PT to demand the end of ICE raids, as anger toward government immigration politics simmers.

SHOW MORE

---

1d ago / 4:35 AM PDT



## Miami-Dade Commission to vote on a proposal calling for police-ICE collaboration

 Astha Rajvanshi

The Miami-Dade Commission is set to vote on a proposal Monday 9 a.m. ET that could block the county from releasing public records about the people detained within its jails.

The commission will hold a hearing at the Stephen P. Clark Government Center, where the proposal, if passed, would effectively disappear those detained into the system without public accountability for their whereabouts.

In exchange, the proposed contract will pay the county $25 per day for every person detained.

The proposal is part of an agreement with Immigration and Customs Enforcement under its 287(g) program to cooperate in apprehending and detaining those believed to be in the country illegally.

Each of Florida's 67 county jails has signed the agreement, with 590,000 of the country's nearly 11 million undocumented immigrants living in Florida, according to the latest Homeland Security Department estimates.

On Friday, Miami-Dade Commissioner Roberto Gonzalez said he would back the proposal in a post on X, adding that "Miami-Dade is not and will not be a sanctuary county."

---

1d ago / 4:19 AM PDT

**The Trump admin says it ordered the deployment of 2,000 National Guard troops in L.A. to stop 'violent protests'**

 Astha Rajvanshi

Around 300 National Guard members are stationed in downtown Los Angeles after President Donald Trump ordered the deployment of 2,000 troops for 60 days – a move condemned by California Gov. Gavin Newsom, who called it inflammatory. About 500 Marines are ready to deploy to respond to the protests.

SHOW MORE

---

## What sparked the L.A. protests?

 Astha Rajvanshi

Widespread protests in Los Angeles County erupted after Immigration Customs Enforcement (ICE) officers on Friday carried out raids in three locations across the city, where dozens of people were taken into custody.

California Gov. Gavin Newsom condemned the raids, calling them "chaotic federal sweeps" that aimed to fill an "arbitrary arrest quota."

But as L.A.'s sizable pro-immigrant organizations and labor groups continued to demonstrate Saturday, L.A. County Sheriff Robert Luna said federal law enforcement operations were "proceeding as planned" across the county.

Law enforcement used less-than-lethal munitions, as well as what appeared to be tear gas, to disperse crowds while multiple people were detained throughout the day.

The unrest also prompted President Donald Trump to deploy 2,000 National Guard troops to L.A. – a move that was condemned by Newsom and Mayor Karen Bass, who said at a news conference that the raids didn't increase peace and decrease crime but that they did push a wave of fear through a county where 1 in 3 are foreign-born.

"What we're seeing in Los Angeles is chaos that is provoked by the administration," Bass said, referring to Trump.

The protests continued for a third day on Sunday, with 56 people arrested so far, according to the police.

---

## British photographer says he was shot by police while covering L.A. protests

 Astha Rajvanshi



—— Protesters help photographer Nick Stern on Saturday. *Ethan Swope / AP*

British photographer Nick Stern said he was hit with a 14mm high-velocity "sponge bullet" in his thigh while he was covering a stand-off between protestors and law enforcement in Los Angeles on

SHOW MORE

---

1d ago / 2:40 AM PDT

## Los Angeles Mayor Bass calls on protesters to demonstrate 'peacefully'

 NBC News

Los Angeles Mayor Karen Bass said that ICE raids have created fear and unrest in the city and called on protesters to express their anger "peacefully."

---

1d ago / 2:21 AM PDT

## Chinese Consulate in L.A. urges Chinese citizens in the area to stay vigilant

 Astha Rajvanshi

The Chinese Consulate General in Los Angeles urged Chinese citizens in the region to follow safety protocol as law enforcement operations continue in the area in an official statement issued Monday.

Chinese citizens "stay vigilant, enhance personal safety precautions, avoid gatherings, crowded areas, or places with poor public security, and refrain from going out alone or at night," it added.

---

1d ago / 2:09 AM PDT

## Almost 60 arrested in L.A. so far, police say

 Astha Rajvanshi

At least 56 people were arrested in Los Angeles over the weekend, police said.

Capt. Raul Jovel from the LAPD's Central Division said that the California Highway Patrol had made 17 arrests while patrolling the 101 Freeway.

Those arrested include a person who allegedly threw a Molotov cocktail at an officer and another who was accused of ramming a motorcycle into a line of officers, injuring one.



 Waymo cars burn during protests in Los Angeles on Sunday. *Mario Tama / Getty Images*

Another driver was arrested after protesters chased a van near Union Station in downtown Los Angeles Sunday because, they said, it aimed at them. The van appeared to veer toward protesters gathered near the Edward R. Royal Federal Building multiple times as it drove in circles, with what sounded like gunfire being heard from the van.

1d ago / 1:57 AM PDT

## "BRING IN THE TROOPS!!!" says Trump

 Astha Rajvanshi

President Donald Trump on Sunday continued his harsh rhetoric against protestors in LA in a series of posts on Truth Social. Referring to reports from Los Angeles Police Chief Jim McDonnell that protestors in LA were "getting very much more aggressive," Trump once again called on troops from the National Guard to be deployed in the area.

"Looking really bad in L.A. BRING IN THE TROOPS!!!" he said in a post on Truth Social, adding, "ARREST THE PEOPLE IN FACE MASKS, NOW!" in a separate post.

About 300 National Guardsmen have been deployed on the ground in LA after being called to protect federal personnel and property for the first time by an American president.

1d ago / 1:40 AM PDT

## Clashes continue through the night in Los Angeles

Max Butterworth

Protesters wave Mexican flags last night following two days of clashes with law enforcement, sparked by a series of immigration raids in Los Angeles.



— Ringo Chiu / AFP - Getty Images



—  Spencer Platt / Getty Images

---

1d ago / 1:26 AM PDT

### Downtown L.A. declared an "unlawful assembly" area by the LAPD

 Astha Rajvanshi

The LAPD has declared the Civic Center area in downtown Los Angeles an "unlawful assembly," according to a post on X, adding that it had sent an alert to all cell phones in the area.

---

1d ago / 1:26 AM PDT

### Stores in downtown L.A. are being looted, LAPD says

 Astha Rajvanshi

Local business owners reported that stores in the area of 6th Street and Broadway were being looted, Los Angeles police said in a post on X, adding that its officers were en route to the location to investigate.

In a separate post on X, the LAPD's Central Division requested all DTLA businesses or residents to photograph all vandalism, damage or looting so that "it can be documented by an official police report."

---

1d ago / 1:06 AM PDT

### Trump's travel ban takes effect amid immigration tensions

 Jennifer Jett

Trump's new ban on travel to the U.S. by nationals from 12 mostly African and Middle Eastern countries took effect at 12:01 a.m. ET as protesters in Los Angeles clashed with law enforcement over immigration enforcement raids.

A proclamation Trump signed last week bars entry to nationals of Afghanistan, Myanmar, Chad, the Republic of Congo, Equatorial Guinea, Eritrea, Haiti, Iran, Libya, Somalia, Sudan and Yemen. Seven other countries – Burundi, Cuba, Laos, Sierra Leone, Togo, Turkmenistan and Venezuela – face heightened restrictions.

Trump said that nationals from the affected countries might pose risks related to terrorism and public safety and that many of the countries had high rates of people overstaying their visas.

The ban has been strongly condemned as discriminatory by groups that provide aid and resettlement to refugees, who say it will prevent many people from reuniting with family and jeopardize the safety of those fleeing conflict and persecution in countries such as Afghanistan.

---



### 'Tom, arrest me. Let's go.': Gov. Gavin Newsom responds to Newsom from Trump 'border czar'

 Jacob Soboroff

⊙ Reporting from LOS ANGELES

In an exclusive interview, Newsom said Trump "has created the conditions" surrounding the Los Angeles protests.

Newsom went on to call Trump's decision to deploy the National Guard "a manufactured crisis," then addressed White House "border czar" Tom Homan's threats of arrest.

"Tom, arrest me. Let's go," he said. The governor also plans to sue the Trump administration over its deployment of the National Guard.

---

### Waymo cars go up in flames during Los Angeles anti-ICE protests

 NBC News

At least five Waymo cars went up in flames as crowds protested after federal immigration raids. The driverless rides have been suspended in downtown Los Angeles.

---

NBC News

Phil Helsel, Dennis Romero and Marlene Lenthang contributed.

**EXHIBIT O**



**JUN 0 7 2025**

## MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
## THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT: Calling Members of the California National Guard into Federal Service

The President of the United States has called forth at least 2000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum today to effectuate the calling forth of these Service members.

This memorandum implements the President's direction. Two thousand members of the California National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachment:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy

June 7, 2025


MEMORANDUM FOR THE SECRETARY OF DEFENSE
                    THE ATTORNEY GENERAL
                    THE SECRETARY OF HOMELAND SECURITY

SUBJECT:        Department of Defense Security for the Protection
                of Department of Homeland Security Functions


Numerous incidents of violence and disorder have recently
occurred and threaten to continue in response to the enforcement
of Federal law by U.S. Immigration and Customs Enforcement (ICE)
and other United States Government personnel who are performing
Federal functions and supporting the faithful execution of
Federal immigration laws.  In addition, violent protests
threaten the security of and significant damage to Federal
immigration detention facilities and other Federal property.  To
the extent that protests or acts of violence directly inhibit
the execution of the laws, they constitute a form of rebellion
against the authority of the Government of the United States.

In light of these incidents and credible threats of continued
violence, by the authority vested in me as President by the
Constitution and the laws of the United States of America, I
hereby call into Federal service members and units of the
National Guard under 10 U.S.C. 12406 to temporarily protect ICE
and other United States Government personnel who are performing
Federal functions, including the enforcement of Federal law, and
to protect Federal property, at locations where protests against
these functions are occurring or are likely to occur based on
current threat assessments and planned operations.  Further, I
direct and delegate actions as necessary for the Secretary of
Defense to coordinate with the Governors of the States and the
National Guard Bureau in identifying and ordering into Federal
service the appropriate members and units of the National Guard
under this authority.  The members and units of the National
Guard called into Federal service shall be at least 2,000
National Guard personnel and the duration of duty shall be for
60 days or at the discretion of the Secretary of Defense.  In
addition, the Secretary of Defense may employ any other members

of the regular Armed Forces as necessary to augment and support the protection of Federal functions and property in any number determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may perform those military protective activities that the Secretary of Defense determines are reasonably necessary to ensure the protection and safety of Federal personnel and property  The Secretary of Defense shall consult with the Attorney General and the Secretary of Homeland Security prior to withdrawing any personnel from any location to which they are sent.  The Secretaries of Defense and Homeland Security may delegate to subordinate officials of their respective Departments any of the authorities conferred upon them by this memorandum.

DONALD J. TRUMP

**EXHIBIT P**



JUN - 9 2025

MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT: Calling Additional Members of the California National Guard into Federal Service

On June 7, 2025, the President of the United States called forth at least 2,000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum to effectuate the calling forth of these Service members. Also on June 7, 2025, I implemented that order by directing 2,000 members of the California National Guard be called into Federal Service for a period of 60 days (see attached memorandum).

This memorandum further implements the President's direction. An additional 2,000 members of the California National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachments:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness

June 7, 2025


MEMORANDUM FOR THE SECRETARY OF DEFENSE
                THE ATTORNEY GENERAL
                THE SECRETARY OF HOMELAND SECURITY

SUBJECT:        Department of Defense Security for the Protection
                of Department of Homeland Security Functions


Numerous incidents of violence and disorder have recently
occurred and threaten to continue in response to the enforcement
of Federal law by U.S. Immigration and Customs Enforcement (ICE)
and other United States Government personnel who are performing
Federal functions and supporting the faithful execution of
Federal immigration laws.  In addition, violent protests
threaten the security of and significant damage to Federal
immigration detention facilities and other Federal property.  To
the extent that protests or acts of violence directly inhibit
the execution of the laws, they constitute a form of rebellion
against the authority of the Government of the United States.

In light of these incidents and credible threats of continued
violence, by the authority vested in me as President by the
Constitution and the laws of the United States of America, I
hereby call into Federal service members and units of the
National Guard under 10 U.S.C. 12406 to temporarily protect ICE
and other United States Government personnel who are performing
Federal functions, including the enforcement of Federal law, and
to protect Federal property, at locations where protests against
these functions are occurring or are likely to occur based on
current threat assessments and planned operations.  Further, I
direct and delegate actions as necessary for the Secretary of
Defense to coordinate with the Governors of the States and the
National Guard Bureau in identifying and ordering into Federal
service the appropriate members and units of the National Guard
under this authority.  The members and units of the National
Guard called into Federal service shall be at least 2,000
National Guard personnel and the duration of duty shall be for
60 days or at the discretion of the Secretary of Defense.  In
addition, the Secretary of Defense may employ any other members

of the regular Armed Forces as necessary to augment and support
the protection of Federal functions and property in any number
determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may
perform those military protective activities that the Secretary
of Defense determines are reasonably necessary to ensure the
protection and safety of Federal personnel and property  The
Secretary of Defense shall consult with the Attorney General and
the Secretary of Homeland Security prior to withdrawing any
personnel from any location to which they are sent.   The
Secretaries of Defense and Homeland Security may delegate to
subordinate officials of their respective Departments any of the
authorities conferred upon them by this memorandum.

DONALD J. TRUMP



**JUN 0 7 2025**

## MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
### THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT: Calling Members of the California National Guard into Federal Service

The President of the United States has called forth at least 2000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum today to effectuate the calling forth of these Service members.

This memorandum implements the President's direction. Two thousand members of the California National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachment:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy

**EXHIBIT R**



LOCAL NEWS

## Los Angeles immigration enforcement operations set to continue after weekend of protests, National Guard deployment



Sean Fioresi, Camilo Montoya-Galvez
2025 / 11:38 PM PDT / KCAL News

National Guard troops arrived in downtown Los Angeles on Sunday after being ordered into the city by President Trump in response to a weekend of violent clashes between law enforcement officers and protesters triggered by immigration enforcement operations in the area on Friday.

Protesters clashed with soldiers throughout the afternoon and evening hours of Sunday after a crowd gathered near the Metropolitan Detention Center downtown. Images captured by CBS News Los Angeles showed members of the National Guard using what appeared to be tear gas and firing non-lethal rounds toward some groups of demonstrators.



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

...s. County including in the Westlake District, downtown L.A. and Paramount, and have escalated to violence on ...n by Immigration and Customs Enforcement on Friday. A federal law enforcement official told CBS News that multiple ...ng confrontations with protesters on Friday and Saturday.

...Chief Jim McDonnell said 39 people had been arrested in total – 29 on Saturday and 10 on Sunday. McDonnell also ...was slow to respond to the unrest.

"We can't participate in any way in civil immigration enforcement," McDonnell said, noting that the department must comply with the California Values Act, also known as SB 54, which prohibits local and state law enforcement agencies from assisting federal immigration enforcement actions.



See More

00:00                                                                                          02:00

"Federal partners have been reticent to provide information to us before something happens because of that reason," McDonnell said.

The Trump administration has made it clear that immigration enforcement will continue despite the ensuing violence. Democratic U.S. Rep. Nanette Barragán, who represents parts of L.A.'s South Bay, told CBS News that ICE enforcement and removal operations are expected daily for the next 30 days in L.A. County.

Mr. Trump announced Saturday night that he'd deploy the guard in response to the protests. In a post to his Truth Social late Saturday night local time, Mr. Trump called the events in L.A. "two days of violence, clashes and unrest."

He posted again on Sunday, saying that California Gov. Gavin Newsom and L.A. Mayor Karen Bass should "apologize to the people of Los Angeles for the absolutely horrible job that they have done, and this now includes the ongoing L.A. riots."

"These are not protesters, they are troublemakers and insurrectionists," the post said. "Remember, NO MASKS!"

🔔 **Be the first to know**
Get browser notifications for breaking news, live events, and exclusive reporting.



Members of the National Guard stand guard outside the Metropolitan Detention Center in downtown Los Angeles, California on June 8, 2025.

FREDERIC J. BROWN/AFP VIA GETTY IMAGES

A Presidential Memoranda issued Saturday stated that at least 2,000 National Guard troops were going to be deployed. The majority of the soldiers are from the California National Guard, a Defense Department official told CBS News.

The U.S. military's Northern Command also confirmed to CBS News that 300 National Guard troops were in the Los Angeles area on Sunday, specifically in Paramount, Compton and the downtown area. They also said that 500 active-duty U.S. Marines based at Twentynine Palms were in "prepared to deploy" status and were ready to augment the National Guard if ordered to do so.

Newsom on Saturday criticized Mr. Trump's military deployment, calling it "purposefully inflammatory" in a post to X. In another post he said Mr. Trump was "escalating the situation."

"The federal government is taking over the California National Guard and deploying 2,000 soldiers in Los Angeles – not because there is a shortage of law enforcement, but because they want a spectacle," he said in another post. "Don't give them one."

He formally requested that Mr. Trump rescind the deployment of troops to L.A. in a letter addressed to Defense Secretary Pete Hegseth, saying there was "no need" for the National Guard.

"State and local authorities are the most appropriate ones to evaluate the need for resources to safeguard life and property," Newsom's letter said. "Indeed, the decision to deploy the National Guard, without appropriate training or orders, risks seriously escalating the situation."

On Sunday afternoon, Newsom's office confirmed that he was in Los Angeles. He met with Los Angeles Police Chief Jim McDonell and L.A. County Sheriff Robert Luna, shown in a picture posted to his X account.

"We're here to keep the peace – not play into Trump's political games," the post said.

On Monday morning, Newsom confirmed plans to sue the Trump administration and accused the president of illegally activating the National Guard.



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.


A protester carries a Mexican flag as L.A. County Sheriff deputies form a law enforcement line to keep demonstrators from advancing after ICE raids at a nearby Home Depot and the Garment District brought out resistance from Los Angeles residents on June 7, 2025 in Compton, California.

GINA FERAZZI/LOS ANGELES TIMES VIA GETTY IMAGES

Bass called the deployment of the National Guard a "chaotic escalation" of the situation in a post to X.

"The fear people are feeling in our city right now is very real - it's felt in our communities and within our families and it puts our neighborhoods at risk," she said in part. "This is the last thing that our city needs, and I urge protestors to remain peaceful."

Former Vice President Kamala Harris took to X to share a statement on Sunday afternoon.

"Los Angeles is my home. And like so many Americans, I am appalled at what we are witnessing on the streets of our city. Deploying the National Guard is a dangerous escalation meant to provoke chaos," her statement said.

Standing outside the Metropolitan Detention Center before violent clashes began on Sunday, Rep. Maxine Waters, who represents parts of South L.A., called Mr. Trump's deployment of the National Guard a "disruption."

"People have to stand up for what is right," she said.

In a statement to CBS News, an ICE spokesperson said immigration enforcement operations have resulted in the arrest of a "domestic abuser" and a "child rapist."

"Irresponsible politicians continue to push dangerous and misleading rhetoric that puts communities and law enforcement at risk," the statement reads. "Even the Los Angeles Police Departments referred to violent riots yesterday as 'peaceful protests.' Americans can look at the videos and images and see with their own eyes that they are dangerous not 'peaceful.'"

## Protesters clash with law enforcement again

For the third straight day, some protesters and activists gathered in downtown L.A. to protest the ongoing operations and presence of federal authorities in the city.

The situation appeared calm to start on Sunday, with CBS News Los Angeles reporters at the scene reporting no signs of conflict until about 3 p.m., when a large group of demonstrators marched from the steps of L.A. City Hall to the federal building, where the detention center is located.


**Be the first to know**
Get browser notifications for breaking news, live events, and exclusive reporting.


Watch CBS News

A massive crowd of protesters in downtown Los Angeles on June 8, 2025, as demonstrations against immigration operations continued for third straight day.

KCAL NEWS

They began to clash with the large group of federal agents located outside of the building, including some who looked to be members of the National Guard. In response to the escalation, which police said involved people throwing projectiles and concrete in their direction, the LAPD issued a Tactical Alert for the entire city.

"An UNLAWFUL ASSEMBLY has been declared for the area of Alameda between 2nd St and Aliso St. A DISPERSAL ORDER has been issued. Arrests are being made. To our media partners, please keep a safe distance from active operations," said a post on X by LAPD's Central Division.

Two officers were injured when two motorcyclists tried to breach the LAPD skirmish line in front of the detention center, police said. Both of those people were detained.

Several blocks away, CBS News Los Angeles reporters saw a smaller crowd of people vandalizing as many as six Waymo driverless vehicles in the area. They were seen spray painting the cars, throwing objects and jumping on the windshields.

A short time later, all six of those vehicles were set on fire as the large crowd looked on. Plumes of smoke billowed over the downtown landscape.



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.



A Waymo vehicle on fire in the midst of protests in downtown Los Angeles.

KCAL NEWS

The flames from the vehicles continued to burn for some time and there were several small explosions seen in footage filmed from CBS News Los Angeles' helicopter.

While the demonstrations continued, some people used chairs, garbage bins and street signs to block the road at Temple and Main Street. A few blocks away a Metro bus was stopped by demonstrators. Some were seen spray painting the sides with anti-ICE messages from helicopter footage.

The crowd moved into the city's Civic Center at around 5 p.m. Some demonstrators were seen setting fireworks from the CBS News Los Angeles helicopter as LAPD officers on horseback attempted to push the crowd back.

A little before 9 p.m., LAPD's Central Division said on X that "Downtown Los Angeles has been declared as an UNLAWFUL ASSEMBLY. You are to leave the Downtown Area immediately."

The crowd of demonstrators began to move into the LA Live area, near Crypto.com Arena, at 9:30 p.m., LAPD officers said. They were blocking traffic on Figueroa Street and 11th Street.

They moved through the city despite the area-wide dispersal order, again lighting fireworks and throwing projectiles at police vehicles driving by. Several fires were set in dumpsters and trash bins and at least one store had windows shattered by alleged looters. Dozens of buildings were tagged with graffiti, including the LAPD Headquarters, the U.S. Courthouse and the old Los Angeles Times building.

Footage from the CBS News Los Angeles helicopter showed that multiple windows of the police headquarters had been shattered as well.

As the events continued, both LAPD and LASD personnel could be seen working to quell the situation. Sheriff Luna said that more than 100 deputies were deployed to assist both LAPD and CHP at around 6 p.m., and that mutual assistance was also requested from the California Office of Emergency Services.

Separately, San Francisco police reported 60 arrests Sunday night. Police said people were taking part in "First Amendment activities" but then began committing crimes "ranging from assault to felony vandalism and causing property damage." An unlawful assembly was declared but several people kept "engaging in illegal activity," police said. Two officers were hurt, though the injuries weren't life threatening. Police said the demonstrators then vandalized buildings, a police cruiser and other property, and officers began arresting people who didn't comply with the dispersal order.



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.



Watch CBS News

Demonstrators flood the 101 Freeway as immigration operation protests continue for third day in Los Angeles.

KCAL NEWS

## Crowd swarms L.A.'s 101 Freeway

Just before 4 p.m., demonstrators moved onto the 101 Freeway, blocking traffic on the busy thoroughfare. They blocked the Aliso Street offramp and several lanes while hundreds of others watched from the Main Street overpass.

In response, the California Highway Patrol closed the entire stretch of freeway that runs through the downtown area. Dozens of CHP officers were seen as they also entered the freeway, stopping under the overpass in a line. They completely overtook southbound lanes, moving protesters back, though the majority of the crowd remained on the other side of the freeway.

Several people were seen being taken into custody from the CBS helicopter's aerial view. Officers deployed multiple smoke-filled canisters at the feet of the crowd. Some people attempted to kick the canisters back in the direction of law enforcement.

The crowd was completely moved from the road by 5 p.m.

With multiple CHP patrol vehicles still parked on the freeway, people began to throw objects over the side of the overpass. They were seen throwing street signs, fireworks, e-scooters and pieces of concrete with the CBS News Los Angeles helicopter overhead.

Some of the cars sustained visible damage before officers began deploying non-lethal canisters of smoke towards the crowd. Though they briefly dispersed, they returned to the area and continued to throw items, one of which caught a CHP vehicle on fire.

As some officers tried to get into their vehicles, some of the people were seen throwing cement in their direction.

Because of the debris and damaged cars now in the road, the southbound 101 Freeway was expected to remain closed until further notice, LAPD said. It's unclear when the cleanup process would begin.

In nearby Pasadena, a small gathering began Sunday afternoon after federal officers were spotted at a local hotel, a city spokesperson confirmed.

Pasadena Mayor Victor M. Gordo said in a statement that no enforcement activity was confirmed.

"We understand the anxiety and fear that these reports can create for many in our community," he said. "I urge our community to remain calm, united, and peaceful, ght to peacefully assemble and express ourselves is a fundamental part of who we are–not just as Pasadenans, but as



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

s were conducted across L.A., primarily in the Westlake District, downtown and South L.A., ICE officials confirmed. e arrest of 44 unauthorized immigrants, ICE told CBS News on Sunday. An additional 77 were arrested around the

The exact charges of those arrests were not yet clear as of Sunday afternoon.

ICE confirmed to CBS News Los Angeles that four federal search warrants were served at three locations in L.A. on Friday night. As news of those warrants spread, protests broke out. The most notable of which was Friday night, and took place outside the Federal Building in downtown L.A. after demonstrators learned that detainees were allegedly being held inside.

As tensions escalated and some protesters threw objects toward law enforcement, the Los Angeles Police Department eventually issued an unlawful assembly declaration and a dispersal order. Dozens of officers sporting riot gear and shields formed a skirmish line.

A federal law enforcement official with knowledge of the operations told CBS News that ICE requested assistance from LAPD multiple times over the course of Friday night. That same official said it took local authorities more than two hours to honor that request, although a senior city official in L.A. told CBS News that it took LAPD 55 minutes to respond, not two hours.



A car burns during a protest in Compton, Calif., Saturday, June 7, 2025, after federal immigration authorities conducted operations.

ERIC THAYER/AP

On Saturday, protests centered in on the city of Paramount after ICE and other federal law enforcement officers were spotted. Tricia McLaughlin, a spokesperson for the Department of Homeland Security, said in a statement that there was no ICE "raid" on Saturday in Paramount, but instead the agents were staging at an office.

The protests in Paramount eventually spilled over into Compton, where hundreds of demonstrators gathered around a car that was set on fire in the middle of the intersection of Alondra Boulevard and Atlantic Avenue, near Dale's Donuts.

Images captured at the scene by CBS News Los Angeles showed law enforcement deploying what appeared to be tear gas to disperse crowds and shooting non-lethal munitions at some protesters.

A federal law enforcement official told CBS News that deputies with LA County Sheriff's Office are now assisting ICE officials with perimeter protection, although they will not be assisting with any immigration enforcement efforts.

contributed to this report.


**Be the first to know**
Get browser notifications for breaking news, live events, and exclusive reporting.

on of child porn

2 including toddler found dead, Minneapolis police suspect murder-suicide

Two injured in shooting in St. Paul Friday night

In:    **Los Angeles**    **Immigration**    **U.S. Immigration and Customs Enforcement**

**Austin Turner**

Austin Turner is a web producer at CBS Los Angeles. An Inland Empire native, Austin earned a degree in journalism from San Jose State University in 2020. Before joining CBS in 2025, he worked at KTLA, the San Jose Mercury News, the Sedona Red Rock News and various freelance outlets as a sports reporter.

© 2025 CBS Broadcasting Inc. All Rights Reserved.

### The Business Sneaker Loved by CEOs and NFL Stars

Premium full-grain leather and marathon running shoe technology providing first class comfort all day long. Loved and worn by NFL athletes and coaches. Shoes much more comfortable than traditional dress shoes.

PAID   WOLF & SHEPHERD   Shop Now

### Medical Mystery Solved: Dementia and Memory Loss Has Been Linked To This Common Thing.

Here's What You Need to Know

PAID   VITALGETHEALTH   Click Here

### Costco Shoppers Say This Wrinkle Cream Is "Actually Worth It"

PAID   THE SKINCARE MAGAZINE

### Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask

Ridiculous benefits seniors are entitled to in 2025, but often forget to claim.

PAID   WALLETJUMP   Learn More

### After 35 Years, Her Jewelry Is Nearly Gone

For over 35 years, Lana Green spent her days crafting delicate, one-of-a-kind jewelry in her cozy workshop. Each piece was made by hand, infused with care, and gifted to close friends and family

PAID   THE HERITAGE JOURNAL   Read More

### New Hope for Neuropathy Sufferers

Learn how this simple series of steps helped regain a life from neuropathy. Improve your mobility today.

PAID   NEUROPATHYGUIDE   Click Here

### A stress-relief game that everyone around me is playing

If you need to kill time on your computer, this popular strategy game is a must-try.

PAID   ELVENAR – PLAY ON BROWSER   Learn More

### Swollen Prostate? Do This Every Morning And Feel The Change In Just Days!

Avoid Frequent Bathroom Trips at Night

PAID   HEALTH BENEFITS

### Social Security Recipients Under $2,384/Mo Now Entitled To 12 "Kickbacks" (Tap for List)

Senior Benefits And Discounts Are One Of The Few Truly Great Perks That Come With Getting Older

PAID   HEALTHYWALLET   Learn More

### Chuck Norris Begs Seniors: Avoid These 3 Foods Like The Plague

This is a must watch for anyone over 60

PAID   ROUNDHOUSE PROVISIONS   Learn More

### Memory Getting Worse? Top Neuroscientist Points to This Common Behavior

Here's What You Need to Know

PAID   VITALGETHEALTH   Click Here

### Top Picks: The $25 "Makeup Stick" Seniors Swear By

This Miracle Complexion Concealer Is Made For Your 50's, 60's, 70's, And Beyond…

PAID   BRUNCHESNCRUNCHES   Learn More

### We Tested 17 Anti-Aging Creams - Only 1 Delivered Jaw Dropping Results

Beat the Rush: The $42 Serum Costco Shoppers Swear By

PAID   BEST OF BEAUTY   Learn More

### Shoe CEO Drops Business Sneakers Taking The NFL By Storm

Finally, A Comfortable Shoe Thats Fit For The Office. With Comfort, Luxury, & Versatility Engineered Into Every Step, Wolf & Shepherd Shoes Are Specifically Designed For Those Who Want To Lead The Pack.

PAID   WOLF & SHEPHERD   Shop Now

### Large Prostate Has Nothing To Do With Age: Just Stop Doing This One Common Habit

Discover The Results

PAID   MENS HEALTH   Learn More

### 5 This ... Changing for Seniors ... Social Security in 2025

... That Come With Getting Older

PAID   HEALTHYWALLET   Learn More

### ... Wreath Decoration is Taking Los Angeles By Storm

PAID   SOLYMALL   Shop Now

### ... At Costco (Find Out Why)

PAID   THE SKINCARE MAGAZINE



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Watch CBS News

## Study Shows Surprising Link Between Aging & your Pillowcase

PAID BLISSY    Learn More

## Chuck Norris: After 60, I Avoided These 3 Foods Like The Plague

PAID ROUNDHOUSE PROVISIONS    Learn More

## Side Sleepers With Neck Pain: Try This "Pillow Trick" Tonight

PAID SLEEP DIGEST PUBLICATION    Learn More

## Cardiologists: How to Quickly Lose a Hanging Tummy

Discover how a simple purple peel trick helps reduce stubborn belly fat effectively.

PAID HEALTH WELLNESS JOURNAL    Watch More

## Low-Cost Senior Apartments in Los Angeles (Take a Look)

PAID PAQARENA | SENIOR HOUSING | SEARCH ADS    Learn More

## Neurologists Amazed: These Barefoot Shoes Help Seniors Lose Weight and Live a Life with Less Pain

Barefoot Shoes are the Ultimate Weight Loss Tool for 2025.

PAID BAREFOOT VITALITY    Learn More

## Doctor Sued for Leaking the Egg Ritual That Causes Rapid Weight Loss

PAID TOLIFETV25.COM

## Eat 1 Teaspoon Every Night, See What Happens A Week Later [Video]

Forget Strict Diets, Use This 7 Second Trick To Burn Belly Fat Faster!

PAID HEALTH BENEFITS

**Featured**

Tony Award Winners

Los Angeles Protests

NBA Playoffs Schedule

2025 NHL Playoff Schedule

**Follow Us On**

YouTube

Facebook

Instagram

TikTok

X

**CBS News Los Angeles**

Meet the Team

Program Guide

Contests & Promotions

Advertise With Us

Sitemap

**Regulation**

Public File for KCBS-TV

Public File for KCAL-TV

Public Inspection File Help

FCC Applications

EEO Report



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Watch CBS News

**Company**

About Paramount

Advertise With Paramount

Join Our Talent Community

Help

Feedback

©2025 CBS Broadcasting Inc. All Rights Reserved.

**EXHIBIT S**



# OFFICE OF THE GOVERNOR

June 10, 2025

Hon. Pete Hegseth
Secretary of Defense
Washington, DC 20301

<u>Via email only</u>

Re:     Federalization of the California National Guard

Dear Secretary Hegseth:

Yesterday, you issued a memorandum calling an additional 2,000 members of the California National Guard into federal service. This was done without going **"through the governor[]"** as is statutorily required under section 12406 of title 10 of the United States Code, and without **"coordinat[ion] with the Governor[] of the State[]"** as instructed in the President's June 7 memorandum.

Although you notified this office of the action once it was taken, the Governor of California was given no opportunity to provide or withhold his consent, nor, at a minimum, to consult with the President or you as to which service members and in what number should be called, and for what purposes and what period of time. And to be clear, the Governor does not consent to this unlawful usurpation of his authority or to this unnecessary and counterproductive deployment of service members in our communities. Together with the California Attorney General, the Governor filed a lawsuit to stop these unlawful abuses of authority.

The Governor wishes to reiterate that Los Angeles has a robust presence of State and local law enforcement responding swiftly to the small number of protestors who are acting violently and breaking the law. These agencies are regularly entrusted to police and enforce the law in a region of over 9 million people and are fully capable of responding to these recent sporadic acts of civil disobedience and violence, which are no different in kind from instances of

civil unrest that impact communities throughout the United States from time to time.

This latest usurpation **of the Governor's authority is even more egregious** given that you have not even committed at least 1600 of the 2000 service members you unlawfully federalized only two days earlier. As has been widely **reported, the federal government's organizatio**nal failure has meant that service members who were deployed arrived with no federal funding for food, water, fuel or lodging.

There is no need for the National Guard to be deployed on the streets of Los Angeles. Allow state and local authorities to do their work of restoring order and deescalating, without the added burden of military forces whose mere presence fans the flames. Rescind your orders and return the National Guard to its rightful control by the State of California.

Sincerely,

David Sapp
Legal Affairs Secretary
Office of Governor Gavin Newsom


cc.    California Attorney General Rob Bonta (via email only)