Docusign Envelope ID: 83692130-A184-4F48-9EF7-04BDE961069E

Rob Bonta
Attorney General of California
Marissa Malouff
James E. Stanley
Supervising Deputy Attorneys General
Nicholas Espíritu
Luke Freedman
Robin Goldfaden
Brendan M. Hamme
Lorraine Lopez
Kendal Micklethwaite
Megan Richards
Deputy Attorneys General
Laura L. Faer
Acting Senior Assistant Attorney General
1515 Clay St.
Oakland, CA 94612
Telephone: (510) 879-3304
E-mail: Laura.Faer@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | **DECLARATION OF BRIAN OLMSTEAD**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: Charles R. Breyer<br>Trial Date:<br>Action Filed: 6/9/2025 |

1

# DECLARATION OF BRIAN OLMSTEAD

I, Brian Olmstead, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge and on my review of information and records gathered by California Governor's Office of Emergency Services (Cal OES) staff in the ordinary course of business, and if called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as an Assistant Chief in the Law Enforcement Branch (LEB) of the California Governor's Office of Emergency Services (Cal OES). As an Assistant Chief, my duties include, but are not limited to: implementing and coordinating California's Law Enforcement Mutual Aid System (Mutual Aid System) in case of a natural or war-caused disaster, civil disturbance, mass casualty event, or homeland security incident; consulting with and advising local law enforcement organizations in the utilizing California's Mutual Aid System; assisting in the coordination of emergency law enforcement activities during the time of a natural or war-caused disaster or civil disturbance; and providing planning and training guidance for law enforcement and homeland security programs.

3. California's Law Enforcement Mutual Aid System was established in 1961 and has been used to restore order during emergencies, including civil unrest, and to provide assistance to local agencies during other unusual events or catastrophic disasters. As a component of the Standardized Emergency Management System (SEMS), the Mutual Aid System is based on four organizational levels: cities, counties, regions, and the State. The state is divided into seven Law Enforcement Mutual Aid Regions. Cal OES Law Enforcement Branch has Assistant Chiefs assigned to each of the seven regions for direct coordination with law enforcement chiefs and sheriffs within each region. I am the

2

Declaration of Brian Olmstead

Docusign Envelope ID: 83692130-A184-4F48-9EF7-04BDE961069E

1. Assistant Chief assigned to Region 1, which is comprised of Los Angeles and Orange Counties.

2. 4. The County Sheriff serves as the "Operational Area Mutual Aid Coordinator." In each of the seven regions, one Sheriff, elected by his or her peers, serves as the Regional Mutual Aid Coordinator (RMAC). The Los Angeles County Sheriff is the Regional Mutual Aid Coordinator for Region 1.

3. 5. Under the Mutual Aid System, within an operational area, adjacent or neighboring law enforcement agencies will assist one another. Should an event require assistance from outside the county, the region will provide requested assistance to the impacted county. If the combined resources of the region are insufficient to cope with the incident, the Regional Coordinator contacts the Cal OES Law Enforcement Branch for coordination of resources.

4. 6. As Assistant Chief, on June 6, 2025, I began monitoring the protests occurring in the city of Los Angeles at the Metropolitan Detention Center that began that day, involving individuals protesting immigration enforcement activities being carried out by U.S. Immigration and Customs Enforcement (ICE). I was in regular communication with representatives of the Los Angeles Police Department (LAPD) and the Los Angeles County Sheriff's Department (LASD) regarding the situation. On June 6, 2025, Both LAPD and LASD informed me that they were not in need of any additional resources, whether additional personnel or equipment. I understand that LAPD had reassigned about 150 additional officers to the area around Metropolitan Detention Center. Based on my observations and experience, which includes serving 32 years as a peace officer with the Santa Barbara County Sheriff's Department, local law enforcement was effectively managing the situation.

5. 7. I continued to monitor activities occurring in the city and county of Los Angeles on June 7, 2025, as it appeared that federal immigration enforcement activities were continuing and, thus, protests would continue. Protests did continue

at the Metropolitan Detention Center, as well as in the cities of Paramount and Compton. Nonetheless, I did not receive any requests for mutual aid, which is an indication that local law enforcement agencies felt they were capable of controlling the situation. I understand that LASD provided at least 200 deputies to respond to the protests in Paramount and Compton. I further understand that part of the assistance provided by LASD included their Sheriff's Response Team – a team with specialized training in handling civil unrest – as well as Mobile Field Force.

8. As I was traveling to the Los Angeles County Sheriff's Department Operations Center, at about 5:15 PM on June 7, I was contacted by representatives of both LAPD and LASD asking me if the National Guard was being deployed and who was deploying them. Typically, during fires or other disasters, agencies that exhaust their local resources and need assistance will submit a request through the Mutual Aid System requesting the assistance of the National Guard to provide assistance in conducting activities like staffing traffic control points to enable officers/deputies to focus on other law enforcement activities. As neither LAPD nor LASD had made such a request, it was unclear to them how the National Guard was being activated.

9. During the evening of June 7, I observed the protest activities and law enforcement response from the LASD Department Operations Center. Based on my observations and conversations with LAPD, the protest activities at the Metropolitan Detention Center were fairly in control with some incidents with protesters targeting the Metropolitan Detention Center. After federal officers pushed protesters away from the detention center, LAPD moved in front of the federal officers' skirmish line and declared an unlawful assembly. By 2:15 a.m., most of the protestors had left the area. Most activity that evening was focused in the cities of Paramount and Compton, where the LASD deployed additional resources to assist with crowd movement and control, as federal officers moved protesters away from federal property and onto the streets, which are within the

Docusign Envelope ID: 83692130-A184-4F48-9EF7-04BDE961069E

jurisdiction of local law enforcement. At that time, some protesters unfortunately began to engage in dangerous behavior such as throwing rocks and other objects, including a Molotov Cocktail at deputies damaging vehicles, burning a vehicle, looting a gas station, and vandalizing property. Two deputies were injured during the incident. Local law enforcement was able to bring the situation under control and it is my understanding that by 4:00 a.m. on the morning of June 8, the LASD demobilized its teams, after it de-escalated the situation.

10. In my estimation, there were approximately 300 to 400 protesters present on the evening of June 7 in the cities of Paramount and Compton, and that at least 11 individuals were arrested for engaging in unlawful behavior that evening related to the protests in Los Angeles, Paramount, and Compton.

11. On the morning of Sunday, June 8, I was contacted by individuals with the LAPD and LASD asking if the National Guard had arrived. I subsequently learned that they had arrived in the area, but it was not clear what role they were to play or what orders they were provided. In addition, there were concerns that having been deployed so quickly, the National Guard members did not have the equipment or training necessary to handle the situation. Without such equipment and training, and without any police powers, the National Guard members would be limited in how they could respond to protesters when equipped only with a rifle, a baton, and a shield.

12. As the day progressed, there was a significant increase in the number of protesters in the area, and in particular at the Metropolitan Detention Center, where the National Guard were deployed. It appeared that the crowd at the Metropolitan Detention Center had increased significantly from the prior days' protest. LAPD estimated over 3,500 protesters. In addition, many of the protesters appeared angry that the National Guard had been federalized and was now present in their city. The presence of the National Guard seemed to only inflame the protesters further.

13. In addition to LAPD and LASD, the California Highway Patrol also deployed to the protest area as protestors had blocked Highway 101 after moving away from the Metropolitan Detention Center. Additionally, law enforcement mutual aid resources were requested from several law enforcement agencies both inside and outside of Los Angeles County to assist with controlling and addressing the civil unrest.

14. I understand that at least 42 individuals were arrested related to their conduct during protests on June 8, with at least 19 of those individuals having been arrested by the CHP.

15. Given that the number of protesters has increased since the arrival of the National Guard, LAPD is now seeking the assistance of additional officers and these needs are being met by local law enforcement through California's Law Enforcement Mutual Aid System.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 10, 2025, at Los Angeles, California.

*Brian Olmstead*

Brian Olmstead