ROB BONTA
Attorney General of California
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
ROBIN GOLDFADEN
BRENDAN M. HAMME
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGAN RICHARDS
Deputy Attorneys General
LAURA L. FAER
Acting Senior Assistant Attorney General
1515 Clay St.
Oakland, CA 94612
Telephone: (510) 879-3304
E-mail: Laura.Faer@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | **DECLARATION OF PAUL S. ECK**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: Charles R. Breyer<br>Trial Date:<br>Action Filed: 6/9/2025 |

## DECLARATION OF PAUL S. ECK

I, Paul S. Eck, declare under penalty of perjury that the following is true and correct:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

1. I am a Deputy General Counsel in the California Military Department (CMD). I have served in this role since August 2018.

2. As Deputy General Counsel for the California Military Department, I lead a blended team of California and National Guard attorneys. I provide direct legal support to the Executive Staff and other senior leaders on complex matters at the intersection of military operations, state governance, and national security. I am regularly consulted on the operational needs, objectives, movements, and orders impacting the CMD.

3. I began my service career as a Sergeant in the United States Marine Corps. I served in the United States Marine Corps. from 1980 to 1984 before being honorably discharged.

4. I completed college and law school following my service in the United States Marine Corps. and worked in private practice from 1991 to 2012.

5. From 2008 to 2012, I also worked for the San Diego Sheriff's Department as a Search and Rescue Reserve. In this capacity I provided communications and logistical support to San Diego Sheriff's Department during search and rescue operations for missing and lost persons, evidence recovery, emergency and disaster operations, and mutual aid events among other duties.

6. From 2010 to 2022, I served as a Colonel (CA) and Judge Advocate in the CMD, advising a wide array of units including the 40th Infantry Division, 3-140th Aviation Regiment, 49th Military Police Brigade, and Joint Forces Headquarters. In this capacity, I advised on both administrative law and critical operational legal support.

7. From 2012 to 2014, I worked as an attorney III for the California Department of Forestry and Fire Protection (Cal Fire).

8. From 2014 to 2018, I served as a Peace Officer with Cal Fire, ultimately rising to Chief of Investigations. In this role, I led critical investigative and law enforcement operations supporting both Cal Fire and the Office of the State Fire Marshal. I concurrently served as Bomb Squad Commander and Terrorism Liaison Officer.

9. I am certified by POST at the Basic, Intermediate, Supervisor, and Instructor levels and also hold specialized credentials, including a Post-Blast Explosives Investigator Certificate from the FBI and the FBI Certified Explosives Investigator designation.

10. I have been a National Guard Bureau Intelligence Oversight Monitor for the State of California since I joined CMD in 2018, maintaining annual certifications and ensuring strict compliance with intelligence oversight standards.

11. I have also been a Domestic Operational Law Legal Advisor since 2018, activated to support major domestic missions such as the Oroville Dam crisis and the Camp Fire response. I am trained in State Disaster Management, Advanced ICS Command, Military Resources in Emergency Management, USSOCOM OPSEC, and Army Counterintelligence.

**June 7, 2025**

12. I am aware of and have reviewed the Memorandum issued by President Trump on June 7, 2025 (Trump Memo) calling into federal service members and units of the National Guard.

13. I am also aware and have reviewed the June 7, 2025, Memorandum from Secretary of Defense Peter Hegseth (DOD June 7 Order) to the Adjutant General of California, ordering 2,000 California National Guard members into federal service.

14. I am aware that all 2,000 of the National Guard members deployed as a result of the DOD June 7 Order are members of the 79th Infantry Brigade Combat Team, which include a large number of guard members who serve in Taskforce Rattlesnake, the State's specialized fire combat unit. These service members have specialized training in wildland fire mitigation and prevention and direct fire suppression, and would be highly difficult for the State to replace.

15. The 79th Infantry Brigade also contains Counterdrug Taskforce members that specialize in providing support to stop the trafficking of fentanyl at the U.S.-Mexico Border.

16. As further described below, these deployments will impair the California National Guard's ability to perform critical functions for the State of California, including providing urgent responses to natural disasters and wildfires and drug interdiction, among other imperative missions.

**June 9, 2025**

17. I have reviewed the June 9, 2025, Memorandum from Secretary Hegseth order federalizing an additional 2,000 California National Guard members into federal service (DOD June 9 Order).

18. I have also reviewed a post by Secretary Hegseth on the X social media platform, posted at 3:24 p.m. Pacific time on June 9, 2025, stating that "approximately 700 active-duty U.S. Marines from Camp Pendleton are being deployed to Los Angeles to restore order" and "to defend federal law enforcement officers." (https://x.com/SecDef/status/1932202105361612994.)

19. Consistent with those public statements by Secretary Hegseth, on June 9 and 10, 2025, I became aware that CMD was informed of DOD's plans to issue change orders to the DOD June 7 Order and DOD June 9 Order (collectively, DOD

Orders). CMD was informed that those change orders would advise that beginning June 10, mobilized federalized California National Guard units would be providing support for counter-immigration operations across Los Angeles, in communities during immigration enforcement operations and not only at federal buildings. CMD was informed that such support activities would include holding a secure perimeter in communities around areas where immigration enforcement activities would take place, and securing routes over public streets where immigration enforcement officers would travel.

**California's National Guard**

20. The California Army National Guard and the California Air National Guard are part of the organized militia of the State of California and are federally recognized units and organizations of the reserve components of the United States military. For the purposes of this declaration, I will refer to the California Army National Guard and the California Air National Guard together as the "California National Guard."

21. Soldiers and airmen of the California National Guard serve important functions for California under the authority of the Governor of California while simultaneously training to perform their federal missions.

22. The California National Guard's purpose is to organize, train, equip, deploy, and employ California's Airmen, Soldiers, and Sailors, to deliver integrated staff, enhanced federal readiness, civil support, and historical contribution capabilities to the California Military Department, interagency partners, and the Governor.

23. The California National Guard is part of the CMD, a state agency that includes the California State Guard, which cannot be federalized and remains at the command and control of the Governor. CMD works under the Executive authority of the Governor of California and performs numerous functions to effectively

operate the California National Guard, including planning and organizing deployments, and trainings.

24. There are three duty status categories for the National Guard: State Active Duty, Title 10, or Title 32 status. In general, these statuses determine who funds an operation and whether they are under the command and control of the Governor or the President in their respective capacities as Commander-in-Chief.

25. In State Active Duty, the California National Guard is fully paid for by the California budget and federal funds are not obligated for any personnel or units. Service members in State Active Duty serve under the command and control of the Governor of California.

26. California National Guard members may serve in Title 32 status. In this hybrid status, they are under the command and control of the Governor, but the mission is paid for by federal funds. The federal government may request the Governor provide the California National Guard's assistance under Title 32 for federal missions. As an example, the California National Guard is in Title 32 status when it is deployed at the southern border to provide operational support to federal law enforcement for drug interdiction.

27. The National Guard may be called into federal service under Title 10 of the United States Code. When members of the California National Guard are called to federal service under Title 10, they become components of the Army and federal National Guard. In Title 10 status, the National Guard is paid for by the federal government and under the command and control of the President.

28. There are approximately 18,733 members of the California National Guard. Most of the California National Guard members serve as reserve forces, meaning that their role in the California National Guard is part-time, and they are generally employed in civilian roles separate from their work as service members. There are currently approximately 12,212 available members of the California National Guard.

29. There are approximately 717 California National Guard servicemembers who work full time on State Active Duty. There are 1,109 Army National Guard and 1,170 Air National Guard members who are in a full time Title 32 status and support the readiness of their guard units. These individuals serve full time for fixed terms, which are often renewed.

30. As the largest National Guard in the country, the California National Guard provides mission ready forces for the State and the Nation, supporting missions all over the world. Each service member plays a critical role, and many have years of specialized training. Pulling those members away from these assignments may imperil the State's ability to protect its residents.

**<u>Use of the National Guard in Service of the State</u>**

31. As Commander-in-Chief of the State's militia, the Governor of California calls members of the California National Guard into active duty to serve the needs of California. The California National Guard is vital for various State functions including emergency and natural disaster response, cybersecurity, and drug interdiction. The California National Guard acts to protect people and property in many ways and the State relies on the National Guard to be ready to intervene in emergent situations to help protect Californians.

32. On average, in the years 2020 through 2025, 3,937 servicemembers were activated for Emergency State Active-Duty each year. CMD has identified and committed 4,600 service members to achieve state specific missions, which is 38% of the available strength.

33. The needs of the State are variable depending on emergent circumstances. For example, in 2020, 12,601 services members were deployed for 488,051 duty days, representing nearly three times more than the assigned strength for the State. In 2025, there have already been 3,332 services members activated for 89,061 duty days, indicating the state will need every available service member to meet the State's operational needs. These numbers exclude specialized taskforces

such as Operation Rattlesnake and the State Counterdrug teams, discussed further below, which contribute collectivity over 600 additional personnel dedicated to state missions.

34. Presently only 6.15% of the assigned strength of CMD is not subject to Title 10 activation, meaning if there is a large federal activation the State will fall far short of the anticipated annual state requirements, even without considering specialized skills and capabilities to accomplish those missions.

35. The January 2025 Los Angeles Fires are a recent example of one of these state missions. On January 7, 2025, a devastating wildfire broke out in Los Angeles County. Governor Newsom immediately proclaimed a state of emergency and deployed the California National Guard to manage the emergency. Over the course of 24 days 2,500 service members were deployed to assist with the firefighting and emergency response efforts sprawling across 37,000 acres of fire-impacted land.

36. The California National Guard's support included firefighting brigades, aerial firefighters who provided critical fire suppression assistance, military police forces stationed at traffic control points to ensure the safety of the surrounding community and those with specialized skills in removing hazardous waste.

37. There are also a number of specialized units and missions.

38. For example, the California National Guard operates FireGuard, a wildfire satellite detection mission. During the last 18 months, FireGuard activated at least five Emergency State Active-Duty Force Packages, consisting of 360 personnel total, in support of the Bridge Fire, Line Fire, and Park Fire in California. One hundred-forty additional Emergency State Active-Duty Military Police Soldiers were also activated to operate and augment Traffic Control Points at the Line Fire and Bridge Fire.

39. The California National Guard also operates Joint Task Force Rattlesnake, a joint taskforce with CalFire to mitigate and prevent wildland fires through fuels mitigation projects and direct fire suppression. Task Force

Rattlesnake provides 14 full-time, year-round Type I Hand Crews to reduce fuels and respond to fire incidents and other emergencies across the State. Each Task Force Rattlesnake crewmember is trained to Firefighter 1C standards, which require at least 540 hours of training. Each of California's 14 Crews are staffed with a minimum of 22 California National Guard personnel and maintain a minimum of 22 Firefighter 1C trained crewmembers (308 personnel in total).

40. Over the past 18 months, Task Force Rattlesnake responded to at least 738 wildland firefighting response missions, covering 10,243 acres of land.

41. The California National Guard also participates in drug interdiction activities in conjunction with local and federal law enforcement agencies. The CMD Counterdrug Task Force includes both state funded and Title 32 servicemembers operating year-round and includes specialized training for analysts and reconnaissance personnel.

42. The State Counterdrug Task Force is funded by the State's General Fund, and currently includes 118 service members assigned as analysts in drug demand reduction at the southern border. California has invested over $60 million over four years to expand California National Guard's work to prevent drug trafficking.

43. California National Guard servicemembers who perform this crucial work are criminal analysts, reconnaissance support personnel, and drug demand reduction outreach specialists—all positions that entail specialized training. State funding for fiscal year 2025 and beyond enables the Counterdrug Task Force to maintain and enhance support to federal, state and local partners in the ability to assist in seizures of firearms, currency, and cryptocurrency from drug trafficking organizations.

44. CMD also has 700 soldiers and 100 Air Guardsmen who are in Military Police companies. These units receive training in apprehensions, detentions, less lethal weapons options, and de-escalation, and they have unique capabilities in crowd control and management. They provide critical site security to "high value

areas" such as residence buildings or state assets. Units can provide area security as well as conducting traffic control points in an emergency. California relies on these units as a part of its "Quick Reaction Force" (NGRF), which is used to rapidly respond and support the needs of Californians in an emergency.

45. The California National Guard also provides critical cybersecurity support for the State, including providing staffing to CalOES's operation of the Cal CSIC (Cyber Security Integration Center). Cal CSIC aids in identifying and tracking cyber-attacks and coordinating response efforts to combat those attacks.

46. The California National Guard operates the Cyber Network Defense Team (CND-T), which supports cyber vulnerability inspections of state agencies, state schools, and, by request, local education agencies and city and county governments. These state agency vulnerability assessments are mandated by California Government Code section 11549.3, which also authorizes CND-T to conduct vulnerability assessments, known as Independent Security Assessments (ISAs) of state agencies and state schools as coordinated through the California Department of Technology.

**Impact of Federalization**

47. As recounted above, the DOD June 7 Order federalized 2,000 members of the 79th Infantry Brigade Combat Team, which included a large number of guard members who serve in CMD's Taskforce Rattlesnake and Counterdrug Taskforce.

48. This deployment is pulling California National Guard members away from their critical drug interdiction work. This will undermine the State's critical investment in this area.

49. This deployment is also pulling away highly trained fire mitigation and prevention and direct fire suppression CMD specialists at the start of California's wildfire season.

50. Most critically, diverting members of the National Guard impairs the Governor's ability to respond to emergencies. As set forth above, California

National Guard resources are limited, and the State does not have an excess of National Guard servicemembers to carry out emergency functions, even without taking into account specialized training.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 10, 2025, at Sacramento, California.

Declaration of Paul S. Eck