1  YAAKOV M. ROTH
   Acting Assistant Attorney General
2  Civil Division

3  ERIC J. HAMILTON
4  Deputy Assistant Attorney General
   Federal Programs Branch
5
   ALEXANDER K. HAAS
6  Director
   Federal Programs Branch
7
8  CHRISTOPHER D. EDELMAN
   (D.C. Bar No. 1033486)
9  Senior Counsel
   United States Department of Justice
10 Civil Division, Federal Programs Branch
   1100 L Street, NW
11 Washington, D.C. 20005
   Tel.: 202-305-8659
12 Email: christopher.edelman@usdoj.gov

13
   *Counsel for Defendants*
14

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al., | No. 3:25-cv-04870-CRB |
| *Plaintiffs*, | **DEFENDANTS' NOTICE REGARDING PLAINTIFFS' EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| *Defendants*. | |

Defendants President Donald J. Trump, Secretary of Defense Pete Hegseth, and the U.S. Department of Defense file this notice of their opposition to Plaintiffs' request for an *ex parte* temporary restraining order. Plaintiffs' motion is legally meritless. It seeks an extraordinary, unprecedented, and dangerous court order. If entered, Plaintiffs' proposed order would jeopardize the safety of Department of Homeland Security personnel and interfere with the Federal Government's ability to carry out operations. Plaintiffs' request that this Court supervise the President and Secretary of Defense's management of military forces is itself highly unusual and indeed non-justiciable under constitutional principles. The Court should reject Plaintiffs' suggestion that this Court enter an order—on a one-sided record and without hearing from Defendants—on a subject of grave importance that implicates the separation of powers. As Plaintiffs noted in their motion, Defendants request the Court enter an order making Defendants' opposition to Plaintiffs' motion due tomorrow at 11 a.m. Pacific time. Defendants request 24 hours to finalize declarations necessary to expose certain of Plaintiffs' allegations as false and demonstrate the irreparable harm to the Defendants if the Court were to enter the proposed order.

Dated: June 10, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
(D.C. Bar No. 1033486)
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 305-8659
E-mail: christopher.edelman@usdoj.gov

COUNSEL FOR DEFENDANTS
