IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al., <br>     Plaintiffs, <br> v. <br> DONALD J. TRUMP, et al., <br>     Defendants. | Case No. 25-cv-04870-CRB <br><br> **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE** |

Plaintiffs Gavin Newsom and the State of California filed an Ex Parte Motion for a Temporary Restraining Order at 11:00 A.M. on June 10, 2025. See Mot. (dkt. 8). Defendants Donald Trump, Pete Hegseth, and the Department of Defense requested "24 hours from the time that Plaintiffs file their motion for temporary restraining order to file a response brief." See Mot. at 3; Notice (dkt. 12) (requesting due date of 11:00 A.M. on June 11, 2025). Defendants' request is GRANTED. The opposition shall be due by **11:00 A.M. on Wednesday, June 11, 2025**. Plaintiffs may file a response to that opposition by **9:00 A.M. on Thursday, June 12, 2025**. The Court will hold a hearing on Plaintiffs' motion in open court at **1:30 P.M. on Thursday, June 12, 2025**. Any party wishing to appear by Zoom may do so.

**IT IS SO ORDERED.**

Dated: June 10, 2025

CHARLES R. BREYER
United States District Judge