Andrew G. Watters (#237990)
555 Twin Dolphin Dr., Ste. 135
Redwood City, CA 94065
+1 (650) 542-0057
andrew@watters.law

Attorney for Amicus Curiae Blue Eagle Coalition,
an unincorporated association

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, In his official capacity as the Governor of the State of California; STATE OF CALIFORNIA,<br><br>        Plaintiffs,<br><br>        v.<br><br>DONALD TRUMP, In his official capacity as the President of the United States; PETE HEGSETH, In his official capacity as Secretary of the Department of Defense; US DEPARTMENT OF DEFENSE,<br><br>        Defendants.<br><br>BLUE EAGLE COALITION, an unincorporated association,<br><br>        Amicus Curiae. | Case No: 3:25-cv-04870-CRB<br><br>DECLARATION OF ANDREW WATTERS IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO FILE AMICUS BRIEF<br><br>Date: June 12, 2025<br>Time: 1:30 p.m.<br>Place: Zoom<br><br>The Honorable Charles Breyer<br>Senior District Judge |

1. I am over the age of eighteen years and have personal knowledge of the matters stated herein. If called as a witness, I would competently attest to same.

2. I am an attorney at law with my own law firm of five attorneys and eight legal professionals based in Redwood City, California. I was licensed in California and in this Court in late 2005. I have been in practice for close to 20 years, both at other law firms and with my own law firm, and I consider myself an expert civil trial attorney with a family law practice, as well.

3. I am, ironically, a member of the Governor's political party. However, I strongly disagree with his actions in this public safety scenario, as well as his efforts to use the legal system to restrain normal Presidential decisions– even though I do not agree with everything the President is doing. The Governor is speaking on television about a struggle for Democracy, but I simply disagree with his actions in refusing to uphold the law in this democracy. To that end, I formed a small unincorporated association called the Blue Eagle Coalition to try to rein in the Governor's ambitions and restore a sense of law and order to the party.

4. The Blue Eagle Coalition consists of myself and, as of this writing, a small handful of fellow attorneys in California who share my views. For obvious reasons, such as the controversial nature of this proceeding, no one else wants to be identified at this time. The short time frame and rapidly developing situations stemming from this action have also made it difficult to sign up participants on short notice, though this is expected to change as more moderate individuals look deeper into the Governor's actions and decide to participate.

5. In any case, on June 10, 2025, I reached out to both sets of counsel in this matter via email to inquire about whether they would agree to the filing of an amicus brief, and I outlined the main points. A copy of the message is attached as **Exhibit 1**.

6. Defendants' counsel replied shortly thereafter and stated that Defendants consent to the filing. A copy of the message is attached as **Exhibit 2**.

7. Plaintiffs' counsel replied and stated that Plaintiffs "take no position" on the filing. A copy of the message is attached as **Exhibit 3**. As such, I prepared an ex parte application for leave to file the amicus brief.

8. The concerns I stated in the email to counsel are the actual concerns of my group and myself.

As a California-admitted attorney and also a member of the bar of this Court, I have grave concerns about Plaintiffs' counsel's conduct in overtly challenging the President on a matter that is clearly within his authority. In particular, the omission of the statute 10 U.S.C. sec. 252, which is obvious in any online search in this field, concerns me because the conditions stated in that statute were stated in the President's memorandum– which the Complaint concedes contained language finding a "rebellion." And of course, the case law (not disclosed by Plaintiffs) makes it clear that the President is the sole judge of whether to call up the National Guard for federal service, making it a discretionary function.

9. I don't think it is fair for a government attorney to escape liability under Rule 11 or the California ethical rules and statutes solely because they are following the orders of the Governor. I am aware of numerous cases in which civilian attorneys have been warned, reproved, or otherwise disciplined for far less serious things than acting contrary to the attorney Oath and contrary to Federal law. Thus, in the event this matter proceeds, I foresee a double standard that will substantially impact me and other attorneys.

10. I have noticed an interesting issue with the media coverage and social media content as they relate to the rioting. The algorithms on Instagram and Facebook appear to be suppressing primary source images and videos of the riots and violence. X/Twitter is the only place I have seen the actual violent images and videos that users are posting, such as these:







11. Obviously, these are not peaceful protests when people are destroying cars, attacking law enforcement, and looting.

12. In addition to being personally interested in the outcome of this matter for the above reasons, I am also a part-time resident of Los Angeles County due to family obligations.

//

- 4 -  DECLARATION OF ANDREW WATTERS

Although not downtown, my family's area of L.A. County is policed by the Los Angeles County Sheriff. There has been a noticeable decrease in the law enforcement presence in my area since the rioting started, because the Sheriff's deputies are being pulled to downtown to help with the riots. As such, there is a danger to the public that more crimes will be committed in areas where a large percentage of Sheriff's deputies are pulled from. This is one reason why I support the Defendants– because the deployment of the National Guard helps preserve law enforcement in other areas by taking some of the burden off law enforcement.

13. I attach the proposed amicus brief as **Exhibit 4**, which will be filed in the event the application is granted. I have not signed the brief only because there could conceivably be developments between now and the filing that would require some revisions, in the event there is some lag time between the application being made and decided. I thank the Court for its consideration, and I certainly appreciate Defendants having consented.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   June 11, 2025              By:   _____
                                         Andrew G. Watters, Esq.
                                         Attorney for Amicus Curiae
                                         Blue Eagle Coalition