## IN THE UNITED STATES COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAVIN NEWSOM, et al.         )
                                  )

      *Plaintiffs,*          )
                                    )     No. 3:25-cv-4870

      v.                    )
                                    )

DONALD TRUMP, et al.          )
                                    )

      *Defendant*          )

---

<u>DECLARATION OF MAJOR GENERAL NIAVE F. KNELL</u>

I, Major General Niave F. Knell, hereby state and declare as follows:

1.      I am currently employed by the United States Army as the Deputy Commanding General for the United States Army North Command (ARNORTH), which is a component of the United States Northern Command (USNORTHCOM). I have held this position since August 24, 2024. I have served as a commissioned Army Officer for more than 33 years. My current responsibilities include overseeing the daily operations of ARNORTH as well as ensuring the training, discipline, and readiness of the units under ARNORTH's command. I have reviewed the Complaint in the matter of *Newsom v. Trump*, No. 3:25-cv-4870 (N.D. Cal.). This declaration is based on my personal knowledge as well as information made available to me during the routine execution of my official duties.

2.      On June 7, 2025, the President of the United States issued a memorandum with the subject "Department of Defense (DoD) Security for the Protection of Department of Homeland Security (DHS) Functions." The memorandum noted: "Numerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other United States

Government personnel who are performing Federal functions and supporting the faithful execution of Federal immigration laws. Aditionally, violent protests threaten the security of, and significant damage to, Federal immigration detention facilities and other Federal property." The memorandum thus directed members of the National Guard into federal service "to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property." It further directed the Secretary of Defense to call *at least* 2,000 National Guard personnel into service for 60 days subject to change at his discretion. It also further delegated to the Secretary of Defense the authority to utilize the regular forces to assist with this mission. The Secretary of Defense issued guidance accordingly that same day. The following day, the Secretary authorized the activation of the 2nd Battalion, 7th Marine Regiment, 1st Marine Division.

3.     The Chief of the National Guard Bureau transmitted the Secretary of Defense's orders on Saturday, June 7 to the Adjutant General of the California National Guard. At 10:17 Pacific Standard Time, the California Adjutant General responded, "consider our forces mobilized."

4.     USNORTHCOM is one of DoD's eleven unified combatant commands. Its mission is to provide command and control of DoD homeland defense efforts and to coordinate defense support of civil authorities. ARNORTH supports USNORTHCOM in this mission.

5.     When federalized, members of a State National Guard serve pursuant to Title 10 of the U.S. Code under the command of the President and the Secretary of Defense. In this case, the Secretary of Defense authorized USNORTHCOM to execute command and control of federalized members of the California National Guard as well as the 2nd Battalion, 7th Marine Regiment, 1st Marine Division (2/7 USMC). USNORTHCOM further delegated operational control of federalized National Guard forces and tactical control of Marine forces to ARNORTH.

6.    Following the President's June 7, 2025 memorandum, ARNORTH published Operational Order (OPORD) 01-23 and Fragmentary Order (FRAGORD) 25-501.000 to direct federalized members of California National Guard and members of the 2/7 USMC to temporarily protect federal property, as well as ICE and other U.S. Government personnel who are performing federal functions, where protests are occurring in Los Angeles County, California.

7.    Since Saturday, June 7, federalized California National Guard personnel have conducted operations in Los Angeles strictly consistent with the directions of the President's June 7 memorandum and FRAGORD 25-501.000.  They are protecting federal personnel performing official functions as well as property at designated locations through security patrols, observation posts, and outer cordon security perimeter of buildings.  Federalized California National Guard personnel activities are limited to those protection operations.  They are not performing law enforcement or any other functions.

8.    So far, 2,112 members and 256 vehicles of the 79th Infantry Brigade Combat Team have conducted or are currently conducting the following protection operations:

    A.  146 federalized guardsmen protected an ICE facility located at 6319 Alondra Boulevard, Paramount, California.

    B.  108 federalized guardsmen are conducting patrols of a federal building located at 110 Wilshire Boulevard, Los Angeles, California.

    C.  94 federalized guardsmen are protecting federal facilities and federal personnel performing official functions in downtown Los Angeles.

    D.  107 federalized guardsmen are providing protection to Homeland Security Investigations (HSI) warrant servicing agents performing official functions at a Los Angeles airport cargo terminal.

E.  95 federalized guardsmen provided protection at a federal building located at 535 Alameda Street, Los Angeles, California.

F.  300 federalized guardsmen protected federal employees and property at a federal building located at 11099 S. La Cienega Boulevard, Los Angeles, California.

G.  32 federalized guardsmen provided protection for a federal building located at 34 Civic Center Plaza, San Ana, California.

H.  35 federalized guardsmen performed protection activities for the Glenn M. Anderson federal building located at 501 W. Ocean Boulevard, Long Beach, California.

I.   Federalized guardsmen continue to provide protection for ICE Officers, Customs and Border Protection Officers, and Federal Bureau of Investigations Special Agents performing official functions so that such federal personnel may carry out their assigned duties.

9.    ARNORTH has been allocated tactical control of 721 members of the 2/7 USMC.  These Marines are currently training in preparation to conduct similar protection operations.

MAJOR GENERAL NIAVE F. KNELL

DEPUTY COMMANDING GENERAL
U.S. Army North

4