BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Amici Curiae
States of Iowa, et al.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gavin Newsom, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Donald J. Trump, et al.,<br><br>　　　　　Defendants. | Case No.:  3:25-cv-04870-CRB<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* STATES IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Date:　June 12, 2025<br>Time:　1:30 p.m.<br>Courtroom:　6 (17th Floor)<br>Judge: Hon. Charles R. Breyer |

The States of Iowa, Oklahoma, and South Carolina, Iowa, Oklahoma, South Carolina, Alabama, Arkansas, Florida, Georgia, Guam, Idaho, Indiana, Kansas, Louisiana, Missouri, Montana, Nebraska, North Dakota, South Dakota, Tennessee, Texas, and Utah through their Attorneys General ("Amici States") respectfully move for leave to appear as amici curiae and file the proposed amici curiae brief, attached hereto, in opposition to Plaintiff's Motion for Temporary Restraining Order.

## I. STANDARD FOR MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE*

District courts may consider amicus briefs from non-parties with unique information or perspectives that are useful or otherwise desirable to the court. *See NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d. 1061, 1067 (N.D. Cal. 2005). While there are no strict prerequisites to qualify for amicus status, "[d]istrict courts frequently welcome amicus briefs from non-parties . . . if the amicus has unique information or perspective that can help the court beyond the help that the lawyers from the parties are able to provide." *Sonoma Falls Developers*, *L.L.C. v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2023) (cleaned up). Additionally, participation of amicus curiae may be appropriate where the legal issues have potential ramifications beyond the parties directly involved. *Id.*

## II. INTERESTS AND IDENTITIES OF *AMICI CURIAE*

States Attorneys General regularly file amicus briefs on behalf of their respective States in cases that involve matters of public importance. As Amici States' chief legal officers, the Attorney General is often authorized to make such filings in the names of their respective States.

The federalization of States' National Guard units is a matter of profound public importance, as it directly implicates the delicate balance of power between state and federal governments—a true cornerstone of Federalism. States generally maintain authority over their National Guard units, allowing governors to deploy them for state-specific needs, such as disaster response or public safety. Federalization of state National Guard units without gubernatorial consent may be justified in exceptional circumstances where urgent national interests or constitutional obligations outweigh state authority. The President should have this authority in emergency cases such as insurrections, invasions, or other crises that threaten national security or public safety on a scale beyond state

capacity. Also, federalization may be warranted when State actions (or inaction) conflict with federal law or constitutional protections.

In such scenarios, the Supremacy Clause prioritizes federal authority to execute the laws of the United States accordingly. In any such case, Amici States have a strong interest in preserving the Constitution's federalist structure and preserving the President's ability to preserve the public safety.

Counsel for Defendants consent to this motion. Counsel for Plaintiffs take no position on this motion.

### III. CONCLUSION

For the foregoing reasons, the Amici States respectfully request this Court's leave to appear as *amici curiae* and deem the proposed *amicus* brief filed.

Dated:  June 11, 2025

BENBROOK LAW GROUP, PC

By  s/ Bradley A. Benbrook
BRADLEY A. BENBROOK
STEPHEN M. DUVERNAY
Attorneys for *Amici Curiae* States

BRENNA BIRD
Attorney General of Iowa

GENTNER DRUMMOND
Attorney General of Oklahoma

ALAN WILSON
Attorney General of South Carolina

Counsel for *Amici Curiae* States