# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gavin Newsom, et al., | Case No.: 3:25-cv-04870-CRB |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE STATES IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Donald J. Trump, et al., | |
| Defendants. | |

Upon consideration of the Motion for Leave to File Brief of Amici Curiae in Opposition to Plaintiffs' Motion for Temporary Restraining Order, it is hereby **ORDERED** that this Motion for Leave be and hereby is **GRANTED**, and that the brief submitted shall be accepted as filed.

**IT IS SO ORDERED.**

Dated: _____

_____<br>
Hon. Charles R. Breyer<br>
United States District Judge