DAVID A. CARRILLO, State Bar # 177856
BRANDON V. STRACENER, State Bar # 314032
California Constitution Center
University of California, Berkeley* School of Law
#7200
Berkeley, CA 94720-7200
Telephone: (510) 664-4953
Email: carrillo@law.berkeley.edu
Email: bvstrac@gmail.com
*University affiliation provided for identification purposes only

Amicus California Constitution Scholars

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No.: 3:25-cv-04870-CRB<br><br>***EX PARTE* APPLICATION OF AMICUS CALIFORNIA CONSTITUTION SCHOLARS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**<br><br>Hearing Date: June 12, 2025<br>Time: 1:30 P.M.<br>Judge: Hon. Charles R. Breyer,<br>         Senior District Judge<br>Dept.: Courtroom 6 – 17th Floor<br><br>Action Filed: June 9, 2025 |

**NOTICE OF *EX PARTE* APPLICATION AND RELIEF SOUGHT**

PLEASE TAKE NOTICE that on June 12, 2025 at 1:30 P.M., or as soon thereafter as the matter may be heard in Courtroom 6 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, non-parties David A. Carrillo and Brandon V. Stracener (collectively, amicus "California Constitution Scholars") will, and hereby do, apply *ex parte* to this Court for leave to appear as *amicus curiae* and file the attached [Proposed] Brief of *Amicus Curiae* California Constitution Scholars (the "Brief"), attached to this application.

Counsel for Plaintiffs and Defendants have been contacted for consent to this application; Defendants have consented to the filing of the Brief. *See* Decl. of Brandon V. Stracener ("Stracener Decl.") ¶ 2, Ex. A at 1.

Amicus applies for leave to file the Brief under N.D. Cal. Local Rule 7-10, this Court's Order Setting Briefing Schedule and Hearing Date (dkt. 14), the caselaw derived from orders of this Court and other courts in this district, and to the extent it serves as a guide to this Court, Federal Rule of Appellate Procedure 29(a).

### IDENTITY AND INTEREST OF *AMICUS CURIAE*

Amicus are California constitution scholars who seek to aid this Court in resolving an issue of state constitutional interpretation presented here. Stracener Decl. ¶ 1. We are academics affiliated with the California Constitution Center,[1] a nonpartisan academic research center at the University of California, Berkeley, School of Law. *See id.* The University of California is not party to this brief, and our academic titles are for identification only.

The proposed brief will assist the Court by addressing the core issue: federalizing a state militia is lawful only when conditions set by Congress are met, and a president exceeds his powers in attempting to federalize a state militia over a governor's objection without meeting such conditions.

### STATEMENT UNDER FED. R. APP. 29(a)(4)(E)

Amicus certifies that no party or counsel for any party has authored the Brief, participated in its drafting, or made any monetary contributions intended to fund preparation or submission of the Brief.

### ARGUMENT

This Court has "broad discretion" to grant leave for an *amicus curiae* to appear and file a brief. *Foothill Church v. Watanabe*, 623 F. Supp. 3d 1079, 1084 (E.D. Cal. 2022) (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)). "'An amicus brief should normally be allowed'" when "'[1] the amicus has unique information or perspective'" that "'[2]

---

[1] David A. Carrillo is Executive Director of the California Constitution Center; Brandon V. Stracener is a Senior Research Fellow.

can help the court beyond the help that the lawyers for the parties are able to provide.'" *Id.* (cleaned up) (citing *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999)). *See also Arena v. Intuit Inc.*, No. 19-CV-02546-CRB, 2020 WL 7342716, at *1 (N.D. Cal. Dec. 14, 2020) (Breyer, J.) (granting motion to file an amicus brief based in part on relevance of amici's perspective and amici litigating claims that overlapped with plaintiffs' claims); *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1163-64 (N.D. Cal. 2019) (explaining that there are "no strict prerequisites" to qualify as amicus and that courts generally have "'exercised great liberality' in permitting amicus briefs") (citation omitted).

First, Amicus has unique information and perspective because they are California constitution scholars who have studied, researched, and written on the California constitution and the constitutional relationship between federal and state government. *See* Stracener Decl. ¶ 1.

Second, Amicus can help the Court because Amicus can provide specific insights on the conditions for federalizing a state militia and the ability of the president to do so over a state governor's objection.

## CONCLUSION

Amicus California Constitution Scholars respectfully requests leave to appear as *amicus curiae* and file the attached brief in support of Plaintiffs' *Ex Parte* Motion for a Temporary Restraining Order (dkt. 8).

DATED: June 11, 2025

By: _/s/ Brandon V. Stracener_
David A. Carrillo (State Bar # 177856)
Brandon V. Stracener (State Bar # 314032)
Amicus California Constitution Scholars

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case.

DATED: June 11, 2025

By: _/s/ Brandon V. Stracener_
David A. Carrillo (State Bar # 177856)
Brandon V. Stracener (State Bar # 314032)
Amicus California Constitution Scholars