DAVID A. CARRILLO, State Bar # 177856
BRANDON V. STRACENER, State Bar # 314032
California Constitution Center
University of California, Berkeley* School of Law
#7200
Berkeley, CA 94720-7200
Telephone: (510) 664-4953
Email: carrillo@law.berkeley.edu
Email: bvstrac@gmail.com
*University affiliation provided for identification purposes only

Amicus California Constitution Scholars

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No.: 3:25-cv-04870-CRB<br><br>**DECLARATION OF BRANDON V. STRACENER IN SUPPORT OF *EX PARTE* APPLICATION OF AMICUS CALIFORNIA CONSTITUTION SCHOLARS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**<br><br>Hearing Date: June 12, 2025<br>Time: 1:30 P.M.<br>Judge: Hon. Charles R. Breyer,<br>       Senior District Judge<br>Dept.: Courtroom 6 – 17th Floor<br><br>Action Filed: June 9, 2025 |

I, Brandon V. Stracener, declare that I have personal knowledge of the facts stated herein and, if called to testify, I could and would personally testify competently as follows:

1.  I am an attorney duly licensed to practice before all courts of the State of California and am a Senior Research Fellow at the California Constitution Center, a nonpartisan academic research center devoted to studying California's constitution and high court, in which study of the California constitution often involves study of the relationship between federal and

1  state government and federal constitutional issues.

2.  On June 11, 2025 at 9:45 A.M., I contacted counsel of record for all parties by email and requested consent to filing an amicus brief in this action. Defendants consented by email. A true and correct copy of the request and Defendants' response is attached hereto as **Exhibit A** to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I executed this declaration on June 11, 2025 in Oakland, California.

DATED: June 11, 2025

By: _____

Brandon V. Stracener (State Bar # 314032)

# EXHIBIT A

**Brandon V. Stracener**

| | |
|---|---|
| **From:** | Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov> |
| **Sent:** | Wednesday, June 11, 2025 9:55 AM |
| **To:** | Brandon Stracener; Laura.faer@doj.ca.gov |
| **Cc:** | brendan.hamme@doj.ca.gov; kendal.micklethwaite@doj.ca.gov; lorraine.lopez@doj.ca.gov; luke.freedman@doj.ca.gov; marissa.malouff@doj.ca.gov; megan.richards@doj.ca.gov; nicholas.espiritu@doj.ca.gov; nicholas.green@doj.ca.gov; Hamilton, Eric (CIV); David Carrillo |
| **Subject:** | RE: [EXTERNAL] Newsom v. Trump - amicus curiae consent for California constitution scholars - Case No. 3:25-cv-04870 |

Defendants consent.

**From:** Brandon Stracener <bvstrac@gmail.com>
**Sent:** Wednesday, June 11, 2025 12:46 PM
**To:** Laura.faer@doj.ca.gov; Edelman, Christopher (CIV) <Christopher.Edelman@usdoj.gov>
**Cc:** brendan.hamme@doj.ca.gov; kendal.micklethwaite@doj.ca.gov; lorraine.lopez@doj.ca.gov; luke.freedman@doj.ca.gov; marissa.malouff@doj.ca.gov; megan.richards@doj.ca.gov; nicholas.espiritu@doj.ca.gov; nicholas.green@doj.ca.gov; Hamilton, Eric (CIV) <Eric.Hamilton@usdoj.gov>; David Carrillo <carrillo@law.berkeley.edu>
**Subject:** [EXTERNAL] Newsom v. Trump - amicus curiae consent for California constitution scholars - Case No. 3:25-cv-04870

Counsel,

David A. Carrillo and I write seeking consent to our filing of an amicus curiae brief. Amicus are California constitution scholars who seek to aid this Court in resolving an issue of state constitutional interpretation presented in this case. We are academics affiliated with the California Constitution Center, a nonpartisan academic research center at the University of California, Berkeley, School of Law.

The proposed brief will assist the Court by addressing the core issues of federalizing a state militia based on the conditions set by Congress and whether a president exceeds his powers in attempting to federalize a state militia over a governor's objection.

Best regards,

Brandon V. Stracener
Senior Research Fellow
California Constitution Center

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case.

DATED: June 11, 2025

By: */s/ Brandon V. Stracener*
David A. Carrillo (State Bar # 177856)
Brandon V. Stracener (State Bar # 314032)
Amicus California Constitution Scholars