DAVID A. CARRILLO, State Bar # 177856
BRANDON V. STRACENER, State Bar # 314032
California Constitution Center
University of California, Berkeley* School of Law
#7200
Berkeley, CA 94720-7200
Telephone: (510) 664-4953
Email: carrillo@law.berkeley.edu
Email: bvstrac@gmail.com
*University affiliation provided for identification purposes only

Amicus California Constitution Scholars

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No.: 3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF AMICUS CALIFORNIA CONSTITUTION SCHOLARS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**<br><br>Hearing Date: June 12, 2025<br>Time: 1:30 P.M.<br>Judge: Hon. Charles R. Breyer,<br>       Senior District Judge<br>Dept.: Courtroom 6 – 17th Floor<br><br>Action Filed: June 9, 2025 |

Having read and considered the application of Amicus California Constitution Scholars ("Amicus") for leave to file an *amicus curiae* brief in support of Plaintiffs' Ex Parte Motion for a Temporary Restraining Order, as well as Defendants' consent to this application and the attached brief, and good cause appearing therefor, the request of Amicus is GRANTED. The [Proposed] Brief of Amicus California Constitution Scholars in Support of Plaintiffs' Ex Parte Motion for a

1  Temporary Restraining Order, attached to the application filed on the docket, is hereby deemed
2  as filed as the Brief of Amicus California Constitution Scholars in Support of Plaintiffs' Ex Parte
3  Motion for a Temporary Restraining Order.
4      **IT IS SO ORDERED.**
5      Dated: June __, 2025

_____
CHARLES R. BREYER
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record in this case.

DATED: June 11, 2025

By: */s/ Brandon V. Stracener*

David A. Carrillo (State Bar # 177856)
Brandon V. Stracener (State Bar # 314032)
Amicus California Constitution Scholars