BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 1617521)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-7203
christopher.edelman@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants*. | Case No. 3:25-cv-04867-CRB <br><br> **STIPULATION AND PROPOSED ORDER TO INCREASE PAGE LIMITS** |

  Pursuant to Civil Local Rules 7-2, 7-3, and 7-12 and the Court's General Standing Order, and subject to the Court's approval, the parties stipulate as follows:

  The parties have conferred regarding the page limits applicable to the Government's Response to Plaintiffs' Motion for a Temporary Restraining Order and Plaintiffs' Reply in support of their Motion. The Parties stipulate that the Government shall respond in no more than

thirty (30) pages of substantive text.  Plaintiffs' shall reply in no more than twenty (20) pages of substantive text.

Dated:                              Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General

ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director

_____
BENJAMIN S. KURLAND
Trial Attorney (DC Bar No. 1617521)
CHRISTOPHER EDELMAN
Senior Counsel (DC Bar No. 1033486)
GARRY D. HARTLIEB
Trial Attorneys (IL Bar No. 1617521)
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-7203
christopher.edelman@usdoj.gov

*Counsel for Defendants*


**ROB BONTA**
Attorney General of California
LAURA L. FAER
Acting Senior Assistant Attorney General
JAMES E. STANLEY
Supervising Deputy Attorneys General

/s/ Marissa Malouff
MARISSA MALOUFF
Supervising Deputy Attorney General
300 S. Spring St., Ste. 1702
Los Angeles, CA  80013
Telephone: (213) 269-6467
E-mail:  Marissa.Malouff@doj.ca.gov

*Attorneys for Plaintiffs*