NICHOLAS W. BROWN
Attorney General of Washington
PATRICIO MARQUEZ
ANDREW HUGHES
Assistant Attorneys General
TERA HEINTZ, Cal. Bar #241414
Deputy Solicitor General
800 Fifth Ave, Suite 2000
Seattle, WA 98104
Telephone: 206-464-7744
E-mail: Tera.Heintz@atg.wa.gov
*Attorneys for State of Washington*

*(Additional Amici on Signature Page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>**MOTION BY THE STATES OF WASHINGTON, DELAWARE, ARIZONA, COLORADO, CONNECTICUT, HAWAI'I, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OREGON, VERMONT, WISCONSIN, RHODE ISLAND AND THE OFFICE OF THE GOVERNOR OF KANSAS (AMICI STATES) FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF ON SHORTENED TIME**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: Hon. Charles R. Breyer<br>Trial Date:<br>Action Filed: 6/9/2025 |

PLEASE TAKE NOTICE that the States of Washington, Delaware, Arizona, Colorado, Connecticut, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Vermont, Wisconsin, Rhode

AMICI STATES' MOT. FOR LEAVE TO
FILE *AMICUS CURIAE* BRIEF ON
SHORTENED TIME
Case No. 3:25-cv-04870-CRB

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206 464-7744

Island, and the Office of the Governor of Kansas (Amici States) hereby move the Court pursuant to Civil Local Rules 6-3 and 7-1 for leave to file the accompanying *amicus curiae* brief in support of Plaintiffs' Ex Parte Motion for Temporary Restraining Order on shortened time.

Amici States respectfully request that the Court grant their motion without a hearing and deem the accompanying *amicus curiae* brief filed in advance of the hearing on Plaintiffs' Ex Parte Motion for Temporary Restraining Order scheduled for Thursday, June 12, 2025, at 1:30 p.m.[1]

This motion is based on the accompanying memorandum of points and authorities.

Amici States inquired whether the parties consent to their filing an amicus brief on shortened time. Plaintiffs took no position. Defendants confirmed their consent.

DATED this 11th day of June 2025.

Respectfully submitted,

| | |
|---|---|
| NICHOLAS W. BROWN<br>Attorney General of Washington | KATHLEEN JENNINGS<br>Attorney General of the State of Delaware |
| *s/ Tera Heintz*<br>PATRICIO MARQUEZ<br>ANDREW HUGHES<br>Assistant Attorneys General<br>TERA HEINTZ, Cal. Bar #241414<br>Deputy Solicitor General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>Tera.Heintz@atg.wa.gov | /s/ Ian R. Liston<br>IAN R. LISTON<br>Director of Impact Litigation<br>ROSE E. GIBSON<br>Assistant Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>Ian.Liston@delaware.gov |

*(Additional Amici on Signature Page)*

---

[1] Pursuant to LCR 6-3, the undersigned hereby certifies that (1) expedited consideration is necessary so that Amici States' brief may be filed and considered in connection with the pending TRO motion; (2) Defendants have consented and Plaintiffs have not opposed the filing of Amici States' brief in connection with the pending TRO motion; (3) in the absence of a prompt ruling, Amici States' brief and considerable interests might not be considered; (4) Amici States have sought consent and no party opposes Amici States' filing of their brief; (5) Amici States have not sought a previous time modification; and (6) the requested modification will have no effect on the schedule for this case.

AMICI STATES' MOT. FOR LEAVE TO
FILE *AMICUS CURIAE* BRIEF ON
SHORTENED TIME
Case No. 3:25-cv-04870-CRB

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206 464-7744

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION

The States of Washington, Delaware, Arizona, Colorado, Connecticut, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Vermont, Wisconsin, Rhode Island, and the Office of the Governor of Kansas (the Amici States), pursuant to Local Civil Rules 6-3 and 7-1, respectfully request expedited leave to file the accompanying *amicus curiae* brief in support of Plaintiffs' Ex Parte Motion for a Temporary Restraining Order (TRO Motion). The proposed amicus brief is attached as Exhibit A to this motion. Plaintiffs take no position on this filing. Defendants consent to this filing.

## II. LEGAL STANDARD

Acceptance and consideration of amicus briefs is within this Court's "inherent authority." *Cal. Ass'n of Sch. Psychs. v. Superintendent of Pub. Educ.*, No. C-93-2891 DLJ, 1994 WL 224433, at *4 (N.D. Cal. May 17, 1994). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F.Supp.2d 59, 62 (D.D.C. 2003)). *See also Arena v. Intuit Inc.*, No 19-cv-2546-CRB, 2020 WL 7342716, at *1 (N.D. Cal. Dec. 14, 2020) (granting leave where amici's "perspective is plainly relevant to various questions that [pending motion] presents").

Amici States submit this motion and accompanying brief a day after Plaintiffs filed their TRO Motion and the Court set a hearing. Expedited consideration of this motion is appropriate to aid the Court in considering Plaintiffs' request for a temporary restraining order and provide the parties an opportunity to respond to the Amici States' position, if warranted, at the June 12, 2025, hearing. Expedited consideration will not affect the hearing date.

AMICI STATES' MOT. FOR LEAVE TO
FILE *AMICUS CURIAE* BRIEF ON
SHORTENED TIME
Case No. 3:25-cv-04870-CRB

3

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206 464-7744

### III. IDENTITY AND INTEREST OF AMICI

Amici are the States of Washington, Delaware, Arizona, Colorado, Connecticut, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Vermont, Wisconsin, Rhode Island, and the Office of the Governor of Kansas. The Amici States' perspective is plainly relevant, and their interests in preventing the President's unlawful deployment of the National Guard and Marines are fourfold. First, the Amici States are implicated by the unlimited scope of the June 7, 2025, presidential memorandum titled "Department of Defense Security for the Protection of Department of Homeland Security Functions" (Trump Memo). This memo, which federalizes the National Guard in support of "ICE" and other unspecified "Federal functions," does not restrict its application to Los Angeles, the State of California, or any specific geographic region. Instead, it is an unlimited claim of presidential authority to deploy the National Guards of any State for the next 60 days.

Second, the States have an interest in ensuring their National Guards are available and able to perform the essential services that they provide the States on an ongoing basis.

Third, the States have an interest in providing public safety and combating violence; the Defendants' actions exacerbate these challenges in the name of addressing them.

Fourth and finally, the States have an interest in maintaining and promoting a free and open society in which lawful dissent is not chilled by the presence of military forces deployed domestically in our cities and towns.

### IV. FAMILIARITY WITH THE SPECIFIC ISSUE ADDRESSED BY AMICUS

The Amici States have a unique perspective on the impact of the Trump Memo beyond Plaintiffs and the urgency of enjoining the federal government's unlawful conduct. The Amici States all have relevant and specific information regarding the importance of State National Guards, and the harms that will likely flow from having State National Guards unlawfully

AMICI STATES' MOT. FOR LEAVE TO
FILE *AMICUS CURIAE* BRIEF ON
SHORTENED TIME
Case No. 3:25-cv-04870-CRB

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206 464-7744

commandeered by the Defendants. The Amici States respectfully submit that their proposed amicus brief will assist the Court in its consideration of Plaintiffs' motion.

### V. CONCLUSION

For the foregoing reasons, the Amici States respectfully request that the Court grant their motion for leave to file the accompanying *amicus curiae* brief on shortened time.

DATED this 11th day of June 2025.

Respectfully submitted,

| | |
|---|---|
| NICHOLAS W. BROWN<br>Attorney General of Washington | KATHLEEN JENNINGS<br>Attorney General of the State of Delaware |
| *s/ Tera Heintz*<br>PATRICIO MARQUEZ<br>ANDREW HUGHES<br>Assistant Attorneys General<br>TERA HEINTZ, Cal. Bar #241414<br>Deputy Solicitor General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>Tera.Heintz@atg.wa.gov | /s/ *Ian R. Liston*<br>IAN R. LISTON<br>Director of Impact Litigation<br>ROSE E. GIBSON<br>Assistant Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>Ian.Liston@delaware.gov |
| KRISTIN K. MAYES<br>Attorney General of Arizona<br>2005 N. Central Ave.<br>Phoenix, AZ 85004 | PHILIP J. WEISER<br>Attorney General of Colorado<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| WILLIAM TONG<br>Attorney General of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06106 | ANNE E. LOPEZ<br>Attorney General of Hawai'i<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| KWAME RAOUL<br>Attorney General of Illinois<br>115 S. LaSalle St.<br>Chicago, IL 60603 | AARON M. FREY<br>Attorney General of Maine<br>6 State House Station<br>Augusta, ME 04333-0006 |

AMICI STATES' MOT. FOR LEAVE TO
FILE *AMICUS CURIAE* BRIEF ON
SHORTENED TIME
Case No. 3:25-cv-04870-CRB

5

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206 464-7744

ANTHONY G. BROWN
Attorney General of Maryland
200 Saint Paul Place
Baltimore, MD 21202

ANDREA JOY CAMPBELL
Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

DANA NESSEL
Michigan Attorney General
P.O. Box 30212
Lansing, MI 48909

KEITH ELLISON
Attorney General
State of Minnesota
102 State Capitol
75 Rev. Dr. Martin Luther King Jr. Blvd.
St. Paul, MN 55155

AARON D. FORD
Attorney General
State of Nevada
100 North Carson Street
Carson City, NV 89701

MATTHEW J. PLATKIN
Attorney General
State of New Jersey
25 Market Street
Trenton, NJ 08625

RAÚL TORREZ
Attorney General
State of New Mexico
408 Galisteo Street
Santa Fe, New Mexico 87501

LETITIA JAMES
Attorney General
State of New York
28 Liberty Street
New York, NY 10005

JEFF JACKSON
Attorney General of North Carolina
PO Box 629
Raleigh, NC 27602

DAN RAYFIELD
Attorney General of Oregon
1162 Court Street NE
Salem, OR 97301

CHARITY R. CLARK
Vermont Attorney General
109 State Street
Montpelier, VT 05609

JOSHUA L. KAUL
Attorney General of Wisconsin
17 W. Main Street
Madison, WI 53703

JUSTIN WHITTEN
Attorney for Governor Kelly
Office of the Governor
300 SW 10th Ave., Suite 541-E
Topeka, KS 66612

PETER F. NERONHA
Attorney General
State of Rhode Island
150 South Main Street
Providence, RI 02903

AMICI STATES' MOT. FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF ON SHORTENED TIME
Case No. 3:25-cv-04870-CRB

6

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206 464-7744