1  NICHOLAS W. BROWN
   Attorney General of Washington
2
   PATRICIO MARQUEZ
3  ANDREW HUGHES
   Assistant Attorneys General
4  TERA HEINTZ, Cal. Bar #241414
   Deputy Solicitor General
5  800 Fifth Ave, Suite 2000
   Seattle, WA 98104
6  Telephone: 206-464-7744
   E-mail: Tera.Heintz@atg.wa.gov
7  *Attorneys for State of Washington*

8  *(Additional Amici on Signature Page)*

9            IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
10

11 GAVIN NEWSOM, IN HIS OFFICIAL          NO. 3:25-cv-04870-CRB
   CAPACITY AS GOVERNOR OF THE
12 STATE OF CALIFORNIA; STATE OF          **BRIEF FOR THE STATES OF**
   CALIFORNIA,                            **WASHINGTON, DELAWARE,**
13                                        **ARIZONA, COLORADO,**
                        Plaintiffs,       **CONNECTICUT, HAWAI'I,**
14                                        **ILLINOIS, MAINE, MARYLAND,**
        v.                                **MASSACHUSETTS, MICHIGAN,**
15                                        **MINNESOTA, NEVADA, NEW**
                                          **JERSEY, NEW MEXICO, NEW**
16 DONALD TRUMP, IN HIS OFFICIAL          **YORK, NORTH CAROLINA,**
   CAPACITY AS PRESIDENT OF THE           **OREGON, VERMONT, WISCONSIN,**
17 UNITED STATES; PETE HEGSETH, IN        **RHODE ISLAND, AND THE OFFICE**
   HIS OFFICIAL CAPACITY AS               **OF THE GOVERNOR OF KANSAS**
18 SECRETARY OF THE DEPARTMENT            **AS AMICI CURIAE IN SUPPORT OF**
   OF DEFENSE; U.S. DEPARTMENT OF         **PLAINTIFFS' MOTION FOR**
19 DEFENSE,                               **TEMPORARY RESTRAINING**
                                          **ORDER**
20                      Defendants.
                                          Date:
21                                        Time:
                                          Courtroom:
22                                        Judge: Hon. Charles R. Breyer
                                          Trial Date:
23                                        Action Filed: 6/9/2025

24

25

26

1

**TABLE OF CONTENTS**

2   I.     INTRODUCTION ........................................................................................... 1

3   II.    IDENTITY AND INTEREST OF AMICI STATES ..................................... 1

4   III.   ARGUMENT ................................................................................................ 4

5         A.   The National Guard Is the Organized Militia of the States and Is Under Governor Command and Control Except When Properly Called into Federal

6             Service .................................................................................................... 4

7         B.   Fear of a Standing Army and Tyranny by the Federal Government Compelled the Framers to Permanently Embed State Control of the Militias in the

8             Constitutional Framework ...................................................................... 5

9            1.   At America's Founding, the Colonists Sought to Prohibit Military Rule After Centuries of Abuse in England ................................... 6

10

11            2.   The Constitution Enshrines a Deliberate Balance of State and Federal Military Control ............................................................... 7

12            3.   Throughout Our History, Presidents Have Carefully Avoided Domestic Deployment of the Militias Unless Absolutely Necessary ............................... 9

13

14         C.   The National Guard Plays a Vital and Irreplaceable Role in Ensuring the Security and Disaster Preparedness of the States .................................... 14

15   IV.   CONCLUSION .......................................................................................... 20

16

17

18

19

20

21

22

23

24

25

26

BRIEF OF AMICI STATES ISO           i          ATTORNEY GENERAL OF WASHINGTON
PLAINTIFFS' MOT. FOR TEMPORARY                Civil Rights Division
RESTRAINING ORDER                       800 Fifth Avenue, Suite 2000
Case No. 3:25-cv-04870-CRB                  Seattle, WA 98104
                                        (206) 464-7744

# TABLE OF AUTHORITIES

## <u>Cases</u>

*Abbott v. Biden*,
  70 F.4th 817 (5th Cir. 2023) ............................................................................................4, 8

*Arena v. Intuit Inc.*,
  No. 19-cv-2546-CRB, 2020 WL 7342716 (N.D. Cal. Dec. 14, 2020) ...................................2

*Ass'n of Civilian Technicians, Inc. v. United States*,
  603 F.3d 989 (D.C. Cir. 2010) ........................................................................................4, 5

*Bissonette v. Haig*,
  776 F.2d 1384 (8th Cir. 1985) ............................................................................................5

*Cal. Ass'n of Sch. Psychs. v. Superintendent of Pub. Educ.*,
  No. C-93-2891 DLJ, 1994 WL 224433 (N.D. Cal. May 17, 1994) .......................................1

*Cobell v. Norton*,
  246 F. Supp. 2d 59 (D.D.C. 2003) .......................................................................................2

*Duncan v. Kahanamoku*,
  327 U.S. 304 (1946) ........................................................................................................6, 7

*Houston v. Moore*,
  18 U.S. 1 (1820) .................................................................................................................8

*Illinois Nat. Guard v. Fed. Labor Rels. Auth.*,
  854 F.2d 1396 (D.C. Cir. 1988) ..........................................................................................8

*Laird v. Tatum*,
  408 U.S. 1 (1972) ...............................................................................................................5

*Lipscomb v. Fed. Labor Rels. Auth.*,
  333 F.3d 611 (5th Cir. 2003) ..............................................................................................5

*NGV Gaming, Ltd. v. Upstream Point Molate, LLC*,
  355 F. Supp.2d 1061 (N.D. Cal. 2005) ...............................................................................2

*Perpich v. Dep't of Def.*,
  496 U.S. 335 (1990) .......................................................................................................4, 11

*Reid v. Covert*,
  354 U.S. 1 (1957) ...............................................................................................................6

## <u>Federal Constitutional Provisions</u>

U.S. Const., art. I, § 8, cls. 12-14 ...........................................................................................7

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

ii

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

U.S. Const., art. I, § 8, cls. 15-16 ...........................................................................4, 8

U.S. Const., art. II, § 2, cl. 1 ...................................................................................7

Bill of Rights, 1 W. & M., sess. 2, ch. 2 (1688) ......................................................6

Articles of Confederation of 1781, art. VI, para. 4. ................................................6

**State Constitutional Provisions**

Del. Const. art. III, § 8 ............................................................................................5

KS Const. Art. 8, § 4 ...............................................................................................5

Mich. Const. art. V, § 12 .........................................................................................5

N.M. Const. art. V, § 4 ............................................................................................5

N.Y. Const. art. IV, § 3 ............................................................................................5

Wash. Const. art. III, § 8 .........................................................................................5

**Federal Statutes**

10 U.S.C. § 10101 ....................................................................................................4

10 U.S.C. § 12401 ....................................................................................................4

10 U.S.C. § 12406 ................................................................................................2, 12

18 U.S.C. § 1385 ....................................................................................................11

32 U.S.C. § 106 .....................................................................................................14

32 U.S.C. § 107 .....................................................................................................14

32 U.S.C. § 328 .......................................................................................................5

32 U.S.C. § 502(f) ...................................................................................................5

**State Statutes, Statutes at Large and Public Laws, and Bills**

20 Del. Laws § 171 .................................................................................................5

Md. Code Ann., State Gov't § 3-303 .......................................................................5

Mich. Comp. Laws § 32.551(1) ..............................................................................5

N.M. Stat. Ann. § 20-2-3 ........................................................................................5

N.Y. Military Law § 3...........................................................................................................5

Wash. Rev. Code § 38.08.020..............................................................................................5

Wash. Rev. Code § 38.08.040..............................................................................................5

Pub. L. No. 60-145, § 3, 35 Stat. 400 (1908)....................................................................12

Pub. L. No. 84-1028, 70A Stat. 199 (1956)..................................................................12, 13

An Act Making Appropriations for the Support of the Army for the Fiscal Year Ending June
    Thirtieth, Eighteen Hundred and Seventy-Nine, and for Other Purposes,
    ch. 263, § 15, 20 Stat. 145 (1878)...............................................................................11

An Act to Provide for the Suppression of Rebellion against and Resistance to the Laws of the
    United States,
    ch. 25, 12 Stat. 281 (1861)..........................................................................................10

Insurrection Act of 1807,
    ch. 39, 2 Stat. 443 (1807).............................................................................................9

The Calling Forth Act,
    ch. 28, 1 Stat. 264, § 1 (1792)......................................................................................8

The Dick Act,
    ch. 196, 32 Stat. 775, § 4 (1903)................................................................................11

The Fugitive Slave Act of 1850,
    9 Stat. 462 (1850)........................................................................................................10

Engr. Sub. S.B. 5187, 68th Leg., Reg. Sess., 2023 Wash. Sess. Laws, ch. 475, §§ 132-33......15

## Executive Orders

Exec. Order No. 11519,
    35 Fed. Reg. 5003 (March 23, 1970)...........................................................................13

## Government Reports, News, and Press Releases, and Other Authorities

1908 Congr. Rec. 6942 (Statement of Rep. Parker of New Jersey),
    https://www.congress.gov/bound-congressional-record/1908/05/25/42/house-
    section/article/6893-6949?q=%7B%22search%22%3A%221908+Congr.+Rec.+
    6942%22%7D&s=2&r=1)...........................................................................................12

Air Force Master Sgt. Erich B. Smith, *Hawaii Army National Guard Supports Maui Wildfire
    Response*, National Guard (Aug. 28, 2023),
    https://www.nationalguard.mil/News/Article-View/Article/3507502/hawaii-army-national-
    guard-supports-maui-wildfire-response/...................................................................16

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

iv

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

Alexander F. Barnes, *On the Border: The National Guard mobilizes for war in 1916*, U.S. Army (Feb. 26, 2016), https://www.army.mil/article/162413/on_the_border_the_national_guard _mobilizes_for_war_in_1916. ..................................................................................13

Anshu Siripurapu & Noah Berman, *What does the U.S. National Guard Do?*, Council on Foreign Relations (last updated June 10, 2025), https://www.cfr.org/backgrounder/what-does-us-national-guard-do#:~:text=The%20 National%20Guard%20can%20also,normally%20funded%20by%20the%20state...............18

Army National Guard, *GUARD FAQS, What is the National Guard?*, https://nationalguard.com/guard-faqs. ......................................................................5

Army Sgt. 1st Class Jim Greenhill, *12,000 National Guard Members Helping 11 States Recover from Hurricane Sandy* (Oct. 30, 2012), https://www.nationalguard.mil/News/Article/574966/12000-national-guard-members-helping-11-states-recover-from-hurricane-sandy/ .............................................................18

Army Sgt. 1st Class Whitney Hughes, *National Guard Provides Critical Election Cybersecurity*, National Guard (Nov. 7, 2022), https://www.nationalguard.mil/News/Article/3211891/national-guard-provides-critical-election-cybersecurity/..........................................................................................20

C. Todd Lopez, *New York Guard's Joint Task Force Empire Shield: Guarding NYC transit hubs since 9/11*, Army New Service (Sept. 9, 2016), https://www.nationalguard.mil/News/Article-View/Article/939398/newyork-guards-joint-task-force-empire-shield-guarding-nyc-transit-hubs-since-9/. ................................19

California State Budget Office, *2023-24 STATE BUDGET – GG1*, 8940 Military Dep't, https://ebudget.ca.gov/2023-24/pdf/Enacted/GovernorsBudget/8000/8940.pdf ...................15

Capt. Emerson Marcus, *Nevada Guard set to support Clark County first responders during Formula 1 Las Vegas Grand Prix*, Nevada National Guard (Nov. 20, 2024), https://nv.ng.mil/News/Article-Display/Article/3973518/nevada-guard-set-to-support-clark-county-first-responders-during-formula-1-las/. ......................................................19

Charles Emery Stevens, *Anthony Burns: A History*, Boston John P. Jewett and Co. (1856), https://archive.org/details/anthonyburnshiststev/page/n5/mode/2up......................................10

Colorado National Guard Public Affairs, *Colorado National Guard supports Hurricane Milton relief efforts*, Colorado National Guard (Oct. 9, 2024), https://co.ng.mil/News/Archives/Article/3930948/colorado-national-guard-supports-hurricane-milton-relief-efforts/ ...............................................................................18

Defense Manpower Data Center, *Number of Military and DoD Appropriated Fund (APF) Civilian Personnel* (Mar. 31, 2025), https://dwp.dmdc.osd.mil/dwp/app/dod-data-reports/workforce-reports ...............................15

District of Columbia National Guard, *National Guard support to the District of Columbia and the 60th Presidential Inauguration* (Jan. 13, 2025),

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

v

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

https://dc.ng.mil/Public-Affairs/News-Release/Article/4028262/national-guard-support-to-the-district-of-columbia-and-the-60th-presidential-in/ ........................................................................19

Emergency Management Assistance Compact (EMAC), *What is EMAC?*, *https://www.emacweb.org/index.php/learn-about-emac/what-is-emac* (last visited June 11, 2025). ...............................................................................................................17

Frederick Bernays Wiener, *The Militia Clause of the Constitution*, 54 Harv. L. Rev. 181 (Dec. 1940) .........................................................................12

H.R. Rep. No. 1094, 57th Cong., 1st Sess. (1902) ...............................................12

Homer Bigart, *Military in Post Offices, Begins Handling the Mail*, New York Times (March 24, 1970), https://www.nytimes.com/1970/03/24/archives/military-in-post-offices-begins-handling-the-mail-military-in-post.html...................................................................................14

Jeff Schogol, *Many of the National Guardsmen activated for election focus on cybersecurity*, Task & Purpose (Nov. 5, 2024), https://taskandpurpose.com/news/national-guard-election-cybersecurity/.............................20

Joseph Nunn & Elizabeth Goitein, *Guide to Invocations of the Insurrection Act*, Brennan Center for Justice (Apr. 25, 2022), https://www.brennancenter.org/our-work/research-reports/guide-invocations-insurrection-act............................................................................................................................9

Joseph Siemandel, *Year in Review: 2024 was a busy year for Washington Military Department*, Defense Visual Information Distribution Service (DVIDS) (Jan. 7, 2025), https://www.dvidshub.net/news/488741/year-review-2024-busy-year-washington-military-department. ..................................................................................................16

Lt. Col. Bradford Leighton, Ill. National Guard helps civilian agencies fight flooding, National Guard (June 3, 2019), https://www.nationalguard.mil/News/Article-View/Article/1863818/ill-national-guard-helps-civilian-agencies-fight-flooding/.............................................................17

Maj. J. Scott Detweiler, *Vermont National Guards Supports Cyclone Beryl Response*, DVIDS (July 11, 2024), https://www.dvidshub.net/news/475930/vermont-national-guards-supports-cyclone-beryl-response. ................................................................................................16

Mary C. Lawton Letter to Antonin Scalia, *Laws Relating to Civil Disturbances* (Jan. 6, 1976), https://www.justice.gov/d9/pages/attachments/2022/09/02/la_19750106_law_relating_to_civil_disturbances_0.pdf. ................................................................9

Maryland National Guard, *Maryland National Guard activated to support winter storm response across the state* (Jan. 8, 2025), https://news.maryland.gov/ng/2025/01/08/maryland-national-guard-activated-to-support-winter-storm-response-across-the-state/. ..................................................................17

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

vi

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

Military Division, *Budget Summary FY2025 Enacted*, Commonwealth of Massachusetts, https://budget.digital.mass.gov/summary/fy25/enacted/public-safety/military-division/ ......15

National Centers for Environmental Information, *Storm Events Database*, https://www.ncdc.noaa.gov/stormevents/eventdetails.jsp?id=416939 (last visted June 11, 2025). ...............................................................................................................................18

Neil L. York, *The Boston Massacre: A History with Documents* (2010). ...................................6

Office of the Judge Advocate General, *Federal Aid in Domestic Disturbances, 1903-22*, S. Doc. No. 263, at 10, 67th Cong., 2d Sess. (1922), https://babel.hathitrust.org/cgi/pt?id=pst.000057379777&seq=7 ...........................................7

Robert W. Coakley, *The Role of Federal Military Forces in Domestic Disorders* 1789-1878, Center of Military History United States Army Washington D.C. (1988), https://www.google.com/books/edition/The_Role_of_Federal_Military_Forces_in_D/Ydx1_LFkbjcC?hl=en&gbpv=1&pg=PA3&printsec=frontcover....................................................10

Skylar Rispens, *National Guard ready to assist states with cyber response, say officials*, State Scoop (Mar. 20, 2024), https://statescoop.com/national-guard-ready-assist-with-state-cyber-response/ ...................20

State of Connecticut, *Governor Lamont Announces Connecticut National Guard Sending Additional Soldiers and Aircraft to North Carolina for Further Hurricane Helene Disaster Assistance* (Oct. 3, 2024), https://portal.ct.gov/governor/news/press-releases/2024/10-2024/governor-lamont-announces-connecticut-national-guard-sending-additional-soldiers-to-north-carolina?language=en_US. ......................................................................................18

State of Delaware, *Governor Carney to Activate Delaware National Guard to Assist with Florida's Hurricane Response*, Office of the Governor (Oct. 8, 2024), https://news.delaware.gov/2024/10/08/governor-carney-to-assist-delaware-national-guard-to-assist-with-floridas-hurricane-response/. ..........................................................18

State of New York, *Governor Hochul Announces 65 New York national Guard Soldiers and Airmen Are Deploying to Assist in Florida in Responding to the Impact of Hurricane Milton*, New York's Governor's Office (Oct. 9, 2024), https://www.governor.ny.gov/news/governor-hochul-announces-65-new-york-national-guard-soldiers-and-airmen-are-deploying-assist. ...................................................17

State of Vermont, FY2025 Governor's Recommended Budget: Rollup Report, https://perma.cc/LNY6-E2EJ..............................................................................................15

Ulysses S. Grant to the House of Representatives (Jan. 22, 1877) *quoted in*  G. Norman Lieber, Use of the Army in Aid of the Civil Power, at 8 (1898), https://archive.org/details/useofarmyinaidof00liebrich/page/n3/mode/2up. .........................11

Ulysses S. Grant, Proclamation (May 3, 1871), https://millercenter.org/the-presidency/presidential-speeches/may-3-1871-message-regarding-fourteenth-amendment ....................................................................................10

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

vii

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

Washington Military Department, *Annual Report 2024/2025*,
https://d34w7g4gy10iej.cloudfront.net/pubs/pdf_72587.pdf .................................................19

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

viii

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

## I.    INTRODUCTION

President Trump's federalization and deployment of California's National Guard, without the consent of California's Governor and in clear violation of the statute on which he relies, is unlawful, unconstitutional, and undemocratic. It is also wholly inconsistent with one of our Nation's founding principle that freedom depends on the subordination of the military to civilian authority. By calling forth troops when there is no invasion to repel, no rebellion to suppress, and when state and local law enforcement is fully able to execute the laws, the President flouts the vision of our Founders, undermines the rule of law, and sets a chilling precedent that puts the constitutional rights of Americans in every state at risk.

Emergency relief is vitally necessary to vindicate state sovereignty and protect the States' National Guards, which play a vital role in ensuring the security of our states and preparing for and responding to emergencies. States rely on their National Guard units to protect their residents and save lives. National Guard troops fight fires, respond to hurricanes, protect their residents from flooding, and provide much-needed security. By undermining states' authority, unlawfully deploying the National Guard troops, and leaving the door wide open to deploy the Guards of every state, the President has made us all less safe. This Court should enjoin the federal government from continuing down this unlawful and perilous path.

## II.    IDENTITY AND INTEREST OF AMICI STATES

The States of Washington, Delaware, Arizona, Colorado, Connecticut, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Vermont, Wisconsin, Rhode Island, and the Office of the Governor of Kansas ("Amici States" or "States") respectfully submit this *amicus curiae* brief in support of Plaintiffs' Motion for a Temporary Restraining Order. Acceptance and consideration of amicus briefs is within this Court's "inherent authority." *Cal. Ass'n of Sch. Psychs. v. Superintendent of Pub. Educ.*, No. C-93-2891 DLJ, 1994 WL 224433, at *4 (N.D. Cal. May 17, 1994). "District courts frequently welcome amicus briefs from non-parties concerning legal

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp.2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003)). *See also Arena v. Intuit Inc.*, No. 19-cv-2546-CRB, 2020 WL 7342716, at *1 (N.D. Cal. Dec. 14, 2020) (granting leave where amici's "perspective is plainly relevant to various questions that [pending motion] presents"). Here, the States' perspective is plainly relevant, and their interests in preventing the President's unlawful deployment of the National Guard and Marines are numerous.

*First*, the Amici States are implicated by the unlimited scope of the June 7, 2025, presidential memorandum titled "Department of Defense Security for the Protection of Department of Homeland Security Functions" (Trump Memo). This memo, which federalizes the National Guard in support of "ICE" and other unspecified "Federal functions," does not restrict its application to Los Angeles, the State of California, or any specific geographic region. Instead, it is an unlimited claim of presidential authority to deploy the National Guards of any State for a period of 60 days.

This broad invocation implicates the Amici States' interest in ensuring that the deployment of their National Guard units is governed by the rule of law, and not the whims of the President or his appointees. Indeed, the Trump Memo and subsequent orders from the Department of Defense (DOD Orders) were issued purportedly pursuant to 10 U.S.C. § 12406. However, the circumstances where Congress authorized invocation of § 12406 were not and are not present in California, and the President failed to issue the orders through the governor of California as required by statute. Allowing the President and the Secretary of Defense to ignore the plain-text requirements of the statute they invoked undermines the rule of law.

*Second*, the States have an interest in ensuring their National Guard units are available and able to perform the essential services that they provide the States on an ongoing basis. As

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1   discussed below, National Guard personnel provide critical services across the country which

2   include responding to wildfires, floods, and hurricanes; responding to chemical, biological,

3   radiological, and nuclear incidents; conducting counter-drug operations; and providing

4   cybersecurity and election support. Nationally, there are over 430,000 National Guard members

5   engaged in these essential services and who are making significant contributions to public safety.

6   Allowing an unlawful federalization of the National Guard pulls volunteer service members

7   away from performing vital services for which they are specially trained, and which Amici States

8   cannot replace.

9        *Third*, the States have an interest in providing public safety and combating violence; the

10  Defendants' actions exacerbate these challenges in the name of addressing them. In Los Angeles,

11  the President's deployment has dramatically worsened the situation on the ground. And in Amici

12  States, the unjustified deployment of military personnel to California stokes fear that the same

13  will happen throughout the nation. As a result, local law enforcement may be required to respond

14  to incidents of violence that may otherwise never have occurred.

15       *Fourth and finally*, the States have an interest in maintaining and promoting a free and

16  open society in which lawful dissent is not chilled by the presence of military forces deployed

17  domestically in our cities and towns. Of course, under the First Amendment, the States' residents

18  may use public spaces to exercise their views lawfully and peacefully—and where any violation

19  of the law is addressed by civil law enforcement instead of the military. The President's unlawful

20  deployment of military to California without justification or legal authority is already having,

21  and will likely continue to have, a chilling impact on constitutionally protected activity. The

22  President's broad assertion of the authority to respond to lawful protest activity is anathema to a

23  democratic society and flies in the face of the values of a free society and protections of federal

24  and state constitutions. Each State has an interest in protecting their citizens from the threats to

25  their constitutional rights to freedom of expression and assembly that the unjustified use of

26

1    domestic military force pose, whether the President deploys forces in California or in any of the

2    Amici States.

3    **III.    ARGUMENT**

4    **A.    The National Guard Is the Organized Militia of the States and Is Under Governor
       Command and Control Except When Properly Called into Federal Service**

5         As the modern-day successor to the Founding-era concept of the militia, the National

6    Guard is explicitly governed by the United States Constitution. *Ass'n of Civilian Technicians,*

7    *Inc. v. United States*, 603 F.3d 989, 992 (D.C. Cir. 2010). Article I, Section 8 gives Congress the

8    power "[t]o provide for calling forth the militia to execute the laws of the union, suppress

9    insurrections and repel invasions[.]" U.S. Const. art. I, § 8, cl. 15. It also gives Congress the

10   power "[t]o provide for organizing, arming, and disciplining, the militia, and for governing such

11   part of them as may be employed in the service of the United States, reserving to the states

12   respectively, the appointment of the officers, and the authority of training the militia according

13   to the discipline prescribed by Congress." U.S. Const. art. I, § 8, cl. 16. These two clauses, known

14   as the Militia Clauses, "reflect a delicate compromise that gives the States power over their

15   respective militias—subject to the President's power to call those militias into national service

16   when necessary." *Abbott v. Biden*, 70 F.4th 817, 821 (5th Cir. 2023).

17        The statutory scheme governing the National Guard reflects this compromise. As the

18   Fifth Circuit has explained, "the National Guard includes two 'overlapping but distinct

19   organizations'—the National Guards of the various States and the National Guard of the United

20   States." *Id*. at 822 (quoting *Perpich v. Dep't of Def.*, 496 U.S. 335, 345 (1990)). "All who enlist

21   in a State's National Guard must simultaneously enlist in the National Guard of the United States,

22   which is a reserve component[] of the armed forces." *Id*. (internal quotations and citations

23   omitted); 10 U.S.C. § 10101. However, "[m]embers of the Army National Guard of the United

24   States and the Air National Guard of the United States are not in active Federal service except

25   when ordered thereto under law." 10 U.S.C. § 12401. The States retain control over the National

26

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

4

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Guard when it is not called into federal service—at the command of their Governors as commanders-in-chief. 32 U.S.C. §§ 328, 502(f); *see also, e.g.*, Wash. Const. art. III, § 8; Wash. Rev. Code §§ 38.08.020, .040; Del. Const. art. III, § 8; 20 Del. Laws § 171; KS Const. Art. 8, § 4; Md. Code Ann., State Gov't § 3-303; Mich. Const. art. V, § 12; Mich. Comp. Laws § 32.551(1); Mich. Comp. Laws § 32.551(1); N.M. Const. art. V, § 4; N.M. Stat. Ann. § 20-2-3; N.Y. Const. art. IV, § 3; N.Y. Military Law § 3. In sum, the National Guard is "'a "hybrid" entity that carefully combines both federal and state characteristics.'" *Ass'n of Civilian Technicians*, 603 F.3d at 992 (quoting *Lipscomb v. Fed. Labor Rels. Auth.*, 333 F.3d 611, 614 (5th Cir. 2003)). But there is no question that "Guard Soldiers' primary area of operation is [in] their home state."[1]

**B.    Fear of a Standing Army and Tyranny by the Federal Government Compelled the Framers to Permanently Embed State Control of the Militias in the Constitutional Framework**

The National Guard's long tradition of civilian control traces its origins through the prehistory of our country, is enshrined in our Founding documents, and has continued unabated until the present day. "Civilian rule is basic to our system of government." *Bissonette v. Haig*, 776 F.2d 1384, 1387 (8th Cir. 1985), *on reh'g*, 800 F.2d 812 (8th Cir. 1986), *aff'd*, 485 U.S. 264 (1988). Civilian authority is necessary to uphold our cherished liberties, because the "use of military forces to seize civilians can expose civilian government to the threat of military rule and the suspension of constitutional liberties." *Id*. Military force may also threaten "vital Fourth and Fifth Amendment rights," "chill the exercise" of the rights to "speak freely and to vote," and can "create the atmosphere of fear and hostility which exists in territories occupied by enemy forces." *Id.* Accordingly, "a traditional and strong resistance of Americans to any military intrusion into civilian affairs . . . has deep roots in our history." *Laird v. Tatum*, 408 U.S. 1, 15 (1972). President Trump's unconstitutional effort to use the National Guard to intrude into state civilian rule threatens this longstanding tradition.

---

[1]    Army National Guard, *GUARD FAQS, What is the National Guard?*, https://nationalguard.com/guard-faqs.

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

5

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1

**1.    At America's Founding, the Colonists Sought to Prohibit Military Rule After Centuries of Abuse in England**

2

In creating our country, one of the Founders' "well-established purpose[s]" was to keep

3

the military strictly subordinate to civil authority. *Reid v. Covert*, 354 U.S. 1, 30 (1957). This

4

purpose stemmed from centuries of British citizens taking "political action against aggressive

5

military rule," namely by kings abusing their power. *Duncan v. Kahanamoku*, 327 U.S. 304, 320

6

(1946). These abuses ultimately led Parliament to pass the English Bill of Rights, which forbade

7

the King from maintaining a standing army without Parliament's consent.[2]

8

Against these guarantees of freedom from domestic use of troops that British subjects

9

had enjoyed for generations, George III's deployment of British soldiers in the colonies

10

galvanized a revolution. Starting in 1768, George III quartered British troops in Boston "to

11

support unpopular royal governors and to intimidate the local populace." *Reid*, 354 U.S. at 27.

12

The colonists' worst fears were realized when British troops, deployed to enforce the Crown's

13

tax acts, murdered five protestors in the Boston Massacre.[3]

14

As our Nation took its first steps toward self-government, the Founders maintained their

15

commitment to civilian control, even as they faced down the Revolutionary War. In drafting the

16

Articles of Confederation in 1777, the Continental Congress placed primary reliance on state

17

militias (what would become National Guards) to provide internal security in emergencies, while

18

eschewing the role of federal troops. The Articles ensured that "every state shall always keep up

19

a well regulated and disciplined militia" but prohibited a standing army.[4] They further provided

20

that each state's militia was limited to those needed for the "defense" of the state, and the civilian

21

Congress had exclusive control over the size and activities of federal armed forces.

22

Under the Articles, "[t]he executive and military officials who . . . found it necessary to

23

utilize the armed forces to keep order in a young and turbulent nation, did not lose sight . . . that

24

25

---

[2] 1 W. & M., sess. 2, ch. 2 (1688), *reprinted in 6 Statues of the Realm*, at 142.

26

[3] *See* Neil L. York, *The Boston Massacre: A History with Documents* (2010).

[4] Articles of Confederation of 1781, art. VI, para. 4.

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

6

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

existing civilian government . . . were not to be interfered with by the exercise of military power."
*Kahanamoku*, 327 U.S. at 320. For example, in 1786, when 1,500 farmers and unpaid former
Continental Army soldiers armed themselves to attack courts and a federal armory in
Massachusetts in what became known as Shays' Rebellion, Massachusetts' governor deployed
the militia to assist with civil law enforcement. But even then, the governor directed the militia
that they were "to consider [themselves] in all [their] military offensive operations constantly as
under the direction of the civil officer, saving where any armed force shall appear and oppose
[their] marching to execute these orders." *Id.* The rebels ultimately dispersed before matters
escalated into open hostilities.[5]

### 2.    The Constitution Enshrines a Deliberate Balance of State and Federal Military Control

When the Framers of the Constitution met to craft a new framework for self-government
in 1787, the document they created reflects their deep concerns about military subversion of
civilian rule. Yet, recent history, including Shays' Rebellion and looming threats from European
powers, led the Framers to acknowledge that some permanent national military might be
necessary to supplement the traditional role of state militias. The result was a compromise: the
Framers cautiously embraced a standing army but put it under the command of a civilian
President as Commander in Chief, and gave Congress, not the President, authority to raise,
support, and regulate the armed forces. U.S. Const., art. II, § 2, cl. 1; art. I, § 8, cls. 12-14.

At the same time as the Framers adopted national armed forces under the control of
Congress and the President, they preserved a role for "the Militia of the several States." *Id.*, art.
II, § 2. Under the Constitution, Congress was given the power

> To provide for calling forth the Militia to execute the Laws of the Union, suppress
> Insurrections and repel Invasions; [and]

---

[5] Office of the Judge Advocate General, *Federal Aid in Domestic Disturbances, 1903-22*,
S. Doc. No. 263, at 10, 67th Cong., 2d Sess. (1922), https://babel.hathitrust.org/cgi/pt?id=pst.000057379777&seq=7.

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

7

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

> To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress . . . .

*Id.*, art. I, § 8, cls. 15-16.[6] Meanwhile the President was assigned the role of "Commander in Chief of . . . the Militia of the several States, *when called into the actual Service of the United States*[.]" *Id.*, art. II, § 2 (emphasis added).

Thus, Congress was given certain powers over state militias, including the power to call forth the state militia—but only in limited circumstances of invasion, insurrection, or breakdown in federal law. And when, but only when, the militias were called forth pursuant to Congress' command, could the President exercise authority over them. Otherwise, state militias remained entirely within the states' control. Or, as Justice Story put it: "It is almost too plain for argument, that the power here given to Congress over the militia; is of a limited nature, and confined to the objects specified in these clauses; and that in all other respects, and for all other purposes, the militia are subject to the control and government of the State authorities." *Houston v. Moore*, 18 U.S. 1, 50 (1820) (Story, J., concurring); *see also Abbott*, 70 F.4th at 829 ("The States . . . retain exclusive power to appoint officers, train militiamen, and govern the non-federalized militia; the States also share concurrent authority with Congress to provide for organizing, arming, and disciplining the militia—so long as the States' rules aren't inconsistent with Congress's.").

Following its directive to "provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions," the Second Congress passed the Calling Forth Act in 1792. 1 Stat. 264, § 1 (1792). The Act authorized the President to call forth state militias "whenever the United States shall be invaded, or be in imminent danger of invasion from any foreign nation or Indian tribe . . . to repel such invasion." *Id*. In the event of "insurrection in

---

[6] "The National Guard is the modern Militia reserved to the states by art. I § 8, cl. 15 and 16 of the Constitution." *Illinois Nat. Guard v. Fed. Labor Rels. Auth.*, 854 F.2d 1396, 1397 (D.C. Cir. 1988).

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

8

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

any state," the Act gave the President power to federalize state militias to suppress the insurrection, but only "on application of the legislature" of the state facing the insurrection, "or of the executive (when the legislature cannot be convened)." *Id.*, § 2. The Act also included a provision authorizing the President to call forth the militia without a request from a state if "the laws of the United States shall be opposed, or the execution thereof obstructed . . . by combinations too powerful to be suppressed by the ordinary course of judicial proceedings, or by the powers vested in the [federal] marshals." *Id.*

In 1807, Congress passed another law that largely tracked the 1795 Calling Forth Act and also permitted the President to deploy regular military forces in the same circumstances under which militias could be deployed. 2 Stat. 443 (1807). This statute is commonly known as the Insurrection Act.

### 3.    Throughout Our History, Presidents Have Carefully Avoided Domestic Deployment of the Militias Unless Absolutely Necessary

Since 1792, when Congress first gave the President the authority to call forth the militia in limited circumstances, the President has only ever used it as "a last resort," when a state requests help to quell an insurrection, when necessary to enforce a federal court order, or when state and local law enforcement are unable to enforce the law.[7] All told, between 1792 and June 5, 2025, Presidents relied on the Calling Forth and Insurrection Acts approximately thirty times to engage National Guards in domestic law enforcement.[8] Presidents have called the National Guard forth to respond to armed uprisings like the Whiskey Rebellion in 1794, Fries' Rebellion in 1799, and the Brooks-Baxter War in 1874; deadly riots that overwhelmed local law enforcement like the Colfax Massacre in 1873, the Seattle Riot of 1886, and the LA Riots in

---

[7] Mary C. Lawton Letter to Antonin Scalia, *Laws Relating to Civil Disturbances* (Jan. 6, 1976), https://www.justice.gov/d9/pages/attachments/2022/09/02/la_19750106_law_relating_to_civil_disturbances_0.pdf.

[8] *See generally* Joseph Nunn & Elizabeth Goitein, *Guide to Invocations of the Insurrection Act*, Brennan Center for Justice (Apr. 25, 2022), https://www.brennancenter.org/our-work/research-reports/guide-invocations-insurrection-act.

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

9

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1992; the Civil War[9] and post-war reign of terror by the Ku Klux Klan; crippling labor strife like the Pullman Strike of 1894, the Colorado Coalfield War of 1914, and the Battle of Blair Mountain in 1921; and states' refusals to comply with desegregation orders and protect civil rights protestors in Little Rock in 1957, Ole Miss in 1962, and Selma in 1965.[10]

Meanwhile, Congress has periodically adjusted the guardrails to ensure the President has power to respond to genuine emergencies, while preserving the supremacy of civilian rule and protecting the delicate state-federal balance enshrined in the Constitution. During Reconstruction, President Grant repeatedly called forth the armed forces to address the threats posed by the Ku Klux Klan and other revanchist terrorist groups and to support fragile Reconstruction governments.[11] In this unique epoch of American history, extensive military involvement was indispensable in fighting a Civil War, reconstructing a shattered nation, and

---

[9] During the Civil War, Congress amended the Insurrection Act to give President Lincoln the needed flexibility to fight the Civil War and invade states of the fraying union. The so-called Lincoln Law amended the Calling Forth Act to permit the President to deploy state militias or regular armed forces whenever "by reason of unlawful obstructions, combinations, or assemblages of persons, or rebellion against the authority of the Government of the United States, it shall become impracticable, in the judgment of the President . . . to enforce, by the ordinary course of judicial proceedings, the laws of the United States within any State." An Act to Provide for the Suppression of Rebellion against and Resistance to the Laws of the United States, ch. 25, 12 Stat. 281 (1861).

[10] Nunn & Goiten, *supra*. On occasion, federal troops were also deployed prior to the Civil War without invocation of the Calling Forth or Insurrection Acts, such as when violence erupted between pro- and anti-slavery elements in the new Kansas Territory in the 1850s. Robert W. Coakley, *The Role of Federal Military Forces in Domestic Disorders* 1789-1878, at 176, Center of Military History United States Army Washington D.C. (1988), https://www.google.com/books/edition/The_Role_of_Federal_Military_Forces_in_D/Ydx1_L FkbjcC?hl=en&gbpv=1&pg=PA3&printsec=frontcover. Additionally, in one of the more shameful chapters of our history, an 1850 amendment to the Fugitive Slave Act permitted the use of posse comitatus to capture runaway slaves, which sometimes led to federal and state militia troops being pressed into service. 9 Stat. 462 (1850) (repealed 1864); *see also* Charles Emery Stevens, *Anthony Burns: A History*, Boston John P. Jewett and Co. (1856), https://archive.org/details/anthonyburnshiststev/page/n5/mode/2up. As detailed below, in 1878, Congress passed the Posse Comitatus Act, forbidding exactly this.

[11] Nunn & Goiten, *supra*; *see also* Ulysses S. Grant, Proclamation (May 3, 1871), https://millercenter.org/the-presidency/presidential-speeches/may-3-1871-message-regarding-fourteenth-amendment.

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

10

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

protecting the rights of newly freed slaves. As President Grant explained it, "I have not employed troops on slight occasions, nor in any case where it has not been necessary to the enforcement of the laws of the United States."[12]

In 1876, however, Republican Rutherford B. Hayes lost the popular vote, but won the electoral vote after promising to withdraw federal troops from the former Confederacy. Shortly thereafter, Congress passed the Posse Comitatus Act to severely restrict any further use of the armed forces for law enforcement.[13] As presently codified, the Act provides:

> Whoever, except in cases and under circumstances expressly authorized by the Constitution or Act of Congress, willfully uses any part of the Army, the Navy, the Marine Corps, the Air Force, or the Space Force as a posse comitatus or otherwise to execute the laws shall be fined under this title or imprisoned not more than two years, or both.

18 U.S.C. § 1385. After the experience of Reconstruction, the Posse Comitatus Act firmly reiterated the antebellum balance. It sharply limited military involvement in civilian affairs, while preserving some flexibility for the President to use the armed forces in extraordinary circumstances.

Congress next spoke in 1903. Following the Spanish-American War, Congress passed the Militia Act of 1903—known as the Dick Act—to improve the readiness and training of the state militias.[14] Acting pursuant to the Militia Clauses, the Dick Act created the modern National Guard and set forth the circumstances under which they could be federalized. *See Perpich*, 496 U.S. at 342. As Rep. Charles Dick, then Chairman of the Committee on Militia explained, the National Guard was "never designed to be a militia of the United States" and the President could

---

[12] Ulysses S. Grant to the House of Representatives (Jan. 22, 1877) *quoted in* G. Norman Lieber, *Use of the Army in Aid of the Civil Power*, at 8 (1898), https://archive.org/details/useofarmyinaidof00liebrich/page/n3/mode/2up.

[13] An Act Making Appropriations for the Support of the Army for the Fiscal Year Ending June Thirtieth, Eighteen Hundred and Seventy-Nine, and for Other Purposes, ch. 263, § 15, 20 Stat. 145, 152 (1878).

[14] The Dick Act, ch. 196, 32 Stat. 775, § 4 (1903); *see also* Wikipedia, *Militia Act of 1903* (last edited June 9, 2025, 11:55 a.m.), https://en.wikipedia.org/wiki/Militia_Act_of_1903.

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

11

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

1    not call up the National Guard at "his arbitrary pleasure" but only in specific enumerated

2    circumstances.[15] Indeed, Rep. Dick noted, "[i]t was the hereditary fear of standing armies, as a

3    menace to liberty in time of peace, which lead the framers of the Constitution to provide that the

4    militia should always remain a militia of the States."[16]

5        Section 4 of the Dick Act included a provision that would later be codified as 10 U.S.C.

6    § 12406. As initially passed, it provided:

7        "That whenever the United States is invaded, or in danger of invasion from any
         foreign nation, or of rebellion against the authority of the Government of the United

8        States, or the President is unable, with the other forces at his command, to execute
         the laws of the Union in any part thereof, it shall be lawful for the President to call

9        forth, for a period not exceeding nine months, such number of the militia of the
         State or of the States or Territories or of the District of Columbia as he may deem

10       necessary to repel such invasion, suppress such rebellion, or to enable him to
         execute such laws, and to issue his orders for that purpose to such officers of the

11       militia as he may think proper."

12   Notably—and perhaps in response to the experience of the Civil War during which some pro-

13   slavery Union states declined to send forth their militia[17]—this early version of what would

14   become Section 12406 did not include any role for the governor of the state whose National

15   Guard was being federalized. But just five years later, before Section 4 was ever invoked,

16   Congress amended the statute to add the explicit requirement that when the President has need

17   to nationalize the Guard in the face of invasion, rebellion, or inability to enforce the laws, he

18   must "issue his orders for that purpose, through the governor of the respective State or Territory,

19   or through the commanding general of the militia of the District of Columbia, from which State,

20   Territory, or District such troops may be called."[18] In 1956, when the Dick Act was recodified

21

22       [15] Frederick Bernays Wiener, *The Militia Clause of the Constitution*, 54 Harv. L. Rev.

23   181, n. 74 (Dec. 1940) (cites H.R. Rep. No. 1094, 57th Cong., 1st Sess., at 22-23 (1902)).
         [16] *Id.*

24       [17] *See* 1908 Congr. Rec. 6942 (Statement of Rep. Parker of New Jersey),
     https://www.congress.gov/bound-congressional-record/1908/05/25/42/house-section/article/

25   6893-6949?q=%7B%22search%22%3A%221908+Congr.+Rec.+6942%22%7D&s=2&r=1).

26       [18] Pub. L. No. 60-145, § 3, 35 Stat. 400 (1908). The statute has been amended since and
     in 1956 was adopted in essentially its current form. Pub. L. No. 84-1028, 70A Stat. 199 (1956).

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB                    12                 ATTORNEY GENERAL OF WASHINGTON
                                                                        Civil Rights Division
                                                                      800 Fifth Avenue, Suite 2000
                                                                        Seattle, WA  98104
                                                                          (206) 464-7744

into the current Title 10, the statute was amended again into its current from.[19] Section 12406 thus now provides, in full:

> Whenever-
>     (1) the United States, or any of the Commonwealths or possessions, is invaded or is in danger of invasion by a foreign nation;
>     (2) there is a rebellion or danger of a rebellion against the authority of the Government of the United States; or
>     (3) the President is unable with the regular forces to execute the laws of the United States;
>     the President may call into Federal service members and units of the National Guard of any State in such numbers as he considers necessary to repel the invasion, suppress the rebellion, or execute those laws. Orders for these purposes shall be issued through the governors of the States or, in the case of the District of Columbia, through the commanding general of the National Guard of the District of Columbia.

In the hundred-plus years Section 12406 and its predecessors have been on the books, it has only been invoked twice. In 1916, after Pancho Villa attacked the United States as part of an ongoing border dispute, U.S. Army forces chased him deep into Mexico. With the regular army drawn away, other Mexican forces attacked undefended towns in Texas, leading President Wilson to call up National Guard units to defend the United States against any further border incursions.[20]

Section 12406 was next invoked 54 years later, when President Nixon called upon the National Guard to deliver mail in New York during a Postal Service Strike. Exec. Order No. 11519, 35 Fed. Reg. 5003 (March 23, 1970). At that time, the Postal Service strike had stopped the delivery of mail entirely in New York. As President Nixon explained, federal statute "require[d] that the business of the Post Office Department, including the expeditious processing and delivery of the mail, be regularly carried on." *Id.* In determining that he was "unable solely

---

[19] Pub. L. No. 84-1028, 70A Stat. 199 (1956).
[20] Alexander F. Barnes, *On the Border: The National Guard mobilizes for war in 1916*, U.S. Army (Feb. 26, 2016), https://www.army.mil/article/162413/on_the_border_the_national_guard_mobilizes_for_war_in_1916.

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

13

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

with the regular forces" to carry out these laws, President Nixon declared a national emergency, *see* Proclamation 3972, and federalized nearly 12,000 National Guardsmen.[21]

In the 55 years since, Section 12406 has lain dormant.

In short, President Trump's invocation of the statute here—to call forth armed National Guard soldiers and entangle them in protests that local law enforcement is able to manage, is contrary to the purpose of the militia and tradition of restraint in their use. And that President Trump mobilized the National Guard over the objection of California's Governor is utterly unprecedented in our history. While our leaders have long recognized that the armed forces, including the National Guard, might sometimes be necessary to respond to emergencies, this has always and only been used as a last resort, and always with an eye toward respecting the primacy of civil law enforcement and state control of the militias. By invoking Section 12406 here, President Trump undermines one of our Nation's founding principles: that freedom depends on the subordination of the military to civilian authority.

## C.    The National Guard Plays a Vital and Irreplaceable Role in Ensuring the Security and Disaster Preparedness of the States

While the National Guard may be called into federal service in the emergency situations describes above, its daily, indispensable role is in service of the States. This includes responding to natural disasters and other (sometimes life-threatening) emergencies that imperil the States' residents, providing security at large and high-profile events, and protecting the security and integrity of elections. The States invest millions of dollars every year to fund this critical work.

Although the National Guard is primarily funded through federal appropriations, *see* 32 U.S.C. §§ 106-107, it also receives funding from the States. For example, California's enacted budget for fiscal year 2024 allocated more than $293 million for its National Guard; of this

---

[21] Homer Bigart, *Military in Post Offices, Begins Handling the Mail*, New York Times (March 24, 1970), https://www.nytimes.com/1970/03/24/archives/military-in-post-offices-begins-handling-the-mail-military-in-post.html (digitized version).

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB                    14                    ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

amount, more than $148 million—approximately 51% of the budget—came from California's General Fund.[22] In Washington, the adopted budget for 2023-2025 allocated over $151 million in state appropriations to the Military Department, including more than $59 million for the disaster response account[23]; in federal fiscal year 2024, Washington spent about $6.3 million on National Guard facilities, construction, and projects, and the state also appropriates almost $1 million per year combined to the Guard for wildland fire training, administrative costs, and death benefits for families of Guard members who died in service. Vermont's fiscal year 2025 budget allocated almost $7 million to its military department, most of which flows to various National Guard functions.[24] And in Massachusetts, the enacted budget for the fiscal year 2025 included state spending for (among other things) the office of the adjutant general, certain National Guard aviation facilities, and National Guard missions and division operations.[25]

The National Guard has thousands of members assigned for duty in each state. In March 2025, for example, Washington had 5,410 members of the Army National Guard and 2,003 members of the Air National Guard assigned for duty in the State.[26] Illinois had 9,480 members of the Army National Guard and 2,693 members of the Air National Guard assigned for duty in

---

[22] California State Budget Office, *2023-24 STATE BUDGET – GG1*, 8940 Military Dep't, https://ebudget.ca.gov/2023-24/pdf/Enacted/GovernorsBudget/8000/8940.pdf (last visited June 11, 2025).

[23] Engr. Sub. S.B. 5187, 68th Leg., Reg. Sess., 2023 Wash. Sess. Laws, ch. 475, §§ 132-33.

[24] State of Vermont, FY2025 Governor's Recommended Budget: Rollup Report, https://perma.cc/LNY6-E2EJ.

[25] Military Division, *Budget Summary FY2025 Enacted*, Commonwealth of Massachusetts, https://budget.digital.mass.gov/summary/fy25/enacted/public-safety/military-division/ (last visited June 11, 2025).

[26] Defense Manpower Data Center, *Number of Military and DoD Appropriated Fund (APF) Civilian Personnel* (Mar. 31, 2025), https://dwp.dmdc.osd.mil/dwp/app/dod-data-reports/workforce-reports (March 2025 Spreadsheet under *Military and Civilian Personnel by Service/Agency by State/Country).*

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

15

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

the State.[27] New York had 11,258 members of the Army National Guard and 5,815 members of the Air National Guard assigned for duty in the State.[28] New Mexico had 2,350 members of the Army National Guard and 884 members of the Air National Guard assigned for duty in the State.[29] And Vermont had 1,690 members of the Army National Guard and 1,012 members of the Air National Guard assigned for duty in the State.[30]

Through its response to natural disasters in Amici States, the National Guard saves lives. The National Guard responded to major wildfires in Washington in 2024 and California in 2025.[31] Members of the Vermont Army National Guard collaborated with search and rescue teams to evacuate nineteen people from Hurricane Beryl in one night in 2024.[32] In 2023, the Hawaiʻi National Guard responded to devastating wildfires on Maui, including the wildfire-initiated urban conflagration that consumed the historic town of Lahaina, by maintaining order, fighting the fires, and searching for victims.[33] In 2019, 200 members of the Illinois National

---

[27] *Id.*

[28] *Id.*

[29] *Id.*

[30] *Id.*

[31] Joseph Siemandel, *Year in Review: 2024 was a busy year for Washington Military Department*, Defense Visual Information Distribution Service (DVIDS) (Jan. 7, 2025), https://www.dvidshub.net/news/488741/year-review-2024-busy-year-washington-military-department.

[32] Maj. J. Scott Detweiler, *Vermont National Guards Supports Cyclone Beryl Response*, DVIDS (July 11, 2024), https://www.dvidshub.net/news/475930/vermont-national-guards-supports-cyclone-beryl-response.

[33] Air Force Master Sgt. Erich B. Smith, *Hawaii Army National Guard Supports Maui Wildfire Response*, National Guard (Aug. 28, 2023), https://www.nationalguard.mil/News/Article-View/Article/3507502/hawaii-army-national-guard-supports-maui-wildfire-response/. As an insular state located more than 2,000 miles away from the mainland, Hawaiʻi cannot readily expect to receive prompt material assistance from elsewhere when responding to emergencies.

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

16

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1    Guard responded to major river floods by placing sandbags and monitoring levees.[34] In January
2    and April of this year, Maryland and Michigan activated their respective National Guards to
3    respond to severe winter storms.[35]

4          States also send members of their National Guard to assist other states facing major
5    natural disasters. All fifty states, plus the District of Columbia, Puerto Rico, Guam, U.S. Virgin
6    Islands, and the Northern Mariana Islands, have enacted legislation to become members of the
7    Emergency Management Assistance Compact ("EMAC").[36] EMAC is a formal compact that
8    facilitates states' sharing of personnel and resources when a governor in one state declares an
9    emergency.[37] National Guard members are deployed to respond to disasters in other states
10   through EMAC.[38] For example, in 2024, many states sent personnel and resources to Florida to
11   help respond to Hurricane Milton. New York sent sixty-five members of its National Guard.[39]

---

[34] Lt. Col. Bradford Leighton, *Ill. National Guard helps civilian agencies fight flooding*, National Guard (June 3, 2019), https://www.nationalguard.mil/News/Article-View/Article/1863818/ill-national-guard-helps-civilian-agencies-fight-flooding/.

[35] Maryland National Guard, *Maryland National Guard activated to support winter storm response across the state* (Jan. 8, 2025), https://news.maryland.gov/ng/2025/01/08/maryland-national-guard-activated-to-support-winter-storm-response-across-the-state/; Department of Military and Veterans Affairs, *More than 800 Michigan National Guard Soldiers and Airmen Mobilized to Support Michigan Communities Impacted by Northern Michigan Ice Storm* (April 4, 2025), https://www.michigan.gov/dmva/newsroom/press-releases/2025/04/04/mobilized-to-support-michigan-communities-impacted-by-northern-michigan-ice-storm.

[36] Emergency Management Assistance Compact (EMAC), *What is EMAC?*, https://www.emacweb.org/index.php/learn-about-emac/what-is-emac (last visited June 11, 2025).

[37] *Id.*

[38] *Id.*

[39] State of New York, *Governor Hochul Announces 65 New York national Guard Soldiers and Airmen Are Deploying to Assist in Florida in Responding to the Impact of Hurricane Milton*, New York's Governor's Office (Oct. 9, 2024), https://www.governor.ny.gov/news/governor-hochul-announces-65-new-york-national-guard-soldiers-and-airmen-are-deploying-assist.

1    Colorado sent a helicopter and crew.[40] Delaware sent 100 members of its National Guard.[41]

2    Connecticut deployed members of its National Guard in the wake of Hurricane Helene in 2024.[42]

3    In 2022 alone, over 100,000 members of the National Guard were deployed to fight wildfires in

4    nineteen states.[43] And in 2012, in the aftermath of Hurricane Sandy, 12,000 National Guard

5    members—including 2,000 deployed by New Jersey—assisted eleven states, working with

6    search and rescue teams, staffing evacuation shelters, clearing routes, and delivering essential

7    equipment and supplies.[44] As the Amici States—and the nation as a whole—face increasingly

8    catastrophic wildfires, hurricanes, and other natural disasters, a robust National Guard staffed

9    with every qualified service member is essential to protect people and property.

10            In addition to natural disasters, States' National Guard forces play an important role in

11    counterdrug and counterterrorism activities. In 2024, the Washington National Guard

12

13    [40]Colorado National Guard Public Affairs, *Colorado National Guard supports Hurricane Milton relief efforts*, Colorado National Guard (Oct. 9, 2024), https://co.ng.mil/News/Archives/

14    Article/3930948/colorado-national-guard-supports-hurricane-milton-relief-efforts/

15    [41] State of Delaware, *Governor Carney to Activate Delaware National Guard to Assist with Florida's Hurricane Response*, Office of the Governor (Oct. 8, 2024),

16    https://news.delaware.gov/2024/10/08/governor-carney-to-activate-delaware-national-guard-to-assist-with-floridas-hurricane-response/.

17

18    [42] State of Connecticut, *Governor Lamont Announces Connecticut National Guard Sending Additional Soldiers and Aircraft to North Carolina for Further Hurricane Helene Disaster Assistance* (Oct. 3, 2024), https://portal.ct.gov/governor/news/press-releases/2024/10-2024/

19    governor-lamont-announces-connecticut-national-guard-sending-additional-soldiers-to-north-carolina?language=en_US

20

21    [43] Anshu Siripurapu & Noah Berman, *What does the U.S. National Guard Do?*, Council on Foreign Relations (last updated June 10, 2025), https://www.cfr.org/backgrounder/what-does-

22    us-national-guard-do#:~:text=The%20National%20Guard%20can%20also,normally%20funded%20by%20the%20state.

23    [44] Army Sgt. 1st Class Jim Greenhill, *12,000 National Guard Members Helping 11 States Recover from Hurricane Sandy* (Oct. 30, 2012),

24    https://www.nationalguard.mil/News/Article/574966/12000-national-guard-members-helping-

25    11-states-recover-from-hurricane-sandy/; National Centers for Environmental Information, *Storm Events Database*, https://www.ncdc.noaa.gov/stormevents/eventdetails.jsp?id=416939

26    (last visited June 11, 2025).

1   Counterdrug Program helped coordinate 12 multi-jurisdictional law enforcement task forces,

2   partnering with state, local, and tribal agencies. Together, "they seized more than 4.6 million

3   lethal doses of fentanyl and other narcotics, denying drug trafficking organizations (DTOs)

4   approximately $71 million in revenue."[45] The New York National Guard contributes members

5   to the Joint Task Force Empire Shield, which conducts land and waterborne Homeland Security

6   Operations in the New York City metropolitan area to deter and prevent terrorist acts.[46]

7        Additionally, States sometimes activate members of the National Guard to provide

8   security support at major events. For example, in 2024, members of Nevada's National Guard

9   assisted local law enforcement in providing security at the Formula 1 Las Vegas Grand Prix,

10  which drew several hundred thousand attendees to the city.[47] Members of about forty states

11  provided security for President Trump's 2025 Inauguration, in a tradition dating back to the first

12  inauguration of President George Washington.[48]

13       The National Guard also uses the technical expertise of its members to provide

14  cybersecurity support during elections. As of 2022, the National Guard cyber force included over

---

18  [45] Washington Military Department, *Annual Report 2024/2025*, https://d34w7g4gy10iej.
19  cloudfront.net/pubs/pdf_72587.pdf.

20  [46] C. Todd Lopez, *New York Guard's Joint Task Force Empire Shield: Guarding NYC*
*transit hubs since 9/11*, Army New Service (Sept. 9, 2016), https://www.nationalguard.mil/
21  News/Article-View/Article/939398/newyork-guards-joint-task-force-empire-shield-guarding-
nyc-transit-hubs-since-9/.

22  [47] Capt. Emerson Marcus, *Nevada Guard set to support Clark County first responders during*
*Formula 1 Las Vegas Grand Prix*, Nevada National Guard (Nov. 20, 2024), https://nv.ng.mil/
23  News/Article-Display/Article/3973518/nevada-guard-set-to-support-clark-county-first-respond
ers-during-formula-1-las/.

24  [48] District of Columbia National Guard, *National Guard support to the District of Columbia*
*and the 60th Presidential Inauguration* (Jan. 13, 2025), https://dc.ng.mil/Public-Affairs/News-
25  Release/Article/4028262/national-guard-support-to-the-district-of-columbia-and-the-60th-presi
26  dential-in/

---

BRIEF OF AMICI STATES ISO                                    19
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

2,200 members from thirty-eight units.[49] These members provided cybersecurity support during the 2022 primary elections in eight states.[50] In 2024, fifteen states activated the National Guard to provide cybersecurity for the November general election.[51] Many states rely on the National Guard for their cybersecurity needs because many state and local governments experience gaps in their cybersecurity workforce.[52]

All of this work is vital. And all of it requires significant advance training, planning, and preparation. Amici States cannot simply replace the National Guard's work if its members are suddenly whisked from their State missions and pressed into service as domestic law enforcement. For that reason, unlawful activation of the National Guard risks significant harm to people and property as the Guard diverts resources from its core state mission.

The Court should not bless that harm, nor the damage the Trump Memo and DOD Orders work on state sovereignty and the constitutional requirement that the military remain separate from civilian law enforcement. The rule of law must hold, and Defendants must be enjoined.

## IV.    CONCLUSION

This Court should grant Plaintiffs' request for a Temporary Restraining Order.

///

///

---

[49] Army Sgt. 1st Class Whitney Hughes, *National Guard Provides Critical Election Cybersecurity*, National Guard (Nov. 7, 2022), https://www.nationalguard.mil/News/Article/3211891/national-guard-provides-critical-election-cybersecurity/.

[50] *Id.*

[51] Jeff Schogol, *Many of the National Guardsmen activated for election focus on cybersecurity*, Task & Purpose (Nov. 5, 2024), https://taskandpurpose.com/news/national-guard-election-cybersecurity/.

[52] Skylar Rispens, *National Guard ready to assist states with cyber response, say officials*, State Scoop (Mar. 20, 2024), https://statescoop.com/national-guard-ready-assist-with-state-cyber-response/

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

20

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1    DATED this 11th day of June 2025.

2  Respectfully submitted,

3  NICHOLAS W. BROWN                    KATHLEEN JENNINGS
4  Attorney General of Washington       Attorney General of the State of Delaware

5  *s/ Tera Heintz*                     */s/ Ian R. Liston*
   PATRICIO MARQUEZ                     IAN R. LISTON
6  ANDREW HUGHES                        Director of Impact Litigation
   Assistant Attorneys General          ROSE E. GIBSON
7  TERA HEINTZ, Cal. Bar #241414        Assistant Attorney General
8  Deputy Solicitor General             Delaware Department of Justice
   Office of the Attorney General       820 N. French Street
9  800 Fifth Avenue, Suite 2000         Wilmington, DE 19801
   Seattle, WA 98104                    (302) 683-8899
10 206-464-7744                         Ian.Liston@delaware.gov
   Tera.Heintz@atg.wa.gov
11

12 KRISTIN K. MAYES                     PHILIP J. WEISER
   Attorney General of Arizona          Attorney General of Colorado
13 2005 N. Central Ave.                 Colorado Department of Law
   Phoenix, AZ 85004                    1300 Broadway, 10th Floor
14                                      Denver, CO 80203

15 WILLIAM TONG                         ANNE E. LOPEZ
   Attorney General of Connecticut      Attorney General of Hawai'i
16 165 Capitol Avenue                   Department of the Attorney General
   Hartford, CT 06106                   425 Queen Street
17                                      Honolulu, HI 96813

18 KWAME RAOUL                          AARON M. FREY
   Attorney General of Illinois         Attorney General of Maine
19 115 S. LaSalle St.                   6 State House Station
   Chicago, IL 60603                    Augusta, ME 04333-0006
20

21 ANTHONY G. BROWN                     ANDREA JOY CAMPBELL
   Attorney General of Maryland         Attorney General
22 200 Saint Paul Place                 Commonwealth of Massachusetts
   Baltimore, MD 21202                  One Ashburton Place
23                                      Boston, MA 02108

24 DANA NESSEL                          KEITH ELLISON
   Michigan Attorney General            Attorney General
25 P.O. Box 30212                       State of Minnesota
   Lansing, MI 48909                    102 State Capitol
26                                      75 Rev. Dr. Martin Luther King Jr. Blvd.
                                        St. Paul, MN 55155

BRIEF OF AMICI STATES ISO              21     ATTORNEY GENERAL OF WASHINGTON
PLAINTIFFS' MOT. FOR TEMPORARY                      Civil Rights Division
RESTRAINING ORDER                              800 Fifth Avenue, Suite 2000
Case No. 3:25-cv-04870-CRB                         Seattle, WA 98104
                                                    (206) 464-7744

AARON D. FORD
Attorney General
State of Nevada
100 North Carson Street
Carson City, NV 89701

RAÚL TORREZ
Attorney General
State of New Mexico
408 Galisteo Street
Santa Fe, New Mexico 87501

JEFF JACKSON
Attorney General of North Carolina
PO Box 629
Raleigh, NC 27602

CHARITY R. CLARK
Vermont Attorney General
109 State Street
Montpelier, VT 05609

JUSTIN WHITTEN
Attorney for Governor Kelly
Office of the Governor of Kansas
300 SW 10th Ave., Suite 541-E
Topeka, KS 66612

MATTHEW J. PLATKIN
Attorney General
State of New Jersey
25 Market Street
Trenton, NJ 08625

LETITIA JAMES
Attorney General
State of New York
28 Liberty Street
New York, NY 10005

DAN RAYFIELD
Attorney General of Oregon
1162 Court Street NE
Salem, OR 97301

JOSHUA L. KAUL
Attorney General of Wisconsin
17 W. Main Street
Madison, WI 53703

PETER F. NERONHA
Attorney General
State of Rhode Island
150 South Main Street
Providence, RI 02903

BRIEF OF AMICI STATES ISO
PLAINTIFFS' MOT. FOR TEMPORARY
RESTRAINING ORDER
Case No. 3:25-cv-04870-CRB

22

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744