Beau Tremitiere*
Kristy Parker*
PROTECT DEMOCRACY
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org
kristy.parker@protectdemocracy.org

Matthew J. Craig (SBN 350030)
Mack E. Jenkins (SBN 242101)
Susan Har (SBN 301924)
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
(212) 763-0883
mjenkins@heckerfink.com
mcraig@heckerfink.com
shar@heckerfink.com

*Attorneys for Amici Curiae Former
U.S. Army and Navy Secretaries and
Retired Four-Star Admirals and Generals*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, STATE OF CALIFORNIA,<br><br>　　　　　　　　　　　Plaintiffs,<br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, PETE HEGSETH, in his official capacity as Secretary of the Department of Defense, U.S. DEPARTMENT OF DEFENSE,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF FORMER U.S. ARMY AND NAVY SECRETARIES AND RETIRED FOUR-STAR ADMIRALS AND GENERALS IN SUPPORT OF NEITHER PARTY**<br><br>Date:　　　　June 12, 2025<br>Time:　　　　1:30 p.m.<br>Courtroom:　6 (17th Floor)<br>Judge:　　　 Hon. Charles R. Breyer |

Admiral Steve Abbot, Admiral Thad Allen, Former Secretary of the Army Louis Caldera, General Walton W. Fulford, Jr., General Michael Hayden, Admiral Samuel Jones Locklear, III, Former Secretary of the Navy Sean O'Keefe, and Admiral Bill Owens respectfully move for leave to appear as *amici curiae* and to file the proposed brief, attached hereto.

## I. STANDARD FOR MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE*

The "classic role of amicus curiae" is to assist in a case of general public interest by "supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). "The district court has broad discretion to appoint amici curiae" and may exercise discretion when "satisfied that amicus [is] helpful to it in investigating the facts and advising it[.]" *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds*, *Sandin v. Conner*, 515 U.S. 472 (1995); *see also California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (explaining that courts have "exercised great liberality in permitting amicus briefs" (cleaned up)). There are no strict prerequisites that must be established to qualify for amicus status; proposed *amici* "must merely make a showing that [their] participation is useful or otherwise desirable to the court." *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007) (cleaned up).

## II. INTERESTS AND IDENTITIES OF *AMICI CURIAE*

*Amici* are former secretaries of the U.S. Army and Navy and retired four-star admirals and generals. Collectively, they served under each president from John F. Kennedy to Barack H. Obama and possess expertise on matters encompassing the mission of the National Guard and armed services and the well-being of all those who serve in uniform.

*Amici* are acutely interested in this case because deploying National Guard and active-duty military personnel in the context of domestic law enforcement should be a rare and carefully considered occurrence that strictly complies with the Posse Comitatus Act and its exceptions. Domestic deployments that fail to adhere to these long-established guardrails threaten the Guard's and active-duty military's core national security and disaster relief missions; place deployed personnel in dangerous situations for which they lack appropriate training, thus posing safety

concerns for personnel and the public alike; and risk inappropriately politicizing the military, leading to additional risks to recruitment, retention, morale, and cohesion of the force.

This submission is based on *amici*'s collective experience serving in and leading our military, their direct experience commanding active-duty service personnel, and their interest in preserving our military's apolitical role in safeguarding national security.

Defendants consent to this motion. Plaintiffs take no position on the motion.

### III.    CONCLUSION

For the foregoing reasons, *amici* respectfully request this Court's leave to appear as *amici curiae* and to deem the proposed *amicus* brief filed.

Dated: Los Angeles, CA
June 11, 2025

/s/ Matthew J. Craig
Matthew J. Craig (SBN 350030)
Mack E. Jenkins (SBN 242101)
Susan Har (SBN 301924)
Hecker Fink LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
(212) 763-0883
mjenkins@heckerfink.com
mcraig@heckerfink.com
shar@heckerfink.com

Beau Tremitiere*
Kristy Parker*
Protect Democracy
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org
kristy.parker@protectdemocracy.org

*Pro Hac Vice Applications forthcoming*

*Attorneys for Amici Curiae Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals*