Beau Tremitiere*
Kristy Parker*
PROTECT DEMOCRACY
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org
kristy.parker@protectdemocracy.org

*Pro Hac Vice Applications forthcoming

Mack E. Jenkins (SBN 242101)
Matthew J. Craig (SBN 350030)
Susan Har (SBN 301924)
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
(212) 763-0883
mjenkins@heckerfink.com
mcraig@heckerfink.com
shar@heckerfink.com

Attorneys for Amici Curiae Former
U.S. Army and Navy Secretaries and
Retired Four-Star Admirals and Generals

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, STATE OF CALIFORNIA, | Case No. 3:25-cv-04870-CRB |
| Plaintiffs, | **CERTIFICATION OF MATTHEW J. CRAIG PURSUANT TO LOCAL RULE 3-15** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States, PETE HEGSETH, in his official capacity as Secretary of the Department of Defense, U.S. DEPARTMENT OF DEFENSE, | Date:        June 12, 2025<br>Time:        1:30 p.m.<br>Courtroom:  6 (17th Floor)<br>Judge:      Hon. Charles R. Breyer |
| Defendants. | |

1       Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no

2   conflict or interest (other than the named parties) to report.

3

4       Dated: Los Angeles, CA
            June 11, 2025                          */s/ Matthew J. Craig*_____

5                                                  Matthew J. Craig

6                                                  *Attorney for Amici Curiae Former*

7                                                  *U.S. Army and Navy Secretaries and*
                                                   *Retired Four-Star Admirals and Generals*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28