BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 1617521)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-7203
christopher.edelman@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>[~~PROPOSED~~] ORDER TO INCREASE PAGE LIMITS |

Pursuant to the Parties' stipulation, IT IS SO ORDERED that:

The Government shall respond to Plaintiffs' Motion for a Temporary Restraining Order in no more than thirty (30) pages of substantive text.  Plaintiffs shall reply in support of their Motion in no more than twenty (20) pages of substantive text.

-2-

SO ORDERED.

Dated: June 12, 2025

_____
HON. CHARLES R. BREYER
United States District Judge