**ROB BONTA**
Attorney General of California
LAURA L. FAER
Acting Senior Assistant Attorney General
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NORMA FRANKLIN
ROBIN GOLDFADEN
NICHOLAS GREEN
BRENDAN M. HAMME
STEVEN KERNS
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGAN RICHARDS
MEGHAN STRONG
NICHOLAS ESPÍRITU
 Deputy Attorneys General
  1515 Clay St.
  Oakland, CA 94612
  Telephone: (510) 879-3304
  E-mail: Laura.Faer@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>**DECLARATION OF NICHOLAS ESPIRITU IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Trial Date: None Set<br>Action Filed: June 9, 2025 |

I, Nicholas Espiritu, declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of California, admitted to the bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California Department of Justice. The Attorney General is counsel to Plaintiffs Governor Gavin Newsom and the State of California. I make this declaration in support of Plaintiffs' motion for a temporary restraining order.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

3. Attached hereto as **Exhibit 1** is a true and correct copy of June 8, 2025 post on the social media site X containing postings from the Department of Homeland Security that they conducted arrests on June 7. 2025, as it is displayed on and publicly available on the social media website X, https://x.com/DHSgov/status/1931772826517897465 and https://x.com/DHSgov/status/1931772821409026326.

4. Attached hereto as **Exhibit 2** is a true and correct copy of June 10, 2025 post on the social media site X at 11:56 AM from U.S. Immigration and Customs Enforcement containing pictures of National Guard troops standing a few feet away from ICE agents during arrests as it is displayed on and publicly available on the social media website X, https://x.com/ICEgov/status/1932512158983585987.

5. Attached hereto as **Exhibit 3** is a true and correct copy of June 10, 2025 post on the social media site X at 12:40 PM from U.S. Immigration and Customs Enforcement containing pictures of National Guard troops standing a few feet away from ICE agents during arrests as it is displayed on and publicly available on the social media website X, https://x.com/ICEgov/status/1932523385663168688,

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1 | Executed on June 12, 2025, at Oakland, California.

/s/ *Nicholas Espiritu*

Nicholas Espiritu