**EXHIBIT 1**

**Homeland Security** ✓
@DHSgov

On June 7, 2025, ICE Los Angeles administratively arrested Jordan Mauricio MEZA-Esquibel, 32, a citizen of Honduras. MEZA-Esquibel has a criminal history that includes arrests for Distribution of Heroin and Cocaine and Domestic Violence.

10:58 AM · Jun 8, 2025

**Homeland Security** ✓
@DHSgov

On June 7, 2025, ICE Los Angeles administratively arrested Jose Cristobal HERNANDEZ-Buitron, 43, a citizen of Peru. HERNANDEZ-Buitron has a criminal history that includes a conviction for Robbery that resulted in a 10 year sentence.

10:58 AM · Jun 8, 2025

**EXHIBIT 2**



**EXHIBIT 3**





