**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA
LAURA L. FAER
ACTING SENIOR ASSISTANT ATTORNEY GENERAL
MARISSA MALOUFF
JAMES E. STANLEY
SUPERVISING DEPUTY ATTORNEYS GENERAL
NORMA FRANKLIN
ROBIN GOLDFADEN
NICHOLAS GREEN
BRENDAN M. HAMME
STEVEN KERNS
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGAN RICHARDS
MEGHAN STRONG
CHRISTOPHER TENORIO
NICHOLAS ESPÍRITU
  DEPUTY ATTORNEYS GENERAL
1515 CLAY ST.
OAKLAND, CA 94612
TELEPHONE: (510) 879-3908
E-MAIL: NICHOLAS.ESPIRITU@DOJ.CA.GOV
*ATTORNEYS FOR PLAINTIFFS*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM**, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; **STATE OF CALIFORNIA**,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP**, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; **PETE HEGSETH**, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; **U.S. DEPARTMENT OF DEFENSE**,<br><br>Defendants. | **SUPPLEMENTAL DECLARATION OF PAUL S. ECK**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:<br>Trial Date:<br>Action Filed: |

1

# DECLARATION OF PAUL S. ECK

I, Paul S. Eck, declare under penalty of perjury that the following is true and correct:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

1. I am the Deputy General Counsel in the California Military Department (CMD). I have served in this role since August 2018.

2. On June 10, 2025, I submitted a declaration in support of the State's request for a temporary restraining order. *See* ECF 8, Ex. 3.

**Increasing Impacts on the California National Guard**

3. The federalization of 4,000 California National Guard service members has already resulted in a significant impact to California's ability to combat wildfires, conduct drug interdiction, and provide services for Californians.

4. The federalization of 4,000 service members amounts to a reduced strength of 32.75% of the California National Guards approximate total 12, 212 available members.

5. Federalization has especially impacted the CMD's specialized units.

6. Task Force Rattlesnake, California's highly trained fire mitigation and prevention and direct fire suppression unit, lost 190 out of its total 340 members to the Title 10 federal activation. A reduction of 55.88% of California National Guard's fire prevention and fighting force.

7. The negative impacts of the reduction in force to Task Force Rattlesnake are imminent.

8. Prior to the Title 10 Federal activation of California National Guard forces, Task Force Rattlesnake (Rattlesnake) maintained Fourteen (14) Type 1 Wildfire Handcrews. Post the mobilization, Rattlesnake has been whittled down to Nine (9) Type 1 crews.

9. The reduction in the number of Rattlesnake Type 1 crews has limited the CMD's, and consequently Cal Fire's, ability to conduct ground fuels reduction missions, and more importantly, it has negatively impacted CMD's ability to respond to wildfires.

10. The consequences may be felt soon. As of June 11 there are 13 fires over 10 acres burning in California, including the Ranch Fire in San Bernardino which has consumed over 4,200 acres. If it continues to grow at its current rate of spread, it would necessitate the use of Rattlesnake.

11. The CMD Counterdrug Task Force lost 139 out of 446 service members to the federalization. That is a 31% reduction in strength that will negatively impact the State's critical drug interdiction work and investment in this area.

12. The CMD also operates many youth programs, administered through its Youth and Community Programs Task Force (YCP). These programs support youth development, leadership skills, and civic engagement. They include, among others, the Grizzly Youth Academy, a program offering a structured environment for students at risk of dropping out; the California Cadet Corps, which focuses on school-based leadership and education; and the Star Base, a STEM based program for 5th graders in the cities of Sacramento and Los Alamitos.

13. The CMD lost 58 out of its total 280 military academy instructors to the Title 10 federalization. That is a strength reduction of 20% of instructors, which will curtail or negatively impact the State's ability to serve California's youth.

14. This reduction in YCP's number of instructors has the greater ramification of potentially causing CMD to breach its agreements with multiple school districts that host YCP programs. CMD's military academy agreements

require CMD to maintain a 25:1 student to teacher ratio. The current Federalization of 58 instructors has caused CMD to breach its agreement regarding the Sunburst Youth Academy and may cause the same regarding the Discovery Challenge Academy.

15. The negative impact of the 60-day federalization of over 30% of the California National Guard will significantly undermine the State's ability to respond to State emergencies, including wildfires, combat drug trafficking, serve our youth, and provide many of the other support services to our city, county, and other state department partners.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 11, 2025, at Sacramento, California.

_____
Declaration of Paul S. Eck