```
 1  ROB BONTA
    Attorney General of California
 2  LAURA L. FAER
    Acting Senior Assistant Attorney General
 3  MARISSA MALOUFF
    JAMES E. STANLEY
 4  Supervising Deputy Attorneys General
    NORMA FRANKLIN
 5  ROBIN GOLDFADEN
    NICHOLAS GREEN
 6  BRENDAN M. HAMME
    STEVEN KERNS
 7  LORRAINE LOPEZ
    KENDAL MICKLETHWAITE
 8  MEGAN RICHARDS
    MEGHAN STRONG
 9  CHRISTOPHER TENORIO
    NICHOLAS ESPÍRITU
10  Deputy Attorneys General
    1515 Clay St.
11  Oakland, CA 94612
    Telephone: (510) 879-3304
12  E-mail: Laura.Faer@doj.ca.gov
    Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No: 3:25-cv-04870-CRB<br><br>**SUPPLEMENTAL DECLARATION OF BRIAN OLMSTEAD** |

1

# SUPPLEMENTAL DECLARATION OF BRIAN OLMSTEAD

I, Brian Olmstead, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge and on my review of information and records gathered by California Governor's Office of Emergency Services (Cal OES) staff in the ordinary course of business, and if called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as an Assistant Chief in the Law Enforcement Branch (LEB) of the California Governor's Office of Emergency Services (Cal OES). As an Assistant Chief, my duties include, but are not limited to: implementing and coordinating California's Law Enforcement Mutual Aid System (Mutual Aid System) in case of a natural or war-caused disaster, civil disturbance, mass casualty event, or homeland security incident; consulting with and advising local law enforcement organizations in the utilizing California's Mutual Aid System; assisting in the coordination of emergency law enforcement activities during the time of a natural or war-caused disaster or civil disturbance; and providing planning and training guidance for law enforcement and homeland security programs.

3. I am currently deployed to the Los Angeles County Sheriff's Department Operations Center.

4. As the Assistant Chief for LEB Region 1 in Los Angeles and Orange Counties, I work directly with representatives of state and local law enforcement agencies, including the Los Angeles Police Department (LAPD), the Los Angeles County Sheriff's Department (LASD), and the California Highway Patrol (CHP), including to coordinate and respond to resource requests for both personnel and equipment, as part of California's Law Enforcement Mutual Aid System (Mutual Aid System).

2

Suppl. Declaration of Brian Olmstead (3:25-cv-04870-CRB)

5. A local law enforcement agency can submit a mutual aid request to Cal OES request through the Mutual Aid System when the combined resources of the region where the local law enforcement agency is located are insufficient to cope with an incident. A summary of the Mutual Aid System was provided in paragraphs 3 to 5 of my prior declaration filed in this matter.

6. The first request for mutual aid Cal OES received related to the protests occurring in the Los Angeles area was submitted on June 8, after the deployment of the National Guard. Neither LAPD nor LASD submitted mutual aid requests prior to the National Guard's deployment. LAPD and LASD have both made use of the Mutual Aid System when necessary during prior incidents and my understanding is that when local law enforcement agencies do not request mutual aid it is generally because they are able to manage events on their own without outside assistance.

7. On June 8, LASD, as the Region Mutual Aid Coordinator, requested four platoons of officers to assist LAPD. As a result, officers from the Orange County Sheriff's Office, Long Beach Police Department, Ventura County Sheriff's Office, and the Santa Barbara County Sheriff's Office were quickly deployed to assist LAPD. Cal OES has since received additional mutual aid requests from LASD, all of which have been fulfilled, with officers being provided from neighboring local law enforcement agencies. Cal OES has not received any mutual aid requests for June 11.

8. Since the protests began on June 6, thousands of officers from LAPD, LASD, CHP, and local law enforcement agencies from Los Angeles and neighboring counties have responded to the incidents. Each agency's deployment has fluctuated over the course of the incident. LAPD's maximum deployment to date has been 1,199 officers deployed in response to these protests on June 10. LASD's maximum deployment to date has been 248 officers on June 11. Maximum daily deployments from neighboring law enforcement agencies that have also provided officers include 80 officers from the Orange County Sheriff's

3

Suppl. Declaration of Brian Olmstead (3:25-cv-04870-CRB)

1   Department, 28 officers from the San Bernardino Sheriff's Department, 35 officers
2   from the Riverside County Sheriff's Office, 32 officers from the Santa Barbara
3   County Sheriff's Office, as well as 150 officers cumulatively from 22 local law
4   enforcement agencies in Los Angeles County, and 55 officers cumulatively from
5   Ventura County law enforcement agencies (Ventura County Sheriff's Office, Simi
6   Valley Police Department, Ventura Police Department, and Santa Paula Police
7   Department).

8       9.    Since the beginning of the protests, CHP officers have also played an
9   important role in responding to the developing situation in Los Angeles, ensuring
10  public safety by keeping protestors off major freeways, providing support for crowd
11  control, and making arrests as necessary.

12      10.    CHP currently has approximately 800 uniformed personnel assigned
13  specifically to these protest incidents each day.  This includes 189 uniformed
14  personnel working a day shift from 0600 to 1830 each day, and a night shift of 129
15  uniformed personnel working from 1800 to 0630 each day, as well as 488 personnel
16  from Special Response Teams, described below, assigned each day.  In addition to
17  the approximately 800 personnel assigned specifically to these protest incidents,
18  CHP has approximately 240 additional uniformed personnel working at stations in
19  the area and on standby to respond to emergency situations as needed.

20      11.    The Special Response Teams currently assigned to Los Angeles are
21  drawn from five different CHP Divisions around the state.  They are specially
22  equipped and trained in crowd control techniques and have been responsible for
23  CHP's response to unlawful protest.  Additionally, the Special Response Teams
24  have Logistics Units that are responsible for booking arrestees, furnishing necessary
25  supplies, and transport of arrestees.

26      12.    In addition to these Special Response Teams, CHP has deployed
27  numerous other specialized units to Los Angeles to help manage these incidents.
28  These include commercial enforcement units providing logistics and supplies;

4

Suppl. Declaration of Brian Olmstead (3:25-cv-04870-CRB)

canine units; air operations units, including airplanes and helicopters, that monitor and track crowd movements, and have the capability to track particular vehicles believed to have been involved in criminal activity; mounted units on horseback specially trained in crowd control techniques; and a detective unit that specializes in the investigation of felonious criminal activity, including identification and investigation of agitators who assault law enforcement officers.

13. Finally, CHP uniformed officers also provide security and traffic control on major freeways in the area, including US-101 and on/offramps. In particular, they are focused on preventing freeway incursions by protestors and other pedestrians. CHP also maintains a Mobile Field Force ready to respond to incidents on freeways in and around Los Angeles.

14. Over the course of these protests and related incidents, state and local law enforcement agencies have arrested numerous individuals for unlawful conduct. LAPD made 29 arrests on Saturday, June 7. After deployment of the National Guard on June 8 the number of arrests increased day-by-day. Between LAPD, LASD, and CHP, there were at least 41 arrests on Sunday, June 8; 135 arrests on Monday, June 9; and 297 arrests on Tuesday, June 10. These numbers are preliminary and may grow as more data is collected from participating law enforcement agencies and reviewed.

15. I have confidence in California's Law Enforcement Mutual Aid System and the ability of state and local law enforcement agencies in California to manage the type of civil unrest we have seen over the past several days in Los Angeles. Cal OES continues to monitor the situation and stands prepared to respond to public safety needs as they may emerge.

5

Suppl. Declaration of Brian Olmstead (3:25-cv-04870-CRB)

1

2     I declare under penalty of perjury under the laws of the United States that the

3 foregoing is true and correct.

4     Executed on June 12, 2025, at Los Angeles, California.

5

6 *Brian Olmstead* (DocuSigned)

7     Brian Olmstead

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

Suppl. Declaration of Brian Olmstead (3:25-cv-04870-CRB)