IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gavin Newsom, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Donald J. Trump, et al.,<br><br>　　　　　Defendants. | Case No.: 3:25-cv-04870-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE STATES IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

1  Upon consideration of the Motion for Leave to File Brief of Amici Curiae in Opposition to
2  Plaintiffs' Motion for Temporary Restraining Order, it is hereby **ORDERED** that this Motion for
3  Leave be and hereby is **GRANTED**, and that the brief submitted shall be accepted as filed.
4  **IT IS SO ORDERED.**
5  Dated: June 12, 2025

```
                                          _____
                                          Hon. Charles R. Breyer
                                          United States District Judge
```