DAVID A. CARRILLO, State Bar # 177856
BRANDON V. STRACENER, State Bar # 314032
California Constitution Center
University of California, Berkeley* School of Law
#7200
Berkeley, CA 94720-7200
Telephone: (510) 664-4953
Email: carrillo@law.berkeley.edu
Email: bvstrac@gmail.com
*University affiliation provided for identification purposes only

Amicus California Constitution Scholars

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; U.S. DEPARTMENT OF DEFENSE,<br><br>　　　　Defendants. | Case No.: 3:25-cv-04870-CRB<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF AMICUS CALIFORNIA CONSTITUTION SCHOLARS FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF<br><br>Hearing Date: June 12, 2025<br>Time: 1:30 P.M.<br>Judge: Hon. Charles R. Breyer,<br>　　　Senior District Judge<br>Dept.: Courtroom 6 – 17th Floor<br><br>Action Filed: June 9, 2025 |

　　　Having read and considered the application of Amicus California Constitution Scholars ("Amicus") for leave to file an *amicus curiae* brief in support of Plaintiffs' Ex Parte Motion for a Temporary Restraining Order, as well as Defendants' consent to this application and the attached brief, and good cause appearing therefor, the request of Amicus is GRANTED. The [Proposed] Brief of Amicus California Constitution Scholars in Support of Plaintiffs' Ex Parte Motion for a

Temporary Restraining Order, attached to the application filed on the docket, is hereby deemed as filed as the Brief of Amicus California Constitution Scholars in Support of Plaintiffs' Ex Parte Motion for a Temporary Restraining Order.

**IT IS SO ORDERED.**

Dated: June 12, 2025

_____
CHARLES R. BREYER
United States District Judge