```
1  NICHOLAS W. BROWN
   Attorney General of Washington
2
   PATRICIO MARQUEZ
3  ANDREW HUGHES
   Assistant Attorneys General
4  TERA HEINTZ, Cal. Bar #241414
   Deputy Solicitor General
5  800 Fifth Ave, Suite 2000
   Seattle, WA 98104
6  Telephone: 206-464-7744
   E-mail: Tera.Heintz@atg.wa.gov
7  Attorneys for State of Washington

   (Additional Amici on Signature Page)
8
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION BY THE STATES OF WASHINGTON, DELAWARE, ARIZONA, COLORADO, CONNECTICUT, HAWAI'I, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OREGON, VERMONT, WISCONSIN, RHODE ISLAND, AND THE OFFICE OF THE GOVERNOR OF KANSAS (AMICI STATES) FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF ON SHORTENED TIME<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: Hon. Charles R. Breyer<br>Trial Date:<br>Action Filed: 6/9/2025 |

The States of Washington, Delaware, Arizona, Colorado, Connecticut, Hawai'i, Illinois, Maine, Maryland, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Vermont, Wisconsin, Rhode Island, the Commonwealth of Massachusetts,

and the Office of the Governor of Kansas (the Amici States) request leave to file an amicus brief in support of Plaintiffs' Ex Parte Motion for Temporary Restraining Order, ECF No. 8, on shortened time.

Having considered the motion and the parties' responses, if any, the Court GRANTS the Amici States' request. The Amici States' amicus brief is hereby deemed filed.

**IT IS SO ORDERED.**

DATED this 12th day of June 2025.

HONORABLE CHARLES R. BREYER
United States District Judge

DATED this 11th day of June 2025.

Respectfully submitted,

| | |
|---|---|
| NICHOLAS W. BROWN<br>Attorney General of Washington | KATHLEEN JENNINGS<br>Attorney General of the State of Delaware |
| *s/ Tera Heintz*<br>PATRICIO MARQUEZ<br>ANDREW HUGHES<br>Assistant Attorneys General<br>TERA HEINTZ, Cal. Bar #241414<br>Deputy Solicitor General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>Tera.Heintz@atg.wa.gov | /s/ *Ian R. Liston*<br>IAN R. LISTON<br>Director of Impact Litigation<br>ROSE E. GIBSON<br>Assistant Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>Ian.Liston@delaware.gov |
| KRISTIN K. MAYES<br>Attorney General of Arizona<br>2005 N. Central Ave.<br>Phoenix, AZ 85004 | PHILIP J. WEISER<br>Attorney General of Colorado<br>Colorado Department of Law<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| WILLIAM TONG<br>Attorney General of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06106 | ANNE E. LOPEZ<br>Attorney General of Hawai'i<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |

[~~PROPOSED~~] ORDER GRANTING AMICI STATES' MOT. FOR LEAVE TO FILE *AMICUS CURIAE*
BRIEF ON SHORTENED TIME - 2
Case No. 3:25-cv-04870-CRB

| | |
|---|---|
| KWAME RAOUL<br>Attorney General of Illinois<br>115 S. LaSalle St.<br>Chicago, IL 60603 | AARON M. FREY<br>Attorney General of Maine<br>6 State House Station<br>Augusta, ME 04333-0006 |
| ANTHONY G. BROWN<br>Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202 | ANDREA JOY CAMPBELL<br>Attorney General<br>Commonwealth of Massachusetts<br>One Ashburton Place<br>Boston, MA 02108 |
| DANA NESSEL<br>Michigan Attorney General<br>P.O. Box 30212<br>Lansing, MI 48909 | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br>102 State Capitol<br>75 Rev. Dr. Martin Luther King Jr. Blvd.<br>St. Paul, MN 55155 |
| AARON D. FORD<br>Attorney General<br>State of Nevada<br>100 North Carson Street<br>Carson City, NV 89701 | MATTHEW J. PLATKIN<br>Attorney General<br>State of New Jersey<br>25 Market Street<br>Trenton, NJ 08625 |
| RAÚL TORREZ<br>Attorney General<br>State of New Mexico<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501 | LETITIA JAMES<br>Attorney General<br>State of New York<br>28 Liberty Street<br>New York, NY 10005 |
| JEFF JACKSON<br>Attorney General of North Carolina<br>PO Box 629<br>Raleigh, NC 27602 | DAN RAYFIELD<br>Attorney General of Oregon<br>1162 Court Street NE<br>Salem, OR 97301 |
| CHARITY R. CLARK<br>Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609 | JOSHUA L. KAUL<br>Attorney General of Wisconsin<br>17 W. Main Street<br>Madison, WI 53703 |
| JUSTIN WHITTEN<br>Attorney for Governor Kelly<br>Office of the Governor<br>300 SW 10th Ave., Suite 541-E<br>Topeka, KS 66612 | PETER F. NERONHA<br>Attorney General<br>State of Rhode Island<br>150 South Main Street<br>Providence, RI 02903 |