Beau Tremitiere*
Kristy Parker*
PROTECT DEMOCRACY
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org
kristy.parker@protectdemocracy.org

Mack E. Jenkins (SBN 242101)
Matthew J. Craig (SBN 350030)
Susan Har (SBN 301924)
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
(212) 763-0883
mjenkins@heckerfink.com
mcraig@heckerfink.com
shar@heckerfink.com

*Attorneys for Amici Curiae Former
U.S. Army and Navy Secretaries and
Retired Four-Star Admirals and Generals*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, STATE OF CALIFORNIA,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, PETE HEGSETH, in his official capacity as Secretary of the Department of Defense, U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF FORMER U.S. ARMY AND NAVY SECRETARIES AND RETIRED FOUR-STAR ADMIRALS AND GENERALS |

1  Upon consideration of the Motion for Leave to File *Amici Curiae* Brief of Former U.S.
2  Army and Navy Secretaries and Retired Four-Star Admirals and Generals, I hereby **GRANT** the
3  Motion for Leave and **ORDER** that the brief submitted be accepted as filed.
4  **IT IS SO ORDERED.**

6  Dated: June 12, 2025

   _____
   Hon. Charles R. Breyer
   United States District Judge