1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  _____ ,        Case No. _____
5       Plaintiff(s),
6    v.                            **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
7  _____ ,        (CIVIL LOCAL RULE 11-3)
8       Defendant(s).
9
10     I, _____, an active member in good standing of the bar of
11  _____, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: _____ in the
13  above-entitled action. My local co-counsel in this case is _____, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California.  Local co-counsel's bar number is: _____.
16
17  _____          _____
    MY ADDRESS OF RECORD                   LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18
19  _____          _____
    MY TELEPHONE # OF RECORD               LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20  _____          _____
    MY EMAIL ADDRESS OF RECORD             LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21
22     I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: _____.
24     A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26     I have been granted pro hac vice admission by the Court _____ times in the 12 months
27  preceding this application.
28

United States District Court
Northern District of California

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3 Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4 Dated: _____

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE