HYDEE FELDSTEIN SOTO, SBN 106866
City Attorney
VALERIE L. FLORES, SBN 138572
MICHAEL DUNDAS, SBN 226930
200 North Main Street, City Hall East Rm 800
Los Angeles, California 90012
hydee.feldsteinsoto@lacity.org
valerie.flores@lacity.org
mike.dundas@lacity.org
Telephone: (213) 978-8100
Facsimile: (213) 978-8312
*Attorneys for* Amicus Curiae
City of Los Angeles

Norman L. Eisen*
Stephen A. Jonas SBN 542005
Joshua G. Kolb*
Diamond Brown*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE
Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Steve @statedemocracydefenders.org
Joshua@statedemocracydefenders.org
Diamond@statedemocracydefenders.org

*Attorneys for* Amicus Curiae City of Los Angeles

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; DEPARTMENT OF DEFENSE,<br><br>Defendants | Case No.   3:25-cv-04870-CRB<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* THE CITY OF LOS ANGELES IN SUPPORT OF PLAINTIFFS**<br><br>Date:   06/12/2025<br>Time:   1:30 p.m.<br>Place   Courtroom 6-17 Fr.<br>Judge:  Charles R. Breyer |

**STATEMENT OF INTEREST OF AMICUS CURIAE**

*Amicus Curiae* hereby request leave to file the attached *Amici Curiae* brief of the City of Los Angeles, in Support of Plaintiffs' Ex Parte Motion for a Temporary Restraining Order. All parties in this case have consented to *Amicus* City of Los Angeles filing this brief.

This litigation is of significant interest to the City of Los Angeles as the actions by the federal government complained of in this litigation – unlawful activation and deployment of military personnel – are targeted at the City of Los Angeles ("City"), a charter city with its own highly trained and professional police department, with long established protocols for crowd control and for requesting and receiving mutual aid and assistance from other law enforcement agencies when the need arises.

The City covers 469 square land miles and is home to nearly four million people. Yet, the protests in the City since last Friday, June 6, 2025 occurred within one square mile of the downtown area of the City and involved, at most a few thousand and, generally, a few hundred protestors at any given time.

The response of the federal government ("Government") was to activate or deploy, without the request or even consent of the local and state authorities, 4,000 federalized National Guard and 700 United States Marines to the City, the combined total of which is nearly equal to the size of the entire police force for the City of Houston, Texas, a city of two million people. The result of deploying armed military personnel, skilled in warfare against external enemies, on domestic soil without the training and perspective of the LAPD and other local law enforcement agencies traditionally charged with protecting civilian populations, was predictable.

The City has a critical interest in public safety within its boundaries and in preserving the constitutional rights of its residents to peacefully assemble and speak freely. Over the last few days, the City has worked tirelessly to preserve both principles by quelling violent and destructive outbursts while maintaining a space for the exercise of First Amendment rights. The Government's military presence undermines those principles and has sown chaos in Los Angeles, creating serious and potentially irreparable harm.

The enclosed brief discusses how the deployment of the military to the City of Los Angeles has impeded the City's ability to carry out its traditional police powers and how there was and is no rebellion in the City, nor any other circumstance that authorized the unprecedented deployment of military forces without the consent of local authorities. The brief further describes the LAPD's actions in response to both the peaceful demonstrations and the civil unrest to show how there is no risk of a rebellion in the future. Finally, the brief provides historical context to explain why this Court has the power to determine that there is no rebellion in Los Angeles.

| | |
|---|---|
| Dated: June 12, 2025 | Respectfully submitted, |

By: *Hydee Feldstein Soto*

HYDEE FELDSTEIN SOTO, SBN 106866
City Attorney
VALERIE L. FLORES, SBN 138572
MICHAEL DUNDAS, SBN 226930
200 North Main Street, City Hall East Rm 800
Los Angeles, California 90012
hydee.feldsteinsoto@lacity.org
valerie.flores@lacity.org
mike.dundas@lacity.org
Telephone: (213) 978-8100
Facsimile: (213) 978-8312
*Attorneys for* Amicus Curiae
City of Los Angeles


Norman L. Eisen*
Stephen A. Jonas SBN 542005
Joshua G. Kolb*
Diamond Brown*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE
Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Steve @statedemocracydefenders.org
Joshua@statedemocracydefenders.org
Diamond@statedemocracydefenders.org

*Attorneys for Amicus Curiae City of Los Angeles, California*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2025, a copy of the foregoing Administrative Motion for Leave to File Amicus Brief of the City of Los Angeles; the Amicus Brief of the City of Los Angeles; and a Proposed Order were filed and served pursuant to the Court's electronic filing procedures using the ECF system.

/s/ *Michael Dundas*
MICHAEL DUNDAS