1 | **THE MATEVOSYAN LAW FIRM**
Arman Matevosyan, Esq. (State Bar #293832)
2 | 313 East Broadway #10086
Glendale, CA 91209
3 | Telephone: (818) 480-0217
Email: amatevosyan@matevosyanlaw.com
4 |
5 | Attorneys for Amicus Curiae Arman Matevosyan
Esq., A Professional Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>    Plaintiffs,<br>vs.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,<br><br>    Defendants. | Case No.: 3:25-cv-04870-CRB<br><br>**DECLARATION OF ARMAN MATEVOSYAN, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>**Hearing**<br>Date: June 12, 2025<br>Time: 1:30 p.m.<br>Place: Zoom<br>Judge: Hon. Charles R. Breyer<br>Trial Date: TBD<br>Action Filed: 6/9/2025 |

- 1 -
**DECLARATION OF ARMAN MATEVOSYAN, ESQ.**

**DECLARATION OF ARMAN MATEVOSYAN, ESQ.**

I, Arman Matevosyan, declare:

1. I am over the age of eighteen years and have personal knowledge of the matters stated herein. If called as a witness, I would competently attest to the same.

2. I am an attorney licensed to practice in the State of California, and am the principal at The Matevosyan Law Firm based in Glendale, California, which is a suburb bordering downtown Los Angeles where the violent rioting has been taking place. I was licensed in California in December of 2013. I have been in practice close to 12 years.

3. I had been a member of the Governor's political party for nearly two decades. I strongly disagree with his actions in this public safety scenario. As a life-long resident of Los Angeles, I have seen over the years riots and looting following sporting events and the like, and while that is also unacceptable, nothing comes close to what we have endured now and in the last several years. The Governor's policies have resulted in several of my friends, business associates, and clients having to suffer tremendous damage and loss to their property, businesses, livelihood, and their well-being. Just six months ago, we watched helplessly as our beautiful cities the Palisades, Pasadena and Altadena, etc. literally burned down all around us.

4. Given the controversial nature of this proceeding, I carefully weighed whether to file this amicus brief and declaration, and I ultimately decided it was worth the potential self-sacrifice because I cannot in good conscience sit by any longer and watch our Great City of Los Angeles and our Great State of California be burned, looted, and robbed. Yes, there are some peaceful protests at this time. However, I saw with my own two eyes what had become of Stanley Mosk Courthouse in Downtown Los Angeles—the very court I have made countless appearances in throughout my 12-year career as a business defense attorney. It shocked the conscience. I attach the proposed amicus brief as **Exhibit 1**, which will be filed in the event the application is granted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed this 12th day of June 2025 at Los Angeles, California.

By: /s/Arman Matevosyan, Esq.