1

**THE MATEVOSYAN LAW FIRM**
Arman Matevosyan, Esq. (State Bar #293832)

2
313 East Broadway #10086
Glendale, CA 91209

3
Telephone: (818) 480-0217
Email: amatevosyan@matevosyanlaw.com

4

5
Attorneys for Amicus Curiae Arman Matevosyan
Esq., A Professional Corporation

6

7

8

### IN THE UNITED STATES DISTRICT COURT

9

### FOR THE NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

10

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA, | Case No.: 3:25-cv-04870-CRB |
| | **[PROPOSED] MEMORANDUM OF AMICUS CURIAE ARMAN MATEVOSYAN ESQ., A PROFESSIONAL CORPORATION** |
| Plaintiffs, | |
| vs. | |
| DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE, | **Hearing**<br>Date:  June 12, 2025<br>Time:  1:30 p.m.<br>Place: Zoom<br>Judge: Hon. Charles R. Breyer<br>Trial Date: TBD<br>Action Filed: 6/9/2025 |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### ___MEMORANDUM OF POINTS AND AUTHORITIES___

### __INTRODUCTION__

The purpose of this Memorandum is to provide this Court with an account of a small law firm owner who has lived in Los Angeles for nearly four decades.  The amicus curiae had been a member of the Governor's political party for nearly two decades.  With all due respect, the amicus curiae strongly disagree with the Governor's actions in this public safety scenario.  As a life-long resident of Los Angeles, amicus curiae have seen over the years riots and looting following sporting events and the like, and while that is also unacceptable, nothing comes close to what we have endured now and in the last several years.  The Governor's policies have resulted in several of amicus curiae's friends, business associates, and clients having to suffer tremendous damage and loss to their property, businesses, livelihood, and their well-being.  Just six months ago, we watched helplessly as our beautiful cities the Palisades, Pasadena and Altadena, etc. literally burned down all around us.  Given the controversial nature of this proceeding, amicus curiae carefully weighed whether to file this amicus brief and supporting declaration, and amicus curiae ultimately decided it was worth the potential self-sacrifice because amicus curiae cannot in good conscience sit by any longer and watch our Great City of Los Angeles and our Great State of California be burned, looted, and robbed.

### __LEGAL ARGUMENT__

### __VENUE SHOULD BE IN THE CENTRAL DISTRICT IN LOS ANGELES WHERE THE HARM IS ON-GOING__

Pursuant to 28 U.S.C. § 1391(e), lawsuits brought against government officers in their official capacities or against government agencies may be brought in any judicial district in which (1) a defendant in the action resides; (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) the plaintiff resides if no real property is involved in the action.  Here, Plaintiffs have improperly cited venue as proper in the Northern District under 28 U.S.C. § 1391(e)(3), alleging that no real property is involved in this action.  Accordingly, this Court should exercise its discretion to reject Plaintiffs' argument that no real property is involved in the current proceeding and transfer this

**MEMORANDUM OF AMICUS CURIAE**

action to the Central District of California pursuant to 28 U.S.C. §1406(a) for the reasons set forth herein. **In summary, amicus curiae and all other Los Angeles residents are the ones experiencing and suffering the losses here, and, with respect, the Central District Court should be the one to decide here.**

Respectfully submitted,

Date: June 12, 2025                    **THE MATEVOSYAN LAW FIRM**

By: /s/Arman Matevosyan, Esq.
Arman Matevosyan, Esq.
Attorneys for Amicus Curiae

**MEMORANDUM OF AMICUS CURIAE**