Beau Tremitiere*
Kristy Parker*
PROTECT DEMOCRACY UNITED
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org
kristy.parker@protectdemocracy.org

Matthew J. Craig (SBN 350030)
Mack E. Jenkins (SBN 242101)
Susan Har (SBN 301924)
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
(212) 763-0883
mjenkins@heckerfink.com
mcraig@heckerfink.com
shar@heckerfink.com

*Attorneys for Amici Curiae Former
U.S. Army and Navy Secretaries and
Retired Four-Star Admirals and Generals*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, STATE OF CALIFORNIA,<br><br>Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, PETE HEGSETH, in his official capacity as Secretary of the Department of Defense, U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**NOTICE OF ERRATA IN *AMICI CURIAE*'S MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF FORMER U.S. ARMY AND NAVY SECRETARIES AND RETIRED FOUR-STAR ADMIRALS AND GENERALS IN SUPPORT OF NEITHER PARTY**<br><br>Date:      June 12, 2025<br>Time:      1:30 p.m.<br>Courtroom: 6 (17th Floor)<br>Judge:     Hon. Charles R. Breyer |

Notice is hereby given that the following errata appear in Amici Curiae's Motion for Leave to File Amici Curiae Brief of Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals in Support of Neither Party.

*First*, the Motion (page 2, lines 1-3) lists each of the names of *amici* but inadvertently omitted designation of retired status for several of them. As reflected elsewhere in the motion and in the brief, counsel submits this notice to clarify the retired/former status of each identified *amici* and to include such designation in their titles to read:

"Admiral Steve Abbot (Ret.), Admiral Thad Allen (Ret.), Former Secretary of the Army Louis Caldera, General Walton W. Fulford, Jr. (Ret.), General Michael Hayden (Ret.), Admiral Samuel Jones Locklear, III (Ret.), Former Secretary of the Navy Sean O'Keefe, and Admiral Bill Owens (Ret.) respectfully move for leave to appear as *amici curiae* and to file the proposed brief, attached hereto."

*Second*, all filings identifying counsel from "Protect Democracy" should be corrected to read "Protect Democracy United."

Dated: Los Angeles, CA
June 12, 2025

/s/ Matthew J. Craig
Matthew J. Craig (SBN 350030)
Mack E. Jenkins (SBN 242101)
Susan Har (SBN 301924)
Hecker Fink LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
(212) 763-0883
mjenkins@heckerfink.com
mcraig@heckerfink.com
shar@heckerfink.com

Beau Tremitiere*
Kristy Parker*
Protect Democracy United
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org
kristy.parker@protectdemocracy.org

*Pro Hac Vice Applications forthcoming*

*Attorneys for Amici Curiae Former
U.S. Army and Navy Secretaries and
Retired Four-Star Admirals and Generals*

NOTICE OF ERRATA IN *AMICI CURIAE*'S MOTION FOR LEAVE TO FILE BRIEF, 3:25-CV-04870-CRB

3