HYDEE FELDSTEIN SOTO, SBN 106866
City Attorney
VALERIE L. FLORES, SBN 138572
MICHAEL DUNDAS, SBN 226930
200 North Main Street, City Hall East Rm 800
Los Angeles, California 90012
hydee.feldsteinsoto@lacity.org
valerie.flores@lacity.org
mike.dundas@lacity.org
Telephone: (213) 978-8100
Facsimile: (213) 978-8312
*Attorneys for* Amicus Curiae
City of Los Angeles

Norman L. Eisen*
Stephen A. Jonas SBN 542005
Joshua G. Kolb*
Diamond Brown*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE
Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Steve @statedemocracydefenders.org
Joshua@statedemocracydefenders.org
Diamond@statedemocracydefenders.org

*Attorneys for* Amicus Curiae City of Los Angeles

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No.   3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* THE CITY OF LOS ANGELES IN SUPPORT OF PLAINTIFFS**<br><br>Date:   06/12/2025<br>Time:   1:30 p.m.<br>Place   Courtroom 6-17 Fr.<br>Judge: Charles R. Breyer |

1

**[PROPOSED] ORDER**

On June 12, 2025, the City of Los Angeles filed an Administrative Motion for Leave to File an Amicus Brief in Support of Plaintiff's Ex Parte Motion for Leave to File Brief of *Amicus Curiae* the City of Los Angeles in Support of Plaintiffs. Having considered the papers and pleadings on file, the Court hereby GRANTS the Administrative Motion and ORDERS that the Amicus Brief be filed. The [Proposed] Brief of *Amicus Curiae* the City of Los Angeles in Support of Plaintiffs attached to the administrative motion filed on the docket, is hereby deemed as filed as the Brief of *Amicus Curiae* the City of Los Angeles.

**IT IS SO ORDERED.**

DATED: June 12, 2025

Honorable Charles R. Breyer
United States District Judge

2