HYDEE FELDSTEIN SOTO, SBN 106866
City Attorney
VALERIE L. FLORES, SBN 138572
MICHAEL DUNDAS, SBN 226930
200 North Main Street, City Hall East Rm 800
Los Angeles, California 90012
hydee.feldsteinsoto@lacity.org
valerie.flores@lacity.org
mike.dundas@lacity.org
Telephone: (213) 978-8100
Facsimile: (213) 978-8312
*Attorneys for* Amicus Curiae
City of Los Angeles

Norman L. Eisen*
Stephen A. Jonas SBN 542005
Joshua G. Kolb*
Diamond Brown*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE
Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Steve @statedemocracydefenders.org
Joshua@statedemocracydefenders.org
Diamond@statedemocracydefenders.org

*Attorneys for* Amicus Curiae City of Los Angeles

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No.   3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* THE CITY OF LOS ANGELES IN SUPPORT OF PLAINTIFFS**<br><br>Date:   06/12/2025<br>Time:  1:30 p.m.<br>Place  Courtroom 6-17 Fr.<br>Judge: Charles R. Breyer |

1

1                              **[~~PROPOSED~~] ORDER**

2           On June 12, 2025, the City of Los Angeles filed an Administrative Motion for Leave to

3    File an Amicus Brief in Support of Plaintiff's Ex Parte Motion for Leave to File Brief of *Amicus*

4    *Curiae* the City of Los Angeles in Support of Plaintiffs.  Having considered the papers and

5    pleadings on file, the Court hereby GRANTS the Administrative Motion and ORDERS that the

6    Amicus Brief be filed. The [Proposed] Brief of *Amicus Curiae* the City of Los Angeles in Support

7    of Plaintiffs attached to the administrative motion filed on the docket, is hereby deemed as filed

8    as the Brief of *Amicus Curiae* the City of Los Angeles.

10          **IT IS SO ORDERED.**

12   DATED:  June 12, 2025                    _____
13                                            Honorable Charles R. Breyer
                                              United States District Judge