1  **THE MATEVOSYAN LAW FIRM**
   Arman Matevosyan, Esq. (State Bar #293832)
2  313 East Broadway #10086
   Glendale, CA 91209
3  Telephone: (818) 480-0217
   Email: amatevosyan@matevosyanlaw.com
4
   Attorneys for Amicus Curiae Arman Matevosyan
5  Esq., A Professional Corporation

6

7

8              IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>         Plaintiffs,<br><br>vs.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,<br><br>         Defendants. | Case No.: 3:25-cv-04870-CRB<br><br>**EX PARTE APPLICATION OF AMICUS CURIAE ARMAN MATEVOSYAN ESQ., A PROFESSIONAL CORPORATION FOR LEAVE TO FILE AMICUS BRIEF**<br>ORDER<br>**Hearing**<br>Date:<br>Time:<br>Courtroom:<br>Judge: Hon. Charles R. Breyer<br>Trial Date:<br>Action Filed: 6/9/2025 |

   The district court has broad discretion to permit the filing of amicus briefs. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). "An amicus curiae is not a party to litigation." *Miller-Wohl Co., Inc. v. Comm'r of Labor and Indus., State of Montana*, 694 F.2d 203, 204 (9th Cir. 1982) (citing *Clark v. Sandusky*, 205 F.2d 915, 917 (7th Cir. 1953). Instead, the "classic role" of amicus curiae is "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Id.* Because amicus curiae are not a party, they have "no control over the litigation and no right to institute any proceedings in it, nor can [they] file any pleadings or motions in the case." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355

F.Supp.2d 1061, 1068 (N.D. Cal. 2005). It is "within the Court's discretion" whether to allow amici to file a brief, and courts generally exercise "great liberality" in permitting amicus briefs. *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (citation omitted). What is required is a statement of interest and a helpful proposed brief.

     Here, the nature of the interest of the amicus curiae is a small group of California attorneys that have lived and operated in Los Angeles for nearly four decades. They are citizens, business owners, and community members that service the exact population that is directly affected by the Governor's policy positions. For the reasons set forth in the supporting declarations and the proposed brief here, the amicus curiae seek to uphold Federal Law to stop the on-going violent riots and destruction of property, and to further prevent a repeat of the chaos experienced just six months ago as a result of the Palisades Fires. Thus, the requirements of an amicus curiae are met here, however small this group is. Accordingly, the amicus curiae seek leave to file the proposed brief.

Respectfully submitted,

Date: June 12, 2025             **THE MATEVOSYAN LAW FIRM**

                                  By: /s/Arman Matevosyan, Esq.
                                  Arman Matevosyan, Esq.
                                  Attorneys for Amicus Curiae

Date: June 12, 2025



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA