

**STATE OF COLORADO,** ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Beau Cameron Tremitiere**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **16th**

day of **June** A.D. **2022** and that at the date

hereof the said **Beau Cameron Tremitiere** is in good standing

at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **30th** day of **May** A.D. **2025**

*Cheryl Stevens*
                                                Clerk

By _____
                                           Deputy Clerk