**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, PETE HEGSETH, in his official capacity as Secretary of the Department of Defense, U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Kristy Parker, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Amici Curiae Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals in the above-entitled action. My local co-counsel in this case is Matthew J. Craig, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is SBN 350030.

| | |
|---|---|
| My address of record:<br>PROTECT DEMOCRACY UNITED<br>2020 Pennsylvania Ave. NW, Suite 163<br>Washington, DC 20006<br>(202) 579-4582<br>kristy.parker@protectdemocracy.org | Local co-counsel's address of record:<br>HECKER FINK LLP<br>1150 S Olive St, Suite 10-140<br>Los Angeles, CA 90015<br>(212) 763-0883<br>mcraig@heckerfink.com |

1  I am an active member in good standing of the bar of the District of Columbia, as indicated
2  above; my District of Columbia bar number is 1542111.
3  A true and correct copy of a certificate of good standing or equivalent official document
4  from said bar is attached to this application.
5  I have not been granted pro hac vice admission by this Court in the 12 months preceding
6  this application.
7  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
8  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
9  Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2025

/s/ Kristy Parker
Kristy Parker
PROTECT DEMOCRACY UNITED
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
kristy.parker@protectdemocracy.org

*Attorney for Amici Curiae Former*
*U.S. Army and Navy Secretaries and*
*Retired Four-Star Admirals and Generals*

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kristy Parker is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

Hon. Charles R. Breyer
United States District Judge
