🇺🇸 An official website of the United States government   Here's how you know



MENU

> For your security, we recommend you close your browser when you complete your payment.

# Payment Confirmation - U.S. District Court NDCA Civil and Criminal Bonds and Other Payments Form

    

Before You Begin | Complete Agency Form | Enter Payment Info | Review & Submit | **5 Confirmation**

## Your payment is complete

You will not be able to access this receipt once you leave this page. A confirmation email has been sent to james.stanley@doj.ca.gov.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Do you have any feedback regarding your Pay.gov experience?
Please share it here.

## Tracking Information

Pay.gov Tracking ID: 27OT5407

Agency Tracking ID: 77071922079

Form Name: U.S. District Court NDCA Civil and Criminal Bonds and Other Payments Form

Application Name: NDCA (California Northern) Civil and Criminal Bonds and Other Payments

## Payment Information

Payment Type: Debit or credit card

Payment Amount: $100.00

Transaction Date: 06/13/2025 03:38:12 PM EDT

Payment Date: 06/13/2025

Defendant or Party Name: Gavin Newsom

Case Number: DCAN25004870-

Payer's Name: James Stanley

Payer's Address, City, State, Zip: 1300 I Street , Sacramento, CA, 90013

Payer's Telephone: (916) 210-6475

Payer's Email: james.stanley@doj.ca.gov

Type of Payment: Civil Bond

## Account Information

Cardholder Name: James Stanley

Card Type: American Express

Card Number: ************2009

# Sign In to your Pay.gov account!

Sign In

With a Pay.gov account you can manage payments and view history. If you don't have an existing account, you will have the option to create an account

on the sign-in page.

## Need Help?

Pay.gov Logo

**Contact:**
CAND Finance

**Email:**
[Click to email](#)

**Phone:**
(415) 522-4621

[Return to top](#)

Accessibility Policy

Privacy and Security Policy

Notices and Agreements

For Agencies

*

Feedback



**Pay.gov**
Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Pay.gov Support**

WARNING WARNING WARNING

You have accessed a U.S. Government information system, which includes (1) this computer, (2) this network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. U.S. Government information systems are provided for the processing of official U.S. Government information only. Unauthorized or improper use of this information system is prohibited and may subject you to disciplinary action, as well as civil and criminal penalties. All data contained on U.S. Government information systems is owned by the U.S. Government and may, for the purpose of protecting the rights and property of the U.S. Government, be monitored, intercepted, recorded, read, searched, copied, or captured in any manner and disclosed or used for any lawful government purpose at any time. THERE IS NO RIGHT TO PRIVACY IN THIS SYSTEM. System personnel may give to law enforcement officials any potential evidence of crime found on U.S. Government information systems. USE OF THIS SYSTEM BY ANY USER, AUTHORIZED OR UNAUTHORIZED, CONSTITUTES YOUR UNDERSTANDING AND CONSENT TO THIS MONITORING, INTERCEPTION, RECORDING, READING, COPYING, OR CAPTURING AND DISCLOSURE.

Note: This system may contain Sensitive But Unclassified (SBU) data that requires specific data privacy handling.