**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, PETE HEGSETH, in his official capacity as Secretary of the Department of Defense, U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ; ORDER<br>(CIVIL LOCAL RULE 11-3) |

I, Beau Tremitiere, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Amici Curiae Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals in the above-entitled action. My local co-counsel in this case is Matthew J. Craig, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is SBN 350030.

| | |
|---|---|
| My address of record:<br>PROTECT DEMOCRACY UNITED<br>2020 Pennsylvania Ave. NW, Suite 163<br>Washington, DC 20006<br>(202) 579-4582<br>beau.tremitiere@protectdemocracy.org | Local co-counsel's address of record:<br>HECKER FINK LLP<br>1150 S Olive St, Suite 10-140<br>Los Angeles, CA 90015<br>(212) 763-0883<br>mcraig@heckerfink.com |

1  I am an active member in good standing of the bar of the State of Colorado, as indicated
2  above; my Colorado bar number is 57489.
3  A true and correct copy of a certificate of good standing or equivalent official document
4  from said bar is attached to this application.
5  I have not been granted pro hac vice admission by this Court in the 12 months preceding
6  this application.
7  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
8  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
9  Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2025

_____
Beau Tremitiere
PROTECT DEMOCRACY UNITED
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org

*Attorney for Amici Curiae Former
U.S. Army and Navy Secretaries and
Retired Four-Star Admirals and Generals*

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Beau Tremitiere is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 13, 2025

Hon. Charles R. Breyer
United States District Judge