BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-8659
christopher.edelman@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE PRELIMINARY INJUNCTION BRIEFING SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules 6-3 and 7-11, Defendants hereby move the Court for an order to continue the operative briefing schedule concerning Plaintiffs' Motion for a Preliminary Injunction pending resolution of Defendants' Emergency Motion Under Circuit Rule 27-3 for Stay Pending Appeal. In support of this motion, Defendants submit the following:

1. On June 12, 2025, the Court granted Plaintiffs' Motion for a Temporary Restraining Order and set the following schedule regarding Plaintiffs' Motion for a Preliminary Injunction: Plaintiffs' moving papers shall be filed no later than June 16, 2025; Defendants' opposition shall be due no later than June 18, 2025, and Plaintiffs' reply shall be due on June 19, 2025. The Court also set a hearing on Plaintiffs' motion for June 20, 2025, at 10:00 am. ECF No. 64 at 36.

2. Defendants appealed this Order the same day, *see* ECF No. 65, and filed an Emergency Motion to Circuit Rule 27-3 for Stay Pending Appeal with the Ninth Circuit. The Ninth Circuit panel granted an administrative stay pending further briefing and argument, *see Newsom, et al. v Trump, et al.*, 25-3727, Dkt. No. 10 (9th Cir.).

3. Specifically, the Panel ordered Plaintiffs to file a response by June 15, 2025 at 9:00 AM PDT and granted Defendants the right to file an optional reply on June 16, 2025. The panel will hold a remote hearing at 12:00 PM PDT on June 17, 2025, and will presumably issue a prompt ruling.

4. The Ninth Circuit's resolution of Defendants' emergency motion may well have a significant bearing on this Court's consideration of Plaintiffs' preliminary injunction motion. A continuation of the current stay would, at a minimum, impact the timing of the Court's resolution of the Plaintiffs' motion and the panel's ruling may well also shed light on the plaintiffs' likelihood of success on their legal claims, as well as the equitable factors relevant to resolving Plaintiffs' motion for a preliminary injunction. Additionally, the parties' briefing on the preliminary injunction motion would be more relevant and helpful for the Court if it can address the Ninth Circuit's resolution of the pending Emergency Motion.

5. In addition, Defendants anticipate that the Ninth Circuit will resolve the emergency motion in a matter of days such that briefing on Plaintiffs' motion for a preliminary

motion will not be substantially delayed in the event the Ninth Circuit denies the Defendants' emergency motion.

6. Consequently, in the interest of judicial efficiency, to preserve the Court's and parties' resources, and to aid the Court in the ultimate resolution of the issues, Defendants believe there is good cause to continue the current preliminary injunction briefing schedule until the Ninth Circuit resolves Defendants' emergency motion.

7. In lieu of the current schedule, Defendants suggest the Parties meet, confer, and propose a new briefing schedule within one business day of the Ninth Circuit's ruling on Emergency Motion Under Circuit Rule 27-3 for Stay Pending Appeal. A proposed order is attached.

8. This is the first such request to modify the Court's schedule. This request should have no effect on the schedule for the case other than as stated herein.

9. Pursuant to Local Rule 6-3(2), Counsel for Defendants contacted Plaintiffs' Counsel to seek their position and potentially file a stipulation. Plaintiffs' counsel responded: "Plaintiffs oppose any motion to reset or reschedule the Court's order with regard to the preliminary injunction briefing, and Plaintiffs will file their opposition with the Court today."

Dated: June 13, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

ALEXANDER K. HAAS
(CA Bar No. 220932)
Director
Federal Programs Branch

*(signature)*

BENJAMIN S. KURLAND
Trial Attorney (DC Bar No. 1617521)
CHRISTOPHER EDELMAN
Senior Counsel (DC Bar No. 1033486)
GARRY D. HARTLIEB
Trial Attorney (IL Bar No. 6322571)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: 202-305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*