BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-8659
christopher.edelman@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>*Defendants*. | Case No. 3:25-cv-1780-WHA<br><br>**DECLARATION OF BENJAMIN S. KURLAND IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE PRELIMINARY INJUNCTION BRIEFING SCHEDULE** |

I, Benjamin S. Kurland, declare, pursuant to 28 U.S.C. § 1746 and Local Rule 7-5, as follows:

1. I am a member in good standing of the Bar of the District of Columbia. I am authorized to practice in this Court under Local Rule 11-2. I represent the Defendants in this action.

2. Plaintiffs filed suit in this action on June 9, 2025. Compl. ECF No. 1. On June 10, 2025, Plaintiffs moved the Court for a Temporary Restraining Order. First *Ex Parte* Mot. for a TRO, ECF No. 8 ("TRO Motion").

3. The Court ordered the Parties to brief the TRO Motion on an expedited basis and set a hearing for June 12, 2025, to hear argument from the parties. Order Setting Briefing Schedule, ECF No. 14.

4. On June 12, 2025, the Court heard oral argument from the parties. Min. Entry, ECF No. 59.

5. Also on June 12, 2025, the Court granted Plaintiffs' TRO Motion and issued an injunction. Order, ECF No. 64. In that Order, the Court set the following briefing schedule for an order to show cause why a preliminary injunction should not issue: Plaintiffs' moving papers shall be filed no later than June 16, 2025; Defendants' opposition shall be due no later than June 18, 2025, and Plaintiffs' reply shall be due on June 19, 2025. *Id.* at 36. The Court also set a hearing for June 20, 2025. *Id.*

6. Defendants appealed the Court's injunction on June 12, 2025, *see* Notice of Appeal, ECF No. 65, and filed an Emergency Motion Under Circuit Rule 27-3 for Stay Pending Appeal. Shortly thereafter, the Ninth Circuit issued an administrative stay of the Court's injunction pending further briefing and argument on Defendants' appeal. *See Newsom, et al. v. Trump, et al.*, No. 25-3727, Dkt No. 10.

7. Specifically, the Panel ordered Plaintiffs to file a response by June 15, 2025 at 9:00 AM PDT and granted Defendants the right to file an optional reply by June 16, 2025 at 9:00 AM PDT. The panel will hold a remote hearing at 12:00 PM PDT on June 17, 2025, and will presumably issue a prompt ruling.

2

DECLARATION OF BENJAMIN S. KURLAND IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE PRELIMINARY INJUNCTION BRIEFING SCHEDULE

8.  On June 13, 2025, Counsel for Defendants contacted Counsel for Plaintiffs to inquire whether Plaintiffs would consent to a stay of the Court's preliminary injunction schedule pending the Ninth Circuit's resolution of Defendants' Emergency Motion. Counsel for Plaintiffs responded that: "Plaintiffs object to any motion to reset the preliminary injunction briefing schedule set by the Court. In any motion that Defendants file on this point, Plaintiffs request that Defendants include our position: 'Plaintiffs oppose any motion to reset or reschedule the Court's order with regard to the preliminary injunction briefing, and Plaintiffs will file their opposition with the Court today.'"

9.  Defendants have not previously sought a modification of any schedule in the case. This request should have no effect on the schedule for the case other than as stated herein.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2025

Benjamin S. Kurland

3

DECLARATION OF BENJAMIN S. KURLAND IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE PRELIMINARY INJUNCTION BRIEFING SCHEDULE