BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-8659
christopher.edelman@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants*. | Case No. 3:25-cv-04870-CRB <br><br> **[Proposed] ORDER TO CONTINUE PRELIMINARY INJUNCTION BRIEFING SCHEDULE** |

　　Before the Court is Defendants' Administrative Motion to Continue Preliminary Injunction Briefing Schedule.  ECF No. 72.  After reviewing the Motion and Plaintiff's opposition, it is hereby ordered:

　　The Court's deadlines regarding the Order to Show Cause why a Preliminary Injunction should not Issue, ECF No. 64 at 36, are hereby continued pending the Ninth Circuit's decision on Defendants' Emergency Motion Under Circuit Rule 27-3 for Stay Pending Appeal.  The Parties

shall submit a joint status report with a proposed briefing schedule no later than one business day after the Ninth Circuit has resolved Defendants' Emergency Motion.

    SO ORDERED.

Dated:

                                                                                                                   _____
                                                                                                                   HON. CHARLES R. BREYER
                                                                                                                   United States District Judge