| | |
|---|---|
| 1 | **ROB BONTA**<br>Attorney General of California |
| 2 | THOMAS S. PATTERSON<br>Senior Assistant Attorney General |
| 3 | ANYA BINSACCA<br>JOHN D. ECHEVERRIA |
| 4 | MARISSA MALOUFF<br>JAMES E. STANLEY |
| 5 | Supervising Deputy Attorneys General<br>STEVEN KERNS |
| 6 | JANE REILLEY<br>MEGAN RICHARDS |
| 7 | MEGHAN H. STRONG<br>NICHOLAS ESPÍRITU |
| 8 | Deputy Attorneys General<br>  1515 Clay St. |
| 9 |   Oakland, CA  94612<br>  Telephone: (510) 879-3908 |
| 10 |   E-mail:  Nicholas.Espiritu@doj.ca.gov<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,

Plaintiffs,

v.

DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,

Defendants.

NO. 3:25-cv-04870-CRB

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE PRELIMINARY INJUNCTION BRIEFING SCHEDULE**

Judge:       Hon. Charles R. Breyer
Trial Date:  None Set
Action Filed: June 9, 2025

Plaintiffs oppose Defendants' request to reset the preliminary injunction schedule in light of their pending appeal of the TRO. As the Court noted at oral argument and in its Order, preliminary injunction briefing will provide a more complete and current record relevant to the propriety of injunctive relief. Although the Court found the TRO record sufficient to warrant immediate injunctive relief for a short period until it could hear Plaintiffs' request for a preliminary injunction next Friday, June 20, facts on the ground are changing in Los Angeles in ways that may inform issues that will be presented to the Court and the scope and need for more extended injunctive relief, including how National Guard troops are being deployed; how Marines are being utilized, Tr. 35:25-40:2 (discussing evidence as it relates to Plaintiffs' Posse Comitatus Act claims), which has meaningfully changed even since the TRO was issued; what the current situation is with regard to unrest on the ground; and whether state law enforcement and federal authorities can adequately address such actions. Dkt. No. 64 at 16 (holding that the Plaintiffs' section 12406 claims were justiciable, that the Court could review the factual record, and that Plaintiffs were likely to succeed on the merits). A more complete record of these issues will help inform the Court as to the merits of Plaintiffs' arguments on all their claims and how to craft any preliminary injunctive relief. That expanded record would also be essential to any further appellate court reviewing the sufficiency of this Court's factual findings.

What is more, there is serious doubt as to whether the Ninth Circuit has jurisdiction to hear Defendants' appeal of the TRO. "Ordinarily, temporary restraining orders are not appealable interlocutory orders." *Serv. Emps. Int'l Union v. Nat'l Union of Healthcare Workers*, 598 F.3d 1061, 1067 (9th Cir. 2010). And while courts occasionally deviate from that ordinary rule when a TRO has "the same effect as a preliminary injunction," *e.g.*, *East Bay Sanctuary Covenant v. Trump*, 932 F.3d 742, 762 (9th Cir. 2018), the TRO here plainly contemplates that it is merely a precursor to a preliminary injunction, in light of the expedited briefing schedule the Court set for

the motion for a preliminary injunction and the hearing it scheduled for June 20—within the standard 14-day period for a true TRO provided by Federal Rule of Civil Procedure 65(b). *Cf. East Bay Sanctuary Covenant*, 932 F.3d at 762 (finding that a TRO amounted to a preliminary injunction in part because the "court scheduled the order to remain in effect for 30 days instead of adhering to Rule 65(b)'s 14-day limit"). Accordingly, Plaintiffs request that the Court deny Defendants' motion and maintain the schedule laid out in the Court's June 12, 2025 Order.

Dated: June 13, 2025                                                   Respectfully submitted,

**ROB BONTA**
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
ANYA BINSACCA
JOHN D. ECHEVERRIA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
STEVEN KERNS
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG

*/s/ Nicholas Espíritu*

NICHOLAS ESPÍRITU
Deputy Attorney General
  1515 Clay St.
  Oakland, CA  94612
  Telephone: (510) 879-3908
  E-mail:  Nicholas.Espiritu@doj.ca.gov

*Attorneys for Plaintiffs*