**ROB BONTA**
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
ANYA BINSACCA
JOHN D. ECHEVERRIA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
STEVEN KERNS
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
Deputy Attorneys General
 455 Golden Gate Ave
 San Francisco, CA 94102
 Telephone: (415) 510-3877
 E-mail: Meghan.Strong@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>**STIPULATION AND PROPOSED ORDER TO INCREASE PAGE LIMITS** |

Pursuant to Civil Local Rules 7-2, 7-3, and 7-12 and the Court's General Standing Order, and subject to the Court's approval, the parties stipulate as follows:

The parties have conferred regarding the page limits applicable to the Preliminary Injunction briefing set forth by the Court in its June 12 Order. The parties stipulate that Plaintiffs and Defendants shall have no more than thirty (30) pages of substantive text for their Motion and Opposition, respectively, and that Plaintiffs shall have no more than fifteen (15) pages of substantive text for their Reply.

Dated:  June 16, 2025

Respectfully submitted,

BRETT A. SHUMATE
 Assistant Attorney General
 Civil Division

ERIC J. HAMILTON
 Deputy Assistant Attorney General
 Federal Programs Branch
 (CA Bar No. 296283)

ALEXANDER K. HAAS
 (CA Bar No. 220932)
 Director
 Federal Programs Branch

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
 (DC Bar No. 1033486)
 Senior Counsel
GARRY D. HARTLIEB
 (IL Bar No. 6322571)
BENJAMIN S. KURLAND
 (D.C. Bar No. 1617521)
 Trial Attorneys
 U.S. Department of Justice
 Civil Division, Federal Programs Branch
 1100 L Street, N.W.
 Washington, DC 20005
 Tel.: 202-305-8659
 Email: christopher.edelman@usdoj.gov

*Attorneys for Defendants*

**ROB BONTA**
 Attorney General of California
 THOMAS S. PATTERSON
 Senior Assistant Attorney General
 ANYA BINSACCA
 JOHN D. ECHEVERRIA
 MARISSA MALOUFF
 JAMES E. STANLEY
 Supervising Deputy Attorneys General
 NICHOLAS ESPÍRITU
 STEVEN KERNS
 JANE REILLEY
 MEGAN RICHARDS
 Deputy Attorneys General

*/s/ Meghan H. Strong*

MEGHAN H. STRONG
 Deputy Attorney General
  455 Golden Gate Avenue
  San Francisco, CA 94102
  Telephone: (415) 510-3877
  E-mail:  Meghan.Strong@doj.ca.gov

*Attorneys for Plaintiffs*