1   **ROB BONTA**
    Attorney General of California
2   THOMAS S. PATTERSON
    Senior Assistant Attorney General
3   ANYA BINSACCA
    JOHN D. ECHEVERRIA
4   MARISSA MALOUFF
    JAMES E. STANLEY
5   Supervising Deputy Attorneys General
    NICHOLAS ESPÍRITU
6   STEVEN KERNS
    JANE REILLEY
7   MEGAN RICHARDS
    MEGHAN H. STRONG
8   Deputy Attorneys General
     455 Golden Gate Ave.
9    San Francisco, CA 94102
     Telephone: (415) 510-3877
10    E-mail: Meghan.Strong@doj.ca.gov
    *Attorneys for Plaintiffs*

11

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17  **GAVIN NEWSOM, IN HIS OFFICIAL**
    **CAPACITY AS GOVERNOR OF THE STATE OF**
    **CALIFORNIA; STATE OF CALIFORNIA,**          **NO. 3:25-cv-04870-CRB**
18
                                    Plaintiffs,
19                                               **DECLARATION MEGHAN H. STRONG**
                                                 **IN SUPPORT OF PLAINTIFFS'**
         **v.**                                  **MOTION FOR PRELIMINARY**
20                                               **INJUNCTION**

21  **DONALD TRUMP, IN HIS OFFICIAL**            Judge:      Hon. Charles R. Breyer
    **CAPACITY AS PRESIDENT OF THE UNITED**      Trial Date:   None Set
22  **STATES; PETE HEGSETH, IN HIS OFFICIAL**    Action Filed: June 9, 2025
    **CAPACITY AS SECRETARY OF THE**
23  **DEPARTMENT OF DEFENSE; U.S.**
    **DEPARTMENT OF DEFENSE,**
24
                                    Defendants.
25

26

27

28

                                    1

I, Meghan H. Strong, declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of California, admitted to the bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California Department of Justice. The Attorney General is counsel to Plaintiffs Governor Gavin Newsom and the State of California. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an October 12, 2020 news article authored by Hayley Smith, Richard Winton, Kevin Rector and Ruben Vives and published by the Los Angeles Times, entitled *At least 76 arrested in L.A. after Lakers' championship win*, available on the Los Angeles Times official website at https://www.latimes.com/california/story/2020-10-12/76-arrested-in-downtown-la-following-lakers-win.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an October 31, 2024 news article authored by Jaysha Patel and Anabel Munoz and published by the ABC 7 Eyewitness News, entitled *Several arrests made after violence, looting breaks out following Dodgers' win*, available on the ABC 7 Eyewitness News's official website at https://abc7.com/post/several-arrests-made-after-violence-looting-breaks-los-angeles-following-dodgers-world-series-win/15492082/.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a May 14, 2025 news article authored by the Fox 11 Digital News Team and published by Fox 11 News, entitled *239 ICE arrests made in Los Angeles during week-long operation*, available on Fox 11 News' official website at https://www.foxla.com/news/239-ice-arrests-made-los-angeles-during-week-long-operation.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a June 6, 2025 news

article authored by Tom Bowman and Ximena Bustillo published by National Public Radio, entitled *DHS memo details how National Guard troops will be used for immigration enforcement*, available on National Public Radio's official website at https://www.npr.org/2025/06/06/nx-s1-5425421/dhs-national-guard-immigration-enforcement.

7.    Attached hereto as **Exhibit 5** is a true and correct copy of a printout of the Los Angeles Sheriff Department Information Bureau's webpage post on June 7, 2025, entitled *Sheriff's Department Statement Regarding Civil protest activity in the City of Paramount*, available on the Department of Information Bureau's official website at https://local.nixle.com/alert/11646013/?sub_id=0.

8.    Attached hereto as **Exhibit 6** is a true and correct copy of a June 8, 2025 news article authored by Ruben Vives and Rachel Uranga and published by the Los Angeles Times, entitled *What really happened outside the Paramount Home Depot? The reality on the ground vs. the rhetoric*, available on the Los Angeles Times's official website at https://www.latimes.com/california/story/2025-06-08/what-actually-happened-at-the-paramount-home-depot.

9.    Attached hereto as **Exhibit 7** is a true and correct copy of a copy of a printout of USNORTHCOM's June 9, 2025, "*USNORTHCOM statement on additional military personnel in the Los Angeles Area*", available at USNORTHCOM's official website at https://www.northcom.mil/DesktopModules/ArticleCS/Print.aspx?PortalId=28&ModuleId=8526&Article=4210889.

10.    Attached hereto as **Exhibit 8** is a true and correct copy of a June 9, 2025 article published by Governor Gavin Newsom's office, containing an MSNBC interview of California Governor Gavin Newsom, entitled *Watch: Governor Newsom discusses 'Donald Trump's mess' in Los Angeles*, available on the Governor's official website at https://www.gov.ca.gov/2025/06/09/watch-governor-newsom-discusses-donald-trumps-mess-in-los-angeles/.

11.    Attached hereto as **Exhibit 9** is a true and correct copy of a June 9, 2025 news article authored by Matthias Gafni, Cynthia Dizikes, Sophia Bollag, and Susan Neilson and

published by the San Francisco Chronicle, entitled *Exclusive: DHS secretary sought military arrests and drones in Los Angeles in leaked letter*, available on the San Francisco Chronicle's official website at https://www.sfchronicle.com/us-world/article/noem-immigration-protests-letter-20369001.php.

12.    Attached hereto as **Exhibit 10** is a true and correct copy of the CBS correspondent Nidia Cavazos' June 10, 2025, post on the social media site X containing a statement from a "senior ICE spokesperson" to CBS News that "[t]roops on the ground in Los Angeles are providing perimeter and personnel protection for our facilities and officers who are out on daily enforcement operations. They are providing security at federal facilities in the area and support with transportation, as needed," available on X's official website at https://x.com/NidiaCavazosTV/status/1932591323296772425.

13.    Attached hereto as **Exhibit 11** is a true and correct copy of a June 11, 2025 news article authored by Sonam Sheth and Gabe Whisnant and published by Newsweek, entitled *National Guard Commander Backtracks On Remark About Detaining Civilians* available on Newsweek's official website at https://www.newsweek.com/national-guard-detaining-civilians-los-angeles-protests-2084277.

14.    Attached hereto as **Exhibit 12** is a true and correct copy of a June 11, 2025 news article authored by Lolita C. Baldor and published by NBC News Los Angeles, entitled *About 500 National Guard troops in LA are trained to accompany agents on immigration raids*, available on NBC Los Angeles's official website at https://www.nbclosangeles.com/news/national-international/national-guard-troops-temporarily-detain-civilians-la-protests/3721732/.

15.    Attached hereto as **Exhibit 13** is a true and correct copy of a June 11, 2025 news article authored by Sarah Fortinsky and published by The Hill, entitled *Bondi says California at 'good point': 'We're not scared to go further'*, available on The Hill's official website at https://thehill.com/homenews/state-watch/5344237-pam-bondi-los-angeles-protests-insurrection-act/.

16.    Attached hereto as **Exhibit 14** is a true and correct copy of a June 11, 2025 news article authored by Tara Suter and published by The Hill, entitled *White House says 330 immigrants arrested in L.A. since Friday*, available on The Hill's official website at https://thehill.com/homenews/administration/5345521-trump-ice-raids-arrests-immigrants/amp/.

17.    Attached hereto as **Exhibit 15** is a true and correct copy of a June 10, 2025 news article authored by Audrey Conklin and published by Fox News, entitled *California sheriff says Newsom 'encouraged' LA riots as ICE arrests violent illegal aliens*, available on Fox New's official website at https://www.foxnews.com/us/california-sheriff-says-newsom-encouraged-la-riots-ice-arrests-violent-illegal-aliens.

18.    Attached hereto as **Exhibit 16** is a true and correct copy of the U.S. Department of Homeland Security's June 10, 2025, post on the social media site X containing photos of people arrested "in LA Today," available on X's official website at https://x.com/ICEgov/status/1932617670727217298.

19.    Attached hereto as **Exhibit 17** is a true and correct copy of a copy of a printout of the U.S. Department of Homeland Security's webpage entitled *ICE Continues to Arrest Vicious Illegal Alien Criminals as Rioters Continue to Disrupt Law Enforcement*, available on the Department of Homeland Security's official website at https://www.dhs.gov/news/2025/06/09/ice-continues-arrest-vicious-illegal-alien-criminals-rioters-continue-disrupt-law.

20.    Attached hereto as **Exhibit 18** is a true and correct copy of the U.S. Department of Homeland Security's June 9, 2025 post on the social media site X containing photos of people "arrested in ICE's Los Angeles Operation on Sunday" June 8, 2025, available on X's official website at https://x.com/DHSgov/status/1932198712081563945.

21.    Attached hereto as **Exhibit 19** is a true and correct copy of a printout of the U.S. Department of Homeland Security's webpage entitled *ICE Arrests Illegal Alien for Molotov Cocktail Attack on Law Enforcement Caught on Video*, available on the Department of Homeland Security's official website at https://www.dhs.gov/news/2025/06/11/ice-arrests-illegal-alien-molotov-cocktail-attack-law-enforcement-caught-video.

22.     Attached hereto as **Exhibit 20** is a true and correct copy of the U.S. Department of Homeland Security's June 11, 2025 post on the social media site X containing the photo of a person arrested "June 10 in Los Angeles, despite widespread obstruction from demonstrators," available on X's official website at https://x.com/ICEgov/status/1932871706131247429.

23.     Attached hereto as **Exhibit 21** is a true and correct copy of a June 11, 2025 news article authored by Travis Schlepp and published by KTLA Los Angeles, entitled *Video shows unmarked vehicles ram car in ICE arrest in east Los Angeles*, available on KTLA's official website at https://ktla.com/news/local-news/video-shows-unmarked-vehicles-ram-car-in-possible-ice-arrest-in-boyle-heights/.

24.     Attached hereto as **Exhibit 22** is a true and correct copy of the U.S. Department of Homeland Security's June 13, 2025 post on the social media site X containing video footage of "ICE Los Angles officers apprehending" people on June 12, 2025, in Los Angeles County, available on X's official website at https://x.com/ICEgov/status/1933580124978282951.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of a June 11, 2025 news article authored by Luis Martinez and published by ABC News, entitled *Photos show National Guard with rifles on ICE enforcement missions*, available on ABC's official website at https://abcnews.go.com/Politics/photos-show-national-guard-rifles-ice-enforcement-missions/story?id=122729129.

26.     Attached hereto as **Exhibit 24** is a true and correct copy of the U.S. Department of Homeland Security's June 12, 2025 post on the social media site X containing video footage of Department of Homeland Security Secretary Kristi Noem confirming that ICE continued its operations in Los Angeles "over this last week" and identifying that Federal Protective Service and Border Patrol agents have aided ICE's operations as part of a "whole of government approach," available on X's official website at https://x.com/DHSgov/status/1933226230079168544.

27.     Attached hereto as **Exhibit 25** is a true and correct copy of the U.S. Marshal Service Los Angeles's June 13, 2025 post on the social media site X containing a photo of U.S. Marshals "actively assisting [Department of Home Security] in immigration enforcement efforts

in the LA region," available on X's official website at

https://x.com/USMSLosAngeles/status/1933733689206227330.

28.    Attached hereto as **Exhibit 26** is a true and correct copy of a June 13, 2025 news article authored by Josh DuBose and published by Fox 5 News, entitled *DHS Secretary Kristi Noem attends ICE raid at Los Angeles County home*, available on Fox 5 New's official website at https://fox5sandiego.com/news/noem-attends-ice-raid-at-home-of-pregnant-california-mother/.

29.    Attached hereto as **Exhibit 27** is a true and correct copy of a June 13, 2025, op-ed authored by former Los Angeles Police Chief Michael R. Moore and published by the New York Times, entitled *I Ran the L.A.P.D. I Know What Happens When Troops Are Sent to American Cities.*, available on the New York Times' official website at https://www.nytimes.com/2025/06/13/opinion/lapd-troops-la-protests.html.

30.    Attached hereto as **Exhibit 28** is a true and correct copy of the webpage on which video of U.S. Homeland Security Secretary Kristi Noem stating that federal agents and the "military" will continue to operate until they have "liberated" Los Angeles, as it is displayed on and publicly available on the Associated Press's YouTube channel, https://www.youtube.com/live/AP1ENz15SUg?t=303s. Secretary Hoem's comments begin approximately at the five-minute, 30 second mark of the video.

31.    Attached hereto as **Exhibit 29** is a true and correct copy of a June 14, 2025 news article authored by Omar Younis, Brad Brooks, Phil Stewart and Idrees Ali and published by Reuters, entitled *US Marines make first detention in LA as more protests expected*, available on Reuters' official website at https://www.reuters.com/world/us/trump-allowed-keep-national-guard-los-angeles-more-protests-planned-2025-06-13/.

32.    Attached hereto as **Exhibit 30** is a true and correct copy of a copy of a printout of Cal Fire's webpage entitled *Current Emergency Incidents*, available on Cal Fire's official website at https://www.fire.ca.gov/incidents.

33.    Attached hereto as **Exhibit 31** is a true and correct copy of a June 14, 2025 news article authored by Helen Jeong and published by NBC Los Angeles, entitled *How mostly peaceful 'No Kings' rally in downtown LA suddenly turned chaotic*, available on NBC Los

7

1  Angeles's official website at https://www.nbclosangeles.com/news/local/how-mostly-peaceful-
2  no-kings-rally-in-downtown-la-suddenly-turned-chaotic/3724550/.

3  34.    Attached hereto as **Exhibit 32** is a true and correct copy of a June 14, 2025 news
4  article authored by Jennifer Calfas and published by The Wall Street Journal, entitled *Arrests in*
5  *Los Angeles Rose–And Then Fell–During Week of Protests*, available on The Wall Street
6  Journal's official website at https://www.wsj.com/livecoverage/trump-protests-military-
7  parade/card/arrests-in-los-angeles-rose-and-then-fell-during-week-of-protests-
8  aGNKGJa7Hd74C1v3uaHY.

9  35.    Attached hereto as **Exhibit 33** is a true and correct copy of the White House's
10 Official Rapid Response 47's June 15, 2025 post on the social media site X containing President
11 Donald Trump's social media post from Truth Social, available on X's official website at
12 https://x.com/RapidResponse47/status/1934412489837400369.

13 36.    Attached hereto as **Exhibit 34** is a true and correct copy of a June 15, 2025 news
14 article authored by Will Conybeare published by KTLA 5, entitled *More than 500 arrests made*
15 *over 8 days of protests in Los Angeles: LAPD* available on KTLA 5's official website at
16 https://ktla.com/news/local-news/more-than-500-arrests-made-over-8-days-of-protests-in-los-
17 angeles/.

18 37.    Attached hereto as **Exhibit 35** is a true and correct copy of a June 16, 2025 news
19 article authored by Tim Pulliam and Amanda Palacios published by ABC 7, entitled *Several*
20 *people taken into custody during immigration raid at Santa Fe Springs Swap Meet*, available on
21 ABC 7's official website at https://abc7.com/post/several-people-taken-custody-during-
22 immigration-raid-santa-fe-springs-swap-meet/16753752/.

23 38.    Attached hereto as **Exhibit 36** is a true and correct copy of a June 16, 2025
24 article authored by Amy Graff and published by The New York Times, entitled *California's*
25 *Wildfires Could Be Brutal This Summer*, available on The New York Times's official website at
26 https://www.nytimes.com/2025/06/16/weather/california-fire-season-
27 forecast.html?smid=nytcore-ios-share&referringSource=articleShare.

28 39.    Attached hereto as **Exhibit 37** is a true and correct copy of a June 16, 2025 news

article authored by Maanvi Singh and published by The Guardian, entitled *At Home Depot, Ice raids terrorize the workers who helped build LA: 'They just come and grab you'*, available on The Guardian's official website at https://www.theguardian.com/us-news/2025/jun/16/home-depot-ice-raids-los-angeles.

      40.    Attached hereto as **Exhibit 38** is a true and correct copy of a printout of the U.S. Immigration and Customs Enforcement's webpage entitled *Delegation of Immigration Authority Section 287(g) Immigration and Nationality Act*, available on Immigration and Customs Enforcement's official website at https://www.ice.gov/identify-and-arrest/287g.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 16, 2025, at San Francisco, California.

_____
Meghan H. Strong

**EXHIBIT 1**

CALIFORNIA

# At least 76 arrested in downtown L.A. following Lakers' championship win



LAPD officers on horses clear the area near L.A. Live, declaring an unlawful assembly, after the Lakers' win over the Miami Heat in the NBA Finals.
(Jason Armond / Los Angeles Times)

**By Hayley Smith, Richard Winton, Kevin Rector and Ruben Vives**

Oct. 12, 2020 **Updated** 4:07 PM PT

At least 76 people were arrested in downtown Los Angeles on Sunday night following the Lakers' NBA championship win, marking the latest confrontation between LAPD officers and a large street crowd in a year already shaped by mass protests.

The Los Angeles Police Department said the alleged activities included vandalism, unlawful assembly and failure to disperse after a crowd of more than 2,000 converged near Staples Center following the team's 106-93 win against the Miami Heat in Orlando, Fla., its 17th NBA championship title.

Chants of "Kobe, Kobe" were heard as fans paid tribute to Lakers great Kobe Bryant, who died in a helicopter crash in January. But the celebratory mood quickly soured as the scene devolved into another roving standoff between police in riot gear and throngs of people on the street — some without masks despite the ongoing threat of the COVID-19 pandemic.

Again, social media lit up with videos of police on skirmish lines driving crowds of people along L.A. streets, at times by firing hard foam projectiles at them. Footage captured flash-bang firecrackers and bottles being lobbed through the air in the direction of police. There was an MTA bus taken over and people doing burnouts in the street, sending rubber flying.



Fans gather near Staples Center on Sunday to celebrate the Lakers' 106-93 victory over the Miami Heat in the NBA Finals.  (Jason Armond / Los Angeles Times)

Instead of protesters demanding justice and denouncing police brutality, as was seen during huge demonstrations this summer, it was sports fans in happy — and in some instances drunken and destructive — revelry, sour at police for halting their fun and angry at the force being used to do it.

LAPD Chief Michel Moore took to Twitter to urge fans to "celebrate responsibly," but reports of vandalism and firecrackers began pouring in as the night wore on, including about the Metro bus that was briefly set ablaze and a Starbucks that was ransacked near 9th and Flower streets.



LAKERS

**Photos from Lakers' NBA championship victory over the Miami Heat**

Oct. 11, 2020

By Monday morning, the Starbucks was partially boarded up, and cleaning crews were out power-washing sidewalks and scrubbing graffiti off walls. Among more obscure scrawling on windows, parking signs and the streets themselves were anti-police messages and more remembrances of Bryant. Much of the damage was around Olympic Boulevard and Hope Street, a short distance from Staples Center.

Mayor Eric Garcetti weighed in Monday afternoon, writing on Twitter that L.A. is "thrilled" with the win and "grateful" to those who celebrated at home.

"Remember that gathering in big groups is still unsafe," Garcetti wrote. "Vandalism of businesses and public places, and causing harm to our officers will not be tolerated."

Steve Soboroff, a member of the civilian Police Commission that oversees the LAPD, also tweeted, writing that "#realLakerfans" don't vandalize stores or attack police officers. "Disrespectful to @Lakers past and present," Soboroff wrote.

Neither official acknowledged the members of the crowd who were wounded by police.

Fans said the celebration turned violent when police responded by firing hard foam and plastic projectiles at throngs of people after bottles and other items were thrown by the crowd.

The LAPD confirmed that at least three people were injured by "less lethal munitions" and were taken to area hospitals. Eight officers were also injured and received medical treatment, and more than 30 buildings and establishments were damaged, [the department said](#).

Multiple [social media](#) reports appeared to show police firing projectiles. In one video, a man screamed at police to help a woman who he said had been shot by one of their rounds. In another, a reporter captured an officer firing a projectile right at him, knocking the camera phone from his hands.

Things have turned sour down here at Staples Center. LAPD is firing rubber bullets. #LakeShow fans started turning on police after they arrested a man in a Kobe jersey. pic.twitter.com/YK9wd0iAdW

— dylan stewart (@dylanstw___) October 12, 2020

The California Highway Patrol closed the Pico Boulevard and 9th Street offramps from the 110 Freeway, as well as the Pico Boulevard offramp from the 10 Freeway, until shortly after 1 a.m.

LAPD Deputy Chief Vito Palazzolo, who oversees the Central Bureau, which includes downtown L.A., said "it was disappointing to see" so many revelers descend on downtown.

"With COVID, we were hoping people would stay home."

Palazzolo said stores were vandalized and scooters were strewn across streets when he left downtown around 4 a.m.

"The place was a mess," he said.



A man holds up a Kobe Bryant Boulevard sign as fans celebrate after the Lakers' win over the Miami Heat in the NBA Finals.  (Jason Armond / Los Angeles Times)

He noted police have already gathered some images of crimes being committed, including the MTA bus being set on fire, and will be putting out photographs and asking the public for help identifying suspects.

It's not the first time a Lakers victory has resulted in unrest: Rowdy fans, violence and property damage occurred after the team's wins in 2000, 2009 and 2010, and the department made dozens of arrests in the aftermath.

Palazzolo said that the department tried to act swiftly Sunday to avoid a repeat of the past, and that more than 300 police officers were deployed after the final buzzer declared the Lakers champions.

Fans said the celebration did not warrant what they viewed as a violent response from the LAPD, regardless of champagne bottles being thrown, fireworks, cars doing doughnuts and a procession of high-octane cars and trucks moving through downtown.

A multimedia journalist for L.A. TACO captured at least one instance in which a young man who confronted officers near a street corner was pushed by an officer to the ground. The man seemingly lost consciousness as his head and body fell back onto the sidewalk. He lay there motionless, while other people attempted to revive him and eventually dragged him away.

> A LAPD officer pushes a young man to the ground on the corner of 9th and Flower. @LATACO pic.twitter.com/88xaWxM23n
>
> — Lexis-Olivier Ray (@ShotOn35mm) October 12, 2020

During a news briefing last week, L.A. County's health officer, Dr. Muntu Davis, reminded Lakers fans that a championship victory should not supersede COVID-19 health guidelines.

"There always is that concern that people will gather, and I want to remind people we're still in the middle of a pandemic. We're still seeing a high number of cases," Davis said.

The team returned to Los Angeles Monday after more than three months of living in an isolated "bubble" near Orlando to prevent the spread of the virus, but the victory parade that typically commemorates major sports wins probably will not happen this year due to COVID-19 concerns.

Gov. Gavin Newsom said Monday some of the images coming out of Los Angeles after the game were of "obvious concern as it relates to the transmission of the virus" and urged fans to celebrate responsibly.

"We ask people to be cautious, to be mindful, as they celebrate this historic victory, and celebrate one of the greatest basketball players that has ever lived, LeBron James," Newsom said.

The majority of people in the crowd did appear to wear face masks in compliance with COVID-19 guidelines, but the LAPD's attempts to make people follow other rules

fell flat. At least one person was hospitalized after a firework exploded in his hand.

"We were hoping for better," Palazzolo said, "but based on the previous championship, we were ready."

The events, however, revived questions about LAPD crowd control tactics after a summer of clashes between police and protesters.



Fans gather near Staples Center to celebrate the Lakers' NBA Finals win over the Miami Heat on Sunday. (Jason Armond/Los Angeles Times)

The LAPD was already facing a major lawsuit from Black Lives Matter-Los Angeles and other activists and protesters over its use of projectiles during the summer protests. The plaintiffs are seeking an injunction to block any future use of the weapons on crowds, and their use Sunday night could bolster their claims that such force is an ongoing threat to those who choose to gather in crowds in L.A.

Sunday's events also raised new fiscal questions for the department given the $150-million cut to the LAPD budget this year — which was predicated largely on the idea

that the savings would be secured through overtime reductions.

It wasn't immediately clear what the financial cost to the department was on Monday. Given the reduction to its multibillion-dollar budget, the LAPD has slashed overtime spending dramatically this year — but emergencies that draw officers out in force undercut that approach.

On Sunday night, the LAPD was on tactical alert — drawing officers from around the city to the area around Staples Center — for five hours.



Fans gather near Staples Center to celebrate after the Lakers' win over the Miami Heat in the NBA Finals.  (Jason Armond / Los Angeles Times)

Capt. Stacy Spell, an LAPD spokesman, said Monday morning that it was "much too early to tell" how much overtime was spent Sunday night, in part because the tactical alert would have redirected officers already on duty away from low-priority calls elsewhere in the city to the downtown area, while others who responded would have been working overtime — and it will take time to discern between the two.

On Monday morning, Joanna Cotton and her family arrived in downtown L.A. after a road trip from San Diego, wanting to take in the team's victory after a difficult year. Cotton had cried the night before, thinking of Bryant. The Lakers' win was what she needed amid the worst of 2020.

"It gives you a reason to exhale," she said. "You got a glimpse of some normalcy."

"It gave you a chance to put your guard down for a minute," said her daughter Brittany Cotton, 30.



A man walks by broken windows at a Jersey Mike's near Staples Center after Sunday night's Lakers celebration.  (Allen J. Schaben / Los Angeles Times)

They drove up Monday even though they knew there wouldn't be the traditional victory parade, given the pandemic. About 10 a.m., they walked to Staples Center and

glanced at the bronze statues of former Lakers stars Shaquille O'Neal, Kareem Abdul-Jabbar and Magic Johnson.

Joanna Cotton said the aftermath of the night before — still apparent in damaged storefronts — was a "shame."

Still, the victory was sweet.

"The way the boys played, that was Lakers basketball," she said. "We're back."

---

## More to Read

**Protesters or agitators: Who is driving chaos at L.A. immigration protests?**

June 10, 2025



**How L.A. law enforcement got pulled into the fight over Trump's immigration crackdown**

June 10, 2025



**The LAPD is still paying for George Floyd protest tactics. Will lawsuits force change?**

May 25, 2025



---



**Hayley Smith**

Hayley Smith is an environment reporter for the Los Angeles Times, where she covers the many ways climate change is reshaping life in California, including drought, floods, wildfires and deadly heat.

---



**Richard Winton**

Richard Winton is an investigative crime writer for the Los Angeles Times and part of the team that won the Pulitzer Prize for public service in 2011. Known as @lacrimes on Twitter, during almost 30 years at The Times he also has been part of the breaking news staff that won Pulitzers in 1998, 2004 and 2016.

---

 **Kevin Rector**

Kevin Rector is a state and national politics reporter for the Los Angeles Times. He joined The Times in 2020 and previously covered the Los Angeles Police Department, state and federal courts and other legal affairs. He has written extensively about the LGBTQ+ community, and helped lead the paper's Our Queerest Century project in 2024. Before The Times, Rector worked at the Baltimore Sun for eight years, where he was a police and investigative reporter and part of a team that won the 2020 Pulitzer Prize in local reporting. He also was part of a Sun team that was named a finalist for the 2016 Pulitzer Prize in breaking news reporting, and part of a Times team that won the 2023 Everett McKinley Dirksen Award for Distinguished Reporting of Congress. He is from Maryland.

---

 **Ruben Vives**

Ruben Vives is a general assignment reporter for the Los Angeles Times. A native of Guatemala, he got his start in journalism by writing for The Times' Homicide Report in 2007. He helped uncover the financial corruption in the city of Bell that led to criminal charges against eight city officials. The 2010 investigative series won the Pulitzer Prize for public service and other prestigious awards.

---

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

**EXHIBIT 2**

LOS ANGELES DODGERS

# Several arrests made after violence, looting breaks out following Dodgers' win

By Jaysha Patel and [Anabel Munoz](#)     
Thursday, October 31, 2024

Este artículo se ofrece en [Español](#) →



Violence and looting broke out in several places across Los Angeles after the Dodgers' World Series win.

LOS ANGELES (KABC) -- Several arrests were made after violence and looting broke out in the Los Angeles area overnight as the region celebrated the Dodgers winning their [eighth World Series title](#) in franchise history.

Several crowds popped up across the city - Whittier Boulevard in East


24/7 Live                                                    75°

[remained peaceful and festive](#), things got out of hand in some places.



Fans in East L.A. celebrated the Dodgers winning the World Series. An unlawful assembly was later declared by authorities.

At around 12:30 a.m. Thursday, the LAPD reported that a "hostile crowd" had surrounded an MTA bus and tried to set it on fire near Sunset and Echo Park Avenue. Metro officials said the bus operator and five passengers on board the bus managed to safely evacuate before it was set on fire.

"Metro is disappointed and angered by the senseless act of vandalism on one of our buses following the Dodgers World Series Win earlier this evening," the transportation agency said in a statement.

No arrests were made in that incident, but six people were taken into custody after a group broke into a Nike store in downtown L.A. and stole boxes of merchandise.



Some people near a Dodgers celebration were seen breaking into what appeared to be a Nike store and leaving with boxes of merchandise.

The LAPD went into tactical alert around 9 p.m. Wednesday as large crowds gathered elsewhere across the city. AIR7 was overhead and captured fans in Dodger gear waving flags and taking over intersections.

Just after 11 p.m., police on horses and dozens of others in riot gear began trying to clear out a crowd near Broadway and 5th Street in downtown.

AIR7 also captured several instances of street takeovers, with car doing donuts and burnouts.

The tactical alert was canceled around 3 a.m. Thursday morning.

In addition to the six people who were arrested for looting, police say two were arrested for failure to disperse and four others for stolen property.

One police officer was taken to the hospital, but details about why or that officer's condition were not available.

During a press conference Thursday morning, Mayor Karen Bass addressed those incidents as city leaders prepare for the [World Series parade on Friday](#).

"I again want to urge Angelenos to celebrate responsibly. Violence of any kind will not be tolerated.... However, the overwhelming majority of the celebrations last night were joyful and peaceful and I want to thank the many Angelenos who celebrated peacefully," she said.



### Get ABC7's top stories in your inbox every day with one click

Sign up for our daily newsletter

**Email Address***

Name@emaildotcom

Yes! I would like to receive the Daily News Headlines Newsletter. By creating an account, you agree to our **Terms of Use** and acknowledge that you have read our **Privacy Policy** and **US State Privacy Rights Notice**.

Sign Up

*Required Fields

[Report a correction or typo](#)

Copyright © 2025 KABC Television, LLC. All rights reserved.

## Related Topics

**EXHIBIT 3**

# 239 ICE arrests made in Los Angeles during week-long operation

By FOX 11 Digital Team  |  Published  May 14, 2025 10:04am PDT  |  Immigration  |  FOX 11  |

**SUGGESTED VIDEO: Survey shows immigrants play a critical role in California**

New research shows that most Californians believe that immigrants play a critical role in the state's success, and those surveyed support expanding services for that population, not only legal immigrants but undocumented immigrants. The study was commissioned by the California Community Foundation. President and CEO Miguel Santana spoke to FOX 11 about the findings from the survey.

**The Brief**

- ICE announced 239 arrests made during a week-long immigration enforcement operation in L.A. last week

- "Dangerous criminals throughout Los Angeles and surrounding cities" were arrested, officials said.

- Other agencies including the FBI and the ATF assisted during the operation.

---

**LOS ANGELES** - More than 200 undocumented immigrants were arrested during a recent week-long operation in Los Angeles, U.S. Immigration and Customs Enforcement (ICE) announced on Wednesday.

ICE said the operation was conducted from May to May 10 in the greater Los Angeles area, but did not specify where.

**SUGGESTED: Gov. Newsom proposes pausing healthcare expansion to low-income immigrants**

"ICE Enforcement and Removal Operations and interagency partners, identified, detained and removed dangerous criminals throughout Los Angeles and surrounding cities. Criminal aliens in the U.S. illegally should utilize the CBP Home app to self-deport and avoid arrest by ICE, the agency said in a statement.

Officials released photos of four of the suspects arrested during the operation, along with their alleged crimes:

- **Lan Pham**

Pham, 52, of Vietnam, is convicted of involuntary manslaughter, assault with a deadly weapon, parole violations, and drug violations.

- **Manuel Angel Rodriguez Martinez**

Martinez, 40, of El Salvador, is accused of aggravated rape of a minor or incapacitated individual "in the category of continuing crime" in El Salvador.

- **Jorge Artero Meza-Rodriguez**

Rodriguez, 52, of Mexico, is convicted of vehicle theft, assault with a deadly weapon, and illegal reentry to the U.S., officials said.

- **Sung Park**

Park, 52, of Korea, is convicted of voluntary manslaughter.

The arrests were made with the help of agencies including the FBI, the ATF, the Drug Enforcement Administration, and the U.S. Marshals Service.

**SUGGESTED: Trump letting in white South Africans into U.S. draws backlash**

Officials are encouraging the public to report crime and suspicious activity by calling 866-347-2423 or completing the online tip form.

**The Source:** Information for this story is from a press release published by U.S. Immigration and Customs Enforcement on May 14, 2025.

**Immigration**    **U.S. Border Security**    **Los Angeles**

**EXHIBIT 4**


HOURLY NEWS

LISTEN LIVE

MY PLAYLIST



DONATE

EXCLUSIVE    NATIONAL SECURITY

# DHS memo details how National Guard troops will be used for immigration enforcement

JUNE 6, 2025 · 12:42 PM ET

HEARD ON ALL THINGS CONSIDERED

By Tom Bowman, Ximena Bustillo

**3-Minute Listen**

PLAYLIST    TRANSCRIPT



Texas National Guard troops try to untangle an immigrant caught in razor wire after he crossed the U.S.-Mexico border into El Paso, Texas, on Jan. 31, 2024. The Trump administration now plans to use Guard troops for law enforcement activities, including "night operations and rural interdiction," as well as "guard duty and riot control" inside immigrant detention facilities.

*John Moore/Getty Images*

National Guard troops would be used in immigration-enforcement activities,
including in "night operations and rural interdiction," as well as "guard duty and riot control" inside detention facilities, according to a memo from the Department of Homeland Security obtained by NPR.

DHS officials requested 20,000 National Guard troops three weeks ago, but this memo details what duties those troops will be asked to perform. The memo, dated May 9, from Andrew Whitaker, the executive secretary at DHS, says the department will need up to 3,500 Guard personnel for its requirement to "Attempt to Locate — Fugitives." Another 2,500 Guard soldiers would be needed for detention support.

The memo says up to 10,000 troops would be needed for transportation support, including "intra-and inter state transport of detainees/unaccompanied alien children." And another 1,000 troops would be used for such duties as document translation and interview assistance.

The Pentagon has not yet approved the request.

DHS Assistant Secretary Tricia McLaughlin told NPR: "DHS requested 20,000 National Guard members to help carry out the President's mandate from the American people to arrest and deport criminal illegal aliens. The Department of Homeland Security will use every tool and resource available to get criminal illegal aliens including gang members, murderers, pedophiles, and other violent criminals out of our country. The safety of American citizens comes first."



**IMMIGRATION**

**Homeland Security pulls down list of 'sanctuary' cities and counties after backlash**

This would be the first time the National Guard has been asked to enforce an immigration crackdown within the United States, Sen. Jack Reed, the ranking Democrat on the Senate Armed Services Committee, said at a hearing with Army officials Thursday.

Army Secretary Dan Driscoll told the committee that while the service is preparing to provide the forces, he had no details on what the troops would be doing, and said he would not deploy the Guard "for any unlawful purposes." There are a number of unanswered questions, officials say, including whether sending troops from one state to another is lawful.

Multiple U.S. officials told NPR the Pentagon is still working with state governors to determine which states will provide the troops, though they are expected to come mostly from Republican-led states. The troops could begin deploying as early as next month.

One U.S. official not authorized to speak publicly told NPR that in meetings between DHS and the Pentagon, DHS officials kept referring to "sanctuary cities," as among the necessary locations for immigration enforcement operations.

Last week, DHS published a list of "sanctuary jurisdictions" they said were obstructing federal immigration law enforcement efforts. But the department took the entire list down after several local leaders and the National Sheriffs Association raised concerns with the list and lack of consultation with local leaders.

DHS has spent the last several months bolstering the number of people tasked with enforcing federal immigration laws. Thousands of officers with other agencies including the FBI, Treasury, Bureau of Alcohol, Tobacco, Firearms and Explosives and the Drug Enforcement Administration have been detailed to assist ICE with interior enforcement.

The pressure on the agency is mounting. Earlier this year White House officials criticized the pace in which ICE was arresting those suspected of being in the country without legal status. That led to arrest quotas on field offices.

Those quotas recently increased to 3,000 arrests a day.

Over the course of this week, DHS said they have reached new daily arrest records with 2,368 arrests on Tuesday and 2,267 arrests on Wednesday. The department said the high numbers were due to increased enforcement operations and cooperation with local law enforcement.

president trump    dhs    national guard    immigration policy

# The White House is one step closer to defunding public radio.

The House has voted to claw back all federal funding for public media, and the proposal now moves to the Senate.

**We're running out of time to protect public radio's essential news, music, and emergency broadcast services to communities across the nation.**
Those in rural areas — with few other options to get their news and information — will likely be the hardest hit.

But you can still stand up for public radio.

**Spend 10 seconds at the link below.**
The consequences of this vote fall directly on the Americans who rely on local, independent stations serving communities across the country. Take action.

**SAVE PUBLIC MEDIA**

READ & LISTEN

**Home**

**News**

**Culture**

**Music**

**Podcasts & Shows**

CONNECT

**Newsletters**

**Facebook**

**Instagram**

**Press**

**Public Editor**

**Corrections**

**Transcripts**

**Contact & Help**

ABOUT NPR

**Overview**

**Diversity**

**NPR Network**

GET INVOLVED

**Support Public Radio**

**Sponsor NPR**

**NPR Careers**

**Accessibility**

**Ethics**

**Finances**

**NPR Shop**

**NPR Events**

**NPR Extra**

---

terms of use

privacy

your privacy choices

text only

© 2025 npr

**EXHIBIT 5**

Receive alerts from your local agencies          ...or text your ZIP CODE to 888777 for mobile alerts

**Full Notification**



## LASD - Los Angeles County Sheriffs Dept Information Bureau (SIB)

Saturday June 7th, 2025 :: 12:42 p.m. PDT

Advisory
### Sheriff's Department Statement Regarding Civil protest activity in the City of Paramount

On Saturday, June 7, 2025, at approximately 11:00 a.m., Sheriff's Department personnel responded to the 6400 Block of Paramount Boulevard in Paramount, CA 90723, regarding a large crowd gathering in the area and blocking traffic. As deputies arrived, it appeared that federal law enforcement officers were in the area, and that members of the public were gathering to protest.

The Sheriff's Department was not involved in any federal law enforcement operations or actions and responded solely for traffic and crowd control management.

We remind the public to exercise their right to protest peacefully, with respect for the safety of all community members. Our primary responsibility is to ensure public safety for all individuals present—both demonstrators, residents, and bystanders—by addressing potential safety concerns while supporting the safe and lawful expression of First Amendment rights.

Prior Statement by Sheriff Robert Luna—

The Los Angeles County Sheriff's Department does not participate in any civil immigration enforcement activities or mass deportation sweeps. Immigration enforcement is the responsibility of federal law enforcement agencies, not the Sheriff's Department.

The Sheriff's Department does not enforce civil immigration laws, nor do we ask about an individual's immigration status when responding to calls for service. Our focus and priority remain on enforcing state and local laws to ensure the safety and well-being of our diverse communities throughout Los Angeles County.

We deeply value diversity, inclusion, and public trust within our communities, and we want our residents to know that when they call for help, the Los Angeles County Sheriff's Department will respond, investigate, and protect everyone—regardless of a person's legal status.

We recognize that these reports have caused fear, anxiety, and concern within our communities. We urge everyone to remain calm and peaceful as we continue to place your safety and well-being at the forefront of our efforts.

Forwarded by:
Sheriff's Information Bureau
Los Angeles County Sheriff's Department
211 West Temple Street
Los Angeles California 90012
http://www.lasd.org
213-229-1700

*Text & Email, Register for LASD Nixle messages: To receive more detailed, up-to-

**More Messages**

**See more messages from Los Angeles, California »**

**Navigate & Discover**

Enter a town, zip code or address

date information via E-MAIL and/or TEXT directly from the Los Angeles County Sheriff's Department (LASD), sign up for "Nixle" alerts at http://www.nixle.com and register for "LASD – Headquarters News

**Address/Location**

LASD - Los Angeles County Sheriffs Dept Information Bureau (SIB)

211 W Temple St
Los Angeles, CA 90012

**Contact**

Emergency: 9-1-1
Non-emergencies: 213-229-1700

---

Message and data rates may apply. Message frequency varies. Terms and privacy.

Company Overview     Contact     Careers     Terms of Service     Privacy Policy     FAQs

Powered by Nixle. © 2025 Everbridge, Inc.

**EXHIBIT 6**

CALIFORNIA

# What really happened outside the Paramount Home Depot? The reality on the ground vs. the rhetoric



A protester holds the Mexican flag during a protest.  (Gina Ferazzi / Los Angeles Times)

**By Ruben Vives and Rachel Uranga**

**Published** June 8, 2025 | **Updated** June 13, 2025 11:07 AM PT



obacco's Nicotine Is A
mare For Us All

Big Tobacco's Fantasyland twists the truth about the
dangers of vaping nicotine, and the reality is a
nightmare for us all. Wake up.

Learn Mo

Sponsored

Typically, the store that is nestled along the Los Angeles River bed would be filled with weekend warriors tackling home improvements, workers collecting supplies and immigrants in search of work.

But that morning, border patrol agents were spotted across the street from the Home Depot, gathering around 9 a.m. Word quickly spread on social media. Passersby honked their horns. Soon, protesters arrived. Home Depot eventually closed.

[The clashes between authorities](#) and protesters lasted for hours in both Paramount and nearby Compton, though it was far from widespread. The chaos covered the area directly around the Alondra Boulevard store, but it was enough to provide for dramatic TV video.



**CALIFORNIA**

**2,000 National Guard troops will be sent to L.A. amid clashes over immigration raids**

June 7, 2025

And it was a major trigger for the Trump [administration to send 2,000 National](#) Guard troops to L.A. to deal with disturbances and assist in immigration actions.

So exactly what happened in Paramount?

Two Times reporters spent much of the day and night there Saturday. Here is what they saw.



Protesters shield themselves against law enforcement during a protest.  (Gina Ferazzi/Los Angeles Times)

# A hint of trouble

Before the crowds arrived, Assemblymember José Luis Solache Jr., who represents the Paramount area that includes the Home Depot, was driving on the freeway on the way to a community event in neighboring Lakewood when he spotted a caravan of U.S. Customs and Border Protection vehicles exiting Alondra Boulevard. The street runs through the heart of the working class, largely immigrant Latino community of Paramount.

He turned around, thinking they may be executing an immigration raid in his district and he tracked them down to an office park, the Paramount Business Center, across the street from Home Depot.

Federal law enforcement has a facility in Paramount, and apparently agents were staging there.

Agents were still arriving there and the black gate they would later guard with volleys
of tear gas and flash-bang grenades was open.

Unclear why they were there, he decided to record a post for Instagram.

"I saw a border agent get off the freeway here off of Alondra. I was like, No, it can't be
happening," he said.

---



**CALIFORNIA**

### ICE raids across L.A. spark backlash; Trump officials vow to continue operations

**June 7, 2025**

---

It was around 9 a.m.

"This is horrible," he said on one of the posts. "I am literally shaking."

"I don't know what they're doing inside. But, I mean, why were they in Paramount?,"
he told his followers.



A protester carries a Mexican flag as L.A. County sheriff's deputies form a law enforcement line.  (Gina Ferazzi/Los Angeles Times)

# Spreading across social media

Word quickly spread on social media.

Passersby honked their horns. Soon, protesters arrived.

"This is the situation," Solache, the Assemblymember, said, turning the camera to show dozens of uniformed Immigration and Customs Enforcement agents outside the black gates, as people held up cameras to the scene and mariachi music blared.

"The community is coming out strong to show that they are not welcome in our community," said Solache, whose parents immigrated to the U.S. from Guanajuato, Mexico. "No en mi distrito. Not in my district. Vámonos pa' fuera (let's go, get out of here)."

**Photos: A fierce pushback on ICE raids in L.A. from protesters, officials**

June 8, 2025

Outrage had been growing in Los Angeles and its Latino immigrant community after a week of stepped up enforcement actions.

The day before, federal officials raided a retail and distribution warehouse in the Fashion District downtown, a business district fueled by immigrants, and arrested a top union official. Leading up to the workplace raid, federal agents arrested immigrants as they came to scheduled check-ins or made courthouse appearances up and down the state, tearing apart families. One father was arrested in front of his 8-year old-son. Parent groups raised alarms after a Torrance elementary student and his father were set for deportation. For many, talk about deporting violent criminals didn't ring true. "This whole rhetoric of coming after hardworking families is what we are all concerned about," Solache said. "When you come to do raids at businesses, that is where the anger comes from."

He said he and many others came out to observe and send a message that immigration enforcement wasn't welcome in their community.

## Lines drawn

The scene began to turn darker as agents formed a line and brought out rifles that shot out tear gas and pushed the crowds back.

The protests arrived as word spread on social media of a raid at Home Depot or at a meatpacking place. There was never a raid at Home Depot but dozens of Border Patrol agents and other federal agencies were inside a gated industrial office park, where an initial crowd had gathered.

Most protesters were filming. There were social workers, neighbors and advocates.

**CALIFORNIA**

**The legal issues raised by Trump sending the National Guard to L.A.**

June 7, 2025

But near the gates, any time federal agents saw that protesters threw anything toward them or neared the police line, they shot out tear gas or flash-bang rounds. There were about 100 people there. As the crowd grew, sheriff's deputies were deployed to block off a perimeter on the east and west, near the 710 Freeway. Protesters shouted at deputies, asking why they were helping.

The crowds began to form, as hundreds of rounds were shot in the late morning near the office park.

Around noon, tensions grew as the agents attempted to clear the way for border patrol and other unmarked vehicles to leave the business park. They fired tear gas and flash-bang grenades at demonstrators standing on Alondra Boulevard. When a caravan of federal vehicles departed from the gates, protesters followed them, throwing rocks and other objects.



Protesters continue to march toward a law enforcement line.  (Gina Ferazzi/Los Angeles Times)

# Chaos ensues

Shortly after they left, one protester brought out a trash bag and set it ablaze. A couple of others pushed a cart with concrete blocks from Home Depot and they lined the road to block vehicles. One man smashed the block and spread the broken pieces on the road. Farther west along Alondra Boulevard, a crowd was gathering behind a perimeter set up by the sheriff's deputies near the 710 Freeway.

Then a U.S. Marshall bus pulled up to Alondra from the freeway. The crowd surrounded the bus trying to push it back, kicking at it until tear gas was shot.

The standoff continued into the afternoon with protesters recording a line of sheriff's deputies equipped with shields and weapons at the intersection of Alondra Boulevard and Hunsaker Avenue, on the east perimeter and next to Manuel Dominguez High School.

The crowd chanted, "ICE go home" and "no justice, no peace." Some people yelled at the deputies, questioning why they were out in force. At some point, deputies began shooting flash-bang grenades at the crowd, forcing them to retreat. People became angered, cursing at deputies. At least one man was seen yelling at the deputies while recording them: "What the hell are you doing?! Nobody's hurting you, nobody's doing anything but making noise, are you intimidated by f— noise?!"

One woman among the protest group appeared to be bleeding, and another man was treated for injuries. At least one person walked around with his shirt off, his back bruised from foam projectiles that had struck him. In the distance, near the business park, demonstrators were setting off fireworks and a billow of black smoke could be seen.



Protesters explode fireworks over a torched car at an intersection in Compton.   (Gina Ferazzi/Los Angeles Times)

# Clashes continue into the night



Despite the use of tear gas and so-called less-lethal projectiles, people returned to the intersection of Alondra Boulevard and Hunsaker Avenue, screaming at deputies, mocking them at times.

Around 4 p.m., the confrontation near a Home Depot was declared an unlawful assembly, and officials warned protesters in Spanish and English to leave the area.

By 7 p.m., about 100 protesters had gathered on the other side of the 710 Freeway near Atlantic Avenue and Alondra Boulevard, where some were lobbing rocks and bottles at L.A. County sheriff's deputies. They set at least three fires in the area including a car that burned in the middle of the intersection.

At some point, the deputies retreated back to the bottom of a bridge that runs over the 710 Freeway and the Los Angeles River. Throughout the night deputies and demonstrators engaged with each other, with demonstrators launching fireworks that exploded near the line of deputies and police vehicles. They used cars to drive toward the deputies in an attempt to scare them, prompting the deputies to fire rubber bullets, tear gas and flash-bang grenades at the vehicles.

A sheriff's helicopter circled above throughout the evening, warning people they would be found and arrested and to leave the area after an unlawful assembly was declared, but the demonstrators continued, chanting and waving flags while some in the crowd continued to throw things at the deputies.

It was nearing 9:30 p.m. when the line of deputies and vehicles began moving toward the crowd, forcing them to flee back to Atlantic Avenue and Alondra Boulevard.

There deputies continued to fire tear gas and flash-bang grenades, sometimes at the direction of a gas station where protesters were standing. By midnight, demonstrators began to leave, ending a night of conflict between local and federal law enforcement officials and residents of Paramount.

Federal authorities said some arrests had been made by agents. At least one video showed a woman being tackled to the ground earlier and being carried away. Other

videos show two other people also being carried away by federal agents.

"Multiple arrests have already been made for obstructing our operations," FBI Deputy Director Dan Bongino said on X. "More are coming. We are pouring through the videos for more perpetrators. You bring chaos, and we'll bring handcuffs."

## Aftermath

So what brought federal agents to the area?

Mayor Peggy Lemons said the city began to inquire more about the facility where the agents were staging.

It learned that the federal office has been there since 2007 and that residents had reported seeing various federal agents there over the years.

She said the last mass gathering of agents at that location was more than 20 years ago. At the time, she said, terrorism was a main concern for the country and dozens of agents had used the facility as a gathering place before heading to the Los Angeles and Long Beach ports.

Lemons said at the time the city assumed the office was mostly to support operations at the ports.

"I never saw them or heard a peep from them," Lemons said.

The facility's close proximity to the Home Depot might have confused people that there was an operation going on at the store.

Lemons said she does not know what the agents were doing there Saturday morning.

"We have no idea nor have they shared anything with us," Lemons said.

## More to Read

**Graffiti at night. Cleanup in the morning. The night-and-day difference of L.A. protests**

June 13, 2025



**All of L.A. is not a 'war zone.' We separate facts from spin and disinformation amid immigration raids**

June 14, 2025



**How L.A. law enforcement got pulled into the fight over Trump's immigration crackdown**

June 10, 2025





**Ruben Vives**

Ruben Vives is a general assignment reporter for the Los Angeles Times. A native of Guatemala, he got his start in journalism by writing for The Times' Homicide Report in 2007. He helped uncover the financial corruption in the city of Bell that led to criminal charges against eight city officials. The 2010 investigative series won the Pulitzer Prize for public service and other prestigious awards.



**Rachel Uranga**

Rachel Uranga covers immigration for the Los Angeles Times. She can be reached at rachel.uranga@latimes.com or via Signal at Uranga.64.

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

**EXHIBIT 7**



# USNORTHCOM statement on additional military personnel in the Los Angeles Area

/ Published June 9, 2025

**PETERSON SPACE FORCE BASE, Colo.** – U.S. Northern Command has activated the Marine infantry battalion that was placed in an alert status over the weekend. Approximately 700 Marines with 2nd Battalion, 7th Marines, 1st Marine Division will seamlessly integrate with the Title 10 forces under Task Force 51 who are protecting federal personnel and federal property in the greater Los Angeles area.

**UPDATE** As of June 10th 2025, there are approximately 2,100 soldiers from the 79th Infantry Brigade Combat Team, a California National Guard unit in a Title 10 status, in the greater Los Angeles Area.

The activation of the Marines is intended to provide Task Force 51 with adequate numbers of forces to provide continuous coverage of the area in support of the lead federal agency.

Task Force 51 is U.S. Army North's Contingency Command Post, which provides a rapidly deployable capability to partner with civil authorities and DoD entities in response to a Homeland Defense and Homeland Security Operations. It is commanded by Maj. Gen. Scott M. Sherman.

Task Force 51 is comprised of approximately 2,100 National Guard soldiers in a Title 10 status and 700 active-duty Marines. Task Force 51 forces have been trained in de-escalation, crowd control, and standing rules for the use of force.

–30–

**Note to Editors:**
For additional information, please contact U.S. Northern Command Public

Affairs:

Email: n-ncpa.omb@mail.mil

Phone: (719) 554-6889

After duty hours: (719) 217-3716

**Follow U.S. Northern Command:**

Facebook: facebook.com/USNORTHCOM

X (formerly Twitter): x.com/USNorthernCmd

Instagram: instagram.com/usnortherncmd

**EXHIBIT 8**

**News**

Jun 9, 2025

# Watch: Governor Newsom discusses 'Donald Trump's mess' in Los Angeles

**Los Angeles, California** – Governor Gavin Newsom talked with Jacob Soboroff of MSNBC amid President Trump's attempts to militarize Los Angeles following peaceful protests against federal immigration raids. Transcript is below.

Gov. Newsom tells President Trump to 'stand down' amid L.A. protests



Transcript of the interview:

**SOBOROFF:** I'm inside the emergency operations center, run by the County of Los Angeles, here with Governor Gavin Newsom. Governor, thanks for joining us live on MSNBC.

**GOVERNOR:** Good to be with you.

**SOBOROFF:** So this is, as I said, the Emergency Operations Center. I wonder how you would characterize the events that are unfolding in Los Angeles right now. Is it an emergency? Is it, Fox News is calling it the LA riots? Is it a peaceful protest? What's happening, what have you seen?

**GOVERNOR:** Well, I mean, look, Donald Trump has created the conditions you see on your TV tonight. He's exacerbated the conditions. He's, you know, lit the proverbial match. He's putting fuel on this fire ever since he announced he was taking over the National Guard, an illegal act, an immoral act, an unconstitutional act, and we're going to test that theory with a lawsuit tomorrow.

**SOBOROFF:** Well, I was going to ask you that, sorry to interrupt you, but Governor, so that's news. If you're going to sue the administration, tell me a little bit about it, give us a preview of this lawsuit.

**GOVERNOR:** Well under his executive order, it specifically notes and under what the DoD did is they had to coordinate with the governor of the state. They never coordinate with the governor of the state. I've worked with the National Guard. We've deployed the National Guard. We did three plus thousand folks have been doing logistics work and fire recovery work, and they're fighting the fires — the rattlesnake teams. We did the same back in George Floyd. We have no problem working collaboratively in a mutual aid system with local law enforcement. But there's a protocol, there's a process. He didn't care about that. And the worst part, he completely lied. He said in a tweet that everything is now safe. Everything is fine. Is that the case, Mr. Trump? He said because he deployed the National Guard, the guard hadn't even been deployed when he said this, it's Orwellian simply lying to people. Unconstitutional, illegal act. His mess, we're trying to clean it up.

**SOBOROFF:** You're saying that the President of the United States has made the situation on the ground here in Los Angeles less safe. What do you know about immigration enforcement today? Has there been any ICE raids in the city today? Are they coordinating with you on that at all? Have they given you a heads up?

**GOVERNOR:** Of course they're not coordinating. That said, we were told at just a recent briefing, just a few minutes ago, there was small activity in the county and

not in the city proper. But look, you made a point a moment ago. These images are unacceptable. These kids on the car, the folks that are taking advantage of this, these aren't peaceful protesters a lot of these folks. A lot of great people out there doing the right thing, but you get these insurgent groups coming in, sort of these anarchists that are in there to create real problems, and they're just playing right into Donald Trump's hand. And they need to be called out. They need to be arrested. It is wrong to destroy other people's property, and it is wrong to create the conditions that only exacerbate this. But Donald Trump, at the end of the day, is the sponsor of these conditions.

**SOBOROFF:** Let me give you the opportunity. You mentioned that there are people out there causing mischief and mayhem. What's your message to those people who are out there tonight, not the peaceful protesters that are out there protesting for the rights of immigrants, but for the people that are doing damage to buildings, to law enforcement [inaudible]?

**GOVERNOR:** Well, they're doing more, more than damage to buildings and to property. They're potentially damaging the very foundation of our republic, democracy is in the balance. I mean, you're seeing these authoritarian tendencies now are being acted out by this administration. And we're case in point as it relates to nationalizing, federalizing, the National Guard, threatening now to put in Marines. So I hope these people would pause and just consider — now some of them, they want that kind of chaos, some ways they're adjacent to where Donald Trump is — but the peaceful protesters, we want to keep them safe. We want them to exercise their fundamental rights. We want to keep those that are enforcing the laws in a respectful, responsible way also safe. But Donald Trump needs to pull back. He needs to stand down. Donald Trump is inflaming these conditions. This is Donald Trump's problem right now, and if he can't solve it, we will.

**SOBOROFF:** He continues to, as always, hit you hard publicly. Just 10 minutes ago, he put out another Truth Social telling you and the Mayor to apologize to the people of Los Angeles. You guys go at it pretty hard publicly, but I know you talk privately. Have you spoken in the last couple of days to the President about any of this?

**GOVERNOR:** Yeah, no, we talked for almost 20 minutes, and he — barely this issue never came up. I mean, I kept trying to talk about LA, he wanted to talk about all these other issues. We had a very decent conversation.

**SOBOROFF:** When was this?

**GOVERNOR:** This was late Friday night, about 1:30 plus, his time.

**SOBOROFF:** After the protests had started here?

**GOVERNOR:** After the protests, and he never once brought up the National Guard.

He's a stone-cold liar, he said he did. Stone. Cold. Liar. Never did. It was a very civil conversation, I've always wanted to approach engagement with the President of the United States in a respectful and responsible way. But there's no working with the President, there's only working for him, and I will never work for Donald Trump.

**SOBOROFF:** Did you mention it all to him in that phone call on Friday night, the types of raids that were happening in your state on Friday? You know, there are reports that, and video of, enforcement operations happening in ways that they haven't traditionally. ICE officers going to Home Depots around Los Angeles and picking off day laborers. Did you bring that up with him?

**GOVERNOR:** The conversation started with the frame of what's happened in LA he immediately pivoted to other interests and other things that seemed to be more important.

**SOBOROFF:** Do you think he was aware of what was happening in Los Angeles?

**GOVERNOR:** I think he — more than aware. And obviously he was setting this up to take these additional steps.

**SOBOROFF:** This was a setup?

**GOVERNOR:** Well, I'm not saying — he was setting things up, not saying it was a setup, but clearly they were in the process of moving to these next steps, because out of nowhere just [inaudible] few hours after that conversation, he moves to pull the trigger under this, this construct, under Title 10 and then created and exacerbated the conditions that are persisting today.

**SOBOROFF:** This is your authority, normally, to deploy the National Guard here. You did it, we were together after the fires and those National Guard troops have been out all across Los Angeles working to rebuild and recover this city. How did you find out that the President of the United States was going to usurp your authority and deploy your National Guard here in California?

**GOVERNOR:** I just — I got a call from a staffer. No heads up whatsoever. And again, we're here to support local law enforcement. There's a mutual aid process. Local law enforcement had no needs. They were not requesting any additional resources. I've got 100 now, I have 175 CHP officers, tactically trained officers, tactical teams, to address Donald Trump's mess. We are here to support local law enforcement, the sheriff's office, LAPD, but they didn't need that support. He made this up. This is a manufactured crisis, in order to get under the intent, to start to stretch credulity, and to begin the process of moving inevitably towards a constitutional question and crisis around Posse Comitatus. And it's, I think, inevitable, that's where he's going.

**SOBOROFF:** Tom Homan, the border czar, said to me yesterday, he did not rule out literally arresting you, nor Mayor Bass if you interfere in his — which he said you hadn't yet —

**GOVERNOR:** He's a tough guy, why doesn't he do that. He knows where to find me. But you know what? Lay your hands off four year old girls that are trying to get educated. Lay your hands off these poor people who are just trying to get — live their lives, man. Trying to live their lives, paying their taxes, been here 10 years. The fear, the horror, the hell is this guy? Come after me, arrest me. Let's just get it over with. Tough guy, you know, I don't give a damn. But I care about my community. I care about this community, the hell are they doing? These guys need to grow up. They need to stop and we need to push back. And I'm sorry to be so clear, but that kind of bloviating is exhausting. So Tom, arrest me. Let's go.

**SOBOROFF:** The perception is there's a lot of theatrics happening out there. Mayor Bass told me that she spoke directly to Tom Homan, has he reached out to you, have you reached out to him?

**GOVERNOR:** No, no. No.

**SOBOROFF:** No communication whatsoever?

**GOVERNOR:** No, no. Direct communication and back and forth with Susie Wiles, and with the President in a phone conversation.

**SOBOROFF:** There obviously are pockets of violence out there on the streets. How concerning is the violence in Los Angeles tonight? How widespread is it, too? You're here, you're monitoring it.

**GOVERNOR:** We're worried about it. Yeah, we're monitoring it, I think that's self-evident, we're here with LAPD, we're here with the Mayor, we're here with the Sheriff's Department, my National Guard — that we're still working in command with — and others, monitoring the situation in real time, providing whatever resources we could possibly need. We're calling out the violence period, full stop. It's wrong, and we're calling for the President of the United States to rescind his order so that he can clean up his own mess.

**SOBOROFF:** Stephen Miller, other people have used the word insurrection about the activity on the streets of Los Angeles.

**GOVERNOR:** Yeah this,  I mean this is just — they're trying to incite violence. They're trying to impose the kind of rhetoric that only makes the conditions worse, that quite literally put people's lives at risk, and they're intentionally and knowingly doing that.

**SOBOROFF:** All of this is about immigration enforcement —

**SOBOROFF:** and that type of — well go ahead, feel free to disagree!

**GOVERNOR:** No I mean, I know — and I don't mean to cut you off — I think it's about something much more. This is about authoritarian tendencies. This is about command and control. This is about power. This is about ego, my way or the highway. This is a consistent pattern of practice, of recklessness. This guy has abandoned the core principles of this great democracy. He is threatening to, what, go after judges he disagrees with, cut off funding to institutions of higher learning. He's on a cultural binge. He's rewriting history, censoring historical facts. I mean, it's — this is all, this is something completely different, and this is part of that ongoing play that is unfolding in front of our eyes. It is a serious moment under the guise of immigration, but it's much deeper than that.

**SOBOROFF:** You know, I've reported with and about you throughout your tenure here, I've not seen you as angry as I feel like I've seen you here. Do you think that there's a way out of this? Where does this go from here? What happens —

**GOVERNOR:** Well there needs to be. He needs to stand down. The President of the United States needs to stand down. He needs to rescind this order, and we'll work together to clean up his mess.

**SOBOROFF:** Did he respond? You asked for him to rescind the order earlier today. Did they respond at all?

**GOVERNOR:** Of course not, no. More lies and statements. Look, again, you've seen me out there in the tarmac with the President. We had a very cordial conversation on Friday night. I'm not looking to find a crowbar to put in the spokes of his wheels every day. Yeah, we'll stand tall and firm in terms of defending our values. But I want to find areas where you can work together, but you go after vulnerable communities, you go after kids — I was just down in Compton School District Three days ago, and they were talking to me about this four year old kid. I don't even know where she is. This is a serious moment. The hell is going on? Threatening real people. These are friends. These are people we know, members of our community, destroying industries in the state. You claim to care about ranchers and farmers? You care to claim about construction industry? I mean, these are the folks that you're going after in the most uncivil and indecent way, and that's where I have a problem. I have no problem going after criminals. We've coordinated and collaborated with ICE, over 10,000 transfers that have been part of my administration. So I don't need to be lectured by these guys that we don't coordinate and collaborate on violent criminals.

**GOVERNOR:** California state prisons does hand over inmates to ICE.

**SOBOROFF:** Yes, and my legislature with respect, it's not an indictment, but I've

**SOBOROFF:** Yes, and my legislature with respect, it's not an indictment, but I've had to veto ley t o document from using our authority, that's true. So when these guys say we don't go after criminals, again, they're lying, and they are knowingly lying.

**SOBOROFF:** What's your message to the people that are out there protesting for the rights of immigrants? Do you want to see those protesters continue to be out on the street and protest these actions by the Trump administration?

**GOVERNOR:** I just want them to be safe. And I just, I want folks to know that are thinking about going out there, just be safe.

**SOBOROFF:** Do you support them?

**GOVERNOR:** Of course I support them. I love —  I mean, protests are the foundation of this democracy, it's what makes this country great, and that needs to persist. And right now people need to come out, but — we need to be mindful of the toxicity of this moment, and then we have to deal with these elements that are coming in that are intentionally trying to take advantage of this in a way that only aids and abets Donald Trump. And this is what he was counting on, and we've got to push back, and we've got to be careful. At this moment, I pray that people are cautious and careful at this moment.

**SOBOROFF:** You know, we talked about this is in some measure about immigration, in some measure it's about democracy. Do you believe, some people have said that this is an attempt at distraction from, maybe the matters with Elon Musk back in Washington. You know, why did this happen now, in other words?

**GOVERNOR:** I mean, he's always — he's a master of distraction. He's, you know, he's the commander of chaos. That's what Donald Trump does. If he(?) moves this direction, move that direction. I mean, look, this guy is what, 90 days, 90 beautiful deals? How many deals? Zero. I mean the UK, what? Give me a break. I mean, Elon Musk is, you know, the sycophant of sycophants, as it relates to this love relationship that he had with the president of the United States, said it exactly right. We're likely in a recession the second half of the year because of the recklessness of this tariff policy under this administration. He's just settled our kids and grandkids with two and a half trillion dollars of debt to get billionaires and corporations a tax break that they're not even asking for. Of course, he's trying to distract us.

**SOBOROFF:** I have a feeling there's a pretty good chance that in the White House there might be a television on and he might be watching us right now.

**GOVERNOR:** Well I hope so, yeah, he can learn something.

**SOBOROFF:** What might you say to him? If you — I'll give you the floor. You have the opportunity. What you weren't able to say to them on that phone call or calls

the opportunity. What you weren't able to say to them on that phone call or calls that he hasn't taken today.

**GOVERNOR:** Just, I mean, where's your decency, Mr. President? Stop. Rescind this order. It's illegal and unconstitutional. And I said it, I'll say it again — it's immoral. You're creating the conditions that you claim you're solving, and you're not, and you're putting real people's lives at risk. This is a serious moment, and it requires serious leadership, and it's time for you to be a commander in chief of the United States of America, and I will have your back if you want to work in a relationship of trust and truth in the spirit of our founding fathers. But you come after poor kids — you come after families — we will do everything in our power to stand up and stand in your way.

**SOBOROFF:** Governor Gavin Newsom, what time you filing the lawsuit tomorrow?

**GOVERNOR:** Very — early in the morning. I'd love to do it tonight, but they, we got lawyers working on the brief.

**SOBOROFF:** Governor Gavin Newsom, thank you for being here live on MSNBC. I appreciate it.

**GOVERNOR:** Thanks for having me.

---

Categories: **Public safety,**  **Recent news**



**EXHIBIT 9**

JUST IN   **Giants get Rafael Devers from Red Sox in trade for Kyle Harrison, Jordan Hicks** 13m ago

**Trending:**   Giants trade   |   No Kings protests   |   Claiming Social Security   |   Park vandalized   |   Dental problems   |   Dramatic protest photos   |   O



**U.S. & WORLD**

# Exclusive: DHS secretary sought military arrests and drones in Los Angeles in leaked letter

By **Matthias Gafni**, **Cynthia Dizikes**, **Sophia Bollag**, **Susie Neilson**

June 9, 2025

 Gift Article      



In a letter, Secretary of Homeland Security Kristi Noem asked Secretary of Defense Pete Hegseth to direct the military to detain or arrest "lawbreakers" in Los Angeles.

AP Photo/Thomas Padilla and AP Photo/Alex Brandon, Pool



🎧 Listen Now:  DHS secretary sought military arrests and drones in Los Angeles i     1x

8:26     ꜰ Everlit

One day before the Trump administration deployed U.S. Marines to confront protesters in Los Angeles, U.S. Homeland Security Secretary Kristi Noem asked Defense Secretary Pete Hegseth to direct the military to detain or arrest "lawbreakers," a move one expert called "a grave escalation."

A letter sent Sunday from Noem to Hegseth, obtained by the Chronicle, requested that the Pentagon give "Direction to DoD forces to either detain, just as they would at any federal facility guarded by military, lawbreakers under Title 18 until they can be arrested and processed by federal law enforcement, or arrest them."

● **Related:** New protests in S.F. begin as Newsom says Trump is sending more National Guard troops to L.A.

ADVERTISEMENT
Article continues below this ad

- **"Wildly underprepared":** National Guard troops seen sleeping on floors in exclusive photos

- **Video:** ICE agents make more arrests at S.F. immigration courthouse

The military is generally barred under federal laws from taking part in domestic law enforcement. Granting Noem's request would likely require the administration to sidestep those laws by invoking the Insurrection Act, two legal experts said in interviews.

However, a Homeland Security spokesperson suggested Tuesday that the request was not granted after Noem and Hegseth met with President Trump, saying, "The posture of our brave troops has not changed."

Noem also asked Hegseth for "drone surveillance support" in her letter as well as weapons and logistics assistance in Los Angeles. By Monday, the Defense Department had deployed 700 Marines to the city, where they were to join more than 2,000 federalized California National Guard troops in quelling raucous immigration protests. California sued in response, with Gov. Gavin

Newsom calling the deployment a "manufactured crisis" and an "unmistakable step toward authoritarianism."

**ADVERTISEMENT**
Article continues below this ad



State Sen. Scott Wiener, D-San Francisco, said Noem's request for military arrests was ominous and out of proportion in a country where "intense protests have happened throughout history."

"This isn't what happens in a democracy, this is what happens in a dictatorship," Wiener said. "We have a time-honored tradition in the United States that the military does not enforce civilian law."

Noem had made the request to Hegseth.

"As rioters have escalated their assaults on our DHS law enforcement and activists' behavior on the streets has become increasingly dangerous, Secretary Noem requested Secretary Hegseth direct the military on the ground in Los Angeles to arrest rioters to help restore law and order," Tricia McLaughlin, the assistant secretary for public affairs, said in a statement. "Rioters are throwing rocks and Molotov cocktails at law enforcement, defacing public property, setting cars on fire, defacing buildings, assaulting law enforcement, and burning American flags. President Trump and Secretary Noem will not allow American cities to burn to the ground and our law enforcement to be violently targeted."

However, 40 minutes later, the agency asked the Chronicle to disregard the first statement from McLaughlin in favor of a new one.

"This letter was sent days ago, prior to the Secretary of Homeland Security and Secretary of Defense meeting with the President. The posture of our brave troops has not changed," the statement said. "This is a whole-of-government approach to restore law and order. We are grateful to our military members and law enforcement who have acted with patriotism in the face of assault, taunts, and violence."

In the letter, Noem referred to an "emergent Request for Assistance (RFA) to aid in resolving the situation in Los Angeles," and used strong language to describe what she said was the threat posed by people protesting a series of raids by U.S. Immigration and Customs Enforcement agents.

"We need ... support to our law enforcement officers and agents across Immigration and Customs Enforcement (ICE), Customs and Border Protection (CBP), and Federal Protective Services (FPS)," Noem wrote, "as they defend against invasive, violent, insurrectionist mobs that seek to protect invaders and military aged males belonging to identified foreign terrorist organizations, and who seek to prevent the deportation of criminal aliens."

It's not clear what Noem meant by her reference to terrorist organizations. In the past, the Trump administration has used the term terrorist organizations to refer to gangs.

"This is a grave escalation," said William Banks, a Syracuse University law professor and leading expert on national security law and the domestic role of the military. "It may presage the invocation of the Insurrection Act."

Stephen Dycus, an expert in national security law and the Insurrection Act, called the requests in the memo extraordinary given that local authorities appeared to be in control of the protests. In the rare cases that such military force has been used in the past, the Vermont Law and Graduate School professor emeritus said, local law enforcement had either lost control or was refusing to act.

"Viewed all together, and more importantly in the current context, these requests can be seen as using the military, or at a minimum using that threat, to instill fear in the American people and discourage the kinds of protests that are going on in Los Angeles," Dycus said. "So this could be viewed as a preparation for invoking the Insurrection Act, or it could be viewed as part of a larger effort to frighten people who otherwise would exercise their First Amendment guarantee of free speech and protest."



A person holds a flag in front of a fire burning during a protest Sunday against ICE raids in Los Angeles.
Stephen Lam/S.F. Chronicle

The Insurrection Act of 1792 was last used during the 1992 riots following the Rodney King police beating and trial in Los Angeles, when California Gov. Pete Wilson requested military aid from President George H.W. Bush.

Banks said the act should be used rarely and only in dire emergencies. "Our society is founded on the idea that laws are enforced by civilians, first of all," he said. "And second, that problems going on in the states, other than the most grave situations, should be handled by the states."

Kyndra Rotunda, professor of military and international law at Chapman University, said the military's role will ultimately be decided by more than just the executive branch.

"The Posse Comitatus Act prohibits the military from engaging in domestic law enforcement without authorization from Congress," Rotunda said. "In light of this provision, presumably Congress or the courts will eventually weigh in as this situation continues to develop."

Military use of drones for domestic purposes carries a number of restrictions, and is largely limited to training and disaster response. Under Defense Department policy, the military can use drones within its borders in support of a request from federal or state officials, but only with approval from the secretary. Federal agencies used military drones to monitor protests following George Floyd's murder and Black Lives Matter protests.

Noem asked Hegseth in her letter for "logistical support and the transportation of munitions" from Fort Benning and Wyoming. The letter did not specify what weapons were needed nor why they were requested from those two locations.

State Sen. Tom Umberg, a retired Army colonel and judge advocate general officer, said he found the letter's requests alarming.

"It looks like a preparation for a military assault," said Umberg, D-Santa Ana. "This looks like a subterfuge to create some sort of rationale for some sort of invocation of the Insurrection Act."

Umberg said he was concerned that the letter did not explicitly say people should only be arrested or detained based on reasonable suspicion or probable cause. It would be false imprisonment to detain someone unless those conditions are met, which is a crime, he said.

"As a former federal prosecutor and former JAG officer, I find it to be outrageous that two Cabinet secretaries are basically attempting to provoke a situation where both law enforcement as well as other individuals could be hurt," Umberg said.

Noem also asked for graduates "of an advanced intermediate level school, like the Marines' School of Advanced Warfighting, to aid in developing SOPs (standard operating procedures) and TTPs (tactics, techniques and procedures) going forward for when DHS and DoD have to setup a joint operation center and work in conjunction with each other in these situations."

"At the President's direction," Noem wrote, "DHS is seeking to put an end to the migrant invasion and these lawless riots."

Noem wrote that she would send a formal request "in the coming days."

June 9, 2025

---

 ### Matthias Gafni
**INVESTIGATIVE REPORTER**

   

Matthias Gafni is an investigative reporter for the San Francisco Chronicle. He investigates stories on corruption, child and adult sexual abuse, criminal justice, aviation, healthcare and more. In 2017, Gafni won a Pulitzer Prize for breaking news for his work on the Ghost Ship fire. In 2018, he was named SPJ Reporter of the Year in Northern California. The following year, he was a finalist for a Pulitzer Prize for breaking news for his work covering the Camp Fire. In 2020, he won a Polk Award for military reporting of a COVID-infested aircraft carrier and in 2020 he won an IRE award for his coverage of an East Bay hospital. He was born and raised in the Bay Area and graduated from UC Davis.

---

 ### Cynthia Dizikes
**INVESTIGATIVE REPORTER**

  

Cynthia Dizikes is an investigative reporter for the San Francisco Chronicle. Before joining the Chronicle in 2016, Dizikes worked in Chicago where she focused on government agencies and the courts. In addition to investigations, Dizikes has a background in general assignment and political reporting. She previously covered the Minnesota congressional delegation in Washington D.C.

---

 ### Sophia Bollag
**POLITICS REPORTER, SACRAMENTO**

  

Sophia Bollag joined the San Francisco Chronicle as a politics reporter in 2022. She has covered state government from Sacramento since 2016 and has worked at The Sacramento Bee, The Associated Press and the Los Angeles Times. She grew up in the East Bay and graduated from Northwestern University, where she studied journalism and literature.

---

 ### Susie Neilson
**INVESTIGATIVE REPORTER**

  

Susie Neilson is an investigative reporter for The San Francisco Chronicle. Previously, she spent three years on the Chronicle's data team, where she covered topics including criminal justice and housing from a quantitative lens. She is a graduate of the UC Berkeley Graduate School of Journalism and Northwestern University.

---

**More For You**

**EXHIBIT 10**

← **Post**    Reply ⇄



**Nidia** ✓
@NidiaCavazosTV

Troops' role expand beyond protecting federal buildings in Los Angeles. A senior ICE spokesperson tells @CBSNews: "Troops on the ground in Los Angeles are providing perimeter and personnel protection for our facilities and officers who are out on daily enforcement operations. They are providing security at federal facilities in the area and support with transportation, as needed."



U.S. Immigration and Customs Enforcement ✓ @ICEgov · Jun 10
📷Photos from today's ICE Los Angeles immigration enforcement operation.

5:10 PM · Jun 10, 2025 · **2,373** Views

○ 1          ⟲ 5          ♡ 5          🔖 1          ⬆

**EXHIBIT 11**

**Newsweek**  GO AD-FREE  Login

U.S. | Breaking News   National Guard   Los Angeles   California   Marines   Trump Adm

# National Guard Commander Backtracks On Remark About Detaining Civilians

**Published** Jun 11, 2025 at 4:55 PM EDT        **Updated** Jun 11, 2025 at 8:55 PM EDT



By **Sonam Sheth** and **Gabe Whisnant**
Evening Politics Editor

T  Newsweek Is A Trust Project Member

FOLLOW

---

News Article | 111        Translate ⌄

Sherman leads Task Force 51, which is overseeing more than 4,000 National Guard troops and 700 Marines deployed to the area. The commander initially told the Associated Press on Wednesday that guardsmen had temporarily detained several civilians.

But he later retracted that claim, clarifying to the outlet that his remarks were based on photos and video footage he mistakenly believed represented the National Guard in Los Angeles, which was ultimately not the case.

## The Context

The protests in Los Angeles erupted after ICE raided a number of downtown neighborhoods with high immigrant populations and labor-intensive industries as part of the Trump administration's crackdown on undocumented migrants.

President Donald Trump has repeatedly pledged to round up migrants and deport them, but his administration's approach has drawn sharp criticism for sweeping up people who are legally permitted to be in the U.S. and those without legal status who have not been convicted of crimes and are seeking legal pathways to residency.

The administration has also acknowledged that some deportees were removed from the country by mistake.

## What To Know

Although the anti-ICE demonstrations in L.A. have been largely peaceful, some have devolved into violence, with people throwing rocks, Molotov cocktails, cement and other items at law enforcement.

More than 330 people have been arrested in L.A. since protests began Friday.

Sherman initially said the detentions took place over the past few days but added that the number of detentions has decreased as tensions in the city have subsided in recent days.

He also emphasized that National Guard personnel do not directly engage in law enforcement actions and that detainees are handed off to police once they secure the situation.

LATEST    Vance Boelter Went To Two Additional Minnesota
Lawmakers Homes — US Attorney



California National Guard are positioned at the Federal Building on Tuesday, June 10, 2025, in downtown Los Angeles.
ASSOCIATED PRESS

READ MORE      **Breaking News**



# Mexico's President Asks for No ICE Raids During Los Angeles Soccer Match

**Map Shows 21 States Protesting Trump Use of California National Guards**

**Donald Trump Celebrates Court Decision on National Guard: 'We Saved LA'**

**Pete Hegseth Reacts to Following Court Orders Over Marines in LA**

Approximately 500 National Guard troops have now been trained to support immigration operations, with many receiving specialized instruction to accompany federal agents on enforcement missions.

focused right here in L.A., what's going on right here. But you know, I think we're, we're very concerned."

All deployed National Guard troops are undergoing multi-day training on managing civil unrest. Those selected to assist with immigration raids receive additional legal and operational instruction, including practice exercises with immigration agents.

## What People Are Saying

**John Miller, CNN's chief law enforcement and intelligence analyst, said of Sherman's initial comments:** "Once you are not free to go, you are technically under arrest. If the National Guard says to you, 'You're being detained,' and you're like, 'You know what, you're a soldier, not a cop, I'm leaving,' and they force you to stay, you are under arrest because you are not free to go."

He added: "There is no difference between being detained, if you can't leave, and being under arrest. It's different from being charged. So what they're saying is they're acting under their authority, which is not coming from the government, it's coming from being federalized by the Department of Defense, on the orders of the president, to detain people in the streets.

"So, let's pause for a minute," Miller said. "Members of the Army, assigned to the National Guard, are detaining Americans in the streets of the United States for violations of local law. We've crossed over something there."

**Anthony Michael Kreis, a professor of constitutional law at the Georgia State University College of Law, wrote on X:** "In America, we do not let the military police our streets absent the most extreme and dire circumstances, and only under the unambiguous invocation of legal authority. This is not that."

## What Happens Next

Trump has not given a definitive timeframe for when he'll withdraw his orders to the National Guard and the Marines stationed in L.A. California has sued the Trump administration and the president to get Trump to rescind his orders, accusing the president of an "unprecedented power grab" that runs afoul of the Constitution.

*The Associated Press contributed reporting to this story.*

**EXHIBIT 12**

  

LOCAL    NBC4 INVESTIGATES    WE...    Watch 24/7

**TRENDING**    Protests    🏳️‍🌈 Pride    📗 Tariffs    ⚖️ Immigration    🔍 NBC4 Investigates Tip...    **2 WEATHER ALERTS**

**LOS ANGELES**

# About 500 National Guard troops in LA are trained to accompany agents on immigration raids

Maj. Gen. Scott Sherman, speaking in an interview with The Associated Press and ABC, also warned that he expects the protest situation will escalate.

By Lolita C. Baldor | The Associated Press • Published June 11, 2025 • Updated on June 11, 2025 at 3:55 pm

Log in or create a free profile to save articles



California Governor Gavin Newsom gave harsh criticism of the policies and tactics of the Trump Administration as members of the National

About 500 of the National Guard troops deployed to the Los Angeles protests have been trained to accompany agents on immigration operations, the commander in charge said Wednesday. And while some troops have already gone on such missions, he said it's too early to say if that will continue even after the protests die down.

Maj. Gen. Scott Sherman, speaking in an interview with The Associated Press and ABC, also warned that he expects the protest situation will escalate. "We are expecting a ramp up,"

## Trending Stories



**LAPD**
How mostly peaceful 'No Kings' rally in downtown LA suddenly turned chaotic



**IMMIGRATION**
Tourists share their impressions of Los Angeles during a week of protests



**RIVERSIDE**
1 person injured after car rams into 'No Kings' protesters in Riverside



**PROTESTS**
Saturday recap: 7 LAPD officers injured in altercations with 'agitators' in downtown LA



**HUNTINGTON BEACH**
Armed man accused of trying to start fight at 'No Kings' protest in Huntington Beach

he said, noting that protests across the nation are being planned and discussed now. "I'm focused right here in LA, what's going on right here. But you know, I think we're, we're very concerned."

Sherman, commander of Task Force 51 that is overseeing the more than 4,000 Guard troops and 700 Marines deployed, initially said that National Guard troops had already temporarily detained some civilians. He later said he was incorrect, and that he had based his comments on photos and footage he had seen that turned out to not be a representation of Guard members in Los Angeles.

—

This story has been corrected. The commander of the troops deployed to Los Angeles initially told the AP that National Guard members had already detained some civilians. He later said his information was incorrect and Guard members have not detained civilians.



Sen. Chris Murphy, D-Connecticut, asked Secretary of Defense Pete Hegseth about the use of the National Guard in Los Angeles when compared to what happened at the Capitol on Jan. 6, 2021.

Copyright The Associated Press

SPONSORED

Seniors Can Now Fly Business Class For the Price Of Economy

Insider | Travel Deals

## Weather Forecast

LOS ANGELES, CA

# 87°

TONIGHT

## 61°

Fair

0% Precip

TOMORROW

## 87°

**EXHIBIT 13**

STATE WATCH

# Bondi says California at 'good point': 'We're not scared to go further'

BY SARAH FORTINSKY - 06/11/25 10:51 AM ET





🔊 Instaread

Listen to this Article

Attorney General Pam Bondi told reporters Wednesday that efforts to quell unrest in Los Angeles are working but that federal authorities are "not scared to go further" if necessary.

Asked what the threshold would be for the Trump administration invoke the Insurrection Act, Bondi touted the steps the administration has already taken and seemed to suggest further steps were not imminent.

ADVERTISEMENT

"Right now, in California, what we're doing is working," the nation's top prosecutor told reporters. "By bringing in the National Guard, by bringing in the Marines, right now, to back them up, to protect our federal buildings, to protect highways, to protect the citizens."

"So, right now, in California, we're at a good point," she continued. "We're not scared to go further. We're not frightened to do something else if we need to."

The Trump administration has deployed thousands of National Guard troops to protect federal buildings and has mobilized hundreds of Marines to back up its federal agents.

ADVERTISEMENT



The military is generally barred from carrying out domestic law enforcement duties, but declaring the Insurrection Act is seen as a potential path around those restrictions.

## Sign up for the Morning Report

The latest in politics and policy. Direct to your inbox.

| Email address | **SUBSCRIBE** |

By signing up, I agree to the Terms of Use, have reviewed the Privacy Policy, and to receive personalized offers and communications via email, on-site notifications, and targeted advertising using my email address from The Hill, Nexstar Media Inc., and its affiliates

Bondi also pointed to the curfew implemented in downtown Los Angeles on Tuesday night as a step in the right direction.

ADVERTISEMENT

"Right now, we're hoping it's going to get under control," she said. "We hope the curfew will work, and we're going to continue to do everything we can to keep California safe if the government of California is not going to help them."

The president also doubled down on the decision to deploy troops earlier Wednesday, as his feud with California Gov. Gavin Newsom (D) was heating up.

"If our troops didn't go into Los Angeles, it would be burning to the ground right now, just like so much of their housing burned to the ground," he wrote on Truth Social. "The great people of Los Angeles are very lucky that I made the decision to go in and help!!!"

The comment came after Newsom, in a late Tuesday video message, called the administration's response a "brazen abuse of power."

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

FOLLOW ON
Google News

## SPONSORED CONTENT

Privacy Policy

### Amazon Is Losing Money as Shoppers Are Canceling Prime For This Clever Hack

Online Shopping Tools | Sponsored

### Flight Attendant Reveals How To Fly Business Class For The Price Of Economy

Insider | Travel Deals | Sponsored

### After 35 Years, Her Jewelry Is Nearly Gone

The Heritage Journal | Sponsored                                    Read More

### "I Had A Dad Bod - Until I Did This"

Apex Labs | Sponsored

### If You Drink Almond Milk Everyday, This Is What Happens

Gundry MD | Sponsored                                              Learn More

### California Residents May Qualify for Massive Debt Relief (Only If You Claim It)

Super Savings Online | Sponsored                                   Learn more

### It's Time to Say Goodbye to Bulky Air Conditioners That Take up Space

MIGILIFE | Sponsored                                               Shop Now

### U.S. Cardiologist Warns Aging Seniors About Blueberries For Breakfast

Gundry MD | Sponsored                                              Learn More

### MD: Building Muscle After 60 Comes Down To This 1 Thing

Apex Labs | Sponsored

**EXHIBIT 14**

ADMINISTRATION

# White House says 330 immigrants arrested in L.A. since Friday

BY TARA SUTER 06/11/25 07:11 PM ET



The White House said on Wednesday that 330 immigrants have been arrested in Los Angeles since Friday.

"Since June 6, there have been 330 illegal aliens that have been arrested as part of these riots in Los Angeles," White House press secretary Karoline Leavitt said during a Wednesday briefing.

"One-hundred and thirteen of those illegal aliens had prior criminal convictions, she added.

The Trump administration has taken a hardline stance on immigration during its first few months, with Immigration and Customs Enforcement (ICE) arrests topping 100,000 under President Trump this

year, per a White House spokesperson.

"There's been 157 people arrested for assault and obstruction-related charges," Leavitt said during the Wednesday briefing.

Trump deployed thousands of National Guard soldiers in Los Angeles over the weekend to quell expanding demonstrations in the city. Protestors were pushing back on local ICE raids that came amid the administration's crackdown on immigration.

"If our troops didn't go into Los Angeles, it would be burning to the ground right now, just like so much of their housing burned to the ground," Trump said on Truth Social on Wednesday.

On Wednesday, federal prosecutors announced charges against two men accused of possessing Molotov cocktails amid recent Los Angeles protests in response to immigration raids.

The Los Angeles Police Department (LAPD) said Tuesday there were over 100 arrests Monday night amid recent protests, with 96 people arrested over "Failure to Disperse."

Categories: Administration, National Security, News, State Watch

Tags: California, ICE, LA protests, Los Angeles, Trump administration, white house

**EXHIBIT 15**



🖶 Print   ⊗ Close

# California sheriff says Newsom 'encouraged' LA riots as ICE arrests violent illegal aliens

By Audrey Conklin

Published June 10, 2025

Fox News

The Department of Homeland Security is sharing information about more than a dozen illegal immigrant suspects accused of crimes in the United States who were arrested in Los Angeles starting on June 6.

The agency released the suspect information after violence broke out in Downtown LA over the weekend in response to the ICE raids that resulted in "hundreds of illegal aliens [being] arrested by ICE officers and agents," including "many with a criminal history and criminal convictions."

DHS listed more information about 19 suspects that ICE Los Angeles arrested on June 7 who are accused of crimes ranging from robbery to second-degree murder to rape.

"America's brave ICE officers are removing the worst of the worst from LA's streets, while LA's leaders are working tirelessly against them," DHS said in a Sunday statement as riots continued through the weekend.

### ICE ARRESTS 'WORST OF THE WORST' ILLEGAL ALIENS IN LOS ANGELES WHILE PROTESTERS ADVOCATE FOR CRIMINALS: DHS



Protesters in downtown Los Angeles voice their outrage against ICE raids that occurred over the weekend, in Los Angeles, Calif. on Sunday, June 8, 2025. (Stephen Lam/San Francisco Chronicle via Getty Images)

Sheriff Chad Bianco of Riverside County said agitators "are not protesting" and criticized Democrat Gov. Gavin Newsom for not taking appropriate action.

"They are trying to violently influence something by political action. That is what this is. That is everything that the Constitution stands against," said Bianco, a Republican who is running for governor. "That is what law enforcement stands against, and that is what will facilitate the downfall of our civilized society. A civilized society has an adherence to the rule of law, and there is consequence for breaking that social compact. And when politicians encourage this behavior."

### IMMIGRATION AUTHORITIES HIGHLIGHT CRIMINAL HISTORY OF MULTIPLE MIGRANTS ARRESTED IN LOS ANGELES



Law enforcement stand during a protest in Paramount, Calif., Saturday, June 7, 2025, after federal immigration authorities

conducted operations. (AP Photo/Eric Thayer)

"Governor Newsom needs to put his phone down, go sit in his house behind the comfort of his TV screen and a couch, and be quiet because he is doing nothing but fueling this process," the sheriff said. "He needs to stay out of the way of law enforcement. He knows nothing about this. He knows absolutely nothing about the enforcement of law. He despises the enforcement of law, and he has encouraged this."

**Cuong Chanh Phan**
Cuong Chanh Phan, a 49-year-old Vietnamese national, was previously convicted of second-degree murder. Phan was sentenced to serve 15 years to life in prison after he and "his gang member associates" were asked to leave a high school graduation party in 1994 following a dispute and "returned with semiautomatic weapons," which they fired into a crowd of about 30 partygoers, DHS said.

"Dennis Buan, 18, of South Pasadena and David Hang, 15, of San Marino, California were killed, and seven others were wounded," the Department said in a Monday post on X. "This criminal illegal alien is who Governor Newsom, Mayor Bass and the rioters in Los Angeles are trying to protect over U.S. citizens."


Cuong Chanh Phan, a 49-year-old Vietnamese national, was previously convicted of second-degree murder.  (ICE)

**Cielo Vivar-Ubaldo**
ICE criminally arrested Cielo Vivar-Ubaldo, a previously deported Mexican national who was convicted for sex with a minor, narcotics violations and a hit-and-run. He faces deportation.


ICE criminally arrested Cielo Vivar-Ubaldo, a previously deported Mexican national who was convicted for sex with a minor, narcotics violations and a hit-and-run. (ICE)

**Jose Cristobal Hernandez-Buitron**
Jose Cristobal Hernandez-Buitron, 43, of Peru was previously convicted of robbery and sentenced to serve 10 years in prison.

**FEDERAL OFFICIALS SLAM DEMOCRATS FOR 'DANGEROUS' RHETORIC AS ICE AGENTS FACE VIOLENT MOBS IN LA, NYC**


Jose Cristobal Hernandez-Buitron, 43, was previously convicted of robbery and sentenced to serve 10 years in prison. (ICE)

**Julian Riveros-Cadavid**
Julian Riveros-Cadavid, a Colombian national, was arrested on administrative immigration violations and has prior arrests on charges of domestic battery, child endangerment, assault with a deadly weapon, grand theft and narcotics violations. He faces

deportation.



Julian Riveros-Cadavid, a Colombian national, was arrested on administrative immigration violations and has prior arrests on charges of domestic battery, child endangerment, assault with a deadly weapon, grand theft and narcotics violations. (ICE)

**Chrissahdah Tooy**
Chrissahdah Tooy, a 48-year-old Indonesian national, was previously convicted on narcotics, DUI and illegal entry charges.



Chrissahdah Tooy, a 48-year-old Indonesian national, was previously convicted on narcotics, DUI and illegal entry charges. (ICE)

**Rolando Veneracion-Enriquez**
ICE arrested Rolando Veneracion-Enriquez, a 55-year-old Filipino illegal immigrant, whose criminal history includes theft, assault, burglary and sexual penetration with a foreign object with force and assault with intent to commit rape in Pomona, California, which carries a 37-year prison sentence.

**ICE HIGHLIGHTS ARRESTS OF 5 ILLEGAL ALIENS CONVICTED OF VIOLENT CRIMES, INCLUDING AGAINST CHILDREN**



ICE arrested Rolando Veneracion-Enriquez, a 55-year-old Filipino illegal immigrant, whose criminal history includes burglary in Ontario, California; and sexual penetration with a foreign object with force and assault with intent to commit rape in Pomona, California, which carries a 37-year prison sentence. (ICE)

**Jordan Mauricio Meza-Esquibel**
Honduran national Jordan Mauricio Meza-Esquibel, 32, whose criminal history includes convictions on charges of domestic violence, as well as heroin and cocaine distribution.



Honduran national Jordan Mauricio Meza-Esquibel, 32, whose criminal history includes convictions on charges of domestic

violence, as well as heroin and cocaine distribution. (ICE)

**Jesus Alan Hernandez-Morales**
ICE arrested Jesus Alan Hernandez-Morales, a 26-year-old Mexican illegal immigrant previously convicted of conspiracy to transport an illegal alien in Las Cruces, New Mexico. He received a 239-day sentence.



ICE arrested Jesus Alan Hernandez-Morales, a 26-year-old Mexican illegal immigrant previously convicted of conspiracy to transport an illegal alien in Las Cruces, New Mexico. He received a 239-day sentence. (ICE)

**Delfino Aguilar-Martinez**
Delfino Aguilar-Martinez, a 51-year-old illegal immigrant from Mexico, has been accused of assault with a deadly weapon with great bodily injury in Los Angeles. He was sentenced to serve one year in prison.

### ICE CRACKDOWN SEES 7,400 ILLEGAL MIGRANTS ARRESTED IN 9 DAYS



Delfino Aguilar-Martinez, a 51-year-old illegal immigrant from Mexico, has been accused of assault with a deadly weapon with great bodily injury in Los Angeles. He was sentenced to serve one year in prison.  (ICE)

**Victor Mendoza-Aguilar**
ICE arrested Victor Mendoza-Aguilar, a 32-year-old Mexican national previously convicted of possessing unlawful paraphernalia, possessing controlled substances, assault with a deadly weapon: not firearm, and obstructing a public officer in Pasadena.



ICE arrested Victor Mendoza-Aguilar, a 32-year-old Mexican national previously convicted of possessing unlawful paraphernalia, possessing controlled substances, assault with a deadly weapon: not firearm, and obstructing a public officer in Pasadena. (ICE)

**Jose Gregorio Medranda Ortiz**
Ecuadorian national Jose Gregorio Medranda Ortiz's criminal history includes conspiracy to possess with intent to distribute five

kilograms or more cocaine while on board a vessel in Tampa, Florida.



Ecuadorian national Jose Gregorio Medranda Ortiz's criminal history includes conspiracy to possess with intent to distribute five kilograms or more cocaine while on board a vessel in Tampa, Florida. (ICE)

**Francisco Sanchez-Arguello**
Francisco Sanchez-Arguello, a 38-year-old Mexican illegal immigrant, was previously arrested on grand theft larceny and illegal weapons possession charges.



Francisco Sanchez-Arguello, a 38-year-old Mexican illegal immigrant, was previously arrested on grand theft larceny and illegal weapons possession charges. (ICE)

**Armando Ordaz**
Armando Ordaz, a 44-year-old illegal immigrant from Mexico, has a criminal history including sexual battery and petty theft in Los Angeles, as well as receiving known or stolen property in Norwalk, California.



Armando Ordaz, a 44-year-old illegal immigrant from Mexico, has a criminal history including sexual battery and petty theft in Los Angeles, as well as receiving known or stolen property in Norwalk, California. (ICE)

**Lionel Sanchez-Laguna**
Mexican national Lionel Sanchez-Laguna, 55, has a criminal history including discharging a firearm at an inhabited dwelling and vehicle, battery on spouse or cohabitant, willful cruelty to child, DUI, assault with semi-automatic firearm and personal use of a firearm in Orange, California.



Mexican national Lionel Sanchez-Laguna, 55, has a criminal history including discharging a firearm at an inhabited dwelling and vehicle, battery on spouse or cohabitant, willful cruelty to child, DUI, assault with semi-automatic firearm and personal use of a

firearm in Orange, California.  (ICE)

**Arturo Diaz-Perez**
Arturo Diaz-Perez, a Mexican national, is facing administrative immigration violations. He has previous criminal convictions for narcotics violations and carrying a controlled weapon. Diaz-Perez is currently detained in ICE custody pending removal proceedings.



Arturo Diaz-Perez, a Mexican national, is facing administrative immigration violations. He has previous criminal convictions for narcotics violations and carrying a controlled weapon. (ICE)

**Juan Antonio Flores-Felician**
Juan Antonio Flores-Felician is a previously deported Mexican nation with previous criminal convictions for burglary, possession of stolen property and receiving stolen property. He faces deportation.



Juan Antonio Flores-Felician is a previously deported Mexican nation with previous criminal convictions for burglary, possession of stolen property and receiving stolen property. (ICE)

**Felimon Alejo-Garcia**
HSI Los Angeles arrested Felimon Alejo-Garcia, a Mexican national, on administrative immigration violations. He has a prior DUI conviction and is detained in ICE custody pending removal proceedings.



HSI Los Angeles arrested Felimon Alejo-Garcia, a Mexican national, on administrative immigration violations. He has a prior DUI conviction and is detained in ICE custody pending removal proceedings. (ICE)

**Diego Hernando Quinones-Alvarado**
ICE arrested Diego Hernando Quinones-Alvarado, a Colombian national, on administrative immigration violations. He has a previous DUI conviction and was recently arrested for burglary. He faces removal proceedings.



ICE arrested Diego Hernando Quinones-Alvarado, a Columbian national, on administrative immigration violations. He has a previous DUI conviction and was recently arrested for burglary. (ICE)

**Russell Gomez-Dzul**

U.S. Border Patrol agents criminally arrested Mexican national Russell Gomez-Dzul for allegedly assaulting a federal officer.



U.S. Border Patrol agents criminally arrested Mexican national Russell Gomez-Dzul for allegedly assaulting a federal officer. (ICE)

ICE also arrested several American citizens during the riots on charges of federal obstruction and assaulting a federal officer.

Rioters assaulted officers, slashed tires, defaced buildings and taxpayer-funded property, the agency said in a June 7 press release.



A woman waves a Mexican flag amidst tear gas from law enforcement during a protest in Paramount, Calif., Saturday, June 7, 2025, after federal immigration authorities conducted operations. (AP Photo/Eric Thayer)

"As rioters have escalated their assaults on our DHS law enforcement and activists' behavior on the streets becomes increasingly dangerous, the federal government is calling in the California National Guard for additional support to ensure the safety of all citizens, law enforcement and public property," a DHS spokesperson told Fox News Digital in a statement. "Politicians need to turn down the temperature — our ICE enforcement officers face a 413% increase in assaults against them as they are just trying to do their jobs."

The agency is calling on Newsom and LA Mayor Karen Bass to "end" the rioting.



Los Angeles Police Department (LAPD) officers move in on demonstrators in front of LA City Hall during a protest against federal immigration sweeps in downtown Los Angeles, California, U.S. June 8, 2025. (REUTERS/Barbara Davidson)

**CLICK HERE TO GET THE FOX NEWS APP**

"The men and women of ICE put their lives on the line to protect and defend the lives of American citizens," ICE Assistant Secretary Tricia McLaughlin said in a statement. "Make no mistake, Democrat politicians like Hakeem Jeffries, Mayor Wu of Boston, Tim Walz, and Mayor Bass of Los Angeles are contributing to the surge in assaults of our ICE officers through their repeated vilification and demonization of ICE. From comparisons to the modern-day Nazi gestapo to glorifying rioters, the violent rhetoric of these sanctuary

California sheriff says Newsom 'encouraged' LA riots, ICE arrests violent illegal aliens

politicians is beyond the pale. This violence against ICE must end."

Fox News Digital reached out to Newsom and Bass for comment.

ICE said in a June 7 press release that it has arrested 2,000 illegal immigrants per day this week "and these violent activists won't deter enforcement operations."

Audrey Conklin is a digital reporter for Fox News Digital and FOX Business. Email tips to audrey.conklin@fox.com or on Twitter at @audpants.

Print    Close

**URL**

https://www.foxnews.com/us/california-sheriff-says-newsom-encouraged-la-riots-ice-arrests-violent-illegal-aliens

Home | Video | Politics | U.S. | Opinion | Entertainment | Tech | Science | Health | Travel | Lifestyle | World | Sports | Weather

Privacy | Terms

This material may not be published, broadcast, rewritten, or redistributed. © FOX News Network, LLC. All rights reserved. Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement. Mutual Fund and ETF data provided by Refinitiv Lipper.Do Not Sell my Personal Information - New Terms of Use - FAQ

**EXHIBIT 16**



**EXHIBIT 17**

Homeland
Security

U.S. Department of Homeland Security

# ICE Continues to Arrest Vicious Illegal Alien Criminals as Rioters Continue to Disrupt Law Enforcement

**Release Date:** June 9, 2025

*California sanctuary politicians and rioters are defending heinous illegal alien criminals including child pedophiles and other violent criminal illegal aliens at the expense of Americans' safety*

WASHINGTON - Today, the Department of Homeland Security (DHS) released more information about some of the worst of the worst criminal illegal aliens arrested during the ongoing Immigration and Customs Enforcement (ICE) operation in Los Angeles. These arrests occurred on June 8 despite violent riots and assaults on ICE law enforcement.

*"These heinous criminals, including child abusers and pedophiles, are some of the illegal aliens arrested yesterday in Los Angeles. Why do Governor Newsom and Los Angeles Mayor Karen Bass care more about violent criminal illegal aliens than they do about protecting their own citizens?"* said **Assistant Secretary Tricia McLaughlin.** *"These rioters in Los Angeles are fighting to keep rapists, murderers, and other violent criminals loose on Los Angeles streets. Instead of rioting, they should be thanking ICE officers who every single day wake up and make our communities safer."*

Below is a list of some of the violent criminal illegal aliens arrested in ICE's Los Angeles Operation on Sunday:

**Eswin Uriel Castro**

ICE arrested Eswin Uriel Castro, a previously deported illegal alien. Castro has criminal convictions for **child molestation and being armed with a dangerous weapon.** He has also been arrested for **robbery and domestic violence.**



**Anastacio Enrique Solis-Salinas**

ICE arrested Anastacio Enrique Solis-Salinas, a convicted criminal from Nicaragua. His criminal history includes convictions for **domestic violence and hit and run.** Additionally, he's been arrested for **willful cruelty to a child.**



**Rafael Gamez-Sanchez**

ICE arrested Rafael Gamez-Sanchez, an illegal alien, with a criminal conviction for **vehicular manslaughter**.



**Miguel Angel Palafox-Montes**

ICE arrested Miguel Angel Palafox-Montes, an illegal alien, with criminal convictions for **grand theft, narcotics violations, and identity theft.** He has also been arrested for **battery and burglary.** Palafox-Montes has previously been voluntarily returned to Mexico twice.



**Dzhakhar Aslambekov**

ICE arrested Dzhakhar Aslambekov, an illegal alien from Russia. Aslambekov was recently detained for **fraud related to Electronic Benefit Transfer (EBT) cards used to access government assistance programs.**



###

## Topics

BORDER SECURITY (/TOPICS/BORDER-SECURITY)    HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

## Keywords

BORDER SECURITY (/KEYWORDS/BORDER-SECURITY)    IMMIGRATION (/KEYWORDS/IMMIGRATION)

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)    ALIEN (/KEYWORDS/ALIEN)    CRIME (/KEYWORDS/CRIME)

ILLEGAL (/KEYWORDS/ILLEGAL)    IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)

Last Updated: 06/10/2025

**EXHIBIT 18**

← **Post**

Reply ⇄



**Homeland Security** ✓
@DHSgov

⊘ ⋯

California sanctuary politicians and rioters are defending heinous illegal alien criminals at the expense of Americans' safety.

📙 Below are some of the criminal illegal aliens arrested in ICE's Los Angeles Operation on Sunday:

3:10 PM · Jun 9, 2025 · **481.3K** Views



💬 329        ⇄ 3.3K        ♡ 16K        🔖 794        ⬆

**EXHIBIT 19**

U.S. Department of Homeland Security

# ICE Arrests Illegal Alien for Molotov Cocktail Attack on Law Enforcement Caught on Video

**Release Date:** June 11, 2025

*This illegal alien has been charged with attempted murder*

WASHINGTON – The Department of Homeland Security (DHS) announced Immigration and Customs Enforcement (ICE) arrested Emiliano Garduno-Galvez—an illegal alien from Mexico—for **attempted murder** after he threw a **Molotov cocktail** (https://x.com/DHSgov/status/1932802890378141988) **at law enforcement** during the Los Angeles riots.

On June 9, 2025, ICE agents in Los Angeles arrested Garduno-Galvez after he was identified as a suspect who allegedly threw a Molotov cocktail at law enforcement during the Los Angeles riot on Saturday, June 7. Last night, he was charged with attempted murder.



*"Emiliano Garduno-Galvez is a criminal illegal alien from Mexico who threatened the lives of federal law enforcement officers by attacking them with a Molotov cocktail during the violent riots in Los Angeles. ICE arrested Garduno-Galvez, and he is now being charged with attempted murder. These are the types of criminal illegal aliens that rioters are fighting to protect,"* said **Assistant Secretary Tricia McLaughlin.** *"The Los Angeles rioters will not stop us or slow us down. And if you lay a hand on a law enforcement officer, you will be prosecuted to the fullest extent of the law."*

**Garduno-Galvez had previously been deported.** He has a previous criminal record: In 2024, Garduno-Galvez was arrested by the Anaheim Police Department in California for **grand theft** and by the Long Beach Police Department for a DUI.

### ###

## Topics

BORDER SECURITY (/TOPICS/BORDER-SECURITY)    HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

## Keywords

ALIEN (/KEYWORDS/ALIEN)    BORDER SECURITY (/KEYWORDS/BORDER-SECURITY)    ILLEGAL (/KEYWORDS/ILLEGAL)
IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)    LAW ENFORCEMENT (/KEYWORDS/LAW-ENFORCEMENT)
CRIME (/KEYWORDS/CRIME)    IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)

Last Updated: 06/11/2025

**EXHIBIT 20**

← **Post**                                      Reply  ⇄



**U.S. Immigration and Customs Enforcement** ✔
@ICEgov                                          Ø  ⋯

Jose Jimenez-Alvarado came to the United States as a Honduran national. We arrested him June 10 in Los Angeles, despite widespread obstruction from demonstrators. Protestors and rioters may not realize that he was a convicted felon. While here, he racked up two felony theft convictions.

🤔 Why should a criminal alien who disregarded our laws live FREELY and ILLEGALLY in the United States?



11:45 AM · Jun 11, 2025 · **93.9K** Views

💬 315          ⇄ 1.6K          ♡ 6K          🔖 62          ⬆

**EXHIBIT 21**



**LOCAL NEWS**

## Video shows unmarked vehicles ram car in ICE arrest in east Los Angeles

by: **Travis Schlepp**
Posted: Jun 11, 2025 / 12:45 PM PDT
Updated: Jun 11, 2025 / 11:38 PM PDT

SHARE       

A video shared on social media Wednesday morning shows federal agents in Los Angeles ram an unsuspecting vehicle and take the occupant into custody at gunpoint.

On Wednesday afternoon, the U.S. Department of Homeland Security confirmed that it was an [operation by federal agents](#) as part of a "targeted arrest" of a man they say assaulted an immigration officer.

The video was posted on Bluesky by journalist and videographer [Sean Beckner-Carmitchel](#).

The video is a recording of a screen replaying security footage from a nearby business. In it, a white Mercedes sedan is seen waiting to turn from Calzona Street on Whittier Boulevard in [Boyle Heights](#).

As the Mercedes begins its turn, an unmarked silver pickup pulls out in front of it blocking its path, while an unmarked silver or light-blue SUV rams it from behind.

The video continues to show several men exit the vehicle with guns pointed as the driver exits with his hands up and is taken into custody. Smoke can also be seen rising from the behind the sedan, potentially from a pepper ball round or another law enforcement munition.



*A crowd begins to develop at the scene where a car was rammed by two unmarked vehicles in what is believed to be an arrest by federal agents in Boyle Heights on June 11, 2025. (KTLA)*

Witnesses at the scene said the driver wasn't the only occupant of the vehicle, rather a woman and two children, one of whom is an infant, were also in the car when federal agents smashed into it.

Sky5 was over the scene shortly after the video was shared on Bluesky. Video showed a crowd developing at the adjacent business where the original security footage is believed to have been filmed. The business owner later provided a copy of the video to KTLA upon request.

The white Mercedes sedan shown in the video could be seen parked on the curb not far from the intersection.

The involved federal agents were not at the scene by the time Sky5 arrived.

As with most clandestine operations by DHS and Immigration and Customs Enforcement, little details were shared with local law enforcement or the media.

The Los Angeles police and fire departments responded to the scene Wednesday morning. LAFD officials said there was no evidence of a crash and no need for paramedics. Police officers remained on scene but no further details were released.

Around 1:40 p.m., DHS confirmed its agents were involved in the arrest, calling the person taken into custody a "violent rioter who punched a CBP officer."

"When Homeland Security Investigations tried to arrest Christian Damian Cerno-Camacho for the assault, he attempted to flee. He was ultimately arrested and taken into custody," DHS officials wrote on X.

CONTENT CONTINUES BELOW SURVEY

READ NEXT >

**New details emerge in unsolved murder of 13-year-old Pasadena boy**

READ NEXT >

**Next story in 5**                                                                    Cancel

This is just the latest instance of an arrest by federal agents that have happened in broad daylight and without warning across the city. Last week, after search warrants were served in several locations downtown, protesters clashed with federal agents as they took detainees into custody and drove them to a holding facility.

In the days since, demonstrations and protests have broken out throughout the downtown corridor, with some overnight protests turning violent with vandalism and raids.

Tuesday night, Los Angeles Mayor Karen Bass issued a curfew for a one-square-mile triangular parcel of land in downtown that included Little Tokyo, Chinatown, Skid Row and the Fashion District. Officials have not said if that curfew will remain in place moving forward.

In that DHS post on social media, officials vowed that immigration enforcement raids would not be coming to an end any time soon. "You will not stop us or slow us down," the post continues. "And if you lay a hand on a law enforcement officer, you will be prosecuted to the fullest extent of the law."

Suggest a Correction

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

**TOP STORIES**



Trump to depart the G7 early as conflict between …

Protester killed at Utah 'No Kings' rally was a fashion …

Bass scales back DTLA curfew

Israel strikes state-run Iranian TV during live

New details in unsolved 2021 murder of

READ NEXT >

New details emerge in unsolved murder of 13-year-old Pasadena boy



READ NEXT >

Next story in 5

**EXHIBIT 22**

← **Post**

**U.S. Immigration and Customs Enforcement** ✔
@ICEgov

📹 Watch this new video of ICE Los Angles officers apprehending criminal aliens yesterday in El Monte, Calif.

🕯️ Follow us for details about criminal arrests by local field offices, removals and more.



0:00 / 1:12

10:40 AM · Jun 13, 2025 · **82.7K** Views

💬 271          🔁 1.5K          ♡ 7.6K          🔖 141

**EXHIBIT 23**

# Photos show National Guard with rifles on ICE enforcement missions

California is suing, saying troops are engaged in illegal law enforcement.

By **Luis Martinez**
June 11, 2025, 6:30 PM

   



Video    Live    Shows ⌄    Shop    ▮    ▮    Log In    Stream on **hulu**



**Timeline: How ICE raids sparked Los Angeles protests**   President Donald Trump has deployed 4,000 National Guard troops and 700 Marines to Los Angeles, while Gov. Gavin Newsom called the president's actions "a serious breach of state sovereignty."

There are currently 4,100 California National Guardsmen and 700 Marines in the greater Los Angeles area after President Donald Trump ordered them to protect federal buildings and federal law enforcement as protests opposed to ICE raids increased over the weekend.

**MORE: Hegseth asserts Trump can send troops anywhere to protect ICE agents conducting raids**          →

Most of the attention has been focused on the crowd control assistance
that these troops could provide around federal buildings, but Trump's
memo calling up National Guardsmen also said they would
"temporarily protect ICE and other United States Government
personnel who are performing Federal functions, including the
enforcement of Federal law."



National Guardsmen accompany ICE officers while they detain a man in Los Angeles.
@ICEgov/X

---

**MORE: LA protests live updates: Trump's actions put democracy
'under assault,' Newsom says**                                     →

---

On Tuesday, the X page for U.S. Immigration and Customs Enforcement
(ICE) posted photos of California National Guardsmen on the scene of a
detention being carried out by an ICE agent with the caption "Photos
from today's ICE Los Angeles immigration enforcement operation."

One of the photos was later reposted by Defense Secretary Pete
Hegseth's personal X account with the caption "This We'll Defend."

A U.S. official told ABC News that the photos showed National Guardsmen providing force protection to federal personnel and were not conducting law enforcement duties.

---

**MORE: Amid LA protests, what officials say about the rules of force for National Guard, Marines**    →

---

[The Posse Comitatus Act prevents active-duty U.S. military personnel from carrying out domestic law enforcement duties](#) though that restriction can be lifted when a president invokes the Insurrection Act, which President Trump has not done.

---

**MORE: What is the Insurrection Act, and what happens if Trump uses it to quell LA protests?**    →

---

In the photos, the National Guardsmen were armed with rifles but it was unclear if they were loaded with ammunition. ABC News has previously reported that while the federalized troops are carrying weapons, their guns will not have ammunition loaded in the chamber, according to U.S. officials. But they will carry ammunition as part of their regular uniforms that can be used in the rare case of needed self-defense.

**Pete Hegseth** ✔
@PeteHegseth · **Follow**

This We'll Defend



2:45 PM · Jun 10, 2025                      ⓘ

❤ 55.2K        💬 Reply      🔗 Copy link

Read 3.6K replies

California Democratic Gov. Gavin Newsom and the state of California have asked a federal court to stop the Trump administration from using federalized National Guardsmen and Marines to accompany ICE agents on immigration raids saying it will "escalate tensions" and raises questions if the force protection they are providing constitutes law enforcement duties which they are not allowed to do by federal law.

"Defendants intend to use unlawfully federalized National Guard troops and Marines to accompany federal immigration enforcement officers on raids throughout Los Angeles," said the lawsuit filed by California Attorney General Rob Bonta on behalf of Newsom. "They will work in active concert with law enforcement, in support of a law

enforcement mission, and will physically interact with or detain
civilians."

"To preserve the peace, Plaintiffs respectfully urge the Court to grant the circumscribed emergency relief requested through this motion for a temporary restraining order, which will prevent the use of federalized National Guard and active duty Marines for law enforcement purposes on the streets of a civilian city," the motion requested.

California's lawsuit challenging Trump's use of the military to enforce federal immigration laws is a "crass political stunt endangering American lives," lawyers with the Department of Justice told a federal court Wednesday.

---

**MORE: Gov. Greg Abbott to deploy Texas National Guard in anticipation of protests**    →

---

A hearing on the state's motion will be held on Thursday.

On Tuesday, Hegseth told a congressional committee that he and President Trump have the power to send National Guard and active-duty troops anywhere in the country to ensure that ICE agents can enforce the law.

"We believe that ICE, which is a federal law enforcement agency, has the right to safely conduct operations in any state, in any jurisdiction in the country," Hegseth told a House Appropriations Defense subcommittee.

"ICE ought to be able to do its job, whether it's Minneapolis or Los Angeles," he added.

On Wednesday, testifying before a Senate Appropriations subcommittee, Hegseth again defended using troops with ICE agents on immigration raids, saying it was needed to keep them from being attacked.

Democratic Sen. Jack Reed shot back, calling it "illegal."

"Law and order is a civil function under the Constitution of the United States -- civil enforcement, law enforcement authorities -- not the U.S. military," Reed said.

"This is not only, I think, illegal, but also a diminution of the readiness and focus of the military," he added.

*ABC News' Peter Charalambous contributed to this report.*

**Related Topics**

**Los Angeles protests**



**Sponsored Content by Taboola**

**EXHIBIT 24**

← **Post**

 **Homeland Security** ✔
@DHSgov

Secretary Noem and DHS are THANKFUL for the heroic law enforcement in Los Angeles. In the face of rioter violence and disrespect they stand with dignity and patriotism.

Americans can be so proud of these brave men and women.



11:13 AM · Jun 12, 2025 · **104K** Views

💬 249          ↩ 729          ♡ 3.9K          🔖 55          ⬆

👤 Post your reply                                    Reply

**EXHIBIT 25**

← **Post**

 **U.S. Marshals Service Los Angeles**
@USMSLosAngeles                                                         ···

#USMSLosAngeles, together with @theJusticeDept, is actively assisting @DHSgov in immigration enforcement efforts in the LA region. We are dedicated to enhancing the safety and security of our communities through increased resources. #USMarshals



8:50 PM · Jun 13, 2025 · **23.9K** Views

💬 27          ↻ 89          ♡ 614          🔖 7          ⬆️

**EXHIBIT 26**

**FREE STREAMING TV APP**
Download FOX 5 KUSI Now for Roku, Apple TV and Fire TV



NEWS

## DHS Secretary Kristi Noem attends ICE raid at Los Angeles County home

by: Josh DuBose
Posted: Jun 13, 2025 / 09:30 AM PDT
Updated: Jun 13, 2025 / 11:54 AM PDT

SHARE     

*Editor's note: This article has been updated to include the intended target of the raid.*

HUNTINGTON PARK, Calif. ([KTLA](KTLA)) – U.S. Homeland Security Secretary Kristi Noem joined federal immigration agents Thursday on a raid targeting a man with a criminal record at a Huntington Park, California, home, the agency said.

The raid occurred Thursday morning when about a half-dozen vehicles carrying heavily armed, masked U.S. Immigration and Customs Enforcement agents converged on a home owned by a 28-year-old pregnant mother of four.

Sabrina Medina said she was in the shower around 6 a.m. when her brother-in-law first saw the menacing presence in front of the family's home.

"I was just terrified, I'm not going to lie to you," Medina told KTLA's Rick Chambers. "I was shaking. I was scared. I've never gone through anything like this."

Medina said she looked out the window and saw 10 men dressed in tactical military gear, all carrying rifles.

"I was like, 'Am I dreaming or is this real?'" she said.



Department of Homeland Security Secretary Kristi Noem seen at an ICE raid at the Huntington Park home of a pregnant mother of four on June 12, 2025. (DHS)

According to Medina, who is a U.S. citizen, the agents told her to exit her home with her children. Standing in the driveway, they showed her a warrant for her husband, listing his name as David Garcia.

As she explained that her husband's name is Jorge and that he was not at the house, one of the agents was captured on an outdoor home surveillance camera turning the device away from what was transpiring.

Cameras inside the home captured the heavily armed ICE agents going through the residence room by room, all while Noem, wearing a bulletproof vest and ballcap, watched from the street.

DHS later posted on X that the target of the raid was "an illegal alien from Mexico who had previously been deported. His criminal history includes drug trafficking and assault."

After hearing about the raid, L.A. County Supervisor Janice Hahn went to the Huntington Park neighborhood and spoke with some of Medina's neighbors.

"I'm very disappointed in this government right now and what they're doing," she told KTLA.

Four months pregnant with her fifth child, the Huntington Park mother said if her husband is deported, the family's future is bleak.

CONTENT CONTINUES BELOW SURVEY

"I'm not going to be able to pay my rent when I have to pay it," she explained. "My husband is not here. I don't know if they're going to pick him up tomorrow, the day after tomorrow. It's sad."

ICE agents, along with Noem, eventually left the home empty-handed, and the children were allowed back inside.

For now, the family is unsure what the coming days will bring, but Medina said if her husband is deported, she and her children will likely follow him back to Mexico.

READ NEXT >

**PHOTOS: Thousands rally in San Diego for nationwide 'No Kings' protest**

READ NEXT >

Next story in 5

**EXHIBIT 27**

# I Ran the L.A.P.D. I Know What Happens When Troops Are Sent to American Cities.

June 13, 2025

 **Listen to this article · 5:22 min**  <u>Learn more</u>

**By Michel R. Moore**
Mr. Moore was the chief of the Los Angeles Police Department from 2018 to 2024.

Over the past week, President Trump has deployed more military troops to the streets of Los Angeles than there are stationed in Iraq and Syria. The president has warned that if protests break out in other cities, he'll send troops to "attack" with even greater force. "You'll have them all over the country," he said.

That would be a mistake. Deploying soldiers to any American city isn't just at odds with the principles of our democracy. It's tactically unsound. Let me be clear: I admire the honorable men and women who serve in our military. But they are not the right tool for this mission — certainly not under these conditions and not without first exhausting the substantial civilian resources already in place.

I speak from experience. Over the course of more than 40 years with the Los Angeles Police Department — including nearly six as chief of police — I've seen what works and what doesn't in times of civil unrest. I was an officer during the 1992 Los Angeles riots, when federal troops were last deployed to our streets. I witnessed the confusion and the risks created by sending soldiers trained for combat into a civilian environment. Even basic

commands like "cover me" were misunderstood — interpreted by troops as calls for gunfire rather than tactical positioning. Whereas police officers are taught to use time, distance and de-escalation, soldiers are trained to apply overwhelming force.

There is no question that serious unrest and violence have occurred in parts of downtown Los Angeles. Attacks on buildings and threats to public safety must be taken seriously. But this is not an insurrection. These incidents are localized, and local law enforcement agencies are fully capable of addressing them.

California's emergency response infrastructure is among the most advanced in the country. Its emergency management system and mutual aid plan allow it to request help from neighboring law enforcement agencies, the California Highway Patrol and, when needed, the California National Guard. I have overseen the activation of these systems in response to both natural disasters and overwhelming disorder. They work — and they are rooted in principles of local control, coordination and public accountability. Deploying federal troops undermines all three.

**Sign up for the Opinion Today newsletter** Get expert analysis of the news and a guide to the big ideas shaping the world every weekday morning. Get it sent to your inbox.

The roles of the military and law enforcement are fundamentally distinct. Police officers are trained to protect constitutional rights, use measured force and remain accountable to civilian oversight. They operate within a legal framework grounded in probable cause and community trust. The military, by contrast, is designed for combat operations under a chain of command that originates in Washington. Military training, equipment and tactics are optimized for warfare — not for safeguarding civil liberties or managing peaceful protest.

History reminds us of the dangers of blurring these lines. The tragedy at Kent State, where unarmed student protesters were gunned down by National Guard troops, offers a stark warning. The federal government's deployment of military personnel now risks causing the same escalation, tragic error and lasting damage to public confidence.

Sending in federal troops should always be a last resort, used only in cases of widespread collapse of civil authority and only at the explicit request of local leaders. That is not what happened in Los Angeles. The deployment appears to have been initiated without

meaningful consultation or coordination with city or county officials. That is unacceptable. Effective policing depends on local leadership — on the knowledge and credibility earned by those who live and work in the communities they serve.

This is not just a matter of proper procedure. Without a unified command structure, clear rules of engagement and accountability mechanisms, introducing military personnel into a volatile environment introduces more risk than reassurance. Who's in charge? What are the rules? What happens when missions conflict or orders diverge? These are not questions to be figured out after boots hit the ground.

I've spent my career emphasizing the importance of proportionality and discipline in the use of force. I've also witnessed the damage that occurs when those standards are not met. After the 2020 civil unrest in Los Angeles, civilian oversight held officers accountable for instances of excessive or unjustified force. That accountability is a cornerstone of civil policing. It does not exist in the same way in military operations.

None of this is to say the military has no role in supporting civil authorities. In times of natural disaster, true insurrection or total collapse of civil order, federal troops may be warranted.

But this moment calls for clear thinking, not coercive overreach. It demands leaders who know the difference between strength and domination. The streets of Los Angeles — and cities across America — should be protected by those who are trained and equipped to serve with restraint, accountability and a deep understanding of the communities they serve.

Our democracy depends on it.

Michel R. Moore served in the Los Angeles Police Department for more than 40 years before retiring in 2024.

*The Times is committed to publishing a diversity of letters to the editor. We'd like to hear what you think about this or any of our articles. Here are some tips. And here's our email: letters@nytimes.com.*

*Follow the New York Times Opinion section on Facebook, Instagram, TikTok, Bluesky, WhatsApp and Threads.*

A version of this article appears in print on , Section A, Page 23 of the New York edition with the headline: Deploying Troops Was a Profound Mistake

**EXHIBIT 28**



Live chat replay is not available for this video.

**LIVE: Kristi Noem holds a press conference in Los Angeles**

AP Associated Press ✔
3.86M subscribers

👍 346   👎   ↗ Share   ⑤ Thanks   ⬜ Save   •••

Subscribe

43K views  Streamed 4 days ago  #kristinoem #losangeles

Watch live as Homeland Security Secretary Kristi Noem holds a press conference in Los Angeles. Protests over federal immigration enforcement raids and President Donald Trump's move to mobilize the National Guard and Marines in Los Angeles are spreading nationwide.

...more

All   More from this story   From Associated Press   Law enforcement   Politics News   Related   For you   Recently uploaded   Watched   ›

17:43

Jon Stewart on the L.A. ICE Protests and Trump's Escalating Response | The Dail...
The Daily Show ✔
6.5M views • 6 days ago
New

2:58

Deja Vu
Jesse Welles ✔
28K views • 9 hours ago
New

9:55

He's so good you have to pay $100 to 1v1 him... (Battlefront 2)
Aysoka
3.2M views • 4 weeks ago

24:33

Schiff Takes Over Senate Floor to Blast Trump's Attack on Senator Padilla
Sen. Adam Schiff ✔
835K views • 4 days ago
New

**EXHIBIT 29**

Exclusive news, data and analytics for financial market professionals     LSEG

# US Marines make first detention in LA as more protests expected

By **Omar Younis, Brad Brooks, Phil Stewart** and **Idrees Ali**

June 14, 2025 1:13 AM PDT · Updated a day ago

  



World     Business     Markets     More          My News          SUBSCRIBE

  

00:00 / 01:00

**Summary** | Companies
---

Marines detain man for nearly two hours, hand him over to DHS

Some 1,8000 anti-Trump demonstrations planned for Saturday

LA County sheriff says fewer than 1% of demonstrators causing harm

LOS ANGELES, June 13 (Reuters) - U.S. Marines deployed to Los Angeles made their first detention of a civilian on Friday, part of a rare use of military force to support domestic police and coming ahead of national protests over President Donald Trump's military parade in Washington.

The detention of the man, a U.S. Army veteran and an immigrant who obtained U.S. citizenship, punctuated a series of highly unusual events that have appealed to Trump supporters but outraged other Americans who are demonstrating discontent in the streets.

The Reuters Tariff Watch newsletter is your daily guide to the latest global trade and tariff news. Sign up here.

Trump ordered the Marines to Los Angeles in response to street protests over immigration raids, joining National Guard forces already deployed to the city over the objection of California's governor. Trump said troops were necessary to quell the protests - a contention that state and local officials dispute.

Feedback

About 1,800 protests are scheduled across the U.S. on Saturday in opposition to the Washington military parade that marks the 250th anniversary of the U.S. Army and coincides with Trump's birthday.

Both the military parade and domestic use of active duty troops are uncommon for the United States, as was the military detention of a U.S. citizen on American soil. It was also unusual when federal agents forcibly removed and handcuffed a U.S. Senator on Thursday as he interrupted a press conference by Homeland Security Secretary Kristi Noem.

Trump has thrived politically on unconventional tactics.

But Democratic opponents are starting to push back. Fifteen protests are expected in Los Angeles alone, Mayor Karen Bass said, urging people to remain peaceful.

"We are here today because the raids have caused fear and panic," Bass said, joined by two dozen elected officials to oppose the raids and military presence. "Can the federal government come in and seize power from a state and from a local jurisdiction? How much will the American people put up with?"

About 200 Marines were assigned to protect the Wilshire Federal Building in Los Angeles, part of a battalion of 700 Marines sent to support the National Guard, said Army Major General Scott Sherman, who is in command of both the National Guard and Marine forces.

The Marines and National Guard deployed in Los Angeles are assigned to protect federal property and personnel and may temporarily detain people, but they are required to turn them over to civilian law enforcement for any formal arrest.

### ARMY VETERAN DETAINED

Reuters witnessed Marines detain one person at the Wilshire Federal Building. Reuters images showed Marines restraining his hands with zip ties and then handing him over to civilians from the Department of Homeland Security (DHS) nearly two hours later.



[1/2] U.S. Marines detain Marcos Leao, a 27 year-old veteran, outside the Wilshire Federal Building after Marines were deployed to Los Angeles, as protests against federal immigration sweeps continue, in Los Angeles, California, U.S. June 13, 2025. REUTERS/Aude Guerrucci  Purchase Licensing Rights

U.S. military confirmed the detention after being presented with Reuters images, in the first known detention by active duty troops.

The detained man, Marcos Leao, 27, an immigrant and a U.S. Army veteran, said after he was released that he was told to get on the ground upon venturing into a restricted area, as he crossed a line of yellow tape to avoid walking around the building.

Leao, who said he is Portuguese and Angolan and became a U.S. citizen through the military, said he complied with all commands and that the Marines apparently mistook him for a protester when he simply had business with the Veterans Administration office inside the building.

Feedback

"They treated me very fairly," Leao said, adding that he was told, "Understand, this is a whole stressful situation for everybody, and we all have a job."

Asked about the incident, the U.S. military's Northern Command spokesperson said active duty forces "may temporarily detain an individual in specific circumstances," and that the detention would end when the person is transferred to civilian law enforcement.

DHS referred press queries to the Northern Command.

Meanwhile, Los Angeles demonstrations continued for an eighth straight day, after they were sparked last Friday by a series of immigrations raids.

The demonstrations have been concentrated in the downtown area, and fewer than 1% of those present have caused problems, Los Angeles County Sheriff Robert Luna said.

Some people have been charged with assaulting a police officer, looting, or damaging property.

There was a "big difference" between legitimate protesters and "people who are coming out to cause problems," Luna said at a press conference in which law enforcement officers said they welcomed peaceful protests on Saturday but warned they would arrest those who harm others or damage property.

Bass implemented a curfew over one square mile (2.5 square km) of the downtown area, which officials said has been useful for maintaining order.

Bass said there was "no termination date" for the curfew.

"We are hoping that if the cause of the turmoil ends, which is stopping the raids, then I can almost guarantee you the curfew will go away in short order," Bass said.

Reporting by Omar Younis, Brad Brooks, Sebastian Rocandio, Arafat Barbakh, Rollo Ross and Alan Devall in Los Angeles and Phil Stewart and Idrees Ali in Washington; Writing by Costas Pitas and Daniel Trotta; Editing by Mary Milliken, Mark Porter, David Gregorio, Rod Nickel, Sandra Maler and Raju Gopalakrishnan

Our Standards: **The Thomson Reuters Trust Principles.** [↗]

Suggested Topics:  United States    Human Rights

Purchase Licensing Rights

---

**Phil Stewart**
Thomson Reuters

Phil Stewart has reported from more than 60 countries, including Afghanistan, Ukraine, Syria, Iraq, Pakistan, Russia, Saudi Arabia, China and South Sudan. An award-winning Washington-based national security reporter, Phil has appeared on NPR, PBS NewsHour, Fox News and other programs and moderated national security events, including at the Reagan National Defense Forum and the German Marshall Fund. He is a recipient of the Edwin M. Hood Award for Diplomatic Correspondence and the Joe Galloway Award.

**Idrees Ali**
Thomson Reuters

National security correspondent focusing on the Pentagon in Washington D.C. Reports on U.S. military activity and operations throughout the world and the impact that they have. Has reported from over two dozen countries to include Iraq, Afghanistan, and much of the Middle East, Asia and Europe. From Karachi, Pakistan.

## Read Next

‹ ›

United States
**Trump administration weighs adding 36 countries to travel ban**

**Police hunt for gunman who shot Minnesota lawmakers while posing as officer**

United States
**Americans don't see Supreme Court as politically neutral: Reuters/Ipsos poll**

United States
**Virginia governor's race a test of Trump's grip on competitive state**

**Minnesota shooting suspect told friend in text message: I might be dead soon**

United States
**Estee Lauder Ch Emeritus Leonar dies at 92**

Feedback

**EXHIBIT 30**



*Search incidents and safety information*

SEARCH

# Current Emergency Incidents

Ongoing emergency responses in California, including all 10+ acre wildfires.

| **268,101** Total Emergency Responses | **2,353** Wildfires | **76,292** Acres Burned | **30** Fatalities |
|---|---|---|---|







Maps

**LAYERS**                                                                    ✕

☑ Air Assets        ☑ Evacuation Orders and Warnings    ☑ Recent Perimeters    ☐ Wind

☑ Fires 10 Acres or Less    ☐ Prescribed Fires    ☐ 5-Year Fire History    ☐ Lightning

☑ Red Flag Warnings    ☐ Smoke and Haze

**CURRENTLY ACTIVE INCIDENTS**          **Search:**    Search incidents

| INCIDENT | COUNTIES | STARTED | ACRES | CONTAINMENT | |
|---|---|---|---|---|---|
| **Dogs Fire** | Kern | 6/13/2025 | 4,407 | 100% | ○ |
| **Ranch Fire** | San Bernardino | 6/10/2025 | 4,293 | 80% | ○ |
| **Bitter Fire** | San Luis Obispo | 6/14/2025 | 1,300 | 90% | ○ |
| **Firestone Fire** | Fresno | 6/12/2025 | 482 | 90% | ○ |
| **Riosa Fire** | Placer | 6/15/2025 | 40 | 20% | ○ |
| **Miller Fire** | Trinity | 6/09/2025 | 30 | 20% | ○ |
| **Ford Fire** | Colusa | 6/11/2025 | 14 | 100% | ○ |

**ALL 2025 INCIDENTS**    **3D MAP**    The information presented here reflects what is known to CAL FIRE and is updated frequently. **Learn more about data processing**

# Seasonal Outlook

The fire outlook for California from April through July 2025 highlights differing regional risks as the state transitions toward fire season.

In Northern California, significant precipitation in March and lingering snowpack at mid to upper elevations will continue to act as barriers to fire spread through May. However, weather patterns are expected to shift toward warmer and drier conditions from May into July, increasing the flammability of lowland areas... particularly oak-woodlands away from marine layer influence. Despite this shift, significant fire potential remains normal for now, aligning with historical patterns during spring months.

Southern California, on the other hand, continues to experience severe to exceptional drought, especially across the South Coast and Colorado Desert. While the region initially saw limited grass and fine fuel growth earlier in the season, late-season rains have since promoted herbaceous growth. These fine fuels will become increasingly flammable once cured, adding to the risk of large fires..,. especially in timber-dominated mountainous areas where precipitation has remained below average since October 2024.

The likelihood of above-normal significant fire potential is projected to increase in Southern California from late

spring into summer. A transition from La
Nina to neutral conditions is expected
during this time, which may reduce
predictability in fire weather but could
strengthen coastal marine layer effects
in some areas.

Overall, Northern California maintains
normal fire potential through May, while
Southern California (particularly the
South Coast) faces a growing threat of
large fires due to persistent drought and
increasingly flammable fuels.

**STATISTICS**

**GET SMS ALERTS** ⬀

## INCIDENTS BY YEAR

ACTIVE     2025     2024     2023     2022

2021     2020     2019     2018     2017     2016



**DATA ACCESS FOR SOFTWARE
DEVELOPERS**

# Incident Data

Incident data is provided in raw, computer
readable formats and requires further

processing using specialized software. Two additional API parameters include year (values include a year in the YYYY format) and inactive (values include true and false). CAL FIRE doesn't provide software development support at this time.

**ALL DATA AS CSV**

**JSON API**                    **GEO JSON API**

## DISCLAIMER

Information presented on the departments website is a representation of the existing wildfire situation, based on the information readily available to CAL FIRE. We make every effort to provide accurate and complete information, however the data is subject to review and change. This site provides general information concerning an incident. All of our information comes from the firelines and must be approved by the Incident Commander in charge of managing the incident prior to release. As battling a fire, or handling any other disaster is the priority, updates to these sites cannot be guaranteed on a set time schedule. Please use the information on these pages only as a reference. The sites are not meant to provide up-to-the-minute evacuation or fire behavior information. Please refer to the fire information phone numbers provided on this site, and website links for additional information, and monitor your local radio stations for emergency broadcasts. If you live in a wildland area always have an evacuation plan in place. Fires occur throughout the State within CAL FIRE jurisdiction on a daily basis during fire season. However, the majority of those fires are contained quickly and no information will generally be provided on these incidents at this site if the fire burns less than 10 acres. If you would like to obtain information about a CAL FIRE fire burning in your area that is not included on this web site, please contact the CAL FIRE Unit that our county.

### QUICK LINKS

About Us

### PROGRAMS

Board of Forestry and Fire Protection

### GRANTS

Business and Workforce Development

Current Incidents

2025 Incidents

Defensible Space

Resources

Statistics

Subscribe to Newsletter

Residential Burn Permits

Communications

Equal Employment
Opportunity

Fire and Resource
Assessment Program

Fire Protection

Natural Resource
Management

Office of the State Fire
Marshal

Professional Standards
Program

California Forest
Improvement Program

Forest Health

Forest Legacy

Urban and Community
Forestry

Wildfire Prevention

Tribal Wildfire Resilience

Wildfire Resilience

Back to Top    Accessibility    Language Access    Conditions of Use    Privacy Policy    Site Map
Glossary of Terms

Copyright © 2025 State of California

**EXHIBIT 31**

**LAPD**

# How mostly peaceful 'No Kings' rally in downtown LA suddenly turned chaotic

New groups of people were seen arriving at the rally, throwing objects at law enforcement officials at around 4 p.m. Saturday.

By **Helen Jeong** • Published June 14, 2025 • Updated on June 14, 2025 at 7:37 pm

Log in or create a free profile to save articles



Within minutes, more law enforcement personnel came out to the area where unlawful assembly was declared. This video was broadcast during

After more than 200,000 people peacefully marched and gathered in downtown Los Angeles for the planned "No Kings" protest on Saturday, the mostly cordial or even harmonious rally drastically changed the tone late Saturday afternoon.

The Los Angeles Police Department issued a dispersal order in parts of downtown Los Angeles, especially around the Hall of Justice building on Spring and Temple Streets, as some protesters began throwing objects at officers at around 4 p.m.

## Trending Stories



**IMMIGRATION**
Tourists share their impressions of Los Angeles during a week of protests



**RIVERSIDE**
1 person injured after car rams into 'No Kings' protesters in Riverside



**PROTESTS**
Saturday recap: 7 LAPD officers injured in altercations with 'agitators' in downtown LA



**IMMIGRATION**
Federal agents appear at Santa Fe Springs Swap Meet



**PALM SPRINGS**
Arrest made after man threatens to shoot at 'No Kings' protest in Palm Springs

**SPONSORED**
Use This Godzilla 70th Anniversary Whiskey Bottle to...

also noticed that "something shifted" with the rally.

"You started to have these agitators who came here with the purpose of creating chaos, and they started to attack police officers and deputies," LA County Sheriff Robert Luna told NBC Los Angeles Saturday evening.

Luna said at least one deputy was injured as well as a horse from the department's Mounted Enforcement Detail division. The LAPD did not report any officer injuries as of Saturday afternoon.

"You literally have people attacking horses. That's crazy," Luna added.



Groups of 'agitators' organize, plan to disrupt …

## Local

Get Los Angeles's latest local news on crime, entertainment, weather, schools, cost of living and more. Here's your go-to source for today's LA news.



**LOS ANGELES • 1 HOUR AGO**
**30+ arrests made in Saturday's downtown LA protest: LAPD**

## Weather Forecast

LOS ANGELES, CA

# 87°

TONIGHT
## 61°

Fair
0% Precip

TOMORROW
## 86°



**Arrest made after man threatens to shoot at 'No Kings' protest in...**

The LAPD also said the peaceful rally was interrupted when a small group of "agitators" began to show up.

"They had high ground on a pedestrian overcross bridge and began throwing rocks and bottles and projectiles at our officers," LAPD Deputy Chief Emada Tingirides said, explaining the assaults on officers prompted the department to declare an unlawful assembly.

Luna and Tingrides both said the violent protesters "ruined" the rally, forcing peaceful participants to disperse and leave the area.

"These individuals that are out there committing acts of violence, really just criminal acts, are running the message," Luna said. "In my opinion, it's falling right into the message of the other side of this."

Tingrides echoed Luna's concerns about the small group of people "wreaking havoc."

"It's absolutely unacceptable to throw high-grade fireworks, rocks and bottles not only at our law enforcement officers but also toward individuals, families and children that are trying to express their First Amendment rights.

A limited curfew will go into effect again Saturday for part of downtown Los Angeles from 8 p.m. to 6 a.m. It includes about 1 square mile of downtown Los Angeles from the 5 Freeway to the 110 Freeway and the 10 Freeway to the point where it merges with the 110 and 5 freeways.

This article tagged under:

**ONLINE SHOPPING TOOLS** | SPONSORED

**Amazon Is Losing Money as California Shoppers Are Canceling Prime for This Clever Hack**

**THE ECONOMIST** | SPONSORED

**Sending the National Guard to LA is not about stopping rioting**

**THE ECONOMIST** | SPONSORED

**The judge losing his patience with the Trump...**

Learn More

**GOOD HOUSEKEEPING** | SPONSORED

**69 Vintage Photos of Celebrities at the Beach**

**ADVANCEDBIONUTRITIONALS** | SPONSORED

**MIT Scientists Identify the Leading Cause of Senior Fatigue**

Read More

 LOS ANGELES

NEWSLETTERS

SUBMIT TIPS FOR INVESTIGATIONS

CONTACT US AND MEET THE NEWS TEAM

OUR NEWS STANDARDS

INTERNSHIPS WITH NBC4 AND TELEMUNDO 52 LOS ANGELES

XFINITY: INTERNET, TV, STREAMING, MORE

KNBC Public Inspection File

KNBC Accessibility

KNBC Employment Information

FCC Applications

Send Feedback

Advertise With Us

Privacy Policy

Terms of Service

Your Privacy Choices

CA Notice

Ad Choices

Copyright © 2025 NBCUniversal Media, LLC. All rights reserved

**EXHIBIT 32**

**1 day ago**

## Arrests in Los Angeles Rose–And Then Fell–During Week of Protests

By *Jennifer Calfas*

### Arrests in Los Angeles Protests

The number of arrests rose then fell during week-long protests against immigration raids

**Arrests in Los Angeles Protests**



June 8 figure includes total arrests by three law enforcement agencies.
Source: Los Angeles Police Department

The Los Angeles Police Department arrested hundreds of protesters over the last week during nightly demonstrations against the Trump administration's [intensifying efforts to deport people](#) living illegally in the U.S

The highest number of arrests came on Tuesday, the first night the city [implemented an 8 p.m. curfew](#) for a portion of downtown. Since then, arrest numbers have dropped each night and have largely been related to failure to disperse or curfew violations.

 **Share**

**EXHIBIT 33**

← **Post**

 **Rapid Response 47** ✅ ▤
@RapidResponse47

⌀ ···

 **Donald J. Trump** ✅
@realDonaldTrump

Our Nation's ICE Officers have shown incredible strength, determination, and courage as they facilitate a very important mission, the largest Mass Deportation Operation of Illegal Aliens in History. Every day, the Brave Men and Women of ICE are subjected to violence, harassment, and even threats from Radical Democrat Politicians, but nothing will stop us from executing our mission, and fulfilling our Mandate to the American People. ICE Officers are herewith ordered, by notice of this TRUTH, to do all in their power to achieve the very important goal of delivering the single largest Mass Deportation Program in History.

In order to achieve this, we must expand efforts to detain and deport Illegal Aliens in America's largest Cities, such as Los Angeles, Chicago, and New York, where Millions upon Millions of Illegal Aliens reside. These, and other such Cities, are the core of the Democrat Power Center, where they use Illegal Aliens to expand their Voter Base, cheat in Elections, and grow the Welfare State, robbing good paying Jobs and Benefits from Hardworking American Citizens. These Radical Left Democrats are sick of mind, hate our Country, and actually want to destroy our Inner Cities — And they are doing a good job of it! There is something wrong with them. That is why they believe in Open Borders, Transgender for Everybody, and Men playing in Women's Sports — And that is why I want ICE, Border Patrol, and our Great and Patriotic Law Enforcement Officers, to FOCUS on our crime ridden and deadly Inner Cities, and those places where Sanctuary Cities play such a big role. You don't hear about Sanctuary Cities in our Heartland!

I want our Brave ICE Officers to know that REAL Americans are cheering you on every day. The American People want our Cities, Schools, and Communities to be SAFE and FREE from Illegal Alien Crime, Conflict, and Chaos. That's why I have directed my entire Administration to put every resource possible behind this effort, and reverse the tide of Mass Destruction Migration that has turned once Idyllic Towns into scenes of Third World Dystopia. Our Federal Government will continue to be focused on the REMIGRATION of Aliens to the places from where they came, and preventing the admission of ANYONE who undermines the domestic tranquility of the United States.

To ICE, FBI, DEA, ATF, the Patriots at Pentagon and the State Department, you have my unwavering support. Now go, GET THE JOB DONE! DJT

5:47 PM · Jun 15, 2025 · **3.1M** Views

💬 1.5K          ⟲ 4.9K          ♡ 24K          🔖 1.1K          ⬆️

**EXHIBIT 34**



LOCAL NEWS

## More than 500 arrests made over 8 days of protests in Los Angeles: LAPD

by: **Will Conybeare**
Posted: Jun 15, 2025 / 12:54 PM PDT
Updated: Jun 15, 2025 / 12:54 PM PDT

SHARE        

The Los Angeles Police Department says more than 500 arrests have been made in connection with protest activity over the course of eight days.

In a media release issued Sunday, LAPD confirmed that, since June 8, a total of 561 arrests were made related to protests across Los Angeles.

A dozen LAPD officers have been injured due to protest activity since June 8 as well, LAPD said, including three on Saturday. According to police, 38 arrests were made on Saturday night for various charges, including 35 for curfew violations, one for failure to disperse, one for resisting, obstructing or delaying a police officer and one for resisting arrest.

**Man with gun arrested after trying to start fight at Orange County protest**  ❯

"During the crowd control situation, numerous less-lethal munitions were used," LAPD's media release stated. The department was unable to comment on one man's testicle being "shattered" after he was shot by a rubber bullet from close range.



*Los Angeles County Sheriffs arrest a demonstrator during a protest Saturday, June 14, 2025, in Los Angeles. (AP Photo/Ethan Swope)*    *A protester is seen being detained on the 7th day of protests in Los Angeles. June*

1 / 6

Saturday's protests were part of the "No Kings" movement that spurred demonstrations across Southern California and across America. They remained much more peaceful than the protests over federal immigration raids in the L.A. area over the past week that, at times, turned violent and destructive.

Los Angeles police released arrest numbers by day starting on June 7:

- **June 7:** 29 arrests for failure to disperse
- **June 8:** 21 arrests; charges range from attempted murder with a Molotov cocktail, assault with a deadly weapon on a police officer, looting and failure to disperse
- **June 9:** 96 arrests for failure to disperse, 14 arrests for looting, one each for assault with a deadly weapon, resisting arrest and vandalism
- **June 10:** 203 arrests for failure to disperse, three for firearms possession, one for assault with a deadly weapon on a peace officer and one for discharging a laser at an LAPD airship; there were also 17 arrests for curfew violations (the curfew instituted by L.A. Mayor Karen Bass went into effect at 8 p.m. that night)
- **June 11:** 71 arrests for failure to disperse, seven for curfew violations, two for assault with a deadly weapon on a police officer, one resisting a police officer
- **June 12:** 33 arrests for failure to disperse, 13 for curfew violations, one for resisting a police officer and one for pointing a laser at an LAPD airship. One person who was detained for violating curfew was also arrested on a robbery warrant
- **June 13:** 18 arrests for curfew violation, one for assault with a deadly weapon
- **June 14:** 35 arrests for curfew violation, one each for failure to disperse, resisting, obstructing or delaying a police officer and resisting arrest

The next update on arrests connected to protest activity is expected Monday morning.

While LAPD stated a total of 561 arrests were made, the data provided by officials indicates that 574 arrests were made, which equates to roughly 70 to 71 arrests per day.

KTLA has reached out to the department for more information on the discrepancy.

[ Suggest a Correction ]

**READ NEXT >**

**Singer performs U.S. national anthem in Spanish at Dodger Stadium**

**READ NEXT >**

**Next story in 5**                                                        Cancel

**EXHIBIT 35**



24/7 Live                                                            78°

SOCIETY

# Several people taken into custody during immigration raid at Santa Fe Springs Swap Meet

By Tim Pulliam and Amanda Palacios 

Monday, June 16, 2025 12:36AM

Este artículo se ofrece en Español →



Several people were taken into custody Saturday afternoon during an apparent immigration raid at the Santa Fe Springs Swap Meet.

SANTA FE SPRINGS, Calif. (KABC) -- Several people were taken into custody Saturday afternoon during an apparent immigration raid at the Santa Fe Springs Swap Meet.

The operation unfolded around 3:30 p.m. along Alondra Boulevard, just off the 5 Freeway.

AIR7 was above the scene and captured exclusive video of U.S.

Department of Homeland Security agents on the property, taking people into custody.

Several people were at the swap meet for a Saturday night concert, which was later canceled.

"First of all, it was a little unbelievable because I've been seeing it, and it hadn't directly happened to me," said one visitor. "I don't live in this area, I live in the San Fernando Valley, so to see it firsthand was kind of shocking, but also very disheartening. My father came to this country in 1968 and works very hard. I know a lot of Latinos work really hard, it's just disheartening the amount of fear that they're creating."

One witness said the agents were asking people where they were from.

"I told them I was from the United States, and then they proceeded to walk away, and they took a picture of me with a specialized cellphone camera," he said. "I took it as a personal threat. I have an uncle who served in World War II. I have an uncle who served in Korea."

Eyewitness News contacted Homeland Security Investigations for details on Saturday's operation, but has not received a response.

On Sunday, the Santa Fe Springs Swap Meet reopened, but was mostly empty after Saturday's raid.

**CORRECTION: A previous version of this story stated that Marines were also present during the raid, but according to the U.S. Department of Defense, there were no Title 10 forces or U.S. Marines present at the Santa Fe Springs Swap Meet, and the Department of Defense was not involved in the operation. This post has been updated to reflect that correction.**

Report a correction or typo

**Related Topics**

SOCIETY    SANTA FE SPRINGS    LOS ANGELES COUNTY

IMMIGRATION    ICE    RAID    LOS ANGELES

Copyright © 2025 KABC Television, LLC. All rights reserved.

**Topics**

Home

Weather

Traffic

U.S. & World

Politics

Consumer

**Regions**

Los Angeles

Orange County

Inland Empire

Ventura County

California

**More**

Live Video

Apps

ABC7 En Español

Investigations

Shop

**Company**

Submit News Tips

TV Listings

About ABC7

**EXHIBIT 36**

# *California's Wildfires Could Be Brutal This Summer*

Experts say there could be more large wildfires than usual this year. Here's why.

---

 ▶ Listen to this article · 6:21 min   Learn more

 **By Amy Graff**
Amy Graff is a reporter on The Times's weather team. She is based in San Francisco.

June 16, 2025   Updated 2:21 p.m. ET

With Los Angeles still recovering from the devastating fires that killed at least 30 people and destroyed thousands of homes, California's residents are being warned that the summer, typically the worst season for wildfires, could be especially brutal this year.

Every summer across the state, the atmosphere dries up and the temperatures turn warm, sucking moisture from the landscape and turning the parched vegetation into kindling, ready to burn under the right conditions. This year, forecasters are already seeing signs that the pattern could be more intense than usual.

The snow in the Sierra Nevada, the frozen reservoir that moistens the landscape through the spring, is nearly gone; it melted off earlier than normal. This year's grass crop is plentiful, especially in Northern California, which received more rain than the southern part of the state, and it's already fueling fires as it dries out. And forecasters predict the summer will be exceptionally hot.

All of this adds up to a higher probability of more large wildfires than usual this summer, with the possibility that even the smallest spark could explode into a significant wildfire if not stopped quickly.

"The thing with wildfires is it could be the hottest summer on record, but to have fires, you need ignitions," said Dr. Dan McEvoy, a regional climatologist at the Western Regional Climate Center in Reno, Nev.

In addition to a tough weather forecast, firefighting efforts face a new challenge this year: cuts to the federal agencies that assist with firefighting, prevention and recovery, including the National Weather Service, the U.S. Forest Service and the Federal Emergency Management Agency.

Tim Chavez, an assistant chief with Cal Fire, the state's firefighting agency, said that even before this year's sweeping changes, part of President Trump's efforts to remake the government work force, some federal agencies were "struggling to keep their engines staffed." If the staffing shortage worsens, he said, Cal Fire expects it will have to take up the slack on fires burning on federal land that are usually managed by the Forest Service.

"That impacts our ability to respond to our own state responsibility fires," Mr. Chavez said. "There's no doubt about it, especially when it comes to aircraft and crews, which is always the first thing you run out of."

# Wildfire season in California is year-round.

In a changing climate, wildfires in California went from a seasonal hazard to year-round catastrophes, but the peak, when fires are most abundant and the most acres burn, is still June through October.

Several small fires have already raced across the rolling hills of Northern California, where the healthy grass crop dried out this spring as temperatures warmed up.

---

**Sign up for Your Places: Extreme Weather.** Get notified about extreme weather before it happens with custom alerts for places in the U.S. you choose. Get it sent to your inbox.

---

Last month, the Inn fire burned in the Eastern Sierra foothills outside Yosemite National Park, threatening Mono City.

"This fire activity in the Eastern Sierra kind of worries me," Mr. Chavez said. "I can't remember a fire in the Eastern Sierra that went up the mountains like that one did. Usually they burn through the river bottom and stay in the flats, and once they get on the slope, they kind of go out."

More fires, and much bigger ones, are expected in the months ahead. By September, officials predict fire activity across most of the state will be above normal this year.

In the last 10 years, the total number of acres burned by significant wildfires has varied from year to year. In 2020, when dry lightning sparked an outbreak of wildfires across Northern California, more than 4.3 million acres burned, but in 2022 and 2023, only about 300,000 acres burned each year. On average, about 1.4 million acres burn a year.



The melting of the snowpack in the Sierra Nevada, shown here in December, affects wildfire season. Most of it had melted from everywhere but the highest elevations by June. Emily Najera for The New York Times

The snowpack in the Sierra Nevada is a crucial data point for the summer wildfire outlook. A robust snowpack delays wildfire season, but a meager one, like this year's, accelerates it. Most locations melted off several days to weeks earlier than usual because of warm, clear days in spring, and snow remained only at the highest elevations into June.

Weather models forecast that temperatures from July through September will fall within the warmest 20 percent of recent summers, according to Daniel Swain, a climate scientist at the University of California, Los Angeles.

"This summer looks to be pretty high in the record books, and that has some significant implications for fire season," Mr. Swain said.

When the heat waves break down, winds are expected to pick up, fanning vegetation and drying it out even more and spreading any fires that have started.

"I'm expecting this summer to be the year of wind and heat," said Brent Wachter, a fire meteorologist with the U.S. Forest Service in Redding, Calif.

## This year's summer wildfire forecast is very different from last year's.

It can be difficult to predict wildfire activity.

In 2024, officials predicted the summer would bring below-normal wildfire activity to some areas, in part because the snowpack was robust after a wet winter and expected to provide relief well into summer. Long-term forecasts at the time suggested below-normal temperatures.

The forecast didn't pan out.

"We basically had a two-week-long heat wave event at the start of July, which is unprecedented," Mr. Wachter said.

The heat set up the conditions for the Park fire, which tore through 430,000 acres in the wilderness of Northern California in August, becoming the fourth largest wildfire in state history.



The Park fire last year was the fourth largest in California's history.  Loren Elliott for The New York Times

Mr. Wachter said the prolonged heat wave dried the landscape in what he calls a "flash drought" and set the stage for a fire of that size in a summer when reservoirs were full after a wet winter.

"If it just was a three-day heat wave event, the likelihood of that fire exploding that quickly in a short amount of time, just in a few days, I just don't think it would have been that way," he said.

Mr. Wachter anticipates that this summer will bring more flash droughts, intensifying existing drought conditions in Southern California after a dry winter and creating drought conditions in Northern California.

"I think flash drought is going to be one of the buzz words this summer, and that's mainly from the heat waves being more extended," he said.

**Amy Graff** is a Times reporter covering weather, wildfires and earthquakes.

**EXHIBIT 37**

**Los Angeles Ice protests**

# At Home Depot, Ice raids terrorize the workers who helped build LA: 'They just come and grab you'

**Undocumented laborers have long gathered in the chain's parking lots hoping to get hired, but now there is a 'terrible fear'**



📷 A Home Depot worker cleans up the store's sign a day after clashes between protesters and law enforcement, in Paramount, California, on 8 June. Photograph: Jill Connelly/Reuters

**Maanvi Singh** *in Los Angeles*

Mon 16 Jun 2025 07.44 EDT

The white vans zipped into the parking lot of the Home Depot in central Los Angeles.

Pedro watched from the corner as masked federal immigration agents emerged before grabbing and handcuffing people.

There were a hundred or so day laborers milling about the home improvement megastore's sprawling parking lot - soliciting construction work from homeowners and contractors - plus Home Depot shoppers and a number of food vendors. Everyone was suddenly frantic.

It took a few seconds for Pedro to grasp what he was seeing. Unlike most of the other workers and vendors there, the 27-year-old from Mexico had a legal residency status, so he jumped up to help, trying to usher away workers. Schools were out for the summer, so a couple of the vendors had brought their children with them that day. "Imagine - young children," he said. "They all started to run."

That raid - and subsequent ones at a nearby garment manufacturer in downtown LA - sparked massive protests in LA, which the Trump administration tried to quell by mobilizing thousands of national guard troops. It also disrupted and destabilized the little economy at the Home Depot parking lot, along Wilshire Boulevard and Burlington Avenue, in ways that Pedro said he's still trying to understand.



📷 A road blocked with shopping carts during a clash between protesters and federal agents near the Home Depot in Paramount. Photograph: Allison Dinner/EPA



📷 A protester is arrested near the Home Depot in Paramount. Photograph: Allison Dinner/EPA

In the days after, vendors selling lunch and fruits stopped coming. Hardly any workers came. "Look – nothing, just silence," Pedro said as he gestured around. "I have never seen anything like this before. Not here. Never here in LA."

The immigration enforcement raids in California have been targeting undocumented immigrant workers all across southern California – at donut shops, car washes, factories and farms.

But among the most common sites have been Home Depots. The chain has long maintained an unofficial, symbiotic relationship with the undocumented laborers who gather in store parking lots, hoping to get hired for a day of painting, landscaping or roofing.

Federal agents trialled the tactic in January, when they rounded up immigrants at a Home Depot in California's agricultural Kern county. Over the past week, agents have visited Home Depot parking lots in the LA suburbs of Huntington Park, Santa Ana and Whittier.

"These workers, this community, has been here for decades," said Jorge Nicolás, a senior organizer at a day labor center called Central American Resource Center (Carecen). The group maintains a resource center for workers abutting the Home Depot lot in LA's Westlake neighborhood, near downtown. On Fridays, the organization distributes food there – but since the raid, they have stopped, to avoid putting workers and families at risk.

"There's a lot of emotions, a lot of sadness," he said.

There is also indignation. The raids have entrapped the very immigrant workers who have built, roofed, painted and wired much of the city, he said.

Many of these workers have been helping clean and rebuild communities in the areas devastated by the wildfires that tore through the region this year.



📷 Protesters in Paramount on 7 June. Photograph: Allison Dinner/EPA

Nicolás was nearby when the agents arrived on Friday.

For laborers who escaped military juntas and gang violence in their home countries, the masked, armed agents triggered painful flashbacks to cartel kidnappings. "It looked like a war zone," he said.

Lawyers said they had been blocked from speaking to immigrants who were held in the basement of federal administrative buildings in downtown LA for days, without adequate food or water. Some were transferred to detention centers in California's high desert, or in Texas. At least a handful of people were deported to Mexico almost immediately, according to lawyers.

The Department of Homeland Security (DHS) flatly denied that attorneys had been barred from seeing detained clients. "These allegations are FALSE," spokesperson Tricia McLaughlin said, despite documented evidence that attorneys and even congressional representatives were barred from speaking to detainees this week.

In the days following the raids, Nicolás and other advocates struggled to track the day laborers who had been arrested. "It really does look like a kidnapping," he said.

Agents have picked off people with brown skin seemingly at random, said Nicolás. "Even workers with legal status are worried."

## 'It is a terrible fear'

On Monday, Eduardo saw another raid unfold at a Home Depot in Huntington Park, a city where nearly 97% of residents are Latino or Hispanic.

"They just come and grab you, like grabbing a baby," said the 45-year-old day laborer. "They don't ask any questions."

He watched the whole thing from inside his flatbed truck. It was so fast – all of a sudden, a rush of vans, and a flood of armed agents.

He got lucky – they didn't look his way.

"It is difficult to describe. It is a terrible fear," he said. "It feels like a sandbag falling on your body. Your vision starts to darken – because the American dream is escaping you at that moment. And all you can do is dream of your land, imagine what it would be to go back after so many years."

Eduardo came to the US from Honduras 18 years ago. His older daughter is almost 24, and his younger is nine, and they were worried about him returning to the Home Depot on Thursday. He was worried, too. "But they already came, and they left me alone," he said, shrugging. "And I need the work."

Only two other laborers and a couple of food vendors decided to take the risk to show up to work the next day. He's scarcely seen a shopper since.

Across the lot, Carlos, 48, was scanning the half-empty scene. On a typical day, he would make $200, maybe even $300, selling fruit out of the back of his minivan. But since the raids began, he's scarcely seen a customer. He expects he'll make maybe $50 this week, if he's lucky.



📷 Graffiti near the Home Depot in Paramount, on 7 June. Photograph: Allison Dinner/EPA

He was at home when the raid happened, and friends messaged him to warn him not to come. He returned to the Home Depot the next day, despite the objections from his nine-year-old son, who was terrified he wouldn't come back. But he's a single dad, and he has to make rent. "I told him God watches over us," he said.

## 'Everything is different since the raid'

Across the city, day laborers and street vendors were similarly weighing the dangers of showing up to work against the risks of staying home and losing income.

On Thursday in Paramount – a predominantly Latino suburb of LA, where the presence of federal agents last Saturday triggered a roaring protest – there were no workers outside the local Home Depot.

But larger numbers of customers and workers had begun to return to Home Depot in the Westlake neighborhood – which was among several locations hit by federal agents in central LA on Friday – after volunteers showed up this week to patrol the street corners for Ice agents. "Now we're ready for them," said Diego, a 75-year-old day laborer and sometime flower vendor from Guatemala.

Still, everybody was on edge. There was far less work than usual, far fewer customers slowing their cars. "When someone does stop, there's like a mountain of workers rushing over," he said. "And usually they just want to hire one or two people."

Even if the lot looks the same as always, said Daniel, 45, it's not. "Everything is different since the raid. Nothing is the same," he said.

He plans to look for work here for as long as he can. "We are here because of the luck of the draw," he said. "We do not know what is going to happen from here on."

*Note: The Guardian is not using the full names of any workers in this piece, to protect their privacy and safety*

**Why you can rely on the Guardian not to bow to Trump – or anyone**

I hope you appreciated this article. Before you move on, I wanted to ask whether you could support the Guardian's journalism as we face the unprecedented challenges of covering this administration.

As Trump himself observed: "The first term, everybody was fighting me. In this term, everybody wants to be my friend."

He's not entirely wrong. Already, several large corporate-owned news organizations have settled multimillion-dollar lawsuits with the president in order to protect their business interests. Meanwhile, billionaires have intervened editorially in the news outlets they own to limit potentially unfavorable coverage of the president.

The Guardian is different: we have no interest in being Donald Trump's - or any politician's - friend. Our allegiance as independent journalists is not to those in power but to the public. Whatever happens in the coming months and years, you can rely on the Guardian never to bow down to power, nor back down from truth.

How are we able to stand firm in the face of intimidation and threats? As journalists say: follow the money. The Guardian has neither a self-interested billionaire owner nor profit-seeking corporate henchmen pressuring us to appease the rich and powerful. We are funded by our readers and owned by the Scott Trust - whose only financial obligation is to preserve our journalistic mission in perpetuity.

What's more, in a time of rising, democracy-threatening misinformation, we make our fiercely independent journalism free to all, with no paywall - so that everyone in the US can have access to responsible, fact-based news.

**With the administration already cracking down on free speech, banning reporters from the Oval Office, and the president and his allies pursuing lawsuits against news outlets whose stories they don't like, it has never been more urgent, or more perilous, to pursue fair, accurate reporting. Can you support the Guardian today?**

**We value whatever you can spare, but a recurring contribution makes the most impact, enabling greater investment in our most crucial, fearless journalism. As our thanks to you, we can offer you some great benefits - including seeing far fewer fundraising messages like this. We've made it very quick to set up, so we hope you'll consider it. Thank you.**



**Betsy Reed**
*Editor, Guardian US*

---

○ Support $5/monthly

---

○ **Support $15/monthly**                                      **Recommended**

Unlock **All-access digital** benefits:
- ✔ Unlimited access to the Guardian app
- ✔ Unlimited access to our new Feast App
- ✔ Ad-free reading on all your devices
- ✔ Exclusive newsletter for supporters, sent every week from the Guardian newsroom
- ✔ Far fewer asks for support

---

○ Support once from just $1

---

Continue →     Remind me in July     VISA  MC  AMEX  PayPal

## Related stories

| Ice raids in LA continue as armed agents target immigrant communities | Why did Angelenos swiftly resist Ice raids? Look to LA's deep immigrant roots | Families arrested in LA Ice raids held in basements with little food or water, lawyers say |
|---|---|---|
| 1h ago | 5d ago | 5d ago |



## More from **News**

Iran-Israel conflict

**Israel issues Tehran evacuation order as Iran threatens to leave nuclear weapons treaty**

28m ago

US politics

**Trump and other Republicans mock Democrats after Minnesota lawmaker killings**

43m ago

California

**California bill proposes misdemeanor for officers who cover their face on duty**

14m ago





## Most viewed

**EXHIBIT 38**

 An official website of the United States government



**Official websites use .gov**
A **.gov** website belongs to an official government organization in the United States.

**Secure .gov websites use HTTPS**
A **lock** ( 🔒 ) or **https://** means you've safely connected to the .gov website. Share sensitive information only on official, secure websites.

⊕ En Español   📱 Contact Us   🔗 Quick Links

 **U.S. Immigration and Customs Enforcement**

Search

Call 1-866-DHS-2-ICE        Report Crime

ICE    IDENTIFY AND ARREST

# Delegation of Immigration Authority Section 287(g) Immigration and Nationality Act

Partner With ICE Through the 287(g) Program

# ICE's 287(g) Program

The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 added Section 287(g) to the Immigration and Nationality Act (INA) — authorizing U.S. Immigration and Customs Enforcement (ICE) to delegate to state and local law enforcement officers the authority to perform specified immigration officer functions under the agency's direction and oversight.

The 287(g) Program enhances the safety and security of our nation's communities by allowing ICE Enforcement and Removal Operations (ERO) to partner with state and local law enforcement agencies to identify and remove criminal aliens who are amenable to removal from the U.S.

ICE recognizes the importance of its relationships with its law enforcement partners to carry out its critical mission.

The 287(g) program allows ICE — through the delegation of specified immigration officer duties — to enhance collaboration with state and local law enforcement partners to protect the homeland through the arrest and removal of aliens who undermine the safety of our nation's communities and the integrity of U.S. immigration laws.

# ICE 287(g) Program Map



# 287(g) Program Models

ICE Enforcement and Removal Operations operates three 287(g) models:

- The **Jail Enforcement Model** is designed to identify and process removable aliens — with criminal or pending criminal charges — who are arrested by state or local law enforcement agencies.
- The **Task Force Model** serves as a force multiplier for law enforcement agencies to enforce limited immigration authority with ICE oversight during their routine police duties.
- The **Warrant Service Officer** program allows ICE to train, certify and authorize state and local law enforcement officers to serve and execute administrative warrants on aliens in their agency's jail.

# How Can Your Agency Participate in the ICE 287(g) Program?

On January 20, 2025, President Donald J. Trump issued Executive Order (EO) 14159, *Protecting the American People Against Invasion*. This EO requires ICE to authorize State and local law enforcement officials, as the Secretary of

Homeland Security determines are qualified and appropriate, under section 287(g) of the Immigration and Nationality Act to the maximum extent permitted by law. Several states, including but not limited to Georgia and Florida, have passed, or are considering, State legislation mandating law enforcement agencies (LEAs) seek out or enter into memorandums of agreement (MOA) with ICE pursuant to a partnership under the 287(g) Program.

Participation in the 287(g) Program is limited to LEAs only. LEAs interested in participating in the 287(g) Program must sign an MOA with ICE. LEAs will nominate officers to participate in the 287(g) Program. Nominees must possess U.S. citizenship, complete and pass a background investigation, and have knowledge of and have enforced laws and regulations related to law enforcement activities at their jurisdictions. Task Force Model nominees must also have at least two (2) years of total sworn law enforcement officer experience. Nominees will receive training at the expense of ICE related to the immigration duties pertinent to the applicable MOA.

LEAs interested in becoming a law enforcement partner under the 287(g) Program must submit a signed Letter of Interest and signed MOA to ICE at ERO287g@ice.dhs.gov. These forms can be found below.

- **WSO**
  - WSO Letter of Interest template
  - WSO MOA (fillable)

- **JEM**
  - JEM Letter of Interest Template
  - JEM MOA (fillable)

- **TFM**
  - TFM Letter of Interest Template
  - TFM MOA (fillable)

If you have any questions about participating in the ICE 287(g) program, how to complete the necessary forms, what is required, or would like additional information, please do not hesitate to email ERO287g@ice.dhs.gov; your inquiry will be promptly answered within one business day.

# FAQs

- 287(g) Facts and Highlights
- 287(g) Jail Enforcement Model Facts
- 287(g) Task Force Model Facts
- 287(g) Warrant Service Officer Facts

# 287(g) Participating Agencies

As of June 16, 2025, at 4 p.m., ICE has signed 701 Memorandums of Agreement for 287(g) programs covering 40 states. These include JEM agreements with 110 law enforcement agencies in 27 states, 287(g) WSO agreements with 252 law enforcement agencies in 33 states, and 287(g) TFM agreements with 339 agencies in 30 states.

**View 287(g) Participating Agencies**

# 287(g) Pending Agencies

As of June 16, 2025, at 4 p.m., ICE has 73 pending 287(g) program applications. These include 9 pending JEM agreements, 27 pending WSO agreements, and 37 pending TFM agreements.

**View 287(g) Pending Agencies**

# Monthly 287(g) Encounter Reports

## ⊖ FY 2025

- May 2025
- April 2025
- March 2025
- February 2025
- January 2025

## ⊕ FY 2021

- January 2021
- December 2020
- November 2020
- October 2020

## ⊕ FY 2020

- September 2020
- August 2020
- July 2020
- June 2020
- May 2020
- April 2020
- March 2020
- February 2020
- January 2020

- December 2019
- November 2019
- October 2019

Updated: 06/16/2025

**ADDRESS**

📍 500 12th St SW
Washington, DC
20536

📱 Report
Crimes:
Call

1-866-
DHS-2-
ICE

**RELATED INFORMATION**

Enforcement and Removal Operations

Criminal Alien Program

Archived 287(g) MOAs

**LATEST NEWS**

News Releases About 287(g)

**About Us**                    **Immigration Enforcement**

**Combating Transnational Crime**          **Newsroom**



**U.S. Immigration and Customs Enforcement**

**ICE Contact Center**

Report suspicious activity: 1-866-DHS-2-ICE

ICE.gov

**An official website of the U.S. Department of Homeland Security**

| | | |
|---|---|---|
| About ICE | Archive | The White House |
| Accessibility | No FEAR Act Data | DHS Components |
| FOIA Requests | Site Links | USA.gov |
| Privacy Policy | Performance Reports | |
| DHS.gov | Inspector General | |

**National Terrorism Advisory System**