1  **ROB BONTA**
   Attorney General of California
2  THOMAS S. PATTERSON
   Senior Assistant Attorney General
3  ANYA BINSACCA
   JOHN D. ECHEVERRIA
4  MARISSA MALOUFF
   JAMES E. STANLEY
5  Supervising Deputy Attorneys General
   NICHOLAS ESPÍRITU
6  STEVEN KERNS
   JANE REILLEY
7  MEGAN RICHARDS
   MEGHAN H. STRONG
8  Deputy Attorneys General
    455 Golden Gate Ave.
9   San Francisco, CA 94102
    Telephone: (415) 510-3877
10   E-mail: Meghan.Strong@doj.ca.gov
   *Attorneys for Plaintiffs*
11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15

16 | GAVIN NEWSOM, IN HIS OFFICIAL
17 | CAPACITY AS GOVERNOR OF THE
   | STATE OF CALIFORNIA; STATE OF          DECLARATION OF PAUL S. ECK
18 | CALIFORNIA,                             IN SUPPORT OF MOTION FOR
                                             PRELIMINARY INJUNCTION
19 |                          Plaintiffs,
                                             Date:
20 |        v.                                Time:
                                             Courtroom:
21 |                                         Judge:
   | DONALD TRUMP, IN HIS OFFICIAL           Trial Date:
22 | CAPACITY AS PRESIDENT OF THE            Action Filed:
   | UNITED STATES; PETE HEGSETH, IN
23 | HIS OFFICIAL CAPACITY AS SECRETARY
   | OF THE DEPARTMENT OF DEFENSE;
24 | U.S. DEPARTMENT OF DEFENSE,

25
   | Defendants.
26

27

28
                                    1

# DECLARATION OF PAUL S. ECK

I, Paul S. Eck, declare under penalty of perjury that the following is true and correct:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

1. I am a Deputy General Counsel in the California Military Department (CMD). I have served in this role since August 2018.

2. I submitted declarations in support of the State's request for a temporary restraining order. *See* ECF 8, Ex. 3; ECF 39, Ex. 3.

**Update on Fire Conditions Since June 11, 2025**

3. Since June 11, 2025, fire conditions have improved; the weather is cooperating with firefighting. There have been no new starts and containment on existing fires is increasing. Of the 13 fires over 10 acres burning in California as of June 11, 6 are no longer active. Four of the existing 7 fires will likely be fully contained within the next two days and the Ranch Fire in San Bernardino which has consumed over 4,200 acres, is now 85% contained. But due to climate change and increased drought conditions, California faces a year-round risk of wildfires, which means that the concept of a fire "season" is outdated. The National Interagency Fire Center (NIFC) is again forecasting above normal significant fire danger for California during the next months. In addition, neighboring states Nevada and Utah are currently under National Weather Service "red flag" warnings, which adversely impacts California as a fire response partner.

**Task Force Rattlesnake Fire Prevention Work**

4. Task Force Rattlesnake's most critical work is done before any fire ignites and before fires grow greater than 5 acres.

5. As part of the California Department of Forestry and Fire Protection (CAL FIRE), Task Force Rattlesnake works to effectuate California's Wildfire and Forest Resilience Action Plan and the 2018 Strategic Fire Plan for California. These plans provide the state's policies on fire prevention and suppression, and CAL FIRE has expanded its fuel management to be consistent with those policy directives, including meeting the state and federal 1 million-acre annual restoration target by 2025.

6. A significant part of Task Force Rattlesnake fire prevention and suppression work consists of fuel reduction efforts. Fuels reduction work includes prescribed fires, tree thinning, pruning, chipping, and roadway clearance. Each of these efforts requires significant preplanning. For example, before a prescribed fire is lit, a detailed burn plan, or prescription, is created which includes comprehensive information about weather, terrain, fuel moisture, and values (natural resources, humans, developments) at risk. Prescribed fire projects must have an approved, written burn plan before a prescribed fire can be implemented.

7. The State's fuels reduction projects reduce fire hazards and risks by creating a break in horizontal and vertical fuel continuity that can modify future wildfire behavior and improve community protection efforts.

8. Task Force Rattlesnake's prevention work also includes defensible space inspections, fire prevention education, fire hazard severity mapping, and landscape scale forest health treatments.

9. Task Force Rattlesnake's fuel reduction work is critical to the State's fire prevention.

10. Moreover, once a fire has started, the immediacy and strength of the response is the most important factor in fire suppression. Assigning as many units

as possible during the "initial attack" and preventing a fire from growing beyond 5 acres is key to successful fire suppression.

11. The negative impact of the 60-day federalization of over 30% of the California National Guard will significantly undermine the State's ability to prevent and respond to State emergencies, including wildfires.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 16, 2025, at Sacramento, California.

_____
Declaration of Paul S. Eck