| | |
|---|---|
| 1 | **ROB BONTA**<br>Attorney General of California |
| 2 | THOMAS S. PATTERSON<br>Senior Assistant Attorney General |
| 3 | ANYA BINSACCA<br>JOHN D. ECHEVERRIA |
| 4 | MARISSA MALOUFF<br>JAMES E. STANLEY |
| 5 | Supervising Deputy Attorneys General<br>NICHOLAS ESPÍRITU |
| 6 | STEVEN KERNS<br>JANE REILLEY |
| 7 | MEGAN RICHARDS<br>MEGHAN H. STRONG |
| 8 | Deputy Attorneys General<br> 455 Golden Gate Avenue |
| 9 |  San Francisco, CA 94102<br> Telephone: (415) 510-3877 |
| 10 |  E-mail:  Meghan.Strong@doj.ca.gov<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**

Plaintiffs,

v.

**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**

Defendants.

Case No: 3:25-cv-04870-CRB

**DECLARATION OF JOSEPH ZIZI**

**DECLARATION OF JOSEPH ZIZI**

I, JOSEPH ZIZI, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge and on my review of information and records gathered by California Highway Patrol (CHP) staff in the ordinary course of business. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am employed by the CHP as a law enforcement officer. I graduated from the CHP Academy in August of 2000 and have been continuously employed since that time as a member of the CHP. I have been assigned to the CHP Southern Division for my entire career and have held the rank of officer, sergeant, lieutenant and captain. I currently hold the rank of Assistant Chief in the Southern Division of the CHP. As part of my duties, I have been trained in CHP's Incident Command System (ICS).

3. In my capacity as Assistant Chief, I am currently assigned as Commander of CHP's representatives participating in the multi-agency Unified Command for the protests in Los Angeles (hereafter, the "Los Angeles Protest Incidents"). I have been assigned to this post since Sunday, June 8, 2025. My regular shift is 6:00 a.m. to 6:00 p.m., although based on circumstances my shifts are typically much longer and hours may vary. In this capacity I manage CHP liaison officers also assigned to the Unified Command, including a Special Response Team Captain, staff officers responsible for Command logistics, and a Public Information Officer. My duties also include the movement of people and resources, as well as ensuring adequate staffing, supplies, relief, back up, and protection of CHP officers assigned to the Los Angeles Protest Incidents.

4. The Unified Command consists of five agencies including CHP, the Los Angeles Police Department (LAPD), the Los Angeles County Sheriff's Department (LASD), the Los Angeles Fire Department (LAFD), and the Los Angeles County

Fire Department (LACFD). The Unified Command is housed at the Los Angeles Police Academy in the City of Los Angeles. Each agency designates its own representatives to the Unified Command. Incident Commanders designated from each agency are of similar rank and collaborate on management objectives, goals and operational plans.

5. Since the protests in Los Angeles began on June 6, thousands of officers from LAPD, LASD, CHP and local law enforcement agencies from Los Angeles and neighboring counties have responded to the incidents. Each agency's deployment has fluctuated over the course of the incident. Based on a report I have received, LAPD's maximum deployment to date has been 3,316 officers deployed over a 24-hour period on June 14, and LASD's maximum deployment to date was 581 deputies deployed on the same day. Neighboring law enforcement agencies have also continued to provide additional support in response to requests made through California's Law Enforcement Mutual Aid System, managed by the Governor's Office of Emergency Services. As of 0709 on Sunday, June 15, there were 117 officers from neighboring agencies deployed to assist the Los Angeles Sheriff's Department through the Mutual Aid System.

6. Since the beginning of the protests, CHP officers have also played an important role in responding to the developing situation in Los Angeles, ensuring public safety by keeping protestors off major freeways, providing support for crowd control, and making arrests as necessary.

7. CHP, as of June 15, had approximately 800 uniformed personnel assigned specifically to manage these protest incidents each day. This includes approximately 250 uniformed personnel working a day shift from 0600 to 1830 each day, and a night shift of approximately 150 uniformed personnel working from 1800 to 0630 each day, as well as approximately 400 personnel from Special Response Teams, described below, assigned each day. In addition to the approximately 800 personnel assigned specifically to manage these protest

incidents, CHP has approximately 240 additional uniformed personnel working at stations in the area and on standby to respond to emergency situations as needed.

8. From June 7 through June 14, 2025, CHP's tactical alert expenditures in connection with the Los Angeles Protest Incidents (costs over and above normal operating expenses) are estimated to have totaled approximately $7 million, with the largest expenditures coming on June 9, 10, and 11. These cost figures are preliminary and subject to adjustment as CHP collects and reviews additional reports and information.

9. The Special Response Teams assigned to Los Angeles were drawn from five different CHP Divisions around the state. The Special Response Teams are specially equipped and trained in crowd control techniques and have been responsible for CHP's response to unlawful protest. In addition to the annual training on managing civil disturbances that all CHP officers receive, all Special Response Team members are required to complete an initial Commission on Peace Officer Standards and Training certified 24-hour course. Each Division's Special Response Team also completes quarterly training on relevant topics. Further, Special Response Team members annually complete an additional 12-hour recertification course, which includes practical scenarios based on current events. Additionally, the Special Response Teams have Logistics Units that are responsible for booking arrestees, furnishing necessary supplies, and transport of arrestees. During the Los Angeles Protest Incidents, these Special Response Teams have been used as a rapid reaction force mobilizing quickly to hot spots as needed.

10. In addition to these Special Response Teams, CHP has deployed numerous other specialized units to Los Angeles to help manage these incidents. These include commercial enforcement units providing logistics and supplies; canine units; air operations units, including airplanes and helicopters, that monitor and track crowd movements, and have the capability to track particular vehicles believed to have been involved in criminal activity; mounted units on horseback

1  specially trained in crowd control techniques; and a detective unit that specializes in
2  the investigation of felonious criminal activity, including identification and
3  investigation of individuals who assault law enforcement officers.
4      11. Finally, CHP uniformed officers also provide security and traffic control
5  on major freeways in the area, including US-101 and on/offramps.  In particular,
6  they are focused on preventing freeway incursions by protestors and other
7  pedestrians.  CHP also maintains a Mobile Field Force ready to respond to incidents
8  on freeways in and around Los Angeles.
9      12. Over the course of these protests and related incidents, state and local law
10 enforcement agencies have arrested numerous individuals.  LAPD made 29 arrests
11 on Saturday, June 7.  The number of arrests made increased following deployment
12 of the National Guard on June 8.  In Los Angeles, between LAPD, LASD, and
13 CHP, there were 43 arrests on Sunday, June 8; 135 arrests on Monday, June 9; 295
14 arrests on Tuesday, June 10; 85 arrests on Wednesday, June 11; 52 arrests on
15 Thursday, June 12; 35 arrests on Friday, June 13; 56 arrests on Saturday, June 14;
16 and 2 arrests on Sunday, June 15.  These numbers are preliminary and may change
17 as more data is collected and reviewed.  Although there have been some arrests for
18 acts of violence and property destruction, based on information and belief the
19 majority of the arrests made to date have been for failure to disperse after law
20 enforcement declare an unlawful assembly.
21     13. Since June 8, violent incidents at federal facilities have been concentrated
22 in the immediate vicinity of the Edward R. Roybal Federal Building and U.S.
23 Courthouse in downtown Los Angeles, as well as the federal building in Santa Ana
24 and facility in Paramount.  Other than incidents at those locations, I have not
25 received reports of violence at other federal facilities in and around Los Angeles,
26 including those in Westwood and Long Beach.
27     14. Law enforcement officers experienced significant violent assaults on the
28 weekend of June 7 and 8.  On these days, law enforcement officers in downtown

Los Angeles, Paramount, and Compton were the target of assaults, including from thrown projectiles such as rocks, bottles, fireworks, and other objects. At least one incident involved a Molotov Cocktail thrown at officers. These incidents led to some state and local law enforcement officers sustaining injuries, mostly minor.

15. As a result of these incidents, state and local law enforcement agencies significantly increased their presence at the Los Angeles Protest Incidents in the following days. CHP deployed the Special Response Teams described above and other law enforcement agencies also increased staffing. California's Law Enforcement Mutual Aid System was also utilized to obtain support from neighboring law enforcement agencies. Maximum law enforcement deployments were on Saturday, June 14, in anticipation of large protests planned for that day. Although there were significant violent incidents on the evening of June 14, state and local law enforcement agencies were able to respond to those events with the increased staffing available.

16. Civil unrest in Los Angeles County is typically managed effectively by state and local law enforcement without the intervention of the National Guard or active-duty Marines. CHP and our allied local law enforcement agencies continue to monitor the evolving situation and are taking steps to prepare for any future civil unrest.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 16, 2025, at Los Angeles, California.

Signed by:

*Joseph Zizi*
F3A243C55C72431...

Joseph Zizi

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7

Declaration of Joseph Zizi (3:25-cv-04870-CRB)