```
 1   ROB BONTA
     Attorney General of California
 2   THOMAS S. PATTERSON
     Senior Assistant Attorney General
 3   ANYA BINSACCA
     JOHN D. ECHEVERRIA
 4   MARISSA MALOUFF
     JAMES E. STANLEY
 5   Supervising Deputy Attorneys General
     NICHOLAS ESPÍRITU
 6   STEVEN KERNS
     JANE REILLEY
 7   MEGAN RICHARDS
     MEGHAN H. STRONG
 8    Deputy Attorneys General
       455 Golden Gate Ave.
 9     San Francisco, CA 94102
       Telephone: (415) 510-3877
10     E-mail:  Meghan.Strong@doj.ca.gov
     Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No: 3:25-cv-04870-CRB<br><br>**DECLARATION OF DIEGO ALEJANDRO ARP** |

1

Declaration of Diego Alejandro Arp (3:25-cv-04870-CRB)

# DECLARATION OF DIEGO ALEJANDRO ARP

I, DIEGO ALEJANDRO ARP, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a licensed attorney in the State of California and the President of the Mexican American Bar Association of Los Angeles County (MABA). Our membership is comprised primarily of attorneys, judges, and law students in the Los Angeles area, and our mission is to empower the Latino community by supporting Latino/a lawyers, law students, and bench officers through philanthropic, educational, and civic endeavors.

3. MABA engages in several outreach efforts including its Judicial Externship Program; High School Scholarship Program; its Law Student Mentorship Program; and MABA's Vice-Chair program, which seeks to provide leadership experience to Latino/a law students at Southern California law schools, as well as foster a closer connection between Latino/a law students and the general MABA membership.

4. MABA also provides free legal consultations to the broader Latino community in Los Angeles County through its pro bono legal clinics. MABA also endorses political and judicial applicants, as well as provides continuing education seminars and a Supreme Court in Year Review panel to highlight cases of importance to the Latino/a community. We also conduct MCLE programs regarding immigration and civil rights to our members and the community.

5. One recent activity organized by MABA was to peacefully march in the marches held on June 14, 2025, in downtown Los Angeles in support of the rule of law and the people of Los Angeles. Our goal was to make our community's voice

1  heard, to make a showing of support for unity for all Angelenos, and to defend the
2  rule of law.
3       6.   I worked with several other Bar Associations in Los Angeles County
4  who agreed to co-sponsor the event and participate in our contingent at the march.
5  These groups included: the Latina Lawyers Bar Association; Women Lawyers
6  Association of Los Angeles; Consumer Attorneys of California; Korean
7  Community Lawyers Association; Philippine American Bar Association; California
8  Employment Lawyers Association; Consumer Attorneys Association of Los
9  Angeles; John M. Langston Bar Association of Los Angeles; California La Raza
10 Lawyers Association; Asian Pacific American Women Lawyers Alliance; Los
11 Angeles County Bar Association; and the Hispanic Bar Association.
12      7.   As part of the planning for the event we put together a flyer confirming
13 where to meet, instructions on what to bring to the march, including comfortable
14 walking shoes, sun protection, and sufficient water.
15      8.   Part of my work in planning for our groups' participation in the march
16 was establishing a start time, meeting point, and route that we would be following
17 so that the group could remain together in a show of solidarity.
18      9.   Our hope was that that not only MABA members and the other Bar
19 Associations would attend, but that they would also feel comfortable bringing
20 friends and family, including their young children. To this extent we included
21 instructions at the beginning of the march to remain peaceful and obey all laws. I
22 emphasized the lessons we were taught by civil rights leaders like Ghandhi, Dr.
23 Martin Luthor King Jr., and Dolores Huerta, that nonviolent protest was the most
24 effective and correct way to engage in civil protest. This participation is important
25 to further enable our community to see the ways in which they can engage in civic
26 participation and have their voices heard.
27      10. MABA has participated in numerous marches in downtown Los Angeles
28 over the years to show support for issues central to our mission. These marches

almost always include passing by the Federal building downtown. We see it as symbolic of our desire to have our voice heard in the national political debates, and as a way to ask the federal government to be responsive to our concerns.

11. However, in planning the route this year, MABA made a conscious decision to avoid the downtown federal building. Based on news reports, we believed that there would be National Guard and/or Marines present at that building. This created a concern for us because the National Guard and/or Marines are not trained for civilian police activity. We were concerned that this could result in participants in our march, including the children, being exposed to unnecessary risk arrest and/or injury. We were also concerned that participants would be subject to arrest for the lawful exercise of their First Amendment rights. We regretfully made the decision to avoid the federal building and felt that our ability to have our concerns heard was lessened as a result of this fear.

12. In avoiding the federal building we were able to participate in the march without incident. Should federal troops be present at future events, we will have to carefully consider how we participate in those events, including circumscribing and limiting how we engage in our peaceful assembly, so as to make sure our membership stay safe and is not subject to unlawful arrest or violence.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 16, 2025, at Los Angeles, California.

_____
Diego Alejandro Arp