HYDEE FELDSTEIN SOTO, SBN 106866
 City Attorney
VALERIE L. FLORES, SBN 138572
MICHAEL DUNDAS, SBN 226930
200 North Main Street, City Hall East Rm 800
Los Angeles, California 90012
Tel: (213) 978-8100
hydee.feldsteinsoto@lacity.org
valerie.flores@lacity.org
mike.dundas@lacity.org
*Attorneys for* Amicus Curiae
City of Los Angeles

Norman L. Eisen, **
Stephen A. Jonas SBN 542005
Joshua G. Kolb, **
Diamond Brown*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE
Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Steve @statedemocracydefenders.org
Joshua@statedemocracydefenders.org
Diamond@statedemocracydefenders.org

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; DEPARTMENT OF DEFENSE,<br><br>    Defendants. | Case No.   3:25-cv-04870-CRB<br><br>**MOTION FOR LEAVE TO FILE SUPPLMENTAL BRIEF OF THE CITY OF LOS ANGELES AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   06/19/2025<br>Time:   10:00 a.m.<br>Place   Courtroom 6-17Fr.<br>Judge: Charles R. Breyer |