1  **ROB BONTA**
   Attorney General of California
2  THOMAS S. PATTERSON
   Senior Assistant Attorney General
3  ANYA BINSACCA
   JOHN D. ECHEVERRIA
4  MARISSA MALOUFF
   JAMES E. STANLEY
5  Supervising Deputy Attorneys General
   NICHOLAS ESPÍRITU
6  STEVEN KERNS
   JANE REILLEY
7  MEGAN RICHARDS
   MEGHAN H. STRONG
8  Deputy Attorneys General
    455 Golden Gate Ave
9   San Francisco, CA 94102
    Telephone: (415) 510-3877
10   E-mail:  Meghan.Strong@doj.ca.gov
   *Attorneys for Plaintiffs*

11

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17  **GAVIN NEWSOM, IN HIS OFFICIAL
    CAPACITY AS GOVERNOR OF THE STATE OF
    CALIFORNIA; STATE OF CALIFORNIA,**          NO. **3:25-cv-04870-CRB**
18
                                   Plaintiffs,   **STIPULATION AND** ~~PROPOSED~~
19                                               **ORDER TO INCREASE PAGE LIMITS**

20            v.

21  **DONALD TRUMP, IN HIS OFFICIAL
    CAPACITY AS PRESIDENT OF THE UNITED
22  STATES; PETE HEGSETH, IN HIS OFFICIAL
    CAPACITY AS SECRETARY OF THE
23  DEPARTMENT OF DEFENSE; U.S.
    DEPARTMENT OF DEFENSE,**
24
                                   Defendants.
25

26

27
                                         1
28

1    Pursuant to Civil Local Rules 7-2, 7-3, and 7-12 and the Court's General Standing Order,

2  and subject to the Court's approval, the parties stipulate as follows:

3    The parties have conferred regarding the page limits applicable to the Preliminary

4  Injunction briefing set forth by the Court in its June 12 Order. The parties stipulate that Plaintiffs

5  and Defendants shall have no more than thirty (30) pages of substantive text for their Motion and

6  Opposition, respectively, and that Plaintiffs shall have no more than fifteen (15) pages of

7  substantive text for their Reply.

8  Dated:  June 16, 2025

Respectfully submitted,

9

10  BRETT A. SHUMATE
Assistant Attorney General
Civil Division

11

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
ANYA BINSACCA
JOHN D. ECHEVERRIA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
STEVEN KERNS
JANE REILLEY
MEGAN RICHARDS
Deputy Attorneys General

12  ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

13

14  ALEXANDER K. HAAS
(CA Bar No. 220932)
Director
Federal Programs Branch

15

16

17  /s/ Christopher D. Edelman
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB
(IL Bar No. 6322571)
BENJAMIN S. KURLAND
(D.C. Bar No. 1617521)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: 202-305-8659
Email: christopher.edelman@usdoj.gov

Attorneys for Defendants

/s/ Meghan H. Strong

MEGHAN H. STRONG
Deputy Attorney General
 455 Golden Gate Avenue
 San Francisco, CA 94102
 Telephone: (415) 510-3877
 E-mail:  Meghan.Strong@doj.ca.gov

Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

2

1  **ROB BONTA**
   Attorney General of California
2  **THOMAS S. PATTERSON**
   Senior Assistant Attorney General
3  **ANYA BINSACCA**
   **JOHN D. ECHEVERRIA**
4  **MARISSA MALOUFF**
   **JAMES E. STANLEY**
5  Supervising Deputy Attorneys General
   **NICHOLAS ESPÍRITU**
6  **STEVEN KERNS**
   **JANE REILLEY**
7  **MEGAN RICHARDS**
   **MEGHAN H. STRONG**
8  Deputy Attorneys General
    455 Golden Gate Ave
9    San Francisco, CA 94102
     Telephone: (415) 510-3877
10   E-mail: Meghan.Strong@doj.ca.gov
   *Attorneys for Plaintiffs*

11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15

16 | **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,** | Case No. 3:25-cv-04870-CRB |

17                                         **[PROPOSED] ORDER TO INCREASE PAGE LIMITS**
                              Plaintiffs,

18

19        v.

20  **DONALD TRUMP, IN HIS OFFICIAL**
    **CAPACITY AS PRESIDENT OF THE UNITED**
21  **STATES; PETE HEGSETH, IN HIS OFFICIAL**
    **CAPACITY AS SECRETARY OF THE**
22  **DEPARTMENT OF DEFENSE; U.S.**
    **DEPARTMENT OF DEFENSE,**
23
                              Defendants.
24

25

26  Pursuant to the parties' stipulation, IT IS SO ORDERED that:

27        Plaintiffs and Defendants shall have no more than thirty (30) pages of substantive text for

28  their Preliminary Injunction Motion and Opposition, respectively.  Plaintiffs shall reply in support

                                      1

1    of their Motion in no more than fifteen (15) pages of substantive text.

2

3          SO ORDERED.

4

Dated:    June 17, 2025
5                                                        _____
                                                         CHARLES R. BREYER
6                                                        United States District Judge