HYDEE FELDSTEIN SOTO, SBN 106866
City Attorney
VALERIE L. FLORES, SBN 138572
MICHAEL DUNDAS, SBN 226930
200 North Main Street, City Hall East Rm 800
Los Angeles, California 90012
hydee.feldsteinsoto@lacity.org
valerie.flores@lacity.org
mike.dundas@lacity.org
Telephone: (213) 978-8100
Facsimile: (213) 978-8312
*Attorneys for* Amicus Curiae
City of Los Angeles


Norman L. Eisen*
Stephen A. Jonas SBN 542005
Joshua G. Kolb*
Diamond Brown*
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Avenue SE
Suite 15180
Washington, DC 20003
Tel: (202) 594-9958
Norman@statedemocracydefenders.org
Steve @statedemocracydefenders.org
Joshua@statedemocracydefenders.org
Diamond@statedemocracydefenders.org

*Attorneys for* Amicus Curiae City of Los Angeles

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No.  3:25-cv-04870-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* THE CITY OF LOS ANGELES IN SUPPORT OF PLAINTIFFS PRELIMINARY INJUNCTION<br><br>Date:  06/19/2025<br>Time:  10:00 a.m.<br>Place  Courtroom 6-17Fr.<br>Judge: Charles R. Breyer |

## [PROPOSED] ORDER

On June 16, 2025, the City of Los Angeles filed a Motion for Leave to File a Supplemental Brief of City of Los Angeles as *Amicus Curiae* In Support of Plaintiff's Motion for Preliminary Injunction. Having considered the papers and pleadings on file, the Court hereby GRANTS the Motion and ORDERS that the Amicus Brief be filed. The Supplemental Brief of *Amicus Curiae* the City of Los Angeles in Support of Plaintiffs attached to the motion filed on the docket, is hereby deemed as filed as the Brief of *Amicus Curiae* the City of Los Angeles.

**IT IS SO ORDERED.**

DATED: June 17, 2025

Honorable Charles R. Breyer
United States District Judge

2