# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No. 3:25-cv-04870<br><br>**SUPPLEMENTAL DECLARATION OF ERNESTO SANTACRUZ, JR.**<br><br>Hon. Charles R. Breyer<br><br>United States District Judge |

## SUPPLEMENTAL DECLARATION OF ERNESTO SANTACRUZ, JR.

I, Ernesto Santacruz, Jr., hereby declare:

1. I am employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as the Field Office Director (FOD) of the Los Angeles Field Office (ERO Los Angeles). I have held this position since April 6, 2025.

2. The purpose of this declaration is to provide an update on the current conditions on the ground in the Los Angeles Area of Responsibility (AOR) with respect to immigration enforcement operations and the security of federal property

1

and personnel. This declaration supplements the information in my June 11, 2025 declaration filed with the Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order. *See Newsom v. Trump*, No. 25-4870 (N.D. Cal. filed June 11, 2025), Dkt. 22-1.

3. It is my understanding that, as of June 18, 2025, approximately 3,000 Department of Defense personnel, which includes approximately 2,000 members of the California National Guard, are in the Los Angeles area providing protection of federal personnel, property, and functions.

4. The 300 North Los Angeles Street Federal Building in downtown Los Angeles, California continues to be the site of daily protests and was closed to the public from June 9-16, 2025. Members of the National Guard have been essential to protecting the building, the Edward R. Roybal Federal Building and U.S. Courthouse, and the Federal Bureau of Prisons Metropolitan Detention Center - all located in the same city block - from further damage or attempts at incursion and provide security to those federal employees working inside, like myself.

5. Prior to the National Guard's deployment, rioters and protestors assaulted federal, state, and local law enforcement officers with rocks, fireworks, and other objects. They also damaged federal property by spray painting death threats to federal law enforcement officers enforcing federal immigration laws. Photos and videos for those assaults and threatening graffiti can be found here:

https://www.dhs.gov/news/2025/06/10/dhs-sets-record-straight-la-riots-condemns-violence-against-law-enforcement (last visited June 18, 2025) and include "Kill ICE," "Death to ICE," "Hang Trump," and "Dead Cops." Several suspects have been arrested for possessing Molotov cocktails and assaulting federal officers during recent civil unrest in downtown Los Angeles, Paramount, and Santa Ana. *See* https://www.nbclosangeles.com/news/local/molotov-cocktail-attacks-la-paramount-protests/3721306/ (last visited on June 18, 2025).

6.      It is my understanding that federal facilities in Westwood, Santa Ana, Long Beach, and other locations in California have been the sites of continuing violent protests during the last week. Many of these protests have been directed at objecting to ICE operations and attempting to impede those operations. For example, on June 14, 2025, the Los Angeles Police Department declared an unlawful assembly outside the 300 North Los Angeles Federal Building and the Edward R. Roybal Federal Building and U.S. Courthouse after violent opportunists in the crowd of over 1,000 people began assaulting law enforcement officers with rocks, bricks, bottles, fireworks, and other objects. "Officers Deploy Tear Gas, Rubber Bullets to Clear Protestors in Downtown Los Angeles," available at: https://ktla.com/news/local-news/no-kings-protestors-ordered-to-disperse-tear-gassed-in-downtown-los-angeles/ (last visited June 18, 2025). One suspect was taken into custody after spitting on a Federal Protective Service (FPS) officer and

3

National Guard members. Protestors also threw red paint on FPS and National Guard members.

7.  The National Guard has been extremely helpful this week by protecting federal property and personnel during immigration enforcement operations. Through their protective efforts, the Guards have assisted on most operations that ICE and its federal partners conducted this week, enhancing the level of safety for ICE and its federal partners to proceed with those operations. The Guards are acting as a security element, accompanying federal officers and agents during operations to ensure safety of all involved.

8.  On Saturday, June 14th, the protests at the 300 N. Los Angeles Federal Building, which included protests directed at ICE operations, continued throughout the day. The National Guard has been protecting the entire perimeter of the federal complex all week, as protestors are gathered throughout the area continuously. Protestors blocked the parking garage exits on Alameda Street, preventing ICE transport vehicles from exiting with approximately 130 immigration detainees. As the protests grew, ICE was forced to not utilize the U.S. Marshall's transport bus as originally intended. The National Guard cleared a path for several unmarked vans to remove the detainees in small groups. The National Guard's assistance was key to protecting ICE officials' ability to continue these immigration enforcement operations.

9.     Having the National Guard at our fingertips as a Quick Reaction Force is key to maintaining officer safety and continuing our immigration enforcement operations. The Guard's Quick Reaction Force is available 24/7 to federal law enforcement officers conducting operations in the Los Angeles area if and when they encounter violent mobs or individuals impeding federal immigration enforcement operations or threatening the safety of federal officers. The resources that they bring to protect federal immigration officials from interference in their enforcement efforts and their presence at federal facilities enable federal law enforcement officers to continue operations and enforce federal law in the Los Angeles area.

10.    The Guard's presence prevented other incidents like the one in Paramount on June 7, 2025, discussed in my prior declaration. There, an unruly mob attacked ERO and U.S. Customs and Border Protection (CBP) officers, engaged them in an hours-long fight while the local law enforcement did not intervene for several hours. I believe that the Guard's presence since their deployment to Los Angeles has prevented this from reoccurring during our subsequent immigration enforcement operations and has been critical to maintaining the safety of all law enforcement officers involved.

11.    The presence of the National Guard and other Department of Defense personnel has enabled ICE to continue to carry out its congressionally mandated

duties in the Los Angeles area. It is the additional manpower and resources provided by these Guards – indeed, their mere presence – that has ensured the safety of local federal facilities and the safety of those enforcing federal laws here this week.

12. If these resources were not at my disposal, our immigration enforcement mission would be greatly impacted. The safety of our continued operations would be in doubt, placing both federal employees and the general public, including those peacefully protesting ICE operations, at an unnecessarily greater risk. Because of the current threat, we would not be able to carry out as many immigration enforcement operations as we have been able to with the Guards' assistance.

13. The National Guard, with approximately 900 troops assigned to protect federal buildings, has also been instrumental in enhancing the ability to protect federal property from damage or breach attempts.

14. Our local law enforcement colleagues, including the Los Angeles Police Department (LAPD), Los Angeles County Sheriff's Department (LASD), and California Highway Patrol (CHP), have all engaged in taxing law enforcement activities throughout the week, with the assistance of their mutual aid network. But the National Guard provides resources and protective capabilities that are unparalleled.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 18th day of June 2025.

ERNESTO M SANTACRUZ JR
Digitally signed by ERNESTO M SANTACRUZ JR
DN: cn=ERNESTO M SANTACRUZ JR, o=U.S. Government, ou=People, email=Ernesto.M.SantacruzJr@ice.dhs.gov, c=US
Date: 2025-06-18T08:59:45-0700

_____
Ernesto Santacruz, Jr.
Field Office Director
DHS ICE ERO Los Angeles