# EXHIBIT 3

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al. ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | No. 3:25-CV-04870 |
| v. ) | |
| ) | |
| DONALD TRUMP, et al. ) | |
| ) | |
| *Defendant* ) | |

## DECLARATION OF MAJOR GENERAL SCOTT M. SHERMAN

I, Major General Scott M. Sherman, hereby state and declare as follows:

1. I am currently employed by the United States Army as the Commanding General of Task Force 51 and the Deputy Commanding General for the United States Army North (ARNORTH). ARNORTH is the Army Service Component Command (ASCC) of the United States Northern Command (USNORTHCOM). I have held the position of Deputy Commanding General of ARNORTH since September 2023, and also serve as the Commanding General of Task Force 51 since that time. On June 11, 2025, Task Force 51, ARNORTH's contingency command post, which provides a rapidly deployable capacity to partner with civilian authorities and DoD entities in response to Homeland Defense and Homeland Security Operations, was ordered to deploy to the vicinity of Los Angeles, California. I have served as a commissioned Army officer for more than 33 years. My current responsibilities include serving as a principal deputy commander and overseeing the logistical, administrative, and sustainment operations of ARNORTH as well as ensuring the training, discipline, and readiness of the units under ARNORTH's command. I have reviewed the Complaint in the matter of *Gavin Newsom, et al. v. Donald Trump, et al.*, Case No. 3:25-CV-04870 (N.D. Cal.). This declaration is based on my

1

personal knowledge, as well as information made available to me during the routine execution of my official duties.

2.      On June 7, 2025, the President of the United States issued a memorandum with the subject "Department of Defense (DoD) Security for the Protection of Department of Homeland Security (DHS) Functions."  The memorandum noted that "[n]umerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other United States Government personnel who are performing Federal functions and supporting the faithful execution of Federal immigration laws.  In addition, violent protests threaten the security of and [do] significant damage to Federal immigration detention facilities and other Federal property."  The memorandum directed members of the National Guard into federal service "to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property."  It further directed the Secretary of Defense to call at least 2,000 National Guard personnel into service for 60 days, subject to change at his discretion.  It also further delegated to the Secretary of Defense the authority to utilize the regular forces to assist with this mission.  The Secretary of Defense issued guidance accordingly that same day.  The following day, the Secretary authorized the activation of the 2nd Battalion, 7th Marine Regiment, 1st Marine Division (2/7 USMC).

3.      The Chief of the National Guard Bureau transmitted the Secretary of Defense's orders on Saturday, June 7, to the Adjutant General of the California National Guard.  At 10:17pm Pacific Standard Time, the California Adjutant General responded, "consider our forces mobilized."

4.      USNORTHCOM is one of DoD's eleven unified combatant commands.  Its mission is to provide command and control of the DoD homeland defense efforts and to coordinate defense

support of civil authorities. ARNORTH supports USNORTHCOM in its mission as the ASCC and Joint Forces Land Component Command for USNORTHCOM.

5. When federalized, members of the State National Guard serve pursuant to Title 10 of the United States Code under the command of the President and the Secretary of Defense. In this case, the Secretary of Defense authorized USNORTHCOM to execute command and control of mobilized and federalized members of the California National Guard as well as 2/7 USMC. On June 8, 2025, USNORTHCOM further delegated operational control of the federalized National Guard forces (the 79th Infantry Brigade Comat Team) to ARNORTH, and, on June 11, 2025, it similarly delegated tactical control of Marine forces to ARNORTH. These command and control authorities were further delegated to Task Force 51 on June 12, 2025. On June 14, 2025, Task Force 51 was additionally delegated operational control of the federalized National Guard 49th Military Police Brigade (49th MP BDE).

6. Following the President's June 7, 2025 directive, ARNORTH published Operational Order (OPORD) 01-23 and Fragmentary Order (FRAGORD) 25-501.000 to direct federalized members of the California National Guard to temporarily protect ICE Officers and other U.S. Government personnel who are performing federal functions, as well as federal property, where protests are occurring in Los Angeles County, California.

7. On June 10, 2025 and June 14, 2025, members of the 2/7 USMC were assigned to Task Force 51 under OPORD 01-23 pursuant to USNORTHCOM General Administrative (GENADMIN) Message 039.G.000. On June 14, 2025, members of the 49th MP BDE were mobilized in support of OPORD 01-23 pursuant to USNORTHCOM FRAGORD 039.F.005.

8. Since Saturday, June 7, selected units of the California National Guard have been in a Title 10 status supporting operations in Los Angeles County consistent with the directions of the

President's June 7 memorandum and ARNORTH's FRAGORD 25-501.000. As part of its ongoing operations in Los Angeles County, Task Force 51 receives requests for assistance from Federal Government agents and agencies related to protection of federal personnel performing official functions, as well as requests for protection duties such as fixed observation posts, perimeter security of federal property, and escorts for Government personnel conducting federal law enforcement duties. Task Force 51 reviews the requests for compliance with the President's June 7 memorandum and directives from higher DoD headquarters. Upon approval, Task Force 51 assigns trained personnel in accordance with those directives. Task Force 51 oversees the assignments and tasking for the federalized members of the California National Guard, which includes the 79th Infantry Brigade Combat Team (79th IBCT), the 49th MP BDE, as well as the 2/7 USMC. All Title 10 personnel activities are limited to protective functions. Title 10 personnel are not performing law enforcement or any other functions.

9.      As of June 17, 2025, Task Force 51 is composed of 4,119 California National Guard members mobilized in a Title 10 status, 821 Active-Duty United States Marines, and approximately 382 vehicles (not counting those of the 49th MP BDE which is not yet conducting operations). These forces are providing protection to Federal installations, personnel, and functions consistent with the President's June 7 memorandum. Members of the 79th IBCT and the 2/7 USMC have conducted, or are currently conducting, the following protection operations (members of the 49th MP BDE have joined the task force and are completing their training prior to conducting any missions):

- A. Initially, federalized National Guard members of the 79th IBCT provided installation protection by establishing outside perimeters, observation posts, and perimeter patrols for federal property at locations targeted by protests, including the Edward R. Roybal

Federal Building and Courthouse (Roybal Complex), the Wilshire Federal Building; an ICE facility in the city of Paramount; Santa Ana Federal Building, and other locations where the Federal Government has a presence and carries out its Federal functions.

B. Members of the 79th IBCT have also provided personnel protection for ICE Officers, Customs and Border Protection (CBP) Officers, Homeland Security Investigation (HSI) Special Agents, and Federal Bureau of Investigation (FBI) Special Agents, conducting operations throughout the Los Angeles County area. Protection is provided to enable Federal Law Enforcement officers to conduct their Federal functions safely and with minimal interference from bystanders.

C. Beginning on June 13, 2025, after completing non-lethal training and Federal Protection Mission training, members of the 2/7 USMC assumed protection duties for various fixed sites noted in paragraph 9A above.

D. To date, federalized members of the National Guard have not detained any individuals, though one individual was temporarily detained by an active-duty United States Marine on Friday June 13, 2025, at approximately 12:45pm Pacific Standard Time, when the individual attempted to enter a restricted area multiple times. The individual was advised to get off the federal property and was temporarily detained after he attempted to enter the property despite being warned to stop. The individual was placed in flexi-cuffs and turned over to a DHS agent approximately 30 minutes later and eventually to the Los Angeles Police Department as soon as they arrived a few minutes later.

E.  There has been one reported injury to a service member when a protester grabbed and pulled on the protective shield the Soldier was holding. When the Soldier pulled on the shield and the protester let go, the shield struck the Soldier in the mouth chipping one of his teeth. The Soldier was taken to the dentist for urgent care and was otherwise unharmed.

SHERMAN.SCOTT.MARSHALL.1153670885
Digitally signed by SHERMAN.SCOTT.MARSHALL.1153670885
Date: 2025.06.18 08:58:13 -07'00'

MAJOR GENERAL SCOTT M. SHERMAN
COMMANDING GENERAL
JOINT TASK FORCE 51

6