BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0568
garry.hartlieb2@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>*Defendants*. | Case No. 3:25-cv-1780-WHA<br><br>**DEFENDANTS' NOTICE OF ERRATA CORRECTIONS TO ECF NOS. 84-2, 84-3** |

1  Yesterday, Defendants filed a Response in Opposition to Plaintiffs' Motion for a
2  Preliminary Injunction. *See* ECF No. 84. Defendants' Response attached three declarations as
3  exhibits. Two of those declarations, filed as exhibits 2 (ECF No. 84-2) and 3 (ECF No. 84-3) to
4  Defendants' Response, inadvertently omitted the attestation set forth in 28 U.S.C. § 1746.
5  Defendants have added such attestation to both declarations and attached them here. Defendants
6  have not otherwise modified either declaration.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

ALEXANDER K. HAAS
(CA Bar No. 220932)
Director
Federal Programs Branch

JEAN LIN
(NY Bar 4074530)
Special Litigation Counsel
Federal Programs Branch


*/s/ Garry D. Hartlieb*
CHRISTOPHER EDELMAN
(DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB
(IL Bar No. 6322571)
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

Washington, DC 20005
Tel.: 202-305-0568
Email: garry.hartlieb2@usdoj.gov

*Attorneys for Defendants*