# EXHIBIT 2

IN THE UNITED STATES COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al. ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | No. 3:25-CV-04870 |
| v. ) | Hon. Charles R. Breyer |
| ) | |
| DONALD TRUMP, et al. ) | |
| ) | |
| *Defendant* ) | |

DECLARATION OF GENERAL STEVEN S. NORDHAUS

I, General Steven S. Nordhaus, hereby state and declare as follows:

1. This declaration is based on my personal knowledge, as well as information made available to me during the routine execution of my official duties.

2. I am currently serving as the Chief of the National Guard Bureau and as a member of the Joint Chiefs of Staff. In these capacities, I serve as a military adviser to the President, Secretary of Defense, and the National Security Council. The National Guard Bureau is a federal agency under the Department of Defense (DoD) that is the "channel of communications on all matters pertaining to the National Guard, the Army National Guard of the United States, and the Air National Guard of the United States between the Department of the Army and Department of the Air Force…," and the fifty States, three territories, and District of Columbia (54) in accordance with 10 U.S.C. § 10501(b) and DoD Directive 5105.77.

3. As the Chief of the National Guard Bureau, one of my duties is to assist the Secretary of Defense in facilitating and coordinating the use of National Guard personnel and resources. It is my job and the mission of our agency to coordinate with other Federal agencies, the combatant commands, and the adjutants general of the 54 national guards pursuant to 10 U.S.C. § 10503. I

1

previously served as the Director of Operations at the National Guard Bureau (J-3) from fall of 2019-August 2022. During this time, I gained extensive experience implementing the processes through which state national guards are mobilized. Specifically, I was a primary point of contact with state national guard officials to mobilize national guardsmen to assist with the response to events including: the coronavirus pandemic, the protests following the death of George Floyd in May 2020 and during the events at the U.S. Capitol on January 6, 2021.

  4. It is common practice that the Chief of the National Guard Bureau communicates directly with the adjutant general of a state to coordinate national guard activity, including where coordination with the governor is needed. As Chief, I have typically engaged at this level with the state adjutants general, who are representatives of the governor in relation to National Guard activities. My staff, including my chief of operations (J3), pursuant to DoD policy, gain state support of federal missions by engaging officials at a state's joint forces headquarters (JFHQ), which is composed of state NG leadership and a state's adjutant general, who in turn advise their governor. *See* DoD Directive 5105.83.

  5. The structure of the California National Guard includes a JFHQ and an adjutant general who presents himself as a representative of the governor in dealings with the NGB on issues like federal mobilizations. I also understand the California Adjutant General is officially on the staff of the Governor and issues military orders in the name of the Governor. Based on my experience, communication directly between the Chief of the National Guard Bureau and a state adjutant general is standard practice when communicating important Department of Defense policies and direction, especially during emergencies.

  6. On the morning of Saturday, June 7, 2025, I became aware that protesters in the Los Angeles area had become violent and represented a threat to federal property and federal officers

attempting to perform their official functions enforcing federal laws. Based on the circumstances and my prior experiences, it was clear that there was a strong possibility that the national guard may be mobilized. Around 10am, I spoke with the Acting General Counsel (AGC) of DoD regarding potential mobilization options.

    7. At 4:49pm on June 7, 2025, the DoD AGC called to notify me that the President of the United States had an intent to mobilize a number of members of the California National Guard under 10 U.S.C. § 12406. At 5:16pm and 5:37pm, I called the National Guard Bureau J-3 to discuss this potential mobilization.

    8. At 5:51pm on June 7, I received a call from the Adjutant General of the California National Guard. During this call, I informed him that the President intended to mobilize a portion of the California National Guard in a Title 10 status. As the Chief of the National Guard Bureau, which serves as the official channel of communication between DoD and the national guards of the states, it is customary and ordinary for me to communicate with adjutants general regarding mobilizations. In my previous experience and in accordance with military customs and practices, I do not interact directly with other state officials unless specifically requested, relying instead on the adjutant generals to relay communications to their state leadership. I do not recall any specific request from any California official to communicate with the California Governor directly or through someone other than the adjutant general.

    9. At 5:53pm my J3 emailed USNORTHCOM and the California Assistant Adjutant General, discussing the possible mobilization and specifically discussing sourcing solutions within the California National Guard. At 6:11pm on June 7, I again spoke to the California Adjutant General to discuss the potential number of mobilized California guardsmen and the

intended command and control of the operation through the Commander (CDR) USNORTHCOM.

10. At 6:22pm, the California Adjutant General communicated to me that he had relayed news of the intended mobilization to his Governor and that the Governor was not going to push back on the mobilization.

11. At 6:51pm, I again spoke with the California Adjutant General. He confirmed to me that the State of California would comply when the orders for Title 10 mobilization came through. During these calls, the availability of California National Guard units was discussed, including the availability of units that were already drilling in the local area. When asked if they would be able to execute on the potentially forthcoming order, the California Adjutant General confirmed they could execute on the order.

12. At 9:02pm, I received a signed copy of the President's memorandum to the Secretary of Defense ordering mobilization. This memorandum noted that "[n]umerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other United States Government personnel who are performing Federal functions and supporting the faithful execution of Federal immigration laws." The memorandum directed members of the National Guard into federal service "to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property." Subsequently the DoD AGC requested I hold off on passing along this order pending receipt of an order from the Secretary of Defense implementing the mobilization.

13. Prior to receiving the Secretary's implementation orders, I had two calls with the California Adjutant General. At 9:17pm, we discussed the availability of forces that could immediately respond in light of the urgency conveyed in the President's Order. At 9:31pm the California Adjutant General confirmed the availability of certain units and that he could have 300 servicemembers on the ground as soon as possible.

14. At 10:35pm, I received a signed memorandum from the Secretary of Defense directed to the California Adjutant General, through the California Governor's office relaying the Presidential mobilization order. It noted that "The President of the United States has called forth at least 2000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property." The memorandum also directed that "The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard."

15. Subsequently, in accordance with this direction, I transmitted, via email, the President's and the Secretary of Defense's memorandums to the California Adjutant General. One minute later, I sent the orders to the Commander of USNORTHCOM, who would be gaining operational control of the now-Federalized guardsmen with a copy to the Adjutant General and assistant Adjutant General. Between the receipt of the Secretary of Defense's order and the email transmittal to the California Adjutant General, I participated in a coordination call with the Department of Homeland Security. Following my communication of the Secretary's order, the Commander of USNORTHCOM emailed the California Adjutant General, with a copy to me, writing: "Do you consider the CA forces mobilized at this time." The California Adjutant

General responded with, "Sir, we are leaning forward and consider our forces mobilized." Later on, the California Adjutant General responded to an email from CDR USNORTHCOM stating, "Passing our 79IBCT to you." This confirmed to me that the Adjutant General of the California National Guard and the Governor's office considered the California National Guard activated and handed to their federal chain of command.

16. At 12:28pm on Monday, June 9, I understand that the DoD Executive Secretary, in accordance with normal business practices for following up on documentation signed on the weekend, sent a copy of the President's and Secretary of Defense's memorandums, which had been transmitted through military channels on Saturday night, to the California Governor's office. Also on June 9, based on reports of continuing threats of violence against federal officials and danger to federal property, the President, in consultation with the Secretary of Defense, decided to activate another 2,000 California National Guard personnel to protect federal functions, personnel, and property. The Secretary of Defense signed a second mobilization memorandum to the California Adjutant General through the Governor of California. I understand that this memorandum was transmitted by the DoD Executive Secretary to the California Governor's office at 5:28pm on June 9. I then transmitted the memorandum to the California Adjutant General. Also, on the afternoon of June 9, during a call with the California Adjutant General, he relayed to me that he had sent the memorandums on to the Governor the night of June 7 shortly after receiving them.

17. U.S. Northern Command (USNORTHCOM) is one of the Department of Defense's eleven unified combatant commands. Its missions include providing command and control of homeland defense efforts and coordinating defense support of civil authorities. U.S. Army North (ARNORTH) supports USNORTHCOM in its mission. When federalized, members of a state

national guard serve pursuant to Title 10 of the United States Code under the command of the President and the Secretary of Defense. In this case, the Secretary of Defense authorized USNORTHCOM and ARNORTH to execute command and control of mobilized and federalized members of the California National Guard. USNORTHCOM has retained control over the activated portions of the California National Guard since this time.

18. In my experience at the National Guard Bureau, as its Chief and Director of Operations, I have become familiar with the procedure and policies of national guard mobilizations to respond to crises. I have also learned that it is imperative that the National Guard be prepared to deploy quickly and efficiently in such times to prevent the loss of life and destruction of property. In light of my extensive prior experience with the mobilization of the National Guard in response to crises across the country, many involving risk of serious bodily harm or death to members of the public and service members, I have found that a delayed or insufficient response can aggravate situations and prevent a proper and sufficient response. Therefore, in response to the mobilization orders requiring immediate action, and in close coordination with the California Adjutant General, the National Guard worked quickly to ensure a swift and appropriate response.

19. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

NORDHAUS.STEVEN.SCOTT.1075715478
Digitally signed by NORDHAUS.STEVEN.SCOTT.1075715478
Date: 2025.06.19 22:47:30 -04'00'

GENERAL STEVEN S. NORDHAUS, USAF
CHIEF, NATIONAL GUARD BUREAU