1  JUDY W. WHITEHURST, Chief Deputy (SBN 182855)
   jwhitehurst@counsel.lacounty.gov
2  MARGARET L. CARTER, Senior Assistant County Counsel (SBN 220637)
   mcarter@counsel.lacounty.gov
3  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
4  Los Angeles, California 90012-2713
   Telephone: (213) 808-8736· Fax: (213) 633-1915

Attorneys for *Amicus Curiae* County of Los Angeles

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; DEPARTMENT OF DEFENSE,<br><br>　　　　　　　Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**ADMINISTRATIVE MOTION FOR LEAVE FOR COUNTY OF LOS ANGELES TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  June 20, 2025<br>Time:  10:00 a.m.<br>Place:  Courtroom 6 – 17th Floor<br>Judge:  Charles R. Breyer |

Amicus Curiae County of Los Angeles (the "County") hereby requests leave to file the attached Brief of Amicus Curiae County of Los Angeles in Support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 77), which seeks to enjoin Defendants from unlawfully deploying and maintaining the National Guard and the United States Marine Corps in the County under the authority embodied in President Trump's Memorandum dated June 7, 2025.

The Court should exercise its discretion to allow Amicus to file the attached brief. *See California v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (granting leave to file amicus brief and recognizing that "[w]hether to allow Amici to file a brief is solely within the Court's discretion, and generally courts have exercised great liberality in permitting amicus briefs" (internal quotations omitted)).[1]

Amicus has a significant interest in the outcome of Plaintiffs' Motion. The deployment of the National Guard and the United States Marine Corps is within the territorial limits of the County, and the military's presence affects the County's sovereignty, its interest in protecting its residents and effectively enforcing the law, and its economic interests. Further, the deployment of the troops has caused increased civil unrest harming the County and its residents. Amicus also has an interest in preserving the historic boundary between the military and local law enforcement to ensure clear systems of leadership and accountability.

For the forgoing reasons, the County of Los Angeles respectfully requests the Court's permission to file the attached brief.

Dated:  June 19, 2025

JUDY W. WHITEHURST
MARGARET L. CARTER

By:  Margaret L. Carter

Margaret L. Carter
Attorney for Amicus Curiae
County of Los Angeles

---

[1] Plaintiffs have consented to the filing of this amicus brief. Defendants consented on the condition that Amicus submit its brief by June 17, 2025.

ADMIN. MOT. FOR LEAVE TO FILE
BRIEF OF AMICUS CURIAE
CASE NO. 3:25-CV-04870-CRB