JUDY W. WHITEHURST, Chief Deputy (SBN 182855)
jwhitehurst@counsel.lacounty.gov
MARGARET L. CARTER, Senior Assistant County Counsel (SBN 220637)
mcarter@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 808-8736 · Fax: (213) 633-1915

Attorneys for *Amicus Curiae* County of Los Angeles

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION BY LOS ANGELES COUNTY FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  June 20, 2025<br>Time:  10:00 a.m.<br>Place:  Courtroom 6 – 17th Floor<br>Judge:  Charles R. Breyer |

//
//
//
//
//
//
//
//
//

- 1 -

**[PROPOSED] ORDER**

Los Angeles County requests leave to file an amicus brief in support of Plaintiffs' Motion for Preliminary Injunction (ECF No. 77).

Having considered the motion for leave and the parties' responses, if any, the Court GRANTS the request. The Brief of Amicus Curiae County of Los Angeles in Support of Plaintiffs' Motion for Preliminary Injunction is hereby deemed filed.

**IT IS SO ORDERED.**

DATED this ___ day of June 2025.

_____
HONORABLE CHARLES R. BREYER
United States District Judge