1  ROB BONTA
   Attorney General of California
2  THOMAS S. PATTERSON
   Senior Assistant Attorney General
3  ANYA BINSACCA
   JOHN D. ECHEVERRIA
4  MARISSA MALOUFF
   JAMES E. STANLEY
5  Supervising Deputy Attorneys General
   NICHOLAS ESPÍRITU
6  STEVEN KERNS
   JANE REILLEY
7  MEGAN RICHARDS
   MEGHAN H. STRONG
8   Deputy Attorneys General
    455 Golden Gate Ave.
9   San Francisco, CA 94102
    Telephone: (415) 510-3877
10  E-mail: Meghan.Strong@doj.ca.gov
   *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>**DECLARATION OF PAUL S. ECK IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: June 20, 2025<br>Time: 10:00 a.m.<br>Courtroom: 6<br>Judge: Charles R. Breyer<br>Trial Date: Not set<br>Action Filed: June 9, 2025 |

1

# DECLARATION OF PAUL S. ECK

I, Paul S. Eck, declare under penalty of perjury that the following is true and correct:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Deputy General Counsel for the California Military Department (CMD). I have served in this role since August 2018.

3. I submitted declarations in support of the State's request for a temporary restraining order. *See* ECF 8, Ex. 3; ECF 39, Ex. 3. I submitted a declaration in support of the State's motion for a preliminary injunction. *See* ECF 77, Ex. 2.

**Update on Fire Conditions Since June 16, 2025**

4. Since June 16, 2025, fire conditions have improved; the weather is currently cooperating with firefighting, but risks remain and may continue to rise. Of the 13 fires over 10 acres burning in California as of June 11, all but 1, the Ranch Fire, have been fully contained. The Ranch Fire in San Bernardino, which has consumed over 4,300 acres, is now 90% contained. There have been 13 new fires over 10 acres since June 11, in varying stages of containment. The Monte Fire, which started on June 17, has consumed over 1,000 acres and is approximately 25% contained. However, as noted in my prior declaration, the National Interagency Fire Center forecasts that California will remain at above normal significant fire danger for the next month, and Utah and Nevada are under National Weather Service "red flag" warnings, which adversely impacts California as a fire response partner.

**Task Force Rattlesnake**

5. As a result of the Governor's General Order 2019-01, Executive Order N-05-19, in 2019, the California Department of Forestry and Fire Protection (CAL FIRE) partnered with the California Military Department to develop year-round Hand Crews to form Task Force Rattlesnake. The CMD now staffs 14 CMD Type 1 Hand Crews statewide.

6. Work on a CMD Hand Crew is a year-round commitment. Task Force Rattlesnake must maintain a daily minimum of 12 firefighters per hand crew, with an optimal number of 15-17 firefighters. CMD Hand Crews normally work a five (5) day per week schedule, which may be adjusted to a seven (7) day schedule based on operational need.

**Impact of Title 10 Activation Risk to Force and Mission**

7. Task Force Rattlesnake is struggling to meet the requisite Type 1 Hand Crew staffing of 12 firefighters for a regular 5-day staffing pattern. At its current (reduced) staffing that was created by the Title 10 Federalization, Task Force Rattlesnake will not be able to maintain a 7-day staffing pattern beyond a 21-day mission.

8. Command elements and key staff in Task Force Rattlesnake have been activated reducing the overall effectiveness of its Command and Control (C2) over Task Force Rattlesnake Hand Crews, reducing its ability to effectively supervise and manage its crews.

9. CMD's fuels reduction work, *e.g.*, clearing of undergrowth, eliminating ladder fuels, removal of hazardous trees such as dead fall from past burn scars, and other pre-fire planning projects to protect the Wildland Urban Interface (WUI) and create defensible space between the residential structures, has been adversely impacted by stripping away highly trained firefighters from Task Force Rattlesnake. CMD fuels reduction work must take place during the months of May through July to have a real impact on undergrowth fuels. Conducting fuels

3

reduction projects too early, in the spring for example, will allow the fuels time to grow back, wasting time and taxpayer money.

10. Controlled burns, once the grass has turned brown, are the quickest and best way to reduce fuel sources and create additional defensive space for the WUI. With CMD crews at minimal staffing, these necessary missions will include greater risk especially in cases where the prescribed burn jumps containment (meaning, it goes beyond the designated burn area). Minimal staffing poses a risk to Task Force Rattlesnake service members and citizens by not having a fully staffed crew to get the fire under control ASAP.

11. Task Force Rattlesnake's overall fire response capability has degraded by about 60% effectiveness, based on the Task Force Rattlesnake Commander's assessment, due to the reduction of Hand Crew staffing by 35 to 45%, as well as the overall reduction of Task Force Rattlesnake Crews. Further, the reduction in the number of potential Strike Teams has degraded the effectiveness of Task Force Rattlesnake. Strike Teams are formed by combining two Task Force Rattlesnake hand crews. Ideally both hand crews are stationed in the same fire house and combined they form a single strike team which can be deployed anywhere in the state. Single hand crews must be "married up" with another CAL FIRE team to form a single strike team to go out of their assigned county. Prior to the Title 10 federalization of the California National Guard, Task Force Rattlesnake had the capacity to form 4 strike teams (consisting of 8 Task Force Rattlesnake hand crews). The Title 10 federalization has degraded that capability to 1 strike team, that would be formed out of 2 Task Force Rattlesnake hand crews out of Fresno. This represents a 75% reduction in Strike Team capacity.

12. The long-term overall effects of the Title 10 activation on the fire preparedness of the State are difficult to predict, but if the trends for the last 2 years keep constant, this year is already more active in the months of May and June for Task Force Rattlesnake than the past 2 years. Degrading Task Force Rattlesnake's

fuels reduction capability, as well as its pre-fire work, will have a negative impact on California's Wildland Firefighting efforts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 19, 2025, at Sacramento, California.

Declaration of Paul S. Eck

5

Declaration of Paul S. Eck ISO Reply (3:25-cv-04870-CRB)