**ROB BONTA**
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
ANYA BINSACCA
JOHN D. ECHEVERRIA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
STEVEN KERNS
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
 Deputy Attorneys General
  455 Golden Gate Avenue
  San Francisco, CA 94102
  Telephone: (415) 510-3877
  E-mail: Meghan.Strong@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No: 3:25-cv-04870-CRB<br><br>**DECLARATION OF SEAN DURYEE** |

1

# DECLARATION OF SEAN DURYEE

I, Sean Duryee, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge and on my review of information and records gathered by California Highway Patrol (CHP) staff in the ordinary course of business. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am employed by the CHP as a law enforcement officer. I graduated from the CHP Academy in October of 1998 and have been continuously employed since that time as a member of the CHP. I have worked in three different field divisions including Valley, Northern and Golden Gate Division. I have held the rank of officer, sergeant, lieutenant, captain, assistant chief, chief, assistant commissioner, and deputy commissioner. I currently serve as the Commissioner of the CHP.

3. As the Commissioner, I have command and responsibility of the CHP, the largest state law enforcement agency in the United States. I have held this position for 2 years and 4 months. I have served as a police officer in California for more than 26 years. I have extensive experience and training in mitigating civil unrest. I have held positions on Special Response Teams (SRT) as a supervisor, platoon leader, and commander. Throughout my career, I have deployed numerous times to civil unrest or violent protests.

4. During the recent civil unrest in Los Angeles, I communicated regularly and coordinated with the Chief of the Los Angeles Police Department (LAPD) and the Sheriff of the Los Angeles Sheriff's Department (LASD) to ensure adequate law enforcement resources were deployed to restore order, enforce the law, and protect protestors' First Amendment rights. I was personally present at the protests in Los Angeles from the night of Sunday, June 8, 2025, to Wednesday June 11,

2025. The protests in Los Angeles were not unlike other protests I have experienced in California. Local and State law enforcement resources were sufficient to restore order, enforce the law, protect life and property, and allow Californians to exercise their Constitutional right to protest.

5. On the night of Saturday, June 7th, following a physical interaction between civilians and federal agents in the Paramount area, I directed the deployment of two SRTs to the City of Paramount where they joined the LASD to restore peace and order, by dispersing a group of protestors that were lighting fires and throwing objects at law enforcement. They successfully dispersed the violent group away from the freeway and the federal Department of Homeland Security facility. That night, President Trump announced the deployment of National Guard soldiers to Los Angeles. The deployment of the military to Los Angeles was premature and exacerbated the situation. The announcement fueled the anger of many protestors and the following day, the crowd size increased significantly. The aggressive behavior and violent tendencies of the protestors also increased.

6. Since the protests in Los Angeles began on June 6, over four thousand officers from LAPD, LASD, CHP and local law enforcement agencies from Los Angeles and neighboring counties have responded to the incidents. Each agency's deployment has fluctuated over the course of the incident. Based on a report I have received, LAPD's maximum deployment to date has been 3,316 officers deployed over a 24-hour period on June 14, and LASD's maximum deployment to date was 581 deputies deployed on the same day. Neighboring law enforcement agencies provided additional support through California's Law Enforcement Mutual Aid System. As the need no longer exists, those neighboring law enforcement agencies have discontinued providing mutual aid services.

7. CHP, as of June 15, had approximately 800 uniformed personnel assigned specifically to manage these protest incidents each day. This includes approximately 250 uniformed personnel working a day shift from 0600 to 1830

each day, and a night shift of approximately 150 uniformed personnel working from 1800 to 0630 each day, as well as approximately 400 personnel from Special Response Teams assigned each day. In addition to the approximately 800 personnel assigned specifically to manage these protest incidents, CHP has approximately 240 additional uniformed personnel working at stations in the area and on standby to respond to emergency situations as needed. Since June 16 due to the significantly decreased number of protests, CHP reduced and has now discontinued all deployments of personnel for the purpose of managing these protest incidents.

8. On June 14, 2025, a large protest occurred in Los Angeles in conjunction with the nationally organized "No Kings Protest." It is my understanding that approximately 30,000 protestors attended the events in Los Angeles. As the protest ended and most of the crowd dispersed, approximately 2,000 protestors engaged with National Guard and federal officers in front of the federal building on Los Angeles Street. Some protestors assaulted the officers and soldiers by throwing items and spitting on them. Local law enforcement responded, issued a dispersal order, declaring the assembly unlawful, and cleared the crowd from the front of the federal building. Local law enforcement managed the civil unrest on the 14th, dispersed the crowd, and made arrests where necessary. Because local law enforcement was able to manage events on June 14, CHP SRTs were held in reserve and, except for blocking protestors from the freeway, were available and not utilized. This was not unlike other protests I have experienced in California.

9. Claims have been made that the military is being utilized to protect property and federal personnel as they perform their duties, and that this is distinct from the roles and responsibilities of federal and local law enforcement. It is claimed their "Personnel are not performing law enforcement." Detaining civilians, blocking access to public locations, directing traffic, and utilizing force against

4

protestors are all within the scope of core law enforcement functions, and in my experience, personnel who engage in this activity are performing core law enforcement functions.

10. Over the course of these protests and related incidents, state and local law enforcement agencies have arrested approximately 732 individuals. LAPD made 29 arrests on Saturday, June 7. The number of arrests made increased following the deployment of the National Guard on June 8. In Los Angeles, between LAPD, LASD, and CHP, there were 43 arrests on Sunday, June 8; 135 arrests on Monday, June 9; 295 arrests on Tuesday, June 10; 85 arrests on Wednesday, June 11; 52 arrests on Thursday, June 12; 35 arrests on Friday, June 13; 56 arrests on Saturday, June 14; and 2 arrests on Sunday, June 15. According to the latest report I have received, these agencies made zero arrests for protest-related activity on June 16 and 17. These numbers are preliminary and may change as more data is collected and reviewed. Although there have been some arrests for acts of violence and property destruction, based on information and belief the majority of the arrests made to date have been for failure to disperse after law enforcement declare an unlawful assembly.

11. Since June 8, violent incidents at federal facilities have been concentrated in the immediate vicinity of the Edward R. Roybal Federal Building and U.S. Courthouse in downtown Los Angeles, as well as the federal building in Santa Ana and a federal facility in Paramount. Other than incidents at those locations, I have not received reports or notification of any significant violence at other federal facilities in and around Los Angeles, including those in Westwood and Long Beach. Based on my consistent communication with the local law enforcement agencies leadership, if there were other such incidents I would expect to be aware of them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 19, 2025, at Sacramento, California.

_____
Sean Duryee