1   **ROB BONTA**
    Attorney General of California
2   THOMAS S. PATTERSON
    Senior Assistant Attorney General
3   ANYA BINSACCA
    JOHN D. ECHEVERRIA
4   MARISSA MALOUFF
    JAMES E. STANLEY
5   Supervising Deputy Attorneys General
    NICHOLAS ESPÍRITU
6   STEVEN KERNS
    JANE REILLEY
7   MEGAN RICHARDS
    MEGHAN H. STRONG
8    Deputy Attorneys General
     455 Golden Gate Ave.
9    San Francisco, CA 94102
     Telephone: (415) 510-3877
10   E-mail:  Meghan.Strong@doj.ca.gov
    *Attorneys for Plaintiffs*

11

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17  GAVIN NEWSOM, IN HIS OFFICIAL
    CAPACITY AS GOVERNOR OF THE STATE OF
    CALIFORNIA; STATE OF CALIFORNIA,          NO. 3:25-cv-04870-CRB
18
                                              **DECLARATION OF DYLAN VERNER-**
19                          Plaintiffs,       **CRIST IN SUPPORT OF REPLY IN**
                                              **SUPPORT OF PLAINTIFFS' MOTION**
20           v.                               **FOR PRELIMINARY INJUNCTION**

21  DONALD TRUMP, IN HIS OFFICIAL             Date:       June 20, 2025
    CAPACITY AS PRESIDENT OF THE UNITED       Time:       10:00 a.m.
22  STATES; PETE HEGSETH, IN HIS OFFICIAL     Courtroom:  6
    CAPACITY AS SECRETARY OF THE              Judge:      Charles R. Breyer
23  DEPARTMENT OF DEFENSE; U.S.               Trial Date: Not set
    DEPARTMENT OF DEFENSE,                    Action Filed: June 9, 2025
24
                          Defendants.
25

26

27

28

                                   1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF DYLAN VERNER-CRIST

I, Dylan Verner-Crist, declare under penalty of perjury that the following is true and correct:

1.      I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I have personal knowledge of the facts set forth in this declaration.

3.      I am the lead investigator at the American Civil Liberties Union Foundation of Northern California ("ACLU"). The ACLU is a nonprofit public interest law firm based in San Francisco, California that provides free legal assistance on civil rights matters. In my role, I conduct factual investigations of potential civil rights violations.

### June 11, 2025 Observations

4.      On June 11, 2025, I observed conditions outside the Edward R. Roybal Federal Building ("Roybal Federal Building"), located at 300 Los Angeles Street in downtown Los Angeles, California.

5.      At approximately 8:33 AM, I arrived at the front side of the Roybal Federal Building, located along Los Angeles Street (hereafter, "Los Angeles Side"). I observed approximately half a dozen individuals waiting outside the Los Angeles Side entrance. Some of the onlookers told me that the building was closed. I did not observe any National Guard members ("guardsmen"), US Marines ("marines"), or protesters outside the building.

6.      I then walked to the parking garage exit of the Roybal Federal Building complex, located on Alameda Street between East Aliso Street and East Temple Street (hereafter, "Alameda Side"), arriving at the location at

approximately 8:40 AM. At this location, I observed two guardsmen standing in the parking area on the Alameda Side. I counted eight military vehicles parked behind them. Across the street, I observed approximately fifty reporters from various outlets waiting around. I did not observe any protesters in the vicinity. The area was generally quiet. Attached hereto as **Exhibit A** are true and correct copies of three photos I took at 8:40 AM, showing the guardsmen standing at their posts and the military vehicles in the parking lot.

7. I then walked back to the Los Angeles Side of the Roybal Federal Building, arriving there at approximately 8:50 AM. The area was now clear. I did not observe anyone outside the building at this point.

8. I then walked back to the Alameda Side of the Roybal Federal Building. From approximately 9:00 AM to approximately 10:10 AM, I observed conditions at this location.

9. By 9:40 AM, there were eight guardsmen posted on the Alameda Side. I still did not observe any protesters.

10. By 10:06 AM, I observed ten guardsmen on the Alameda Side and approximately half a dozen protesters. Some of the protesters were creating signs and holding flags.

11. I left the area at approximately 10:10 AM. At that point, there was only a small handful of protesters in the area.

12. At approximately 3:30 PM, I returned to the Alameda Side of the Roybal Federal Building. I observed approximately fifty protesters at this location. Outside the parking garage, I observed further guardsmen, US Immigration and Customs Enforcement ("ICE") officers with the Enforcement and Removal Operations ("ERO") directorate, and Department of Homeland Security ("DHS") officers. I also observed Los Angeles Police Department ("LAPD") officers stationed nearby. True and correct copies of photos taken by me between 3:30 PM

and 4:30 PM, showing the protest over the course of this hour, are attached hereto as **Exhibit B.**

13.     Over the next hour, I observed one protester sing a parody song to the guardsmen, LAPD officers direct protesters to stay on the sidewalk, and protesters chant at the federal personnel stationed outside the Alameda Side.

14.     At approximately 4:20 PM, I observed two white vans enter the parking garage area from the street without incident.

15.     At approximately 4:25 PM, a large contingent of protesters arrived at the area. I observed approximately two hundred protesters outside the Alameda Side at this point. I also counted approximately 40 guardsmen plus 15 federal police officers with DHS or ERO stationed on the Alameda Side. True and correct copies of photos showing the guardsmen and the protesters at this point, taken by me at 4:21 PM and 4:26 PM, respectively, are attached hereto as **Exhibit C.**

16.     At approximately 4:38 PM, I observed approximately 200 California Highway Patrol officers ("CHP") staging along East Aliso Street. These officers were dressed in riot gear and appeared to be on standby near the Roybal Federal Building.

17.     At approximately 5:16 PM, I observed conditions at the Los Angeles Side of the Roybal Federal Building. The area was entirely quiet, with approximately six guardsmen stationed outside the building and no protesters in sight. Attached hereto as **Exhibit D** is a true and correct copy of a photo taken by me at 5:16 PM showing this scene.

18.     I then returned to the Alameda Side. The number of protesters on the Alameda Side had lessened. I observed approximately one hundred protesters on this side. In addition to the guardsmen, I now observed a large contingent of DHS officers stationed outside the Alameda Side of the Roybal Federal Building. A true and correct copy of a photo, taken by me at 5:26 PM, is attached hereto as **Exhibit**

4

**E.** It shows these officers, who were dressed in riot gear, holding less-lethal crowd control weapons and large plastic shields.

19. At 5:30 PM, the guardsmen left their posts on Alameda Street and were replaced by federal police officers from ERO and DHS. The protest, which remained relatively small, continued to be fairly quiet. Attached hereto as **Exhibit F** is a true and correct copy of a photo taken by me at 5:34 PM showing the federal police officers arrayed around the Alameda Side of the Roybal Federal Building as the protesters stand opposite them.

20. Over the course of the next half hour, some protesters angrily confronted the federal personnel, yelling about the ICE raids and military presence in Los Angeles. Although these protesters were, at points, angry and animated, I did not observe any violence by protesters nor use of force by federal personnel. Moreover, although the protest was now more animated, I did not observe any guardsmen stationed outside the Alameda Side of the Roybal Federal Building.

21. At approximately 6:02 PM, the DHS police officers suddenly pushed the crowd back, clearing the entrance/exit to the parking garage on the Alameda Side. I then observed approximately 10 ICE and Customs and Border Patrol ("CBP") vehicles enter the parking garage. Two white vans then exited the garage without incident. The guardsmen were absent from the scene by this point. Attached hereto as **Exhibit G** is a true and correct copy of a photo taken by me at 6:02 PM, showing the white vans pulling down the street as protesters stand nearby holding signs.

22. At approximately 6:20 PM, the DHS officers announced something via loudspeaker. Their announcement was indistinct. I could hear the officer say that this was the second order, the words "dispersal" and "order," but nothing else. Meanwhile, I observed protesters chanting, dancing, and yelling at the federal personnel. The protest remained peaceful, if tense.

5

23.     At approximately 6:46 PM, the DHS officers announced another order. This order directed protesters to move from the driveway or they would be arrested for an unlawful assembly. Following this order, the protesters who had been holding a large banner on the driveway moved to the side. Attached hereto as **Exhibit H** is a true and correct copy of a photo taken by me at 6:48 PM, showing the driveway now clear and the protesters, holding a banner, off to the right side.

24.     At approximately 6:52 PM, the federal police officers again moved protesters back, using their shields, to form a clear egress. After they did so, vehicles again exited from the building. This again occurred without incident or further escalation of force. As with the previous incident, guardsmen were not present for this action. Attached hereto as **Exhibit I** are true and correct copies of photos taken by me at 6:52 PM, showing the officers creating this egress while the vehicles exit the building.

25.     By 7:00 PM, the protesters began to leave the area. I counted only a few dozen protesters remaining in the area.

26.     At approximately 7:01 PM, the DHS officers again created a protective line so that vehicles could enter the parking structure. Attached hereto as **Exhibit J** is a true and correct copy of a photo taken by me at 7:01 PM, showing this protective line and the small number of protesters remaining in the area. Again, guardsmen played no role in this action.

27.     By 7:20 PM, I counted less than two dozen protesters remaining on the Alameda Side of the Roybal Federal Building. Attached hereto as **Exhibit K** is a true and correct copy of a photo showing the few protesters remaining in the area.

28.     I left the area at 7:30 PM with the protest winding down.

**June 14, 2025 Observations**

29.     On June 14, 2025, I observed a large protest outside the Roybal Federal Building.

1    30.    At approximately 12:00 PM that day, I arrived at downtown Los

2    Angeles, disembarking at the Grand Avenue / Bunker Hill Station. I then walked to

3    Gloria Molina Grand Park, where I observed a large protest consisting of

4    approximately several thousand people gathered in front of the Los Angeles City

5    Hall. From there, I walked down East Aliso Street towards the Roybal Federal

6    Building at 300 Los Angeles Street.

7    31.    I arrived at 300 Los Angeles Street at approximately 12:34 PM. On the

8    Los Angeles Side of the Roybal Federal Building, I observed approximately half a

9    dozen United States Marines ("marines") stationed outside the Federal Building, in

10   front of the entryway. I observed only two protesters outside the Federal Building.

11   Both were yelling at the marines. The marines were recognizable based on

12   "USMC" emblazoned on their chests. They were armed with rifles, large plastic

13   shields, and what appeared to be baseball catchers' kneepads. True and correct

14   copies of photos of the marines stationed at this post, taken by me at 12:34 PM, are

15   attached hereto as **Exhibit L.**

16   32.    I then walked to the Alameda Side of the Roybal Federal Building,

17   arriving at the area at approximately 12:40 PM. I observed approximately two

18   dozen protesters standing along the block while approximately a dozen marines

19   stood guard. Behind the marines, I observed military vehicles, DHS officers in riot

20   gear, and ICE Special Response Team ("SRT") officers in riot gear.

21   33.    I observed the Alameda Side for the next half hour. Two of the

22   marines stationed at this location appeared to be filming and/or photographing the

23   protesters. Attached hereto as **Exhibit M** are true and correct copies of these

24   marines with their recording equipment, taken by me at 12:54 PM.

25   34.    At approximately 1:05 PM, I walked back up to Los Angeles Street

26   along Temple Street to observe the other side of the building. Along Temple Street,

27   I observed further DHS, SRT, and marines stationed along the side of the Federal

28   Building complex.

7

35.     I arrived back at the Los Angeles Side at approximately 1:08 PM. I observed a medium-sized but growing crowd along Los Angeles Street, consisting of a few hundred people. The federal personnel had also boosted their numbers; they now included a few dozen marines, SRT, and DHS officers. Attached hereto as **Exhibit N** is a true and correct copy of a photo taken by me at 13:10, showing the line of marines, with some DHS interspersed, and the crowd formed below the steps outside the building.

36.     At approximately 1:13 PM, one protester attempted to climb the steps to the Royal Federal Building, arms raised. One of the marines motioned for him to go back down the steps. He took another few steps up towards the building; a DHS officer then told him to go back down. He then did so. Attached hereto as **Exhibit O** is a true and correct copy of a photo showing this scene.

37.     At approximately 1:18 PM, the crowd thickened considerably. A large truck with a live band drove by, bringing hundreds of protesters in tow. By this point, there were approximately 500 protesters outside the Los Angeles Side.

38.     At approximately 1:58 PM, many of the marines stationed outside the Los Angeles Side returned inside and were replaced by guardsmen.

39.     At approximately 2:02 PM, I observed guardsmen and DHS officers ordering protesters off the steps. Attached hereto as **Exhibit P** is a true and correct copy of a photo taken by me at 2:02 PM, showing a guardsman and a DHS officer directing protesters off the steps.

40.     By 2:40 PM, the protest remained large but peaceful. Attached hereto as **Exhibit Q** is a true and correct copy of a photo taken by me at 2:41 PM, showing the size and characteristics of the crowd at this point. I observed elderly people, families, young children, and even hot dog vendors in the crowd.

41.     On three occasions between 2:58 PM and 3:30 PM, the marines and guardsmen pushed down the steps into the crowd, pushing the protesters down off the steps with their shields in a concerted motion. The DHS officers were behind

8

them, telling protesters to get off the steps. Other guardsmen and SRTs were filming the incidents. I could not directly hear, but it appeared that the federal personnel were telling the protesters – over the protesters' cries of "Shame!" – that they were on federal property and that they had to move. Attached hereto as **Exhibit R** are true and correct copies of photos taken by me between 14:58 and 15:30, showing, respectively, a DHS officer telling protesters to get off the steps as guardsmen and marines stand on; guardsmen raising their shields to begin to push the protesters back; the soldiers and officers descending down the steps with their shields into the crowd; the soldiers and officers down the steps into the crowd, using their shields to push back and block the crowd; and the soldiers using their shields to keep the protesters off the steps. At no point did these incidents escalate into any further use of force by the federal personnel; nor did I observe any violence on the part of the protesters.

42.     At approximately 3:46 PM, I walked up the steps across the street and stood on a vantage point (a parking structure) to observe the protest. Attached hereto as **Exhibit S** is a true and correct copy of a photo taken by me at 3:46 PM showing the crowd at this point.

43.     By 4:04 PM, the crowd had again grown larger, filling the majority of the block. I observed approximately one thousand protesters in the area. The protest remained peaceful and largely uneventful along Los Angeles Street. Attached hereto as **Exhibit T** is a true and correct copy of a photo taken by me at 4:04 PM showing the crowd at this point.

44.     Between 4:05 PM and 4:13 PM, LAPD and CHP officers cleared the protest. As they did so, the federal personnel largely stood on. I then saw LAPD and CHP officers on horseback push the crowd back, down Los Angeles Street towards Temple Street, using truncheons, horses, and displays of force (aimed less-lethal weapons) to do so. During this dispersal, I observed two water bottles get

1    thrown from the crowd towards the police officers. Attached hereto as **Exhibit U**

2    are video stills taken by me between 4:05 and 4:06, showing this dispersal.

3        45.    Throughout, the federal personnel stood on watching. They did not

4    appear to take part in this dispersal of the protest. As the LAPD and CHP officers

5    moved the protesters down LA Street, using their horses, nightsticks, and rubber

6    bullets, the federal personnel (including guardsmen and marines) briefly moved

7    from their post at the Roybal Federal Building and pushed down Los Angeles Street

8    towards Temple Street. From there, they formed a wall and then retreated back to

9    the Roybal Federal Building. By approximately 4:13, the area in front of the Roybal

10    Federal Building was clear, with police officers' vehicles now filling the area. The

11    federal personnel stayed stationed in front of the building at this point. Attached

12    hereto as **Exhibit V** are true and correct copies of stills from videos that I shot

13    between 4:11 PM and 4:13 PM, showing this police action and the limited role of

14    the federal personnel.

15        46.    I continued to observe the dispersal of the protest until 5:15 PM. I did

16    not observe any further actions by federal personnel. The dispersal was conducted

17    primarily by LAPD and CHP officers.

18    **June 18, 2025 Observations**

19        47.    On June 18, 2025, I conducted further fieldwork to document

20    conditions outside the Roybal Federal Building and the Federal Building located at

21    11000 Wilshire Boulevard on the west side of Los Angeles ("Wilshire Federal

22    Building").

23        48.    I arrived at the Alameda Side of the Roybal Federal Building at

24    approximately 8:05 PM. On the Alameda Side, I observed six protesters,

25    approximately six marines, and a small handful of DHS officers. One of the

26    protesters was chatting with one of the DHS officers; he appeared to be explaining

27    his concerns about racial profiling during ICE raids to the officer. Apart from these

28    few personnel, the area was clear. It was calm and quiet. Attached hereto as **Exhibit**

10

**W** are true and correct copies of photos I took between 8:09 and 8:12 PM on the Alameda Side of the Roybal Federal Building, showing the few members of the public and federal personnel along Alameda Street.

49. I then walked to the Los Angeles Side of the Roybal Federal Building. The area was completely clear, with no protesters nor military personnel in sight. There were flowers arrayed outside the building. Inside the building, I could dimly see some marines sitting on chairs just inside the doors. Attached hereto as **Exhibit X** are true and correct copies of photos taken by me between 8:15 and 8:16 PM, showing the area.

50. As I took photos, three of the marines came out to talk to me. They told me that I could not be on the steps of the building, so I stepped back. One of the marines told me that the area had been quiet that day and that they had not seen any protesters. I asked him when the flowers had been placed there. He said that they had been placed on the steps that day. He added that there had been a lot of "religious people" outside the Roybal Federal Building earlier but that it had been very quiet. Attached hereto as **Exhibit Y** are true and correct copies of photos showing the marines that I talked to, the flowers on the steps, and Los Angeles Street from the vantage point where I had observed part of the June 14 protest. I took these photos between 8:16 PM and 8:22 PM.

51. I then walked back to the Alameda Side of the Roybal Federal Building, arriving back at the area at approximately 8:30 PM. As I walked up, I saw two white vans enter the parking structure without incident. At this point, I counted five protesters outside the building. One of the protesters was yelling at the marines, telling them that their presence there was pathetic. I asked one marine how many protesters had been in the area earlier. He estimated that there had been between fifty and one hundred protesters there earlier. I asked him if the protesters had been calm or rowdy. He said that the protesters had sometimes been calm, sometimes rowdy, but had been peaceful throughout. He then said that it had been

11

the same the previous day: a crowd of between fifty to one hundred protesters. He reiterated that they had been "peaceful crowds." Attached hereto as **Exhibit Z** is a true and correct copy of a photo, taken by me at 8:30 PM, showing the Alameda Side of the Roybal Federal Building at this point. The marine I talked to is standing on the left side of the image.

52.    I then left the Roybal Federal Building and drove to the Wilshire Federal Building. I arrived at the area at approximately 9:00 PM. Along the entry and exit points to the Wilshire Federal Building, I observed marines standing guard. The area around the building was empty, devoid of protesters or other activity. At a nearby park, I could see people playing basketball. Attached hereto as **Exhibit AA** are true and correct copies of photos taken by me between 9:06 PM and 9:08 PM, showing this area and the marines stationed outside the Wilshire Federal Building.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed at Los Angeles, California this 19th day of June, 2025.

_____
Dylan Verner-Crist

# EXHIBIT A







# EXHIBIT B







**EXHIBIT C**





# EXHIBIT D



# EXHIBIT E



# EXHIBIT F



**EXHIBIT G**



# EXHIBIT H



# EXHIBIT I





# EXHIBIT J



**EXHIBIT K**



# EXHIBIT L





# EXHIBIT M





# EXHIBIT N



**EXHIBIT O**



# EXHIBIT P



**EXHIBIT Q**



# EXHIBIT R













# EXHIBIT S



**EXHIBIT T**



# EXHIBIT U











# EXHIBIT V









# EXHIBIT W







# EXHIBIT X







# EXHIBIT Y







# EXHIBIT Z



**EXHIBIT AA**







