Andrew G. Watters (#237990)
555 Twin Dolphin Dr., Ste. 135
Redwood City, CA 94065
+1 (650) 542-0057
andrew@watters.law

Attorney for Amicus Curiae Blue Eagle Coalition, an unincorporated association

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAVIN NEWSOM, In his official capacity as the Governor of the State of California; STATE OF CALIFORNIA,

Plaintiffs,

v.

DONALD TRUMP, In his official capacity as the President of the United States; PETE HEGSETH, In his official capacity as Secretary of the Department of Defense; US DEPARTMENT OF DEFENSE,

Defendants.

BLUE EAGLE COALITION, an unincorporated association,

Amicus Curiae.

Case No: 3:25-cv-04870-CRB

SUPPLEMENTAL DECLARATION OF ANDREW WATTERS IN SUPPORT OF AMICUS BRIEF OF BLUE EAGLE COALITION SUPPORTING DEFENDANTS

The Honorable Charles Breyer
Senior District Judge

1. I am over the age of eighteen years and have personal knowledge of the matters stated herein. If called as a witness, I would competently attest to same.
2. As neither side has filed any actual photos or videos to date, the purpose of this declaration is to provide evidence concerning the status of Federal forces in Downtown Los Angeles following the recent protests and rioting.
3. To that end, I went on a photo tour of Downtown L.A. with my professional camera for several hours on June 21, 2025. I took 187 professional photos and provided them to the parties in the form of contact sheets, along with an offer to provide high resolution and RAW format photos upon request. No one responded to the offer.
4. At the Federal building around 11 a.m., there was a fire team of Marines consisting of two Lance Corporals and a Corporal, plus two California National Guardsmen, both Specialists. All were standing on Federal property, with the Marines behind the driveway entrance and exit, and the National Guardsmen next to pedestrian walkways:

//

5. Here are several more photos that are reflective of the overall situation:







6. The U.S. Courthouse nearby did not have any visible presence of either Marines or National Guardsmen:

FORD
FORD

- 4 - SUPP. DECLARATION OF ANDREW WATTERS

7. I spent several hours in the area walking and driving around. There were no other Marines or National Guardsmen in the area. Interestingly, there were also no L.A.P.D. or California Highway Patrol officers anywhere in the area– and I was careful to look at the same areas several times throughout the tour.
8. It did not appear that the Federal forces were conducting law enforcement activities. It appeared they were on Federal property protecting Federal property and personnel. Several employees could be seen walking around on the grounds of the Federal building, behind the chain link fencing. There appeared to be one U.S. Marshal at the U.S. Courthouse security desk.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 23, 2025

By: ______________________

Andrew G. Watters, Esq.
Attorney for Amicus Curiae
Blue Eagle Coalition