BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0568
garry.hartlieb2@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants*. | Case No. 3:25-cv-04870-CRB <br><br> **DEFENDANTS' NOTICE OF OBJECTION REGARDING PLAINTIFFS' SUPPLEMENTAL BRIEF** |

Defendants respectfully provide this notice to object to new arguments raised for the first time in the supplemental brief Plaintiffs filed earlier today pursuant to the Court's directive at the June 20, 2025 hearing. In that supplemental brief, Plaintiffs requested, for the first time, leave to conduct unspecified expedited discovery and to submit supplemental preliminary injunction briefing following the conclusion of any discovery. ECF No. 94 at 7-9. Plaintiffs did not previously request discovery prior to filing their preliminary injunction motion or even in the motion itself. Nor did Plaintiffs mention any intention to seek discovery at the June 20, 2025 hearing. Any discovery at this juncture would be improper. Briefing on the motion is already complete, so Plaintiffs' request for discovery now is a concession that they are not entitled to any preliminary injunctive relief on the present record. The discovery request is also procedurally improper, as Defendants have had no opportunity to respond and would be prejudiced if the request were granted without any substantive response from Defendants. For these reasons, the Court should deny the preliminary injunction motion. If, however, the Court is inclined to entertain Plaintiffs' request for expedited discovery, it should direct Plaintiffs to file a proper motion, order Defendants to respond in the ordinary course, and deny without prejudice Plaintiffs' preliminary injunction motion.

Dated: June 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

ALEXANDER K. HAAS
(CA Bar No. 220932)
Director, Federal Programs Branch

JEAN LIN
(NY Bar No. 4074530)
Special Litigation Counsel

|   |   |
|---|---|
| 1 | Federal Programs Branch |
| 2 |  |
| 3 | */s/ Garry D. Hartlieb* |
|   | CHRISTOPHER EDELMAN |
| 4 | (DC Bar No. 1033486) |
|   | Senior Counsel |
| 5 | GARRY D. HARTLIEB |
| 6 | (IL Bar No. 6322571) |
|   | BENJAMIN S. KURLAND |
| 7 | (DC Bar No. 1617521) |
|   | Trial Attorneys |
| 8 | U.S. Department of Justice |
| 9 | Civil Division, Federal Programs Branch |
|   | 1100 L Street, N.W. |
| 10 | Washington, DC 20005 |
|   | Tel.: 202-305-0568 |
| 11 | Email: garry.hartlieb2@usdoj.gov |
| 12 |  |
| 13 | *Attorneys for Defendants* |