IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>      Defendants. | Case No. 25-cv-04870-CRB<br><br>**ORDER DIRECTING FILING** |

On Monday, both parties responded to the Court's request for briefing as to its continued jurisdiction. See Pl. Supp. Br. (dkt. 94); Def. Supp. Br. (dkt. 95). Plaintiffs' brief included a request for leave to take "expedited, limited discovery as to their claim that Defendants have acted ultra vires of the [Posse Comitatus Act] and as to the permissible scope and duration of the federalization of the National Guard under Section 12406." See Pl. Supp. Br. at 7. Plaintiffs propose that they propound discovery by June 26, meet and confer with Defendants shortly thereafter, receive responses and conduct depositions by July 11, and file supplemental briefing on the motion for preliminary injunction on July 15. Id. at 9. Defendants object to the discovery request, arguing that "Defendants have had no opportunity to respond and would be prejudiced if the request were granted without any substantive response from Defendants." Objection (dkt. 97) at 1.

Good cause appearing therefor, the Court DIRECTS Defendants to respond to Plaintiffs' discovery request by Wednesday, June 25, at 9:00 A.M.

**IT IS SO ORDERED.**

Dated: June 24, 2025



CHARLES R. BREYER
United States District Judge