IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants. | Case No.  25-cv-04870-CRB<br><br>**ORDER REGARDING NON-PARTY FILINGS** |

The Court has received inquiries from non-parties to this action regarding their attempts to file documents on the docket.  As a general rule, the Court does not accept filings from non-parties.  The Federal Rules of Civil Procedure and the Civil Local Rules provide for limited exceptions, including properly supported motions for intervention under Federal Rule 24 or motions for leave to file as amici curiae.[1]  Any attempted filing by a non-party that does not comply with the Federal Rules of Civil Procedure and the Local Civil Rules will not be docketed, and the non-party will be so notified, either by the return of their attempted filing or some other means.

**IT IS SO ORDERED.**

Dated: June 25, 2025

_____
CHARLES R. BREYER
United States District Judge

---

[1] Though the Federal Rules of Civil Procedure and this district's Civil Local Rules do not expressly permit non-parties to participate as amici curiae, district courts have "broad discretion" to allow amici curiae.  NetChoice, LLC v. Bonta, No. 22-cv-8861-BLF, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023) (citation omitted).  Potential amici curiae must properly move for leave to file as amici curiae, including by demonstrating that their participation will be useful to the court.  See id.

United States District Court
Northern District of California