JUDY W. WHITEHURST, Chief Deputy (SBN 182855)
jwhitehurst@counsel.lacounty.gov
MARGARET L. CARTER, Senior Assistant County Counsel (SBN 220637)
mcarter@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 808-8736 · Fax: (213) 633-1915

Attorneys for *Amicus Curiae* County of Los Angeles

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense; DEPARTMENT OF DEFENSE,<br><br>                Defendants. | Case No. 3:25-cv-04870-CRB<br><br>[~~PROPOSED~~] ORDER ~~GRANTING ADMINISTRATIVE MOTION BY LOS ANGELES COUNTY FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION~~<br><br>Hearing Date: June 20, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 6 – 17th Floor<br>Judge: Charles R. Breyer |

//
//
//
//
//
//
//
//
//

1 **[PROPOSED] ORDER**

2  Los Angeles County requests leave to file an amicus brief in support of Plaintiffs'
3 Motion for Preliminary Injunction (ECF No. 77).
4  Having considered the motion for leave and the parties' responses, if any, the Court
5 GRANTS the request. The Brief of Amicus Curiae County of Los Angeles in Support of
6 Plaintiffs' Motion for Preliminary Injunction is hereby deemed filed.
7  **IT IS SO ORDERED.**
8  DATED this 26th day of June 2025.

_____
HONORABLE CHARLES R. BREYER
United States District Judge