BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-8659
christopher.edelman@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants*. | Case No. 3:25-cv-04870-CRB <br><br> **STIPULATED MOTION TO ENLARGE TIME TO RESPOND TO EXPEDITED DISCOVERY AND SET BRIEFING ON DISCOVERY DISPUTES** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b), 6-2(a), and 7-12, the parties hereby move the Court to extend the July 11, 2025, deadline set by this Court for certain expedited discovery by two weeks. ECF No. 101. In support of this motion, the parties submit the following:

1. On June 23, 2025, Plaintiffs requested leave to conduct expedited discovery and to submit supplemental briefing in support of Plaintiffs' Motion for a Preliminary Injunction following that discovery. ECF No. 94 at 7–9. In their request, Plaintiffs stated that, if the Court granted their request, they would propound discovery on Defendants by June 26, with discovery, including depositions, to conclude by July 11. Plaintiffs also proposed filing their supplemental briefing on July 15. *Id.* at 9.

2. On June 25, 2025, the Court granted Plaintiffs' request in part over Defendants' opposition, permitting limited discovery for purposes of determining whether the pending Motion for Preliminary Injunction should be granted on Posse Comitatus Act grounds. ECF No. 101 at 9-11. The Court's Order allowed expedited discovery consistent with the schedule outline in Plaintiffs' request, which set an expedited discovery deadline for July 11 and the deadline for Plaintiffs to file a supplemental brief by July 15.[1] *Id.* at 11.

3. On June 26, 2025, Plaintiffs propounded twenty (20) interrogatories, sixteen (16) requests for production, and three (3) notices of deposition. Plaintiffs noticed their depositions for July 7, 8, and 9, and each of those deposition notices contained an additional request for production from the respective deponents. Plaintiffs requested responses to their written discovery requests by July 11.

4. Defendants are unable to meet this schedule to respond to the requests Plaintiffs have propounded. Although Defendants intend to object to the scope of the particular requests, Defendants note that collection and review of the materials Plaintiffs have sought (particularly given their sensitive nature) is time intensive.

5. Further, Defendants have limited resources, and limited attorney availability as several members of the team have preexisting commitments in other cases, including

---

[1] Defendants reserve the right to seek mandamus relief from the Court's order. But of course, Defendants will comply with the order unless and until they obtain relief from that order from this Court or a higher Court.

2

3:25-cv-04870-CRB STIPULATED MOTION TO ENLARGE TIME TO RESPOND TO EXPEDITED DISCOVERY AND SET BRIEFING ON DISCOVERY DISPUTES

work-related travel. Simply put, Defendants cannot, despite their utmost efforts, meet the proposed schedule.

6. Defendants also object to the depositions Plaintiffs have noticed, and the parties have been unable, as of this filing, to reach agreement on that point.

7. On June 27 and July 1, Plaintiffs and Defendants met and agreed to the following modest extension of the discovery deadline and schedule for briefing their dispute regarding depositions:

- July 9: Plaintiffs and Defendants submit their respective positions on the depositions to be conducted in briefs not to exceed 5 pages of substantive text each;
- July 25: all expedited discovery completed, with Defendants to make an initial production of documents by July 11 and continue with rolling productions in advance of depositions;
- July 30: Plaintiffs file supplemental brief in support of their preliminary injunction motion; and
- August 4: Defendants file supplemental opposition to Plaintiffs' preliminary injunction motion;
- August 6: Plaintiffs file supplemental reply brief in support of their preliminary injunction motion.

8. This is Defendants' second request to enlarge deadlines in this case, *see* ECF No. 72, and their first request to enlarge deadlines related to expedited discovery. The Court denied Defendants' previous request. ECF No. 74.

9. This extension of time will not unduly delay the Court's ability to address Plaintiffs' Motion for a Preliminary Injunction. At the same time, the extension will allow Defendants a more reasonable opportunity to fully answer Plaintiffs' discovery

3

3:25-cv-04870-CRB STIPULATED MOTION TO ENLARGE TIME TO RESPOND TO EXPEDITED DISCOVERY AND SET BRIEFING ON DISCOVERY DISPUTES

1  requests, providing Plaintiffs and the Court more information to address the
2  outstanding motion, and ultimately facilitating this Court's resolution of the motion.
3  10. For the good cause explained above, the parties request that the Court approve the
4  schedule outlined above.

Dated: July 3, 2025                                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

ALEXANDER K. HAAS
Director
Federal Programs Branch
(CA Bar No. 220932)

JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel


*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB
(IL Bar No. 6322571)
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: 202-305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*

4

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 3, 2025 | Respectfully submitted, |
| 3 | | **ROB BONTA**<br>Attorney General of California |
| 4 | | MICHAEL L. NEWMAN<br>THOMAS S. PATTERSON |
| 5 | | Senior Assistant Attorneys General<br>ANYA M. BINSACCA |
| 6 | | MARISSA MALOUFF<br>JAMES E. STANLEY |
| 7 | | Supervising Deputy Attorneys General<br>NICHOLAS ESPÍRITU |
| 8 | | BARBARA HORNE-PETERSDORF<br>LORRAINE LOPEZ |
| 9 | | JANE REILLEY<br>MEGAN RICHARDS |
| 10 | | MEGHAN H. STRONG |
| 11 | | */s/ Meghan H. Strong* |
| 12 | | Deputy Attorney General<br>  455 Golden Gate Ave. |
| 13 | |   San Francisco, CA  94102<br>  Telephone: (415) 510-3877 |
| 14 | |   E-mail:  Meghan.Strong@doj.ca.gov |
| 15 | | *Attorneys for Plaintiffs* |

5

3:25-cv-04870-CRB STIPULATED MOTION TO ENLARGE TIME TO RESPOND TO EXPEDITED DISCOVERY AND SET BRIEFING ON DISCOVERY DISPUTES