IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>[Proposed] ORDER GRANTING STIPULATED MOTION TO ENLARGE TIME TO RESPOND TO EXPEDITED DISCOVERY AND SET BRIEFING ON DISCOVERY DISPUTES |

Before the Court is the parties' Stipulated Motion to Enlarge Time to Respond to Expedited Discovery and Set Briefing on Discovery Disputes. After reviewing the Motion and good cause having been shown, it is hereby ordered that:

The Court sets the following expedited discovery schedule:

- July 9 by 12:00 P.M. ~~July 9:~~ Plaintiffs and Defendants submit their respective positions on the depositions to be conducted in briefs not to exceed 5 pages of substantive text each;

- July 25: all expedited discovery completed, with Defendants to make an initial production of documents by July 11 and continue with rolling productions in advance of depositions;

- July 30: Plaintiffs file supplemental brief in support of their preliminary injunction motion; and

- August 4: Defendants file supplemental opposition to Plaintiffs' preliminary injunction motion;

- August 6: Plaintiffs file supplemental reply brief in support of their preliminary injunction.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 4, 2025

_____
HON. CHARLES R. BREYER
United States District Judge