# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>                            *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>                            *Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER REGARDING DEPOSITION OF ERNESTO SANTACRUZ JR.** |

      Before the Court is Defendants' Motion for a Protective Order Regarding the Deposition of Ernesto Santacruz Jr. For good cause established in the memorandum supporting the motion, the Court hereby grants the motion.

      SO ORDERED.

Dated:                                                     _____
                                                           HON. CHARLES R. BREYER
                                                           United States District Judge