IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al., | Case No. 25-cv-04870-CRB |
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

The parties' July 3 stipulation set a briefing schedule on discovery disputes and Plaintiffs' pending motion for a preliminary injunction under which supplemental briefing on that motion will conclude on August 6, 2025. Discovery Stip. (dkt. 104) at 3. Pursuant to Federal Rule of Civil Procedure 65(a)(2), the Court will advance the trial on the merits and consolidate it with the preliminary injunction hearing, which the Court sets for August 11–13, 2025.[1] The Court will not entertain requests or stipulations for extensions of time.

**IT IS SO ORDERED.**

Dated: July 9, 2025

CHARLES R. BREYER
United States District Judge

---

[1] The issue of President Trump's use of 10 U.S.C. § 12406 to federalize the National Guard is on appeal before the Ninth Circuit, so the Court lacks jurisdiction over this aspect of the case, and the parties will not be expected to address it at the August hearing. See Discovery Order (dkt. 101) at 2. Otherwise, as already explained, the Court retains jurisdiction to hear evidence and argument on the remaining aspects of the case, including whether Defendants have violated the Posse Comitatus Act. Id.