IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, et al.,<br><br>  Defendants. | Case No. 25-cv-04870-CRB<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS BRIEF (DKT. 103)** |

Pro se non-party Martin Akerman seeks leave to file a brief as an amicus curiae in this action. Mot. for Leave (dkt. 103). Potential amici must demonstrate that their participation will be useful to the Court. Order re: Non-Party Filings (dkt. 100) at 1 n.1. Akerman has not made this showing. His proposed amicus brief largely repeats arguments the parties already made without any new insight. Mot. for Leave at 14–20. That is not helpful to the Court. See Cody v. Ring LLC, 718 F. Supp. 3d 993, 1004 (N.D. Cal. 2024). Akerman purports to add a "real-world example" of the risk of overreach by federalized National Guard troops, which was the subject of a lawsuit he brought in the District of Nevada. Mot. for Leave at 21–23. But his allegations in that case—which was dismissed for his failure to pay filing fees[1]—will not help the Court determine whether Defendants have violated the Posse Comitatus Act here. Accordingly, Akerman's motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 9, 2025

CHARLES R. BREYER
United States District Judge

---

[1] See Order Dismissing Case at 6, Akerman v. Nev. Nat'l Guard, No. 24-cv-1734-RFB (D. Nev. Apr. 14, 2025), ECF No. 20.