IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al., <br>     Plaintiffs, <br>   v. <br> DONALD J. TRUMP, et al., <br>     Defendants. | Case No. 25-cv-04870-CRB <br><br> **ORDER RE PRE-TRIAL DEADLINES** |

The Court has carefully reviewed the Joint Response to Consolidation Pursuant to Federal Rule of Civil Procedure 65(a)(2), which set out the parties' respective positions regarding the upcoming bench trial. See Joint Response (dkt. 115). The Court sets the following pretrial schedule:

**July 25, 2025:** The parties will complete document and written discovery.

**July 30, 2025:** The parties will submit their respective positions on any discovery disputes that they have been unable to resolve via the meet and confer process. Their briefs are not to exceed 5 pages of substantive text.

**July 30, 2025:** Plaintiffs will file their supplemental preliminary injunction motion, as ordered in ECF No. 105.

**July 31, 2025:** The parties will exchange final witness lists, including a brief description of each witness's testimony.

**August 1–6, 2025:** The parties will make their witnesses available for depositions, if those witnesses have not already been deposed.

| | | |
|---|---|---|
| **August 4, 2025:** | Defendants will file their supplemental preliminary injunction opposition, as ordered in ECF No. 105. |
| **August 6, 2025:** | Plaintiffs will file their supplemental preliminary injunction reply, as ordered in ECF No. 105. |
| **August 7, 2025:** | The parties will exchange exhibit lists. |
| **August 8, 2025:** | The parties will separately file their witness lists. |
| **August 8, 2025:** | Motions in limine and objections to witnesses are due. |
| **August 8, 2025:** | The parties will enter into any stipulations of fact. |
| **August 9, 2025:** | Proposed findings of fact and conclusions of law are due. |
| **August 9, 2025:** | Responses to any motions in limine and objections to witnesses are due. |
| **August 11, 2025:** | The parties will jointly file their exhibit list. |

The bench trial will be held **August 11–13, 2025**. The bench trial will include the testimony of live witnesses; the only limitation that the Court will put on the content of witness testimony is that it be relevant to the Posse Comitatus Act claim. That is, witnesses' trial testimony will <u>not</u> be limited to the scope of their deposition testimony so long as their trial testimony remains relevant to whether Defendants have violated the Posse Comitatus Act.

Both parties also request that the Court permit additional discovery in the event that it determines, at the conclusion of the bench trial, that it requires additional material facts beyond the evidence presented. <u>See</u> Joint Response at 1, 4. To avoid any uncertainty or surprise to the parties, the Court clarifies that the record <u>will be deemed closed</u> at the conclusion of the trial. Of course, if a party persuades the Court at that point that there is good cause to reopen discovery, the Court may do so in its discretion.

The Court does not see a need to set a status conference at the present time.

**IT IS SO ORDERED.**

Dated: July 19, 2025



CHARLES R. BREYER
United States District Judge

2