| | |
|---|---|
| **ROB BONTA** | BRETT A. SHUMATE |
| Attorney General of California | Assistant Attorney General |
| MICHAEL L. NEWMAN | ERIC J. HAMILTON |
| THOMAS S. PATTERSON | Deputy Assistant Attorney General |
| Senior Assistant Attorneys General | ALEXANDER K. HAAS |
| ANYA M. BINSACCA | Branch Director |
| MARISSA MALOUFF | JEAN LIN |
| JAMES E. STANLEY | Special Litigation Counsel |
| Supervising Deputy Attorneys General | CHRISTOPHER D. EDELMAN |
| NICHOLAS ESPÍRITU | Senior Counsel |
| BRENDAN HAMME | GARRY D. HARTLIEB |
| BARBARA HORNE-PETERSDORF | BENJAMIN S. KURLAND |
| LORRAINE LOPEZ | JODY D. LOWENSTEIN |
| KENDAL MICKLETHWAITE | Trial Attorneys |
| JANE REILLEY | U.S. Department of Justice |
| MEGAN RICHARDS | Civil Division, Federal Programs Branch |
| MEGHAN H. STRONG | 1100 L Street, NW |
| Deputy Attorneys General | Washington, DC 20005 |
| 455 Golden Gate Ave. | Telephone: (202) 305-8659 |
| San Francisco, CA 94102 | E-mail: christopher.edelman@usdoj.gov |
| Telephone: (415) 510-3877 | *Counsel for Defendants* |
| E-mail: Meghan.Strong@doj.ca.gov | |
| *Attorneys for Plaintiffs* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM,** IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; **STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP,** IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; **PETE HEGSETH,** IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; **U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER TO INCREASE PAGE LIMITS** |

Pursuant to the Parties' stipulation, IT IS SO ORDERED that:

Plaintiffs and Defendants shall have no more than twenty-five (25) pages of substantive text for their supplemental brief in support of their preliminary injunction motion (due July 30) and supplemental opposition (due August 4), respectively, and that Plaintiffs shall have no more than fifteen (15) pages of substantive text for their supplemental reply (due August 6).

SO ORDERED.

Dated: _____

HON. CHARLES R. BREYER
United States District Judge