| | |
|---|---|
| **ROB BONTA** | BRETT A. SHUMATE |
| Attorney General of California | Assistant Attorney General |
| MICHAEL L. NEWMAN | ERIC J. HAMILTON |
| THOMAS S. PATTERSON | Deputy Assistant Attorney General |
| Senior Assistant Attorneys General | ALEXANDER K. HAAS |
| ANYA M. BINSACCA | Branch Director |
| MARISSA MALOUFF | JEAN LIN |
| JAMES E. STANLEY | Special Litigation Counsel |
| Supervising Deputy Attorneys General | CHRISTOPHER D. EDELMAN |
| NICHOLAS ESPÍRITU | Senior Counsel |
| BRENDAN HAMME | GARRY D. HARTLIEB |
| BARBARA HORNE-PETERSDORF | BENJAMIN S. KURLAND |
| LORRAINE LOPEZ | JODY D. LOWENSTEIN |
| KENDAL MICKLETHWAITE | Trial Attorneys |
| JANE REILLEY | U.S. Department of Justice |
| MEGAN RICHARDS | Civil Division, Federal Programs Branch |
| MEGHAN H. STRONG | 1100 L Street, NW |
| Deputy Attorneys General | Washington, DC 20005 |
| 455 Golden Gate Ave. | Telephone: (202) 305-8659 |
| San Francisco, CA  94102 | E-mail: christopher.edelman@usdoj.gov |
| Telephone: (415) 510-3877 | *Counsel for Defendants* |
| E-mail:  Meghan.Strong@doj.ca.gov | |
| *Attorneys for Plaintiffs* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO INCREASE PAGE LIMITS** |

Pursuant to Civil Local Rules 7-2, 7-3, and 7-12 and the Court's General Standing Order, and subject to the Court's approval, the parties stipulate as follows:

The parties have conferred regarding the page limits applicable to the supplemental briefing on Plaintiffs' preliminary injunction motion set forth in the Court's orders, ECF Nos. 105, 117. The parties stipulate that Plaintiffs and Defendants shall have no more than twenty-five (25) pages of substantive text for their supplemental motion (due July 30) and supplemental opposition (due August 4), respectively, and that Plaintiffs shall have no more than fifteen (15) pages of substantive text for their supplemental reply (due August 6).

Dated: July 25, 2025

Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS

*/s/ Meghan H. Strong*

MEGHAN H. STRONG
Deputy Attorney General
  455 Golden Gate Avenue
  San Francisco, CA 94102
  Telephone: (415) 510-3877
  E-mail: Meghan.Strong@doj.ca.gov

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: July 25, 2025 | Respectfully submitted, |

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

ALEXANDER K. HAAS
Director
Federal Programs Branch
(CA Bar No. 220932)

JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel

*/s/ Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB
(IL Bar No. 6322571)
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
JODY D. LOWENSTEIN
(MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: 202-305-8659
Email: christopher.edelman@usdoj.gov

*Counsel for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

> */s/ Meghan H. Strong*
> Meghan H. Strong
> *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

Case Name:  **Newsom v. Trump**          No.  *3:25-cv-04870-CRB*

I hereby certify that on July 25, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND PROPOSED ORDER TO INCREASE PAGE LIMITS**

**[PROPOSED] ORDER TO INCREASE PAGE LIMITS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On July 25, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| **Brandon V. Stracener**<br>California Constitution Center<br>University of California, Berkeley<br>School of Law #7200<br>Berkeley, CA 94720-7200 | **David A. Carrillo**<br>California Constitution Center<br>University of California, Berkeley<br>School of Law #7200<br>Berkeley, CA 94720-7200 |
| **Non-Party**<br>Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105 | **Blue Eagle Coalition**<br>555 Twin Dolphin Dr., Ste. 135<br>Redwood City, CA 94065 |
| **State of Delaware**<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801 | **State of Washington**<br>Washington State Attorney General's Office<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104 |
| **Arman Matevosyan**<br>The Matevosyan Law Firm<br>313 E. Broadway #10086<br>Glendale, CA 91209 | |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 25, 2025</u>, at San Francisco, California.

|  |  |
|---|---|
| M. Paredes | _[signature]_ |
| Declarant | Signature |

SF2025303707
44728062.docx

| | |
|---|---|
| **ROB BONTA** | BRETT A. SHUMATE |
| Attorney General of California | Assistant Attorney General |
| MICHAEL L. NEWMAN | ERIC J. HAMILTON |
| THOMAS S. PATTERSON | Deputy Assistant Attorney General |
| Senior Assistant Attorneys General | ALEXANDER K. HAAS |
| ANYA M. BINSACCA | Branch Director |
| MARISSA MALOUFF | JEAN LIN |
| JAMES E. STANLEY | Special Litigation Counsel |
| Supervising Deputy Attorneys General | CHRISTOPHER D. EDELMAN |
| NICHOLAS ESPÍRITU | Senior Counsel |
| BRENDAN HAMME | GARRY D. HARTLIEB |
| BARBARA HORNE-PETERSDORF | BENJAMIN S. KURLAND |
| LORRAINE LOPEZ | JODY D. LOWENSTEIN |
| KENDAL MICKLETHWAITE | Trial Attorneys |
| JANE REILLEY | U.S. Department of Justice |
| MEGAN RICHARDS | Civil Division, Federal Programs Branch |
| MEGHAN H. STRONG | 1100 L Street, NW |
| Deputy Attorneys General | Washington, DC 20005 |
| 455 Golden Gate Ave. | Telephone: (202) 305-8659 |
| San Francisco, CA 94102 | E-mail: christopher.edelman@usdoj.gov |
| Telephone: (415) 510-3877 | *Counsel for Defendants* |
| E-mail: Meghan.Strong@doj.ca.gov | |
| *Attorneys for Plaintiffs* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,** | NO. 3:25-cv-04870-CRB |
| Plaintiffs, | [~~PROPOSED~~] **ORDER TO INCREASE PAGE LIMITS** |
| v. | |
| **DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,** | |
| Defendants. | |

1

Pursuant to the Parties' stipulation, IT IS SO ORDERED that:

Plaintiffs and Defendants shall have no more than twenty-five (25) pages of substantive text for their supplemental brief in support of their preliminary injunction motion (due July 30) and supplemental opposition (due August 4), respectively, and that Plaintiffs shall have no more than fifteen (15) pages of substantive text for their supplemental reply (due August 6).

SO ORDERED.

Dated: July 25, 2025

_____
HON. CHARLES R. BREYER
United States District Judge