Beau Tremitiere (SBN 320074)
Jane Bentrott (SBN 323562)
PROTECT DEMOCRACY UNITED
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org
jane.bentrott@protectdemocracy.org

Mack E. Jenkins (SBN 242101)
Matthew J. Craig (SBN 350030)
Susan Har (SBN 301924)
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
(212) 763-0883
mjenkins@heckerfink.com
mcraig@heckerfink.com
shar@heckerfink.com

*Attorneys for Amici Curiae Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>                    Plaintiffs,<br><br>    v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>                    Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF FORMER U.S. ARMY AND NAVY SECRETARIES AND RETIRED FOUR-STAR ADMIRALS AND GENERALS**<br><br>Date:         August 11-13, 2025<br>Time:         1:30 p.m.<br>Courtroom: 6 (17th Floor)<br>Judge:         Hon. Charles R. Breyer |

Admiral Steve Abbot (Ret.), Admiral Thad Allen (Ret.), Former Secretary of the Army Louis Caldera (Ret.), General Walton W. Fulford, Jr. (Ret.), General Michael Hayden (Ret.), Admiral Samuel Jones Locklear, III (Ret.), Former Secretary of the Navy Sean O'Keefe (Ret.), and Admiral Bill Owens (Ret.) respectfully move for leave to appear as *amici curiae* and to file the proposed brief, attached hereto, for the Court's consideration in adjudicating the preliminary injunction motion and merits trial.[1]

## I. STANDARD FOR MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE*

The "classic role of amicus curiae" is to assist in a case of general public interest by "supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). "The district court has broad discretion to appoint amici curiae" and may exercise discretion when "satisfied that amicus [is] helpful to it in investigating the facts and advising it[.]" *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds*, *Sandin v. Conner*, 515 U.S. 472 (1995); *see also California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (explaining that courts have "exercised great liberality in permitting amicus briefs" (cleaned up)). There are no strict prerequisites that must be established to qualify for amicus status; proposed *amici* "must merely make a showing that [their] participation is useful or otherwise desirable to the court." *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007) (cleaned up).

## II. INTERESTS AND IDENTITIES OF *AMICI CURIAE*

*Amici* are former secretaries of the U.S. Army and Navy and retired four-star admirals and generals. Collectively, they served under each president from John F. Kennedy to Barack H. Obama and possess expertise on matters encompassing the mission of the National Guard and armed services and the well-being of all those who serve in uniform.

*Amici* are acutely interested in this case because deploying National Guard and active-duty military personnel in the context of domestic law enforcement should be a rare and carefully

---

[1] The Court previously accepted as filed a brief submitted by the same *amici* in relation to the then-pending motion for a temporary restraining order. (Dkt. Nos. 31, 45.) The present brief, while brought by the same *amici*, differs substantively from the previously filed brief.

considered occurrence that strictly complies with the Posse Comitatus Act and its exceptions. Domestic deployments that fail to adhere to these long-established guardrails threaten the Guard's and active-duty military's core national security and disaster relief missions; place deployed personnel in dangerous situations for which they lack appropriate training, thus posing safety concerns for personnel and the public alike; and risk inappropriately politicizing the military, leading to additional risks to recruitment, retention, morale, and cohesion of the force.

This submission is based on *amici*'s collective experience serving in and leading our military, their direct experience commanding active-duty service personnel, and their interest in preserving our military's apolitical role in safeguarding national security.

*Amici*'s short biographies listed below capture a measure of their distinguished service to our country, as well as their expertise on matters encompassing the mission of the National Guard and armed services and the well-being of all those who serve in uniform.

**Admiral Steve Abbot, United States Navy (Retired),** graduated from the U.S. Naval Academy in 1966, after which he was deployed to Vietnam and began a 34-year career with the U.S. Navy. His final active-duty tour was as Deputy Commander-in-Chief, U.S. European Command from 1998 to 2000. Following his retirement, Admiral Abbot served as Deputy Homeland Security Advisor to President George W. Bush from 2001 to 2003.

**Admiral Thad Allen, United States Coast Guard (Retired),** retired in 2010 as the 23rd Commandant of the U.S. Coast Guard. Admiral Allen led the federal responses to Hurricanes Katrina and Rita and the Deepwater Horizon oil spill. He led Atlantic Coast Guard forces in response to the 9/11 attacks and coordinated the Coast Guard response to the Haitian Earthquake of 2010.

**Former Secretary of the Army Louis Caldera** graduated from the U.S. Military Academy at West Point and served in the Army on active duty from 1978 to 1983. He served in two Senate-confirmed positions in the Clinton Administration, including Secretary of the Army, and as an Assistant to the President and Director of the White House Military Office in the Obama Administration.

**General Carlton W. Fulford, Jr., United States Marine Corps (Retired),** received his commission in June 1966, following graduation from the U.S. Naval Academy. He served as a platoon and company commander in Vietnam. Over the next four decades, he served as Commanding Officer, Task Force Ripper during Operations Desert Shield and Desert Storm; Commanding General, First Marine Expeditionary Force; Commanding General, Third Marine Expeditionary Force; Commander, U.S. Marine Forces Pacific; and Director, The Joint Staff. General Fulford retired as the Deputy Commander-in-Chief, United States European Command in 2002.

**General Michael Hayden, United States Air Force (Retired),** entered active military service in 1969. During his career, he rose to the rank of four-star general and served as Director of the Central Intelligence Agency and the National Security Agency. General Hayden also served as Commander of the Air Intelligence Agency and held senior staff positions at the Pentagon, Headquarters U.S. European Command, and the National Security Council.

**Admiral Samuel Jones Locklear, III, United States Navy (Retired),** graduated from the U.S. Naval Academy in 1977. He served for 39 years and retired as commander of U.S. Pacific Command. His prior commands include Commander, U.S. Naval Forces Europe, U.S. Naval Forces Africa, and Allied Joint Force Command Naples; Commander, U.S. 3rd Fleet; and Commander, Nimitz Strike Group.

**Former Secretary of the Navy Sean O'Keefe** began his public service career in 1978 at the Department of Defense and as U.S. Senate staff until his appointment as the Department of Defense Comptroller and Chief Finance Officer in 1989. President George H.W. Bush later named him the 69th Secretary of the Navy. Secretary O'Keefe also served in President George W. Bush's Administration as Deputy Director of the Office of Management and Budget and the 10th Administrator of NASA.

**Admiral Bill Owens, United States Navy (Retired),** retired in 1996 as the Vice Chairman of the Joint Chiefs of Staff. He began his career as a nuclear submariner, spending a total of 4,000 days—or more than ten years—aboard submarines, including duty in Vietnam. Admiral Owens

was a senior military assistant to two Secretaries of Defense and served as commander of the U.S. 6th Fleet during Operation Desert Storm.

Plaintiffs and Defendants consent to this timely filed motion.

### III. CONCLUSION

For the foregoing reasons, *amici* respectfully request this Court's leave to appear as *amici curiae* and to deem the proposed *amicus* brief filed.

Dated: July 30, 2025

| /s/ Beau Tremitiere | /s/ Susan Har |
|---|---|
| Beau Tremitiere | Susan Har |
| Jane Bentrott | Mack E. Jenkins |
| PROTECT DEMOCRACY UNITED | Matthew J. Craig |
|  | HECKER FINK LLP |

*Attorneys for Amici Curiae Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals*