**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGAN RICHARDS
MEGHAN H. STRONG
JANE REILLEY
Deputy Attorneys General
  455 Golden Gate Ave.
  San Francisco, CA 94102
  Telephone: (415) 510-3879
  E-mail: Jane.Reilley@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | **Case No. 3:25-cv-04870-CRB**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

1

Pursuant to Northern District of California Local Civil Rules 7-11 and 79-5(c), Plaintiffs Governor Gavin Newsom and the State of California respectfully request that the Court grant Plaintiffs leave to file under seal the following exhibits to the Declaration of Jane Reilley submitted in support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction:

- Exhibit 2: documents produced by Defendants as DEFS_00003009-3011
- Exhibit 3: documents produced by Defendants as DEFS_00002830-2836
- Exhibit 4: document produced by Defendants as DEFS_00006271
- Exhibit 11: documents produced by Defendants as DEFS_00001212-1214
- Exhibit 12: documents produced by Defendants as DEFS_00002661-2662
- Exhibit 13: relevant portions of the deposition of Task Force Deputy Chief of Staff William Harrington (32:4-14, 32:23-33:9, 33:19-22, 64:1-24, 65:21-25, 68:13-22, 69:12-25, 134:1-25, 147:1-25, 148:1-25, 159:1-25, and 211:1-25)
- Exhibit 20: documents produced by Defendants as DEFS_00002872-2893
- Exhibit 21: documents produced by Defendants as DEFS_00003509-3522
- Exhibit 24: documents produced by Defendants as DEFS_00001095-1162
- Exhibit 25: documents produced by Defendants as DEFS_00007307-7311
- Exhibit 28: documents produced by Defendants as DEFS_00002566-2572
- Exhibit 29: documents produced by Defendants as DEFS_00000021-0026
- Exhibit 30: documents produced by Defendants as DEFS_00002531-2546

Each of the exhibits listed above have been designated "confidential" or "highly confidential" by Defendants pursuant to the Stipulated Protective Order entered in this case on July 15, 2025 (ECF No. 114). Declaration of Jane Reilley in Support of Plaintiffs' Administrative Motion to Seal, ¶ 4. In accordance with the operative Protective Order and Local Civil Rules 79-5(d) and (e), Plaintiffs hereby respectfully request the Court's permission to file the above-listed exhibits under seal. By this Administrative Motion, Plaintiffs do not concede the propriety of Defendants' confidential designations and reserve the right to challenge such designations at a later date.

1   WHEREFORE, Plaintiffs respectfully submit this Administrative Motion and hereby
2 notify Defendants of their burden to establish the above-listed exhibits are sealable.

Dated: July 30, 2025

Respectfully submitted,

**ROB BONTA**
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGAN RICHARDS
MEGHAN H. STRONG

*/s/ Jane Reilley*
JANE REILLEY
Deputy Attorney General
*Attorneys for Plaintiffs*

Declaration of Service by E-Mail  
Page 1 of 2

## DECLARATION OF SERVICE BY E-MAIL

Case Name:   *Newsom v. Trump*
No.:          **3:25-cv-04870-CRB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. My business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004. My electronic service address is Marlene.Paredes@doj.ca.gov.

On July 30, 2025, I served the attached:

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF JANE REILLEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**[UNREDACTED] PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**[UNREDACTED] DECLARATION OF JANE REILLEY IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**[UNREDACTED] Exhibits 2, 3, 4, 11, 12, 13, 20, 21, 24, 25, 28, 29, 30 to DECLARATION OF JANE REILLEY IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**Exhibit B to DECLARATION OF MONICA J. SOLORZANO**

**Exhibit O-P to DECLARATION OF GENEVIEVE FLORES-HARO**

by transmitting a true copy via electronic mail, addressed as follows:

Declaration of Service by E-Mail
Page 2 of 2

Christopher Edelmen
christopher.edelman@usdoj.gov
Garry Hartlieb
garry.hartlieb2@usdoj.gov
Benjamin Kurland
ben.kurland@usdoj.gov
Eric Hamilton
eric.hamilton@usdoj.gov
Jody D. Lowenstein
Jody.D.Lowenstein@usdoj.gov
Brett Shumate
Brett.A.Shumate@usdoj.gov
Jean Lin
Jean.Lin@usdoj.gov

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 30, 2025, at San Francisco, California.

| M Paredes | */s/ M. Paredes* |
|---|---|
| Declarant | Signature |

SF2025303707
44735696.docx