**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGAN RICHARDS
MEGHAN H. STRONG
JANE REILLEY
Deputy Attorneys General
  455 Golden Gate Ave.
  San Francisco, CA 94102
  Telephone: (415) 510-3879
  E-mail:  Jane.Reilley@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**DECLARATION OF JANE REILLEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Jane Reilley, declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of California, admitted to the bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California Department of Justice. The Attorney General is counsel to Plaintiffs Governor Gavin Newsom and the State of California. I make this declaration in support of Plaintiffs' Administrative Motion to file documents under seal in support of Supplemental Brief in support of their Motion for Preliminary Injunction.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

3. Plaintiffs respectfully request the Court's permission to file the following documents under seal:

- Exhibit 2: documents produced by Defendants as DEFS_00003009-3011
- Exhibit 3: documents produced by Defendants as DEFS_00002830-2836
- Exhibit 4: document produced by Defendants as DEFS_00006271
- Exhibit 11: documents produced by Defendants as DEFS_00001212-1214
- Exhibit 12: documents produced by Defendants as DEFS_00002661-2662
- Exhibit 13: relevant portions of the deposition of Task Force Deputy Chief of Staff William Harrington (32:4-14, 32:23-33:9, 33:19-22, 64:1-24, 65:21-25, 68:13-22, 69:12-25, 134:1-25, 147:1-25, 148:1-25, 159:1-25, and 211:1-25)
- Exhibit 20: documents produced by Defendants as DEFS_00002872-2893
- Exhibit 21: documents produced by Defendants as DEFS_00003509-3522
- Exhibit 24: documents produced by Defendants as DEFS_00001095-1162
- Exhibit 25: documents produced by Defendants as DEFS_00007307-7311
- Exhibit 28: documents produced by Defendants as DEFS_00002566-2572
- Exhibit 29: documents produced by Defendants as DEFS_00000021-0026
- Exhibit 30: documents produced by Defendants as DEFS_00002531-2546

1      4.     Each of the exhibits listed above have been designated "confidential" or "highly confidential" by Defendants pursuant to the Stipulated Protective Order entered in this case on July 15, 2025 (ECF No. 114).

    5.     Plaintiffs do not concede the propriety of Defendants' confidential designations and reserve the right to challenge such designations at a later date. However, Plaintiffs are filing the instant Administrative Motion in a good faith effort to comply with the operative Stipulated Protective Order and the Civil Local Rules.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 30, 2025 at San Francisco, California.

                                                                       */s/ Jane Reilley*

                                                                       Jane Reilley