IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | The Court, having considered Plaintiffs' Administrative Motion to File Documents Under |
| 3 | Seal in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction |
| 4 | ("Administrative Motion"), and having received Defendants' responsive declaration as required |
| 5 | by Civil Lcoal Rule 79-5(e)(1), IT IS HEREBY ORDERED that the Administrative Motion is |
| 6 | **GRANTED**. |
| 7 | **THE COURT HEREBY ORDERS** that the following exhibits shall remain under seal: |
| 8 | • Exhibit 2: documents produced by Defendants as DEFS_00003009-3011 |
| 9 | • Exhibit 3: documents produced by Defendants as DEFS_00002830-2836 |
| 10 | • Exhibit 4: document produced by Defendants as DEFS_00006271 |
| 11 | • Exhibit 11: documents produced by Defendants as DEFS_00001212-1214 |
| 12 | • Exhibit 12: documents produced by Defendants as DEFS_00002661-2662 |
| 13-15 | • Exhibit 13: relevant portions of the deposition of Task Force Deputy Chief of Staff William Harrington (32:4-14, 32:23-33:9, 33:19-22, 64:1-24, 65:21-25, 68:13-22, 69:12-25, 134:1-25, 147:1-25, 148:1-25, 159:1-25, and 211:1-25) |
| 16 | • Exhibit 20: documents produced by Defendants as DEFS_00002872-2893 |
| 17 | • Exhibit 21: documents produced by Defendants as DEFS_00003509-3522 |
| 18 | • Exhibit 24: documents produced by Defendants as DEFS_00001095-1162 |
| 19 | • Exhibit 25: documents produced by Defendants as DEFS_00007307-7311 |
| 20 | • Exhibit 28: documents produced by Defendants as DEFS_00002566-2572 |
| 21 | • Exhibit 29: documents produced by Defendants as DEFS_00000021-0026 |
| 22 | • Exhibit 30: documents produced by Defendants as DEFS_00002531-2546 |
| 23 | **IT IS SO ORDERED**. |

Dated: _____                    _____
                                              The Hon. Charles R. Breyer
                                              United States District Judge