**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LORRAINE LOPEZ
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
KENDAL MICKLETHWAITE
MEGHAN H. STRONG
MEGAN RICHARDS
JANE REILLEY
Deputy Attorneys General
 455 Golden Gate Ave.
 San Francisco, CA 94102
 Telephone: (415) 510-3879
 E-mail:  Jane.Reilley@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>**DECLARATION OF JANE REILLEY IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

1

I, Jane Reilley, declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of California, admitted to the bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California Department of Justice. The Attorney General is counsel to Plaintiffs Governor Gavin Newsom and the State of California. I make this declaration in support of Plaintiffs' Supplemental Brief in support of their Motion for Preliminary Injunction.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

3. Attached hereto as **Exhibit 1** is a true and correct copy of relevant portions of the deposition transcript of Ernesto Santacruz Jr., the Field Office Director of the Los Angeles Field Office of Immigration and Customs Enforcement, who was deposed in this matter on July 24, 2025.

4. Attached hereto as **Exhibit 2** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which Defendants produced in this matter as DEFS_00003009-3011.

5. Attached hereto as **Exhibit 3** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which Defendants produced in this matter as DEFS_00002830-2836.

6. Attached hereto as **Exhibit 4** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which Defendants produced in this matter as DEFS_00006271.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a photograph entitled "Soldiers provide protection for federal law enforcement in the greater Los Angeles area," dated June 11, 2025, which is available on the Department of Defense's Defense Visual Information and Distribution Service website at https://www.dvidshub.net/image/9107929/soldiers-provide-protection-federal-law-enforcement-greater-los-angeles-areaxa.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a photograph entitled

1

1  "Soldiers provide protection for federal law enforcement in the greater Los Angeles area," dated
2  June 11, 2025, which is available on the Department of Defense's Defense Visual Information
3  and Distribution Service website at https://www.dvidshub.net/image/9107928/soldiers-provide-
4  protection-federal-law-enforcement-greater-los-angeles-areaxa.

5        9.      Attached hereto as **Exhibit 7** is a true and correct copy of a photograph entitled
6  "California National Guard Soldiers provide protection for federal law enforcement in federal
7  operation" dated June 13, 2025, which is available on the Department of Defense's Defense
8  Visual Information and Distribution Service website at
9  https://www.dvidshub.net/image/9111369/california-national-guard-soldiers-provide-protection-
10  federal-law-enforcement-federal-operation.

11        10.     Attached hereto as **Exhibit 8** is a true and correct copy of a photograph entitled
12  "California National Guard Soldiers provide protection for federal law enforcement" dated June
13  13, 2025, which is available on the Department of Defense's Defense Visual Information and
14  Distribution Service website at https://www.dvidshub.net/image/9111370/california-national-
15  guard-soldiers-provide-protection-federal-law-enforcement.

16        11.     Attached hereto as **Exhibit 9** is a true and correct copy of a photograph entitled
17  "California National Guard Soldiers provide protection for federal law enforcement in federal
18  operation" dated June 13, 2025, which is available on the Department of Defense's Defense
19  Visual Information and Distribution Service website at
20  https://www.dvidshub.net/image/9111387/california-national-guard-soldiers-provide-protection-
21  federal-law-enforcement-federal-operation.

22        12.     Attached hereto as **Exhibit 10** is a true and correct copy of a photograph entitled
23  "California National Guard Soldiers provide protection for federal law enforcement in federal
24  operation" dated June 13, 2025, which is available on the Department of Defense's Defense
25  Visual Information and Distribution Service website at
26  https://www.dvidshub.net/image/9111374/california-national-guard-soldiers-provide-protection-
27  federal-law-enforcement-federal-operation.

28        13.     Attached hereto as **Exhibit 11** is a true and correct copy of ▉▉▉▉▉▉

[REDACTED], which Defendants produced in this matter as DEFS_00001212-1214.

14. Attached hereto as **Exhibit 12** is a true and correct copy of [REDACTED], which Defendants produced in this matter as DEFS_00002661-2662.

15. Attached hereto as **Exhibit 13** is a true and correct copy of relevant portions of the deposition transcript of Task Force 51 Deputy Chief of Staff William Harrington, who was deposed in this matter on July 22, 2025.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a photograph entitled "California National Guard Soldiers Support Federal Operation in Southern California" dated June 18, 2025, which is available on the Department of Defense's Defense Visual Information and Distribution Service website at https://www.dvidshub.net/image/9123834/california-national-guard-soldiers-support-federal-operation-southern-california.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a photograph entitled "California National Guard Soldiers Support Federal Operation in Southern California" dated June 18, 2025, which is available on the Department of Defense's Defense Visual Information and Distribution Service website at https://www.dvidshub.net/image/9123829/california-national-guard-soldiers-support-federal-operation-southern-california.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a photograph entitled "California National Guard Soldiers Support Federal Operation in Southern California" dated June 18, 2025, which is available on the Department of Defense's Defense Visual Information and Distribution Service website at https://www.dvidshub.net/image/9123831/california-national-guard-soldiers-support-federal-operation-southern-california.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a photograph entitled "California National Guard Soldiers Support Federal Operation in Southern California" dated June 18, 2025, which is available on the Department of Defense's Defense Visual Information and Distribution Service website at https://www.dvidshub.net/image/9123830/california-national-guard-soldiers-support-federal-operation-southern-california.

1  20. Attached hereto as **Exhibit 18** is a true and correct copy of a photograph entitled
2  "California National Guard Soldiers Support Federal Operation in Southern California" dated
3  June 18, 2025, which is available on the Department of Defense's Defense Visual Information
4  and Distribution Service website at https://www.dvidshub.net/image/9123835/california-national-
5  guard-soldiers-support-federal-operation-southern-california.
6  21. Attached hereto as **Exhibit 19** is a true and correct copy of June 9, 2025 press
7  release entitled "USNORTHCOM statement on additional military personnel in the Los Angeles
8  Area," which is available on the U.S. Northern Command's website at
9  https://www.northcom.mil/Newsroom/Press-Releases/Article/4210889/usnorthcom-statement-on-
10 additional-military-personnel-in-the-los-angeles-area/.
11 22. Attached hereto as **Exhibit 20** is a true and correct copy of ▌
12 ▌, which Defendants produced in this matter as
13 DEFS_00002872-2893.
14 23. Attached hereto as **Exhibit 21** is a true and correct copy of ▌
15 ▌, which Defendants produced in this matter as
16 DEFS_00003509-3522.
17 24. Attached hereto as **Exhibit 22** is a true and correct copy of a photograph entitled
18 "Soldiers Support Federal Operation in Southern California" dated July 10, 2025, which is
19 available on the Department of Defense's Defense Visual Information and Distribution Service
20 website at https://www.dvidshub.net/image/9177507/soldiers-support-federal-operation-southern-
21 california.
22 25. Attached hereto as **Exhibit 23** is a true and correct copy of a photograph entitled
23 "Soldiers Support Federal Operation in Southern California" dated July 10, 2025, which is
24 available on the Department of Defense's Defense Visual Information and Distribution Service
25 website at https://www.dvidshub.net/image/9177508/soldiers-support-federal-operation-southern-
26 california.
27 26. Attached hereto as **Exhibit 24** is a true and correct copy of ▌
28 ▌

[REDACTED] which was produced by Defendants in this matter as DEFS_00001095-1162.

27. Attached hereto as **Exhibit 25** is a true and correct copy of [REDACTED], which Defendants produced in this matter as DEFS_00007307-7311.

28. Attached hereto as **Exhibit 26** is a true and correct copy of Defendants' Objections and Reponses to Plaintiffs' Special Interrogatories, which Defendants served in this matter on July 25, 2025.

29. Attached hereto as **Exhibit 27** is a true and correct copy of the Department of Defense's Defense Visual Information and Distribution Service's mission statement, which is available on the Department of Defense's Defense Visual Information and Distribution Service website at https://www.dvidshub.net/about.

30. Attached hereto as **Exhibit 28** is a true and correct copy of [REDACTED], which Defendants produced in this matter as DEFS_00002566-2572.

31. Attached hereto as **Exhibit 29** is a true and correct copy of [REDACTED], which Defendants produced in this matter as DEFS_00000021-26.

32. Attached hereto as **Exhibit 30** is a true and correct copy of [REDACTED], which Defendants produced in this matter as DEFS_00002531-2546.

33. All of the photographs published on the Department of Defense's Defense Visual Information and Distribution Service's website that are attached hereto were downloaded on July 29, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 30, 2025 at San Francisco, California.

                                                                                    */s/ Jane Reilley*
                                                                                        Jane Reilley

REILLEY DECL. ISO PLAINTIFFS' SUPP. BRIEF ISO MTN. FOR PRELIMINARY INJUNCTION