**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGHAN H. STRONG
MEGAN RICHARDS
JANE REILLEY
Deputy Attorneys General
  455 Golden Gate Ave.
  San Francisco, CA 94102
  Telephone: (415) 510-3879
  E-mail: Jane.Reilley@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMEN T OF DEFENSE,**<br><br>Defendants. | Case No.: 3:25-cv-04870-CRB<br><br>**DECLARATION OF MONICA J. SOLORZANO** |

1

## DECLARATION OF MONICA J. SOLORZANO

I, Monica J. Solorzano, declare under penalty of perjury that the following is true and correct:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Vice Mayor of Carpinteria and represent District 1 in the Carpinteria City Council. I was sworn into office in December 2022.

3. On July 10, 2025, at 10:00 AM in the morning, I was attending a tour of a local non-profit organization, the Carpinteria Children's Project. At 10:30 AM, the executive director of the charity, Teresa Alvarez, started receiving text messages that there was a raid happening at Glass House Farms.

4. At 11:00 AM, I went to go to the site of the raid. I was driven to the intersection of Casitas Pass Road and State Route 192, where I observed members of the California National Guard and agents from several federal agencies. I took pictures and videos on my phone of the California National Guard and federal agents.

6. Attached hereto as **Exhibit A** is a true and correct copy of a photograph that I took at 11:10 AM at the intersection of Casitas Pass Road and State Route 192.

7. Attached hereto as **Exhibit B** is a true and correct copy of a video that I took at 11:18 AM at the intersection of Casitas Pass Road and State Route 192.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 29, 2025, at Carpinteria, California.

Declaration of Monica J. Solorzano