# EXHIBIT A

**TO DECLARATION OF MONICA J. SOLORZANO**



| | |
|---|---|
| 1 | **ROB BONTA**<br>Attorney General of California |
| 2 | MICHAEL L. NEWMAN<br>THOMAS S. PATTERSON |
| 3 | Senior Assistant Attorneys General<br>ANYA M. BINSACCA |
| 4 | MARISSA MALOUFF<br>JAMES E. STANLEY |
| 5 | Supervising Deputy Attorneys General<br>NICHOLAS ESPÍRITU |
| 6 | LUKE FREEDMAN<br>BRENDAN HAMME |
| 7 | BARBARA HORNE-PETERSDORF<br>LORRAINE LOPEZ |
| 8 | KENDAL MICKLETHWAITE<br>MEGHAN H. STRONG |
| 9 | MEGAN RICHARDS<br>JANE REILLEY |
| 10 | Deputy Attorneys General<br>  455 Golden Gate Ave. |
| 11 |   San Francisco, CA 94102<br>  Telephone: (415) 510-3879 |
| 12 |   E-mail:  Jane.Reilley@doj.ca.gov<br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | 3:25-cv-04870-CRB<br><br>**Manual Filing Notification**<br><br>**Exhibit B to Declaration of Monica Solorzano**<br><br><br>Judge:       The Honorable Charles R. Breyer<br>Trial Date: August 11, 2025 |

1

1 | <u>Exhibit B</u> to Declaration of Monica Solorzano. This filing is in physical form only.

2 | This filing was not e-filed for the following reason(s):

3 | <u>X</u> Non-Graphic/Text Computer File (audio, video, etc.) on USB Flash Drive or other

4 | media.

Dated: July 30, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGHAN H. STRONG
MEGAN RICHARDS
JANE REILLEY
Deputy Attorneys General


*/s/ Jane Reilley*
JANE REILLEY
Deputy Attorney General
*Attorneys for Plaintiffs*

SF2025303707
44733781.docx