**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGHAN H. STRONG
MEGAN RICHARDS
JANE REILLEY
Deputy Attorneys General
  455 Golden Gate Ave.
  San Francisco, CA 94102
  Telephone: (415) 510-3879
  E-mail: Jane.Reilley@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMEN T OF DEFENSE,**<br><br>Defendants. | Case No.: 3:25-cv-04870-CRB<br><br>**DECLARATION OF GENEVIEVE FLORES-HARO** |

1

## DECLARATION OF GENEVIEVE FLORES-HARO

I, Genevieve Flores-Haro, declare under penalty of perjury that the following is true and correct:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Associate Director of the Mixteco/Indígena Community Organizing Project, a non-profit located in Ventura County, California. Our organization's mission is to support, organize, and empower Indigenous migrant communities in California's Central Coast. I have been with the nonprofit for 9 years.

3. Glass House is a local farm in Camarillo, California where a large portion of the employees are from the community our non-profit serves. On July 10, 2025, I was attending a staff meeting when we began to receive reports from Glass House employees and family members of employees at the farm that a raid was taking place.

4. At 11:13 a.m. I drove to the Glass House Farm at 645 Laguna Road, Camarillo, CA 93012.

5. When we arrived at 11:23 a.m., the road was blocked off near the intersection of Laguna and Wood to the intersection of Laguna and Las Posas Road, shutting down approximately a mile and a half of road, which prevented us from walking or driving to the worksite.

6. We arrived near the intersection of Laguna and Wood, and stayed for approximately ten minutes before moving to Las Posas Road at 11:35 a.m. after learning there were fewer observers on the Las Posas Road side of the blockade.

7. From this location, I observed members of the California National Guard and agents from several federal agencies. I left the location at approximately 4:00 p.m. and returned that evening around 6:45 p.m.

8. While I was at the location, I took several photographs and videos of the scene. The attached photos are a true and accurate depiction of the events I observed on that day.

9. Attached hereto as **Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, Exhibit G, and Exhibit H,** are true and correct copies of eight photographs that I took at 2:44 p.m. near the intersection of Laguna and Las Posas Road.

10. Attached hereto as **Exhibit I and Exhibit J** are true and correct copies of photographs that I took at 2:45 p.m. near the intersection of Laguna and Las Posas Road.

11. Attached hereto as **Exhibit K** is a true and correct copy of a photo that I took at 2:46 p.m. near the intersection of Laguna and Las Posas Road.

12. Attached hereto as **Exhibit L** is a true and correct copy of a photo that I took at 3:19 p.m. near the intersection of Laguna and Las Posas Road.

13. Attached hereto as **Exhibit M** is a true and correct copy of a photo that I took at 8:14 PM near the intersection of Laguna and Las Posas Road.

14. Attached hereto as **Exhibit N** is a true and correct copy of a photo that I took at 8:15 PM near the intersection of Laguna and Las Posas Road.

15. Attached hereto as **Exhibit O** is a true and correct copy of a video that I took at 8:12 p.m. near the intersection of Laguna and Las Posas Road.

16. Attached hereto as **Exhibit P** is a true and correct copy of a video that I took 9:36 p.m. near the intersection of Laguna and Las Posas Road.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 29, 2025, Oxnard, California.

_____
Declaration of Genevieve Flores-Haro