# EXHIBIT A

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT B

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT C

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT D

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT E

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT F

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT G

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT H

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT I

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT J

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT K

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT L

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT M

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



# EXHIBIT N

**TO DECLARATION OF GENEVIEVE FLORES-HARO**



1   **ROB BONTA**
    Attorney General of California
2   MICHAEL L. NEWMAN
    THOMAS S. PATTERSON
3   Senior Assistant Attorneys General
    ANYA M. BINSACCA
4   MARISSA MALOUFF
    JAMES E. STANLEY
5   Supervising Deputy Attorneys General
    NICHOLAS ESPÍRITU
6   LUKE FREEDMAN
    BRENDAN HAMME
7   BARBARA HORNE-PETERSDORF
    LORRAINE LOPEZ
8   KENDAL MICKLETHWAITE
    MEGHAN H. STRONG
9   MEGAN RICHARDS
    JANE REILLEY
10  Deputy Attorneys General
      455 Golden Gate Ave.
11    San Francisco, CA 94102
      Telephone: (415) 510-3879
12    E-mail:  Jane.Reilley@doj.ca.gov
    *Attorneys for Plaintiffs*

13

14              IN THE UNITED STATES DISTRICT COURT

15             FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17

|  |  |
|---|---|
| 18  GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY | 3:25-cv-04870-CRB |
| 19  AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA, | **Manual Filing Notification** |
| 20                                    Plaintiffs, | **Exhibit O to Declaration of Genevieve Flores-Haro** |
| 21        v. | Date: |
| 22 | Time: |
| DONALD TRUMP, IN HIS OFFICIAL CAPACITY | Courtroom: |
| 23  AS PRESIDENT OF THE UNITED STATES; PETE | Judge:      The Honorable Charles R. |
| HEGSETH, IN HIS OFFICIAL CAPACITY AS | Breyer |
| 24  SECRETARY OF THE DEPARTMENT OF DEFENSE; | Trial Date: |
| 25  U.S. DEPARTMENT OF DEFENSE, | |
| 26                                   Defendants. | |

27

28

1

1    <u>Exhibit O</u> to Declaration of Genevieve Flores-Haro. This filing is in physical form only.

2    This filing was not e-filed for the following reason(s):

3    <u>X</u> Non-Graphic/Text Computer File (audio, video, etc.) on USB Flash Drive or other

4    media.

5

6    Dated:  July 30, 2025                              Respectfully submitted,

7                                                       ROB BONTA
                                                        Attorney General of California
8                                                       MICHAEL L. NEWMAN
                                                        THOMAS S. PATTERSON
9                                                       Senior Assistant Attorneys General
                                                        ANYA M. BINSACCA
10                                                      MARISSA MALOUFF
                                                        JAMES E. STANLEY
11                                                      Supervising Deputy Attorneys General
                                                        NICHOLAS ESPÍRITU
12                                                      LUKE FREEDMAN
                                                        BRENDAN HAMME
13                                                      BARBARA HORNE-PETERSDORF
                                                        LORRAINE LOPEZ
14                                                      KENDAL MICKLETHWAITE
                                                        MEGHAN H. STRONG
15                                                      MEGAN RICHARDS
                                                        JANE REILLEY
16                                                      Deputy Attorneys General

17

18                                                      */s/ Jane Reilley*
                                                        JANE REILLEY
19                                                      Deputy Attorney General
                                                        *Attorneys for Plaintiffs*
20

21    SF2025303707
      44733781.docx

22

23

24

25

26

27

28

ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
MEGHAN H. STRONG
MEGAN RICHARDS
JANE REILLEY
Deputy Attorneys General
  455 Golden Gate Ave.
  San Francisco, CA 94102
  Telephone: (415) 510-3879
  E-mail: Jane.Reilley@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | 3:25-cv-04870-CRB<br><br>**Manual Filing Notification**<br><br>**Exhibit P to Declaration of Genevieve Flores-Haro**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge:    The Honorable Charles R. Breyer<br><br>Trial Date: |

1

<u>Exhibit P</u> to Declaration of Genevieve Flores-Haro. This filing is in physical form only.

This filing was not e-filed for the following reason(s):

<u>X</u> Non-Graphic/Text Computer File (audio, video, etc.) on USB Flash Drive or other

media.


Dated: July 30, 2025                                    Respectfully submitted,

                                                       ROB BONTA
                                                       Attorney General of California
                                                       MICHAEL L. NEWMAN
                                                       THOMAS S. PATTERSON
                                                       Senior Assistant Attorneys General
                                                       ANYA M. BINSACCA
                                                       MARISSA MALOUFF
                                                       JAMES E. STANLEY
                                                       Supervising Deputy Attorneys General
                                                       NICHOLAS ESPÍRITU
                                                       LUKE FREEDMAN
                                                       BRENDAN HAMME
                                                       BARBARA HORNE-PETERSDORF
                                                       LORRAINE LOPEZ
                                                       KENDAL MICKLETHWAITE
                                                       MEGHAN H. STRONG
                                                       MEGAN RICHARDS
                                                       JANE REILLEY
                                                       Deputy Attorneys General


                                                       */s/ Jane Reilley*
                                                       JANE REILLEY
                                                       Deputy Attorney General
                                                       *Attorneys for Plaintiffs*

SF2025303707
44733781.docx