Beau Tremitiere (SBN 320074)
Jane Bentrott (SBN 323562)
PROTECT DEMOCRACY UNITED
2020 Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
beau.tremitiere@protectdemocracy.org
jane.bentrott@protectdemocracy.org

Mack E. Jenkins (SBN 242101)
Matthew J. Craig (SBN 350030)
Susan Har (SBN 301924)
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
(212) 763-0883
mjenkins@heckerfink.com
mcraig@heckerfink.com
shar@heckerfink.com

*Attorneys for Amici Curiae Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF FORMER U.S. ARMY AND NAVY SECRETARIES AND RETIRED FOUR-STAR ADMIRALS AND GENERALS |

Upon consideration of the Motion for Leave to File *Amici Curiae* Brief of Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals, I hereby **GRANT** the Motion for Leave and **ORDER** that the brief submitted be accepted as filed.

**IT IS SO ORDERED.**

Dated: July 31, 2025

Hon. Charles R. Breyer
United States District Judge