BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Northern District of California Local Civil Rules 7-11 and 79-5, Defendants respectfully request leave to file under seal the following exhibits to the Declaration of Garry Hartlieb submitted in support of Defendants' Supplemental Brief in Opposition to Motion for Preliminary Injunction:

- **Exhibit 2:** Portions of the deposition transcript (Tr. at 65:15–66:3; 98:1–15) of William Harrington, the Deputy Chief of Staff for Task Force 51, who was deposed in this matter on July 22, 2025,
- **Exhibit 4:** A document that Defendants produced in this matter as DEFS_00001057-1071,
- **Exhibit 5:** A document that Defendants produced in this matter as DEFS_00001095–1162,
- **Exhibit 6:** A document that Defendants produced in this matter as DEFS_00002342–2399,
- **Exhibit 10:** A document that Defendants produced in this matter as DEFS_00002531–2550,
- **Exhibit 11:** A document that Defendants produced in this matter as DEFS_00005932–5934,
- **Exhibit 12:** A document that Defendants produced in this matter as DEFS_00019067, and
- **Exhibit 13:** A document that Defendants produced in this matter as DEFS_00008251–8255.

Each of the exhibits listed above have been designated "confidential" or "highly confidential" by Defendants pursuant to the Stipulated Protective Order entered in this case on July 15, 2025 (ECF No. 114). *See* Declaration of Garry Hartlieb in Support of Defendants' Administrative Motion to Seal, ¶ 7. As of the filing of this Motion, Plaintiffs have not contested any of Defendants' confidentiality designations.

The grounds for sealing each of the exhibits identified above are set forth in the Declaration of Garry Hartlieb in Support of Defendants' Administrative Motion to Seal, attached hereto.

In accordance with the Stipulated Protective Order and Local Civil Rules 79-5(d), Defendants hereby respectfully request that the above-listed exhibits be sealed. A proposed order is attached.

Dated: August 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

ALEXANDER K. HAAS
(CA Bar No. 220932)
Director, Federal Programs Branch

JEAN LIN
(NY Bar No. 4074530)
Special Litigation Counsel
Federal Programs Branch

*/s/ Garry D. Hartlieb*
GARRY D. HARTLIEB
(IL Bar No. 6322571)
Trial Attorney
CHRISTOPHER EDELMAN
(DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
JODY D. LOWENSTEIN
(MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: 202.305.0568
Email: garry.hartlieb2@usdoj.gov

*Counsel for Defendants*

## DECLARATION OF SERVICE BY E-MAIL

**Case Name:** *Newsom et al. . Trump et al.*

**No.: 3:25-cv-04870-CRB**

I declare:

I am employed in the United States Department of Justice. I am 18 years of age or older and not a party to this matter. My business address is: 1100 L St. N.W., Washington, D.C. 20005. My electronic service address is garry.hartlieb2@usdoj.gov.

On August 4, 2025, I served the following:

1. DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

2. DECLARATION OF GARRY HARTLIEB IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

3. [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

4. [UNREDACTED] DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

5. [UNREDACTED] DECLARATION OF GARRY HARTLIEB IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

6. [UNREDACTED] EXHIBITS 1-13 to DECLARATION OF GARRY HARTLIEB IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

by transmitting a true copy via electronic mail, addressed as follows:

Lorraine Lopez (Lorraine.Lopez@doj.ca.gov)

Barbara HornePetersdorf (Barbara.HornePetersdorf@doj.ca.gov)

Jane Reilley (Jane.Reilley@doj.ca.gov)

Marissa Malouff (Marissa.Malouff@doj.ca.gov)

James Stanley (James.Stanley@doj.ca.gov)

Laura Faer (Laura.Faer@doj.ca.gov)

Meghan Strong (Meghan.Strong@doj.ca.gov)

Brendan Hamme (Brendan.Hamme@doj.ca.gov)

Kendal Micklethwaite (Kendal.Micklethwaite@doj.ca.gov)

Luke Freedman (Luke.Freedman@doj.ca.gov)

Megan Richards (Megan.Richards@doj.ca.gov)

Nicholas Espiritu (Nicholas.Espiritu@doj.ca.gov)

Nicholas Green (Nicholas.Green@doj.ca.gov)

Robin Goldfaden (Robin.Goldfaden@doj.ca.gov)

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 4, 2025, at San Francisco, California.

Garry D. Hartlieb                              */s/ Garry D. Hartlieb*
Declarant                                       Signature