|   |   |
|---|---|
| 1 | BRETT A. SHUMATE |
|   | Assistant Attorney General |
| 2 | ERIC J. HAMILTON (CA Bar No. 296283) |
|   | Deputy Assistant Attorney General |
| 3 | ALEXANDER K. HAAS (CA Bar No. 220932) |
|   | Branch Director |
| 4 | JEAN LIN (NY Bar No. 4074530) |
|   | Special Litigation Counsel |
| 5 | CHRISTOPHER EDELMAN (DC Bar No. 1033486) |
|   | Senior Counsel |
| 6 | GARRY D. HARTLIEB (IL Bar No. 6322571) |
|   | BENJAMIN S. KURLAND (DC Bar No. 1617521) |
| 7 | JODY D. LOWENSTEIN (MT Bar No. 55816869) |
|   | Trial Attorneys |
| 8 | U.S. Department of Justice |
|   | Civil Division, Federal Programs Branch |
| 9 | 1100 L Street, NW |
|   | Washington, DC 20005 |
| 10 | *Counsel for Defendants* |

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,

    *Defendants*.

Case No. 3:25-cv-04870-CRB

**DECLARATION OF GARRY HARTLIEB IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Garry Hartlieb, declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of Illinois. I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action. I am authorized to practice in this Court under Local Rule 11-2. I make this declaration in support of Defendants' Supplemental Brief in Opposition to Motion for Preliminary Injunction.

2. I am over the age of 18. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of the cited portions of the deposition transcript of William Harrington, the Deputy Chief of Staff for Task Force 51, who was deposed in this matter on July 22, 2025.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of a handout describing the Standing Rules For Use Of Force (SRUF) for Title 10 Forces, CJCSI 3121.01B, 13 June 2005, which Defendants produced in this matter as DEFS_0001072–1074.

6. Attached hereto as **Exhibit 4** is a true and accurate copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which Defendants produced in this matter as DEFS_00001057–1071.

7. Attached hereto as **Exhibit 5** is a true and accurate copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which Defendants produced in this matter as DEFS_00001095–1162.

8. Attached hereto as **Exhibit 6** is a true and accurate copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which Defendants produced in this matter as DEFS_00002342–2399.

9. Attached hereto as **Exhibit 7** is a true and accurate copy of a SRUF Card, which Defendants produced in this matter as DEFS_00000001–2.

10. Attached hereto as **Exhibit 8** is a true and accurate copy of a SRUF De-escalation Card, which Defendants produced in this matter as DEFS_00000010–11.

11. Attached hereto as **Exhibit 9** is a true and accurate copy of the memoranda composed by the President and Secretary of Defense federalizing the National Guard, which Defendants produced in this matter as DEFS_00000006–9.

12. Attached hereto as **Exhibit 10** is a true and accurate copy of ███████████ ███████████████████████, which Defendants produced in this matter as DEFS_00002531–2550.

13. Attached hereto as **Exhibit 11** is a true and accurate copy ███████████ ███████████████████████████████████████, which Defendants produced in this matter as DEFS_00005932–5934.

14. Attached hereto as **Exhibit 12** is a true and accurate copy of ███████████, which Defendants produced in this matter as DEFS_00019067.

15. Attached hereto as **Exhibit 13** is a true and accurate copy of ███████████ ███████████████████████████████████, which Defendants produced in this matter as DEFS_00008251–8255.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 4, 2025 at San Francisco, California.

*/s/ Garry D. Hartlieb*
Garry D. Hartlieb