IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al.,<br>    Plaintiffs,<br>  v.<br>DONALD J. TRUMP, et al.,<br>    Defendants. | Case No. 25-cv-04870-CRB<br><br>**ORDER RE BENCH TRIAL** |

Defendants' Corrected Supplemental Opposition to Plaintiffs' Motion for a Preliminary Injunction asserts that because Plaintiffs' Posse Comitatus Act claim fails as a matter of law, "next week's trial should be cancelled and Plaintiffs' motion denied." Opp'n (dkt. 136) at 14. Next week's trial is not cancelled. The Court expects to hear evidence beginning on Monday. Per the Court's Order for Pretrial Preparation for Civil Bench Trial, the presentation of evidence shall proceed efficiently: "[f]ailure to have the next witness ready or to be prepared to proceed with the evidence will usually constitute resting." Pretrial Order (dkt. 123) at 3. Following the presentation of evidence, the Court expects to hear the parties' legal arguments beginning on Tuesday.

**IT IS SO ORDERED.**

Dated: August 6, 2025

CHARLES R. BREYER
United States District Judge