1  **ROB BONTA**
   Attorney General of California
2  MICHAEL L. NEWMAN
   THOMAS S. PATTERSON
3  Senior Assistant Attorneys General
   ANYA M. BINSACCA
4  MARISSA MALOUFF
   JAMES E. STANLEY
5  Supervising Deputy Attorneys General
   NICHOLAS ESPÍRITU
6  LUKE FREEDMAN
   BRENDAN HAMME
7  BARBARA HORNE-PETERSDORF
   LORRAINE LOPEZ
8  KENDAL MICKLETHWAITE
   JANE REILLEY
9  MEGAN RICHARDS
   MEGHAN H. STRONG
10 Deputy Attorneys General
     455 Golden Gate Ave.
11   San Francisco, CA 94102
     Telephone: (415) 510-3877
12   E-mail: Meghan.Strong@doj.ca.gov
   *Attorneys for Plaintiffs*

13

14              IN THE UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17

18

19 **GAVIN NEWSOM, IN HIS OFFICIAL**         **Case No. 3:25-cv-04870-CRB**
   **CAPACITY AS GOVERNOR OF THE STATE OF**
   **CALIFORNIA; STATE OF CALIFORNIA,**
20                                            **PLAINTIFFS' ADMINISTRATIVE**
                                              **MOTION TO FILE DOCUMENTS**
21                          Plaintiffs,       **UNDER SEAL IN SUPPORT OF**
                                              **PLAINTIFFS' SUPPLEMENTAL REPLY**
                                              **BRIEF IN SUPPORT OF MOTION FOR**
22        v.                                  **PRELIMINARY INJUNCTION**

23 **DONALD TRUMP, IN HIS OFFICIAL**
   **CAPACITY AS PRESIDENT OF THE UNITED**
24 **STATES; PETE HEGSETH, IN HIS OFFICIAL**
   **CAPACITY AS SECRETARY OF THE**
25 **DEPARTMENT OF DEFENSE; U.S.**
   **DEPARTMENT OF DEFENSE,**
26
                           Defendants.
27

28

1

1    Pursuant to Northern District of California Local Civil Rules 7-11 and 79-5(c), Plaintiffs

2    Governor Gavin Newsom and the State of California respectfully request that the Court grant

3    Plaintiffs leave to provisionally file under seal Plaintiffs' Supplemental Reply Brief in Support of

4    Motion for Preliminary Injunction.  Plaintiffs' Reply Brief references certain exhibits

5    provisionally filed under seal with Plaintiffs' opening Supplemental Reply Brief in Support of

6    Motion for Preliminary Injunction and Defendants' Supplemental Opposition to Plaintiffs'

7    Motion for Preliminary Injunction.  The referenced exhibits have been designated "confidential"

8    or "highly confidential" by Defendants pursuant to the Stipulated Protective Order entered in this

9    case on July 15, 2025 (ECF No. 114).  Declaration of Meghan H. Strong in Support of Plaintiffs'

10    Administrative Motion to Seal, ¶ 4.  In accordance with the operative Protective Order and Local

11    Civil Rules 79-5(d) and (e), Plaintiffs hereby respectfully request the Court's permission to file

12    their Reply Brief under seal.  By this Administrative Motion, Plaintiffs do not concede the

13    propriety of Defendants' confidential designations and reserve the right to challenge such

14    designations at a later date.

15    WHEREFORE, Plaintiffs respectfully submit this Administrative Motion and hereby

16    notify Defendants of their burden to establish Plaintiffs' Reply Brief is sealable.

17

18

19

20

21

22

23

24

25

26

27

28

1

1

2

Dated:  August 6, 2025

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLY
MEGAN RICHARDS


*/s/ Meghan H. Strong*
MEGHAN H. STRONG
Deputy Attorney General
*Attorneys for Plaintiffs*

2

## DECLARATION OF SERVICE BY E-MAIL

Case Name:    ***Newsom v. Trump***
No.:              **3:25-cv-04870-CRB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  My business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.   My electronic service address is Marlene.Paredes@doj.ca.gov.

On <u>August 6, 2025</u>, I served the attached:

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**DECLARATION OF MEGHAN H. STRONG IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**[UNREDACTED] PLAINTIFFS' SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

by transmitting a true copy via electronic mail:

Christopher Edelmen
christopher.edelman@usdoj.gov
Garry Hartlieb
garry.hartlieb2@usdoj.gov
Benjamin Kurland
ben.kurland@usdoj.gov
Eric Hamilton
eric.hamilton@usdoj.gov
Jody D. Lowenstein
Jody.D.Lowenstein@usdoj.gov
Brett Shumate
Brett.A.Shumate@usdoj.gov
Jean Lin
Jean.Lin@usdoj.gov

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 6, 2025, at San Francisco, California.

| M. Paredes | /s/ M. Paredes |
|---|---|
| Declarant | Signature |

SF2025303707
44747725.docx