1 | **ROB BONTA**
Attorney General of California
2 | MICHAEL L. NEWMAN
THOMAS S. PATTERSON
3 | Senior Assistant Attorneys General
ANYA M. BINSACCA
4 | MARISSA MALOUFF
JAMES E. STANLEY
5 | Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
6 | LUKE FREEDMAN
BRENDAN HAMME
7 | BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
8 | KENDAL MICKLETHWAITE
JANE REILLEY
9 | MEGAN RICHARDS
MEGHAN H. STRONG
10 | Deputy Attorneys General
   455 Golden Gate Ave.
11 |   San Francisco, CA 94102
   Telephone: (415) 510-3877
12 |   E-mail: Meghan.Strong@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | **Case No. 3:25-cv-04870-CRB**<br><br>**DECLARATION OF MEGHAN H. STRONG IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Meghan H. Strong, declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of California, admitted to the bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California Department of Justice. The Attorney General is counsel to Plaintiffs Governor Gavin Newsom and the State of California. I make this declaration in support of Plaintiffs' Supplemental Reply Brief in Support of Motion for Preliminary Injunction.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

3. Attached hereto as **Exhibit 31** is a true and correct copy of DA Activation Order 004-25 12406, issued by DoD Defendants and dated August 5, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 6, 2025 at San Francisco, California.

*/s/ Meghan H. Strong*
Meghan H. Strong