# EXHIBIT 31

**To Declaration of Meghan H. Strong in Support of Plaintiff's Supplemental Reply Brief in Support of Motion for Preliminary Injunction**

**DA ACTIVATION ORDER 004-25 12406 (052035ZAug25)**

1. REFERENCES:
A. FORSCOM-43354 - 12406
B. UNITED STATES CODE (USC) 12406, AUTHORITY TO CALL THE NATIONAL GUARD INTO FEDERAL SERVICE.
C. PRESIDENTIAL MEMORANDUM, DATED 7 JUNE 2025, SUBJECT: DEPARTMENT OF DEFENSE SECURITY FOR THE PROTECTION OF THE DEPARTMENT OF HOMELAND SECURITY FUNCTIONS.
D. SECRETARY OF DEFENSE MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD, DATED 7 JUNE 2025, SUBJECT: CALLING MEMBERS OF THE CALIFORNIA NATIONAL GUARD INTO FEDERAL SERVICE.

2. THE SECRETARY OF DEFENSE, PURSUANT TO TITLE 10, US CODE, SECTION 12406, AUTHORIZES THE MOBILIZATION OF UNITS AND MEMBERS OF THE NATIONAL GUARD. THIS MOBILIZATION IS IN RESPONSE TO DIRECTION FROM THE PRESIDENT OF THE UNITED STATES STATES (REF C) TO PROVIDE FORCES TO PROTECT FEDERAL FUNCTIONS, PERSONNEL, AND PROPERTY.

3. THIS MESSAGE IMPLEMENTS SECDEF'S ORDER TO CALL UNITS AND MEMBERS OF THE ARMY NATIONAL GUARD INTO FEDERAL SERVICE. THE NATIONAL GUARD UNIT(S) LISTED IN PARA 5 BELOW ARE CALLED INTO FEDERAL SERVICE UNDER PRESIDENTIAL RESERVE CALLUP (TITLE 10, USC 12406). THIS DA ACTIVATION ORDER ALSO WILL BE TRANSMITTED TO THE ADJUTANT GENERAL (TAG) CONCERNED FOR FURTHER TRANSMISSION TO THE GOVERNOR.
A. UNIT PERSONNEL ARE INVOLUNTARILY CALLED INTO FEDERAL SERVICE IN THEIR CURRENT GRADES AND POSITIONS FOR AN INITIAL PERIOD AS SPECIFIED BELOW ABSENT AUTHORIZED EXTENSIONS OR REORDERS TO ACTIVE DUTY. UNIT ACTIVATION ORDERS ARE APPLICABLE TO ALL ASSIGNED MEMBERS, UNLESS THE SECRETARY OF THE ARMY GRANTS A SPECIFIC EXEMPTION. DIRECTOR, ARNG WILL DETERMINE THE BEST METHOD TO FILL UNIT MANNING SHORTFALLS.
B. PURSUANT TO SECRETARY OF DEFENSE DIRECTIVE AND SECRETARY OF THE ARMY YOU ARE RELIEVED FROM YOUR PRESENT STATUS AND ARE ORDERED TO REPORT FOR A PERIOD OF ACTIVE DUTY.
C. PROCEED FROM YOUR PRESENT LOCATION IN SUFFICIENT TIME TO REPORT BY THE DATE SPECIFIED. MEMBERS OF ACTIVATED UNITS WILL COMPLY WITH GUIDANCE ISSUED BY CDRUSNORTHCOM, OR SUCH COMMANDERS AS HE DESIGNATES.
D. UNLESS SPECIFICALLY STATED, THIS ORDER DOES NOT AUTHORIZE THE MOBILIZATION OF PROMOTABLE COLONELS OR GENERAL OFFICERS.
E. DIRECTOR, ARMY NATIONAL GUARD WILL ENSURE THAT EVERY SOLDIER IN ANY UNIT IDENTIFIED ON THIS ORDER THAT IS ACTIVATED AND SENT TO A REQUESTED STAGING OR DUTY STATION WILL BE CAPABLE OF PERFORMING THEIR ASSIGNED DUTIES. FOR PURPOSES OF THIS ACTIVATION, UNIT AND INDIVIDUAL INVOLUNTARY DUTY WILL BE CAPTURED AND FACTORED INTO FUTURE SOURCING DECISIONS WHEN THE UNIT IS BEING CONSIDERED FOR FOLLOW ON INVOLUNTARY ACTIVATION. SOLDIERS ACTIVATED UNDER 10 USC 12406 ARE NOT IN DWELL.

4. ACTIVATED UNIT(S) WILL REPORT TO HOME STATION AND MOVE TO DESIGNATED STAGING LOCATIONS IAW TIME LINES ESTABLISHED BY THE FORCE REQUESTOR AND US FORCES COMMAND. UNIT STRENGTH WILL NOT EXCEED THE AUTHORIZED LEVEL STATED IN PARAGRAPH 5.

5. THE FOLLOWING UNIT(S) IS/ARE HEREBY CALLED INTO FEDERAL SERVICE UNDER THE PROVISIONS OF 10 USC 12406 EFFECTIVE:

A. MOBILIZATION DATE 08 AUG 25 AND MOBSAD 08 AUG 25

| UIC | DESCRIPTION | COMPO | PAX | TOUR LENGTH | HOME STA | MOB STA |
|---|---|---|---|---|---|---|
| WPB9Y1 | 0040 MP CO FWD 1 | 2 | 158 | 90 | LOS ALAMITOS CA | HOME STATION MOB |
| WPV1TA | 0579 EN BN HHC FWD 1 | 2 | 142 | 90 | SANTA ROSA G1 CA | HOME STATION MOB |

6. THE UNIT(S) LISTED IN PARAGRAPH 5 WILL BE NOTIFIED OF THE ACTIVATION EFFECTIVE DATE WITHIN 24 HOURS OF RELEASE OF THIS MESSAGE. THE ACTIVATION PERIOD MAY BE ADJUSTED DEPENDING ON MISSION REQUIREMENTS. COMMANDERS WILL INFORM SOLDIERS TO PLAN ACCORDINGLY.

7. ACOMS WILL APPLY THE PROVISION OF AMOPES, FORMDEPS, AND AR 600-8-101 FOR PERSONNEL PROCESSING.

8. THIS ORDER IS THE DA MOVEMENT DIRECTIVE. PROVISIONS OF AR 55-113 AND AR 55-355 APPLY. SUPPORT INSTALLATIONS ARE DIRECTED TO PROCESS REQUESTS FROM SUBJECT RC UNITS PENDING RECEIPT OF HARD COPY ORDERS TO ACTIVE DUTY.

9. OMA FUND CITATIONS FOR MOBILIZED UNITS: ALL ARMY PERSONNEL, EXCEPT SOCOM ASSETS, ORDERED TO DEPLOY WILL REVIEW PROVIDED FUND CITES ON PUBLISHED ORDERS AND IF NECESSARY CONTACT THE RESPECTIVE RESOURCE MANAGEMENT OFFICE FOR FUND CITES.
A. ALL UNITS, EXCEPT SOCOM UNITS, CONTACT THE SERVICING / INSTALLATION RESOURCE MANAGEMENT OFFICE AT THE DESIGNATED MOB STATION FOR TRAVEL AND TRANSPORTATION FUND CITES.
B. TRAVEL ADVANCED ACCOUNTING CITATIONS MUST CITE A SPECIFIC FISCAL STATION NUMBER (FSN). RESERVE COMPONENT PERSONNEL WILL ACTIVATE AND DEACTIVATE IN ACCORDANCE WITH THE CHAIN OF COMMANDS DIRECTIVE.

10. UNITS WILL NOT DEACTIVATE WITHOUT PRIOR APPROVAL OF HQDA. INDIVIDUAL MEMBERS OF THE UNIT WILL DEMOBILIZE WITH THE UNIT UNLESS PROVISIONS OF AR 600-8-24 OR AR 635-200 APPLY.

11. PUBLIC AFFAIRS GUIDANCE. UNITS WILL COMPLY WITH PAO GUIDANCE

12. POC IS MOB SHIFT LEADER - MOB SHIFT LEADER CPT JESSE MEINKE, DAMO-ODM,(703)697-4116 EMAIL TO jesse.d.meinke.mil@mail.smil.mil