BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**DECLARATION OF BENJAMIN S. KURLAND REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 139]** |

I, Benjamin S. Kurland, declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the District of Columbia. I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action. I am authorized to practice in this Court under Local Rule 11-2. I submit this declaration pursuant to Civil L.R. 79-5(f)(3) in support of Plaintiffs' Administrative Motion to file documents under seal in support of Plaintiffs' Supplemental Reply Brief in Support of Plaintiffs' Motion for a Preliminary Injunction. *See* ECF No. 139. The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2. On July 30, 2025, Plaintiffs submitted an Administrative Motion to File Documents Under Seal in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction. *See* ECF No. 126. Attached to that motion, Plaintiffs filed fifteen (15) exhibits under seal. *See* ECF Nos. 126-3–126-17. These documents consisted of discovery Plaintiffs obtained from Defendants, which Defendants had designated confidential or highly confidential under the parties' stipulated protective order. ECF No. 114.

3. On August 4, 2025, Defendants submitted the Declaration of Garry Hartlieb Regarding Plaintiffs' Administrative Motion to File Documents Under Seal (Hartlieb Declaration), ECF No. 132, pursuant to Civil L.R. 79-5(f)(3), requesting that the Court maintain each of the documents filed by Plaintiffs under seal.

4. On August 6, 2025, Plaintiffs filed an Administrative Motion to File Documents Under Seal in Support of Plaintiffs' Supplemental Reply Brief in Support of Motion for Preliminary Injunction. ECF No. 139. This Motion sought leave to file Plaintiffs' reply brief under seal as it referenced certain exhibits previously filed under seal with Plaintiffs' opening supplemental brief. This included exhibits which Defendants sought the Court's leave to maintain under seal in the Hartlieb Declaration.

5. While Plaintiffs' supplemental reply brief introduces no new exhibits under seal, pursuant to Civil L.R. 79-5(f)(3), Defendants submit this declaration reinterring their request that

the Court maintain the documents referenced in the Hartlieb Declaration under seal, as well support Plaintiffs' most recent administrative motion to seal.

6.  As of the filing of this Declaration, Plaintiffs have not challenged any of Defendants' confidentiality designations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 7, 2025 at San Francisco, California.

_____
Benjamin S. Kurland