**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
 Deputy Attorneys General
  455 Golden Gate Ave.
  San Francisco, CA  94102
  Telephone: (415) 510-3877
  E-mail:  Meghan.Strong@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>                                      Plaintiffs,<br><br>           v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>                                      Defendants. | NO. 3:25-cv-04870<br><br>**PLAINTIFFS' WITNESS LIST** |

1  Pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's July 29, 2025 Order
2  for Pretrial Preparation for Civil Bench Trial (ECF No. 123), Plaintiffs hereby submit the
3  following witness list for trial in this case commencing on August 11, 2025.

## PRELIMINARY STATEMENT

5  Plaintiffs reserve the right to amend or augment this witness list, including for the purposes
6  of impeachment or rebuttal, up to and during the time of trial. These disclosures are based upon
7  the facts and information presently known and available to Plaintiffs. To the extent any witness
8  has not been previously identified, Plaintiffs agree to meet and confer regarding related discovery,
9  if necessary.

## WITNESS LIST

11  Plaintiffs expect to present the following witnesses at trial.

| Witness's Name | Summary of Testimony | Non-Cumulative Testimony | Time for Direct Exam (Hour/Minute) |
|---|---|---|---|
| William B. Harrington | Task Force 51 troop activities in California since June 6, 2025, and scope of permissible actions under the Posse Comitatus Act. | Testimony regarding DOD policies and protocols for the Task Force 51 mobilization to Los Angeles and Posse Comitatus Act, and activities engaged in by Task Force 51. | 1 HR/30 MIN. |
| Major General Scott Sherman | Task Force 51 troop activities in California since June 6, 2025, chain of command for troops on the ground, and scope of permissible actions under the Posse Comitatus Act. | Testimony regarding DOD Policies and trainings related to the Posse Comitatus Act, and protocols and chain of command for activities carried out pursuant to the Task Force 51 mobilization to Los Angeles. | 1 HR/30 MIN. |
| Ernesto Santacruz Jr. | Federalized National Guard activities in the Los Angeles region in support of federal law enforcement officials engaged in immigration | Testimony regarding representations in his declarations concerning the assistance of Task Force 51, scope of information conveyed to ICE | 1 HR/00 MIN. |

1

| | |
|---|---|
| enforcement operations. | ERO about Task Force 51's deployment, activities engaged in by Task Force 51 during operations for which ICE ERO was involved, and requests for assistance to Task Force 51 from ICE ERO. |

Dated: August 8, 2025

Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG

  /s/ Lorraine Lopez
Deputy Attorneys General
LORRAINE LOPEZ
300 S. Spring Street
Los Angeles, CA 90013
Telephone: (213) 296-6616
Email: Lorraine.Lopez@doj.ca.gov
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

Case Name:  *Newsom v. Trump*          No.  3:25-cv-04870-CRB

I hereby certify that on August 8, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## PLAINTIFFS' WITNESS LIST

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On August 8, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| **David A. Carrillo**<br>California Constitution Center<br>University of California, Berkeley<br>School of Law #7200<br>Berkeley, CA 94720-7200 | **Arman Matevosyan**<br>The Matevosyan Law Firm<br>313 E. Broadway #10086<br>Glendale, CA 91209 |
| **State of Delaware**<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801 | **State of Washington**<br>Washington State Attorney General's Office<br>800 Fifth Avenue<br>Suite 2000<br>Seattle, WA 98104 |
| **Brandon V. Stracener**<br>California Constitution Center<br>University of California, Berkeley<br>School of Law #7200<br>Berkeley, CA 94720-7200 | **Blue Eagle Coalition**<br>555 Twin Dolphin Dr., Ste. 135<br>Redwood City, CA 94065 |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 8, 2025, at San Francisco, California.

| M. Paredes | */s/ M. Paredes* |
|:---:|:---:|
| Declarant | Signature |

SF2025303707
44749818.docx