Rob Bonta
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
Deputy Attorneys General
  455 Golden Gate Ave.
  San Francisco, CA  94102
  Telephone: (415) 510-3877
  E-mail:  Meghan.Strong@doj.ca.gov
*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
JEAN LIN
Special Litigation Counsel
CHRISTOPHER D. EDELMAN
Senior Counsel
JODY D. LOWENSTEIN
GARRY D. HARTLIEB
BENJAMIN S. KURLAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
  1100 L Street, NW
  Washington, DC 20005
  Telephone: (202) 598-7755
  E-mail: ben.kurland@usdoj.gov
*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants*. | Case No. 3:25-cv-04870-CRB <br><br> **STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Pursuant to Local Rules 6-1(a), the parties hereby stipulate to extend the current deadline for Defendants to respond to Plaintiffs' complaint, which is currently set for August 11, 2025, by sixty (60) days, or until October 10, 2025. In support of this stipulation, Defendants submit the following:

1. On June 9, 2025, Plaintiffs filed their complaint in this matter. ECF No. 1.

2. Plaintiffs served Defendants with their complaint on June 12, 2025. Pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendants' response to Plaintiffs' complaint is due August 11, 2025.

3. Since Plaintiffs filed their complaint, the parties have engaged in extensive and expedited litigation in this matter. Plaintiffs filed a Motion for a Temporary Restraining Order on June 10, 2025, ECF No. 10, which the Court granted on June 12, 2025, ECF No. 64. That order is currently on appeal to the U.S. Court of Appeals for the Ninth Circuit. ECF No. 65. On June 16, 2025, Plaintiffs filed a Motion for a Preliminary Injunction. ECF No. 77. In less than a month, the parties have engaged in multiple rounds of briefing on the motion, including supplemental briefing.

4. Additionally, Plaintiffs requested, and the Court granted, expedited discovery. ECF Nos. 94, 101, 105. As part of the expedited discovery, Defendants have reviewed thousands of documents, produced over 3,400 documents, and responded to 20 interrogatories. Defendants also prepared for and defended three depositions in the past three weeks. Finally, the parties are currently preparing for trial on Plaintiffs' Posse Comitatus Act claim, which is set for August 11 to 13, 2025. ECF No. 109. This has involved exchanging witness lists, and in the next five days, will require the parties to file and respond to any motions in limine, object to witnesses, enter into any stipulations of fact, and file proposed findings of fact and conclusions of law, among many other tasks. ECF No. 117. Due to the extensive and expedited proceedings in this matter, as well as counsels' responsibility for other matters, Defendants have not had an opportunity to respond to Plaintiffs' complaint.

3:25-cv-04870-CRB STIP. MOT. TO ENLARGE DEFS.' DEADLINE TO RESP. TO PLS.' COMPL.

1

5. Additionally, the forthcoming proceedings may impact the issues in this lawsuit or Defendants' response. But at the very least, an extension to determine how any developments in those proceedings affect this case is warranted.

6. This extension of time will not unduly delay the Court's ability to proceed in this matter. Nor will it delay the Court's scheduled trial, impact the Court's ability to rule on Plaintiffs' Posse Comitatus Act claim at the conclusion of trial, or affect any other deadlines in this matter.

7. For the reasons explained above, the parties stipulate that the deadline for Defendants to respond to Plaintiffs' complaint shall be extended by sixty (60) days until October 10, 2025.

Dated: August 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

ALEXANDER K. HAAS
Director, Federal Programs Branch
(CA Bar No. 220932)

JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel

/s/ B.K.
_____
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
Trial Attorney
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB
(IL Bar No. 6322571)
JODY D. LOWNSTEIN
(MT Bar No. 55816869)

3:25-cv-04870-CRB STIP. MOT. TO ENLARGE DEFS.' DEADLINE TO RESP. TO PLS.' COMPL.

2

| | |
|---|---|
| 1 | Trial Attorneys |
| 2 | U.S. Department of Justice |
|   | Civil Division, Federal Programs Branch |
| 3 | 1100 L Street, N.W. |
|   | Washington, DC 20005 |
| 4 | Tel.: 202.598.7755 |
|   | Email: ben.kurland@usdoj.gov |
| 5 | *Counsel for Defendants* |

1  Trial Attorneys
2  U.S. Department of Justice
   Civil Division, Federal Programs Branch
3  1100 L Street, N.W.
   Washington, DC 20005
4  Tel.: 202.598.7755
   Email: ben.kurland@usdoj.gov
5  *Counsel for Defendants*

6  ROB BONTA
   Attorney General of California
7  MICHAEL L. NEWMAN
   THOMAS S. PATTERSON
8  Senior Assistant Attorneys General
   ANYA M. BINSACCA
9  MARISSA MALOUFF
   JAMES E. STANLEY
10 Supervising Deputy Attorneys General
   NICHOLAS ESPÍRITU
11 LUKE FREEDMAN
12 BRENDAN HAMME
   BARBARA HORNE-PETERSDORF
13 LORRAINE LOPEZ
   KENDAL MICKLETHWAITE
14 JANE REILLY
15 MEGAN RICHARDS
   MEGHAN H. STRONG

17 */s/ Meghan H. Strong*
   Meghan H. Strong
18 Deputy Attorneys General
   *Attorneys for Plaintiffs*

---

3:25-cv-04870-CRB STIP. MOT. TO ENLARGE DEFS.' DEADLINE TO RESP. TO PLS.' COMPL.

3