BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**DEFENDANTS' WITNESS LIST** |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i) and the Court's orders setting pre-trial deadlines, ECF Nos. 117, 123, defendants hereby submit their witness list for trial.

Defendants reserve the right to call other witnesses not listed herein for purposes of impeachment or rebuttal, as well as to amend this witness list if granted leave to do so. Defendants also reserve the right to call witnesses identified on plaintiffs' witness list.

**Major General Scott M. Sherman**
**Deputy Commanding General (Support) and Deputy Commanding General (National Guard), United States Army North (5th Army)**
**Commander, Task Force 51**[1]

Major General Sherman will testify about the deployment and operations of Task Force 51 in California pursuant to the President's memorandum of June 7, 2025, and the Secretary of Defense's memoranda of June 7 and June 9, 2025, as the deployment and operations relate to Task Force 51's compliance with the Posse Comitatus Act. Defendants estimate that they will need 3 hours and 30 minutes to complete the direct examination of Major General Sherman.

\*   \*   \*

Dated: August 8, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

ALEXANDER K. HAAS
(CA Bar No. 220932)
Director, Federal Programs Branch

JEAN LIN
(NY Bar No. 4074530)
Special Litigation Counsel
Federal Programs Branch

---

[1] Major General Sherman may be contacted through counsel.

|   |   |
|---|---|
| 1 | /s/ Jody D. Lowenstein |
| 2 | CHRISTOPHER D. EDELMAN (DC Bar No. 1033486) |
|   | Senior Counsel |
|   | GARRY D. HARTLIEB (IL Bar No. 6322571) |
|   | BENJAMIN S. KURLAND (DC Bar No. 1617521) |
|   | JODY D. LOWENSTEIN (MT Bar No. 55816869) |
|   | Trial Attorneys |
|   | U.S. Department of Justice |
|   | Civil Division, Federal Programs Branch |
|   | 1100 L Street, N.W. |
|   | Washington, DC 20005 |
|   | Tel.: (202) 598-9280 |
|   | Email: jody.d.lowenstein@usdoj.gov |
|   |   |
|   | *Counsel for Defendants* |