BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 1617521)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorneys
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0538
E-mail: garry.hartlieb2@usdoj.gov
*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants*. | **Case No. 3:25-cv-04870-CRB** <br><br> **[PROPOSED] ORDER PROHIBITING REMOTE PUBLIC ACCESS DURING TRIAL PROCEEDINGS** |

Before the Court is Defendants' Administrative Motion Objecting to Remote Public Access to Proceedings. After reviewing the Motion, it is hereby ordered:

Defendants' Administrative Motion Objecting to Remote Public Access to Proceedings is hereby GRANTED. Public remote access to the trial proceedings occurring during the week of August 11 is prohibited. The Court vacates its order entered at Docket No. 118.

SO ORDERED.

Dated:

_____
HON. CHARLES R. BREYER
United States District Judge