| | |
|---|---|
| **ROB BONTA** <br> Attorney General of California <br> MICHAEL L. NEWMAN <br> THOMAS S. PATTERSON <br> Senior Assistant Attorneys General <br> ANYA M. BINSACCA <br> MARISSA MALOUFF <br> JAMES E. STANLEY <br> Supervising Deputy Attorneys General <br> NICHOLAS ESPÍRITU <br> LORRAINE LOPEZ <br> BARBARA HORNE-PETERSDORF <br> KENDAL MICKLETHWAITE <br> JANE REILLEY <br> MEGAN RICHARDS <br> MEGHAN H. STRONG <br> Deputy Attorneys General <br>   455 Golden Gate Ave. <br>   San Francisco, CA 94102 <br>   Telephone: (213) 269-6667 <br>   E-mail: barbara.hornepetersdorf@doj.ca.gov <br> *Attorneys for Plaintiffs* | BRETT A. SHUMATE <br> Assistant Attorney General <br> ERIC J. HAMILTON <br> Deputy Assistant Attorney General <br> ALEXANDER K. HAAS <br> Branch Director <br> JEAN LIN <br> Special Litigation Counsel <br> CHRISTOPHER D. EDELMAN <br> Senior Counsel <br> GARRY D. HARTLIEB <br> BENJAMIN S. KURLAND <br> JODY D. LOWENSTEIN <br> Trial Attorneys <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br>   1100 L Street, NW <br>   Washington, DC 20005 <br>   Telephone: (202) 598-9280 <br>   E-mail: jody.d.lowenstein@usdoj.gov <br> *Counsel for Defendants* |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Case No. 3:25-cv-04870-CRB <br><br> **STIPULATION OF FACTS** |

Pursuant to the Court's orders setting pre-trial deadlines, ECF Nos. 117, 123, the parties hereby stipulate to the following facts in advance of the trial set to begin in this matter on August 11, 2025.

## STIPULATED FACTS

1. Plaintiff State of California is one of the fifty United States of America.
2. Plaintiff Gavin Newsom is the Governor of the State of California.
3. Defendant Donald J. Trump is the President of the United States of America.
4. Defendant Pete Hegseth is the Secretary of Defense of the United States of America.
5. Defendant the United States Department of Defense is a department of the United States Government.
6. On June 7, 2025, the President issued a memorandum addressed to the Secretary of Defense, the Attorney General, and the Secretary of Homeland Security ("Presidential Memorandum"). A true and correct copy of the Presidential Memorandum is attached as Exhibit A and is admissible in this action.
7. On June 7, 2025, the Secretary of Defense issued a "Memorandum for Adjutant General of the California National Guard Through: the Governor of California" with the subject "Calling Members of the California National Guard into Federal Service" ("June 7 DoD Memorandum"). A true and correct copy of the June 7 DoD Memorandum is attached as Exhibit B and is admissible in this action.
8. On June 9, 2025, the Secretary of Defense issued a "Memorandum for Adjutant General of the California National Guard Through: The Governor of California" with the subject "Calling Additional Members of the California National Guard into Federal Service" ("June 9 DoD Memorandum"). A true and correct copy of the June 9 DoD Memorandum is attached as Exhibit C and is admissible in this action.
9. On June 8, 2025, the U.S. Northern Command delegated operational control of the federalized California National Guard's 79th Infantry Brigade Combat Team to U.S. Army North.

10. On June 9, 2025, U.S. Army North delegated operational control of federalized Guardsmen to its contingency command post, Task Force 51.

11. On June 9, 2025, the Secretary of Defense authorized the activation of the 2nd Battalion, 7th Regiment, 1st Marine Division to the Federal Protection Mission in California.

12. On June 11, 2025, the U.S. Northern Command delegated tactical control of those Marines to U.S. Army North.

13. On June 12, 2025, U.S. Army North delegated tactical control of the Marines to Task Force 51.

14. On June 14, 2025, Task Force 51 was delegated operational control of the federalized California National Guard's 49th Military Police Brigade.

15. Between June 12, 2025, and August 4, 2025, any federalized Guardsmen and Marines deployed in California were under Task Force 51's command and control.

16. All federalized Guardsmen and Marines deployed to California were trained on the Standing Rules for the Use of Force.

17. On July 1, 2025, Task Force 51 released 150 members of the California National Guard from Title 10 federal service.

18. On July 19, 2025, Task Force 51 released the California National Guard's 79th Infantry Brigade Combat Team, which comprised approximately 2,000 troops, from Title 10 federal service.

19. On July 22, 2025, Task Force 51 released all active-duty Marines from the Federal Protection Mission in California.

20. On August 1, 2025, Task Force 51 released most of the California National Guard's 49th Military Police Brigade from Title 10 federal service.

21. As of August 8, 2025, there are approximately 300 Service members conducting the Federal Protection Mission in California, all of whom are federalized California Guardsmen in a Title 10 status under U.S. Army North's command and control.

\*   \*   \*

Dated: August 8, 2025                                  Respectfully submitted,

|   |   |
|---|---|
| 1 |  |
| 2 | **ROB BONTA**<br>Attorney General of California<br>MICHAEL L. NEWMAN |
| 3 | THOMAS S. PATTERSON<br>Senior Assistant Attorneys General |
| 4 | ANYA M. BINSACCA<br>MARISSA MALOUFF |
| 5 | JAMES E. STANLEY<br>Supervising Deputy Attorneys General |
| 6 | NICHOLAS ESPÍRITU<br>LORRAINE LOPEZ |
| 7 | BARBARA HORNE-PETERSDORF<br>KENDAL MICKLETHWAITE |
| 8 | JANE REILLEY<br>MEGAN RICHARDS |
| 9 | MEGHAN H. STRONG |
| 10 | */s/ Barbara Horne-Petersdorf* |
| 11 | Deputy Attorney General<br>  455 Golden Gate Ave. |
| 12 |   San Francisco, CA  94102<br>  Telephone: |
| 13 |   E-mail: |
| 14 | *Attorneys for Plaintiffs* |
| 15 | BRETT A. SHUMATE |
| 16 | Assistant Attorney General<br>Civil Division |
| 17 |  |
| 18 | ERIC J. HAMILTON<br>Deputy Assistant Attorney General |
| 19 | Federal Programs Branch<br>(CA Bar No. 296283) |
| 20 |  |
| 21 | ALEXANDER K. HAAS<br>Director |
| 22 | Federal Programs Branch<br>(CA Bar No. 220932) |
| 23 |  |
| 24 | JEAN LIN (NY Bar No. 4074530)<br>Special Litigation Counsel |
| 25 | */s/ Jody D. Lowenstein*<br>CHRISTOPHER D. EDELMAN |
| 26 | (DC Bar No. 1033486)<br>Senior Counsel |
| 27 | GARRY D. HARTLIEB<br>(IL Bar No. 6322571) |
| 28 | BENJAMIN S. KURLAND |

| | |
|---|---|
| 1 | |
| 2 | (DC Bar No. 1617521)<br>JODY D. LOWENSTEIN<br>(MT Bar No. 55816869)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel.: (202) 598-9280<br>Email: jody.d.lowenstein@usdoj.gov<br><br>*Counsel for Defendants* |