IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAVIN NEWSOM, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Case No. 25-cv-04870-CRB

**ORDER REGARDING PUBLIC REMOTE ACCESS**

Defendants move to prevent public remote access to the upcoming bench trial. Mot. (dkt. 146). They do so out of concern over the safety of certain Department of Defense and Immigration and Customs Enforcement officials who Plaintiffs will call as witnesses. Id. at 2; see also Pls.' Wit. List (dkt. 143). Plaintiffs take no position on the motion other than to suggest that Defendants' concerns can be alleviated by providing remote access without video—a less drastic option than precluding remote access outright. Mot. at 3. As Plaintiffs correctly point out, the trial will be held in open court, so witness names and testimony may be reported upon publicly, regardless of remote access. Id.

The Court concludes that audio-only streaming strikes the right balance between accommodating Defendants' concerns and ensuring public access to the upcoming bench trial, which will involve issues of significant public concern and interest. Accordingly, the Court orders that the August 11–13 bench trial will be accessible to members of the public via **audio-only Zoom** pursuant to Civil Local Rule 77-3.

**IT IS SO ORDERED.**

Dated: August 9, 2025

CHARLES R. BREYER
United States District Judge