1 | **ROB BONTA**
Attorney General of California
2 | MICHAEL L. NEWMAN
THOMAS S. PATTERSON
3 | Senior Assistant Attorneys General
ANYA M. BINSACCA
4 | MARISSA MALOUFF
JAMES E. STANLEY
5 | Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
6 | LORRAINE LOPEZ
LUKE FREEDMAN
7 | BRENDAN HAMME
BARBARA HORNE-PETERSDORF
8 | KENDAL MICKLETHWAITE
JANE REILLEY
9 | MEGAN RICHARDS
MEGHAN H. STRONG
10 | Deputy Attorneys General
 300 S. Spring Street
11 | Los Angeles, CA 90013
 Telephone: (213) 269-6667
12 | E-mail: Barbara.HornePetersdorf@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | **NO. 3:25-cv-04870-CRB**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

1

Pursuant to Northern District of California Local Civil Rules 7-11 and 79-5(c), Plaintiffs Governor Gavin Newsom and the State of California respectfully request that the Court grant Plaintiffs leave to provisionally file under seal Plaintiffs' Proposed Findings of Fact and Conclusions of Law, which references certain exhibits provisionally filed under seal in Plaintiffs' opening Supplemental Brief in Support of Motion for Preliminary Injunction and Defendants' Supplemental Opposition to Plaintiff's Motion for Preliminary Injunction, and the following exhibits to the Declaration of Barbara Horne-Petersdorf submitted in support of Plaintiffs' Proposed Findings of Fact and Conclusions of Law:

- Exhibit 33: relevant portions of the deposition of Task Force 51 Commander Major General Scott M. Sherman (pages 20-23, 27, 31-35, 37-38, 47, 50-51, 64, 77, 79-80, 114-15, 146-48)
- Exhibit 34: documents produced by Defendants as DEFS_00002837-2838
- Exhibit 35: document produced by Defendants as DEFS_00017668-17672
- Exhibit 36: documents produced by Defendants as DEFS_00016913-16922
- Exhibit 37: documents produced by Defendants as DEFS_00003580-3607
- Exhibit 38: document produced by Defendants as DEFS_00003851
- Exhibit 39: documents produced by Defendants as DEFS_00018000-18001

The referenced exhibits and each of the exhibits listed above have been designated "confidential" or "highly confidential" by Defendants pursuant to the Stipulated Protective Order entered in this case on July 15, 2025 (ECF No. 114).  Declaration of Barbara Horne-Petersdorf in Support of Plaintiffs' Administrative Motion to Seal, ¶ 4.  In accordance with the operative Protective Order and Local Civil Rules 79-5(d) and (e), Plaintiffs hereby respectfully request the Court's permission to file their Proposed Findings of Fact and Conclusions of Law and the above-listed exhibits under seal.  By this Administrative Motion, Plaintiffs do not concede the propriety of Defendants' confidential designations and reserve the right to challenge such designations at a later date.

WHEREFORE, Plaintiffs respectfully submit this Administrative Motion and hereby notify Defendants of their burden to establish the above-listed exhibits are sealable.

Dated: August 9, 2025

Respectfully submitted,

**ROB BONTA**
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
BRENDAN HAMME
LUKE FREEDMAN
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGHAN H. STRONG
MEGAN RICHARDS

*/s/ Barbara Horne-Petersdorf*
BARBARA HORNE-PETERSDORF
Deputy Attorney General
  300 S. Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6667
  E-mail:
  Barbara.HornePetersdorf@doj.ca.gov
*Attorneys for Plaintiffs*

**DECLARATION OF SERVICE BY E-MAIL**

Case Name:  *Newsom, et al. v. Trump, et al.*
Case No.:   **3:25-cv-04870-CRB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. My business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004. My electronic service address is Melissa.Mendiola@doj.ca.gov. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>August 9, 2025</u>, I served the attached:

1. **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL ISO PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

2. **DECLARATION OF BARBARA HORNE-PETERSDORF IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL ISO PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

3. **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL ISO PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

4. **[UNREDACTED] PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

5. **[UNREDACTED] DECLARATION OF BARBARA HORNE-PETERSDORF IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

6. **[UNREDACTED] EXHIBITS 33 THROUGH 39 TO DECLARATION OF BARBARA HORNE-PETERSDORF IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

by transmitting a true copy via electronic mail.  In addition, I placed a true copy thereof enclosed in a sealed envelope, in the internal mail system of the Office of the Attorney General, addressed as follows:

**United States Department of Justice**

1. **Jean Lin**
   **E-mail: Jean.Lin@usdoj.gov**

2. **Christopher Edelmen**
   **E-mail: christopher.edelman@usdoj.gov**

3. **Garry Hartlieb**
   **E-mail: garry.hartlieb2@usdoj.gov**

4. **Benjamin Kurland**
   **E-mail: ben.kurland@usdoj.gov**

5. **Eric Hamilton**
   **E-mail: eric.hamilton@usdoj.gov**

6. **Jody D. Lowenstein**
   **E-mail: Jody.D.Lowenstein@usdoj.Gov**

7. **Brett Shumate**
   **E-mail: Brett.A.Shumate@usdoj.Gov**

*Attorneys for Defendants*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 9, 2025, at San Francisco, California.

| M. Mendiola | *M. Mendiola* (signature) |
|---|---|
| Declarant | Signature |

SF2025303707
44751599.docx