1  **ROB BONTA**
   Attorney General of California
2  MICHAEL L. NEWMAN
   THOMAS S. PATTERSON
3  Senior Assistant Attorneys General
   ANYA M. BINSACCA
4  MARISSA MALOUFF
   JAMES E. STANLEY
5  Supervising Deputy Attorneys General
   NICHOLAS ESPÍRITU
6  LUKE FREEDMAN
   LORRAINE LOPEZ
7  BRENDAN HAMME
   BARBARA HORNE-PETERSDORF
8  KENDAL MICKLETHWAITE
   JANE REILLEY
9  MEGAN RICHARDS
   MEGHAN H. STRONG
10 Deputy Attorneys General
     300 S. Spring Street
11   Los Angeles, CA 90013
     Telephone: (213) 269-6667
12   E-mail:  Barbara.HornePetersdorf@doj.ca.gov
   *Attorneys for Plaintiffs*

13

14              IN THE UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17

18 | |
   **GAVIN NEWSOM, IN HIS OFFICIAL**
19 **CAPACITY AS GOVERNOR OF THE STATE OF**
   **CALIFORNIA; STATE OF CALIFORNIA,**          NO. **3:25-cv-04870-CRB**
20
                                    Plaintiffs,   **DECLARATION OF BARBARA**
21                                                **HORNE-PETERSDORF IN SUPPORT**
                                                  **OF PLAINTIFFS' ADMINISTRATIVE**
      v.                                          **MOTION TO FILE DOCUMENTS**
22                                                **UNDER SEAL IN SUPPORT OF**
                                                  **PLAINTIFFS' PROPOSED FINDINGS**
23 **DONALD TRUMP, IN HIS OFFICIAL**             **OF FACT AND CONCLUSIONS OF**
   **CAPACITY AS PRESIDENT OF THE UNITED**       **LAW**
24 **STATES; PETE HEGSETH, IN HIS OFFICIAL**
   **CAPACITY AS SECRETARY OF THE**
25 **DEPARTMENT OF DEFENSE; U.S.**
   **DEPARTMENT OF DEFENSE,**
26
                                    Defendants.
27

28

1    I, Barbara Horne-Petersdorf, declare under penalty of perjury that the following is true and

2    correct:

3        1.    I am an attorney licensed to practice law in the State of California, admitted to the

4    bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California

5    Department of Justice. The Attorney General is counsel to Plaintiffs Governor Gavin Newsom

6    and the State of California. I make this declaration in support of Plaintiffs' Administrative Motion

7    to file documents under seal in support of Supplemental Brief in support of their Motion for

8    Preliminary Injunction.

9        2.    I am over the age of 18 and have personal knowledge of all the facts stated herein,

10    except to those matters stated upon information and belief; as to those matters, I believe them to

11    be true. If called as a witness, I could and would testify competently to the matters set forth

12    below.

13        3.    Plaintiffs respectfully request the Court's permission to file their Proposed

14    Findings of Fact and Conclusions of Law and the following documents under seal:

15        • Exhibit 33: relevant portions of the deposition of Task Force 51 Commander

16          Major General Scott M. Sherman (pages 20-23, 27, 31-35, 37-38, 47, 50-51, 64,

17          77, 79-80, 114-15, 146-48)

18        • Exhibit 34: documents produced by Defendants as DEFS_00002837-2838

19        • Exhibit 35: document produced by Defendants as DEFS_00017668-17672

20        • Exhibit 36: documents produced by Defendants as DEFS_00016913-16922

21        • Exhibit 37: documents produced by Defendants as DEFS_00003580-3607

22        • Exhibit 38: document produced by Defendants as DEFS_00003851

23        • Exhibit 39: documents produced by Defendants as DEFS_00018000-18001

24        4.    Plaintiffs' Proposed Findings of Fact and Conclusions of Law references exhibits

25    filed under seal with Plaintiffs' opening Supplemental Brief in Support of Motion for Preliminary

26    Injunction and Defendants' Supplemental Opposition to Plaintiffs' Motion for Preliminary

27    Injunction.  The referenced exhibits and each of the exhibits listed above have been designated

28    "confidential" or "highly confidential" by Defendants pursuant to the Stipulated Protective Order

2

1    entered in this case on July 15, 2025 (ECF No. 114).

2        5.    Plaintiffs do not concede the propriety of Defendants' confidential designations

3    and reserve the right to challenge such designations at a later date.  However, Plaintiffs are filing

4    the instant Administrative Motion in a good faith effort to comply with the operative Stipulated

5    Protective Order and the Civil Local Rules.

6        I declare under penalty of perjury under the laws of the United States that the foregoing is

7    true and correct. Executed on August 9, 2025 at Los Angeles, California.

8

9                                    _____/s/ Barbara Horne-Petersdorf_____

10                                   Barbara Horne-Petersdorf

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3