**Rob Bonta**
Attorney General of California
Michael L. Newman
Thomas S. Patterson
Senior Assistant Attorneys General
Anya M. Binsacca
Marissa Malouff
James E. Stanley
Supervising Deputy Attorneys General
Nicholas Espíritu
Luke Freedman
Lorraine Lopez
Brendan Hamme
Barbara Horne-Petersdorf
Kendal Micklethwaite
Jane Reilley
Megan Richards
Meghan H. Strong
Deputy Attorneys General
  300 S. Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6667
  E-mail:  Barbara.HornePetersdorf@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>**DECLARATION OF BARBARA HORNE-PETERSDORF IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

1  I, Barbara Horne-Petersdorf, declare under penalty of perjury that the following is true and
2  correct:
3  1. I am an attorney licensed to practice law in the State of California, admitted to the
4  bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California
5  Department of Justice. The Attorney General is counsel to Plaintiffs Governor Gavin Newsom
6  and the State of California. I make this declaration in support of Plaintiffs' Proposed Findings of
7  Fact and Conclusions of Law.
8  2. I am over the age of 18 and have personal knowledge of all the facts stated herein,
9  except to those matters stated upon information and belief; as to those matters, I believe them to
10 be true. If called as a witness, I could and would testify competently to the matters set forth
11 below.
12 3. Attached hereto as **Exhibit 32** is a true and correct copy of the Stipulation of Facts
13 entered by Plaintiffs and Defendants on August 8, 2025 at ECF No. 147.
14 4. Attached hereto as **Exhibit 33** is a true and correct copy of ▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
17 5. Attached hereto as **Exhibit 34** is a true and correct copy of ▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which Defendants produced in this matter as
19 DEFS_00002837-2838.
20 6. Attached hereto as **Exhibit 35** is a true and correct copy of an ▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which
22 Defendants produced in this matter as DEFS_00017668-17672.
23 7. Attached hereto as **Exhibit 36** is a true and correct copy of ▮▮▮▮▮
24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which Defendants produced in this matter as
25 DEFS_00016913-16922.
26 8. Attached hereto as **Exhibit 37** is a true and correct copy of ▮▮▮▮▮
27 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which Defendants produced in this
28 matter as DEFS_00003580-3607.

1

9. Attached hereto as **Exhibit 38** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮, which Defendants produced in this matter as DEFS_00003851.

10. Attached hereto as **Exhibit 39** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮ which Defendants produced in this matter as DEFS_00018000-18001.

11. Attached hereto as **Exhibit 40** is a true and correct copy of a TF-51 Press Statement, which Defendants produced in this matter as DEFS_00005035-5038.

12. Attached hereto as **Exhibit 41** is a true and correct copy of the U.S. Northern Command Federal Protection Mission webpage, which is available at https://tinyl.co/3ZSF (last accessed August 8, 2025).

13. Attached hereto as **Exhibit 42** is a true and correct copy of a July 7, 2025 article published by the New York Times by Jill Cowan and Mimi Dwyer, entitled *Federal Agents March Through L.A. Park, Spurring Local Outrage*, which is available at https://tinyurl.com/ye6dvrec (last accessed August 8, 2025).

14. Attached hereto as **Exhibit 43** is a true and correct copy of a July 3, 2025 article published by ABC News by Julia Jacobo entitled *Several 4th of July Celebrations Canceled in Los Angeles Over Fears of ICE Raids*, which is available at https://tinyl.co/3ZSB (last accessed August 8, 2025).

15. Attached hereto as **Exhibit 44** is a true and correct copy of a June 9, 2025 Press Release from the Los Angeles Chamber of Commerce entitled *L.A. Area Chamber Urges Calm and Calls for De-escalation Amid Immigration Raids*, which is available at https://tinyurl.com/3y3krbcz (last accessed August 8, 2025).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 9, 2025 at Los Angeles, California.

          /s/ *Barbara Horne-Petersdorf*
          Barbara Horne-Petersdorf