# EXHIBIT 32

TO DECLARATION OF BARBARA HORNE-PETERSDORF IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

| | |
|---|---|
| **ROB BONTA** | BRETT A. SHUMATE |
| Attorney General of California | Assistant Attorney General |
| MICHAEL L. NEWMAN | ERIC J. HAMILTON |
| THOMAS S. PATTERSON | Deputy Assistant Attorney General |
| Senior Assistant Attorneys General | ALEXANDER K. HAAS |
| ANYA M. BINSACCA | Branch Director |
| MARISSA MALOUFF | JEAN LIN |
| JAMES E. STANLEY | Special Litigation Counsel |
| Supervising Deputy Attorneys General | CHRISTOPHER D. EDELMAN |
| NICHOLAS ESPÍRITU | Senior Counsel |
| LORRAINE LOPEZ | GARRY D. HARTLIEB |
| BARBARA HORNE-PETERSDORF | BENJAMIN S. KURLAND |
| KENDAL MICKLETHWAITE | JODY D. LOWENSTEIN |
| JANE REILLEY | Trial Attorneys |
| MEGAN RICHARDS | U.S. Department of Justice |
| MEGHAN H. STRONG | Civil Division, Federal Programs Branch |
| Deputy Attorneys General | 1100 L Street, NW |
| 455 Golden Gate Ave. | Washington, DC 20005 |
| San Francisco, CA 94102 | Telephone: (202) 598-9280 |
| Telephone: (213) 269-6667 | E-mail: jody.d.lowenstein@usdoj.gov |
| E-mail: barbara.hornepetersdorf@doj.ca.gov | |
| *Attorneys for Plaintiffs* | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**STIPULATION OF FACTS** |

Pursuant to the Court's orders setting pre-trial deadlines, ECF Nos. 117, 123, the parties hereby stipulate to the following facts in advance of the trial set to begin in this matter on August 11, 2025.

## STIPULATED FACTS

1. Plaintiff State of California is one of the fifty United States of America.

2. Plaintiff Gavin Newsom is the Governor of the State of California.

3. Defendant Donald J. Trump is the President of the United States of America.

4. Defendant Pete Hegseth is the Secretary of Defense of the United States of America.

5. Defendant the United States Department of Defense is a department of the United States Government.

6. On June 7, 2025, the President issued a memorandum addressed to the Secretary of Defense, the Attorney General, and the Secretary of Homeland Security ("Presidential Memorandum"). A true and correct copy of the Presidential Memorandum is attached as Exhibit A and is admissible in this action.

7. On June 7, 2025, the Secretary of Defense issued a "Memorandum for Adjutant General of the California National Guard Through: the Governor of California" with the subject "Calling Members of the California National Guard into Federal Service" ("June 7 DoD Memorandum"). A true and correct copy of the June 7 DoD Memorandum is attached as Exhibit B and is admissible in this action.

8. On June 9, 2025, the Secretary of Defense issued a "Memorandum for Adjutant General of the California National Guard Through: The Governor of California" with the subject "Calling Additional Members of the California National Guard into Federal Service" ("June 9 DoD Memorandum"). A true and correct copy of the June 9 DoD Memorandum is attached as Exhibit C and is admissible in this action.

9. On June 8, 2025, the U.S. Northern Command delegated operational control of the federalized California National Guard's 79th Infantry Brigade Combat Team to U.S. Army North.

10. On June 9, 2025, U.S. Army North delegated operational control of federalized Guardsmen to its contingency command post, Task Force 51.

11. On June 9, 2025, the Secretary of Defense authorized the activation of the 2nd Battalion, 7th Regiment, 1st Marine Division to the Federal Protection Mission in California.

12. On June 11, 2025, the U.S. Northern Command delegated tactical control of those Marines to U.S. Army North.

13. On June 12, 2025, U.S. Army North delegated tactical control of the Marines to Task Force 51.

14. On June 14, 2025, Task Force 51 was delegated operational control of the federalized California National Guard's 49th Military Police Brigade.

15. Between June 12, 2025, and August 4, 2025, any federalized Guardsmen and Marines deployed in California were under Task Force 51's command and control.

16. All federalized Guardsmen and Marines deployed to California were trained on the Standing Rules for the Use of Force.

17. On July 1, 2025, Task Force 51 released 150 members of the California National Guard from Title 10 federal service.

18. On July 19, 2025, Task Force 51 released the California National Guard's 79th Infantry Brigade Combat Team, which comprised approximately 2,000 troops, from Title 10 federal service.

19. On July 22, 2025, Task Force 51 released all active-duty Marines from the Federal Protection Mission in California.

20. On August 1, 2025, Task Force 51 released most of the California National Guard's 49th Military Police Brigade from Title 10 federal service.

21. As of August 8, 2025, there are approximately 300 Service members conducting the Federal Protection Mission in California, all of whom are federalized California Guardsmen in a Title 10 status under U.S. Army North's command and control.

\* \* \*

Dated: August 8, 2025                     Respectfully submitted,

|    |                                                    |
|----|----------------------------------------------------|
| 1  | **ROB BONTA**                                      |
| 2  | Attorney General of California                     |
|    | MICHAEL L. NEWMAN                                  |
| 3  | THOMAS S. PATTERSON                                |
|    | Senior Assistant Attorneys General                 |
| 4  | ANYA M. BINSACCA                                   |
|    | MARISSA MALOUFF                                    |
| 5  | JAMES E. STANLEY                                   |
|    | Supervising Deputy Attorneys General               |
| 6  | NICHOLAS ESPÍRITU                                  |
|    | LORRAINE LOPEZ                                     |
| 7  | BARBARA HORNE-PETERSDORF                           |
|    | KENDAL MICKLETHWAITE                               |
| 8  | JANE REILLEY                                       |
|    | MEGAN RICHARDS                                     |
| 9  | MEGHAN H. STRONG                                   |

10  */s/ Barbara Horne-Petersdorf*

11  Deputy Attorney General
      455 Golden Gate Ave.
12    San Francisco, CA  94102
      Telephone:
13    E-mail:

14  *Attorneys for Plaintiffs*

15  BRETT A. SHUMATE
16  Assistant Attorney General
    Civil Division
17
    ERIC J. HAMILTON
18  Deputy Assistant Attorney General
    Federal Programs Branch
19  (CA Bar No. 296283)

20  ALEXANDER K. HAAS
21  Director
    Federal Programs Branch
22  (CA Bar No. 220932)

23  JEAN LIN (NY Bar No. 4074530)
    Special Litigation Counsel
24
    */s/ Jody D. Lowenstein*
25  CHRISTOPHER D. EDELMAN
    (DC Bar No. 1033486)
26  Senior Counsel
27  GARRY D. HARTLIEB
    (IL Bar No. 6322571)
28  BENJAMIN S. KURLAND

| | |
|---|---|
| 1 | (DC Bar No. 1617521) |
| 2 | JODY D. LOWENSTEIN |
|  | (MT Bar No. 55816869) |
| 3 | Trial Attorneys |
|  | U.S. Department of Justice |
| 4 | Civil Division, Federal Programs Branch |
|  | 1100 L Street, N.W. |
| 5 | Washington, DC 20005 |
|  | Tel.: (202) 598-9280 |
| 6 | Email: jody.d.lowenstein@usdoj.gov |

*Counsel for Defendants*

4

# EXHIBIT A

June 7, 2025

MEMORANDUM FOR THE SECRETARY OF DEFENSE
             THE ATTORNEY GENERAL
             THE SECRETARY OF HOMELAND SECURITY

SUBJECT:     Department of Defense Security for the Protection
             of Department of Homeland Security Functions

Numerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other United States Government personnel who are performing Federal functions and supporting the faithful execution of Federal immigration laws. In addition, violent protests threaten the security of and significant damage to Federal immigration detention facilities and other Federal property. To the extent that protests or acts of violence directly inhibit the execution of the laws, they constitute a form of rebellion against the authority of the Government of the United States.

In light of these incidents and credible threats of continued violence, by the authority vested in me as President by the Constitution and the laws of the United States of America, I hereby call into Federal service members and units of the National Guard under 10 U.S.C. 12406 to temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. Further, I direct and delegate actions as necessary for the Secretary of Defense to coordinate with the Governors of the States and the National Guard Bureau in identifying and ordering into Federal service the appropriate members and units of the National Guard under this authority. The members and units of the National Guard called into Federal service shall be at least 2,000 National Guard personnel and the duration of duty shall be for 60 days or at the discretion of the Secretary of Defense. In addition, the Secretary of Defense may employ any other members

2

of the regular Armed Forces as necessary to augment and support the protection of Federal functions and property in any number determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may perform those military protective activities that the Secretary of Defense determines are reasonably necessary to ensure the protection and safety of Federal personnel and property  The Secretary of Defense shall consult with the Attorney General and the Secretary of Homeland Security prior to withdrawing any personnel from any location to which they are sent.  The Secretaries of Defense and Homeland Security may delegate to subordinate officials of their respective Departments any of the authorities conferred upon them by this memorandum.

DONALD J. TRUMP

# EXHIBIT B



SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JUN 07 2025

MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT: Calling Members of the California National Guard into Federal Service

The President of the United States has called forth at least 2000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum today to effectuate the calling forth of these Service members.

This memorandum implements the President's direction. Two thousand members of the California National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachment:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy

# EXHIBIT C



SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JUN - 9 2025

MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT: Calling Additional Members of the California National Guard into Federal Service

      On June 7, 2025, the President of the United States called forth at least 2,000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum to effectuate the calling forth of these Service members. Also on June 7, 2025, I implemented that order by directing 2,000 members of the California National Guard be called into Federal Service for a period of 60 days (see attached memorandum).

      This memorandum further implements the President's direction. An additional 2,000 members of the California National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

*[Signature]*

Attachments:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy
Under Secretary of Defense for Personnel and Readiness