# EXHIBIT 35

TO DECLARATION OF BARBARA HORNE-PETERSDORF IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

# (FILED UNDER SEAL)