# EXHIBIT 37

TO DECLARATION OF BARBARA HORNE-PETERSDORF IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

**(FILED UNDER SEAL)**