# EXHIBIT 40

TO DECLARATION OF BARBARA HORNE-PETERSDORF IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

## TF-51 Press Statement

Good morning, I'm Major General Scott Sherman, Commander of Task Force 51. TF-51 is the Army's Command and Control organization for Title 10 forces supporting federal law enforcement partners in the greater Los Angeles area.

- We currently have approximately 4800 Servicemembers from the 79th IBCT, 49th MP BDE, and 2/7 Marines supporting the missions of protecting federal personnel, facilities and functions
- Since the 7th of June, there have been 37 requests for assistance from six different law enforcement agencies
- Marines are primarily focused on protecting three federal buildings in Los Angeles, and Soldiers have accompanied federal agencies on many ongoing operations in the greater Los Angeles area
- On staging bases, Soldiers and Marines have food service, billeting, latrines, showers, handwashing stations, ice, laundry service, fitness and recreational activities
- I'd like to end by thanking our Soldiers, Marines and their families. You were activated and responded quickly and have demonstrated the capabilities and professionalism you are known for.

Thank you and I will now take your questions.

# Questions and Answers

Personnel & Authorities

**Q. Why mobilize so many personnel for one area?**
A. The Secretary authorized up to 4,700 personnel, including the mobilization of 4,000 members of the National Guard to protect federal functions, personnel, and property.

**Q. Will the DoD be mobilizing more military personnel for this mission?**
A. We won't speculate on future operations but can tell you that the Department continues to work and plan with our interagency partners to protect federal assets and personnel.

**Q. Will the DoD be mobilizing military personnel to additional cities?**
A. We won't speculate on future operations but can tell you that the Department continues to work and plan with our interagency partners to protect federal assets and personnel.

**Q. What will the military members be doing?**
A. DoD military personnel on this mission are protecting federal functions, personnel, and property. If necessary, this support may include crowd control and establishment of security perimeters to ensure federal personnel are protected from harm or threat of bodily injury while those they protect perform their federal duties.

**Q. What authorities are the military members mobilized under?**
A. Members of the National Guard are mobilized under 10 U.S.C. 12406.

**Q. Is it legal for the President to mobilize the National Guard without the Governor's consent?**
A. Yes, the President has the authority to mobilize the National Guard in a title 10 duty status under 10 U.S.C. 12406.

**Q. How long will DoD military members be doing this mission?**
A. Consistent with the direction of the President, the Secretary of Defense ordered military members to be mobilized for an initial period of up to 60 days.

**Q. The DoD mobilization is happening without the consent of the Governor. Does DoD have any comment?**
A. The DoD is committed to executing the orders of the President in accordance with applicable legal authorities and regulations. This is a temporary mobilization to protect federal functions, property and personnel, and our priority in this mission is the protection of public safety, including the protection of lives and property.

**Q. What is this costing the DoD?**

A. We won't know the total cost until the mission concludes.

Rules for the Use of Force

**Q. Will the military members be doing law enforcement? Is this a violation of Posse Comitatus?**
A. No, this is not a violation of Posse Comitatus. Military members in a title 10 duty status will not directly participate in law enforcement activities. They may temporarily detain an individual for protection purposes – to stop an assault of, to prevent harm to, or to prevent interference with federal personnel performing their duties. Any such detention would end as soon as the individuals could be safely transferred to appropriate civilian law enforcement custody.

**Q. What are the ROE for this mission?**
A. Military members are to follow the Standing Rules for the Use of Force. Service members are trained in de-escalation techniques, and always retain the inherent the right to self-defense to a hostile act or demonstrated hostile intent. Military members may also take actions to provide for the defense of others as well as the defense of property, using the minimum necessary force.

**Q. Will the military members be arresting protestors?**
A. Military members will not be arresting protestors, as that is a law enforcement activity. Military members may temporarily detain an individual to stop an assault of, to prevent harm to, or to prevent interference with federal personnel performing their duties. Any temporary detention will end when the detained person(s) can be safely transferred to the custody of appropriate civilian law enforcement personnel.

**Q. If a military service member arrests a protestor, how long will they keep them in custody?**
A. Any temporary detention by a military service member will end when the detained person(s) can be safely transferred to the custody of appropriate civilian law enforcement.

**Q. Are the military members armed?**
A. Military members are mobilized with their assigned individual weapon and standard crowd control gear which includes helmet with face shields, shields, batons, and gas masks.

**Q. Why are the military members carrying weapons and ammunition?**
A. Service members deploy with their assigned individual weapon for all missions.

**Q. Who determines how the military members are armed?**
A. Force posture is determined by the Task Force commander.

**Q. Who do the military members report to?**

A. Military members supporting DHS in California fall under Task Force-51.

**Q. Why is DoD being used to do this mission instead of civilian law enforcement?**
A. At the direction of the President and as ordered by the Secretary of Defense, the DoD is mobilized to protect the safety and security of federal functions, personnel, and property.

**Q. Will the military members be allowed to respond if they are attacked or fired upon by protestors?**
A. Service members are trained in de-escalation techniques, and always retain the inherent the right to self-defense to a hostile act or demonstrated hostile intent. Military members responding to civil unrest may also take actions to provide for the defense of others as well as the defense of property, using the minimum necessary force.

**Q. Did military members receive any training on applying the use of force? What training did they receive?**
A. Service members received training prior to being assigned on mission. The training included de-escalation techniques and the proper use of crowd control equipment.

**Q. When is deadly force authorized?**
A. The Standing Rules for the Use of Force prescribe when deadly force may be used.

Quality of Life

**Q. There have been images and reports circulated in the media that show and describe Soldiers and Marines with substandard living conditions. Why was this the case and what are you doing to fix it?**

Some of the images you may be referencing depicted Soldiers resting while not on mission. Due to the fluid security situation, we deemed it too dangerous for them to travel to better accommodations at the time.

While we are actively working to improve quality of life for our Soldiers and Marines, living in austere conditions is not an uncommon occurrence for us throughout our careers.

Some of the quality of life initiatives that are already in place or will be shortly include:

- Food available 24-hours a day including three hot meals (breakfast, dinner, midnight; MRE for lunch)
- Laundry service with 48-hour turn around (starting Thursday)
- Shower and latrine trailers (arriving Friday)
- Housing tents for 1,800 (Sunday)
- Additional housing tents for 1,500 (working)