# EXHIBIT 41

TO DECLARATION OF BARBARA HORNE-PETERSDORF IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

An official website of the United States government    Here's how you know

U.S. Northern Command (https://www.northcom.mil/)

HOME (HTTPS://WWW.NORTHCOM.MIL/) > MISSIONS > HOMELAND DEFENSE (HTTPS://WWW.NORTHCOM.MIL/HOMELANDDEFENSE/) > FEDERAL PROTECTION MISSION



## Mission Summary

By direction of Secretary of Defense and in coordination with U.S. Northern Command (USNORTHCOM), approximately 2,000 California Army National Guard soldiers are under federal command and control in a Title 10 status. All are serving under the command of Task Force 51 (https://www.arnorth.army.mil/About/Organization/#:~:text=the%20gravest%20magnitude.-,TASK%20FORCE%2051,-Task%20Force%2051) (TF 51), U.S. Army North's Contingency Command Post.

For imagery related to USNORTHCOM activities related to federal protection operations, go to https://www.dvidshub.net/unit/T10DHS (https://www.dvidshub.net/unit/T10DHS).

## Federal Protection Mission Updates

**UPDATE as of 12:00 p.m. MDT (August 1, 2025)** – U.S. Army North's Task Force 51 has released the majority of the 49th Military Police Brigade from the Federal Protection Mission. There are now approximately 300 total service members conducting the Federal Protection Mission, all from the California National Guard in a Title 10 status.

**UPDATE as of 12:00 p.m. MDT (July 22, 2025)** – Task Force 51 has released the active duty Marines from the Federal Protection Mission. There are now approximately 2000 total service members conducting the Federal Protection Mission, all from the California National Guard in a Title 10 status.

**UPDATE as of 12:00 p.m. MDT (July 19, 2025)** – Task Force 51 has released the California National Guard's 79th Infantry Brigade Combat Team from the Federal Protection mission, comprising approximately 2000 Soldiers. There are now approximately 2700 total service members conducting the Federal Protection Mission.

**UPDATE as of 12:15 p.m. MDT (July 1, 2025)** - Task Force 51 will release approximately 150 members of the California National Guard from the Federal Protection mission.

**UPDATE as of 10:00 a.m. MDT (July 1, 2025)** - The 3rd Battalion, 7th Marine Regiment, 1st Marine Division (3/7) replaces the 2nd Battalion, 7th Marine Regiment, 1st Marine Division (2/7) in support the 2025 Federal Protection mission in Los Angeles.

**UPDATE as of 4:10 p.m. MDT (June 17, 2025)** - About 2000 soldiers from the 49th Military Police Brigade will serve alongside the 79th Infantry Brigade Combat team and the 2nd Battalion, 7th Marine Regiment, under the direction of Task Force 51. The activation of the 49th is intended to provide Task Force 51 with adequate numbers of forces to provide continuous coverage of the area in support of the lead federal agency.

**UPDATE as of 4:10 p.m. MDT (June 13, 2025)** – Marines from the 2nd Battalion, 7th Marines are on mission in the greater Los Angeles area. The Marines are integrating into the Task Force 51 federal protection efforts.

**UPDATE as of 2:10 p.m. MDT (June 12, 2025)** – Marines from the 2nd Battalion, 7th Marines are conducting mission orientation and familiarization today in the greater Los Angeles area. The Marines integration into the Task Force 51 federal protection efforts may follow shortly thereafter.

## Frequently Asked Questions

| |
|---|
| **WHAT IS THE COMPOSITION OF TASK FORCE 51?** |
| **WHAT DUTIES DID THE MARINES PERFORM IN LOS ANGELES?** |
| **WHAT TYPE OF TRAINING DID THE MARINES GO THROUGH?** |
| **UNDER WHAT AUTHORITIES ARE TITLE 10 SOLDIERS OPERATING?** |

| |
|---|
| **WILL MILITARY MEMBERS BE ABLE TO ARREST PROTESTORS?** |
| **WHY IS THE DEPARTMENT OF DEFENSE GETTING INVOLVED WITH THIS MISSION INSTEAD OF CIVILIAN LAW ENFORCEMENT?** |
| **ARE THE BASIC NEEDS OF MILITARY MEMBERS BEING TAKEN CARE OF?** |
| **WHAT DUTIES ARE MILITARY MEMBERS PERFORMING IN THE GREATER LOS ANGELES AREA?** |
| **WHAT TYPE OF EQUIPMENT ARE MILITARY MEMBERS EMPLOYING?** |

**This is an official Department of Defense website**

Hosted by Defense Media Activity - WEB.mil (https://www.web.dma.mil/)



(https://www.veteranscrisisline.net/get-help-now/military-crisis-line/)