# EXHIBIT 43

TO DECLARATION OF BARBARA HORNE-PETERSDORF IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Live    Video    Shows    Shop          Log In    Stream on  

over fears of ICE raids

The threat of continued ICE raids has continued.

By **Julia Jacobo**
July 3, 2025, 12:42 PM



**What to know about US Immigration and Customs Enforcement (ICE)**   The federal agency is responsible for arresting, detaining, and removing noncitizens accused of violating immigration laws.

Several Fourth of July celebrations have been canceled in Los Angeles over fears of raids by the U.S. Immigration and Customs Enforcement, according to local officials and event organizers.

In [early June](), ICE agents carried out a series of immigration sweeps across Southern California, sparking protests in Los Angeles that spread nationwide as the raids impacted other parts of the country.

The threat of continued ICE raids persists, prompting some officials and organizers to express concern over the welfare of revelers congregating in large celebratory gatherings.

The County of Los Angeles Department of Parks and Recreation said it postponed the East Los Angeles Rockin' 4th of July celebration -- as well as the Summer Movies and Concert in the Parks series that takes place at Schabarum Park -- due to potential ICE raids.

> **MORE: Lone wolf actor biggest threat to 4th of July festivities in New York, San Francisco: FBI, DHS bulletins** →

"Out of caution, and in response to recent ICE enforcement activity impacting our communities, we are prioritizing safety and well-being of our residents, visitors, and staff," the parks department wrote in a statement posted to Instagram.



A man flys an american flag outside the passenger window of a sedan during the Anti-I.C.E protests in Los Angeles.

Ricky Walter Molnar/AP, FILE



A post shared by County of Los Angeles Department of Parks & Recreation (@lac…

Organizers for the Gloria Molina Grand Park Summer Block Party in Los Angeles County wrote on an Instagram post that the event is being postponed out of "an abundance of caution."

"We know this is disappointing news," organizers said. "We were so looking forward to celebrating with all of you at #TheParkforEveryone. Please know that your safety is our absolute first priority."



A post shared by Gloria Molina Grand Park (@grandpark_la)

The party was scheduled to take place Friday afternoon through the nighttime fireworks show.

Postponements and cancellations also occurred in the Bell Gardens and Cudahy, which are predominately Hispanic communities, ABC Los Angeles station KABC reported.

**MORE: California lawmakers introduce legislation to ban law enforcement from wearing face coverings** →

In addition, the El Sereno Bicentennial Committee canceled its 66th Annual Independence Day Parade after several entries were withdrawn leading up to the holiday, organizers announced on June 20. The parade is typically filled with local groups, schools, organizations and performers as well as classic cars and motorcycle stunt shows on Route 66.

"The people who participate in the parade are some of the most patriotic people you would meet," parade organizers said in a statement. "Our community has always been a melting pot of many cultures and beliefs. It is what has given our town its strength and resiliency."

Independence Day celebrations at the Rose Bowl in Pasadena, however, are expected to continue -- but this year with a drone show, rather than fireworks.

But events in public spaces feel "dangerous" for many residents, Los Angeles City Councilwoman Ysabel Jurado, who oversees District 14, told KABC.

"This is not the time to host large public gatherings because people are afraid," Jurado said. "For Fourth of July and Independence, it rings hollow for a lot of our constituents here."

> MORE: LA protests timeline: How ICE raids sparked demonstrations and Trump to send in the military →

Elsewhere throughout the country, security protocols were ramping up ahead of the holiday. The New York City Police Department is expected to deploy hundreds of officers and impose closures on roads, bridges and train routes due to a heightened threat environment, NYPD Commissioner Jessica Tisch announced Wednesday.

Lone wolf actors are anticipated to be the biggest threat to 4th of July festivities in major cities like New York and San Francisco, multiple federal law enforcement agencies warned.

## Related Topics

4th of July    Immigration    Los Angeles



## Sponsored Content by Taboola

**Dementia Has Been Linked To a Common Habit. Do You Do It?**
Sponsored / Memory Health                                                           Learn More

**Harvard: Common Ingredient Raises Dementia Risk 80%**
Sponsored / Brain Health                                                            Learn More

**Cesar Millan Reveals What Honey Does to Your Aging Dog**
Sponsored / Dr. Marty                                                               Click Here

**Medical Mystery Solved: Dementia and Memory Loss Has Been Linked To This Common Thing.**
Sponsored / Memory Health                                                           Learn More

**Top Collectible Mugs for Rock Fans**
Sponsored / Vianys                                                                  Read More

**Cesar Millan Says This About Giving Honey to Aging Dogs**
Sponsored / Experts In Pet Health

**Neuropathy is not from Low Vitamin B. Meet the Real Enemy of Neuropathy (Stop Doing This)**
Sponsored / FootRenew                                                               Learn More

**Use an AI Writing Tool That Actually Understands Your Voice**
Sponsored / Grammarly

**Discover Effortless Glucose Monitoring: Request a Free Trial**
Sponsored / Dexcom                                                                  Click Here

ABC News Network   Privacy Policy   Your US State Privacy Rights   Children's Online Privacy Policy   Interest-Based Ads   About Nielsen Measurement   Terms of Use   Do Not Sell or Share My Personal Information   Contact Us

© 2025 ABC News