# EXHIBIT 44

TO DECLARATION OF BARBARA HORNE-PETERSDORF IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Support the Small Business Disaster Recovery Fund



Search this site…



Menu

### News / Press Release

# L.A. Area Chamber Urges Calm and Calls for De-escalation Amid Immigration Raids

*June 9, 2025 4:30 pm*

by L.A. Area Chamber

## Cookie Policy on lachamber.com

The Los Angeles Area Chamber of Commerce uses cookies to improve site functionality and to provide you with a better browsing experience. Detailed information on the use of cookies on this site is provided in our privacy policy.

Continue          Privacy Policy

restore order. Rather than pursue more reasonable and orderly means to implement its immigration policy, the Administration's recent enforcement actions undermine public safety, harm our communities, and destabilize our economy. At a time when our region is still grappling with the impacts of this year's devastating wildfires and the looming threat of funding cuts to critical infrastructure, healthcare, and housing, we call on leaders in Washington to cease this inflammatory campaign and instead focus on the issues most critical to America's advancement. We also call upon our fellow Angelenos to express their views on these raids in productive and peaceful ways, so as not to compound the damage already felt by families, community members, and small businesses throughout the region."

###

**About the Los Angeles Area Chamber of Commerce**

The Los Angeles Area Chamber of Commerce represents the interests of a broad spectrum of organizations across the private, non-profit, academic, and public sectors, including the business community, job creators, and innovators in the Los Angeles region. Our mission is to

### Cookie Policy on lachamber.com

The Los Angeles Area Chamber of Commerce uses cookies to improve site functionality and to provide you with a better browsing experience. Detailed information on the use of cookies on this site is provided in our privacy policy.

Continue        Privacy Policy

Show Other Stories

Membership +
What We Do +
Calendar
Signature Events +
About Us +
Press Releases
Stay Connected +

Subscriber ›

350 S. Bixel Street
Los Angeles, CA 90017
213.580.7500



Support the Small Business Disaster Recovery Fund

# Cookie Policy on lachamber.com

The Los Angeles Area Chamber of Commerce uses cookies to improve site functionality and to provide you with a better browsing experience. Detailed information on the use of cookies on this site is provided in our privacy policy.

Continue          Privacy Policy