BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
JOHN BAILEY (OH Bar No. 104260)
Counsel to the Assistant Attorney General
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO MAINTAIN DOCUMENTS UNDER SEAL AND FOR RELATED RELIEF** |

**[PROPOSED] ORDER**

The Court, having considered Defendants' motion to maintain documents under seal and for related relief, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**THE COURT HEREBY ORDERS** that the following document shall remain under seal during and following the trial scheduled in this matter:

- **Exhibit 11**: A document that Defendants produced in this matter as DEFS_00002611–21.

**IT IS FURTHER ORDERED** that the following documents shall be maintained with redactions during and following trial:

- **Exhibit 1:** A document that Defendants produced in this matter as DEFS_00000012–14.
- **Exhibit 2:** A document that Defendants produced in this matter as DEFS_00000021–26.
- **Exhibit 3**: A document that Defendants produced in this matter as DEFS_00001057–71.
- **Exhibit 4**: A document that Defendants produced in this matter as DEFS_00001180–95.
- **Exhibit 5**: A document that Defendants produced in this matter as DEFS_00001212–14.
- **Exhibit 6**: A document that Defendants produced in this matter as DEFS_0002342–99.
- **Exhibit 7**: A document that Defendants produced in this matter as DEFS_00002468–75.
- **Exhibit 8**: A document that Defendants produced in this matter as DEFS_00002531–50.
- **Exhibit 9**: A document that Defendants produced in this matter as DEFS_00002566–72.

3:25-cv-04870-CRB [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO MAINTAIN DOCUMENTS UNDER SEAL AND RELATED RELIEF

1

- **Exhibit 10**: A document that Defendants produced in this matter as DEFS_00002553–56.
- **Exhibit 12**: A document that Defendants produced in this matter as DEFS_00002661.
- **Exhibit 13**: A document that Defendants produced in this matter as DEFS_00002693–701.
- **Exhibit 14**: A document that Defendants produced in this matter as DEFS_00002801–02.
- **Exhibit 15**: A document that Defendants produced in this matter as DEFS_00002830–33.
- **Exhibit 16**: A document that Defendants produced in this matter as DEFS_00002837–38.
- **Exhibit 17**: A document that Defendants produced in this matter as DEFS_00002841–43.
- **Exhibit 18**: A document that Defendants produced in this matter as DEFS_00002872–95.
- **Exhibit 19**: A document that Defendants produced in this matter as DEFS_00002961–65.
- **Exhibit 20**: A document that Defendants produced in this matter as DEFS_00003009–11.
- **Exhibit 21**: A document that Defendants produced in this matter as DEFS_0003509–22.
- **Exhibit 22**: A document that Defendants produced in this matter as DEFS_0003580–607.
- **Exhibit 23**: A document that Defendants produced in this matter as DEFS_00003851.
- **Exhibit 24**: A document that Defendants produced in this matter as DEFS_00004191.

- **Exhibit 25**: A document that Defendants produced in this matter as DEFS_00004422–31.
- **Exhibit 26**: A document that Defendants produced in this matter as DEFS_00005932–34.
- **Exhibit 27**: A document that Defendants produced in this matter as DEFS_00006271.
- **Exhibit 28**: A document that Defendants produced in this matter as DEFS_00007307–11.
- **Exhibit 29**: A document that Defendants produced in this matter as DEFS_00008251–55.
- **Exhibit 30**: A document that Defendants produced in this matter as DEFS_000016881–83.
- **Exhibit 31**: A document that Defendants produced in this matter as DEFS_00017668–72.
- **Exhibit 32**: A document that Defendants produced in this matter as DEFS_00017903–05.
- **Exhibit 33**: A document that Defendants produced in this matter as DEFS_00018000–01.
- **Exhibit 34**: A document that Defendants produced in this matter as DEFS_00018009–86.
- **Exhibit 35**: A document that Defendants produced in this matter as DEFS_00018345–50.

**IT IS FURTHER ORDERED** that, at the upcoming trial scheduled to begin on August 11, the following procedures related to any discussion of these sealed or redacted materials shall apply: (1) in the event there is any discussion of the redacted or sealed information in these documents at trial, the Court will go into closed session, i.e., the courtroom will be restricted to counsel of record and court personnel; (2) any transcript of any such portions of the proceedings

3:25-cv-04870-CRB [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO MAINTAIN DOCUMENTS UNDER SEAL AND RELATED RELIEF

3

will be maintained under seal; and (3) the audio stream available to the public will be terminated during the pendency of any such portions of the proceedings.

**IT IS SO ORDERED.**

Dated: _____

_____
The Hon. Charles R. Breyer
United States District Judge