# EXHIBIT 1
# REDACTED



DEPARTMENT OF DEFENSE
HEADQUARTERS, UNITED STATES ARMY NORTH (FIFTH ARMY)
1837 ARMY BLVD, STE 102
FORT SAM HOUSTON, TEXAS  78234

ARNO-CG                                                                                       12 June 2025

GENERAL ORDER NUMBER 1 (GO-1) for Personnel Conducting Operations to Protect Department of Homeland Security Functions

1. PURPOSE: This General Order establishes baseline personal conduct. It is intended to promote strong relationships with our host communities and to sustain readiness, good order, and discipline.

2. EFFECTIVE DATE: This general order is effective immediately.

3. Applicability. This General Order applies to military personnel under the General Court Martial Convening Authority (GCMCA) of the Commanding General (CG), U.S. Army North (Fifth Army) (ARNORTH) who are on active duty pursuant to 10 U.S.C. 12406 or who are assigned to or attached to ARNORTH for the purposes of protecting Department of Homeland Security functions. This includes any organic ARNORTH personnel who are forward deployed to support this protection mission.

4. We have been called on to rapidly provide protection for U.S. Immigration and Customs Enforcement (ICE) and United States Government personnel who are performing Federal functions, and to protect Federal property. This requires discipline and a clear focus on our mission, both when actively providing protection and when in staging areas. Our ability to achieve success is inherently tied to our conduct; therefore these rules are put in place to ensure that all personnel understand the baseline standards expected of them. Public trust is inextricably tied to our level of personal, professional, and mission-focused discipline. We serve the people of the United States, and as such, we will uphold that duty with the utmost care and professionalism.

5. Responsibilities. Individuals will:

   a. Treat all individuals with dignity and respect.

   b. Follow and adhere to the Standing Rules for the Use of Force (SRUF) and any supplements that are published.

   c. Use Government and rental vehicles for official purposes only. This means travel between place of duty and lodging, while performing official business, and reasonable distances to places for health and welfare purposes, such as eating establishments, places of worship, cleaners, barbershop, grocery store, or other places with the permission of a commander/supervisor in the grade of O-3 or above.

   d. When not on approved leave or pass, travel in at least two-person teams when on a rest cycle and outside of a command designated cantonment area. Inform your immediate

ARNO-CG
SUBJECT: GENERAL ORDER NUMBER 1 (GO-1) for Personnel Conducting Operations to Protect Department of Homeland Security Functions

supervisor of your destination as well as checking out upon departure and checking in upon arrival. Commanders of the grade of O-5 and above are empowered to issue written determinations as to what constitutes their command's cantonment area.

    e. Comply with any commander or government ordered off-limits restrictions of public facilities or establishments.

    f. Comply with any commander or government ordered curfew, unless performing duty or otherwise approved by a supervisor/commander in the grade of O-3 or above.

    g. When possible, contact your Public Affairs Officer (PAO) before giving an interview to a media representative and always practice operational security (OPSEC).

    h. Turn off geo-tagging and location-based social networking on phones and digital cameras.

    i. Maximize security settings on social platforms and include two-step verification, if available.

6. Prohibited Activities. Individuals will not:

    a. Carry, possess, or use privately owned firearms, ammunition, explosives, riot control agents, non-lethal weapons designed to temporarily incapacitate individuals, or any other similar devices while deployed.

    b. Introduce, purchase, possess, sell, transfer or consume any alcoholic beverages. The use and/or administration of alcohol as part of a religious ceremony by a military chaplain may be approved, in writing, by the ARNORTH Chaplain.

    c. Transport non-government civilians in government or rental vehicles without approval of a supervisor in the grade of E-8 or above, unless under the circumstances, the on-scene DOD person believes transportation is necessary to prevent the loss of life, limb, or sight, or to alleviate or prevent undue human suffering.

    d. Use a government credit card or IMPAC card for unofficial business or for personal benefit.

    e. Commit DOD assets, resources, funds, or property without authority.

    f. Take any private or public property, regardless of value, as a souvenir or trophy.

    g. Destroy, deface, or damage public or private property unless required to save lives, alleviate human suffering or prevent large scale damage to other property.

ARNO-CG
SUBJECT: GENERAL ORDER NUMBER 1 (GO-1) for Personnel Conducting Operations to Protect Department of Homeland Security Functions

    h. Accept any money, gift, goods, or services for rescuing a person out of harm's way or for performing other duty in support of DOD operations.

    i. Capture or transmit images or videos of protestors, federal facilities, federal agents/personnel, and federal equipment, flightline operations or equipment, or damaged personal or public property without prior approval of the first commander or supervisor of the grade of O-5 in the chain of command.

    j. Post photos or videos on social media that contain sensitive or personal information, to include but not limited to troop locations, equipment, tactical unit details, and number of personnel that are operationally sensitive.

    k. Post photos or videos on social media of damaged equipment and gear.

    l. Solicit, patronize, or engage in any form of prostitution.

7. Punitive Order. Paragraphs 5 and 6 of this order are punitive. The undersigned commander may approve requests for exception to these provisions.

8. Individual Duty. All individuals subject to this order are charged with the individual duty to respect and follow the laws, regulations, and customs of host communities and states insofar as they do not interfere with the execution of their official duties. Personnel should obtain legal advice when situations present a conflict between local laws and military orders. Furthermore, all persons subject to this order will report all criminal acts and violations committed by or perpetrated upon personnel subject to this order to appropriate authorities or their chain of command.

9. Unit Commander and Supervisor Responsibilities. Commanders and Supervisors are charged with ensuring all DOD personnel are briefed on the responsibilities and prohibitions contained in this order. Commanders and supervisors are expected to exercise sound discretion and good judgment in enforcing this order. Commanders may further restrict their personnel, as they deem necessary, consistent with the law and regulations. Questions concerning this order should be directed to the Office of the Staff Judge Advocate (OSJA), ARNORTH.

10. The point of contact for this memorandum is the Chief of Military Justice, U.S. Army North (Fifth Army), at ▮▮▮▮▮▮▮.

ALLAN M. PEPIN
Lieutenant General, USA
Commanding

3