# EXHIBIT 2
# REDACTED

| | |
|---|---|
| From: | [PII] 2LT USARMY NG CAARNG (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP [PII]] |
| Sent: | 6/13/2025 9:52:55 AM |
| To: | [PII] LTC USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] COL USARMY (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] COL USARMY 76 ORC (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] COL USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] MAJ USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] MAJ USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] CIV (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] Col USMC MARFORNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]] |
| CC: | [PII] MAJ USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] MAJ USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] CAPT USN CNIC WASHINGTON DC (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]] |
| Subject: | Re: SIT REP FED HEAD |

Below is a quick SITREP update FYSA as of 1525hrs 20251206

- PAX On Mission: **928**
- BOG: **2085**
- PAX in reserve: **827**
- FMC VICs: **107 HHMMVV, 27 JLTV, 56 LMTV,**
- RIOT GEAR SETS: **1585**
- Fully trained (SRFU, CDO): **1892**

- Missions
- RFA's
- Pending RFA's - **#9 (PAO Support), #21 (ICE request 100 Soldiers be embedded with their agents - Enduring posture)**
- Missions in progress: **x9.**
- **Missions complete: Over 30**

From [PII] LTC USARMY ARNORTH (USA) [PII] >
Sent: Thursday, June 12, 2025 3:48 PM

**To:** PII 2LT USARMY NG CAARNG (USA) PII CIV USARMY ARNORTH (USA) PII R COL USARMY (USA) < PII > COL USARMY 76 ORC (USA) < PII >; PII COL USARMY ARNORTH (USA) < PII > MAJ USARMY ARNORTH (USA) < PII > C LTC USARMY ARNORTH (USA) < PII > CIV USARMY ARNORTH (USA) < PII > MAJ USARMY ARNORTH (USA) < PII > CIV (USA) < PII > Col USMC MARFORNORTH (USA) < PII >
**Cc:** PII MAJ USARMY ARNORTH (USA) < PII >; PII >; N PII MAJ USARMY ARNORTH (USA) < PII > CAPT USN CNIC WASHINGTON DC (USA) < PII >
**Subject:** RE: SIT REP FED HEAD

Thank you – much appreciated.

COL PII - please see below.

Below is a quick SITREP update FYSA as of 1525hrs 20251206

- PAX On Mission: **928**
- BOG: **2085**
- PAX in reserve: **827**
- FMC VICs: **107 HHMMVV, 27 JLTV, 56 LMTV,**
- RIOT GEAR SETS: **1585**
- Fully trained (SRFU, CDO): **1892**

- Missions
- RFA's
- Pending RFA's - **#9 (PAO Support), #21 (ICE request 100 Soldiers be embedded with their agents - Enduring posture)**
- Missions in progress: **x9.**
- **Missions complete: Over 30**

**From:** PII 2LT USARMY NG CAARNG (USA) PII
**Sent:** Thursday, June 12, 2025 5:32 PM
**To:** PII LTC USARMY ARNORTH (USA) < PII >
**Cc:** PII MAJ USARMY ARNORTH (USA) PII >; PII MAJ USARMY ARNORTH (USA) PII CAPT USN CNIC WASHINGTON DC (USA) <adam.c.stieve.mil@us.navy.mil>
**Subject:** Re: SIT REP FED HEAD

Below is a quick SITREP update FYSA as of 1525hrs 20251206

- PAX On Mission: **928**
- BOG: **2085**

- PAX in reserve: **827**
- FMC VICs: **107 HHMMVV, 27 JLTV, 56 LMTV,**
- RIOT GEAR SETS: **1585**
- Fully trained (SRFU, CDO): **1892**

- Missions
- RFA's
-      Pending RFA's - **#9 (PAO Support), #21 (ICE request 100 Soldiers be embedded with their agents - Enduring posture)**
- Missions in progress: **x9.**
- **Missions complete: Over 30**

From: PII LTC USARMY ARNORTH (USA) <PII>
Sent: Thursday, June 12, 2025 12:53 PM
To: PII 2LT USARMY NG CAARNG (USA) <PII>
Cc: PII MAJ USARMY ARNORTH (USA) <PII>; PII E MAJ USARMY ARNORTH (USA) <PII>; PII CAPT USN CNIC WASHINGTON DC (USA) <PII>
Subject: RE: SIT REP FED HEAD

Ack. thank you – is this just the BDE or all of TF51 (including the marines)

From: PII 2LT USARMY NG CAARNG (USA) <PII>
Sent: Thursday, June 12, 2025 2:27 PM
To: PII LTC USARMY ARNORTH (USA) <PII>
Cc: PII MAJ USARMY ARNORTH (USA) <PII>; PII MAJ USARMY ARNORTH (USA); PII CAPT USN CNIC WASHINGTON DC (USA) <PII>
Subject: Re: SIT REP FED HEAD

Good afternoon Sir,

Below is a quick SITREP update FYSA as of 1219hrs 20251206

- 
- 
- 
- PAX On Mission: **866**
- BOG: 2062
- PAX in reserve: **862**
- FMC VICs: **107 HHMMVV, 27 JLTV, 56 LMTV,**
- RIOT GEAR SETS: **1546**
- Fully trained (SRFU, CDO): **1847**

- Missions
- RFA's
-      Pending RFA's - **#9 (PAO Support), #21 (ICE request 100 Soldiers be embedded with their agents - Enduring posture)**
- Missions in progress: **x9.**

- **Missions complete: Over 30**

**From:** [PII] 2LT USARMY NG CAARNG (USA) <[PII]>
**Sent:** Thursday, June 12, 2025 6:40 AM
**To:** [PII] [PII] LTC USARMY ARNORTH (USA) [PII]
**Cc:** [PII] MAJ USARMY ARNORTH (USA) [PII] MAJ USARMY ARNORTH (USA) <[PII]>
**Subject:** Re: SIT REP FED HEAD

Good morning Sir,

Below is a quick SITREP update FYSA as of 0630hrs 20251206

- 
- 
- 
- PAX On Mission: **652**
- BOG: **2090**
- PAX in reserve: **1097**
- FMC VICs: **107 HHMMVV, 25 JLTV, 56 LMTV,**
- RIOT GEAR SETS: **1416**
- Fully trained (SRFU, CDO): **1801**

- Missions
  - RFA's
- Pending RFA's - **#9 (PAO Support)**
- Missions in progress: **x9**


**From:** [PII] LTC USARMY ARNORTH (USA) <[PII]>
**Sent:** Wednesday, June 11, 2025 2:35 PM
**To:** [PII] 2LT USARMY NG CAARNG (USA) <[PII]>
**Cc:** [PII] MAJ USARMY ARNORTH (USA) [PII] <[PII]>
**Subject:** RE: SIT REP FED HEAD

Outstanding – thank you


**From:** [PII] 2LT USARMY NG CAARNG (USA) [PII]
**Sent:** Wednesday, June 11, 2025 4:30 PM
**To:** [PII] LTC USARMY ARNORTH (USA) [PII]
**Cc:** [PII] MAJ USARMY ARNORTH (USA) [PII]
**Subject:** Re: SIT REP FED HEAD

Good afternoon Sir,

Below is a quick SITREP update for your 1400hrs meeting.

- 
- 
- 
- PAX On Mission: 616

- Missions
  - RFA's
    - Pending RFA's - #9 (PAO Support), #10 (100 PAX to Adelanto), #15 (1 Platoon to support ICE OPS)
    - Approved RFA's - #14 100 PAX QRF to Paramount

- BOG: 2873 PAX

- PAX On Mission: 616 PAX

From: [PII] LTC USARMY ARNORTH (USA) <[PII]>
Sent: Wednesday, June 11, 2025 8:32 AM
To: [PII] 2LT USARMY NG CAARNG (USA) <[PII]>
Cc: [PII] MAJ USARMY ARNORTH (USA) <[PII]>
Subject: RE: SIT REP FED HEAD

Thank you – lets keep this going.

If we can get this update by 0815 daily –

Next update will be at 1400.

Thank you

From: [PII] 2LT USARMY NG CAARNG (USA) <[PII]>
Sent: Wednesday, June 11, 2025 10:24 AM
To: [PII] LTC USARMY ARNORTH (USA) <[PII]>
Cc: [PII] MAJ USARMY ARNORTH (USA) <[PII]>
Subject: SIT REP FED HEAD

Good morning Sir,

Below is a quick SITREP update for your 0900hrs meeting.

- 
- 
- 
- 
- 150 PAX currently on Mission with CBP / ICE

- Missions
  - Over 35 missions completed

Case 3:25-cv-04870-CRB    Document 153-2    Filed 08/10/25    Page 7 of 7

- o        5 Facility protection missions underway
- o        5 force protection missions underway

- BOG: 2222 PAX

- On Mission: 516 PAX

DEFS_00000026