# EXHIBIT 4
# REDACTED

TASK FORCE - 51  
LOS ALAMITOS, CA 90720  
2230 PST, 15 June 2025  
Copy___of___copies

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(U) References:

    a. through aa. No Change.

    bb. Task Force – 51 FRAGORD 06 TO OPORD 25-001 Federal Property Protection / Civil Disturbance Operations (CDO) in support of (ISO) Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) in vicinity of Los Angeles, CA.

(U) Task Organization

[ EMBED Word.Document.12 \s ]

1. (U) **Situation**.

    a. (CUI) General. Numerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other U.S. Government (USG) personnel who are performing Federal functions and supporting the execution of Federal immigration laws. In addition, violent protest threatens the security of, and significant damage to Federal immigration detention facilities and other Federal property. To the extent that protest or acts of violence directly inhibit the execution of laws, they constitute a form of rebellion against the authority of the USG.

        (1) (CUI) Due to these incidents, POTUS called into Federal service members and units of the National Guard (NG) under [ HYPERLINK "https://uscode.house.gov/view.xhtml?req=(title:10%20section:12406%20edition:prelim)%20OR%20(granuleid:USC-prelim-title10-section12406)&f=treesort&edition=prelim&num=0&jumpTo=true" ] ([ HYPERLINK "https://www.whitehouse.gov/presidential-actions/2025/06/department-of-defense-security-for-the-protection-of-department-of-homeland-security-functions/" ]) to temporarily protect ICE and other USG personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property at locations where protest against these functions are occurring or are likely to occur based on current threat assessments and planned operations.

        (2) (CUI) Additionally, POTUS directed and delegated actions as necessary for the Secretary of Defense (SECDEF) to coordinate with the Governors of the States, and National Guard Bureau (NGB) in identifying and ordering into Federal service the appropriate members and units of the NG under this authority.

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

  b. (U) <u>Joint Operations Area (JOA)</u>. Los Angeles County, extending north to include Marine Corps Air Ground Combat Center, 29 Palms, in San Bernardino County in the state of California.

  c. (U) <u>Friendly Forces.</u>

    (1) (CUI) <u>Commander, U.S. Northern Command (CDRUSNORTHCOM) Mission</u>
On order (O/O), USNORTHCOM conducts operations to protect United States Government personnel who are performing Federal functions and Federal property in Los Angeles, California based on current threat assessments and planned operations.

    (2) (U) <u>Commander, U.S. Army North (CDRUSARNORTH) Mission.</u>
On order (O/O), U.S. Army North (USARNORTH) conducts Defense Support of Civil Authorities (DSCA) operations within the USNORTHCOM Area of Responsibility (AOR), specifically in Los Angeles County and surrounding areas, to protect Federal property and personnel, enable the continued execution of Federal functions, and support Lead Federal Agencies (LFA) in restoring civil order.

  d. (U) The following installations are designated as Base Support Installations (BSI), Incident Support Base (ISB), Federal Staging Area (FSA) or Federal Teams Staging Facility (FTSF).

    (1) (U) Joint Forces Training Base (JFTB) Los Alamitos, CA (BSI). (*Pending Service Concurrence*).

    (2) (U) **[CHANGE]** Bell Armed Forces Reserve Center (BSI). (Service Concurrence).

    (3) (U) Los Angeles Air Force Base (LAAFB) (BSI) (Service Concurrence).

    (4) (U) Marine Corps Air Ground Combat Center (MCAGCC) Twentynine Palms (BSI). (*Pending Service Concurrence*).

    (5) (U) Naval Weapons Station (NWS) Seal Beach (BSI). (Service Concurrence).

    (6) (U) Holderman Hall U.S. Army Reserve Center (BSI). (*Pending Service Concurrence*).

    (7) (U) Marine Corps Base (MCB) Camp Pendleton, CA (BSI). (Service Concurrence).

    (8) (U) Naval Base Ventura County (NBVC), CA, (BSI) (Service Concurrence).

    (9) (U) March Air Reserve Base (ARB), CA, (BSI). (*Pending Service Concurrence*).

    (10) (U) Army National Guard Recruiter, CA, (BSI). (*Pending Service Concurrence*).

[ PAGE \* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

    e. (U) <u>Active Requests for Assistance (RFA) Mission Assignments</u>:

    (1) (CUI) RFA #2 ICW ICE as an enduring task: Request 30 pax to provide personnel and facility protection at Santa Ana ICE facility. **(IN PROGRESS)**

    (2) (CUI) RFA #7 ICW Lead Federal Agency (LFA) as an enduring task: Requests an INF company to be assigned to FBI to provide force protection. Non-tactical transportation (10x rented Sprinter Vans) is mission requirement due to OPSEC concern and terrain (narrow streets/congestion). **(IN PROGRESS)**

    (3) (CUI) RFA #9 Provide mission support ICW ICE: provide 1x Public Affairs representative to provide videos of ICE activities in conjunction with already planned DOD public affairs activity. **(With OSD for action, separate legal review)**

    (4) (CUI) RFA #10 ICW ICE: Requests 100 pax to provide facility and personnel protection at their ICE Adelanto detention Center, against protestors and other disruptors. **(IN PROGRESS)**

    (5) (CUI) RFA #13 ICW Lead Federal Agency (LFA): Requests 1x Platoon to provide force protection. **(IN PROGRESS, modification for end date)**

    (6) (CUI) RFA #20: Mission Support, requests a dedicated transport helicopter (with pilot and crew) capable of transporting up to 12 PAX. Helicopter will be used to quickly transport quick reaction forces (QRF) composed of Federal Law Enforcement Officers within the Joint Area of Operations (JAO). **(Pending legal review)**

    (7) (CUI) RFA #22 Provide Facility Protection NLT 140900JUN25 ICW US Marshal Service (USMS): Provide 100 PAX for a QRF to provide fixed site security for construction of protective fencing at a Federal Courthouse IVO 350 W First St Los Angeles. POC is USMS Christie Parker, 202-407-0236. **(IN PROGRESS)**

    (8) (CUI) RFA #24: Provide Planners (79th IBCT Operations Planner) and 79th IBCT senior leader for Federal Head synchronization meeting 13JUN25 ISO LFA operations at MacArthur Park. **(IN PROGRESS)**

    (9) (CUI) RFA #25 Mission Support ICW ICE: requests on-site direct planning support to enhance the effectiveness of whole of government operations in the greater Los Angeles JOA. **(Pending Legal Review)**

    (10) (CUI) RFA #26 Force protection ISO DEA IVO Mecca, CA: to provide force protection to DEA personnel, while it conducts a search warrant operation on associated parcels in close proximity. **(Approved)**

    (11) (CUI) RFA #27 Mission Support, Force Protection ICW ICE: provide 100 pax, 25 vehicles to conduct force protection around AOR and assist with personnel transport **(Pending Legal RFIs)**.

[ PAGE \* MERGEFORMAT ]
CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(12) **[ADD]** (CUI) RFA #28 Mission Support, CBP Requests 1 Platoon to provide force protection for Agents in continuation of RFA 11. **(Approved)**

(13) **[ADD]** (CUI) RFA #29 Mission Support, CBP Requests 1 Platoon to provide force protection for Agents in continuation of RFA 12. **(Approved)**

(14) (CUI) RFA #30, Facility protection ICW HSI, enduring: HSI requests a company sized element QRF, to support the following Federal locations, in the event of large protests: (1) 11000 Wilshire BLVD (FBI Headquarters LA) (2) 6319 Alondra BLVD , Paramount, Ca, (3) 300 N Los Angeles St (Downtown Federal Facility), (4) 34 Civic Center Plaza Santa Ana, CA 92701, (5) 501 W Ocean BLVD Long Beach, (6) 1001 S. Seaside Ave, San Pedro CA 90731-0208 (Coast Guard Facility).

f. <u>Completed Requests for Assistance (RFA)</u>:

(1) (CUI) RFA #5 Force Protection ICW ICE: requested 300 Pax to provide force protection (100 pax to LAX Cargo to assist with personnel transport, 100 pax, 25 vehicles to conduct force protection around AOR,100 pax, at JFTB, in reserve)

(2) (CUI) RFA #6 Force Protection ICW ICE: requested 2 Pax to provide force protection ISO ICE.

(3) (CUI) RFA #8 Force and Facility Protection ICW HSI: requested 35 personnel to provide site security and force protection for a federal building IVO 501 W Ocean Blvd Long Beach.

(4) (CUI) RFA #11 Force Protection ICW ICE: Requested 1x platoon to provide force protection for ICE agents IVO JFTB.

(5) (CUI) RFA #12 Force Protection ICW ICE: Requested 1x platoon to provide force protection for ICE agents IVO JFTB.

(6) (CUI) RFA #14 Facility protection ICW HSI: Requested 100 personnel to provide facility protection for expected protest.

(7) (CUI) RFA #16 Facility protection ICW ICE: requested personnel to provide protection IVO USCG facility 2001 S Seaside Ave San Pedro, CA during ICE operations.

(8) (CUI) RFA #18 Facility protection ICW ICE: requested personnel to provide protection IVO 5601 Casitas Pass Rd, Carpinteria, CA 93013 during ICE operations.

2. (CUI) **Mission**. Task Force – 51 deploys and assumes Command and Control (C2) of T-10 Forces, executes Joint Reception Staging Integration and Onward (JRSOI) Movement of T-10 Forces IOT provide protection of U.S. Immigration and Customs Enforcement (ICE) and other

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

U.S. Government (USG) personnel and property at locations where protests are occurring in Los Angeles County in order to (IOT) restore law and order.

3. (U) **Execution**.

    a. (CUI) <u>Commander's Intent</u>. Rapidly and effectively provide Command and Control (C2) to support the execution of Civil Disturbance Operations (CDO) IVO Los Angeles, CA; restore law and order in order to (IOT) return NG forces back to C2 of the State of California.

       (1) (CUI) <u>Purpose</u>. Protect USG personnel and property ISO DHS/ICE operations in vicinity of (IVO) Los Angeles, CA.

       (2) (CUI) <u>End State.</u> CANG forces return to State C2; Federal personnel and property protected.

    b. (U) <u>Concept of Operations</u>.

       (1) (CUI) Starting on 08 June 2025, TF-51 serves as the C2 element and executes the execution of Joint Reception, Staging, Onward-movement and Integration (JRSOI) tasks for 79 IBCT forces. Critical to this mission is the training/briefing of SRUF in accordance with (IAW) CJCSI 3121.01B, (Ref d). TF-51 assumes Operational Control (OPCON) of approximately ~2,000 personnel from the 79 IBCT (CANG) and be prepared to (BPT) assume Tactical Control (TACON) of one (1) U.S. USMC battalion from I MEF currently on 24-hour Prepared to Deploy Order (PTDP N+24).

       (2) (CUI) TF-51 coordinates with the Department of Justice (DoJ) / Federal Bureau of Investigation (FBI) and DHS/ICE to identify tasks, locations and priorities for DoD support.

    c. (U) <u>Tasks to Subordinates Units.</u>

       (1) (U) **Defense Coordinating Officer/Elements (DCO/E).**

          (a) (U) **Defense Coordinating Officer/Elements (DCO/E) Region 9.**

            <u>1.</u> (U) Serve as lead DCO/E to interface between DoD and DoJ and DHS.

            <u>2.</u> (CUI) No later than (NLT) 11 June 2025, deploy DCO and two (2) core personnel and to Joint Operations Area (JOA).

            <u>3.</u> (U) Coordinate with USARNORTH G-33 Plans/DCO Synchronization Team (DST) for any Emergency Preparedness Liaison Officer (EPLO) requirements. BPT accept OPCON/TACON of Service Regional Emergency Preparedness Liaison Officer (REPLO), and State Emergency Preparedness Liaison Officer (SEPLO), as requested/required.

       (2) (U) **79th Infantry Brigade Combat Team (IBCT).**

[ PAGE \\* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(a) (CUI) Provide Support to Domestic Civilian Law Enforcement agencies at ICE facility located at 6319 Alondra Boulevard, Paramount, CA, 90723 IOT protect personnel and property. Facilitate relief in place (RIP) with 2 Battalion, 7th Marine Regiment begining 13 JUN 2025 and complete NLT 14 JUN 2025.

(b) (CUI) Provide Support to Domestic Civilian Law Enforcement agencies at Federal building located at 11000 Wilshire Blvd, Los Angeles, CA 90024 IOT protect personnel and property. Facilitate relief in place (RIP) with 2 Battalion, 7th Marine Regiment begining 12 JUN 2025 and complete NLT 13 JUN 2025.

(c) (CUI) Provide Support to Domestic Civilian Law Enforcement agencies at Federal building located at 300 North Los Angeles Street, Los Angeles, CA, 90012 (to include Edward R. Roybal Federal Building), and IOT protect personnel and property. Facilitate relief in place (RIP) with 2 Battalion, 7th Marine Regiment begining 14 JUN 2025. Continue to provide Company(-) to support 2/7 Marines at Edward R. Roybal Federal Building due to increased protest activity at the site until 16JUN2025.

(d) (CUI) Provide two (2) Liaison Officers (LNO) to the IACP.

(e) (CUI) Provide one (1) LNO to TF-51 Heaquarters.

(f) (CUI) Provide movement reports including Date/Time/Group (DTG) of departure/arrival, location, and number of personnel and equipment to [ HYPERLINK "mailto:tf-51-staff-distro@army.mil" ].

(g) (CUI) NLT 15JUN2025 provide two (2) MI Soldiers to serve as analysts in the Protection Fusion Cell located at TF-51. Submit Detail of MI Soldiers from Intelligence Duties Memorandum for approval through BDE CDR to TF-51 CDR.

(h) (CUI) Provide transportation support for up to three companies of 2 Battalion, 7th Marine Regiment from 16 JUN 2025-UTC to and from JTFBLA and the Federal buildings located at 300 North Los Angeles Street, 11000 Wilshire Blvd, the ICE facility located at 6319 Alondra Boulevard, Paramount, CA, 90723, and fixed site security locations within Los Angeles JOA.

(i) (CUI) Designate a company-sized security element to provide Base Defense Augmentation and security to Joint Forces Training Base Los Alamitos ICW installation SECFOR. Provide CONOP for base defense overlay to TF-51 G3 NLT 130900JUN2025.

(j) (CUI) Receive one (1) O-3 and (1) E-6 (or higher) to serve as the Protection OIC/NCOIC to 49th IBCT beginning 15JUN25.

(k) (CUI) Execute the following RFAs in support of Lead Federal Agency (LFA):

1. (CUI) RFA #2 ICW ICE as an enduring task: Request 30 pax to provide personnel and facility protection at Santa Ana ICE facility.

[ PAGE \* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

2. (CUI) RFA #7 ICW Lead Federal Agency (LFA) as an enduring task: Requests an INF company to be assigned to FBI to provide force protection. Non-tactical transportation (10x rented Sprinter Vans) is mission requirement due to OPSEC concern and terrain (narrow streets/congestion).

3. (CUI) RFA #10 ICW ICE: Requests 100 pax to provide facility and personnel protection at their ICE Adelanto detention Center, against protestors and other disruptors.

4. (CUI) RFA #13 ICW Lead Federal Agency (LFA): Requests 1 Platoon to provide force protection.

5. (CUI) RFA #22 Provide Facility Protection NLT 140900JUN25 ICW US Marshal Service (USMS): Provide 100 PAX for a QRF to provide fixed site security for construction of protective fencing at a Federal Courthouse IVO 350 W First St Los Angeles. POC is USMS Christie Parker, 202-407-0236.

6. (CUI) RFA #24 Provide Planners (79th IBCT Operations Planner) and 79th IBCT senior leader for Federal Head synchronization meeting 13JUN25 ISO LFA operations at MacArthur Park.

7. (CUI) RFA #30, Facility protection ICW HSI, enduring: HSI requests a company sized element QRF, to support the following Federal locations, in the event of large protests: (1) 11000 Wilshire BLVD ( FBI Headquarters LA) (2) 6319 Alondra BLVD , Paramount, Ca, (3) 300 N Los Angeles St (Downtown Federal Facility), (4) 34 Civic Center Plaza Santa Ana, CA 92701, (5) 501 W Ocean BLVD Long Beach, (6) 1001 S. Seaside Ave, San Pedro CA 90731-0208 (Coast Guard Facility).

(3) (U) **2 Battalion, 7th Marine Regiment.**

(a) (CUI) FWD Deploy to Naval Weapons Station Seal Beach ISO CDO.

(b) (CUI) Execute CDO training and report training completion to TF-51.

(c) (CUI) Provide capabilities tracker / break-down to TF-51.

(d) (CUI) Provide Support to Domestic Civilian Law Enforcement Agencies IOT protect federal personnel and property.

(e) **[CHANGE]** (CUI) Provide Security at ~~From 12-13 JUN 2025, execute relief in place (RIP) with 79th Infantry Brigade Combat Team (IBCT) to secure designated federal property IVO the Federal building and Interagency Command Post (IACP) located at 11000 Wilshire Blvd, Los Angeles, CA 90017 with 1x company to prevent unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site. RIP Completed 13 JUN 2025 at 11000 Wilshire Blvd, Los Angeles, CA, 90017.~~

[ PAGE \* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(f)  **[CHANGE]** (CUI) Provide Security at ~~From 13-14 JUN 2025 execute relief in place (RIP) with 79th Infantry Brigade Combat Team (IBCT) to secure~~ designated federal property IVO the ICE facility located at 6319 Alondra Boulevard, Paramount, CA, 90723 to prevent unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site.

(g)  **[CHANGE]** (CUI) Provide Security at ~~From 14 -15 JUN 2025 execute relief in place (RIP) with 79th Infantry Brigade Combat Team (IBCT) to secure~~ designated federal property IVO Federal buildings located at 300 North Los Angeles Street, Los Angeles, CA, 90012 (to include Edward R. Roybal Federal Building) to prevent unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site.

(h)  (CUI) Establish and maintain a platoon-sized strategic reserve within the Los Angeles County area to provide rapid reinforcement or containment in response to emerging threats of escalation or unrest.

(i)  (CUI)  Designate a platoon-sized security element to secure augment support at Naval Weapons Station Seal Beach. (DIRLAUTH) is authorized with installation command team.

(j)  (CUI) Direct Liaison Authorized (DIRLAUTH) is granted with 79 IBCT and Lead Federal Agency (LFA) point of contacts for each Request for Assistance (RFA).

(k)  (CUI) Coordinate with 79 IBCT to facilitate transportation to and from JTFBLA and the Federal buildings located at 300 North Los Angeles Street, 11000 Wilshire Blvd, the ICE facility located at 6319 Alondra Boulevard, Paramount, CA, 90723, and fixed site security locations within Los Angeles JOA beginning 16JUN2025-UTC.

(l)  (CUI) **NLT** 15JUN25 Provide one (1) Marine to support TF-51 Headquarters Protection Fusion Cell located at TF-51. If designating military intelligence personnel, submit a Detail of MI Soldiers from Intelligence Duties Memorandum for approval through BN CDR to TF-51 CDR.

(m) (CUI) Provide one (1) Liason Officer (LNO) to TF-51 Heaquarters beginning 15JUN25.

(n)  (CUI) Priorities of planning:

a.  (CUI) Reinforce any Federal Installations in the JOA.

b.  (CUI) Rapidly establish perimeter security at designated locations in support of military or Lead Federal Agency.

(4) (U) **49th Military Police Brigade**

[ PAGE  \* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(a) (CUI) Conduct JROSI activities at Camp Roberts, CA to ensure all personnel complete M4/M17 weapons qualifications (or are current within 12 months of activation), receive ESAPI plates, and complete SRUF/CDO training. Units will deploy forward to JFTB Los Alamitos upon phased completion of life support capabilities and unit training completion.

(b) (CUI) Execute Federal Protection (CDO) training and report training completion to TF-51 G3. Ensure each Soldier received SRUF training card (See Encl 5).

(c) (CUI) Provide capabilities tracker / break-down to TF-51 G3.

(d) (CUI) O/O provide Support to Domestic Civilian Law Enforcement Agencies IOT protect federal personnel and property.

(e) (CUI) Provide 1x company ISO base defense operations at JFTB Los Alamitos ICW 79 IBCT and installation SECFOR base defense plan beginning 16JUN2025. Coordinate with 79th IBCT to initiate relief in place and complete TOA NLT 17JUN2025.

(f) (CUI) Provide one (1) O-3 and (1) E-6 (or higher) to serve as the Protection OIC/NCOIC to 79th IBCT beginning 15JUN25.

(g) (CUI) O/O provide 2x LNOs to LAPD and 2x LNOs to LA County Sheriff's Department.

d. (U) <u>Tasks to Staff.</u>

(1) (U) <u>G-1.</u> No Tasks.

(2) (U) <u>G-2.</u>

(a) (U) Provide JRSOI threat brief

(b) **[RESCIND]** ~~Establish Protection Fusion Cell – incorporate representatives from subordinate units.~~

(c) (U) **[ADD]** Provide FI/CI threat support to Protection Fusion Cell.

(3) (U) <u>G-3.</u> Reports to ARNORTH due at 0400 PDT and 1500 PDT. Maintain real-time running estimates in SIPR / NIPR Maven.

(4) (U) <u>G-4.</u> No Tasks.

(a) (CUI) Coordinate with 79 IBCT to identify items and quantities of Non-Lethal Combat Equipment (NLCE) capabilities both in California and adjacent states.

(b) (CUI) Coordinate with 79 IBCT for life support requirements.

[ PAGE \* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(5) (U) <u>G-6.</u> Establish NIPR / SIPR network.

(6) (U) **<u>Protection Directorate (PD).</u>**

    (a) (U) Provide one (1) person to serve as LNO to the FBI.

    (b) (U) Facilitate Request for Assistance Process supporting mission requirements.

    (c) (U) Provide JRSOI protection brief.

    (d) (U) **[ADD]** Establish Protection Fusion Cell – incorporate representatives from subordinate units.

(7) (U) **<u>Office of Surgeon (OSURG).</u>**

    (a) (U) Provide JRSOI medical brief.

(8) (U) **<u>Public Affairs (PAO).</u>**

    (a) (U) Provide JRSOI PAO brief.

(9) (U) **<u>Staff Judge Advocate (SJA)</u>**.

    (a) (U) Provide legal opins as requirement in support of LFA request for support ensuring organization within compliance.

    (b) (U) Provide JRSOI legal brief.

e. (U) <u>Coordinating Instructions.</u>

(1) (CUI) DoD personnel in Title-10 status will not, without further POTUS direction conduct civilian law enforcement activities, including arrest and search and seizure in connection with enforcement of the laws.

(2) (U) All DoD units/personnel participating in this operation will be briefed/trained on SRUF IAW CJCSI 3121.01B (Ref d).

(3) (U) Units will deploy with full basic load of Class VIIIA supplies. Resupply will be initially through Service Component channels until the establishment of Theater Lead Agent for Medical Materiel (TLAMM) and Single Integrated Medial Logistics Manager (SIMLM) operations. TLAMM-N will coordinate directly with the SIMLM and the Defense Logistics Agency (DLA), which is the DoD Executive Agent for medical materiel, to plan and synchronize the Class VIIIA supply chain support to units. Point of contact (POC) for establishing TLAMM Account is [ HYPERLINK "mailto: [PII] ] and [PII]

[ PAGE \\* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

6042 and [ HYPERLINK "mailto: PII PII" ]

 (4) (CUI) <u>Weapons and Arming.</u>

  (a) (CUI) Arming Postures.

   <u>1.</u> (CUI) Posture I. Weapons/ammunition stored at central secure location (e.g. BSI)

   <u>2.</u> (CUI) Posture II. Weapons/ammunition stored and secured by unit commanders.

   <u>3.</u> (CUI) Posture III. Weapons/ammunition issued to unit personnel.

  (b) (CUI) <u>Weapon Status when at Posture Level III.</u>



 (5) (CUI) <u>Commanders Priority Information Requirements</u>

  (a) (CUI) PIR #1: What actions are foreign actors conducting that threaten force protection posture, DOD Personnel, or equities?

  (b) (CUI) PIR #2: What foreign states or non-state actors are instigating civil disturbances?

  (c) (CUI) PIR #3: What Foreign Intelligence Entities (FIE) are conducting operations within the Joint Operational Area (JOA)?

  (d) (CUI) PIR #4: How are foreign media outlets characterizing civil disturbances?

 (6) (U) Pursuant of U.S.C. Title 10 §723 (Ref h) ensure all members of the armed forces providing support to Federal authorities to respond to civil disturbance must display individual's name or other individual identifier that is unique to the individual, and the name of the armed force by which such individual is employed.

 (7) (U) Units must complete After-Action Review (AAR) / debriefs after every mission IOT identify areas of success and improvements. To the extent possible, DoD elements should

[ PAGE \* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

remain teamed with supported interagency elements to increase interoperability and reduce risk. Units should retain Quick Response Force (QRF) in support of operational elements and ensure tactical communications with interagency mission partners.

(8) (U) When traveling outside any military installation, USARNORTH assigned or attached personnel are to reduce DoD signature by restricting uniform wear outside of Installations and/or Facilities. DCO/E Regions, follow the same guidance if located outside of any military installation.

(9) (U) All Service Members (SMs) including Army National Guard and the U.S. Army Reserve mobilized on continuous active-duty orders for more than 30 days and their dependents are eligible to apply for a short-term monetary loan through the Army Emergency Relief (AER) program. The application process is completed online through the AER web portal through the following link: [ HYPERLINK "https://aerprod.powerappsportals.us/" ]. Based on eligibility, personnel may also utilize https://www.armyemergencyrelief.org/ or the National Guard Relief Foundation at https://eangus-wcfa.org.

(10) (U) Units will review Encl 2: TASK FORCE- 51 FORCE PROTECTION ADVISORY 25-002 Defensive Measures and Increased Vigilance Due to International and Domestic Events.

(11) (U) Units will review Encl 4: General Order Number 1 (GO-1) for Personnel Conducting Operations to Protect Department of Homeland Security Functions attached.

(12) (U) Units will ensure all Soldiers assigned to RFA missions have enclosure 5 ARNORTH SRUF Smartcard and enclosure 6: Standing Rules for Use of Force (SRUF)-Title 10 Forces on hand.

(13) (U) Subordinate units are granted Direct Liaison Authorized (DIRLAUTH) Lead Federal Agency (LFA) point of contacts for each Request for Assistance (RFA) and adjacent unit movement coordination requests.

(14) (CUI) All subordinate units will submit notice report of RFA cancellation or completion via email to TF-51 CHOPS at MAJ [PII] at [ HYPERLINK "mailto: [PII] ] and MS Teams Chat "LA Federal Protection Mission TF-51 Coord." Alternate method is via NVOIP a [PII] (TF-51 CHOPS) or at [PII] TF-51 Battle NCO).

(15) (CUI) All subordinate units will review enclosure 6: CI Support to LA Federal Protection Mission (FPM)

(16) (U) All subordinate units will distribute QR codes and "Troop Media Card" to all Soldiers and Marines. The green QR code directs service members to an electronic version of the "Troop Media Card." The black QR code is for all Soldiers and Marines to direct news media questions to the ARNORTH PAO team for response.

[ PAGE \* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(a) (U) Service members are directed the following: "Don't take photos or video. Don't post or share texts, photos, or video of the LA Federal Protection Mission without approval from ARNORTH Public Affairs. Do not speak with media without first consulting your Public Affairs Officer.

(b) (U) **ARNORTH** PAO phone: [ PII ] email: [ HYPERLINK "mailto: PII ].

4. (U) <u>Administration and Logistics.</u>

(1) (U) The use of Joint Operation Planning and Execution System (JOPES) is directed. The validation of all deploying Unit Line Numbers (ULN) are governed IAW CJCSM 3130.04, and USNORTHCOM Time-Phased Force Deployment Data (TPFDD) Supplemental Instruction (SI). Plan Identification Number (PID) for deployment is 325GD and redeployment is 325GR and use Force Module (FM) 2J2LA.

(2) (U) The force tracking report will show as a minimum: UIC, unit name, ULN, origin, POE, destination, pax, pieces, departure DTG, arrival DTG, transportation mode and source. Report will be submitted to the following emails: [ HYPERLINK "mailto: PII " \h ], USARNORTH G-4 at [ HYPERLINK "mailto: PII " \h ], [ HYPERLINK "mailto: PII " ].

(3) (U) <u>Public Affairs Guidance</u>. Public Affairs posture is Active.

5. (U) <u>Command and Control.</u>

a. (U) <u>Command Relationships.</u>

(1) (U) USNORTHCOM is the supported Combatant Command (CCMD) for DSCA operations within Continental U.S. (CONUS), except Aerospace Warning, Aerospace Control, and Maritime Warning.

(2) (U) CDRNORAD is the supported Commander for Aerospace Warning, Aerospace Control, and Maritime Warning.

(3) (U) Federal Bureau of Investigation (FBI) is the LFA for Crisis Management and Counterterrorism (subordinate to DoJ).

(4) (U) Department of Homeland Security (DHS) is the LFA Homeland Security, ICE, and Critical Infrastructure Protection (CIP).

(5) (U) Federal Emergency Management Agency (FEMA) is the LFA for Consequence Management.

[ PAGE \* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(6) (U) Direct Liaison Authorized (DIRLAUTH) granted between TF-51, 79 IBCT, FBI Integrated Command Center, and DHS/ICE to coordinate task and mission requirements to include locations and priorities.

b. (U) Signal.

(1) (U) Communications. Primary means of communications are voice, data, Tactical Satellite (TACSAT) and Web.

(a) (U) Teams. Request access – repository for all information. [ HYPERLINK "https://dod.teams.microsoft.us/l/team/19%3Adod%3A3JFoVidomAxBggaysVA9WAC1Qhcl2nmnSzluYWaCXOk1%40thread.tacv2/conversations?groupId=047078ea-0a04-4850-8663-7f24a8eeb309&tenantId=fae6d70f-954b-4811-92b6-0530d6f84c43" ]

(2) (U) Reports.

(a) (U) All subordinate units will populate Maven daily at 0800 PST and 1500 PST. Populate graphics and friendly forces icons on Maven under appropriate unit dropdown & mission: "FPM 25"

(b) (U) Report all movements of personnel and equipment through TF-51 JOC Distribution Box [ HYPERLINK "mailto: PII ].

(c) (U) Submit JPERSTATs at 0400PST/0600CST and at 1500PST/1700CST daily.

(d) (U) All units provide LOGSTAT report daily at 1400 PST/1600 CST IAW Encl 3: TASK FORCE- 51 LOGSTAT REPORT. Send LOGSTATs to LTC Spencer Taylor at [ HYPERLINK "mailto: PII ] and ARNORTH G4 Ops/SRD Distro [ HYPERLINK "mailto: PII " \t "_blank" \o "mailto:usarmy.jbsa.arnorth.mst.g4-ops@army.mil" ] and [ HYPERLINK "mailto: PII " ]

(3) (U) Points of Contact (POC).

(a) (U) TF-51. [ HYPERLINK "https://armyeitaas.sharepoint-mil.us/:f:/r/teams/TF-51CivilDefenseOPS/Shared%20Documents/TF-51%20Civil%20Defense%20OPS/003%20POC%27s?csf=1&web=1&e=leTlf9" ]

(b) (U) TF-51 Staff Distro: [ HYPERLINK "mailto: PII ]" ].

(c) (U) TF-51 CHOPS: PII

(d) (U) TF-51 G4: PII

(e) (U) TF-51 Battle NCO: PII

[ PAGE \* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(f) **[ADD]** (U) 24/7 CAS Medical Line for JFTB: **PII**

(4) (U) [ HYPERLINK "https://armyeitaas.sharepoint-mil.us/:f:/r/teams/TF-51CivilDefenseOPS/Shared%20Documents/TF-51%20Civil%20Defense%20OPS/002%20Battle%20Rhythm?csf=1&web=1&e=d06ZiL" ]

(a) (U) Daily C4 Sync, 1100 PST/1300 CST: This meeting is scheduled daily at 1300 CDT, 1100 PDT to discuss Signal/Communications status, availability, issues, and requirements. Primary audiences are signal personnel from 2nd BN / 7th Marine Regiment and their HHQ (79th IBCT), DCE Region IX and ARNORTH G6.

**ACKNOWLEDGE:**

SCOTT M. SHERMAN
MG, USA
Task Force – 51 Commander

**OFFICIAL:**

**PII**
LTC, MP
ACofS, G-3

**DISTRIBUTION**
ARNORTH
79 IBCT
2/7 Marine
DCO/E RGN 9
**CC**

Controlled by: TF-51 G-3
Category: OPSEC, LEI
Dissemination Controls: FEDCON
POC: TF-51 G-3, **PII**

ENCL:
1. TASK FORCE- 51 FORCE PROTECTION ADVISORY 25-001
2. TASK FORCE- 51 FORCE PROTECTION ADVISORY 25-002 DEFENSIVE MEASURES AND INCREASED VIGILANCE DUE TO INTERNATIONAL AND DOMESTIC EVENTS
3. TASK FORCE- 51 LOGSTAT REPORT
4. General Order Number 1 (GO-1) for Personnel Conducting Operations to Protect Department of Homeland Security Functions

[ PAGE \* MERGEFORMAT ]
CUI

CUI

TASK FORCE- 51 FRAGORD 07 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

5. ARNORTH SRUF Smartcard
6. Standing Rules for Use of Force (SRUF)-Title 10 Forces
7. CI Support to LA Federal Protection Mission (FPM)
8. Troop Media Card – LA FPM 2025
9. ARNORTH Public Affairs Message 14JUN25
10. **[ADD]** TF-51 CCIR Reporting Instructions

[ EMBED Word.Document.12 \s ][ EMBED Acrobat.Document.DC ][ EMBED Excel.Sheet.12 ][ EMBED Acrobat.Document.DC ][ EMBED Acrobat.Document.DC ][ EMBED Acrobat.Document.DC ] [ EMBED PowerPoint.Show.12 ][ EMBED Acrobat.Document.DC ][ EMBED Acrobat.Document.DC ][ EMBED Acrobat.Document.DC ]

[ PAGE \* MERGEFORMAT ]
CUI