# EXHIBIT 5
# REDACTED

| | |
|---|---|
| From: | PII |
| Sent: | 6/14/2025 11:33:51 AM |
| To: | PII |
| Subject: | USMC Detainment FPS Law Enforcement Response - 13 June 2025 |

Gentlemen,

As requested

AC PII

From: PII
Sent: Friday, June 13, 2025 4:08 PM
To: PII
Cc: PII
Subject: USMC Detainment FPS Law Enforcement Response

***Updated Status – Closed***

Time Of Incident: 06/13/2025 13:02
Location:
  CA0168
  Wilshire Federal Building
  11000 Wilshire Blvd
  Los Angeles, CA 90024-3602

Marines detained subject.

Call Type: Unauthorized Entry
Special Operation:
Account #:
Agency: FBI
Location: CA0168
Specific Location: The parking lot south of Wilshire Blvd. on the west side of the building.
Complainant: Detective PII
Phone:
Call back Phone(s): PII
Date & Time of Incident: 06/13/2025 1302
When Call Answered: 1302
When Call Ended: (Time Received): 1305

Subject Information:

Name: PII
Sex: PII
DOB: PII
OLN/State: PII

PII

QW: No records NCIC
SWQ: User TX does not respond.
DQ: PII
PII

FPS investigation determined the subject was not related to the protests

Summary:

FPS advise the subject will be released and not cited per guidance from on duty AUSA. The subject is a veteran and came under yellow tape to come into the VA. After the USMC told him to leave, he did so and came back in the correct way. The USMC detained him for repeat offense. The individual has departed property and will return another day.

Status: Closed

Respectfully,

PII
AREA COMMANDER
U.S. Department of Homeland Security
Federal Protective Service, Region 9
6230 Van Nuys Blvd.
Suite 1003
Van Nuys, CA 91405
PII
Denver Mega-Center 24 HRS (877) 437-7411
PII



From: PII
Sent: Friday, June 13, 2025 2:59 PM
To: PII
Subject: RE: Request for any intel on ongoing protests

Do you have the date/time this occurred?

PII

**PII**

From: PII
Sent: Friday, June 13, 2025 2:36 PM
To: PII
Cc:
Subject: [EXTERNAL EMAIL] - RE: Request for any intel on ongoing protests

Status:

Subject (1) in custody apprehended on exterior grounds of 11000 Wilshire FOB. Marine detachment detained for failing to comply and breached the perimeter of Marine security detail. Subject was provided warning left momentarily and returned breaching USMC security perimeter. FPS currently obtaining statements from detaining Marine and subject, while contacting on duty AUSA for processing guidance. No injuries. Subject compliant.

S/F
AC PII

From: PII
Sent: Friday, June 13, 2025 1:18 PM
To: PII
Cc: PII
Subject: Request for any intel on ongoing protests

This email is from an external US Government agency.

Hi Sir! Do you have any current information on protests outside federal buildings? Also any arrests or injuries to officers as of right now from your shop?

