# EXHIBIT 8
# REDACTED

CUI

# ACTION MEMO

**FOR:** SECRETARY OF DEFENSE                          DepSecDef Action _____

**FROM:** Elbridge Colby, Under Secretary of Defense for Policy                    JUN 1 6 2025

**SUBJECT:** (U)  Request for Assistance for Security Support to U.S. Immigration and Customs Enforcement

- (CUI) **Purpose.** This memorandum seeks your signature on a response (TAB A) to the June 8, 2025, request for assistance (RFA) from the Department of Homeland Security (DHS) (TAB C) to provide support to U.S. Immigration and Customs Enforcement (ICE) in response to threats of violence against ICE operations in Los Angeles, California and your signature on a memorandum to the Commander, U.S. Northern Command (USNORTHCOM) (TAB B) providing direction for the deployment and operations of Service Members while executing a Presidential mission in California.

  - (CUI) **Background**:  On June 7, 2025, in response to protests and threats of violence against ICE operations in Los Angeles, the President signed a memorandum (TAB D) calling into Federal service members and units of the National Guard under 10 U.S.C. 12406 to, "temporarily protect ICE and other United States Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur."

  - (U) The President further authorized you to, "employ any other members of the regular Armed Forces as necessary to augment and support the protection of Federal functions and property in any number determined appropriate."

- (U) **Request for Assistance.**  On June 8, 2025, DHS submitted via email an emergent RFA (TAB C) for "material, and materiel, support" to ICE, Customs and Border Protection (CBP), and Federal Protective Service (FPS), as they work to execute their immigration enforcement and federal protective missions.

- (U) **Logistical and Transportation Support**

  - (CUI) DHS initially requested Department of Defense (DoD) logistical and transportation support of munitions to Los Angeles.  We understand that CBP was able to fulfill the need; therefore, this DoD support is no longer required or requested.

- (U) **DoD Service Member Support**

Prepared By:  DASD(HDI&DSCA)/DSCA
Phone Number: [ PII ]

Controlled By:  OUSD(P) HD&HA
CUI Category:  OPSEC
Limited Dissemination Control:  FEDCON
POC:  DASD(HDI&DSCA)

* OSD005973-25*

CUI

CUI

- – (U) On June 7, 2025, you signed a memorandum (TAB E) to the Adjutant General of the California National Guard (CANG) implementing the President's direction for the initial 2,000 CANG called into Federal service effective immediately for a period of 60 days under the command and control of the Commander, U.S. Northern Command.

- – (CUI) On June 9, 2025, you called an additional 2,000 members of the CANG into Federal service and authorized the employment of 700 Marines in California, for a total of 4,700 Title 10 forces in and around Los Angeles, California.

- – (CUI) At this time, we understand these forces (4,700 forces in a Title 10 duty status) to be sufficient to protect Federal functions, personnel, and property, in Los Angeles, as directed by the President.

- (U) **Detention/Arrest Authority**

  - – (CUI) DHS has requested Service members direct assistance in detaining and/or arresting individuals observed to be committing a crime. Use of military personnel in a title 10 duty status to enforce the law, such in the arrest or detention of civilians for violations of the Federal criminal code, would be a violation of the Posse Comitatus Act (18 U.S.C. § 1385), which prohibits the use of the U.S. military for domestic law enforcement purposes.

  - – (CUI) Consistent with the Standing Rules for the Use of Force (SRUF) in the Chairman of the Joint Chiefs of Staff Instruction 3121.01B, DoD personnel are authorized to take actions reasonably necessary for self-defense and the defense of other DoD personnel. This authority does not extend to direct law enforcement activities such as searches, seizures, or arrest. Any temporary detention of individuals must be limited to that which is necessary for the immediate protection of Federal functions, personnel, and property, and must end as soon as appropriate civilian law enforcement can assume responsibility for the held individual.

  - – (U) DHS law enforcement personnel are best suited and trained to execute civilian law enforcement activities. DoD personnel will coordinate closely with DHS and other law enforcement agencies to ensure a clear understanding of roles and responsibilities.

  - – (CUI) The letter at TAB B provides additional guidance that will clarify and reinforce the authorities available to Commander, U.S. Northern Command, and DoD Service members while executing the Presidentially directed mission in California, strengthening the safety and security of Federal functions, personnel, and property.

- (U) **Unmanned Aerial System (UAS) Surveillance Support**

  - – (CUI) DoD is limited in its ability to provide "drone" or UAS surveillance support to DHS in these circumstances.

DEFS_00002532

- o (CUI) Utilizing certain types of DoD surveillance against U.S. persons within the United States raises Fourth Amendment concerns. DoD's intelligence collection authorities generally require a foreign nexus and are not designed for domestic law enforcement.

- o (CUI) UAS with advanced sensors are capable of collecting vast amounts of data, potentially including private communications and activities of U.S. persons who are not involved in illegal activity. This collection could create legal liabilities and violate Federal law and Constitutional rights.

- o (CUI) DHS and civilian law enforcement agencies have specific protocols for handling sensitive information and minimizing the impact on innocent individuals, and DHS has other resources available, including its own drone capabilities and partnerships with state and local law enforcement, which are better suited to provide surveillance in this situation.

- **(U) Operational Planning Support**

  - (CUI) Federal departments and agencies regularly engage in joint operational activities, managed by a lead Federal agency or a Joint Interagency Task Force (JIATF). DHS and other Federal civilian departments and agencies have dedicated training and specific expertise in developing standard operating procedures (SOP) and training, tactics, and plans (TTP) for managing law enforcement activities, to include civil disturbances, and conducting coordinated domestic operations.

  - (U) By contrast, Service members in the specialties requested are trained for complex, large-scale military operations against foreign adversaries. This expertise is not directly transferable to domestic law enforcement scenarios involving civil disturbances, which require an understanding of domestic law enforcement tactics, crowd control, de-escalation techniques, and the legal framework governing law enforcement activities within the United States.

(U) **RECOMMENDATION 1:** Sign the response to DHS (TAB A) which defers the requests for "drone surveillance" and domestic law enforcement operations planning support and informs DHS that DoD will continue the use of DoD forces in a Title 10 duty status to protect Federal functions, personnel, and property, consistent with the President's direction.

(U) **RECOMMENDATION 2:** Sign Tab B to strengthen direction to the Commander, USNORTHCOM, for the deployment and operations of Service Members while executing a Presidential mission in California.

Attachments:
TAB A – Letter to DHS Secretary
TAB B – Memo to Commander, USNORTHCOM

DEFS_00002533

**CUI**

TAB C – DHS RFA, June 8, 2025
TAB D – President of the United States Memorandum, June 7, 2025
TAB E – Secretary of Defense Memorandum for California National Guard, June 7, 2025
TAB F – Coordination

DEFS_00002534

# TAB

# A

DEFS_00002535



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JUN 2 3 2025

The Honorable Kristi Noem
Secretary of Homeland Security
Washington, DC 20301

Dear Madam Secretary:

(U)  This letter responds to your June 8, 2025 Request for Assistance regarding security support to U.S. Immigration and Customs Enforcement, Customs and Border Protection (CBP), and the Federal Protective Service in Los Angeles, CA, in response to protests and threats of violence.  I appreciate your collaboration and coordination in addressing this challenging situation.

(CUI)  Regarding your specific requests:

- (CUI)  Logistical and Transportation Support:  We understand that CBP has been able to fulfill the need for logistical and transportation support of munitions to Los Angeles, CA.  Therefore, this Department of Defense (DoD) support is no longer required or requested.  We remain ready to assist should the situation change.

- (CUI)  Detention/Arrest Authority:  As you know, the use of military personnel in a title 10 duty status to enforce the law, such as in the arrest of civilians for violations of the Federal criminal code, would be inconsistent with the Posse Comitatus Act (18 U.S.C. § 1385).  Consistent with the Standing Rules for the Use of Force, DoD personnel are authorized to take actions reasonably necessary for self-defense and the defense of other DoD personnel.  This authority does not extend to direct law enforcement activities such as searches, seizures, or arrest.  Any temporary detention of individuals must be limited to that which is necessary for the immediate protection of Federal functions, personnel, and property, and must end as soon as appropriate civilian law enforcement can assume responsibility for the held individual.  Department of Homeland Security (DHS) law enforcement personnel are best suited and trained to execute civilian law enforcement activities where there is no DoD nexus.  DoD personnel will coordinate closely with DHS and other law enforcement agencies to ensure a clear understanding of roles and responsibilities.  A separate memorandum is being issued to Commander, U.S. Northern Command, which provides additional guidance that will clarify and reinforce the authorities available to him and DoD Service members while executing the Presidentially directed mission in California, strengthening the safety and security of Federal functions, personnel, and property.

- (CUI)  Unmanned Aerial System (UAS) Surveillance Support:  After careful consideration, DoD is unable to provide the requested UAS surveillance support at

Controlled By:  OUSD(P)/HD&HA
CUI Category:  OPSEC
Limited Dissemination Control: FED.CON
POC:  OASD (HD&HA)  PII

**CUI**

CUI

this time. Utilizing certain types of DoD surveillance against U.S. persons within the United States raises Fourth Amendment concerns. DoD's intelligence collection authorities generally require a foreign nexus and are not designed for domestic law enforcement. UAS with advanced sensors are capable of collecting vast amounts of data, potentially including private communications and activities of U.S. persons who are not involved in illegal activity. DHS, and other federal civilian law enforcement agencies, have specific protocols for handling sensitive information and minimizing the impact on innocent individuals, and DHS has other resources available, including its own drone capabilities and partnerships with state and local law enforcement, which are better suited to provide surveillance in this situation.

- (CUI) Operational Planning Support: While we appreciate the requirement for advanced operational planning expertise, Federal departments and agencies regularly engage in joint operational activities, managed by a lead Federal agency or a Joint Interagency Task Force. DHS and other Federal civilian departments and agencies have dedicated training and specific expertise in developing standard operating procedures and training, tactics, and plans for managing law enforcement activities, to include civil disturbances, and conducting coordinated domestic operations. By contrast, Service members in the specialties requested are trained for complex, large-scale military operations against foreign adversaries. This expertise is not directly transferable to domestic law enforcement scenarios involving civil disturbances, which require an understanding of domestic law enforcement tactics, crowd control, de-escalation techniques, and the legal framework governing law enforcement activities within the United States.

(U) The DoD remains committed to supporting the efforts to protect Federal functions, personnel, and property in Los Angeles, CA, as directed by the President. As you know, I have authorized the deployment of 4,700 title 10 forces to California for this purpose. We will continue to monitor the situation closely and coordinate with you and your staff to ensure the safety and security of all involved. Thank you for your continued partnership.

Sincerely,

cc:
Secretaries of the Military Departments
CJCS
NGB
USD(P)
ASD(LA)
USD(C)
USD(P&R)

CUI

DEFS_00002537

TAB

B

DEFS_00002538



**SECRETARY OF DEFENSE**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JUN 2 3 2025

MEMORANDUM FOR COMMANDER, U.S. NORTHERN COMMAND

SUBJECT:  Execution of Presidentially Directed Mission to Protect Federal Law Enforcement Personnel and Functions in California

At the direction of the President, the Secretary of Defense has directed the deployment of California National Guard units called into Federal service under 10 U.S.C. § 12406 to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations.  To execute the President's direction, the Service members in question are directed to:

- Deploy to Federal Government properties, including Federal buildings and monuments.  When deployed to Federal Government properties, Service members will support Federal law enforcement and may take reasonable measures to prevent the destruction or defacement of Federal Government property including crowd control, temporary detention, cursory search (such as safety-related searches for weapons incident to temporary detention), measures to ensure the safety of persons on the property, and the establishment of security perimeters reasonably necessary to protect the property.

- Deploy to support Federal law enforcement to protect Federal functions and to protect Federal personnel from harm or threat of bodily injury, including Federal law enforcement officers and other Federal Government officials and employees.  This may include measures for temporary detention, cursory search, and the steps necessary to ensure the safety of Federal personnel.  For example, while other Federal personnel execute their duties, DoD Service members may provide perimeter protection against third parties and such crowd control measures as are reasonably necessary to ensure the execution of Federal functions and the safety of Federal personnel.

In performing these duties, Service members are to follow the Standing Rules for the Use of Force.  Service members may not perform direct law enforcement activities such as searches, seizures, evidence collection, or arrest.  Any temporary detention undertaken by Service members (e.g., to stop an assault of, to prevent harm to, or to prevent interference with Federal personnel) will end when detained persons can be turned over safely to the custody of appropriate civilian law enforcement personnel.  Refer any cases of crimes against a Service member to the appropriate U.S. Attorney for prosecution (e.g., under 18 U.S.C. § 1389).



OSD005973-25/CMD008166-25

I appreciate the hard work of our Service Members to the protection of our Nation and of the rule of law.

cc:
Chairman, Joint Chiefs of Staff

2

# TAB

# C

DEFS_00002541



Secretary
U.S. Department of Homeland Security
Washington, DC 20528

# Homeland Security

June 8, 2025

The Honorable Pete Hegseth
Secretary
Department of Defense
Washington, DC  20301

Dear Secretary Hegseth:

Thank you for supporting the Department of Homeland Security.

Please treat this letter as an emergent Request for Assistance (RFA) to aid in resolving the situation in Los Angeles. We need material, and matériel, support to our law enforcement officers and agents across Immigration and Customs Enforcement (ICE), Customs and Border Protection (CBP), and Federal Protective Services (FPS) as they defend against invasive, violent, insurrectionist mobs that seek to protect invaders and military aged males belonging to identified foreign terrorist organizations, and who seek to prevent the deportation of criminal aliens.

At the President's direction, DHS is seeking to put an end to the migrant invasion and these lawless riots. This further executes and follows the intent upon past Executive Orders:  (1) Executive Order Clarifying the Military's Role in Protecting the Territorial Integrity of the U.S. (20 Jan 2025), section 2; (2) Executive Order Declaring a National Emergency at the Southern Border of the U.S. (20 Jan 2025); (3) Executive Order Guaranteeing the States Protection Against Invasion (20 Jan 2025). Additional requests may follow as the situation develops.

DHS requests immediate assistance, to commence as soon as you receive this email, to supplement existing resources in California.

This initial request includes:

1. Logistical support and the transportation of munitions from Ft. Benning and Wyoming on a non-reimbursable basis to Los Angeles;
2. Direction to DoD forces to either detain, just as they would at any federal facility guarded by military, lawbreakers under Title 18 until they can be arrested and processed by federal law enforcement, or arrest them;
3. Drone surveillance support;
4. Graduates of an advanced intermediate level school, like the Marines' School of Advanced Warfighting, to aid in developing SOPs and TTPs going forward for when DHS and DoD have to setup a joint operation center and work in conjunction with each other in these situations.

DHS understands that this RFA is expansive and will provide additional refinement in the form of required capabilities and presence in the formal submission.



Secretary Hegseth
Page Two


Mr. Todd Lyons, Acting Director of ICE, and Mr. Troup Hemenway, Principal Deputy Chief of Staff of DHS, will serve as my POCs to assist in coordination with your team; the Joint Staff; and others as you identify to provide further detail for the utilization and deployment of these resources.

I appreciate your timely consideration of this emergent request. My formal RFA will be transmitted in the coming days.


Respectfully,


Kristi Noem
Secretary of Homeland Security

# TAB

# D

DEFS_00002544

June 7, 2025


MEMORANDUM FOR THE SECRETARY OF DEFENSE
                THE ATTORNEY GENERAL
                THE SECRETARY OF HOMELAND SECURITY

SUBJECT:        Department of Defense Security for the Protection
                of Department of Homeland Security Functions


Numerous incidents of violence and disorder have recently
occurred and threaten to continue in response to the enforcement
of Federal law by U.S. Immigration and Customs Enforcement (ICE)
and other United States Government personnel who are performing
Federal functions and supporting the faithful execution of
Federal immigration laws.  In addition, violent protests
threaten the security of and significant damage to Federal
immigration detention facilities and other Federal property.  To
the extent that protests or acts of violence directly inhibit
the execution of the laws, they constitute a form of rebellion
against the authority of the Government of the United States.

In light of these incidents and credible threats of continued
violence, by the authority vested in me as President by the
Constitution and the laws of the United States of America, I
hereby call into Federal service members and units of the
National Guard under 10 U.S.C. 12406 to temporarily protect ICE
and other United States Government personnel who are performing
Federal functions, including the enforcement of Federal law, and
to protect Federal property, at locations where protests against
these functions are occurring or are likely to occur based on
current threat assessments and planned operations.  Further, I
direct and delegate actions as necessary for the Secretary of
Defense to coordinate with the Governors of the States and the
National Guard Bureau in identifying and ordering into Federal
service the appropriate members and units of the National Guard
under this authority.  The members and units of the National
Guard called into Federal service shall be at least 2,000
National Guard personnel and the duration of duty shall be for
60 days or at the discretion of the Secretary of Defense.  In
addition, the Secretary of Defense may employ any other members

2

of the regular Armed Forces as necessary to augment and support
the protection of Federal functions and property in any number
determined appropriate in his discretion.

To carry out this mission, the deployed military personnel may
perform those military protective activities that the Secretary
of Defense determines are reasonably necessary to ensure the
protection and safety of Federal personnel and property  The
Secretary of Defense shall consult with the Attorney General and
the Secretary of Homeland Security prior to withdrawing any
personnel from any location to which they are sent.  The
Secretaries of Defense and Homeland Security may delegate to
subordinate officials of their respective Departments any of the
authorities conferred upon them by this memorandum.


                          DONALD J. TRUMP

# TAB

# E

DEFS_00002547



SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

JUN 0 7 2025

MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD
THROUGH: THE GOVERNOR OF CALIFORNIA

SUBJECT: Calling Members of the California National Guard into Federal Service

The President of the United States has called forth at least 2000 National Guard personnel into Federal service pursuant to section 12406 of title 10, U.S. Code, to temporarily protect U.S. Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. The President signed a copy of the attached memorandum today to effectuate the calling forth of these Service members.

This memorandum implements the President's direction. Two thousand members of the California National Guard will be called into Federal service effective immediately for a period of 60 days. The Chief of the National Guard Bureau will immediately coordinate the details of the mobilization with the Adjutant General of the California National Guard, in coordination with the Chairman of the Joint Chiefs of Staff and Commander, U.S. Northern Command. The mobilized Service members will be under the command and control of the Commander, U.S. Northern Command.

Attachment:
As stated

cc:
Chairman of the Joint Chiefs of Staff
Chief, National Guard Bureau
Commander, U.S. Northern Command
Under Secretary of Defense for Policy

DEFS_00002548

# TAB

# F

DEFS_00002549

UNCLASSIFIED


### Policy Coordination Sheet

**Subject:** Request for Assistance for Security Support to U.S. Immigration and Customs Enforcement

**Control Number:** * OSD005973-25 *

| Title/ Organization | Name | Coordination Requested | Coordination Received | Response |
|---|---|---|---|---|
| Joint Staff | LTG Sims | June 11, 2025 | June 13, 2025 | Concur No Comment |
| OGC | Charles Young | June 11, 2025 | June 11, 2025 | Concur w/ Comment |
| USD(C) | David Thiede | June 11, 2025 | June 13, 2025 | Concur w/ Comment |
| NGB | General Nordhaus | June 11, 2025 | June 12, 2025 | Concur No Comment |
| LA | James Sapp | June 11, 2025 | June 13, 2025 | Concur No Comment |
| PA | Deborah Richardson | June 11, 2025 | June 13, 2025 | Concur No Comment |
| USD(I&S) | Dustin Gard-Weiss | June 11, 2025 | June 13, 2025 | Concur w/ Comment |
| USD(P&R) | Timothy Dill | June 11, 2025 | June 13, 2025 | Concur w/ Comment |

Prepared by: DASD CNSP, PII

UNCLASSIFIED

DEFS_00002550