# EXHIBIT 9
# REDACTED

| | |
|---|---|
| **From:** | PII 1LT USARMY ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP PII |
| **Sent:** | 6/22/2025 7:39:43 PM |
| **To:** | Harrington, William B CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group PII |
| **Subject:** | Fw: PHOTOS - Crowd Control 2 |

79IBCT conducts crowd control training on Joint Forces Training Base — Los Alamitos on June 22, 2025.

v/r,

1LT PII
Public Affairs Officer
U.S. Army North (Fifth Army)
JBSA-Fort Sam Houston, Texas
—
T: PII
C:

---

**From:** PII <PII>
**Sent:** Sunday, June 22, 2025 5:05 PM
**To:** PII 1LT USARMY ARNORTH (USA) <PII> SGM USARMY ARNORTH (USA) <PII>
**Subject:** PHOTOS - Crowd Control 2

[You don't often get email from casey.nelsen@me.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]



DEFS_00002567



DEFS_00002568









Sent from my iPhone