# EXHIBIT 10
# REDACTED

| | |
|---|---|
| From: | [PII] C LTC USARMY ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP [PII]] |
| Sent: | 6/24/2025 6:54:15 PM |
| To: | Harrington, William B CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] COL USARMY 76 ORC (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]] |
| Subject: | RE: Informal RFI |

Concur as written – from the IAOC perspective

From: [PII] CIV OSD OUSD POLICY (USA) <[PII]>
Sent: Tuesday, June 24, 2025 5:50 PM
To: Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) <[PII]>; [PII] C COL USARMY 76 ORC (USA) <[PII]>; Harrington, William B CIV USARMY ARNORTH (USA) <[PII]>; [PII] LTC USARMY ARNORTH (USA) <[PII]>
Cc: Owen, Jonathan G SES (USA) <[PII]>; [PII] CIV OSD OASD HD&HA (USA) <[PII]>; [PII] CIV (USA) <[PII]>; [PII] CAPT USN JS J3 (USA) <[PII]>; [PII] CIV OSD OUSD POLICY (USA) <[PII]>; [PII] CDR USN JS J3 (USA) <[PII]>
Subject: RE: Informal RFI

Gentlemen,

Good evening. I want to recap our conversation. Please feel free to edit the details below as you see fit.

Thank you.

Davis

\*\*\*\*\*\*

1)   In the next 24 hours there will be 4,967 Title-10 Service Members in LA

2)   Day-to-day ~1,700 PAX are supporting static Federal protection missions and QFRs

a.   These individuals are rotated every 24-48 hours

b.   Therefore, the 4,967 PAX are touching the static missions and QFRs at some interval

3)   Currently, the plan is to begin considering drawdowns after July 7

4)   To begin changing the DoD footprint we could consider three actions:

a.   Increase the total number of PAX supporting static missions and QRFs

b.   Increase the total number of PAX supporting Federal law enforcement operations

c.   Ultimately, consider ways to increase the number of Federal law enforcement operations. We are most likely to realize value in this by working with DOJ (FBI, DEA) versus DHS (CBP, ICE). To do this there is a world where we provide additional planning support and perhaps

**From:** [PII] LTC USARMY ARNORTH (USA) <[PII]>
**Sent:** Tuesday, June 24, 2025 6:18 PM
**To:** [PII] CIV OSD OUSD POLICY (USA) <[PII]>; Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) <[PII]>
**Cc:** Owen, Jonathan G SES (USA) <[PII]>; [PII] CIV OSD OASD HD&HA (USA) <[PII]>; [PII] CIV (USA) <[PII]>; [PII] CAPT USN JS J3 (USA) <[PII]>; [PII] M CIV OSD OUSD POLICY (USA) <[PII]>; [PII] CDR USN JS J3 (USA) <[PII]>; Harrington, William B CIV USARMY ARNORTH (USA) <[PII]>; [PII] COL USARMY 76 ORC (USA) <[PII]>
**Subject:** RE: Informal RFI

Good afternoon Mr. [PII] Mr. [PII] – sorry for the delayed response. Please see below updates.

NOTE: will follow up with a phone call as well.

1. Are federalized forces at Inglewood and/or West LA armories?
a. There are four Federalized CANG personnel at the Inglewood Armory 1-160 IN, 79th IBCT (Inglewood is the home armory of 1-160th IN)
b. There are no Federalized CANG personnel at the West LA Armory. This armory belongs to the BN HQ and HHC for 143rd MP BN, 49th MP BDE.

2. What locations besides JFTB-LA and the IAC are federalized forces at?
a. Wilshire Federal Building: 104 pax (103 from 1-143 FA and 1 from 1-160th IN, both BNs are in 79th IBCT)
b. Roybal Federal Building: 51 pax from 1-184th IN, 79th IBCT
c. Camarillo: 26 pax from 1-185th IN, 79th IBCT
d. USCG Facility San Pedro: 83 pax from 1-185th IN, 79th IBCT
e. Adelanto ICE Detention Center: 48 pax from 1-184th IN, 79th IBCT
f. Santa Ana Civic Center: 20 pax from 1-184th IN, 79th IBCT
g. Inglewood Armory: 4 pax from 1-160th IN, 79th IBCT
h. Richmond Armory: 5 pax from 1-143rd FA, 79th IBCT
i. Balboa Hospital: 4 pax (3 from 1-184th IN and 1 from 1-143rd FA, both BNs are in the 79th IBCT)
j. Camp Pendleton: 13 pax (8 from 1-160th IN and 5 from 1-185th IN, both BNs are in 79th IBCT)
k. Modesto Armory: 12 pax from 1-184th IN
l. Camp Roberts, CA: 292 (279 from 746th CSSB, 2 from 579th EN BN, 3 from 185th MP BN, 8 from HHC/49th MP BDE, all units are in 49th MP BDE)
m. Benica Armory: 8 pax from 746th DSSB, 49th MP BDE
n. Burbank Armory: 3 pax from 746th DSSB, 49th MP BDE
o. Fresno Armory: 3 pax from 746th DSSB, 49th MP BDE
p. Long Beach Armory: 1 pax from 746th DSSB, 49th MP BDE
q. Pomona Armory: 13 pax from 746th DSSB, 49th MP BDE
r. Meadowview Armory: 3 pax from 746th DSSB, 49th MP BDE
s. Vallejo Armory: 3 pax from 746th DSSB, 49th MP BDE
t. San Jose Armory: 1 pax from 746th DSSB, 49th MP BDE
u. Bakersfield Armory: 12 pax from 746th DSSB, 49th MP BDE
v. Leave/Pass: 16 pax (14 from 746th DSSB, 1 from 579th EN BN, 1 from HHC/49th MP BDE, all units are in 49th MP BDE)
w. Total pax not at JFTB or IACP: 725; personnel from lines l. through u. are expected to close on JFTB today, as briefed by 49th MP BDE CDR at last night's CUB

3.      Is there a number on how many missions (mobile or static) are occurring across the USG/interagency in Los Angeles that are not utilizing DoD personnel?
a.      As of 24JUN25, ERO (ICE/HSI) and CBP have a combined number of approximately 85 x teams conducting daily mobile immigration enforcement missions with no DoD Support

Thank you

From: [PII] CIV OSD OUSD POLICY (USA) <[PII]>
Sent: Tuesday, June 24, 2025 4:42 PM
To: Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) <[PII]>; [PII] LTC USARMY ARNORTH (USA) <[PII]>
Cc: [PII] SES (USA) <[PII]>; [PII] CIV OSD OASD HD&HA (USA) <[PII]>; [PII] CIV (USA) <[PII]>; [PII] CAPT USN JS J3 (USA) <[PII]>; [PII] CIV OSD OUSD POLICY (USA) <[PII]>; [PII] CDR USN JS J3 (USA) <[PII]>
Subject: RE: Informal RFI

Gentlemen,

Good afternoon. When you have time we better do a call. My number is [PII]. I need to talk through the questions [PII] raised below. Once you call we can think about a conference call.

Thank you.

[PII]

From: [PII] CIV OSD OASD HD&HA (USA) <[PII]>
Sent: Tuesday, June 24, 2025 12:17 PM
To: [PII] LTC USARMY ARNORTH (USA) <[PII]>; [PII] CIV OSD OUSD POLICY (USA) <[PII]>
Cc: Owen, Jonathan G SES (USA) <[PII]>; Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) <[PII]>; M CIV (USA) <[PII]>; [PII] CIV OSD OUSD POLICY (USA) <[PII]>
Subject: Informal RFI

Good afternoon, LTC [PII]

I hope all is well with you and the team out there. I'm reaching out to get some information on the current situation on the ground. Do you have a rough estimate on where and how many at locations the federalized NG PAX are at? I understand the USMC personnel are taking primary on protection of federal installations, and a large majority of the NG personnel are at JFTB Los Alamitos.

Are federalized forces at Inglewood and/or West LA armories?
What locations besides JFTB-LA and the IAC are federalized forces at?
Is there a number on how many missions (mobile or static) are occurring across the USG/interagency in Los Angeles that are not utilizing DoD personnel?

[PII]
Chief of Staff – HDI&DSCA

Homeland Defense & Hemispheric Affairs
Office of the Secretary of Defense - Policy
Office: [PII]  Mobile: [PII]  | Pentagon, Room: 3D247
NIPR: [PII]
SIPR: [PII]
JWICS: [PII]

DEFS_00002556