# EXHIBIT 12 REDACTED

| | |
|---|---|
| **To:** | Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) [PII] |
| **Cc:** | [PII]; MAJ USARMY ARNORTH (USA) [PII]; CIV USARMY ARNORTH (USA) [PII]; COL USARMY ARNORTH (USA) [PII]; Harrington, William B CIV USARMY ARNORTH (USA) [PII]; LTC USARMY ARNORTH (USA) [PII]; COL USARMY NORAD-USNC ARNORTH (USA) [PII]; MAJ USARMY ARNORTH (USA) [PII] |
| **From:** | [PII], SGM USARMY ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP ([PII])] |
| **Sent:** | Fri 6/13/2025 11:36:34 PM (UTC) |
| **Subject:** | Marines Detain Civilian - PAO & Media Response |

250613-M-IP954-2001.jpg

MG Sherman,

Follow up from the CUB

**This is the response NORTHCOM provided to Reuters along with the link to the Reuters article:**

Asked about the incident, the U.S. military's Northern Command spokesperson said active duty forces "may temporarily detain an individual in specific circumstances."

https://www.reuters.com/world/us/us-marines-carry-out-first-known-detention-civilian-los-angeles-video-shows-2025-06-13/

**This is the response NORTHCOM provide to TF-51 for response to media queries. We have not yet seen it used:**

Title 10 forces may temporarily detain an individual in specific circumstances. As one of the photo shows, any temporary detention ends immediately when the individual(s) can be safely transferred to the custody of appropriate civilian law enforcement personnel.

**Attached is the image a Marine photographer captured of the detained individual. It was NOT been released.**

Very respectfully,

[PII]
Sgt. Maj., U.S. Army
Public Affairs Sergeant Major
U.S. Army North (Fifth Army)/Task Force 51
Fort Sam Houston, Texas/ Joint Forces Training Base – Los Alamitos
MS Teams: [PII]
NIPR: [PII]