# EXHIBIT 13
# REDACTED

TASK FORCE - 51
LOST ALAMITOS, CA 90720
1700PST, 09 June 2025
Copy___of___copies

TASK FORCE- 51 OPORD 25-001 FEDERAL PROPERTY PROTECTION / CIVIL DISTURBANCE OPERATIONS (CDO) IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(U) References:

    a. U.S. Code (USC) Title 10 (Armed Forces), Subtitle E (Reserve Components), Part II (Personnel Generally) Chapter 1211 (National Guard Members in Federal Service) Section §12406 (National Guard Federal Service Call)

    b. President of the United States (POTUS) Memorandum Subject: Department of Defense (DoD) Security for the Protection of Department of Homeland Security (DHS) Functions, 07 June 2025.

    c. Secretary of Defense (SECDEF) Memorandum Subject: Calling Members of the California National Guard into Federal Service, 07 June 2025.

    d. Chairman of the Joint Chiefs of Staff (CJCS) Instructions (CJCSI) 3121.01B, Standing Rules of Engagement (SROE) / Standing Rules for the Use of Force (SRUF) for U.S. Forces (S)/, 18 June 2008.

    e. USNORTHCOM Operation Order (OPORD) 01-21, Operations within the USNORTHCOM Area of Responsibility (AOR) to the USNORTHCOM Combatant Command Campaign Plan (CCP-21) (S//REL to USA, FVEY), 27 December 2021227.

    f. U.S. Northern Command (USNORTHCOM) Fragmentary Order (FRAGORD) 039.F.001 to USNORTHCOM OPORD 01-21, USNORTHCOM Response to Civil Disturbance in California, 080730ZJUN25.

    g. Joint Staff General Administration (GENADMIN) Message, Order of Prepared to Deploy (PTDO) for one (1) U.S. Marine Corps (USMC) I Marine Expeditionary Force (MEF) Infantry Battalion and allocation of mobilized California National Guard Forces to USNORTHCOM.

    h. USARNORTH FRAGORD 25-501.000 TO OPORD 01-23 FOR USARNORTH FISCAL YEAR 2025 (FY25) HOMELAND DEFENSE

(U) Task Organization

[ EMBED Word.Document.12 \s ]

1. (U) **Situation**.

    a. (CUI) General. Numerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S.

TASK FORCE- 51 OPORD 25-001 FEDERAL PROPERTY PROTECTION / CIVIL DISTURBANCE OPERATIONS (CDO) IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

Immigration and Customs Enforcement (ICE) and other U.S. Government (USG) personnel who are performing Federal functions and supporting the execution of Federal immigration laws. In addition, violent protest threatens the security of, and significant damage to Federal immigration detention facilities and other Federal property. To the extend that protest or acts of violence directly inhibit the execution of laws, they constitute a form of rebellion against the authority of the USG.

(1) (CUI) Due to these incidents, POTUS called into Federal service members and units of the National Guard (NG) under USC 10 §12406 (Ref b) to temporarily protect ICE and other USG personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property at locations where protest against these functions are occurring or are likely to occur based on current threat assessments and planned operations.

(2) (CUI) Additionally, POTUS directed and delegated actions as necessary for the Secretary of Defense (SECDEF) to coordinate with the Governors of the States, and National Guard Bureau (NGB) in identifying and ordering into Federal service the appropriate members and units of the NG under this authority.

b. (U) <u>Joint Operations Area (JOA)</u>. Los Angeles County, extending north to include Marine Corps Air Ground Combat Center, 29 Palms, in San Bernardino County in the state of California.

c. (U) <u>Friendly Forces.</u>

(1) (CUI) <u>Commander, U.S. Northern Command (CDRUSNORTHCOM) Mission</u> USARNORTH assumes Operational Control (OCPON) of at least 2,000 California National Guard (CANG) personnel and one (1) U.S. Marine Corps (USMC) Battalion to protect Federal property and Federal missions in Los Angeles, CA given ongoing threats to DHS/ICE and continuing unrest.

(2) (U) <u>Commander, U.S. Army North (CDRUSARNORTH) Mission.</u> Effective immediately, U.S. Army North (USARNORTH) protects U.S. Immigration and Customs Enforcement (ICE) and other U.S. Government (USG) personnel and property at locations where protests are occurring in Los Angeles County in order to (IOT) restore law and order.

d. (U) The following installations are designated as Base Support Installations (BSI), Incident Support Base (ISB), Federal Staging Area (FSA) or Federal Teams Staging Facility (FTSF).  To be published (TBP).

2. (CUI) **Mission**. Task Force – 51 deploys and assumes Command and Control (C2) of T-10 Forces, executes Joint Reception Staging Integration and Onward (JRSOI) Movement of T-10 Forces IOT provide protection of U.S. Immigration and Customs Enforcement (ICE) and other U.S. Government (USG) personnel and property at

TASK FORCE- 51 OPORD 25-001 FEDERAL PROPERTY PROTECTION / CIVIL DISTURBANCE OPERATIONS (CDO) IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

locations where protests are occurring in Los Angeles County in order to (IOT) restore law and order.

3. (U) **Execution.**

   a. (CUI) Commander's Intent. Rapidly and effectively provide Command and Control (C2) to support the execution of Civil Disturbance Operations (CDO) IVO Los Angeles, CA; restore law and order in order to (IOT) return NG forces back to C2 of the State of California.

      (1) (CUI) Purpose. Protect USG personnel and property ISO DHS/ICE operations in vicinity of (IVO) Los Angeles, CA.

      (2) (CUI) End State. CANG forces return to State C2; Federal personnel and property protected.

   b. (U) Concept of Operations.

      (1) (CUI) Starting on 08 June 2025, TF-51 serves as the C2 element and executes the execution of Joint Reception, Staging, Onward-movement and Integration (JRSOI) tasks for 79 IBCT forces. Critical to this mission is the training/briefing of SRUF in accordance with (IAW) CJCSI 3121.01B, (Ref d). TF-51 assumes Operational Control (OPCON) of approximately ~2,000 personnel from the 79 IBCT (CANG) and be prepared to (BPT) assume Tactical Control (TACON) of one (1) U.S. USMC battalion from I MEF currently on 24-hour Prepared to Deploy Order (PTDP N+24).

      (2) (CUI) TF-51 coordinates with the Department of Justice (DoJ) / Federal Bureau of Investigation (FBI) and DHS/ICE to identify tasks, locations and priorities for DoD support.

   c. (U) Tasks to Subordinates Units.

      (1) (U) **Defense Coordinating Officer/Elements (DCO/E).**

         (a) (U) **Defense Coordinating Officer/Elements (DCO/E) Region 9.**

            1. (U) Serve as lead DCO/E to interface between DoD and DoJ and DHS.

            2. (CUI) No later than (NLT) 08 June 2025, deploy DCO and one (1) core personnel and to JFTB Los Alamitos, CA.

            3. (U) Coordinate with USARNORTH G-33 Plans/DCO Synchronization Team (DST) for any Emergency Preparedness Liaison Officer (EPLO) requirements. BPT accept OPCON/TACON of Service Regional Emergency Preparedness Liaison

TASK FORCE- 51 OPORD 25-001 FEDERAL PROPERTY PROTECTION / CIVIL DISTURBANCE OPERATIONS (CDO) IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

Officer (REPLO), and State Emergency Preparedness Liaison Officer (SEPLO), as requested/required.

 (2) (U) **79 Infantry Brigade Combat Team (IBCT).**

  (a) (CUI) Provide Support to Domestic Civilian Law Enforcement agencies at ICE facility located at 6319 Alondra Boulevard, Paramount, CA, 90723 IOT protect personnel and property.

  (b) (CUI) Provide Support to Domestic Civilian Law Enforcement agencies at Federal building located at 300 North Los Angeles Street, Los Angeles, CA, 90012 IOT protect personnel and property.

  (c) (CUI) Provide Support to Domestic Civilian Law Enforcement agencies at Federal building located at 300 North Los Angeles Street, Los Angeles, CA, 90012, and IOT protect personnel and property.

  (d) (CUI) Provide two (2) Liaison Officers (LNO) to the IACP.

  (e) (CUI) Provide one (1) LNO to TF-51 Heaquarters.

  (f) (CUI) Provide movement reports including Date/Time/Group (DTG) of departure/arrival, location, and number of personnel and equipment [ HYPERLINK "mailt{ PII }].

 (3) (U) **2 Battalion, 7th Marine Regiment.**

  (a) (CUI) FWD Deploy to Naval Weapons Station Seal Beach ISO CDO.

  (b) (CUI) Execute CDO training and report training completion to TF-51.

  (c) (CUI) Provide capabilities tracker / break-down to TF-51.

  (d) (CUI) O/O provide Support to Domestic Civilian Law Enforcement Agencies IOT protect federal personnel and property.

 d. (U) Tasks to Staff.

  (1) (U) **G-1.** No Tasks.

  (2) (U) **G-2.** Provide Initial Commanders Critical Information Requirements (CCRI) to include Friendly Forces Information Requirements (FFIR), and Priority Information Requirements (PIR).

   (a) (U) Provide JRSOI threat brief.

**CUI**

TASK FORCE- 51 OPORD 25-001 FEDERAL PROPERTY PROTECTION / CIVIL DISTURBANCE OPERATIONS (CDO) IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

    (3) (U) **G-3**. No Tasks.

    (4) (U) **G-4.** No Tasks.

        (a) (CUI) Coordinate with 79 IBCT to identify items and quantities of Non-Lethal Combat Equipment (NLCE) capabilities both in California and adjacent states.

        (b) (CUI) Coordinate with 79 IBCT for life support requirements.

    (5) (U) **G-6.** Establish NIPR / SIPR network.

    (6) (U) **Protection Directorate (PD).**

        (a) (U) Provide one (1) person to serve as LNO to the FBI.

        (b) (U) Facilitate Request for Assistance Process supporting mission requirements.

        (c) (U) Provide JRSOI protection brief.

    (7) (U) **Office of Surgeon (OSURG).**

        (a) (U) Provide JRSOI medical brief.

    (8) (U) **Public Affairs (PAO).**

        (a) (U) Provide JRSOI PAO brief.

    (9) (U) **Staff Judge Advocate (SJA)**.

        (a) (U) Provide legal opins as requirement in support of LFA request for support ensuring organization within compliance.

        (b) (U) Provide JRSOI legal brief.

  e. (U) **Coordinating Instructions.**

    (1) (CUI) DoD personnel in Title-10 status will not, without further POTUS direction conduct civilian law enforcement activities, including arrest and search and seizure in connection with enforcement of the laws.

    (2) (U) All DoD units/personnel participating in this operation will be briefed/trained on SRUF IAW CJCSI 3121.01B (Ref d).

[ PAGE   \* MERGEFORMAT ]
**CUI**

DEFS_00002697

CUI

TASK FORCE- 51 OPORD 25-001 FEDERAL PROPERTY PROTECTION / CIVIL DISTURBANCE OPERATIONS (CDO) IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(3) (U) Units will deploy with full basic load of Class VIIIA supplies. Resupply will be initially through Service Component channels until the establishment of Theater Lead Agent for Medical Materiel (TLAMM) and Single Integrated Medial Logistics Manager (SIMLM) operations. TLAMM-N will coordinate directly with the SIMLM and the Defense Logistics Agency (DLA), which is the DoD Executive Agent for medical materiel, to plan and synchronize the Class VIIIA supply chain support to units. Point of contact (POC) for establishing TLAMM Account is [ HYPERLINK " [PII] " ] and [PII] and [ HYPERLINK "mailto: [PII] ] and [PII]

CUI

(5) (CUI) <u>Commanders Priority Information Requirements.</u>

[ EMBED Word.Document.12 \s ]
4. (U) **Administration and Logistics.**

(1) (U) The use of Joint Operation Planning and Execution System (JOPES) is directed. The validation of all deploying Unit Line Numbers (ULN) are governed IAW CJCSM 3130.04, and USNORTHCOM Time-Phased Force Deployment Data (TPFDD) Supplemental Instruction (SI). Plan Identification Number (PID) for deployment is 315AD and redeployment is 315AR and use Force Module (FM) 2J2LA.

[ PAGE \* MERGEFORMAT ]
CUI

**CUI**

TASK FORCE- 51 OPORD 25-001 FEDERAL PROPERTY PROTECTION / CIVIL DISTURBANCE OPERATIONS (CDO) IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(2) (U) The force tracking report will show as a minimum: UIC, unit name, ULN, origin, POE, destination, pax, pieces, departure DTG, arrival DTG, transportation mode and source.  report will be submitted to the following email:  [ HYPERLINK "mailto: PII " \h ], USARNORTH G-4 at [ HYPERLINK "mailto: PII ]

(3) (U) Public Affairs Guidance. Public Affairs posture is Active.

5. (U) **Command and Control.**

   a. (U) Command Relationships.

      (1) (U) USNORTHCOM is the supported Combatant Command (CCMD) for DSCA operations within Continental U.S. (CONUS), except Aerospace Warning, Aerospace Control, and Maritime Warning.

      (2) (U) CDRNORAD is the supported Commander for Aerospace Warning, Aerospace Control, and Maritime Warning.

      (3) (U) Federal Bureau of Investigation (FBI) is the LFA for Crisis Management and Counterterrorism (subordinate to DoJ).

      (4) (U) Department of Homeland Security (DHS) is the LFA Homeland Security, ICE, and Critical Infrastructure Protection (CIP).

      (5) (U) Federal Emergency Management Agency (FEMA) is the LFA for Consequence Management.

      (6) (U) Direct Liaison Authorized (DIRLAUTH) granted between TF-51, 79 IBCT, FBI Integrated Command Center, and DHS/ICE to coordinate task and mission requirements to include locations and priorities.

   b. (U) Signal.

      (1) (U) Communications. Primary means of communications are voice, data, Tactical Satellite (TACSAT) and Web.

         (a) (U) Teams. Request access – repository for all information. [ HYPERLINK "https://dod.teams.microsoft.us/l/team/19%3Adod%3A3JFoVidomAxBggaysVA9WAC1Qhcl2nmnSzluYWaCXOk1%40thread.tacv2/conversations?groupId=047078ea-0a04-4850-8663-7f24a8eeb309&tenantId=fae6d70f-954b-4811-92b6-0530d6f84c43" ]

      (2) (U) Reports.

[ PAGE   \* MERGEFORMAT ]
**CUI**

**CUI**

TASK FORCE- 51 OPORD 25-001 FEDERAL PROPERTY PROTECTION / CIVIL DISTURBANCE OPERATIONS (CDO) IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(a) (U) Populate Maven daily due at 0800 PST and 1500 PST. Populate graphics and friendly forces icons on Maven.

(b) (U) Report all movements of personnel and equipment through TF-51 JOC Distribution Box [ HYPERLINK "mailto: PII  PII " ].

(3) (U) Points of Contact (POC).

(a) (U) TF-51. [ HYPERLINK "https://armyeitaas.sharepoint-mil.us/:f:/r/teams/TF-51CivilDefenseOPS/Shared%20Documents/TF-51%20Civil%20Defense%20OPS/003%20POC%27s?csf=1&web=1&e=leTlf9" ]

(4) (U) Battle Rhythm.
(a) (U) [ HYPERLINK "https://armyeitaas.sharepoint-mil.us/:p:/r/teams/TF-51CivilDefenseOPS/Shared%20Documents/TF-51%20Civil%20Defense%20OPS/002%20Battle%20Rhythm/CDO%20BR%20CAO%209June25.pptx?d=w4673c4c6b8694e2eaf83435e43849c1a&csf=1&web=1&e=aOr4t4" ]

**ACKNOWLEDGE:**

SCOTT M. SHERMAN
MG, USA
Task Force – 51 Commander

**OFFICIAL:**

PII
LTC, MP
ACofS, G-3

**DISTRIBUTION**
ARNORTH
79 IBCT
2/7 Marine Regiment
DCO/E RGN 9
**CC**

Controlled by: TF-51 G-3
Category: OPSEC, LEI
Dissemination Controls: FEDCON
POC: TF-51 G-3, PII

[ PAGE   \* MERGEFORMAT ]
**CUI**