# EXHIBIT 14
# REDACTED

| | |
|---|---|
| From: | [PII] ) COL USARMY ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE [PII]] |
| Sent: | 6/8/2025 11:36:56 PM |
| To: | [PII] COL USARMY NORAD-USNC ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative G[PII]; USARMY JB San Antonio ARNORTH Mailbox [PII] [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] |
| CC: | [PII] CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]; Harrington, William B CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]] L COL USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] [PII] COL USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] CIV (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] LTC USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] |
| Subject: | FW: (INFORM) 79IBCT Civil Disturbance Training Plan - [CUI] |
| Attachments: | Civil Disturbance Training_CONOP_8JUNE2025.pptx |

**CUI**
[PII]

Per your request, see attached. This CONOP indicates 79th SMs are receiving three hours of "civil disturbance training." In your experience, does this training provide a suitable level of risk mitigation for the current conditions in Los Angeles? This is not a loaded question. Rather, I believe LTG Pepin wants to ensure [PII] [PII] has the resources he need to adequately mitigate risk.

v/r,

Ted

[PII]
COL, AV
G33, Chief of Operations
US Army North / NORTHCOM JFLCC
Fort Sam Houston, TX
NIPR:
SIPR: [PII]
COM [PII]
Secure [PII]
Cell [PII]

**Controlled by: ARNORTH**
**CUI Category: General Law Enforcement (LEI)**
**Limited Dissemination Control: FEDCON**
**POC: Sauter, Edward B (Ted) COL USARMY ARNORTH (USA) :** [PII]
**CUI**

**From:** PII MAJ USARMY NG CAARNG (USA) PII
**Sent:** Sunday, June 8, 2025 9:38 PM
**To:** USARMY JB San Antonio ARNORTH Mailbox PII
**Cc:** PII C LTC USARMY NG CAANG (USA); PII LTC USARMY NG CAARNG (USA); PII CSM USARMY NG CAARNG (USA); PII; PII MAJ USARMY NG CAARNG (USA) <PII>; PII COL USARMY ARNORTH (USA) PII
**Subject:** (INFORM) 79IBCT Civil Disturbance Training Plan

Team – please see attached our CDO training plan starting tomorrow.

Thank you.


PII
Major, Infantry
Operations Officer
79th Infantry Brigade Combat Team
California Army National Guard
Cell: PII
Office: PII
CAGNET: PII
PII

*"Dominate the Fight"*

