# EXHIBIT 15
# REDACTED

| | |
|---|---|
| From: | Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE PII |
| Sent: | 6/10/2025 11:52:06 PM |
| To: | Harrington, William B CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group PII |
| Subject: | Fw: Federal Protection Mission Script_110030ZJUN25 - [CUI] |
| Attachments: | Federal Protection Mission 110030ZJUN25.docx; image001.png |

MG Scott Sherman
Deputy Commanding General - Support
Commander, Task Force 51
US Army North
1837 Army Blvd, Suite 102
Fort Sam Houston, TX   78234-7800
Office: PII
Mil Cell: PII
Personal Cell: PII

PII

From: PII COL USARMY ARNORTH (USA) < PII >
Sent: Tuesday, June 10, 2025 5:59:19 PM
To: Knell, Niave F MG USARMY ARNORTH (USA) < PII >; Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) < PII > Lilly, Damon P SES USARMY ARNORTH (USA) < PII > COL USARMY ARNORTH (USA) < PII >
Cc: PII CIV USARMY ARNORTH (USA) < PII >
Subject: FW: Federal Protection Mission Script_110030ZJUN25 - [CUI]

# CUI

Ma'am, Gentlemen,

Please see updated script below. This data is derived from TF-51 IOT ensure continuity of reporting.

v/r,

Ted

PII
COL, AV
G33, Chief of Operations
US Army North / NORTHCOM JFLCC
Fort Sam Houston, TX
NIPR: PII
SIPR: PII
COM: PII
Secure: PII
Cell: PII

Controlled by: ARNORTH
CUI Category: General Law Enforcement (LEI)
Limited Dissemination Control: FEDCON
POC: [PII] COL USARMY ARNORTH (USA) : [PII]

CUI

From: [PII] OPS CENTER-AOC <[PII]>
Sent: Tuesday, June 10, 2025 7:56 PM
To: [PII] COL USARMY ARNORTH (USA) <[PII]> COL USARMY ARNORTH (USA) <[PII]>
Subject: Federal Protection Mission Script_110030ZJUN25

Gentlemen,

Please see attached and below for latest mission updates.

110030ZJUN25
Federal Protection Mission
The 79TH Infantry Brigade Combat Team (IBCT) from the California Army National Guard (CAARNG) has currently deployed **1,899 Soldiers and 230 vehicles** to the Los Angeles Joint Operations Area (JOA). 79 IBCT Vehicle types include: 13x General Services Administration (GSA) vehicles, 108x High Mobility Multipurpose Wheeled Vehicles (HMMWVs), 49x Light Medium Tactical Vehicle (LMTV) / Family of Medium Tactical Vehicles (FMTVs), 6x M997 Field Litter Ambulances (FLAs), 2x M1087 Expandable Van Shelters (Expando Vans), 25x Joint Light Tactical Vehicles (JLTVs), 5x Heavy Expanded Mobile Tactical Truck (HEMTT) fuelers, 4x Maintenance Contact Trucks, 11x HEMMT Load Handling System (LHS) trucks and 7x HEMTT wreckers. Title-10 (T-10) [CUI] [CUI] [CUI] **They have face shields, body armor, helmets and batons.**
**418 personnel from 79 IBCT are currently supporting 9x missions** across 12x locations by providing Federal Property and Personnel Protection Operations at multiple locations. 24x personnel from 1-143 FA and 16x personnel from 1-185 IN are conducting surveillance and security to Homeland Security Investigations (HIS) warrant servicing across 7 locations. 107x personnel from 1-143 FA are providing security to ICE Force Protection (FORCEPRO) agents. 4x personnel from 1-184 IN are providing support to ICE arresting agents, and 30x personnel from 1-184 IN are providing outer cordon security at the Civic Center and HIS processing facility. 6x personnel from 1-160 IN are providing security at AO Wilshire. 146x personnel from 1-18 CAV are providing security at AO Paramount. 85x personnel from 1-185 IN are providing security at AO Wilshire
Currently there are **679 Marines** from the 2d Battalion 7th Marine Regiment (V27) **at Seal Beach.** 40x additional marines will initiate movement from Marine Corps Air Ground Combat Center (MCAGCC) at 29 Palms, California to the Los Angeles JOA on 11 JUN 25. V27 has **11 instructors for USMC Non-lethal (CDO) training** and has begun in-house **Civil Disturbance Operations (CDO) training** with an **estimated completion date** of Friday, **13 June** and a projected **mission ready date** of Saturday, **14 June**.
US Army North Contingency Command Post (CCP)- Task Force-51 (TF-51) is fully operationally capable (FOC) with 20 personnel currently at Joint Forces Training Base (JFTB) - Los Alamitos, including the Defense Coordinating Officer (DCO) for FEMA Region 9, COL Jake Hallgarth. Major General Scott Sherman arrived yesterday afternoon. TF-51 reports about 60 percent of 79 IBCT personnel have completed their Standing Rules for the Use of Force (SRUF) training.

**The Billeting and Life Support Contract notice to proceed has been issued for services at both Los Alamitos and Inglewood Armory.  IOC is 500 PAX capacity by 12 June and FOC for 2K PAX o/a 17**

June.  This will support 79th IBCT forces; we are coordinating requirements for 2/7 Marines and for the additional 2K forces templated to mobilize.

**Joint Logistics Enterprise (JLEnt) Coordination:** G4 participated in a Senior Leader Sustainment Sync with leadership from the National Guard Bureau, the Adjutant General's Staff, and the 40th Infantry Division. Key participants included MG Ronald W. Burkett, Director of Operations and Logistics, NGB-J3/4; MG William J. Prendergast, Commander, 40th Infantry Division; COL Robert C. Horvath, Chief of Staff, CAARNG; COL Ed Brown ARNG G4. The focus of the meeting was coordinating Title X funding to cover administrative and logistics requirements, contracts and facilities to support additional personnel, and Soldier welfare. Our Joint Logistics Enterprise Partners including both DLA and AMC are doing a great job with supporting our short notice requirements.

**Base Support Installation (BSI):** We submitted additional BSI support request for Camp Pendleton, March ARB, Naval Base Ventura County, and an **ARNG Armory IVO of Inglewood**. We have submitted nine **(9) total BSI request to USNORTHCOM and DA**. We are currently focused on identifying viable space to provided wrap around services for the additional 2,000 NG Soldiers pending activation.

**Non-Lethal Equipment**: 1,000 CDO Set shipped from Blue Grass Army Depot at **~0925 CST today enroute to JFTB-Los Alamitos and will arrive o/a 1000hrs 12 June.** TACOM shipped 1,040 Advanced Combat Helmets (ACH) that will enable 2d Battalion/7th Marines (V27) with helmets that are compatible with the face-shields in the CDO kits; this equipment **will arrive on 12 June**. V27 currently has ~60 CDO sets on hand and is able to support two (2) platoons. **We are currently tracking ~ 900 CDO sets on hand as reported by 79th IBCT. This number is expected to increase to ~1,400 with the arrival of 1-184 at JFTB-Los Alamitos (currently enroute).**

**Logistics / Commodity Status: CLI.** 79th IBCT has approximately five (5) Days of Supply on hand at JFTB-Los Alamitos. **2,500 cases (48 pallets) are currently enroute to JFTB-Las Alamitos** via DLA direct shipment and are expected to **arrive o/a 2200hrs 10 June.** This will bring on hand DOS to ~12 days. **CL III (B).** We are working to with G8 and 79th IBCT to update Electronic Point of Sale (EPOS) Quick Reference (QR) codes to facilitate billing for bulk fuel. **79th IBCT reports less than 600 gallons on hand in their M978s; once funding lines of accounting are established,  the unit will draw fuel on Los Alamitos using their fuel cards. Current requirement is 1K per day.**

**Contracting:**  OCS postured to provide contracted life support to include: billeting, latrines, showers, handwashing stations, food service (A-M-A), full laundry service, bulk ice, and bulk fuel (if installations cannot support). Rough Order of Magnitude (ROM) as follows: 2,000 capacity at **$6.3M for first week** (includes mobilization and demobilization) and **$4.5M each additional week**. Initial Operating Capacity (IOC) of 500 PAX = Notice to Proceed (NTP) + 48 hrs; Full Operational Capacity (FOC) in <7 Days. Locations and PAX counts confirmed as of 1300: **Inglewood Armory, 300 PAX and Los Alamitos JFTB, 2K PAX**. Notice to proceed being issued. We intend to award two contracts to mitigate strain on an individual contractor resulting in risk to mission.

**Personnel:**
- TF 51 - 20
- 79 IBCT -  1,899
- V27 – 679
- **Total - 2,598**

**Vehicles:**
- GSA – 13
- HMMWVs – 108
- LMTV / FMTVs – 49
- M997 FLAs – 6
- Expando Vans – 2
- JLTVs – 25
- HEMTT fuelers – 5
- Maintenance Contact Trucks – 4
- LHS – 11
- HEMTT wreckers – 7

- **Total - 230**

**Missions:**
- Ongoing – 9
- Personnel on Mission – 418
- Completed - 0

Respectfully,

Brian M. West
PII
G33, NIFC LNO / JOC OIC
US Army North / JFLCC
Ft. Sam Houston, TX

Mobile: PII
Office: PII
DSN: PII
NIPR: PII
NIPR Mailbox: PII
SIPR: PII
SIPR Mailbox: PII

[x] The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.