# EXHIBIT 16
# REDACTED

| | |
|---|---|
| From: | Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE PII] |
| Sent: | 6/9/2025 8:44:19 AM |
| To: | PII COL USARMY NORAD-USNC ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative PII]; Harrington, William B CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group PII] |
| Subject: | Fw: (CUI-LE) INFO: 79IBCT Readiness |

FYSA.

Scott M. Sherman
Major General, USA
Deputy Commanding General - Support
Commander, Task Force 51
US Army North (5th Army)
JBSA Fort Sam Houston, TX 78234

Mil Cell: PII
Personal Cell: PII
Office: PII
DSN: PII
SVOIP: PII

PII

Aide de Camp to the ARNORTH CG:
PII
CPT, IN
Cell: PII
NIPR:
SIPR: PII

---

**From:** Pepin, Allan M LTG USARMY ARNORTH (USA) <PII>
**Sent:** Monday, June 9, 2025 2:41:59 AM
**To:** Guillot, Gregory M Gen USAF NORAD-USNC (USA) <PII>
**Cc:** Carden, Thomas M Jr LTG USARMY NORAD-USNC CG (USA) <PII>; Meyer, John V III MG USARMY NORAD-USNC CS (USA) <PII>; Davis, Robert D Maj Gen USAF NORAD-USNC NCJ3 (USA) <PII> Col USMC NORAD-USNC SPC STF (USA) <PII> Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) <PII>; Knell, Niave F MG USARMY ARNORTH (USA) <PII> COL USARMY ARNORTH (USA) <PII> COL USARMY ARNORTH (USA) <PII>
**Subject:** (CUI-LE) INFO: 79IBCT Readiness

Gen Guillot,

Two topics for your awareness:

1) 79th IBCT remaining 2000 Soldiers trained by Mon, 9 Mar (and riot equipment status)
2) Delay of support to FBI raid to properly prepare for unit executing.

**Topic 1**: Follow-up to your RFI on 79th IBCT forecasted mission readiness to get remaining mobilized SM trained and move forward.

**MAN**: 79th IBCT expects to have 2,000 General Purpose Troops deployed to the Los Angeles JOA by tomorrow, NLT 09 1800 PST JUN 25. This plan is contingent upon 1-184 receiving contracted bus support to move 282 SMs. ARNORTH's G4 Mobility is coordinating support.

**TRAIN**: 79th IBCT conducts civil disturbance training at Joint Forces Training Base – Los Alamitos. This 3-hour hands-on training covers the proper techniques, procedures, and instructions for the use of riot gear.

**EQUIP**: The 79th IBCT has possession of 1,140 sets of CDO gear. Each set consists of a helmet, face shield, riot shield, and baton. The 1,140 gear sets will provide the 79th with an approximately 1:2 ratio (one set per two SMs). ARNORTH G4 and Protection Directorate are coordinating with Bluegrass Army Depot (BGAD) KY for additional CDO sets from the 4,800 currently on-hand at BGAD.

**Topic 2**: Risk mitigation. 79th IBCT Cdr assessed risk to conduct a short notice night cordon in support of FBI. COL Anthony Bagloy, after assessment with his leaders, recommended delaying mission support tonight for the following reasons:

1. There was only a 2-3 hour suspense on a night mission.
2. There was no previous working experience with the FBI regarding TTP's and sufficient time for rehearsals.
3. This is not a no the task, it's a tactical pause for risk mitigation to conduct time for training on this mission set.
4. ACP

ACP Anthony's Soldiers are prepared to execute the mission with a 24-hour planning cycle and he looks forward to working with the FBI on future missions.

VR,
Al

Allan M. Pepin
LTG, US Army
Commanding General
US Army North / Fifth Army

Office  PII
Work Cell  PII
SVOIP  PII
Tberg  PII