# EXHIBIT 17
# REDACTED

| | |
|---|---|
| From: | [PII] LTC USARMY ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP [PII] |
| Sent: | 6/14/2025 5:00:54 PM |
| To: | Knell, Niave F MG USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] |
| CC: | Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative [PII] Harrington, William B CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] |
| Subject: | RE: Areas to work that could reduce risk - [UNCLASSIFIED] |

**UNCLASSIFIED**
Ack ma'am, appreciate the feedback.

We have raised a lot of the same concerns with our FED counterparts and are working to mitigate the risks to their operation. The team is continuing to plan with the LFA throughout the day and will conclude with a ROC Drill lead by the LFA – where we will continue to drive home risk mitigation measures amongst other things with our partners.

AATW!

**[PII]**
LTC, MP
TASK FORCE - 51 G3
UNITED STATES ARMY NORTH (5TH ARMY)
FORT SAM HOUSTON, TX 78234

☎ (CELL): [PII]
☎ (OFFICE):

NIPR:
SIPR: **PII**

USA ≡✪≡
**UNCLASSIFIED**

**From:** Knell, Niave F MG USARMY ARNORTH (USA) <[PII]>
**Sent:** Saturday, June 14, 2025 1:32 PM
**To:** [PII] LTC USARMY ARNORTH (USA) <[PII]>
**Cc:** Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) <[PII]>; Harrington, William B CIV USARMY ARNORTH (USA) <[PII]>
**Subject:** Areas to work that could reduce risk
**Importance:** High

Kenny,
   Some brainstorming from COL H and me in areas that could greatly reduce risk:

Timing.

**CUI**

- Anyone not involved will video and post to social media, potentially creating an immediate reaction by personnel from outside the cordon

2. Time to plan and rehearse
- A unit at height of readiness for this particular mission would want 24+ hours to rehearse down to the lowest level.

3. Choice of units
- The unit at the highest level of readiness in the TF-51 TF is on the least dangerous mission right now.  Marines should be main effort in this operation.

4. Support.
- Comms among all participants, to include the in-air QRF and the snipers.  Will everyone be able to talk to each other.
- [CUI] ISR, fires (air and ground), snipers, etc.
- [CUI]
- Media plan

5. Integration/coordination with any responding units
- TF-51 QRF
- LAPD QRF
- ICE/CBP QRF

6. Unit conducting operation
- Operational graphics down to the lowest level
- Coordination points, casualty collection points, etc. plotted and known
- Mitigation of friendly fire
- Ability to mass fires, if needed

---

**From:** [PII] COL USARMY ARNORTH (USA)" <[PII]>
**Date:** Saturday, June 14, 2025 at 2:59:15 PM
**To:** "Knell, Niave F MG USARMY ARNORTH (USA)" <[PII]>
**Cc:** [PII] CIV USARMY ARNORTH (USA)" <[PII]>
**Subject:** Risk for upcoming CBP mission

Ma'am,

The following are the risks that I have been considering for the upcoming mission in support of the CBP into MacArthur Park. These are my initial thoughts.

1.  Comms between the DOD and IA forces. [CUI]
   [CUI] vel
2.  Bortact flying QRF, comms with the ground to relay issues, [CUI]
   [CUI]
3.  MEDEVAC plan.
4.  Understand their will be flying snipers. [CUI]
   [CUI]

5. ISR plan. CUI

6. Who is signing off on this risk assessment? CUI

7. Are we taking into account the training level of the 79th IBCT? CUI

8. Actual operational graphics. The quick ones on the PPT are great for a very rehearsed cohesive unit. CUI

9. How are we holding/securing the out perimeter if a firefight happens or mass protest pops up.

10. Media plan.

11. Rehearsal, rehearsal, rehearsal. How is everything being rehearsed at echelon. A key leader and a combined walk though on a map are great, but an actual rehearsal needs to be done.

12. What happens when LAPD/LASO show up and tell our guys to go away. CUI