# EXHIBIT 18
# REDACTED




| U.S. Army North (Fifth Army) | CUI | Strength of the Nation – Defend the Homeland |
|---|---|---|

# Los Angeles Federal Protection

This slide deck has an overall classification of:
**CUI//LES**



**AGENDA:**

1. This brief provides the commander an overview of the planned mission in support of <u>the Los Angeles Federal Protection Mission at Mac Arthur Park – Operation Excalibur</u>.

2. <u>General Concept of:</u>
   - Task Organization
   - Operational Environment (Situation)
   - Civil Analysis & Mission
   - Concept of the Operation
   - Concepts of Medical, Sustainment, Communications
     - Risk Analysis/Mitigation & Contingencies

   Current as of: **01JUL25**

**Purpose**: To inform Commander, USNORTHCOM the federal protection mission in support of DHS operations in MacArthur Park, Los Angeles.

**INPUTS:**
- External planning product from 1-18 CAV/79 IBCT
- Coordination products
- Applicable authorities (Title 10, SRUF, interagency agreements)
- Commander's critical information requirements (CCIR)

**OUTPUTS:**
- Shared understanding
- External plan's key concepts and assumptions.
- Clarified task and purpose for supported/supporting roles.
- Identified operational seams, gaps, or risk areas.
- Commander's guidance for coordination.
- Recommended actions or refinement priorities for the staff.

1

DEFS_00002872



 

# MacArthur Park Background Update

## MacArthur Park as an Immigration Enforcement Objective

MacArthur park functions as the largest open-air market of fake identification to enable illegal immigration and human trafficking in the Southwest United States. Entire sections of the 35 square acre park host open buying and selling of fake identification and other illegal goods in broad daylight. Federal agents confirmed that these activities continued at MacArthur park within the last week.

## MacArthur Park Symbolic Significance

The founding location of MS-13, MacArthur park represents an area of historic lawlessness where criminal organizations openly defy local and federal law, including immigration law.

## Customs and Border Patrol (CBP) Intent for MacArthur Park Operations

CBP intends to conduct a large patrol of MacArthur park to detect, detain or deter activity that enables illegal immigration and human trafficking while demonstrating the ability of federal agencies to conduct law enforcement operations anywhere in Los Angeles.

**CBP "Clear" definition in this operation:** Dismounted presence patrol for consensual encounters across the entirety of a designated area

-NO FAST ROPE INSERTION; ROTARY WING FOR MEDEVAC ONLY

-REDUCED TRAFFIC CONTROL POINTS (TCP)

-SIMPLIFIED SCHEME OF MANEUVER TO REDUCE TIME ON TARGET

-UPDATED ABORT CRITERIA TO INCLUDE IDENTIFICATION OF 1,000 PAX OR LARGER PROTEST WITHIN 3 MILES OF PARK

-CBP PLANS TO USE HORSES IN NORTH END OF PARK FOR PRESENCE AND CONTINGENCY CROWD CONTROL

- NO BOAT IN LAKE

-SLOW MOVEMENT THROUGH PARK FOR CONSENSUAL ENCOUNTERS

-NO RESTRICTION OF PEACEFUL MOVEMENT OF INDIVIDUALS TO/THROUGH/FROM PARK

3

DEFS_00002874




| U.S. Army North (Fifth Army) | CUI | Strength of the Nation – Defend the Homeland |
|---|---|---|

# Operation Excalibur Executive Summary

## Civil Analysis

**Civilian population density in target area and potential for collateral damage:** High density of civilians in complex urban terrain, moderate to high potential for collateral damage if threat activity requires use of lethal force in a kinetic engagement.



**Population**
Local Population density is **High**; Estimate is nearly **20,000** People live in the adjacent blocks to MacArthur Park. Majority of Buildings are Mixed-Use Commercial/Residential with Medium to High Density.

**Local Law Enforcement**
DHS will provide two hours notice of the operation to LAPD; LAPD will provide law enforcement response unrelated to immigration enforcement.

**Important Landmarks**
1) *Consulate General of Mexico in Los Angeles*
2) Department of Public Social Services, County of Los Angeles
3) Charles White Elementary School
4) MacArthur Elementary School
5) Grandview Retirement Center
6) Harold McAlister High School
7) Solidad Charter School

**Mission:**
On order, 1-18th Cavalry Squadron provides **static interagency site protection, mounted mobile security, and Joint Force Land Component Command (JFLCC) Reserve support** to Customs and Border Patrol (CBP) and supporting federal agencies, **whose intent at MacArthur Park is to demonstrate, through a show of presence, the capacity and freedom of maneuver of federal law enforcement within the Los Angeles Joint Operations Area (JOA).**

**Purpose:** The purpose of this operation is to enable and protect the execution of joint federal law enforcement missions in a high-visibility urban environment, while preserving public safety and demonstrating federal reach and presence.

**Key Tasks:**
1. Secure Key Terrain: Protect DHS security points and blocking positions.
2. Provide Area Security: Safeguard federal personnel and designated federal property.
3. Enable Civil Freedom of Movement: Do not restrict pedestrian movement.
4. Support Law Enforcement: Do not conduct law enforcement activities; detain individuals only in response to an imminent threat and transfer to law enforcement as soon as practicable.
5. Comply with Rules for the Use of Force: Operate IAW Standing Rules for the Use of Force (SRUF); use force only when authorized and necessary.

**End state:**
**(Friendly)** 1-18th CAV forces remain postured to respond to emergent requirements, then successfully retrograde in an organized manner without incident.
**(Threat)** Potential civil unrest is deterred or contained in the supported area.
**(Terrain)** Federal personnel and property in the vicinity of MacArthur Park remain secure, with DHS personnel at security positions and DHS outer cordon maintained without disruption.
**(Civil Considerations)** Civilian movement remains unrestricted, **no Civilian harm**, and interactions with the local population are professional, disciplined, and in accordance with mission guidance and SRUF.

4

DEFS_00002875

| U.S. Army North (Fifth Army) | CUI | Strength of the Nation – Defend the Homeland |

# Operation Excalibur Executive Summary

### Concept of the Operation



**CBP "Clear" definition in this operation:** Dismounted presence patrol for consensual encounters across the entirety of a designated area.

**Blocking Position (BP) Intent:** Prevent flow of vehicular traffic on Wilshire Blvd from entering the park to prevent attempted vehicular ramming of federal agents dismounted on the interior of the park. Regulate North/South traffic on Alvarado street to enable orderly exfiltration.

**Traffic Control Point (TCP) Intent:** Regulate flow of vehicular traffic on Parkview St, 7th St, and Alvarado St to prevent attempted vehicular ramming during operations at the park to include mounting for exfiltration.

**Tentative Operational Framework:**

**Main Effort (ME):** C Troop, 1-18 CAV
- **Task:** Secure DHS's Security Position (Blocking Positions 1 and 2; Rapidly provide on-site protection from protest activity)
- **Purpose:** To enable DHS to establish and maintain control of key access points

**Supporting Effort 1 (SE1):** A Troop, 1-18 CAV
- **Task:** Secure DHS outer cordon along 7th Street and Park View St. (Traffic Control Point 1)
- **Purpose:** To enable DHS operations at critical mobility control nodes

**Supporting Effort 2 (SE2):** B Troop, 1-18 CAV
- **Task:** Secure DHS outer cordon along 7th Street and Alvarado St. (Traffic Control Point 2)
- **P:** To enable DHS operations at critical mobility control nodes

**Tentative Scheme of Maneuver:**

**Phase I: Planning:**
Begins: Operation brief from DHS.
Ends: DHS/1-18 CAV convoy depart Start Point (SP).

**Phase II: Movement:**
Begins: DHS/1-18 CAV convoy SP.
Ends: C-Troop crosses Alvarado Street.

**Phase III: Secure Federal Personnel:**
Begins: C-Troop crosses Alvarado Street.
Ends: DHS Incident Commander announces Limit of Advance EXCHECK.

**Phase IIIa: Establish Cordon**
Convoy ingress from freeway West along Wilshire, then using Routes Blue and Orange to establish DHS/DoD Blocking Position (BP) 1, BP2, Traffic Control Point (TCP) 1, and TCP2. DHS establish foot patrols on-line North to South, oriented East, along Park View North of Wilshire and East to West, oriented South on Wilshire. DoD Response forces collocated at BP1 and BP2; DHS QRF and MFF collocated with DHS C2 on Wilshire Blvd.

**Phase IIIb: PL Trojans/Wildcats:**
DHS clears East to Phase Line (PL) Trojans and South to PL Wildcats.

**Phase IIIc: PL Buckeyes/Bulldogs:**
DHS clears East to PL Buckeyes and South to PL Bulldogs.

**Phase IIIc: PL Lions/Gators:**
DHS clears East to PL, Lions and South to PL Gators.

**Phase IIIc: Alvarado St/7th St:**
DHS clears East to Alvarado St and South to 7th St.

**Phase IV: Exfiltration:**
Begins: DHS Incident Commander announces Limit of Advance EXCHECK
Ends: DHS/1-18 CAV personnel and equipment accounted for at JFTB Los Alamitos.

**BPs and TCPs will not prevent civilians from peacefully leaving the park**

5



**Operation Excalibur Executive Summary**

**Phase I: Planning/Rehearsal**

The above map is a portion of Joint Force Training Base – Los Alamitos. The airfield will depict the three parallel East-West running roads approximately the same length as Macarthur Park. Combined Law Enforcement and DoD rehearsals must be conducted NLT 02 1300 JUL 25.

DEFS_00002877



# Operation Excalibur Executive Summary

## Phase II: Movement – MacArthur Park

**Order of March**
1. C-Troop
2. HHT C2
3. A-Troop
4. B-Troop

**Primary: 75 min**

**Alternate: 80 min**

JFTB

**Conditions**
1. Order Brief Complete
2. Combined Rehearsals Complete
3. PCCs / PCIs Complete
4. Comms Rehearsal Complete

**Primary:**
West on Liberty, S on Gettysburg, West on Saratoga Ave (1 mile)
West on Orangewood Ave (.2 miles)
North on Los Alamitos Blvd (.3 miles)
West on Katella (.5 miles) **[CP 1]**
North on I (Interstate)-605 (9 miles) **[CP 2]**
    Intersection I-605 and SR (State Route)-91 **[CP 3]**
West on I-105 (6 miles) **[CP 4]**
North on I-710 North (10.6 miles) **[CP 5]**
West on SR-60 (5 miles) **[CP 6]**
North on SR-101 (13.2 miles) **[CP 7]**
    Intersection SR-101 and I-10 **[CP 8]**
South on I-110 (6 miles) **[CP9]**
West on Wilshire Blvd (2 miles) **[CP10]**
Rally Point (RP) at MacArthur Park **[CP 11]**

**Alternate**
West on Liberty, S on Gettysburg, West on Saratoga Ave (1 mile)
West on Orangewood Ave (.2 miles)
North on Los Alamitos Blvd (.3 miles)
West on Katella (.5 miles) **[CP 1]**
South on I-605 North (4 miles) **[CP 2]**
West on I-405 (12 miles) **[CP 20]**
    Intersection I-405 North and I-710 **[CP 21]**
North on I-110 (14 Miles) **[CP 22]**
    Intersection I-110 and I-105 **[CP 23]**
    Intersection I-110 and I-10 **[CP 24]**
West on Wilshire Blvd (2 miles) **[CP10]**
RP at MacArthur Park **[CP 11]**

**CP**= Checkpoint

7

DEFS_00002878

U.S. Army North (Fifth Army)     CUI     Strength of the Nation – Defend the Homeland

# Operation Excalibur Executive Summary



**Phase III: Secure Federal Personnel:**
Begins: C-Troop arrives Alvarado Street.
Ends: DHS Incident Commander announces Limit of Advance EXCHECK

**Phase IIIa: Establish Cordon**
Convoy ingress from freeway West along Wilshire, then using Routes Blue and Orange to establish DHS/DoD establish Blocking Position (BP) 1, BP2, Traffic Control Point (TCP) 1, and TCP2. DHS establish foot patrols on-line North to South, oriented East, along Park View North of Wilshire and East to West, oriented South on Wilshire. DoD Response forces collocated at BP1 and BP2; DHS QRF and MFF collocated with

- Unless reacting to contingency, DoD personnel remain mounted.
- DoD vehicles at blocking positions do not enter Wilshire Blvd inside of DHS BP (East of BP 1 and West of BP 2). O/O re-stage to provide static cover to Federal personnel if necessary.
- DoD vehicles at TCPs stage with five/six vehicles evenly distributed on each side of the corner at TCP1 (3 on Parkview and 2 on 7th) and six vehicles in column at TCP 2 on 7th, staying inside of the DHS cordon.

**NOTE: All CBP vehicle and agent task organization is pending final confirmation**

8



DEFS_00002880



DEFS_00002881



**DHS TCP 1**    **30JUN25**

# LES

DEFS_00002882



| | **DHS TCP 2** | **30JUN25** |

**LES**

CUI//LES

DEFS_00002883

## Operation Excalibur Executive Summary



**Phase IIa: Secure Federal Personnel:**
Begins: C-Troop arrives Alvarado Street.
Ends: DHS Incident Commander announces Limit of Advance EXCHECK

**Phase IIb: PL Trojans/Wildcats:**
DHS clears East to Phase Line (PL) Trojans and South to PL Wildcats.

**CBP "Clear" definition in this operation:** Dismounted presence patrol for consensual encounters across the entirety of a designated area

- Unless reacting to contingency, DoD personnel remain mounted.
- DoD vehicles at blocking positions do not enter Wilshire Blvd inside of DHS BP (East of BP 1 and West of BP 2). O/O re-stage to provide static cover to Federal personnel if necessary.
- DoD vehicles at TCPs stage with five/six vehicles evenly distributed on each side of the corner at TCP1 (3 on Parkview and 2 on 7th) and six vehicles in column at TCP 2 on 7th, staying inside of the DHS cordon.

**NOTE: All CBP vehicle and agent task organization is pending final confirmation**

13

# Operation Excalibur Executive Summary



DEFS_00002885



# Operation Excalibur Executive Summary

**Phase III: Secure Federal Personnel:**
Begins: C-Troop arrives Alvarado Street.
Ends: DHS Incident Commander announces Limit of Advance EXCHECK

**Phase IIId: PL Lions/Gators:**
DHS clears East to PL Lions and South to PL Gators.

**CBP "Clear" definition in this operation:** Dismounted presence patrol for consensual encounters across the entirety of a designated area

- Unless reacting to contingency, DoD personnel remain mounted.
- DoD vehicles at blocking positions do not enter Wilshire Blvd inside of DHS BP (East of BP 1 and West of BP 2). O/O re-stage to provide static cover to Federal personnel if necessary.
- DoD vehicles at TCPs stage with five/six vehicles evenly distributed on each side of the corner at TCP1 (3 on Parkview and 2 on 7th) and six vehicles in column at TCP 2 on 7th, staying inside of the DHS cordon.

**NOTE: All CBP vehicle and agent task organization is pending final confirmation**

15

# Operation Excalibur Executive Summary



**Phase III: Secure Federal Personnel:**
Begins: C-Troop arrives Alvarado Street.
Ends: DHS Incident Commander announces Limit of Advance EXCHECK

**Phase IIIc: Alvarado St/7th St:**
DHS clears East to Loading Zone E (Alvarado St) and South to Loading Zone S (7th St)

**CBP "Clear" definition in this operation:** Dismounted presence patrol for consensual encounters across the entirety of a designated area

- Unless reacting to contingency, DoD personnel remain mounted.
- DoD vehicles at blocking positions do not enter Wilshire Blvd inside of DHS BP (East of BP 1 and West of BP 2). O/O re-stage to provide static cover to Federal personnel if necessary.
- DoD vehicles at TCPs stage with five/six vehicles evenly distributed on each side of the corner at TCP1 (3 on Parkview and 2 on 7th) and six vehicles in column at TCP 2 on 7th, staying inside of the DHS cordon.

**NOTE: All CBP Vehicle and agent task organization is pending final confirmation**

16

U.S. Army North (Fifth Army) | CUI | Strength of the Nation – Defend the Homeland

# Operation Excalibur Executive Summary

## Phase IV: Movement - JFTB



**Order of March**
1. C-Troop
2. HHT C2
3. A-Troop
4. B-Troop

**Conditions**
1. 100% SI and Personnel Accountability

**Primary:**
West on Wilshire Blvd
North on Rampart Blvd (1 mile) **[CP 1]**
South on SR-101 (4 miles) **[CP 2]**
   Intersection SR-101 and I-10 **[CP 3]**
Merge on I-5 South (3 miles) **[CP 4]**
Merge on I-710 South (6 miles) **[CP 5]**
East on I-105 (3 miles) **[CP 6]**
South on I-605 (10 miles) **[CP 7]**
   Intersection I-605 South and SR-91 **[CP 8]**
East on Katella Ave (1.5 miles) **[CP 9]**
South on Los Alamitos Blvd (.5 miles) **[CP 10]**
East on Orangewood Ave (.5 miles)
RP on JFTB **[CP 11]**

**Alternate**
South on Alvarado St
East on 8th St (.3 miles) **[CP 1]**
South on I-110S (13.2 miles) **[CP 20]**
   Intersection I-110 South and I-105 **[CP 21]**
East on I-405 East (10.6 miles) **[CP 22]**
   Intersection I-405 East and I-710 **[CP 23]**
North on I-605 (2 miles) **[CP 24]**
East on Katella Ave (1.5 miles) **[CP 9]**
South on Los Alamitos Blvd (.5 miles) **[CP 10]**
East on Orangewood Ave (.5 miles)
RP on JFTB **[CP 11]**

Primary : 35 min

Alternate : 35 min

JFTB

**CP**= Checkpoint

17




| U.S. Army North (Fifth Army) | CUI | Strength of the Nation – Defend the Homeland |
|---|---|---|

# Operation Excalibur EXCHECK & Timeline

**1-18 CAV MACARTHUR PARK MISSION EXCHECK**

**Timeline of Major Events**
(in bold on the EXCHECK)

02 0900 JUL – Battalion Rehearsals
02 1300 JUL – Mission Decision Line
03 1140 JUL – Initiate Movement
**03 1300 JUL – Arrive Macarthur Park**
**03 1320 JUL – LEA conducts ops**
**03 1400 JUL – LEA actions complete**
**03 1430 JUL – All elements depart**
03 1600 JUL – All elements return to JTFB-LA

18

DEFS_00002889

 

| U.S. Army North (Fifth Army) | CUI | Strength of the Nation – Defend the Homeland |
|---|---|---|

# Operation Excalibur Executive Summary

## Concept of Medical



MacArthur Park
2230 W. 6th St, Los Angeles,

7th Street

S. Union

California Hospital
1401 S. Grand Ave, Los Angeles,

Venice Blvd

S. Hope St

**Time Distance Analysis:**
2.2 miles (10 minutes)

**DoD:** 1x FLA and 3x 68W (Medics) collocated with SQDN CP; 1 x FLA and 3 x 68W collocated at BP2
**Law Enforcement:** 40x BORTAC EMT/paramedics throughout AO MACARTHUR PARK
5x dedicated BORTAC EMT/paramedics collocated with 1-18 CAV CPs

**MEDEVAC HLZ:**
**P:** Soccer Field (11S LT 8214 6949)
**A:** Wilshire Blvd (11S LT 8218 6939)
**C:** Field S/W of OBJ (11S LT 8177 6917)

## Concept of Communication

**ONGOING COORDINATION:** BORTAC, TF-51 and 1-18 CAV continuing to coordinate for IA capable radios for key leaders in DoD support force. BORTAC providing 9 radios at rehearsal on 02 JUL 25.

**Law Enforcement Operation Commander:** BORTAC
**1-18 CAV Squadron Commander (SCO)** PII
**Location of Key Leaders:**
**SQDN CMDR:** Blocking Position 1 (BP1) Wilsher Blvd bridge
**S3:** BP2
**Command Relationship:**
Static position protection force provides Direct Support to Law Enforcement Agency at outer cordon positions. DoD QRF will only respond within the outer cordon.
**Succession of Command:** SCO, SQDN S3, Cherokee 6
**EXCHECK developed and will be used to track execution.**
**On-site C2 structure:** CP on Wilshire Blvd

| Interagency: | DOD: |
|---|---|
| P:Law Enforcement Officer | P: VHF |
| Radio TAC Channel | A: Law Enforcement Officer |
| A: Cell | Radio TAC Channel |
| C: Runner | C: Cell |
| | E: Runner |

19

 

| U.S. Army North (Fifth Army) | CUI | Strength of the Nation – Defend the Homeland |

# Operation Excalibur Executive Summary

## Emergency Rally Point (ERP)



Emergency Rally Point is located behind Los Angeles Fire Department Training Facility on Lookout Dr. Route: West on Wilshire Blvd, North on Rampart Blvd, South on SR-101, North on I-110, Exit 24B Stadium Bay, South on Stadium Bay, West Lookout Dr.



## Concept of Sustainment

**Logistics:**
1x DOS per vehicle
2x fuel cans per vehicle
1x fire extinguisher per vehicle
Vehicle BII carried in-vehicle

**CLV Lethal loadout:**
Soldiers: 3 x 30 round magazine 5.56 mm for M4
Leaders: 40 x rounds 9mm for sidearm

**CLV Less-Lethal Munitions (LLM):**
LLM distribution for Law Enforcement Officers only at each checkpoint

## Recovery

2 Recovery assets - 1 x M984A4 HEMMT WKR staged at Blocking Position 1 and 1 x M1089A1 LMTV WKR staged at FMS06 Bell, California. FMS06 Bell, California is 12 miles (30 minutes) from MacArthur Park.

20

DEFS_00002891




| U.S. Army North (Fifth Army) | CUI | Strength of the Nation – Defend the Homeland |
|---|---|---|

# Operation Excalibur Executive Summary

## Risk Assessment

**Initial Risk to Mission: HIGH**

Hazards:
- Crowd volatility and density in a politically sensitive urban location may disrupt unit ability to maintain fixed-site security and secure mobility corridors.
- Limited information of the area reduces situational awareness and precision in positioning mounted/dismounted security.
- BORTAC and/or Interagency (IA) command friction could create confusion over task ownership or trigger delays in execution.
- Execution of simultaneous operations on day of execution could increase complexity on the ground, disrupt movement, commit QRFs and otherwise impede mission.
- Media presence and public option may constrain tactical flexibility or introduce external pressure on SRUF decisions.
- Day and time of planned operation on 3 July; risk of activity prior to holiday weekend can increase risk of large-scale protest simultaneous to or immediately following operation.

Mitigations:
- Conduct integrated CONOP development and joint tactical rehearsals with DHS/BORTAC and other lead agencies.
- Position QRF and mobile elements with redundant access routes and clear HLZs for rapid repositioning.
- Synchronize SRUF understanding across all echelons; push public affairs guidance to team leaders.
- Pre-stage interagency liaisons at unit CPs to facilitate real-time coordination.
- Use of FBI OSINT and CBP UAV to enhance situational awareness of conditions at the park.

**Residual Risk: MODERATE**

**Initial Risk to Force: EXTREMELY HIGH**

Hazards:
- Unfamiliar partners and unclear task boundaries during a live urban operation increase the risk of miscommunication or fratricide.
- BORTAC and/or IA personnel may lack familiarity with DoD fire control measures, signal plans, or reaction drills.
- Close proximity to civilians during crowd management introduces potential for unintentional escalation or collateral injury.
- No DoD less-than-lethal munitions capability and a challenging SRUF environment at the troop level may elevate risk during confrontation.
- Risk that accidental harm to civilians or children (under 18) resulting from self defense alters public perception, potentially lowering support for DoD or triggering deliberate targeting or doxxing and potential acts of violence.
- MS-13 elements are assessed to occupy elevated terrain (apartment complex) overlooking the operational area.
  - This location offers line-of-sight to key positions and enables potential overwatch or interference with the entire operation, particularly affecting observation, fires, and the safety of personnel at or near the outer cordon. [UPDATE] Recent terrain analysis indicates that low elevation of park relative to surrounding area partially mitigates this risk by partially obstructing line of site to the park from adjacent building. Additionally, IA intel suggests that likelihood of MS-13 attempts to use lethal force in response to operation on objective are extremely low, with more likely action being to flee or avoid the park for the duration of the operation.

Mitigations:
- Conduct full dress rehearsals on 1:1 scale area with BORTAC/IA personnel to verify communication protocols and shared understanding of tactical boundaries.
- Integrate DoD liaisons into BORTAC/IA formations or command posts to ensure deconfliction.
- Reinforce SRUF and escalation-of-force training during staging, though challenging SRUF environment remains.
- Employ layered force posture with QRF offset from primary protestor engagement points.
- Medical assets staged forward; conduct buddy aid and CASEVAC drills pre-mission.

**Residual Risk: HIGH**

**Risk of Inaction: LOW**

Assessment:
- Current intelligence does not indicate a high-value target or threat to federal functions at this location.
- No indication that failure to act would result in loss of life or significant property damage.
- Expected law enforcement action is limited in scale, with few detainees anticipated and no high-risk warrants involved.
- Operation not informed by time-sensitive intelligence or part of an integrated targeting cycle.

> **Conclusion:** *Although inaction carries little immediate risk, it could weaken the public's perception of federal responsiveness and reduce deterrence in other areas if the federal presence seems limited or absent.*

21



DEFS_00002893

**GUIDANCE / QUESTIONS / COMMENTS**



23

DEFS_00002894

| U.S. Army North (Fifth Army) | CUI | Strength of the Nation – Defend the Homeland |
|---|---|---|

**Backup Slides**



24

DEFS_00002895