# EXHIBIT 19
# REDACTED



(U) Criminal Threat Levels:

LOW: Indicates little or no credible evidence of a threat to the DoD asset or immediate area of the asset
MODERATE: Indicates a potential threat to the DoD asset or the immediate area where the asset is located
SIGNIFICANT: Indicates a credible threat against the DoD asset or the immediate area where the asset is located
HIGH:  Indicates an imminent threat against the DoD asset or the immediate area where the asset is located

Hospital Information:

Closest Trauma Facility is PIH Health Good Samaritan Hospital 0.7 miles, 4 min drive,
- Next closest Dignity Health – California Hospital Medical CTR 2.3 miles, 9 min drive

Closest Level I Trauma Facility is LOS ANGELES GENERAL MEDICAL CENTER LOS ANGELES, CA 90033
BEDS: 600
ADULT LEVEL I
15 min (5.1 mile)
East of MacArthur Park
- Next closest is CEDARS-SINAI MEDICAL CENTER LOS ANGELES, CA 90048
BEDS: 915
ADULT LEVEL 1
22 min (6.9 mile)
West of MacArthur

DEFS_00002962



TF-51 Protection
Cultural/Public Considerations (MacArthur Park)
Los Angeles, CA

(CUI) Threat Narrative: MS-13 likely represents the greatest foreign threat to US personnel IVO McArthur Park. McArthur Park is known to be under control of MS-13 transnational criminal gang recently designated at Foreign Terrorist Organization (FTO). MS-13 is known to use extreme violence when targeting individuals. MS-13 is most likely armed with small arms that may have been smuggled into the US. Separately, foreign malign actors may seek to instigate protestors towards violence through information operations or through embedded operatives.

Population
Local Population density is High; Estimate is nearly 20,000 People live in the adjacent blocks to MacArthur Park. Majority of Buildings are Mixed-Use Commerical/Residential with Medium to High Density.

Important Landmarks
1) Consulate General of Mexico in Los Angeles
2) Department of Public Social Services, County of Los Angeles
3) Charles White Elementary School
4) MacArthur Elementary School
5) Grandview Retirement Center
6) Harold McAlister High School
7) Solidad Charter School

*NORTHCOM's Theater Army*  *Violence of Action*

(U) Criminal Threat Levels:

LOW: Indicates little or no credible evidence of a threat to the DoD asset or immediate area of the asset
MODERATE: Indicates a potential threat to the DoD asset or the immediate area where the asset is located
SIGNIFICANT: Indicates a credible threat against the DoD asset or the immediate area where the asset is located
HIGH: Indicates an imminent threat against the DoD asset or the immediate area where the asset is located





(U) Criminal Threat Levels:

LOW: Indicates little or no credible evidence of a threat to the DoD asset or immediate area of the asset
MODERATE: Indicates a potential threat to the DoD asset or the immediate area where the asset is located
SIGNIFICANT: Indicates a credible threat against the DoD asset or the immediate area where the asset is located
HIGH:  Indicates an imminent threat against the DoD asset or the immediate area where the asset is located