# EXHIBIT 20
# REDACTED

| From: | Harrington, William B CIV USARMY ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | PII |
| Sent: | 6/11/2025 10:28:26 AM |
| To: | PII    COL USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | PII |
| Subject: | FW: 10 JUN 25 End of Day Update |

WILLIAM B. HARRINGTON
Deputy Chief of Staff / Emergency Management Specialist
Task Force 51, U.S. Army North (Fifth Army)

PII



**From:** Harrington, William B CIV USARMY ARNORTH (USA)
**Sent:** Tuesday, June 10, 2025 7:48 PM
**To:** Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) < PII >
**Cc:** PII MAJ USARMY ARNORTH (USA) < PII > COL
USARMY NORAD-USNC ARNORTH (USA) < PII > LTC USARMY
ARNORTH (USA) PII K SFC USARMY ARNORTH (USA)
<joseph.k.konieczny.mil@army.mil>
**Subject:** 10 JUN 25 End of Day Update

Sir,

Updated DRAFT End of Day Update for your review. As of 101417JUN25. I'll update again later this
afternoon and re-send but wanted to get this to you early for your comments in the Coordination and Logistics
sections of the update.

------------------------------------------------------------------------

**As of: 101730JUN25**

**Total pax on ground: 2,870**
o TF-51 pax on ground: 27 (includes 2 from DCE Region IX)
o 79th IBCT pax on ground: 2,112
• JFTB Los Alamitos: 1,758
• Paramount: 145
• Wilshire Fed Bldg: 106
• Downtown LA: 103
o 2/7 MEB pax on ground: 731
• Seal Beach: 721

- Twentynine Palms: 10

**RFAs**:

Total RFAs Issued: 9

Active RFAs: 3

- RFA 6: HSI/ICE, 2 pax, force protection
- RFA 7: FBI, 100 pax, non-tactical transportation / short notice force protection
- RFA 8: HSI, 35 pax, force protection of Federal building

RFAs Pending Approval: 2

- RFA 1: CBP, 1 pax, coordinate movement of large numbers of supplies / non-lethal munitions between CBP locations
- RFA 9: ICE, 1 pax, support interagency Public Affairs coordination

RFAs Canceled: 2

- RFA 3: ICE, 16 pax, 4 HMMWVs, provide force protection of ICE agents conducting Title 8 arrests
- RFA 4: CBP, 50 pax, provide force protection of CBP officers conducting riot control

Completed RFAs: 1

- RFA 2: CBP, 30 pax, provide force protection of Santa Ana ICE facility
- RFA 5: HSI/ICE, 300 pax, 25 veh, transportation / force protection, reserve at JFTB

**Past 24 Ops Summary:**

79th IBCT:

- 1,974 completed SRUF training to date
- 1,586 completed CDO training to date
- Protects federal buildings at Paramount, FBI Building (Downtown LA), Wilshire Federal Building
- Support search warrant operations
- Conducts security operations at the Civic Center

2/7 MEB:

- Completed movement from Camp Pendleton to Seal Beach and Twentynine Palms

**Next 24 Ops Summary:**

79th IBCT:

- Protects federal buildings at Paramount, FBI Building (downtown LA), Wilshire Federal Building
- Supports search warrant operations
- Conducts security operations at the Civic Center

2/7 MEB:

- Conducts CDO training (completion o/a 13 JUN)

**Coordination:**

- 

**Logistics:**

79th IBCT:

- Notice to proceed issued for both JTFB Los Alamitos and Armory IVO Inglewood
- IOC is 500 PAX capacity by evening THUR, 12 JUN, FOC of 2,000 pax capacity by TUE, 17 JUN
- ROM is $6.3M for mobilization, demobilization, and week1; $4.5M per week thereafter

Sir, pending your questions/comments.

DEFS_00003010

WILLIAM B. HARRINGTON
Deputy Chief of Staff / Emergency Management Specialist
Task Force 51, U.S. Army North (Fifth Army)

PII

