# EXHIBIT 22
# REDACTED

TASK FORCE - 51
LOS ALAMITOS, CA 90720
1800 PDT 30 June 2025
Copy___of___copies

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(U) References:

    a. through ww No Change.

    xx. (CUI) **[ADD]** TASK FORCE- 51 FRAGORD **21** TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA

(U) Task Organization

1. (U) **Situation**.

    a. (CUI) General. Numerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other U.S. Government (USG) personnel who are performing Federal functions and supporting the execution of Federal immigration laws. In addition, violent protest threatens the security of, and significant damage to Federal immigration detention facilities and other Federal property. To the extent that protest or acts of violence directly inhibit the execution of laws, they constitute a form of rebellion against the authority of the USG.

    (1) (CUI) Due to these incidents, POTUS called into Federal service members and units of the National Guard (NG) under Title 10 U.S.C. 12406 (Ref b; WH Memo to SECDEF) to temporarily protect ICE and other USG personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property at locations where protest against these functions are occurring or are likely to occur based on current threat assessments and planned operations.

    (2) (CUI) Additionally, POTUS directed and delegated actions as necessary for the Secretary of Defense (SECDEF) to coordinate with the Governors of the States, and National Guard Bureau (NGB) in identifying and ordering into Federal service the appropriate members and units of the NG under this authority.

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

b. (U) <u>Joint Operations Area (JOA)</u>. Los Angeles County, extending north to include Marine Corps Air Ground Combat Center, 29 Palms, in San Bernardino County in the state of California.

c. (U) <u>Friendly Forces.</u>

(1) (CUI) <u>Commander, U.S. Northern Command (CDRUSNORTHCOM) Mission.</u> USNORTHCOM conducts operations, as required, by the Lead Federal Agency to protect Federal property and personnel executing assigned Federal functions.

(2) (U) <u>Commander, U.S. Army North (CDRUSARNORTH) Mission.</u> On order (O/O), U.S. Army North (USARNORTH) conducts Defense Support of Civil Authorities (DSCA) operations within the USNORTHCOM Area of Responsibility (AOR), specifically in Los Angeles County and surrounding areas, to protect Federal property and personnel, enable the continued execution of Federal functions, and support Lead Federal Agencies (LFA) in restoring civil order.

d. (U) The following installations are designated as Base Support Installations (BSI), Incident Support Base (ISB), Federal Staging Area (FSA) or Federal Teams Staging Facility (FTSF).

(1) (U) Joint Forces Training Base (JFTB) Los Alamitos, CA (BSI). (*Pending Service Concurrence).*

(2) (U) Bell Armed Forces Reserve Center (BSI), Rickenbacker Road location, (Service Concurrence*).*

(3) (U) Los Angeles Air Force Base (LAAFB) (BSI) (Service Concurrence*).*

(4) (U) Marine Corps Air Ground Combat Center (MCAGCC) Twentynine Palms (BSI). (*Pending Service Concurrence).*

(5) (U) Naval Weapons Station (NWS) Seal Beach (BSI). (Service Concurrence*).*

(6) (U) Marine Corps Base (MCB) Camp Pendleton, CA (BSI). (Service Concurrence*)*.

(7) (U) Naval Base Ventura County (NBVC), CA, (BSI) (Service Concurrence).

(8) (U) March Air Reserve Base (ARB), CA, (BSI). (Service Concurrence*).*

(9) (U) Camp Roberts, CA, (BSI). (Pending Service Concurrence).

(10) (U) Upland Reserve Center, CA (BSI). (Pending Service Concurrence).

e. (CUI) <u>Active Requests for Assistance (RFA) Mission Assignments</u>:

DEFS_00003581

CUI

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(1) (CUI) RFA #2 ICW ICE as an enduring task: Request 30 pax to provide personnel and facility protection at Santa Ana ICE facility. *(IN PROGRESS)*

(2) (CUI) RFA #5 Force Protection ICW ICE: requested 300 Pax to provide force protection (100 pax to LAX Cargo to assist with personnel transport, 100 pax, 25 vehicles to conduct force protection around AOR,100 pax, at JFTB, in reserve) **(IN PROGRESS)**

(3) (CUI) RFA #10 ICW ICE: Requests 100 pax to provide facility and personnel protection at their ICE Adelanto detention Center, against protestors and other disruptors. **(IN PROGRESS)**

(4) (CUI) RFA #29 Mission Support, CBP Requests 2 x PLT CO (-) to provide force protection for Agents in continuation of RFA 12. **(IN PROGRESS)**

(5) (CUI) RFA #30, Facility protection ICW HSI, enduring: HSI requests a company sized element Mobile Response Force (MRF) to support the following Federal locations, in the event of large protests: (1) 11000 Wilshire BLVD (FBI Headquarters LA) (2) 6319 Alondra BLVD , Paramount, Ca, (3) 300 N Los Angeles St (Downtown Federal Facility), (4) 34 Civic Center Plaza Santa Ana, CA 92701, (5) 501 W Ocean BLVD Long Beach, (6) 1001 S. Seaside Ave, San Pedro CA 90731-0208 (Coast Guard Facility). **(IN PROGRESS***)*

(6) (CUI) RFA #34 Mission Support, CBP Requests 2 x Platoons to provide perimeter patrols ISO protecting federal facilities, IVO US Coast Guard Facility at 1001 S. Seaside Ave, San Pedro CA. **(IN PROGRESS)**

(7) (CUI) RFA #37, O/O 49MP BDE will provide 2x SQDs (approx. 24 pax) to HSI team leader IOT provide Force Protection to LE personnel and federal functions for approved DHS mission packets. **(IN PROGRESS)**

(a). (CUI) RFA 37.1 49MP BDE provides 1 x PLT to HSI team leader IOT provide Force Protection to LE personnel and federal functions for approved DHS mission packets. **(IN PROGRESS)**

(8) (CUI) RFA #38, Provide CO (-) as MRF for Lead Federal Agency.

(a) (CUI) RFA 38.2, 49 MP BDE provides CO (-) to provide force protection during LFA low-risk service warrant across 2 locations. **(IN PROGRESS)**

(b) (CUI) RFA #38.3, Provide a company (-) sized element to serve as the area 1 MRF ISO the lead federal agency from 30JUN2025 to 12JUL2025 at the Wilshire Federal Building.

(c) (CUI) RFA #38.4, Provide a company (-) sized element to serve as the area 2 MRF ISO the lead federal agency from 30JUN2025 to 12JUL2025 at the Bell Armed Forces Reserve Center.

CUI

DEFS_00003582

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

     (d) (CUI) RFA #38.5, O/O Provide a company (-) sized element to serve as the area 3 MRF ISO the lead federal agency from 30JUN2025 to 12JUL2025 at the Upland Armed Forces Reserve Center.

     (e) (CUI) RFA #38.6, Provide a company (-) sized element to serve as the area 4 MRF ISO the lead federal agency from 30JUN2025 to 12JUL2025 at LA AFB.

     (f) (CUI) RFA #38.7, Provide a company (-) sized element to serve as the area 5 MRF ISO the lead federal agency from 30JUN2025 to 12JUL2025 at JTFB LA.

   (9) (CUI) RFA #42, provide company size formation to support Domestic Civilian Law Enforcement agencies at Federal building located at 300 North Los Angeles Street, Los Angeles, CA, 90012 (to include Edward Roybal Federal Building), and IOT protect personnel and property.

     (a) (CUI)RFA #42.1, 2/7 Marine Regiment, provides company size formation to support Domestic Civilian Law Enforcement agencies with 100 personnel at Federal building located at 300 North Los Angeles Street, Los Angeles, CA, 90012 (to include Edward Roybal Federal Building), and IOT protect personnel and property.

     (b) (CUI) RFA #42.2, 49 MP BDE provides facility protection 02-06 July 2025 ISO 3/7 Marines. Provide company(-) personnel for site security at 300 North Los Angeles Street, Los Angeles, CA, 90012 (to include Edward R. Roybal Federal Building) to prevent unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site.

   (10) (CUI) RFA #43, Support Domestic Civilian Law Enforcement agencies at Paramount facility IOT protect personnel and property.

     (a) RFA #43.1 2/7 Marine Regiment, provides 100 personnel to support Domestic Civilian Law Enforcement agencies at Paramount facility IOT protect personnel and property.

     (b) (CUI) RFA #43.2, 49 MP BDE provides facility protection 02-06 July 2025 ISO 3/7 Marines. Provide company (-) personnel for site security at Paramount Facility to prevent unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site.

   (11) (CUI) RFA #44, Support Domestic Civilian Law Enforcement agencies at Federal building located at 11000 Wilshire Blvd, Los Angeles, CA 90024 IOT protect personnel and property.

     (a) (CUI) RFA #44.1, 2/7 Marine Regiment, provides 100 personnel to support Domestic Civilian Law Enforcement agencies at Federal building located at 11000 Wilshire Blvd, Los Angeles, CA 90024 IOT protect personnel and property.

DEFS_00003583

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

    (b) (CUI) RFA #44.2, 49 MP BDE provides facility protection 02-06 July 2025 ISO 3/7 Marines. Provide company (-) personnel for site security Federal building located at 11000 Wilshire Blvd, Los Angeles, CA 90024 IOT protect personnel and property.

f. (CUI) Completed Requests for Assistance (RFA):

    (1) (CUI) RFA #6 Force Protection ICW ICE: requested 2 Pax to provide force protection ISO ICE.

    (2) (CUI) RFA #7 ICW Lead Federal Agency (LFA) as an enduring task: Requests an INF company to be assigned to FBI to provide force protection. Non-tactical transportation (10x rented Sprinter Vans) is mission requirement due to OPSEC concern and terrain (narrow streets/congestion).

    (3) (CUI) RFA #8 Force and Facility Protection ICW HSI: requested 35 personnel to provide site security and force protection for a federal building IVO 501 W Ocean Blvd Long Beach.

    (4) (CUI) RFA #11 Force Protection ICW ICE: Requested 1x platoon to provide force protection for ICE agents IVO JFTB.

    (5) (CUI) RFA #12 Force Protection ICW ICE: Requested 1x platoon to provide force protection for ICE agents IVO JFTB.

    (6) (CUI) RFA #14 Facility protection ICW HSI: Requested 100 personnel to provide facility protection for expected protest.

    (7) (CUI) RFA #16 Facility protection ICW ICE: requested personnel to provide protection IVO USCG facility 2001 S Seaside Ave San Pedro, CA during ICE operations.

    (8) (CUI) RFA #18 Facility protection ICW ICE: requested personnel to provide protection IVO 5601 Casitas Pass Rd, Carpinteria, CA 93013 during ICE operations.

    (9) (CUI) RFA #22 Provide Facility Protection NLT 140900JUN25 ICW US Marshal Service (USMS): Provide 100 PAX for a MRF to provide fixed site security for construction of protective fencing at a Federal Courthouse IVO 350 W First St Los Angeles.

    (10) (CUI) RFA #24: Provide Planners (79th IBCT Operations Planner) and 79th IBCT senior leader for Federal Head synchronization meeting 13JUN25 ISO LFA operations.

    (11) (CUI) RFA #26 Force protection ISO DEA to provide force protection to DEA personnel, while it conducts a search warrant operation on associated parcels in close proximity.

    (12) (CUI) RFA #27 Mission Support, Force Protection ICW ICE: provide 100 pax, 25 vehicles to conduct force protection around AOR and assist with personnel transport.

DEFS_00003584

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

      (13) (CUI) RFA #28 Mission Support, CBP Requests 1x Platoon to provide force protection for Agents in continuation of RFA 11.

      (14) (CUI) RFA #35 Mission Support, O/O 79 IBCT Provide perimeter patrol in support of protecting Federal facilities (fixed site security). Purpose: To ensure hasty staging points in support of operations having adequate security.

      (15) (CUI) RFA #38.1 Force Protection, provide perimeter security to allow federal agents to exit a vehicle collision site.

      (16) (CUI) RFA #45, provide static interagency site protection, mounted mobile security, and JFLCC Reserve support to IA partners within the Los Angeles Joint Operations Area (JOA).

  g. (CUI) <u>Cancelled Requests for Assistance</u>:

      (1) (CUI) RFA #28 Mission Support, CBP Requests 1x Platoon to provide force protection for Agents in continuation of RFA 11.

      (2) (CUI) RFA #20: Mission Support, requests a dedicated transport helicopter (with pilot and crew) capable of transporting up to 12 PAX. Helicopter will be used to quickly transport Mobile Response Force (MRF) composed of Federal Law Enforcement Officers within the Joint Area of Operations (JAO).

      (3) (CUI) RFA #9 Provide mission support ICW ICE: provide 1x Public Affairs representative to provide videos of ICE activities in conjunction with already planned DOD public affairs activity.

      (4) (CUI) RFA #36, Provide 10 x SQDs to 10 - Inter-agency team leads ISO force protection: each DHS/CBP Team Lead will have SQD in DS to their approved mission.

      (5) (CUI) **[ADD] RFA #46, O/O provide a PLT sized MRF ISO CBP on 01JUL25.**

2. (CUI) **<u>Mission</u>.** Task Force – 51 deploys and assumes Command and Control (C2) of T-10 Forces, executes Joint Reception Staging Integration and Onward (JRSOI) Movement of T-10 Forces IOT provide protection of U.S. Immigration and Customs Enforcement (ICE) and other U.S. Government (USG) personnel and property at locations where protests are occurring in Los Angeles County in order to (IOT) restore law and order.

3. (U) **<u>Execution</u>.**

  a. (CUI) <u>Commander's Intent</u>. Rapidly and effectively provide Command and Control (C2) to support the execution of Civil Disturbance Operations (CDO) IVO Los Angeles, CA; restore law and order in order to (IOT) return NG forces back to C2 of the State of California.

DEFS_00003585

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(1) (CUI) Purpose. Protect USG personnel and property ISO DHS/ICE operations in vicinity of (IVO) Los Angeles, CA.

(2) (CUI) End State. CANG forces return to State C2; Federal personnel and property protected.

b. (U) Concept of Operations.

(1) (CUI) Starting on 08 June 2025, TF-51 serves as the C2 element and executes the execution of Joint Reception, Staging, Onward-movement and Integration (JRSOI) tasks for 79 IBCT forces. Critical to this mission is the training/briefing of SRUF in accordance with (IAW) CJCSI 3121.01B, (Ref d). TF-51 assumes Operational Control (OPCON) of approximately ~2,000 personnel from the 79 IBCT (CANG) and be prepared to (BPT) assume Tactical Control (TACON) of one (1) U.S. USMC battalion from I MEF currently on 24-hour Prepared to Deploy Order (PTDP N+24).

(2) (CUI) TF-51 coordinates with the Department of Justice (DoJ) / Federal Bureau of Investigation (FBI) and DHS/ICE to identify tasks, locations and priorities for DoD support.

c. (U) Tasks to Subordinates Units.

(1) (U) **Defense Coordinating Officer/Elements (DCO/E).**

(a) (U) **Defense Coordinating Officer/Elements (DCO/E) Region 9.**

1. (U) Serve as lead DCO/E to interface between DoD and DoJ and DHS.

2. (CUI) No later than (NLT) 11 June 2025, deploy DCO and two (2) core personnel and to Joint Operations Area (JOA).

3. (U) Coordinate with USARNORTH G-33 Plans/DCO Synchronization Team (DST) for any Emergency Preparedness Liaison Officer (EPLO) requirements. BPT accept OPCON/TACON of Service Regional Emergency Preparedness Liaison Officer (REPLO), and State Emergency Preparedness Liaison Officer (SEPLO), as requested/required.

a. (CUI) Approving authority for SFB is COL [PII]. Commander ( [PII] ) POC at installation is Special Agent [PII].

b. (CUI) ICE SDDO's: [PII] [PII] [PII].

(2) (U) **79th Infantry Brigade Combat Team (IBCT).**

DEFS_00003586

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

     (a) (CUI) Provide Support to Domestic Civilian Law Enforcement agencies at ICE facility located at 6319 Alondra Boulevard, Paramount, CA, 90723 IOT protect personnel and property. Facilitate relief in place (RIP) with 2 Battalion, 7th Marine Regiment beginning 13 JUN 2025 and complete NLT 14 JUN 2025.

     (b) (CUI) Provide Support to Domestic Civilian Law Enforcement agencies at Federal building located at 11000 Wilshire Blvd, Los Angeles, CA 90024 IOT protect personnel and property. Facilitate relief in place (RIP) with 2 Battalion, 7th Marine Regiment beginning 12 JUN 2025 and complete NLT 13 JUN 2025.

     (c) (CUI) Provide Support to Domestic Civilian Law Enforcement agencies at Federal building located at 300 North Los Angeles Street, Los Angeles, CA, 90012 (to include Edward R. Roybal Federal Building), and IOT protect personnel and property. Facilitate relief in place (RIP) with 2 Battalion, 7th Marine Regiment beginning 14 JUN 2025. Continue to provide Company (-) to support 2/7 Marines at Edward R. Roybal Federal Building due to increased protest activity at the site until 16JUN2025.

     (d) (CUI) Provide two (2) Liaison Officers (LNO) to the IACP.

     (e) (CUI) Provide one (1) LNO to TF-51 Headquarters.

     (f) (CUI) Provide movement reports including Date/Time/Group (DTG) of departure/arrival, location, and number of personnel and equipment to [PII] [PII]

     (g) (CUI) NLT 15JUN2025 provide two (2) MI Soldiers to serve as analysts in the Protection Fusion Cell located at TF-51. Submit Detail of MI Soldiers from Intelligence Duties Memorandum for approval through BDE CDR to TF-51 CDR.

     (h) (CUI) Provide transportation support for up to three companies of 2 Battalion, 7th Marine Regiment from 16 JUN 2025-UTC to and from JTFBLA and the Federal buildings located at 300 North Los Angeles Street, 11000 Wilshire Blvd, the ICE facility located at 6319 Alondra Boulevard, Paramount, CA, 90723, and fixed site security locations within Los Angeles JOA.

     (i) (CUI) Designate a company-sized security element to provide Base Defense Augmentation and security to Joint Forces Training Base Los Alamitos ICW installation SECFOR. Provide CONOP for base defense overlay to TF-51 G3 NLT 130900JUN2025.

     (j) (CUI) Receive one (1) O-3 and (1) E-6 (or higher) to serve as the Protection OIC/NCOIC to 49th IBCT beginning 15JUN25.

     (k) (CUI) Execute the following RFAs in support of Lead Federal Agency (LFA):

       1. (CUI) RFA #2 ICW ICE as an enduring task: Request 30 pax to provide personnel and facility protection at Santa Ana ICE facility.

DEFS_00003587

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

    2. (CUI) RFA #5 Force Protection ICW ICE: requested 300 Pax to provide force protection (100 pax to LAX Cargo to assist with personnel transport, 100 pax, 25 vehicles to conduct force protection around AOR,100 pax, at JFTB, in reserve)

    3. (CUI) RFA #10 ICW ICE: Requests 100 pax to provide facility and personnel protection at their ICE Adelanto detention Center, against protestors and other disruptors.

    4. (CUI) RFA #30, Facility protection ICW HSI, enduring: HSI requests a company sized element MRF, to support the following Federal locations, in the event of large protests: (1) 11000 Wilshire BLVD ( FBI Headquarters LA) (2) 6319 Alondra BLVD , Paramount, Ca, (3) 300 N Los Angeles St (Downtown Federal Facility), (4) 34 Civic Center Plaza Santa Ana, CA 92701, (5) 501 W Ocean BLVD Long Beach, (6) 1001 S. Seaside Ave, San Pedro CA 90731-0208 (Coast Guard Facility).

    5. (CUI) RFA #34 Mission Support, CBP Requests 2 x Platoons to provide perimeter patrols ISO protecting federal facilities, IVO US Coast Guard Facility at 1001 S. Seaside Ave, San Pedro CA.

    (l) (CUI) IAW NORTHCOM directive, upon receipt of CDO Force Protection Shields, aka Riot Shields, cover the words and labels displaying "CALIFORNIA NATIONAL GUARD' with 100mph Tape, Olive Drab, NSN 7510-00-266-501 or commercial equivalent.

    (m) (CUI) Provide a CO(-) NLT 191000JUN25 IOT augment 2/7 Marines assigned to the Edward R. Roybal Federal Building, 255 E Temple St, Los Angeles, CA 90012.

    (n) (CUI) Execute a unit refit within the following parameters: (1) Units will maintain at least 50% strength. (2) ensure all RFAs and emerging requirements are executed (3) provide a Refit CONOP NLT 191200JUN2025 to the TF-51 G3 via email: **PII**

    (o) (U) Identify and provide 1x planning team **NLT 240900PDTJUN2025** to the TF-51 Demobilization Operational Planning Team (OPT). This team will meet weekly via teams on Monday, Wednesday, and ~~Fridays~~, at 1330PDT. Submit points of contact to CPT **PII** TF-51 G3 Plans **PII**

    1. (u) Join the meeting by clicking here: TF-51 OPT: Demobilization

    (p) Effective immediately the 79th Infantry Brigade Combat Team will use the following authorized mailing address for all official postal operations: **4522 Saratoga Ave, Los Alamitos, CA 90720**. All designated mail handlers and mail carriers must complete mandatory postal operations training provided by their respective brigade S1 sections (Enclosure 24: FPM 25 Postal Training). Training must be completed prior to performing any mail-handling duties

DEFS_00003588

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(q) (CUI) RFA #45, provide static interagency site protection, mounted mobile security, and JFLCC Reserve support to IA partners within the Los Angeles Joint Operations Area (JOA).

1. 291430JUN25 Conduct a concept of the operation brief to the TF51 CG. Submit read ahead to TF51 G3 deputy CPT **[PII]** NLT 291200JUN25. Briefing will be held in person at 40 ID G3 Conference room.

(r) (U) **[CHANGE]** Initiate REFRAD/release of SMs assigned to TF RATTLESNAKE for return to home station NLT 03 July IOT ensure sufficient readiness for wildland fire fighting. Report completion to TF-51 G1.

(s) (U) NLT 010500JUL25, 79th IBCT will establish 24-hour shower guards to prevent ongoing misuse in the contracted showers and to maintain soldier readiness, overall health, and safety at JTB-Los Alamitos. See ENCLS 27 for guard instructions and points of Contact.

(t) (CUI) RFA #47, provide static interagency site protection for Federal Courthouse 03-07JUL25. Unit will not remain overnight.

(3) (U) **2 Battalion, 7th Marine Regiment.**

(a) (CUI) FWD Deploy to Naval Weapons Station Seal Beach ISO CDO.

(b) (CUI) Execute CDO training and report training completion to TF-51.

(c) (CUI) Provide capabilities tracker / break-down to TF-51.

(d) (CUI) Provide Support to Domestic Civilian Law Enforcement Agencies IOT protect federal personnel and property.

(e) (CUI) Complete RIP/TOA with 3/7 Marines NLT 01 02JUL25 IOT facilitate 3/7 Marines assumption of Security IVO the Federal building and Interagency Command Post (IACP) located at 11000 Wilshire Blvd, Los Angeles, CA 90017 with 1x company to prevent unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site (now formalized as RFA 44.1).

(f) (CUI) Complete RIP/TOA with 3/7 Marines NLT 02JUL25 IOT facilitate 3/7 Marines assumption of Security IVO the ICE facility located at 6319 Alondra Boulevard, Paramount, CA, 90723 to prevent unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site (now formalized as RFA 43.1).

(g) (CUI) Complete RIP/TOA with 3/7 Marines NLT 02JUL25 IOT facilitate 3/7 Marines assumption of Security IVO Federal buildings located at 300 North Los Angeles Street, Los Angeles, CA, 90012 (to include Edward R. Roybal Federal Building) to prevent

DEFS_00003589

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site (now formalized as RFA 42.1).

(h) (CUI) Establish and maintain a platoon-sized strategic reserve within the Los Angeles County area to provide rapid reinforcement or containment in response to emerging threats of escalation or unrest.

(i) (CUI) Designate a platoon-sized security element to secure augment support at Naval Weapons Station Seal Beach. (DIRLAUTH) is authorized with installation command team.

(j) (CUI) Direct Liaison Authorized (DIRLAUTH) is granted with 79 IBCT and Lead Federal Agency (LFA) points of contact for each Request for Assistance (RFA).

(k) (CUI) Coordinate with 79 IBCT to facilitate transportation to and from JTFBLA and the Federal buildings located at 300 North Los Angeles Street, 11000 Wilshire Blvd, the ICE facility located at 6319 Alondra Boulevard, Paramount, CA, 90723, and fixed site security locations within Los Angeles JOA beginning 16JUN2025-UTC.

(l) (CUI) **NLT** 15JUN25 Provide one (1) Marine to support TF-51 Headquarters Protection Fusion Cell located at TF-51. If designating military intelligence personnel, submit a Detail of MI Soldiers from Intelligence Duties Memorandum for approval through BN CDR to TF-51 CDR.

(m) (CUI) Provide one (1) Liaison Officer (LNO) to TF-51 Headquarters beginning 15JUN25.

(n) (CUI) Priorities of planning:

1. (CUI) Reinforce any Federal Installations in the JOA.

2. (CUI) Rapidly establish perimeter security at designated locations in support of military or Lead Federal Agency.

(4) (U) **49th Military Police Brigade**

(a) (CUI) Conduct JRSOI activities at Camp Roberts, CA to ensure all personnel complete M4/M17 weapons qualifications (or are current within 12 months of activation), receive ESAPI plates, and complete SRUF/CDO training. Units will deploy forward to JFTB Los Alamitos **NLT 21JUN25** upon phased completion of life support capabilities and unit training completion.

(b) (CUI) Execute Federal Protection (CDO) training and report training completion to TF-51 G3. Ensure each Soldier received SRUF training card (See Encl 5).

(c) (CUI) Provide capabilities tracker / break-down to TF-51 G3.

DEFS_00003590

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.


(d) (CUI) Provide Support to Domestic Civilian Law Enforcement Agencies IOT protect federal personnel and property.

(e) (CUI) Provide 1x company ISO base defense operations at JFTB Los Alamitos ICW 79 IBCT and installation SECFOR base defense plan beginning 16JUN2025. Coordinate with 79th IBCT to initiate relief in place and complete TOA NLT 17JUN2025.

(f) (CUI) Provide one (1) O-3 and (1) E-6 (or higher) to serve as the Protection OIC/NCOIC to 79th IBCT beginning 15JUN25.

(g) (CUI) O/O provide 2x LNOs to LAPD and 2x LNOs to LA County Sheriff's Department.

(h) Establish unit internal Mayor Cell to direct 49th MP BDE occupation plan for contracted sleep tents. Coordinate with TF-51 G-4 representatives (SGM **PII**) as to occupy sleep sites as structures become available. Unit call-forward plan is conditions-based, dependent on JFTB-LA tent site construction.

(i) (CUI) Execute the following RFAs in support of Lead Federal Agency (LFA):

1. (CUI) RFA #37.1, O/O Provide 2x SQDs (approx. 24 pax) to HSI team leader IOT provide Force Protection to LE personnel and federal functions for approved DHS mission packets.

2. (CUI) **[RESCIND]** ~~RFA #29 Mission Support, CBP Requests 1x 3x Platoon to provide force protection for Agents in continuation of RFA #12.~~

3. (CUI) RFA **#38.2** Mission Support, Provide CO (-) as Quick Response Force for LFA on 26JUN25. **(CONOP APPROVED)**

4. (CUI) RFA #42.2, Facility protection augmentation ISO 3/7 Marines 02-06 JUL 2025, provide 100 personnel for site security at 300 North Los Angeles Street, Los Angeles, CA, 90012 (to include Edward R. Roybal Federal Building) to prevent unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site.

(j) (CUI) IAW NORTHCOM directive, upon receipt of CDO Force Protection Shields, aka Riot Shields, cover the words and labels displaying "CALIFORNIA NATIONAL GUARD' with 100mph Tape, Olive Drab, NSN 7510-00-266-501 or commercial equivalent.

(k) (U) Identify and provide 1x planning team **NLT 240900PDTJUN2025** to the TF-51 Demobilization Operational Planning Team (OPT). This team will meet weekly via teams on ~~Monday,~~ Wednesday~~, and Fridays,~~ at 1330PDT. Submit points of contact to CPT Michael Gonzales, TF-51 G3 Plans, **PII** Join the meeting by clicking here:

1. (u) Join the meeting by clicking here: TF-51 OPT: Demobilization

DEFS_00003591

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(l) (U) Effective immediately, the 49th Military Police Brigade will use the following mailing address for all official postal operations: **11360 Valley Forge Ave, Los Alamitos, CA 90720**. All designated mail handlers and mail carriers must complete mandatory postal operations training provided by their respective brigade S1 sections (Enclosure 24: FPM 25 Postal Training). Training must be completed prior to performing any mail-handling duties.

(m) (U) NLT 021500JUL25 pick up 58 cases of Halal MREs and 8 cases of Kosher MREs from Fort Hunter Ligget for storage and distribution at JFTB – Los Alamitos SSA.

 1. (u) Address for pick up is 3210 Fort Hunter Ligget, Lockwood, CA 93932, Hours of Operation are 0730-1600PDT and closed on weekends and holidays.

 2. (u) Coordinate with TF51 – G4; MAJ Tyler Pierson tyler.a.pierson.mil@army.mil the day prior of SP to ensure material is ready for pickup.

 3. (u)POC for this task is MAJ **PII** and ARNORTH G4 Ops/SRD Distro **PII** and **PII**

(n) (CUI) RFA #43.2, 49 MP BDE provides facility protection 02-06 July 2025 ISO 3/7 Marines. Provide company (-) personnel for site security at Paramount Facility to prevent unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site.

(o) (CUI) RFA #44.2, 49 MP BDE provides facility protection 02-06 July 2025 ISO 3/7 Marines. Provide company (-) personnel for site security Federal building located at 11000 Wilshire Blvd, Los Angeles, CA 90024 IOT protect personnel and property.

(p) (CUI) RFA #38.3, 49 MP BDE provides a company (-) sized element to serve as the Area 1 MRF ISO the lead federal agency from 30JUN2025 to 12JUL2025 at the Wilshire Federal Building.

(q) (CUI) RFA #38.4, 49 MP BDE provides a company (-) sized element to serve as the Area 2 MRF ISO the lead federal agency from 30JUN2025 to 12JUL2025 at the Bell Armed Forces Reserve Center.

(r) (CUI) RFA #38.5, O/O , 49 MP BDE provides a company (-) sized element to serve as the Area 3 MRF ISO the lead federal agency from 30JUN2025 to 12JUL2025 at the Upland Armed Forces Reserve Center.

(s) (CUI) RFA #38.6, 49 MP BDE provides a company (-) sized element to serve as the Area 4 MRF ISO the lead federal agency from 30JUN2025 to 12JUL2025 at LA AFB.

(t) (CUI) RFA #38.7, 49 MP BDE provides a company (-) sized element to serve as the Area 5 MRF ISO the lead federal agency from 30JUN2025 to 12JUL2025 at JTFB LA.

DEFS_00003592

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(u) (U) **[CHANGE]** Initiate REFRAD/release of SMs assigned to TF RATTLESNAKE for return to home station NLT 03 July IOT ensure sufficient readiness for wildland fire fighting. Report completion to TF-51 G1.

(v) (U) NLT 010500JUL25, 49th MP BDE will establish 24-hour shower guards to prevent ongoing misuse in the contracted showers and to maintain soldier readiness, overall health, and safety at JTB-Los Alamitos. See ENCLS 27 for guard instructions and points of Contact.

(5) (U) <u>3d Battalion, 7 Marine Regiment (3/7 / V37 USMC)</u>

(a) (CUI) Complete relief in place (RIP) at Naval Weapons Station Seal Beach and transfer of authority (TOA) with 2/7 Marine Regiment NLT 01 JUL 2025.

(b) (CUI) Complete RIP/TOA with 2/7 Marine Regiment and assume RFA #44.1 NLT 01JUL25 to secure the federal building and Interagency Command Post (IACP) located at 11000 Wilshire Blvd, Los Angeles, CA 90017 with 1x company to prevent unauthorized access, protect federal personnel and property and ensure the continuity of federal operations taking place on site.

(c) (CUI) Complete RIP/TOA with 2/7 Marine Regiment and assume RFA #43.1 NLT 01JUL25 to secure the ICE facility located at 6319 Alondra Boulevard, Paramount, CA, 90723 to prevent unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site.

(d) (CUI) Complete RIP/TOA with 2/7 Marine Regiment and assume RFA #42.1 NLT 01JUL25 IOT secure federal buildings located at 300 North Los Angeles Street, Los Angeles, CA, 90012 (to include Edward R. Roybal Federal Building) to prevent unauthorized access, protect federal personnel and property IOT ensure the continuity of federal operations taking place on site.

d. (U) <u>Tasks to Staff.</u>

(1) (U) <u>G-1.</u> No Tasks.

(2) (U) <u>G-2.</u>

(a) (U) Provide JRSOI threat brief

(b)  (U) Provide FI/CI threat support to Protection Fusion Cell.

(3) (U) <u>G-3.</u> Reports to ARNORTH are due at 0400 PDT and 1500 PDT. Maintain real-time running estimates in SIPR / NIPR Maven.

DEFS_00003593

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(4) (U) **G-35.** Future Operations (FUOPS).

(5) (U) **G-4.** No Tasks.

(a) (CUI) Coordinate with 79 IBCT to identify items and quantities of Non-Lethal Combat Equipment (NLCE) capabilities both in California and adjacent states.

(b) (CUI) Coordinate with 79 IBCT for life support requirements.

(6) (U) **G-5.** No Tasks.

(7) (U) **G-6.** Establish NIPR / SIPR network.

(8) (U) **Protection Directorate (PD).**

(a) (U) Provide one (1) person to serve as LNO to the FBI.

(b) (U) Facilitate Request for Assistance Process supporting mission requirements.

(c) (U) Provide JRSOI protection brief.

(d) (U) Establish Protection Fusion Cell – incorporate representatives from subordinate units.

(9) (U) **Office of Surgeon (OSURG).**

(a) (U) Provide JRSOI medical brief.

(10) (U) **Public Affairs (PAO).**

(a) (U) Provide JRSOI PAO brief.

(11) (U) **Staff Judge Advocate (SJA).**

(a) (U) Provide JRSOI legal brief.

e. (U) Coordinating Instructions.

(1) (CUI) DoD personnel in Title-10 status will not, without further POTUS direction conduct civilian law enforcement activities, including arrest and search and seizure in connection with enforcement of the laws.

(2) (U) All DoD units/personnel participating in this operation will be briefed/trained on SRUF IAW CJCSI 3121.01B (Ref d).

DEFS_00003594

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(3) (U) Units will deploy with full basic load of Class VIIIA supplies. Resupply will be initially through Service Component channels until the establishment of Theater Lead Agent for Medical Materiel (TLAMM) and Single Integrated Medial Logistics Manager (SIMLM) operations. TLAMM-N will coordinate directly with the SIMLM and the Defense Logistics Agency (DLA), which is the DoD Executive Agent for medical materiel, to plan and synchronize the Class VIIIA supply chain support to units. Point of contact (POC) for establishing TLAMM Account is _____ PII _____ and
_____ PII _____

(4) (CUI) ...

# CUI

(5) (CUI) <u>Commanders Priority Information Requirements</u>

(a) (CUI) PIR #1: What actions are foreign actors conducting that threaten force protection posture, DOD Personnel, or equities?

(b) (CUI) PIR #2: What foreign states or non-state actors are instigating civil disturbances?

(c) (CUI) PIR #3: What Foreign Intelligence Entities (FIE) are conducting operations within the Joint Operational Area (JOA)?

(d) (CUI) PIR #4: How are foreign media outlets characterizing civil disturbances?

DEFS_00003595

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.


(6) (U) Pursuant of U.S.C. Title 10 §723 (Ref h) ensure all members of the armed forces providing support to Federal authorities to respond to civil disturbance must display individual's name or other individual identifier that is unique to the individual, and the name of the armed force by which such individual is employed.

(7) (U) Units must complete After-Action Review (AAR) / debriefs after every mission IOT identify areas of success and improvements. To the extent possible, DoD elements should remain teamed with supported interagency elements to increase interoperability and reduce risk. Units should retain Mobile Response Force (MRF) in support of operational elements and ensure tactical communications with interagency mission partners.

(8) (U) When traveling outside any military installation, USARNORTH assigned or attached personnel are to reduce DoD signature by restricting uniform wear outside of Installations and/or Facilities. DCO/E Regions, follow the same guidance if located outside of any military installation.

(9) (U) All Service Members (SMs) including Army National Guard and the U.S. Army Reserve mobilized on continuous active-duty orders for more than 30 days and their dependents are eligible to apply for a short-term monetary loan through the Army Emergency Relief (AER) program. The application process is completed online through the AER web portal through the following link: https://aerprod.powerappsportals.us/. Based on eligibility, personnel may also utilize https://www.armyemergencyrelief.org/ or the National Guard Relief Foundation at https://eangus-wcfa.org.

(10) (U) Units will review **Encl 2:** TASK FORCE- 51 FORCE PROTECTION ADVISORY 25-002 Defensive Measures and Increased Vigilance Due to International and Domestic Events.

(11) (U) Units will review **Encl 4:** *General Order Number 1 (GO-1)* for Personnel Conducting Operations to Protect Department of Homeland Security Functions attached.

(12) (U) Units will ensure all Soldiers assigned to RFA missions have enclosure 5 ARNORTH SRUF Smartcard and **Encl 6:** *Standing Rules for Use of Force (SRUF)-Title 10 Forces* on hand.

(13) (U) Subordinate units are granted Direct Liaison Authorized (DIRLAUTH) Lead Federal Agency (LFA) point of contacts for each Request for Assistance (RFA) and adjacent unit movement coordination requests.

(14) (CUI) All subordinate units will submit notice report of RFA cancellation or completion via email to TF-51 CHOPS at MAJ [PII] at [PII] and MS Teams Chat "LA Federal Protection Mission TF-51 Coord." Alternate method is via NVOIP at [PII] (TF-51 CHOPS) or at [PII] (TF-51 Battle NCO).

(15) (CUI) All subordinate units will review **Encl 6:** *CI Support to LA Federal Protection Mission (FPM)*.

DEFS_00003596

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(16) (U) All subordinate units will distribute QR codes and "Troop Media Card" to all Soldiers and Marines. The green QR code directs service members to an electronic version of the "Troop Media Card." The black QR code is for all Soldiers and Marines to direct news media questions to the ARNORTH PAO team for response.

(a) (U) Service members are directed the following: "Don't take photos or video. Don't post or share texts, photos, or video of the LA Federal Protection Mission without approval from ARNORTH Public Affairs. Do not speak with the media without first consulting your Public Affairs Officer.

(b) (U) **ARNORTH** PAO phone: **PII** email:
**PII**

(17) (U) All subordinate units will report (5Ws for) any injuries sustained while on federal protected sites or any RFA missions to Interagency Command Post (IACP) LNO, LTC **PII** and TF-51 at **PII**
**PII**

(18) (U) Commanders will review every situation whenever DoD personnel are involved in the detention of any individual. This inquiry requires documentation – at minimum in a memorandum – detailing the date, time, location, personnel involved, reason for detention, circumstances leading to the detention, detainee status, any use of force, and timeline of events. Statements from the Servicemembers involved will be included as appropriate. Copies of these preliminary inquiries must be forwarded through the chain of command to the Commander, Task Force 51 (cc'd to the TF-51 Legal Advisor) within 48 hours of the incident to document the facts and circumstances surrounding DoD's involvement.

(19) (U) All Dod/Unit Personnel involved in Direct Support of Federal Force Protection (federal personnel/equipment/property) missions are required to wear front and rear SAPI plates **NLT 180600JUN2025**.

(20) (U) Using **Encl 11:** (Standing Rules for the Use of Force Slide Package), all units will conduct sustainment training for mission authorities and Standing Rules for the use of Force. Commanders will determine the frequency, duration, and form of the training. Units will report their plan for sustainment training **NLT 21 June 2025** cc'ing the TF-51 Legal Advisor.

(21) (U) Using **Encl 12:** *JLTV LCA Safety of Use Message*, all units will conduct safety inspections of JLTVs, perform PMCS IAW with issues noted in the enclosure, report and correct deficiencies through unit maintenance systems processes.

(22) (U) All units provide LOGSTAT report daily at 1400 PDT/1600 CDT IAW Encl 3: TASK FORCE- 51 LOGSTAT REPORT. Send LOGSTATs to LTC **PII** at **PII** and **PII** and ARNORTH G4 Ops/SRD Distro **PII**

DEFS_00003597

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(23) (CUI) BDEs will utilize **Encl 19:** *TF-51 CONOP Process for LA JOA*, **inclusive of Encl 19-1, 19-2, 19-3,** and **Encl 14:** *Checklist - DoD Protection SPT to Federal Activities* as a QA/QC planning tool when evaluating RFA's that require DoD Protection Support. The provided framework will aid TF Teams in developing their plans and ensure DoD forces are used appropriately and efficiently.

(24) (U) All units must develop internal uniform replacement guidelines, and follow the same procedures used by the Southern Border to procure/replenish Organizational Clothing and Individual Equipment (OCIE). Uniform replacement is a unit-level function and must be carried out accordingly. Utilize **Encl 15:** *TF 51 Gratuitous Issue Process.* For additional guidance and direction for Gratuitous Issue, send to SGM PII ARNORTH G4 Ops/SRD Distro PII and PII

(25) (CUI) BDEs will utilize **Encl 16:** *Example TF-51 Post Mission Debrief* IOT provide TF-51 visibility on inter-agency efforts in the JOA. Upon completion of missions ICW DHS partner agencies, units will **complete the Post Mission Debrief NLT H+4** and email them to the TF-51 JOC Distribution Box PII Use this naming convention for each Mission Debrief: YYMMMDD_RFAXX-XX_BDE_BN_CO

(a) example: 25JUN19_RFA31-1_79IBCT_1-143_A Co

(26) (U) 79th IBCT, and 49th MP BDE will provide CLS III resupply (**diesel fuel**) support to the Emergency Response Trailer (ERT) and AAFES Mobile Field Exchange Trailer (MFE) ensuring operational readiness ISO JFTB-Los Alamitos. Refer to **Encl 17:** *Emergency Response Trailer (ERT)* and **Encl 18** for fueling location.

(a) (U) Resupply Schedule for the Emergency Response Trailer (ERT):

1. (U) Units will resupply the Emergency Response Trailer (ERT-1) once, daily NLT 1100hrs PDT.

2. (U) Units must provide 1x fuel can and 1x fuel funnel, for delivery and quality control of CLS III.

3. (U) Units will share CLS III resupply responsibility utilizing weekly increments beginning NLT 220600JUN25

a. (U) 79th IBCT: 220600JUN25 - 050600JUL25

(b) (U) Location:

1. (U) Headquarters 40th Infantry Division

2. (U) BLDG11300 Lexington Drive, JTF Los Alamitos, CA 902720.

DEFS_00003598

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

3. (U) ERT-1 is parked off Saratoga Ave, and Minuteman Cir

(c) (U) Resupply Schedule for the AAFES Mobile Field Exchange Trailer (MFE):

i.    (U) Units will resupply the AAFES Mobile Field Exchange Trailer (MFE) twice daily, 0900hrs and 1700hrs PDT.

ii.    (U) Units will provide fuel cans and nozzles; and refuel the two (2) fuel tanks at the AAFES trailers twice daily.

iii.    Units will share CLS III resupply responsibility utilizing weekly increments. Ensure personnel are identified NLT 212000JUN25

a. (U) 79th IBCT: 220800JUN25 - 051700JUL25

(d) (U) Location:

1. (U) 1200 Lexington Dr, Los Alamitos, CA 90720.

2. (U) AAFES Trailer is located at Lexington Drive and Shiloh Way intersection. Parked, on concrete pad, across from Sea Air Federal Credit Union.

(e) (U) Send all RFIs to TF51- G4 POC, LTC **PII** at **PII** **PII** and **PII** ARNORTH G4 Ops/SRD Distro **PII**

(27) (U) Inform all units and Soldiers in the TF51 AOR about the religious services and times provided in **Enclosure 20**.

(28) (CUI) Command Teams will review/discuss, and disseminate to all Soldiers/Units **NLT 261200PDTJUN2025**, **Encl 21:** *DoD Identity Awareness, Protection, and Management Guide* (Link Only/Warning: Large File Size) and **Encl 22:** *Dept of Homeland Security's: Resources for Individuals on the Threat of Doxing* IOT reduce and mitigate risk of servicemembers being doxed by members of the public. Discussions/Briefs should include personal protective measures related to social media/app usage, interactions with the public, and tailored to unit's assigned missions.

(29) (CUI) Due to both 79th IBCT and 49th MP BDE are pending turn in of their Starlink, the 62nd ESB will install Starlink and NIPR and SIPR nodes in support of both 79th IBCT and 49th MP BDE on 27JUN25. BDE S6's coordinate with Mr. **PII** at **PII**

(30) (CUI) All units will provide lessons learned to **PII** at **PII** Format is found on Teams at **PII**. All units will provide comments at minimum by Warfighting Function.

DEFS_00003599

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(31) (CUI) **[ADD]** All Units will utilize the MAVEN RFA tracker for RFA reporting IAW ENCLS 26: TF-51 MAVEN Business Rules. Effective 010700JUL25 the SharePoint list will no longer be monitored for RFA Reporting.

(32) Upon Receipt, All units will conduct inspections of all water buffalos for signs of contamination. Units will coordinate with preventative medicine for water quality testing IOT rule out coliform contamination. Provide updates NLT  011800JUL25 to TF-51 MED officer LTC

```
PII
```

4. (U) **Administration and Logistics.**

(1) (U) The use of Joint Operation Planning and Execution System (JOPES) is directed. The validation of all deploying Unit Line Numbers (ULN) is governed IAW CJCSM 3130.04, and USNORTHCOM Time-Phased Force Deployment Data (TPFDD) Supplemental Instruction (SI). Plan Identification Number (PID) for deployment is 325GD and redeployment is 325GR and use Force Module (FM) 2J2LA.

(2) (U) The force tracking report will show as a minimum: UIC, unit name, ULN, origin, POE, destination, pax, pieces, departure DTG, arrival DTG, transportation mode and source. Report will be submitted to the following emails

```
PII
```
```
PII    PII
```
```
USARNORTH G-4 at
```
```
PII
```

(3) (U) Public Affairs Guidance. Public Affairs posture is Active.

(4) (U) TF-51 Surgeon Guidance. Preventive Medicine Teams from the 79th IBCT and 49th MP BDE will perform life support area inspections and surveillance in coordination with the JFTB and Seal Beach installations, including but not limited to: routine dining facilities (DFAC) inspections, MWR/gym inspections, water surveillance and potability, barracks and living area inspections to include pre-opening, entomological surveillance, waste and waste water management, communicable disease surveillance and mitigation, environmental health hazards assessments, and overall sanitation to preserve the force.

(a) (U) Provide TF51 and ARNORTH Surgeon all reports IAW DoD Instruction 6490.03, "Deployment Health," (June 19, 2019) and ATP 4-02.82 to (insert POCs or email addresses) as required by TF51.

(b) (U) For additional support and expert advice, please contact ARNORTH surgeon staff at
```
PII
```

(5) (U) Review **Enclosure (20)** for religious services provided within TF-51 AOR.

(6) (U) 79th IBCT and 49th MP BDE will designate 2x Soldiers to serve as their unit's, Assistant Contract Officer (ACO). NLT252000JUN25. The ACO will report daily, 1000hrs PST, at DFAC #1 (79th IBCT DFAC), to the JFTB-Los Alamitos Contract Officer Lead. IAW Encl 23: ACO Training Guidance.  POC for RFIs MSG
```
PII
```
via email at,

DEFS_00003600

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

**PII** and ARNORTH G4 Ops/SRD Distro **PII**

**PII** and **PII**

5. (U) **Command and Control.**

    a. (U) Command Relationships.

        (1) (U) USNORTHCOM is the supported Combatant Command (CCMD) for DSCA operations within Continental U.S. (CONUS), except Aerospace Warning, Aerospace Control, and Maritime Warning.

        (2) (U) CDRNORAD is the supported Commander for Aerospace Warning, Aerospace Control, and Maritime Warning.

        (3) (U) Federal Bureau of Investigation (FBI) is the LFA for Crisis Management and Counterterrorism (subordinate to DoJ).

        (4) (U) Department of Homeland Security (DHS) is the LFA Homeland Security, ICE, and Critical Infrastructure Protection (CIP).

        (5) (U) Federal Emergency Management Agency (FEMA) is the LFA for Consequence Management.

        (6) (U) Direct Liaison Authorized (DIRLAUTH) granted between TF-51, 79 IBCT, FBI Integrated Command Center, and DHS/ICE to coordinate task and mission requirements to include locations and priorities.

    b. (U) Signal.

        (1) (U) Communications. Primary means of communication are voice, data, Tactical Satellite (TACSAT) and Web.

            (a) (U) Teams. Request access – repository for all information. General | TF-51 Civil Defense OPS | Microsoft Teams

        (2) (U) Reports.

            (a) (U) All subordinate units will populate Maven daily at 0800 PDT and 1500 PDT. Populate graphics and friendly forces icons on Maven under appropriate unit dropdown & mission: "FPM 25"

            (b) (U) Report all movements of personnel and equipment through TF-51 JOC Distribution Box **PII**

            (c) (U) Submit JPERSTATs at 0400PDT/0600CDT and at 1500PDT/1700CDT daily.

DEFS_00003601

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(d) (U) All units submit PERSUMs IAW PERSTAT reporting timelines using ENCL 25 PERSUM to TF51 G1 and Battle Desk at [ **PII** ] and [ PII ] Any SM reported in the other column requires prior coordination with TF51 G1 prior to submission. Units will maintain running estimates on MAVEN in respective unit COPs and BOG tabs.

(e) (U) All units provide LOGSTAT report daily at 1400 PDT/1600 CDT IAW Encl 3: TASK FORCE- 51 LOGSTAT REPORT. Send LOGSTATs to LTC [ **PII** ] at [ **PII** ] and ARNORTH G4 Ops/SRD Distro [ PII ] [ **PII** ] and [ **PII** ]

(f) (U) Activated Region will populate Maven daily due at **1800 EST/1700 CDT/2300Z.** CCP will also update the following tabs under the Operations Dashboard/Mission: LA CDO 1) Operations Overview; 2) Situation Report (SITREP); and 3) Personnel Status (PERSTAT) Report (separate Services Members by mission and authority (T-10/T-32). Populate graphics and friendly forces icons on Maven.

(g) (U) **Reporting Requirements.**  (IAW) USARNORTH Blue 1 Situation Report (SITREP). **Reports as due twice daily at 0200T (PDT) / 0400R (CDT) / 0900Z and 1200T (PDT) / 1400R (CDT) / 1900Z.** Maintain real-time running estimates in **NIPR Maven**. Required fields:

a.  (U) Situation Overview/Summary.

b.  (U) Commander's / Mission Assessment.

c.  (U) Operations/Actions last 24 hours. Include mission type, task and purpose, number of Service Members (SM) and vehicles, LFA, mission start and end times and results.

d.  (U) Planned or anticipated actions in the next 24 hours.

e.  (U) Issues/Concerns/Limiting Factors (LIMFAC).

f.   (U) Location, type and echelon of forces (assigned/ allocated/ OPCON/ TACON).

g.  (U) Key location (installations, coordination centers, Areas of Interest (AoI) depicted on the map.

h.  (U) Total count of T-10 personnel assigned ISO the response.

i.   (U) Task Organization diagram denoting command and support relationships of forces supporting the response.

j.   (U) Upcoming decision and recommendations regarding forces assigned, risks, and challenges.

DEFS_00003602

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

     k.  (U) Movement of personnel and equipment: include Date/Time/Group (DTG) of departure/arrival, and number of personnel and equipment.

     l.  (U) Training status regarding SRUF, crowd control and de-escalation.

     m. (U) Unit vehicle count.

     n.  (U) Riot gear equipment status.

     o.  (U) Non-Lethal munition status.

     p.  (U) Commander's Critical Information Reporting (CCIR) requirements. Initial CCIR reporting must follow SPOTREP format and timelines outlines in the USNORTHCOM Reporting SOP.

     <u>a.</u> (U) Any delay in employment timeline.

     <u>b.</u> (U) Required data elements include units and/or equipment that are impacted or delayed, new delivery timeline, mitigation efforts, mission impacts due to delay (risk during delay, during mitigation, and residual risk after resolution), any assistance required to solve the situation.

     <u>c.</u> (U) Employment of non-lethal ammunition.

     <u>d.</u> (U) Required data elements include situation that necessitate employment of munitions, actions taken (number of munitions employed, target) results (situation impact of employment number of individuals struck, disposition of individuals, medical care rendered).

  (3) (U) <u>Points of Contact (POC).</u>

    (a) (U) TF-51. <u>003 POC's</u>

    (b) (U) TF-51 Staff Distro [ PII ]

    (c) (U) TF-51 CHOPS: [ PII ]

    (d) (U) TF-51 G4 [ PII ]

    (e) (U) TF-51 Battle NCO: [ PII ]

    (f) (U) 24/7 CAS Medical Line for JFTB: ( PII )

  (4) (U) <u>TF-51 Battle Rhythm as of 12JUN25</u>

    (a) (U) Daily C4 Sync, 1100 PDT/1300 CDT: This meeting is scheduled daily at 1300 CDT, 1100 PDT to discuss Signal/Communications status, availability, issues, and

DEFS_00003603

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

requirements. Primary audiences are signal personnel from 2nd BN / 7th Marine Regiment and their HHQ (79th IBCT), DCE Region IX and ARNORTH G6.

DEFS_00003604

CUI

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

**ACKNOWLEDGE:**

SCOTT M. SHERMAN
MG, USA
Task Force – 51 Commander

**OFFICIAL:**

> **PII**

LTC, MP
ACofS, G-3

**DISTRIBUTION**
ARNORTH
49 MP BDE
79 IBCT
2/7 Marine
3/7 Marine
DCO/E RGN 9
**CC**

Controlled by: TF-51 G-3
Category: OPSEC, LEI
Dissemination Controls: FEDCON
POC: TF-51 G-3, 615-972-7935

DEFS_00003605

CUI

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.


ENCL:
1. TF-51 Force Protection Advisory 25-001
2. TF-51 Force Protection Advisory 25-002 Defensive Measures and Increased Vigilance Due To International and Domestic Events
3. TF-51 LOGSTAT Report Ver. 20250617
4. General Order Number 1 (GO-1) for Personnel Conducting Operations to Protect Department of Homeland Security Functions
5. ARNORTH SRUF Smartcard
6. Standing Rules for Use of Force (SRUF)-Title 10 Forces
7. CI Support to LA Federal Protection Mission (FPM)
8. Troop Media Card – LA FPM 2025
9. ARNORTH Public Affairs Message 14JUN25
10. TF-51 CCIR Reporting Instructions
11. SRUF Presentation for CA Protection Mission
12. JLTV LCA Safety of Use Message
14. Checklist - DoD Protection SPT to Federal Activities
15. TF-51 Gratuitous Issue Process
16. Example TF-51 Post Mission Debrief
17. Emergency Response Trailer (ERT)
18. AAFES Mobile Field Exchange (MFE) Trailer
19. TF-51 CONOP Process for LA JOA
20. TF-51 Religious Services
21. DoD Identity Awareness, Protection, and Management Guide (Warning: Link Only, Large File Size)
22. Dept of Homeland Security's: Resources for Individuals on the Threat of Doxing IOT
23. Assistant Contracting Officers Guidance
24. Enclosure 24: FPM 25 Postal Training
25. Enclosure 25: PERSUM Reporting
26. Enclosure 26: TF-51 Maven Business rules
27. Enclosure 27: Latrine Guard Instructions



20250609-TF51-FPAdvisory-LA-CDO.docx


20250612-TF51-FP 25-002 Directive-Fede


TF%2051_LOGSTAT_17JUN25.xlsx


ARNORTH GO1 Protection Msn (dated


SRUF Smartcard 24JUN2024.pdf


Title 10 Standing Rules for Use of Force

ENCL 07 CI Support to LA FPM .pptx

ENCL 08 TROOP CARD - LA FPM 2025


ENCL 09 ARNORTH Public Affairs Messag

ENCL 10 TF-51 CCIR Reporting Instructions

ENCL 11 SRUF Presentation for CA Pi

ENCL 12 JLTV LCA Safety of Use Messag

ENCL 13 EXAMPLE LOW RISK MISSION C

ENCL 14 Checklist - DoD Protection SPT tc

ENCL 15 TF-51 G4_Gratuitous Issue P

DEFS_00003606

CUI

TASK FORCE- 51 FRAGORD 22 TO OPORD 25-001 FEDERAL PROPERTY PROTECTION IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

    

ENCL 16 Example TF51 Post Mission De    ENCL 17 Emergency Response Trailer (ERT    ENCL 18 AAFES Mobile Field Exchange    ENCL 19 TF-51 CONOP Process for L    ENCL 20 TF51 Religious Services Ext

    

ENCL 22 DSH Resources-for-individ    ENCL 23 Assistant Contracting Officers.d    FPM 25 Postal Training.pptx    ENCL 25 PERSUM Reporting.xlsx    ENCL 26 TF-51 MAVEN Business Rule



ENCL 27 Latrine Gaurd instructions.do

CUI

DEFS_00003607