# EXHIBIT 23
# REDACTED

| | |
|---|---|
| From: | PII MAJ USARMY ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP PII ] |
| Sent: | 6/23/2025 8:13:47 PM |
| To: | LA Federal Protection [/o=ExchangeLabs/ou=Exchange Administrative Group PII ] |
| Subject: | /// Inform /// JOINT AGENCY COMMAND POST SITREP 23 June 2025 - 1230 |
| Attachments: | 20250623 1230 CP SITREP - External.pdf |

Good afternoon, please see today's SITREP.

Of note below are updates from today FED Head's LDR meeting.

1.ICE – due to current threat and operating environment ICE is moving towards more of a SIA immigration enforcement vs. their previous general immigration enforcement model
a.Expect less consensual encounters mission / operations.

2.ICE – requested storage /parking of vehicles at Vanderburg AFB (RFA 39 – pending legal review); would like to park vehicles on federal property due to heighten direct threats to ICE agents

3.HSI – RFA 37.1 is a go

4.FBI – encourage all agencies in ensuring personnel have access or know of doxing mitigation tools (companies that may help scrape PII from the internet in the event personnel are indeed doxed)

5.FBI – over the next 24-48hrs FBI will work with FAA to ensure our DoD equities within our AoR have TFRs.

6.IRS – indicated they may request DoD support over the next 72-96hrs; IRS will have an internal meeting tonight and provide us a draft plan tomorrow morning.  As now, all indications point to a QRF on standby at staging point (TBD) IVO their objective(s) in the event there is a protest that may endanger LE personnel .

----end of report---


Very Respectfully,
PII

PII
MAJ, LG
Operations Officer
Defense Coordinating Element, Region IX
Camp Parks, CA
NIPR: PII
SIPR:
Mobile: PII