# EXHIBIT 24
# REDACTED

| | |
|---|---|
| **From:** | [PII] MAJ USARMY ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP [PII] |
| **Sent:** | 6/14/2025 10:57:09 PM |
| **To:** | Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] |
| **CC:** | [PII] COL USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] [PII]; MAJ USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] LTC USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/ [PII] ] |
| **Subject:** | Macarthur Park Update |

MG Sherman,

An update on the Macarthur Park mission following your guidance:

CBP is willing to accept a mission where DoD provides only protection of TCP and blocking positions on the perimeter of the park, and requests that a planned QRF for potential riot assistance still remain staged offsite. Additionally, CBP requested protection support to four additional TCPs on the park perimeter (for a total of four TCPs on the north loading zone and four TCPs on the South loading zone) to reduce the risk of secondary avenues of approach to the park.

With these modifications, the personnel counts for the operation consist of 264 federal agents and 48 DoD personnel at Macarthur park, with 8 LMTVs and 14 HMMWVs at the park to provide cover and concealment as part of the protection mission.

Additionally, if approved, there would still be 81 DoD personnel (with riot gear) with accompanying agents (approximately 20 agents identified) staged to move to the park.

Assess new risk to be moderate based on conducted  partnered planning and rehearsals along with refined mission and PAX counts.,

Very Respectfully,
[PII]
MAJ, Strategist
US Army North (Fifth Army)
G5 Strategy and Policy Division
1837 ARMY Boulevard
Fort Sam Houston, TX 78234
Office: [PII]
Cell: [PII]