# EXHIBIT 25
# REDACTED

U.S. ARMY NORTH (FIFTH ARMY)
1837 Army Blvd, Ste 102
Fort Sam Houston, TX 78234
1500R, 08 June 2025
Copy___of___copies

<u>USARNORTH FRAGORD 25-501.000 TO OPORD 01-23 FOR USARNORTH FISCAL YEAR 2025 (FY25) HOMELAND DEFENSE</u>
FEDERAL PROPERTY PROTECTION / CIVIL DISTURBANCE OPERATIONS (CDO) IN SUPPORT OF (ISO) DEPARTMENT OF HOMELAND SECURITY (DHS) IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) IN VICINITY OF LOS ANGELES, CA.

(U) References:

    a. U.S. Code (USC) Title 10 (Armed Forces), Subtitle E (Reserve Components), Part II (Personnel Generally) Chapter 1211 (National Guard Members in Federal Service) Section §12406 (National Guard Federal Service Call)

    b. President of the United States (POTUS) Memorandum Subject: Department of Defense (DoD) Security for the Protection of Department of Homeland Security (DHS) Functions, 07 June 2025.

    c. Secretary of Defense (SECDEF) Memorandum Subject: Calling Members of the California National Guard into Federal Service, 07 June 2025.

    d. Chairman of the Joint Chiefs of Staff (CJCS) Instructions (CJCSI) 3121.01B, Standing Rules of Engagement (SROE) / Standing Rules for the Use of Force (SRUF) for U.S. Forces (S)/, 18 June 2008.

    e. USNORTHCOM Operation Order (OPORD) 01-21, Operations within the USNORTHCOM Area of Responsibility (AOR) to the USNORTHCOM Combatant Command Campaign Plan (CCP-21) (S//REL to USA, FVEY), 27 December 2021227.

    f. U.S. Northern Command (USNORTHCOM) Fragmentary Order (FRAGORD) 039.F.001 to USNORTHCOM OPORD 01-21, USNORTHCOM Response to Civil Disturbance in California, 080730ZJUN25.

    g. Joint Staff General Administration (GENADMIN) Message, Order of Prepared to Deploy (PTDO) for one (1) U.S. Marine Corps (USMC) I Marine Expeditionary Force (MEF) Infantry Battalion and allocation of mobilized California National Guard Forces to USNORTHCOM, 081541ZJUN25.

1. (U) **<u>Situation</u>**.

    a. (CUI) <u>General</u>. Numerous incidents of violence and disorder have recently occurred and threaten to continue in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other U.S. Government (USG) personnel who are performing Federal functions and supporting the execution of Federal immigration laws. In addition, violent protest threatens the security of, and significant damage to Federal immigration detention facilities and other Federal property. To the

extend that protest or acts of violence directly inhibit the execution of laws, they constitute a form of rebellion against the authority of the USG.

 (1) (CUI) Due to these incidents, POTUS called into Federal service members and units of the National Guard (NG) under USC 10 §12406 (Ref b) to temporarily protect ICE and other USG personnel who are performing Federal functions, including the enforcement of Federal law, and to protect Federal property at locations where protest against these functions are occurring or are likely to occur based on current threat assessments and planned operations.

 (2) (CUI) Additionally, POTUS directed and delegated actions as necessary for the Secretary of Defense (SECDEF) to coordinate with the Governors of the States, and National Guard Bureau (NGB) in identifying and ordering into Federal service the appropriate members and units of the NG under this authority.

b. (U) <u>Joint Operations Area (JOA)</u>. Los Angeles County, extending north to include Marine Corps Air Ground Combat Center, 29 Palms, in San Bernardino County in the state of California.

c. (U) <u>Friendly Forces.</u>

 (1) (CUI) <u>Commander, U.S. Northern Command (CDRUSNORTHCOM) Mission.</u> USNORTHCOM assumes Operational Control (OCPON) of at least 2,000 California National Guard (CANG) personnel and one (1) U.S. Marine Corps (USMC) Battalion to protect Federal property and Federal missions in Los Angeles, CA given ongoing threats to DHS/ICE and continuing unrest.

 (2) (U) <u>California National Guard (CANG) / 79 Infantry Brigade Combat Team (IBCT).</u>

d. (U) The following installations are designated as Base Support Installations (BSI), Incident Support Base (ISB), Federal Staging Area (FSA) or Federal Teams Staging Facility (FTSF). To be published (TBP).

2. (CUI) **Mission**. Effective immediately, U.S. Army North (USARNORTH) protects U.S. Immigration and Customs Enforcement (ICE) and other U.S. Government (USG) personnel and property at locations where protests are occurring in Los Angeles County in order to (IOT) restore law and order.

3. (U) **Execution.**

a. (CUI) <u>Commander's Intent</u>. Rapidly and effectively provide Command and Control (C2) through the Contingency Command Post (CCP) to support the execution of Civil Disturbance Operations (CDO) IVO Los Angeles, CA; restore law and order in order to (IOT) return NG forces back to C2 of the State of California.

 (1) (CUI) <u>Purpose</u>. Protect USG personnel and property ISO DHS/ICE operations in vicinity of (IVO) Los Angeles, CA.

(2) (CUI) <u>End State.</u> CANG forces return to State C2; Federal personnel and property protected.

   b. (U) <u>Concept of Operations.</u>

   (1) (CUI) Starting on 08 June 2025, USARNORTH deploys the CCP (-) to serve as the C2 element and to coordinate the execution of Joint Reception, Staging, Onward-movement and Integration (JRSOI) tasks for 79 IBCT forces. Critical to this mission is the training/briefing of SRUF in accordance with (IAW) CJCSI 3121.01B, (Ref d). USARNORTH assumes Operational Control (OPCON) of approximately ~2,000 personnel from the 79 IBCT (CANG) and be prepared to (BPT) assume Tactical Control (TACON) of one (1) U.S. USMC battalion from I MEF currently on 24-hour Prepared to Deploy Order (PTDP N+24). USARNORTH Main Command Post (MCP) executes coordination and C2 functions until CCP is established IVO Joint Forces Training Base (JFTB) Los Alamitos, CA.

   (2) (CUI) USARNORTH coordinates with CANG and 79 IBCT to identify items and quantities of Non-Lethal Combat Equipment (NLCE) capabilities both in California and adjacent states, and is prepared to coordinate with Headquarters, Department of the Army (HQDA) and Army Material Command (AMC) for release of NLCE from Operational Project (OPROJ) PGG from Blue Grass Army Depot (BGAD), if required.

   (3) (CUI) USARNORTH coordinates with the Department of Justice (DoJ) / Federal Bureau of Investigation (FBI) and DHS/ICE to identify tasks, locations and priorities for DoD support.

   c. (U) <u>Tasks to Subordinates Units.</u>

   (1) (U) **Defense Coordinating Officer/Elements (DCO/E).**

     (a) (U) **Defense Coordinating Officer/Elements (DCO/E) Region 9.**

       <u>1.</u> (U) Serve as lead DCO/E to interface between DoD and DoJ and DHS.

       <u>2.</u> (CUI) No later than (NLT) 08 June 2025, deploy DCO and one (1) core personnel and to JFTB Los Alamitos, CA.

       <u>3.</u> (U) Coordinate with USARNORTH G-33 Plans/DCO Synchronization Team (DST) for any Emergency Preparedness Liaison Officer (EPLO) requirements. BPT accept OPCON/TACON of Service Regional Emergency Preparedness Liaison Officer (REPLO), and State Emergency Preparedness Liaison Officer (SEPLO), as requested/required.

   (2) (U) **Continency Command Post (CCP).**

     (a) (CUI) On/about (O/A) 08 June 2025, deploy CCP (-) to JTFB Los Alamitos, CA and establish Initial Operational Capability (IOC).

     (b) (CUI) Execute JRSOI of 79 IBCT/CANG OPCON forces, and BPT execute JRSOI of USMC Battalion in Prepared to Deploy Orders (PTDO) are issued. Ensure personnel executing protection missions are briefed/trained on SRUF.

   (c) (U) Coordinate with Lead Federal Agencies (LFA) to identify tasks, locations and priority requirements for the employment of DoD forces.

   (d) (U) Provide of one (1) Department of the Army Civilian (DAC) to serve as the CCP Deputy Chief of Staff (DcoS).

   (e) (U) Provide of one (1) Area of Concentration (AOC) 01A/02A MAJ/O4 - LTC/O5 to serve as the CCP CUOPS Chief.

   (f) (U) Provide of one (1) DAC to serve as the CCP G-6.

  (3) (U) **79 Infantry Brigade Combat Team (IBCT).**

   (a) (CUI) ICW LFA, deploy organic personnel to the initial following three (3) locations: 1) ICE facility located at 6319 Alondra Boulevard, Paramount, CA, 90723; 2) Federal building located at 300 North Los Angeles Street, Los Angeles, CA, 90012, and 3) Federal building (Interagency Command Post (IACP)) at 1100 Wilshire Blvd, Los Angeles, CA, 90017. Soldiers will be conducting safety and protection of Federal personnel and property at designated locations by providing presence and security patrols, observation post

   (b) (CUI) Provide two (2) Liaison Officers (LNO) to the IACP.

   (c) (CUI) Provide one (1) LNO to USARNORTH Heaquarters at Joint Base San Antonio – Fort Sam Houston (JBSA-FSH). USARNORTH is located at 2259 Quartermaster Road, building 4012, JBSA-FSH, TX.

   (d) (CUI) Provide movement reports including Date/Time/Group (DTG) of departure/arrival, location, and number of personnel and equipment.

 (4) (U) **377 Theater Sustainment Command, Detachment 18.** Provide six (6) personnel to augment G-4 ISO CDO Operations.

d. (U) **Tasks to Staff.**

 (1) (U) **G-1.** Provide of one (1) Military Occupational Skill (MOS) 42A30/40, SSG/E6 – SFC/E7 Noncommissioned Officer (NCO) to serve as the lead CCP human resources NCO responsible for daily personnel status (PERSTAT) reporting, and conduct personnel accountability during JRSOI.

 (2) (U) **G-2.** Provide of one (1) AOC 35A, CPT/O3 – MAJ/O4 to serve as the CCP intelligence officer responsible for providing foreign threat Indicators and Warnings (I&W), provide situational awareness, and conduct daily G/J-2 intelligence analyst synchronization and coordination.

 (3) (U) **G-3/7.**

  (a) (U) **G-33 Current Operations (CUOPS) Division.**

        <u>1</u>. (U) Provide of one (1) AOC 01A/02A MAJ/O4 -LTC/O5 to serve as the CCP G-3.

        <u>2</u>. (U) Provide of one (1) MOS 11B30/40, SSG/E6 – SFC/E7 NCO to serve as CUOPS NCOIC responsible for MAVEN Common Operational Picture (COP) input and management forward, and collects reporting requirements from suborndinate units.

    (b) (U) **G-35 Future Operations (FUOPS) Division.**

        <u>1</u>. (CUI) NLT 082100ZJUN25, provide situational update to Combatant Commander (CCDR) with timelines to achieve mobilization of CANG ~2,000 personnel.

        <u>2</u>. (CUI) NLT 082100ZJUN25, provide situational update to CCDR ICW LFA with recommendations to modify arming guidance, if required.

        <u>3</u>. (CUI) NLT 082100ZJUN25, provide situational update to CCDR, nominate triggers to activate USMC battalion with at least 48-hrs lead time.

    (c) (U) **G-3 Training and Exercises.** Starting 08 June 2025, provide four (4) personnel to augment the Joint Operations Center (JOC).

(4) (U) <u>G-4.</u>

    (a) (CUI) Coordinate with CANG/79 IBCT and adjacent States to identify items and quantities of Non-Lethal Combat Equipment (NLCE) capabilities both in California and adjacent states.

    (b) (CUI) BPT coordinate with AMC and release of NLCE equipment at BGAD, if required.

    (c) (U) Create, monitor and maintain sustainment COP.

    (d) (U) BPT integrate and coordinate sustainment requirements with the Joint Logistics Enterprise (JLEnt) and USNORTHCOM J-4.

(5) (U) <u>G-5.</u> No Tasks.

(6) (U) <u>G-6.</u> No Tasks.

(7) (U) <u>G-8.</u> Provide Line of Accounting (LOA) for personnel deploying IVO Los Angeles, CA.

(8) (U) <u>Engineer Directorate.</u> No Tasks

(10) (U) <u>Protection Directorate (PD).</u>

    (a) (U) Provide of one (1) AOC 31A, MAJ/O4 -LTC/O5 to serve as the Protection Officer in Charge (OIC), responsible for synchronizing protection assets, hosting threat working group and additional responsibilities as assigned.

(b) (U) Provide one (1) person to serve as LNO to the FBI.

(11) (U) **Office of Surgeon (OSURG).**

(a) (U) Provide of one (1) AOC 70H MAJ/O4 -LTC/O5 to serve as the medical planner responsible for advising the CCP Commander on all aspects of medical operations.

(b) (U) If requested, coordinate with USNORTHCOM Surgeon's Office for the deployment of one (1) Joint Regional Medical Plans Officer (JRMPO).

(12) (U) **Public Affairs (PAO).** Provide of one (1) MOS 46 series SSG/E6 – SFC/E7 NCO or DAC to serve as Public Affairs (PA) specialist and advisor the the CCP Commander.

(11) (U) **Staff Judge Advocate (SJA)**. Provide of one (1) AOC 27A CPT/O3 -LTC/O5 to serve as the Legal Advisor to the CCP Commander.

(12) (U) **Command Group.** Provide Deputy Commanding General – Support (DCG-S) to serve as the CCP Commander; deploy with aide-de-camp.

e. (U) Coordinating Instructions.

(1) (CUI) DoD personnel in Title-10 status will not, without further POTUS direction conduct civilian law enforcement activities, including arrest and search and seizure in connection with enforcement of the laws.

(2) (U) All DoD units/personnel participating in this operation will be briefed/trained on SRUF IAW CJCSI 3121.01B (Ref d).

(3) (U) Establish contact with 79 IBCT staff counterparts. Coordinate with Brigade staff for any support requirements.

(4) (U) Units will deploy with full basic load of Class VIIIA supplies. Resupply will be initially through Service Component channels until the establishment of Theater Lead Agent for Medical Materiel (TLAMM) and Single Integrated Medial Logistics Manager (SIMLM) operations. TLAMM-N will coordinate directly with the SIMLM and the Defense Logistics Agency (DLA), which is the DoD Executive Agent for medical materiel, to plan and synchronize the Class VIIIA supply chain support to units. Point of contact (POC) for establishing TLAMM Account is [ HYPERLINK "mailto: PII ] and [ HYPERLINK "mailto: PII

**CUI**

[ PAGE \* MERGEFORMAT ]
**CUI**

CUI



4. (U) <u>Administration and Logistics.</u>

(1) (U) The use of Joint Operation Planning and Execution System (JOPES) is directed. The validation of all deploying Unit Line Numbers (ULN) are governed IAW CJCSM 3130.04, and USNORTHCOM Time-Phased Force Deployment Data (TPFDD) Supplemental Instruction (SI). Plan Identification Number (PID) for deployment is 315AD and redeployment is 315AR and use Force Module (FM) 2J2LA.

(2) (U) The force tracking report will show as a minimum: UIC, unit name, ULN, origin, POE, destination, pax, pieces, departure DTG, arrival DTG, transportation mode and source.  report will be submitted to the following email:  [ HYPERLINK "mailto: PII \h ], USARNORTH G-4 at [ HYPERLINK "mailto: PII " \h ]

b. (U) <u>Financial Management Guidance.</u> Coordinate with G-8 for the use of the Southern Border (SB) LOA for this mission.

c. (U) <u>Public Affairs Guidance</u>. Public Affairs posture is Active.

5. (U) **<u>Command and Control.</u>**

a. (U) <u>Command Relationships.</u>

(1) (U) USNORTHCOM is the supported Combatant Command (CCMD) for DSCA operations within Continental U.S. (CONUS), except Aerospace Warning, Aerospace Control, and Maritime Warning.

(2) (U) CDRNORAD is the supported Commander for Aerospace Warning, Aerospace Control, and Maritime Warning.

(3) (U) Federal Bureau of Investigation (FBI) is the LFA for Crisis Management and Counterterrorism (subordinate to DoJ).

[ PAGE   \* MERGEFORMAT ]
CUI

Case 3:25-cv-04870-CRB   Document 153-25   Filed 08/10/25   Page 9 of 11

CUI

   (4) (U) Department of Homeland Security (DHS) is the LFA Homeland Security, ICE, and Critical Infrastructure Protection (CIP).

   (5) (U) Federal Emergency Management Agency (FEMA) is the LFA for Consequence Management.

   (6) (U) Direct Liaison Authorized (DIRLAUTH) granted between USARNORTH, CANG, 79 IBCT, FBI Integrated Command Center, and DHS/ICE to coordinate task and mission requirements to include locations and priorities.

  b. (U) <u>Signal.</u>

   (1) (U) <u>Communications</u>. Primary means of communications are voice, data, Tactical Satellite (TACSAT) and Web.

   (2) (U) <u>Reports.</u>

    (a) (U) Activated Region will populate Maven daily due at **1800 EST/1700 CST/2300Z.** CCP will also update the following tabs under the Operations Dashboard/Mission: LA CDO 1) Operations Overview; 2) Situation Report (SITREP); and 3) Personnel Status (PERSTAT) Report (separate Services Members by mission and authority (T-10/T-32). Populate graphics and friendly forces icons on Maven.

    (b) (U) Reporting Requirements in accordance with (IAW) USARNORTH Blue 1 Situation Report (SITREP). As a minimum provide:

     <u>1.</u> (U) Commander's assessment.

     <u>2.</u> (U) Engagements with LFA, other Government Agencies.

     <u>3.</u> (U) Operations Last 24-hours.

     <u>4.</u> (U) Operations Next 24-hours.

     <u>5.</u> (U) Request for Assistance. Issues/Concerns/Limiting Factors (LIMFAC).

     <u>6.</u> (U) Request for USARNORTH assistance.

     <u>7.</u> (U) Operations Summary.

     <u>8.</u> (U) Location, type and echelon of assigned/OPCON/TACON forces.

     <u>9.</u> (U) Total number of T-10 personnel assigned ISO response.

     <u>10.</u> (U) Task Organization with command relationship.

     <u>11.</u> (U) Other participant/responding forces (Interagency).

[ PAGE   \* MERGEFORMAT ]
CUI

DEFS_00004429

12. (U) Upcoming decisions and recommendations regarding forces and risks.

13. (U) JRSOI status.

14. (U) Movement of personnel and equipment: include Date/Time/Group (DTG) of departure/arrival, and number of personnel and equipment.

15. (U) Sustainment (HR, Sustainment, Finance, Medical) status.

16. (U) Communications Status.

17. (U) Points of Contact (POC).

(3) (U) Points of Contact (POC).

(a) (U) USARNORTH.

1. (U) USARNORTH 24-Hour contact is the USARNORTH Joint Operations Center (JOC) Chief at [ HYPERLINK "mailto: PII ], DSN ( PII ).

2. (U) USARNORTH G-33 CUOPS Chief. COL PII at [ HYPERLINK "mailto: PII ].

3. (U) G-33 Incident Management Branch PII HYPERLINK "mailto: PII [ HYPERLINK "mailto: PII .

4. (U) USARNORTH G-33 Plans, [ HYPERLINK "mailto: PII ], or individually contact Mr. PII [ HYPERLINK "mailto: PII [ HYPERLINK "mailto: PII or LTC PII PII [ HYPERLINK "mailto: PII .

5. (U) 79 IBCT POC(s): Brigade Commander, COL PII PII Brigade S-3, PII [ HYPERLINK "mailto: PII ]; 79 IBCT Battle Captain, PII PII at [ HYPERLINK "mailto: PII ] or EWO, CPT PII PII .

6. (U) USNORTHCOM Public Affairs (PA) POC at DSN PII COMM PII After duty hours contact NORAD-USNORTHCOM duty officer at PII PII .

**ACKNOWLEDGE:**

[ PAGE \* MERGEFORMAT ]
CUI

ALLAN M. PEPIN
LTG, USA
Commanding

**OFFICIAL:**

```
          PII
```
COL, IN
ACofS, G-3/7

**DISTRIBUTION**
USARNORTH Staff Chiefs and Commanders
USARNORTH Deputies Staff Chiefs and Aides de Camp
USARNORTH Directors
HHBN
CCP
DCO/E RGN 9
79 IBCT
**CC**
JTF-CS
62 ESB-E

Controlled by: USARNORTH G-33 Plans
Category: OPSEC, LEI
Dissemination Controls: FEDCON
POC: USARNORTH G-33 Plans, 210-466-6044