# EXHIBIT 26
# REDACTED

## Commander's Critical Information Requirements
## Reporting Procedures

Commanders Critical Information Requirements (CCIR) are specific events that the Commander had determined to be of importance and are designed to feed important, time-sensitive information to the commander In Order To (IOT) make a decision that could dramatically affect the operation, or provide situational awareness on fast-breaking and on-going events within the Joint Area of Operations (JOA). Events tripping a CCIR will be reported as required.  There are many events, however, that take place within the JOA that do not rise to the CCIR level yet are of interest to the Commander. If the event is unclear that it does indeed trip a CCIR, provide a Situational Awareness Report (SAR) consisting of the 5Ws.

## <u>CCIR Reporting Procedures</u>

1. Gather all pertinent information that relates to a possible CCIR or SAR in the 5 W's fashion in a timely manner.  Reach back to reporting unit in the event the report has gaps in information or is unclear.

2. After collecting and refining information, check it against the CCIR Matrix attached. If it meets the requirement of a CCIR make note of the CCIR # i.e. JFLCC 6. If it does not meet the requirement of a CCIR the report is a SAR.

3. Before sending an email to the TF-51 JOC Watch Team @ ██████████████████████████████, first call the TF-51 JOC Watch at (VOIP) ████████████. Identify who you are and the unit you are with. Inform them of the report coming and provide them with the information gathered. At that point they will provide you with more guidance for submitting the report.

4. Reporting format below:


5w Format
---------------------------------------------------------------------------------------------------------------
see below for JFLCC CCIR #

BLUF: (Paragraph of the 5w's that provide more details of the situation)
Who: (Person)
What: (Incident)
When: (time the incident happened, time the incident was reported to higher HQ)
Where: (location where incident happed)

## Commander's Critical Information Requirements
## Reporting Procedures

Why: (explanation as to what was going on when the incident happened)
Close out the report with reporting unit signature block.

--------------------------------------------------------------------------------------------------

CCIR Example

--------------------------------------------------------------------------------------------------

Please see below for JFLCC CCIR # 6 Death or serious injury (limb, eyesight, life-threatening) of a military or civilian member of JFLCC/ARNORTH or Subordinate headquarters.

BLUF: SFC [PII] from B CO, 1-160th IN, 79th IBCT sustained an injury to his eye while performing PMCS to a HMMWV. While performing PMCS, a wrench was sitting on the engine while attempting to start the vehicle. The wrench fell into the motor belt and was projected at SFC [PII] He was wearing PPE, but due to the speed and force of the tool, it knocked his eye protection into his eye socket. He was evaluated by the PA and it was determined that SFC Lomeizcny needed to be ground evac to the closest emergency room due to possible retina separation.

Who: SFC [PII] B CO, 1-160th IN, 79th IBCT,
What: Sustained serious injury to eye possibly requiring surgery
When: O/A 1633 14 JUNE 2025 (reported 1750 14 June 2025)
Where:  JFTB, CA Motor Pool
Why: injury sustained while conducting PMCS.

Respectfully,
SFC [PII]
USARNORTH TF-51 Watch NCO

▌▌▌▌▌▌▌▌▌▌▌▌

--------------------------------------------------------------------------------------------------

SAR Report

Situational Awareness Report:

BLUF:  79th IBCT is notifying of a possible impending "stomach flu" outbreak. 3 Soldiers assigned to B. CO, 160th IN presented with sickness of similar symptoms

**Commander's Critical Information Requirements**
**Reporting Procedures**

(nausea/vomiting/diarrhea). The symptoms resolved in 24 hours. Due to the number of Soldiers affected within 4 days, we will continue to monitor for possible widespread illness

Who: PFC [PII] SPC [PII], SSG [PII] B Co. 160ᵗʰ IN, 79ᵗʰ IBCT

What: Possible 24 hour "stomach flu"

When:  09-12 JUN 2025

Where: JFTB LSA

Why: Possible close living conditions, or possible contaminants (food/environmental)

V/R,

[PII]

SFC , USA

Battle NCO

USARNORTH

Joint Force Land Component Command

Task Force 51

████████████

---------------------------------------------------------------------------------------------------------------------