# EXHIBIT 27
# REDACTED

UNCLASSIFIED//FOUO

# BLUE TWO (2)

## Mission Debrief

| # | Field | Value |
|---|---|---|
| 1 | TM/PLT | 3rd Platoon CO B 1-160 IN |
| 2 | Patrol Leader | 2LT [PII] |
| 3 | #Vics (By Type) / # Pax | 2 rental vans / 26 PAX |
| 4 | DTG Start | 13 0500 JUN 25 |
| 5 | DTG End | 13 0800 JUN 25 |
| 6 | Mission Statement | CO B 1-160 IN conducts support operations on 13 JUN 25 NLT 0500 with the DEA IOT support the FBI in arresting suspect who is wanted for injuring a federal officer. |
| 7 | Routes Utilized (In order, to and from) | |
| 8 | Vehicles/Personnel encountered of interest | |
| 9 | INS Contact and Actions Taken? | |
| 10 | SAF? | |
| 11 | IED? | |
| 12 | BOLO? | |
| 13 | PIRs/SIRs Answered | |
| 14 | Patrol Narrative (Start to Finish) | On 13 June 25, at approximately 0500, soldiers from CO B 1-160 IN attended an FBI briefing IVO 21356 Avalon Boulevard, in the City of Carson, CA. to execute the arrest of [PII]. Videos of [PII] surfaced on 07 June 2025 when it was reported he was throwing rocks and injuring federal officers on the 6400 block of Alondra Boulevard in the City of Paramount.<br><br>Soldiers arrived at the briefing site today and learned the objective would be at [PII] in the City of Long Beach. They were tasked to cordon the southbound lanes of Long Beach Boulevard from E Ellis Street and E 55th Street. One van with 12 PAX was set up to block on the south side of the objective along Long Beach Boulevard and one van with 12 PAX was set up to block on the north side of the objective. When National Guard, DEA and FBI element arrived at the objective, blockades were established and each blockade was accompanied by a marked Los Angeles Sherrif's vehicle. Both blockades were also accompanied by DEA SWAT and armed with less than lethal munitions such as pepperball guns.<br><br>National Guard soldiers established their blocking positions at approximately 0600 and the DEA and FBI began their operations at the target residence. [PII] was not located but his brother was detained, it is unknown if his brother was arrested. The motorcycle that [PII] was riding during the assault on federal officers was recovered and stored for evidence. |