# EXHIBIT 28
# REDACTED

| | |
|---|---|
| From: | [PII] MAJ USARMY ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP ([PII]) |
| Sent: | 6/17/2025 6:51:29 PM |
| To: | [PII] 2LT USARMY NG CAARNG (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; MAJ USARMY MIRC (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]] |
| CC: | [PII] WO1 USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; [PII] MAJ USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; COL USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]] CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]]; (Kenny) LTC USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| Subject: | RE: [PII] [PII] 2LT USARMY NG CAARNG (USA) shared "RFA tracker" with you - [UNCLASSIFIED] |

**UNCLASSIFIED**
Tex,

Could you add [PII] and [PII]

…And remove SSG [PII]

V/R,
MAJ [PII]
TF-51, G2
ARNORTH
Cell [PII]
**UNCLASSIFIED**

From: [PII] MAJ USARMY ARNORTH (USA) < [PII] >
Sent: Thursday, June 12, 2025 6:06 PM
To: [PII] 2LT USARMY NG CAARNG (USA) < [PII] >
Cc: [PII] MAJ USARMY ARNORTH (USA) < [PII] > COL USARMY ARNORTH (USA) < [PII] >; [PII] CIV USARMY ARNORTH (USA) [PII]; [PII] CIV USARMY ARNORTH (USA) [PII] y) LTC USARMY ARNORTH (USA) [PII]
Subject: RE: [PII] K 2LT USARMY NG CAARNG (USA) shared "RFA tracker" with you - [UNCLASSIFIED]

**UNCLASSIFIED**
2LT [PII]

Could you add the below to the RFA tracker? SSG and SPC are taking over our nightshift duties.
1. [PII] SSG USARMY ARNORTH (USA) [PII]

2. [PII] SPC USARMY (USA) n [PII]

V/R,
MAJ [PII]
TF-51, G2
ARNORTH
[PII]

**UNCLASSIFIED**

From: [PII] LTC USARMY ARNORTH (USA) [PII]
Sent: Tuesday, June 10, 2025 11:45 PM
To: [PII] 2LT USARMY NG CAARNG (USA) [PII]
Cc: [PII] MAJ USARMY ARNORTH (USA) [PII] [PII] MAJ USARMY ARNORTH (USA) [PII] COL USARMY ARNORTH (USA) [PII] CIV USARMY ARNORTH (USA) [PII] CIV USARMY ARNORTH (USA) [PII]
Subject: RE: [PII] K 2LT USARMY NG CAARNG (USA) shared "RFA tracker" with you - [UNCLASSIFIED]

**UNCLASSIFIED**
[PII]

If you could add those on the cc line to access the RFA tracker for SA.

Also have included some legal verbiage guidance as it relates to ensuring what authorities we have. I know what we have listed falls within the authorities – just want to ensure we reflect it on the tracker and furthermore we can help "coach" our counterparts into ensuring they are making the correct request within said authorities.

MAJs [PII] are working nights this evening – will pass off your contact information and they will reach out to ensure we are synced this evening and going forward. Any changes / updates is a direct call to them.

---

All RFAs in the "Request Description" column need to be converted in terms of "protection," because this is what we have been authorized to do. If the requested activity cannot be converted to a "protection" term, then we cannot perform it.

"Substitute "protection" for "security." Also, will "detect, monitor, and report" be a more accurate activity we are really doing instead of "surveillance?"

Some suggested protection terms we should perform and use are as follows :

force protection
security protection
convoy protection
transportation protection
perimeter protection
facility protection
area protection
zone protection

self-protection
function protection
cover protection
crowd protection
mission protection
property protection
personnel protection

AATW!

[PII]
LTC, MP
TASK FORCE - 51 G3 / ARNORTH G-33
UNITED STATES ARMY NORTH (5TH ARMY)
FORT SAM HOUSTON, TX 78234

☎ (CELL): [PII]
☎ (OFFICE): [PII]

NIPR: [PII]
SIPR: [PII]

USA ≡✪≡
UNCLASSIFIED

---

**From:** [PII] 2LT USARMY NG CAARNG (USA) [PII]
**Sent:** Tuesday, June 10, 2025 10:20 PM
**To:** [PII] Maj [PII] LTC USARMY ARNORTH (USA) [PII]
**Cc:** [PII] Maj USMC 2ND BN 7 MARINES (USA) [PII] MGySgt [PII] [PII] 1stLt Andrew J [PII] 1stLt USMC (USA) [PII] GySgt USMC (USA) [PII]
**Subject:** Re: [PII] 2LT USARMY NG CAARNG (USA) shared "RFA tracker" with you

Sir,

Personnel listed have been added. Let me know if you run into any issues.

VR,

[PII]

2LT [PII]
Army National Guard LNO - LA Joint Operations Center
([PII])

---

**From:** [PII] Maj [PII]
**Sent:** Tuesday, June 10, 2025 9:50 PM

**To:** [PII] 2LT USARMY NG CAARNG (USA); [PII] LTC USARMY ARNORTH (USA)
**Cc:** [PII] Maj USMC 2ND BN 7 MARINES (USA); [PII] MGySgt [PII]; 1stLt [PII]; J[PII]; 1stLt USMC (USA); [PII] A GySgt USMC (USA)
**Subject:** RE: T[PII] 2LT USARMY NG CAARNG (USA) shared "RFA tracker" with you

Good evening,

Can you also give permissions and send an invite to those cc'd.

V/r,

Maj [PII]

**From:** [PII] 2LT USARMY NG CAARNG (USA) <[PII]>
**Sent:** Tuesday, June 10, 2025 7:19 PM
**To:** [PII] Maj [PII]; [PII] LTC USARMY ARNORTH (USA) [PII]
**Subject:** [PII] 2LT USARMY NG CAARNG (USA) shared "RFA tracker" with you

Teixeira, Eliel K 2LT USARMY NG CAARNG (USA) invited you to edit a list

Here's the list that Teixeira, Eliel K 2LT USARMY NG CAARNG (USA) shared with you.

RFA tracker

This invite will only work for you and people with existing access.

Open    Share



This email is generated through US Army's use of Microsoft 365 and may contain content that is controlled by US Army.