# EXHIBIT 29
# REDACTED

**From:** USARMY JB San Antonio ARNORTH Mailbox [PII] O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP [PII]

**Sent:** 6/15/2025 1:01:25 AM

**To:** [PII] LTC USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] MAJ USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] Harrington, William B CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] CPT USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]

**CC:** [PII] SFC USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] COL USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] [PII] COL USARMY NORAD-USNC ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] [PII] CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] COL USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] COL USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] Col USMC MARFORNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII]

**Subject:** RE: (U) Marines Detain Civilian - PAO & Media Response - [UNCLASSIFIED]

**UNCLASSIFIED**

Sir,

ARNORTH JOC received and acknowledged. Thank you.

Respectfully,

[PII]
MAJ, AV
G33, NIFC LNO / JOC OIC
US Army North / JFLCC
Ft. Sam Houston, TX

Mobile: [PII]
Office: [PII]
DSN: [PII]
NIPR: [PII] [PII]
NIPR Mailbox: [PII]
SIPR: [PII]
SIPR Mailbox: [PII]

U.S. Army North
"Strength of the Nation"

**UNCLASSIFIED**

**From:** [PII] LTC USARMY ARNORTH (USA) [PII]
**Sent:** Sunday, June 15, 2025 12:01 AM
**To:** USARMY JB San Antonio ARNORTH Mailbox [PII]; [PII] MAJ USARMY ARNORTH (USA) [PII]; Harrington, William B CIV USARMY ARNORTH (USA) [PII] E CPT USARMY ARNORTH (USA) [PII]
**Cc:** [PII] SFC USARMY ARNORTH (USA) [PII] COL USARMY ARNORTH (USA) [PII]; [PII] COL USARMY NORAD-USNC ARNORTH (USA) [PII]; Harris, John R (Jay) JR CIV USARMY ARNORTH (USA) [PII] CIV USARMY ARNORTH (USA) [PII]; [PII] L COL USARMY ARNORTH (USA) [PII] R COL USARMY ARNORTH (USA) [PII]; [PII] Col USMC MARFORNORTH (USA) [PII]
**Subject:** RE: (U) Marines Detain Civilian - PAO & Media Response - [UNCLASSIFIED]

**UNCLASSIFIED**

RFI 1: Approximately 25 minutes. The NG Site OIC contacted multiple agencies before DHS showed up to take custody of the individual.

RFI 2: Neither DHS nor civilian law enforcement were in the immediate vicinity when the incident began.


AATW!

[PII]
LTC, MP
TASK FORCE - 51 G3
UNITED STATES ARMY NORTH (5TH ARMY)
FORT SAM HOUSTON, TX 78234

☏ (CELL): [PII]
☏ (OFFICE):

NIPR: [PII]
SIPR:

USA ≡✪≡
**UNCLASSIFIED**

**From:** USARMY JB San Antonio ARNORTH Mailbox [PII]
**Sent:** Saturday, June 14, 2025 7:36 PM
**To:** [PII] LTC USARMY ARNORTH (USA) [PII] MAJ USARMY ARNORTH (USA) [PII]; Harrington, William B CIV USARMY ARNORTH (USA) [PII] [PII] CPT USARMY ARNORTH (USA) [PII]
**Cc:** [PII] SFC USARMY ARNORTH (USA) [PII] COL USARMY ARNORTH (USA) [PII] COL USARMY NORAD-USNC ARNORTH (USA) [PII] CIV USARMY ARNORTH (USA) [PII]; [PII] CIV USARMY ARNORTH (USA) [PII];

[PII] COL USARMY ARNORTH (USA) <[PII]> [PII] COL USARMY ARNORTH (USA) <[PII]>
**Subject:** FW: (U) Marines Detain Civilian - PAO & Media Response

TF-51 Team,

Please see below follow on questions regarding this incident.

RFI 1 - How long was the individual who was being detained, detained by the service member before he was turned over to civilian law enforcement?

RFI 2 - If DOD is operating to protect federal agents while they make arrests, why couldn't civilian law enforcement affect this detention?

Respectfully,

[PII]
MAJ, AV
G33, NIFC LNO / JOC OIC
US Army North / JFLCC
Ft. Sam Houston, TX

Mobile: [PII]
Office: [PII]
DSN: [PII]
NIPR: [PII]
NIPR Mailbox: [PII]
SIPR: [PII]
SIPR Mailbox: [PII]

U.S. Army North
"Strength of the Nation"

**From:** NORAD-USNC Peterson SFB N-NC [PII]
**Sent:** Saturday, June 14, 2025 9:30 PM
**To:** USARMY JB San Antonio ARNORTH Mailbox [PII]; [PII]; NORAD-USNC Peterson SFB N- [PII] [PII]
**Subject:** RE: (U) Marines Detain Civilian - PAO & Media Response

**CLASSIFICATION: UNCLASSIFIED**

Major [PII]

Thank you for sending the 5Ws, here are two follow-up questions we received:

How long was the individual who was being detained, detained by the service member before he was turned over to civilian law enforcement?

If DOD is operating to protect federal agents while they make arrests, why couldn't civilian law enforcement affect this detention?

Thank you,

[PII] Col, USAF
JOC IQT Branch Chief
Chief of Operations Instructor
NORAD and USNORTHCOM
Peterson SFB, CO 80914
NIPR [PII]
SIPR [PII]

**CLASSIFICATION: UNCLASSIFIED**

**From:** USARMY JB San Antonio ARNORTH Mailbox [PII] [PII]
**Sent:** Saturday, June 14, 2025 8:20 PM
**To:** NORAD-USNC Peterson SFB N-NC JOC [PII] [PII]; NORAD-USNC Peterson SFB N-NC [PII] [PII]
**Subject:** FW: Marines Detain Civilian - PAO & Media Response

ALCON,

Below is the information regarding the detained civilian incident. Please let mw know if you need any additional information.

In regard to the detained civilian by the U.S. Marine:

WHO: Detained civilian identified himself as [PII] 27 y/o.
WHAT: U.S. Marines carry out first detention of civilian in Los Angeles.
WHEN: 13 JUN 2025
WHERE: Wilshire Federal Building, Los Angeles, CA
WHY: Civilian [PII] stated, according to public news media (Reuters), that he was on his way into the Dept of Veteran Affairs when he crossed a yellow tape boundary and was asked to stop. After crossing the yellow tape, he was restrained with zip ties by the U.S. Marines until he could be secured by civilians from the Department of Homeland Security.

Standing by.

Respectfully,

[PII]
MAJ, AV
G33, NIFC LNO / JOC OIC
US Army North / JFLCC

Ft. Sam Houston, TX

Mobile:
Office: PII
DSN:
NIPR    PII
NIPR Mailbox:
SIPR:  PII              PII
SIPR Mailbox:        PII

