# EXHIBIT 30
# REDACTED

| | |
|---|---|
| From: | [PII] CIV USARMY ARNORTH (USA) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP [PII] |
| Sent: | 7/2/2025 10:03:59 AM |
| To: | [PII] COL USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | [PII] CPT USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] CIV USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | [PII] SFC USARMY ARNORTH (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] |
| CC: | [PII] COL USARMY USAF 502 ABW (USA) [/o=ExchangeLabs/ou=Exchange Administrative Group [PII] |
| Subject: | Re: DHS/ICE support update from LA Federal Protection Mission. - [UNCLASSIFIED] |

[PII]
Emergency Management Specialist
Region I Defense Coordinating Element
Volpe Transportation Systems Center
220 Binney Street
Cambridge, MA 02142
[PII]
c: [PII]

From: [PII] COL USARMY ARNORTH (USA) <john.a.atilano3.mil@army.mil>
Sent: Wednesday, July 2, 2025 9:14:55 AM
To: [PII] CIV USARMY ARNORTH (USA) [PII] [PII] CPT USARMY ARNORTH (USA) [PII] CIV USARMY ARNORTH (USA) [PII] SFC USARMY ARNORTH (USA) [PII]
Cc: [PII] COL USARMY USAF 502 ABW (USA) [PII]
Subject: FW: DHS/ICE support update from LA Federal Protection Mission. - [UNCLASSIFIED]

**UNCLASSIFIED**
Missed the attachment on the first email.


Respectfully,

[PII]
Colonel, EN
Defense Coordinating Officer
Region 1 Defense Coordinating Element

Email: [PII]

Mobile: [PII]
Office:

Volpe Center [PII]
220 Binney Street
Cambridge, MA 02142

**UNCLASSIFIED**

From: [PII] G COL USARMY ARNORTH (USA) <[PII]>
Sent: Tuesday, July 1, 2025 6:42 PM
To: [PII] COL USARMY ARNORTH (USA) <[PII]>; [PII] COL USARMY ARNORTH (USA) <[PII]> COL USARMY ARNORTH (USA) <[PII]> COL USARMY ARNORTH (USA) <[PII]>; [PII] COL USARMY ARNORTH (USA) <[PII]> COL USARMY ARNORTH (USA) <[PII]>; [PII] COL USARMY ARNORTH (USA) <[PII]>; E [PII] COL USARMY ARNORTH (USA) <[PII]> COL USARMY USAG (USA) <[PII]>
Cc: [PII] C CIV USARMY ARNORTH (USA) <[PII]>
Subject: DHS/ICE support update from LA Federal Protection Mission. - [UNCLASSIFIED]

**UNCLASSIFIED**
DCOs,

 I'm sure everyone is tracking but just wanted to chime in after the FOC this morning. I suspect many of the missions TF-51 is currently working may be part of the DHS/ICE interior mission support (outside of protecting the federal buildings). We hosted the Army litigation attorney yesterday during the discovery phase of a lawsuit brought by the California governor against the Department of the Army claiming we are violating the Posse Comitatus Act (PCA). [A/C] [A/C] but current legal interpretations have placed us in a more aggressive posture. Current support includes:

- Force Protection for federal detention facilities
- Force Protection for federal court houses
- Mobile Response Team at designated BSIs to provide federal protection support for DHS agents that cannot complete a mission due to hostile engagements (we are the last resort after local law enforcement)
- Utilization of title 10 facilities as DHS staging areas (active and reserve facilities)
- Possible loan of title 10 tactical vehicles for DHS utilization (this would be after a title 10 draw down)
- Possible Master driver training of DHS personnel for JLTV, HMMV, and LMTV (this would involve facilities, vehicles, and resources (yet to be determined such as classroom, living quarters for the 40 hour block, etc))
- Possible motor pools in title 10 facilities to switch out DHS vehicles with military vehicles
- 
- [A/C]

This does not include more "creative" operations we may be conducting ISO of LFA in the near future.

Recommend any DCE involved with these missions quickly establish contact with any AD and Reserve installations within the area of operation and determine security concerns of the possible BSIs. Lots of contention with our facilities within the downtown LA area IRT poor security – especially with the local reaction to DHS LE presence on these facilities. This is problematic as units drill in the facilities and civilian workforce reports to work on a daily basis. We have had protests of military facilities during DHS staging as well as days after they departed. Likewise, we have had military members, in uniform, harassed as well as

military members, not in uniform, driving a government vehicle harassed and followed by several vehicles back to base. The security and force protection concerns are first and foremost in the majority of the installation commanders we are working with. We have also had many of the hotels identified as hosting immigration enforcement personnel resulting in nightly protests and one failed Molotov cocktail attack (put out by hotel staff) and social media attempts to identify (dox) federalized troops.

At this point, zero of the DHS LE Immigration Enforcements are happening without some sort of confrontation with the community members.

One mitigation factor we are considering is augmenting BSI utilization with a title 10 security team which is currently in place at one of our USCG facilities.

Anyway, this is an evolving situation but coming soon to a region near (hopefully not as contentious)! Please fill free to reach out if you have any questions and want to keep the conversation going.


Stay safe!
PII

**UNCLASSIFIED**