# EXHIBIT 31
# REDACTED



# OSD(PA) BRIEFING CARD

U.S. Department of Defense

## DoD Federal Protection Mission
### June 10, 2025

*Note: This Briefing Card serves as overarching guidance. PAs supporting this mission should also consult USNORTHCOM guidance and direction. Only ARNORTH/TF-51, USNORTHCOM, NGB, JS(PA), and OSD(PA) are authorized to provide public affairs engagement on this mission.*

*Updated Briefing Cards will be issued as the mission develops.*

### Executive Summary

On June 6, 2025, instances of violence and civil disorder occurred in Paramount, Los Angeles, and Compton, California. These disturbances threatened to continue and risk the safety of Federal personnel in the performance of their lawful duties and mission.

On June 7, at the direction of the President (POTUS), the Secretary of Defense (SECDEF) ordered the initial mobilization and employment of up to 2,000 National Guardsmen to temporarily protect U.S. Immigration and Customs Enforcement (ICE) and other federal personnel who are performing Federal functions, including the enforcement of federal law, and to protect federal property, at locations where protests are occurring or are likely to occur.

At this direction, SECDEF initiated military planning for the use of Title 10 (T10) capabilities. In accordance with federal law, military service members on T10 duty status will not conduct traditional civilian law enforcement activities, such as arrest and search and seizure.

On June 9, 2025, SECDEF ordered the mobilization and employment of an additional 2,000 California National Guard Service Members and 700 Marines, to support the mission. This brings the total number of personnel authorized to 4,700.

These forces were placed under the command of Commander, U.S. Northern Command (USNORTHCOM), who is responsible for planning and developing courses of action. Task Force 51 (TF-51), U.S. Army North's (ARNORTH) Contingency Command Post was activated and is commanded by Maj. Gen. Scott Sherman.

### Communications Goals

Provide factual information and details on DoD activities to protect the functions, personnel, and property of the Department Homeland Security (DHS), including U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), and the Federal Protective Service (FPS).

Demonstrate DoD's commitment to protecting the security and safety of federal personnel, property, and functions, as well as U.S. citizens.

Coordinated with: JS PA, OUSD (HDI&DSCA)
Prepared by: MAJ [ PII ]                    [ PAGE \*
MERGEFORMAT ]

DEFS_00017668

Assure the American public that the DoD remains committed to protecting lives, property, and preserving peace and public safety.

Inform the American public that National Guard forces in their title 10 duty status will not conduct traditional civilian law enforcement activities, such as arrest and search and seizure.

**Public Affairs Posture**

The PA posture for this mission is ACTIVE ICW OSD (PA) and USNORTHCOM. USNORTHCOM has operational lead and may delegate to ARNORTH/TF-51 as appropriate. USNORTHCOM and ARNORTH/TF-51 and will keep OSD (PA) informed of all content, engagements, releases, and answers to queries that fall outside of this briefing card. Press releases will be provided to OSD (PA) at least 20 minutes prior to release.

**Redacted DP**

Media coverage of DoD operations related to civil disturbances is encouraged ICW and approval from USNORTHCOM PA, with concurrence from OSD (PA) for Tier 1, national, and international media.

OSD (PA) retains release authority for:
- Announcement of new/additional mobilizations
- Announcement of additional city/area locations of the mission
- DoD Policy
- SECDEF statements & guidance
- Budget & cost of mission
- Announcing the name of an operation (should the operation become a named operation)

**Top Line Messages**

- The DoD remains dedicated to the President's mission of protecting federal assets and personnel.
- The DoD is steadfast in its commitment to protecting lives, property, and public safety of all Americans.
- Military service members will not directly participate in law enforcement activities.
- As they perform their mission to protect federal functions, personnel, and property, Service Members are to follow the Standing Rules for the Use of Force. *[See Q&A for addt'l]*
- The DoD's protection mission allows the Department of Homeland Security law enforcement personnel to focus on performing law enforcement functions and effectively enforcing immigration laws.
- The DoD is actively providing resources to support our interagency partners who are leading the response to the declared national emergency, in full compliance with all applicable laws and authorities.

**Questions & Answers**

Personnel & Authorities

**Redacted DP**

Coordinated with: JS PA, OUSD (HDI&DSCA)
Prepared by: MAJ_____Pii_____ [ PAGE \*
MERGEFORMAT ]

**Q. Why mobilize so many personnel for one area?**
A. The Secretary authorized up to 4,700 personnel, including the mobilization of 4,000 members of the National Guard to protect federal functions, personnel, and property.

**Q. Will the DoD be mobilizing more military personnel for this mission?**
A. We won't speculate on future operations but can tell you that the Department continues to work and plan with our interagency partners to protect federal assets and personnel.

**Q. Will the DoD be mobilizing military personnel to additional cities?**
A. We won't speculate on future operations but can tell you that the Department continues to work and plan with our interagency partners to protect federal assets and personnel.

**Q. What will the military members be doing?**
A. DoD military personnel on this mission are protecting federal property and federal personnel. If necessary, this support may include crowd control and establishment of security perimeters to ensure federal personnel are protected from harm or threat of bodily injury while those they perform their federal duties.

**Q. What authorities are the military members mobilized under?**
A. Members of the National Guard are mobilized under 10 U.S.C. 12406.

**Q. Is it legal for the President to mobilize the National Guard without the Governor's consent?**
A. Yes, the President has the authority to mobilize the National Guard in a title 10 duty status under 10 U.S.C. 12406.

**Q. How long will DoD military members be doing this mission?**
A. Consistent with the direction of the President, the Secretary of Defense ordered military members to be mobilized for an initial period of up to 60 days.

**Q. What units and how many military personnel are mobilized right now?**
A. *[Refer to USNORTHCOM / TF-51]*

**Q. Why were these particular units the first activated?**
A. *[Refer to NGB & the Services]*

**Q. The DoD mobilization is happening without the consent of the Governor. Does DoD have any comment?**
A. The DoD is committed to executing the orders of the President in accordance with applicable legal authorities and regulations. This is a temporary mobilization to protect federal functions, property and personnel, and our priority in this mission is the protection of public safety, including the protection of lives and property.

**Q. What is this costing the DoD?**
A. We won't know the total cost until the mission concludes.

*Rules for the Use of Force*

**Q. Will the military members be doing law enforcement? Is this a violation of Posse Comitatus?**
A. No, this is not a violation of Posse Comitatus. Military members in a title 10 duty status will not directly participate in law enforcement activities. They may temporarily detain an individual for protection purposes – to stop an assault of, to prevent harm to, or to prevent interference with federal personnel performing their duties. Any such detention would end as soon as the individuals could be safely transferred to appropriate civilian law enforcement custody.

**Q. What are the ROE for this mission?**
A. Military members are to follow the Standing Rules for the Use of Force. Service members are trained in de-escalation techniques, and always retain the inherent right to self-defense to a hostile act or demonstrated hostile intent. Military members may also take actions to provide for the defense of others as well as the defense of property, using the minimum necessary force.

**Q. Will the military members be arresting protestors?**
A. Military members will not be arresting protestors, as that is a law enforcement activity. Military members may temporarily detain an individual to stop an assault of, to prevent harm to, or to prevent interference with federal personnel performing their duties. Any temporary detention will end when the detained person(s) can be safely transferred to the custody of appropriate civilian law enforcement personnel.

**Q. If a military service member arrests a protestor, how long will they keep them in custody?**
A. Any temporary detention by a military service member will end when the detained person(s) can be safely transferred to the custody of appropriate civilian law enforcement.

**Q. Are the military members armed?**
A. Military members are mobilized with their assigned individual weapon and standard crowd control gear which includes helmet with face shields, shields, batons, and gas masks.

**Q. Why are the military members carrying weapons and ammunition?**
A. Service members deploy with their assigned individual weapon for all missions, as they would for any other mission.

**Q. Who determines how the military members are armed?**
A. Force posture is determined by the Task Force commander.

**Q. Who do the military members report to?**
A. Military members supporting DHS in California fall under Task Force-51, led by Maj. Gen. Scott Sherman.

**Q. Why is DoD being used to do this mission instead of civilian law enforcement?**
A. At the direction of the President and as ordered by the Secretary of Defense, the DoD is mobilized to protect the safety and security of federal functions, personnel, and property.

**Q. Will the military members be allowed to respond if they are attacked or fired upon by protestors?**
Coordinated with: JS PA, OUSD (HDI&DSCA)
Prepared by: MAJ                     Pii                     [ PAGE  \*
MERGEFORMAT ]

A. Service members are trained in de-escalation techniques, and always retain the inherent the right to self-defense to a hostile act or demonstrated hostile intent. Military members responding to civil unrest may also take actions to provide for the defense of others as well as the defense of property, using the minimum necessary force.

**Q. Did military members receive any training on applying the use of force? What training did they receive?**
A. Service members received training prior to being assigned on mission. The training included de-escalation techniques and the proper use of crowd control equipment.

**Q. When is deadly force authorized?**
A. The Standing Rules for the Use of Force prescribe when deadly force may be used.

## Terminology

Avoid "arrest" when talking about apprehension of persons. Instead use "temporarily detain."

Avoid "deployment" when talking about personnel movement. Instead use "movement of troops", "assembling", or "moving to support/conduct…"

Avoid "combat camera". Instead use "imagery acquisition", "imagery specialists", "visual information", or "photography."

## OSD (PA) Points of Contact

Western Hemisphere Distro: [ HYPERLINK "mailto            **PII**            " \t "_blank" ]

MA          **PII**
Mr.

## OSD Statements

Secretary of Defense Pete Hegseth
June 9: [ HYPERLINK "https://x.com/SecDef/status/1932202105361612994" ]
June 7: [ HYPERLINK "https://x.com/PeteHegseth/status/1931533276985823392" ]

ATSD (PA) Sean Parnell
June 9: [ HYPERLINK "https://x.com/SeanParnellATSD/status/1932230434810950021" ]
June 7: [ HYPERLINK "https://x.com/SeanParnellATSD/status/1931521529084539212" ]

DEFS_00017672