# EXHIBIT 32
# REDACTED

| | |
|---|---|
| **From:** | [PII] COL USARMY ARNORTH (USA) |
| **Sent:** | Sunday, June 29, 2025 1:17 PM |
| **To:** | [PII] MAJ USARMY ARNORTH (USA) |
| **Cc:** | Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) |
| **Subject:** | FW: Macarthur Park Exec Brief 20250629 - [CUI] |
| **Attachments:** | 250629 (1214CDT) Macarthur Park P3 input.pptx |

CUI
[PII]

Please take a look at the CGs note below and the areas I have highlighted in the slides. We need to make these minor adjustments and then have MG Sherman send the note to GEN Guillot with the usual suspects cc'd. P3 would like you and that end and me on this end as part of the vtc, at least to start. Give me a call as soon as you are off with CBP

COL [PII]
USARNORTH, ACoS G-3/7
Office: [PII]
Work [PII]

**Controlled by:** ARNORTH
**Controlled by:** ARNORTH
**CUI Category:** General Law Enforcement (LEI)
**Limited Dissemination Control:** FED ONLY
POC: [PII] MAJ USARMY ARNORTH (USA) : [PII]

CUI

**From:** Pepin, Allan M LTG USARMY ARNORTH (USA) <allan.m.pepin.mil@army.mil>
**Sent:** Sunday, June 29, 2025 11:44 AM
**To:** [PII] COL USARMY ARNORTH (USA) [PII]
**Cc:** Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) <[PII]> Knell, Niave F MG USARMY ARNORTH (USA) <[PII]> CSM USARMY ARNORTH (USA) [PII] CIV (USA) <[PII]> [PII] CIV USARMY ARNORTH (USA) <[PII]> MAJ USARMY ARNORTH (USA) [PII] V MAJ USARMY ARNORTH (USA) [PII]
**Subject:** Re: Macarthur Park Exec Brief 20250629 - [CUI]

[PII]/team,

Great work by [PII] & planners on enhanced CONOP.

A few comments:
- we may want to plain speak doctrinal terms so it it not misinterpreted in brief by civilians without mil experience. Ie intent of CORDON, Intent of Blocking Position, Traffic control point, etc.

1

- spell out abbreviations for civilians who will read.

- in initial risk to mission we mention pressure on SRUF decisions (some may read as LE/Mil escalate use of force and some may read as hesitant to use authorized self protection.
- in mitigation actions we mention HLZ so reinforce there is no plan to land helo (if true) unless a contingency
- may help if we list risk and mitigation A...Z so the mitigation factors are aligned for clarity
- do we accurately assess risk of activity prior to holiday weekend increasing risk (increase in protest) during holiday weekend and creating a news cycle through weekend.

- in initial risk to force we should mention optic/perception of risk to military if people/children are harmed/injured during operation and perception of MIL conducting/supporting in park based on presence at TCP/BCPs.

VR,
Al

Allan M. Pepin
LTG, US Army
Commanding General
US Army North / Fifth Army

Office [PII]
Work Cell [PII]
SVOIP
Tberg [PII]

---

**From:** [PII] L COL USARMY ARNORTH (USA)" <[PII]>
**Date:** Sunday, June 29, 2025 at 08:17:33
**To:** "Pepin, Allan M LTG USARMY ARNORTH (USA)" <[PII]>
**Cc:** "Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA)" <[PII]>, "Knell, Niave F MG USARMY ARNORTH (USA)" <[PII]> CSM USARMY ARNORTH (USA)" <[PII]> CIV (USA)" <[PII]> CIV USARMY ARNORTH (USA)" <[PII]> A MAJ USARMY ARNORTH (USA)" <[PII]> MAJ USARMY ARNORTH (USA)" <[PII]>
**Subject:** Macarthur Park Exec Brief 20250629 - [CUI]

**CUI**
Sir,

 Attached is the executive brief that details the updated plan for Macarthur Park for your review. MAJ Bowers work hard with both 1-18 CAV and BORTAC to finalize the plan.

2

I will be available for a walk through of the slides for any additionally guidance.  Once approved I will send to NORTHCOM J3.

COL [PII]
USARNORTH, ACoS G-3/7
Office: [PII]
Work Cell [PII]

**Controlled by: ARNORTH**
**Controlled by: ARNORTH**
**CUI Category: General Law Enforcement (LEI)**
**Limited Dissemination Control: FED ONLY**
**POC:** [PII] **MAJ USARMY ARNORTH (USA) :** [PII]

**CUI**

3

DEFS_00017905