# EXHIBIT 33
# REDACTED

| | |
|---|---|
| **From:** | [PII] MAJ USARMY ARNORTH (USA) |
| **Sent:** | Monday, June 16, 2025 6:50 PM |
| **To:** | Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) |
| **Cc:** | [PII] COL USARMY ARNORTH (USA); [PII] LTC USARMY ARNORTH (USA) |
| **Subject:** | Los Angeles Protection Plans Update |

MG Sherman,

A quick update on the three major initiatives currently underway for planning:

1) Macarthur Park: Confirmed with CBP that they are not currently conducting any planning for execution of this mission at a later date. CBP leadership did express interest in getting contact information of in-bound planners to potentially re-visit the entire concept later this week.
2) Mecca Operation (RFA 26): Confirmed that DEA intends to stage out of March ARB, working coordination through DCO team. Additionally, DoD element plans to stage the night prior, likely requiring BSI utilization for food, water, billeting, fuel, etc. Further coordination with tasked element (tentatively 49th MPs) for movement plan underway.
   a. ARNORTH rear inquiring about UAS feed of the location. Currently we have three requests in, one with CBP, another with HSI and the last with FBI. [Redacted AC]

   **Redacted AC**

   b. March ARB BSI support currently accounts for bathrooms only. DCO team coordinating for additional support.
   c. Anticipated ratio of DoD to IA is 3:1 (300 DoD, 100 IA). While mission risk and complexity are low, there is the possibility that observers could perceive this operation as DoD-led given disparity in numbers. Given remote location and dispersion of troops, however, this is also relatively unlikely and can be further mitigated through deliberate messaging as necessary.
3) **Redacted AC**
   **Redacted AC**

Completion of MOU products is a necessary component of a larger plan to simplify coordination of anticipated OPTEMPO increase to up to 500 RFAs per day. ARNORTH can significantly lower RFA count by tying RFAs to geographically clustered routine missions with a stratified risk assessment for tailoring support requirements.

Very Respectfully,
[PII]
MAJ, Strategist
US Army North (Fifth Army)
G5 Strategy and Policy Division
1837 ARMY Boulevard
Fort Sam Houston, TX 78234

1

Office
Cell: PII

2

DEFS_00018001