# EXHIBIT 35
# REDACTED

| | |
|---|---|
| **From:** | Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) |
| **Sent:** | Thursday, June 26, 2025 11:02 PM |
| **To:** | Guillot, Gregory M Gen USAF NORAD-USNC (USA); Pepin, Allan M LTG USARMY ARNORTH (USA) |
| **Cc:** | Carden, Thomas M Jr LTG USARMY NORAD-USNC CG (USA); Meyer, John V III MG USARMY NORAD-USNC CS (USA); Davis, Robert D Maj Gen USAF NORAD-USNC NCJ3 (USA); Knell, Niave F MG USARMY ARNORTH (USA); [PII] COL USARMY ARNORTH (USA); [PII] COL USARMY ARNORTH (USA); Fineran, Thaddeus D (Thad) BG USARMY NORAD-USNC J3 (USA); [PII] CSM USARMY ARNORTH (USA); Lilly, Damon P SES USARMY ARNORTH (USA); [PII] CIV USARMY ARNORTH (USA); [PII] CIV USARMY ARNORTH (USA); [PII] CIV (USA); [PII], MAJ USARMY ARNORTH (USA); [PII] LTC USARMY ARNORTH (USA) |
| **Subject:** | TF51 LA OPS Update - 26 JUN 25 - [CUI] |

**CUI**

Gentlemen – Good evening. Missions and utilizations remained consistent for Area of Operations Missions and RFA support with 1,641 (-58) today compared to 1,699 yesterday. This reduction was due to the internal rotations of battalions supporting RFAs and Mobile Response Force (MRF, formerly referred to as QRF) missions. The Relief-in-Place between 2/7 Marines and 3/7 Marines continues with 108 Marines from 3/7 assuming responsibility of force protection at the Paramount Federal Building. Since 6 June 2025, Federal LE has made 1,874 (+69) illegal alien arrests and 787 (+0) protest arrests.

I attended the Agency Heads meeting today at the IAC. Update on the current situation and atmospherics within Los Angeles:

**DP**

- On almost every arrest within LA, agents are being surrounded by angry citizens and protestors. For the security of federal agents, a new RFA was submitted to place military Mobile Response Force squad and platoon sized elements at Federal sites/buildings throughout all the federal LE sectors that will respond and provide protection for federal agents surrounded by angry mobs.
- Currently, ICE holding facilities within LA are over capacity by 300 illegal aliens. CBP is flying in 25 x additional processing personnel to move the detainees to El Paso for further processing and deportation.
- Federal Law Enforcement teams increased to 35 x 7-agent teams (245 agents) operating in LA area.
- With the increased focus on targeted arrests, the current assessment is that the most dangerous illegal aliens are apprehended, so Federal Teams are being directed to move onto special interest case operations. Special interest cases are a much larger population with the vast majority being persons who have overstayed their Visas.
- FBI OSINT cell is working to publish a consolidated 2-6 July Protest roll-up to help with federal facility protection planning.

1

The 79TH Infantry Brigade Combat Team (IBCT) has 2,117 Soldiers and 341 vehicles positioned on JFTB Los Alamitos. 764 personnel from the 79TH IBCT are currently supporting 8 RFAs, 2 Area of Operations (AO) Missions, and three MRF/recovery missions by protecting Federal Facilities, Personnel, and Functions. Area of Operations Missions include: AO Downtown Los Angeles (DTLA/Roybal) with 1 LNO from 1-185 IN and AO Wilshire with 54 personnel from 1-185 IN. These numbers will increase significantly prior to the "No Kings Day" demonstrations, scheduled for 2-4 JUL. MRF/recovery missions include: 82 personnel for MRF within the JOA; 6 personnel for additional base security at JFTB; and, 2 personnel as a vehicle recovery team. 79TH IBCT is also executing 8 RFAs as follows: **RFA 2: CBP, 26 pax**, provide force protection of Santa Ana ICE facility; **RFA 5: ICE, 33 pax**, force protection at Camarillo; **RFA 10: ICE, 67 pax**, force protection of 2x ICE facilities at Adelanto; **RFA 30: HSI, 151 pax**, MRF Wilshire, DTLA, Civic Center, Paramount, Ocean Blvd, and USCG Facility; **RFA 34: CBP, 91 pax**, FP at USCG San Pedro facility; **RFA 35: CBP, 100 pax**, FP of Federal staging sites; **RFA 36: CBP 127 pax**, FP of CBP agents in JOA; **RFA 37: HSI, 24 pax,** FP LE personnel. All 2,114 personnel have completed Standing Rules for the Use of Force (SRUF) training, and 2,117 have completed FPM training.

Currently there are 763 Marines from the 2$^d$ Battalion, 7th Marine Regiment (V27) and 145 (+108) Marines from the 3$^d$ Battalion, 7th Marine Regiment (V37) in the Los Angeles JOA. 2/7 Marines has 2x truck platoons attached which include 14 JLTVs and 11 Medium Tactical Vehicle Replacements (MTVRs). V27 are supporting 3 AO missions by providing Protection of Federal Facilities, Personnel, and Functions at: AO Wilshire with 101 Marines; AO Paramount with 81 2/7 Marines and 108 3/7 Marines; and AO Downtown Los Angeles (DTLA/Roybal) with 133 Marines. All 908 Marines have completed both SRUF training and FPM training.

49TH MP BDE has a total of 1,999 Soldiers and 343 vehicles positioned on JFTB Los Alamitos. 184 personnel from 49TH MP BDE are supporting 3 RFAs to include: **RFA 29: CBP, 80 pax**, FP/MFR of ICE agents, staged at JFTB; **RFA 37.1: HSI, 24 pax** (2 Squads), FP of Federal LEs executing warrants; and, **RFA 38.2: ICE, 80 pax** FP/MRF ISO simultaneous ICE missions.

DEFS_00018346



U.S. Army Soldiers with 1st Battalion, 184th Infantry Regiment, California Army National Guard, receive a briefing outside the Wilshire Federal Building in Los Angeles, June 22, 2025. Approximately 100 Soldiers were mobilized to augment U.S. Marines in protecting the building and maintaining a security presence in the area. (U.S. Army photo by Sgt. 1st Class Christy L. Sherman)



U.S. Army Maj. Gen Scott M. and assesses operations alo Combat Team and 49th Mili Training Base, Calif., June 2!

As of 261900(PST)JUN25:

Highlights:
o 5,067 pax assigned:
  o TF-51: 41 (includes DCE RIX)
  o 79th IBCT: 2,117 (817 on Refit)
  o 2/7 USMC: 763
  o 3/7 USMC: 145
  o 49TH MP BDE: 1,999 (24 on Refit)

--------------------------------------------------------------------------------

RFAs:
o 44 Total RFAs Issued +10 Spot RFAs:

o 13 Approved (+10 Spot RFAs):
o RFA 2: CBP 30 pax, Force Pro Santa Ana ICE Facility
o RFA 5: ICE 16 pax, force pro @ Camarillo
o RFA 10: ICE 100 pax, FP of 2x ICE facilities in Adelanto
o RFA 29: CBP 40 pax, MRF CBP stage at JFTB (ext. of RFA 12: 23 JUN)
o RFA 30: HSI 100 pax, MRF Wilshire, Downtown, Civic Center, Paramount, Ocean Blvd Bldg, USCG Facility
o RFA 34: CBP 80 pax, FP @ USCG San Pedro
o RFA 35: CBP 100 pax, MRF/FP @ Fed sites
o RFA 36: CBP 100 pax (10x 10 pax sqds), FP interagency teams

3

- o RFA 37: HSI 24 pax, FP federal agents in JOA
  - o RFA 37.1: HSI 2xSQDs (24 pax) FP of LEs executing warrants
- o RFA 38: CBP 80 pax, FP/MRF ISO planned or hasty protests
  - o RFA 38.1: CBP 80 pax MRF Slauson Ave crowd ---COMPLETE---
  - o RFA 38.2: ICE 80 pax FP/MRF ISO simultaneous ICE raids
  - o RFA 38.3: CBP request currently undefined
  - o RFA 38.4: CBP request currently undefined
  - o RFA 38.5: CBP request currently undefined
  - o RFA 38.6: CBP request currently undefined
  - o RFA 38.7: CBP request currently undefined
- o RFA 42: IA FP at Roybal Federal Building
  - o RFA 42.1: 100 pax FP at Roybal Federal Building
  - o RFA 42.2: 100 pax additional FP at Roybal for No Kings 2.0

- o 18 Canceled:
- o RFA 1: CBP 1 pax, log coordinator for supply mvt (no longer reqmt)
- o RFA 3: ICE 16 pax, 4 veh, force pro of ICE agents (rolled into RFA 5)
- o RFA 4: CBP 30 pax, force pro of CBP riot control (rolled into RFA 5)

A/C

- o RFA 13: CPB 30 pax, FP ICE @ USCG fac San Pedro (rolled into RFA 34)
- o RFA 15: ICE 30 pax, force pro of El Monte Busway (no longer reqmt)
- o RFA 17: deleted because was duplicate of RFA 18
- o RFA 19: ICE 40 pax, force pro @ ICE raid in El Monte (no longer reqmt)

A/C

- o RFA 21: CBP 100 pax, force pro @ Compton (canceled by CBP)
- o RFA 23: HSI 100 pax, unescorted force pro of Paramount (no longer reqmt)
- o RFA 25: ICE FA59 Planner support (no longer requirement)
- o RFA 31: ICE 160 pax FP/MRF and detainee trans (mission canceled by ICE)
- o RFA 32: HSI 100 pax, FP at Roybal Facility (canceled by ICE)
- o RFA 33: ICE 100 pax TCP/FP support to MacArthur Park operation (mission canceled)
- o RFA 39: ICE staging 8x passenger vehicles @ Vandenberg SFB
- o RFA 40: ICE/ERO 60 pax, MRF low-risk warrant 25 JUN (resubmitted as RFA 38.2)
- o RFA 41: HSI MRF (pax TBD) support to low-risk warrant 25 JUN (resubmitted as RFA 38.2)

- o 13 Complete:
- o RFA 6: ICE 2 pax, force protection of ICE agents
- o RFA 7: FBI 100 pax, non-tactical trans / short notice FP
- o RFA 8: HSI 35 pax, force protection of HSI Ocean Blvd Building
- o RFA 11: CBP 1x plt (30 pax), FP ICE agents, stage at JFTB
- o RFA 12: CBP 1x plt (30 pax), FP ICE agents, stage at JFTB
- o RFA 14: HSI 100 pax, reserve staged at JFTB ISO Paramount
- o RFA 16: CBP 30 pax, FP of ICE/CBP, stage at JFTB w/ riot equip
- o RFA 18: CBP 200 pax, FP of ICE/CBP agents, stage at JFTB
- o RFA 22: USMS 100 pax, FP/MRF @ Federal Courthouse
- o RFA 24: ICE 1x pax MacArthur Park planning team
- o RFA 26: DEA 200 pax, force pro @ DEA farm raids in Mecca, CA
- o RFA 27: ICE 100 pax, 25 veh, trans/FP ICE while on mission
- o RFA 28: CBP 40 pax, MRF CBP stage at JFTB

o 0 Pending:

--------------------------------------------------------------------------------
TRAINING:
o Totals:
o SRUF: 100% COMPLETE
o CDO: 4,921/5,067 pax complete

o 79th IBCT:
o SRUF: 100% COMPLETE
o CDO: 2,081/2,121 pax complete

o 2/7 USMC & 3/7 USMC:
o SRUF: 100% COMPLETE
o CDO: 100% COMPLETE

o 49th MP BDE:
o SRUF: 100% COMPLETE
o CDO: 100% COMPLETE

--------------------------------------------------------------------------------
OPERATIONAL CONTRACTING SUPPORT / BSI BUILD STATUS:

o JFTB Los Alamitos.
o CL I: 20 DOS (4,030 cases of MREs)
o Currently no sustainment issues

o Camp Roberts.
o CLI: 32 DOS (3,809 cases of MREs)
o Currently no sustainment issues

o Naval Weapons Station Seal Beach.
o CL I: 4 DOS (302 cases of MREs)
o Currently no sustainment issues

--------------------------------------------------------------------------------
NEXT 24:
o Spot RFA 37.1: HSI 2xSQDs (24 pax) FP of LEs executing warrants
o Spot RFA 38.2: ICE 80 pax FP/MRF ISO simultaneous ICE raids
o Spot RFA 42.2: 100 pax additional FP at Roybal for No Kings Day 2.0
o Refit Execution
o "No Kings Day" 2.0 planning/preparations

Subject to your questions/comments.

v/r,
Scott

Scott M. Sherman
Major General, USA
Commander, Task Force 51
US Army North (5th Army)
JBSA Fort Sam Houston, TX 78234
Mil Cell: [PII]
Personal [PII]

[PII]

Aide de Camp while in Los Angeles:
[PII]
CPT, IN
Cell: [PII]
[PII]



**Controlled by: ARNORTH**
**Controlled by: ARNORTH**
**CUI Category: General Law Enforcement (LEI)**
**Limited Dissemination Control: FED ONLY**
**POC: Sherman, Scott M MG USARMY NORAD-USNC ARNORTH (USA) :**
[PII]

**CUI**

6