Rob Bonta
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
 Deputy Attorneys General
  455 Golden Gate Ave.
  San Francisco, CA  94102
  Telephone: (415) 510-3877
  E-mail:  Meghan.Strong@doj.ca.gov
*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
JEAN LIN
Special Litigation Counsel
CHRISTOPHER D. EDELMAN
Senior Counsel
JODY D. LOWENSTEIN
GARRY D. HARTLIEB
BENJAMIN S. KURLAND
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
  1100 L Street, NW
  Washington, DC 20005
  Telephone: (202) 598-7755
  E-mail: ben.kurland@usdoj.gov
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870<br><br>**JOINT EXHIBIT LIST** |

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's July 29, 2025, Order for Pretrial Preparation for Civil Bench Trial (ECF No. 123), the Parties hereby submit the following exhibit list for trial in this case commencing on August 11, 2025.

### PRELIMINARY STATEMENT

The Parties reserve the right to amend or augment this list, including for the purposes of impeachment, rebuttal, or consolidation up to and during the time of trial. These disclosures are based upon the facts, information, and documents presently known and available to the Parties.

The Parties met and conferred and agreed to stipulate to the admissibility of certain exhibits. Exhibits with a Y in the "Stipulated" column are those that that the Parties have stipulated to admit. The "Sealing" column denotes exhibits that are subject to Defendants Administrative Motion to Seal, ECF No. 152, and the column indicates whether Defendants seek to redact the exhibit or seal it in full.

### EXHIBITS

| Ex. No. | Description | Start Bates No. | End Bates No. | Stipulated | Admitted | Limits | Sealing |
|---|---|---|---|---|---|---|---|
| **Volume 1** **1-28** | | | | | | | |
| 1 | Standing Rules for Use of Force Card | DEFS_00000001 | DEFS_00000002 | Y | | | |
| 2 | June 23, 2025, Memorandum re: Execution of Presidentially Directed Mission to Protect Federal Law Enforcement Personnel and Functions in California | DEFS_00000003 | DEFS_00000004 | Y | | | |
| 3 | June 9 DoD Memorandum | DEFS_00000006 | DEFS_00000009 | Y | | | |
| 4 | SRUF De-escalation Cards | DEFS_00000010 | DEFS_00000011 | Y | | | |
| 5 | ARNORTH General Order Number 1 (GO-1) | DEFS_00000012 | DEFS_00000014 | Y | | | Redacted |
| 6 | June 13, 2025, Email re: Situational Reports | DEFS_00000021 | DEFS_00000026 | Y | | | Redacted |
| 7 | TF-51 CONOP Process for LA JOA | DEFS_00000249 | DEFS_00000252 | Y | | | |
| 8 | Legal Considerations of California Federal Protection Mission | DEFS_00001057 | DEFS_00001071 | Y | | | Redacted |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | Standing Rules for Use of Force | DEFS_00001072 | DEFS_00001074 | Y | | | |
| 10 | Task Force 51 Standing Rules for the Use of Force Calif. Fed. Protection Mission Training Slides | DEFS_00001095 | DEFS_00001162 | Y | | | |
| 11 | FRAGORD 07 | DEFS_00001180 | DEFS_00001195 | Y | | | Redacted |
| 12 | Email Correspondence from DHS Area Commander Phil Olivero dated June 13 and 14, 2025. | DEFS_00001212 | DEFS_00001214 | N | | | Redacted |
| 13 | Null | Null | Null | Null | Null | Null | Null |
| 14 | TF-51 OPORD 25-001 | DEFS_00002468 | DEFS_00002475 | Y | | | Redacted |
| 15 | Action Memo from the Undersecretary of Defense | DEFS_00002531 | DEFS_00002550 | Y | | | Redacted |
| 16 | Duplicate leave blank | Duplicate leave blank | Duplicate leave blank | | | | |
| 17 | June 7 Presidential Memorandum | DEFS_00002545 | DEFS_00002546 | Y | | | |
| 18 | June 7 DoD Memorandum | DEFS_00002548 | DEFS_00002548 | Y | | | |
| 19 | June 24, 2025, Email re: Informal RFI | DEFS_00002553 | DEFS_00002556 | Y | | | Redacted |
| 20 | Email: PHOTOS - Crowd Control 2 | DEFS_00002566 | DEFS_00002572 | Y | | | Redacted |
| 21 | Summary Table: Title 10 DoD Support vs Law Enforcement (attached to 6/18/25 FRAGORD 10) | DEFS_00002619 | DEFS_00002621 | N | | | Sealed in full |
| 22 | June 13, 2025, Email to Maj. Gen. Sherman and attachment | DEFS_00002661 | DEFS_00002662 | Y | | | Redacted |
| 23 | OPORD 25-001 Federal Property Protection/Civil Disturbance Operations ISO DHS ICE in Vicinity of Los Angeles | DEFS_00002693 | DEFS_00002701 | Y | | | Redacted |
| 24 | June 8, 2025, Email re: Civil Disturbance Training | DEFS_00002801 | DEFS_00002802 | Y | | | Redacted |
| 25 | June 9, 2025, Email and attachments re: Federal Protection Mission | DEFS_00002830 | DEFS_00002833 | Y | | | Redacted |
| 26 | June 9, 2025, Email re: 79th Infantry Brigade Combat Team Readiness | DEFS_00002837 | DEFS_00002838 | Y | | | Redacted |
| 27 | June 14, 2025, Email re: MacArthur Risk Concerns | DEFS_00002841 | DEFS_00002843 | Y | | | Redacted |

| | # | Description | Begin Bates | End Bates | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 28 | Slides for Los Angeles Federal Protection Mission at MacArthur Park - Operation Excalibur | DEFS_00002872 | DEFS_00002895 | Y | | | Redacted |
| 3 | **Volume 2 29-48** | | | | | | | |
| 4 | 29 | Task Force 51 MacArthur Park Planning Documents | DEFS_00002961 | DEFS_00002965 | Y | | | Redacted |
| 5 | 30 | June 11, 2025 Email re: End of Day Update | DEFS_00003009 | DEFS_00003011 | Y | | | Redacted |
| 7 | 31 | Task Force 51 Planning Documents for RFA #37 | DEFS_00003509 | DEFS_00003522 | Y | | | Redacted |
| 8 | 32 | FRAGORD 22 | DEFS_00003580 | DEFS_00003607 | Y | | | Redacted |
| 9 | 33 | June 23, 2025, Email re: Fed Agency Requests to DoD | DEFS_00003851 | DEFS_00003851 | Y | | | Redacted |
| 11 | 34 | June 14, 2025, Email re: MacArthur Park Update | DEFS_00004191 | DEFS_00004191 | Y | | | Redacted |
| 12 | 35 | USARNORTH FRAGORD 25-501.000 | DEFS_00004422 | DEFS_00004431 | Y | | | Redacted |
| 14 | 36 | Maj. Gen. Sherman Task Force 51 Pres Statement | DEFS_00005035 | DEFS_00005038 | Y | | | |
| 15 | 37 | Commander's Critical Information Requirements Reporting Procedures | DEFS_00005932 | DEFS_00005934 | Y | | | Redacted |
| 17 | 38 | June 13, 2025, Mission Debrief | DEFS_00006271 | DEFS_00006271 | Y | | | Redacted |
| 18 | 39 | June 17, 2025, Email re: RFAs | DEFS_00007307 | DEFS_00007311 | Y | | | Redacted |
| 20 | 40 | Email: Marines Detain Civilian - PAO & Media Response | DEFS_00008251 | DEFS_00008255 | Y | | | Redacted |
| 21 | 41 | 143rd Military Police Detention Battalion Operation Slide | DEFS_00010396 | DEFS_00010396 | Y | | | |
| 22 | 42 | TF-51 Federal Protection Mission | DEFS_00013354 | DEFS_00013363 | Y | | | |
| 24 | 43 | July 2, 2025, Email re: DHS/ICE Support Update from LA Federal Protection Mission | DEFS_00016881 | DEFS_00016883 | Y | | | Redacted |
| 26 | 44 | Task Force 51 Federal Protection Mission Presentation | DEFS_00016913 | DEFS_00016922 | Y | | | |

| # | Description | | | Y/N | | | |
|---|---|---|---|---|---|---|---|
| 45 | OSD(PA) Briefing Card - DOD Federal Protection Mission | DEFS_00017668 | DEFS_00017672 | Y | | | Redacted |
| 46 | June 29, 2025, Email re: Macarthur Park Executive Brief | DEFS_00017903 | DEFS_00017905 | Y | | | Redacted |
| 47 | June 16, 2025, Email re: Los Angeles Protection Plans Update | DEFS_00018000 | DEFS_00018001 | Y | | | Redacted |
| 48 | JRSOI Legal Brief Presentation – Operation Border Support Standing Rules for the Use of Force | DEFS_00018009 | DEFS_00018186 | Y | | | Redacted |
| **Volume 3 49-97** | | | | | | | |
| 49 | June 26, 2025, Email re: Task Force 51 Los Angeles Operations Update | DEFS_00018345 | DEFS_00018350 | Y | | | Redacted |
| 50 | San Diego Post article/Photo of Camarillo cannabis farm dated (July 10, 2025) | PLS_00000016 | PLS_00000019 | N | | | |
| 51 | Decl. of Ernesto Santacruz, Jr. ISO Def. Opposition to TRO | ECF 25-1, Ex. 1 | | N | | | |
| 52 | Decl. of Major General Niave F. Knell ISO Def. Opposition to TRO | ECF 25, Ex. 4 | | N | | | |
| 53 | ICE Post on X dated June 10, 2025 (ECF No. 39-1, Ex. 3) | ECF 39-1, Ex. 3 | | Y | | | |
| 54 | ICE Post on X dated June 10, 2025, at 11:56 AM PST | ECF 39-1, Ex. 2 | | Y | | | |
| 55 | Decl. of Joseph Zizi | ECF No. 77, Ex. 3 | | N | | | |
| 56 | Null | Null | Null | Null | Null | Null | Null |
| 57 | Decl. of Ernesto Santacruz, Jr. ISO Def. Opposition to PI | ECF 84, Ex. 1 | | N | | | |
| 58 | Decl. of Steven S. Nordhaus ISO Def. Opposition to PI | ECF 84, Ex, 2 | | N | | | |
| 59 | Decl. of Major General Scott Sherman ISO Def. Opposition to PI | ECF 84, Ex. 3 | | N | | | |
| 60 | Decl. of Daniel Randolph ISO of Pl. Reply | ECF 87, Ex. 4 | | N | | | |
| 61 | Decl. of Sean Duryee ISO of Pl. Reply | ECF No. 87-3 | | N | | | |

|    |    |                                                                 |                        |   |   |   |   |   |
|----|----|-----------------------------------------------------------------|------------------------|---|---|---|---|---|
| 1  | 62 | Decl. of Dylan Verner-Crist ISO of Pl. Reply                    | ECF No. 87-5           |   | N |   |   |   |
| 2  |    |                                                                 |                        |   |   |   |   |   |
| 3  | 63 | DVIDS Photo [1]                                                 | ECF 127-2, Ex. 5       |   | Y |   |   |   |
| 4  | 64 | DVIDS Photo [2]                                                 | ECF 127-2, Ex. 6       |   | Y |   |   |   |
| 5  | 65 | DVIDS Photo [3]                                                 | ECF 127-2, Ex. 7       |   | Y |   |   |   |
| 6  |    |                                                                 |                        |   |   |   |   |   |
| 7  | 66 | DVIDS Photo [4]                                                 | ECF 127-2, Ex. 8       |   | Y |   |   |   |
| 8  | 67 | DVIDS Photo [5]                                                 | ECF 127-2, Ex. 9       |   | Y |   |   |   |
| 9  | 68 | DVIDS Photo [6]                                                 | ECF 127-2, Ex. 10      |   | Y |   |   |   |
| 10 |    |                                                                 |                        |   |   |   |   |   |
| 11 | 69 | DVIDS Photo [7]                                                 | ECF No. 127-2, Ex. 14  |   | Y |   |   |   |
| 12 | 70 | DVIDS Photo [8]                                                 | ECF 127-2, Ex. 15      |   | Y |   |   |   |
| 13 | 71 | DVIDS Photo [9]                                                 | ECF 127-2, Ex. 16      |   | Y |   |   |   |
| 14 | 72 | DVIDS Photo [10]                                                | ECF 127-2, Ex. 17      |   | Y |   |   |   |
| 15 |    |                                                                 |                        |   |   |   |   |   |
| 16 | 73 | DVIDS Photo [11]                                                | ECF 127-2, Ex. 18      |   | Y |   |   |   |
| 17 | 74 | Task Force 51 is the U.S. Army North's Contingency Command Post | ECF 127-2, Ex. 19      |   | Y |   |   |   |
| 18 |    |                                                                 |                        |   |   |   |   |   |
| 19 | 75 | DVIDS Photo [11]                                                | ECF 127-2, Ex. 22      |   | Y |   |   |   |
| 20 | 76 | DVIDS Photo [12]                                                | ECF 127-2, Ex. 23      |   | Y |   |   |   |
| 21 | 77 | DVIDS Mission Statement                                         | ECF 127-2, Ex. 27      |   | Y |   |   |   |
| 22 | 78 | Declaration of Monica Solarzano ISO Plaintiffs Supp. PI.        | ECF 127-3              |   | Y |   |   |   |
| 23 |    |                                                                 |                        |   |   |   |   |   |
| 24 | 79 | July 10, 2025, Carpinteria Photo                                | ECF 127-4, Ex. A       |   | Y |   |   |   |
| 25 | 80 | July 10, 2025, Carpinteria Video                                | ECF 127-4, Ex. B       |   | Y |   |   |   |
| 26 | 81 | Declaration of Genevieve Flores-Haro ISO Plaintiffs Supp. PI.   | ECF 127-5              |   | N |   |   |   |
| 27 |    |                                                                 |                        |   |   |   |   |   |
| 28 | 82 | Camarillo Photograph [1]                                        | ECF 127-6, Ex. A       |   | Y |   |   |   |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 83 | Camarillo Photograph [2] | ECF 127-6, Ex. B | | Y | | | |
| 84 | Camarillo Photograph [3] | ECF 127-6, Ex. C | | Y | | | |
| 85 | Camarillo Photograph [4] | ECF 127-6, Ex. D | | Y | | | |
| 86 | Camarillo Photograph [5] | ECF 127-6, Ex. E | | Y | | | |
| 87 | Camarillo Photograph [6] | ECF 127-6, Ex. F | | Y | | | |
| 88 | Camarillo Photograph [7] | ECF 127-6, Ex. G | | Y | | | |
| 89 | Camarillo Photograph [8] | ECF 127-6, Ex. H | | Y | | | |
| 90 | Camarillo Photograph [9] | ECF 127-6, Ex. I | | Y | | | |
| 91 | Camarillo Photograph [10] | ECF 127-6, Ex. J | | Y | | | |
| 92 | Camarillo Photograph [11] | ECF 127-6, Ex. K | | Y | | | |
| 93 | Camarillo Photograph [12] | ECF 127-6, Ex. L | | Y | | | |
| 94 | Camarillo Photograph [13] | ECF 127-6, Ex. M | | Y | | | |
| 95 | Camarillo Video [1] | ECF 127-6, Ex. O | | Y | | | |
| 96 | Camarillo Video [2] | ECF 127-6, Ex. P | | Y | | | |
| 97 | August 5, 2025, DA Activation Order 004-25 12406 | ECF 140-1, Ex. 31 | | Y | | | |
| **Volume 4** **98** | | | | | | | |
| 98 | Deposition Transcript of William Harrington | | | N | | | |
| **Volume 5** **99** | | | | | | | |
| 99 | Deposition Transcript of Ernesto Santacruz, Jr. | | | N | | | |
| **Volume 6** **100-101** | | | | | | | |
| 100 | Deposition Transcript of Major General Scott Sherman | | | N | | | |
| 101 | Scott Sherman Marked Depo Exhibit 19 | | | N | | | |
| **Volume 7** **102-113** | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 102 | Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories to Defendants | | | Y | | | |
| 103 | Amici Curiae Brief of Former U.S. Army and Navy Secretaries and Retired Four-Star Admirals and Generals | | | N | | | |
| 104 | News Article: Watson & Weber, What to Know About the Troops and Federal Agents in LA's MacArthur Park, Associated Press (July 7, 2025), https://tinyurl.com/mvsjm34m | | | N | | | |
| 105 | News Article: L.A. Area Chamber Urges Calm and Calls for De-escalation Amid Immigration Raids (June 9, 2025), https://tinyurl.com/3y3krbcz. | | | N | | | |
| 106 | News Article: Jill Cowan and Mimi Dwyer, Federal Agents March Through L.A. Park, Spurring Local Outrage, N.Y. Times (July 7, 2025), https://tinyurl.com/ye6dvrec | | | N | | | |
| 107 | Anabel Munoz, Bystanders confront federal immigration agents as they descend on MacArthur Park, ABC 7 News (July 7, 2025), https://tinyurl.com/4pcr4smp | | | N | | | |
| 108 | News Article: Levi Sumagaysay & Lauren Hepler, From San Diego to the Bay Area, California restaurants are on edge over immigration raids, CalMatters (June 19, 2025), https://tinyurl.com/3mavha59 | | | N | | | |
| 109 | News Article: Suhauna Hussain and Md Fazlur Rahman, California's economy is already getting hit by immigration raids, LA Times (July 30, 2025), https://tinyurl.com/2ukukjdd | | | N | | | |
| 110 | News Article: Javier Hasse, Glass House Shows Us Its New, Massive 355k Square Feet Cannabis Greenhouse, Forbes (Feb. 11, 2020), https://tiny4t.com/407BNa | | | N | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 111 | News Article: Mark Madler, Camarillo Tomato Farm Sells for $93 Million, Los Angeles Business Journal (Oct. 11, 2021), https://tiny4t.com/8XzmxN | | | N | | | |
| 112 | DoD Instruction No. 3025.21, Public | | | Y | | | |
| 113 | Declaration of Genevieve Flores-Haro ISO Plaintiffs Supp. PI., Camarillo Photograph [14] | ECF 127-6, Ex. N | | Y | | | |

Dated:  August 11, 2025                               Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LORRAINE LOPEZ
BARBARA HORNE-PETERSDORF
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
Deputy Attorneys General

*/s/ Meghan H. Strong*
Deputy Attorney General
MEGHAN H. STRONG
*Attorneys for Plaintiffs*

Dated: August 11, 2025                               Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

ALEXANDER K. HAAS
Director, Federal Programs Branch

8

JOINT EXHIBIT LIST

1  (CA Bar No. 220932)

2  JEAN LIN (NY Bar No. 4074530)
   Special Litigation Counsel

3  */s/ Benjamin S. Kurland*
4  BENJAMIN S. KURLAND
   (DC Bar No. 1617521)
5  Trial Attorney
   CHRISTOPHER D. EDELMAN
6  (DC Bar No. 1033486)
   Senior Counsel
7  GARRY D. HARTLIEB
   (IL Bar No. 6322571)
8  JODY D. LOWNSTEIN
   (MT Bar No. 55816869)
9  Trial Attorneys
   U.S. Department of Justice
10 Civil Division, Federal Programs Branch
   1100 L Street, N.W.
11 Washington, DC 20005
   Tel.: 202.598.7755
12 Email: ben.kurland@usdoj.gov
   *Counsel for Defendants*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:  *Newsom v. Trump*        No.  **3:25-cv-04870-CRB**

I hereby certify that on <u>August 11, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## JOINT EXHIBIT LIST

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>August 11, 2025</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| | |
|---|---|
| **David A. Carrillo**<br>California Constitution Center<br>University of California, Berkeley<br>School of Law #7200<br>Berkeley, CA 94720-7200 | **Arman Matevosyan**<br>The Matevosyan Law Firm<br>313 E. Broadway #10086<br>Glendale, CA 91209 |
| **State of Delaware**<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801 | **State of Washington**<br>Washington State Attorney General's Office<br>800 Fifth Avenue<br>Suite 2000<br>Seattle, WA 98104 |
| **Brandon V. Stracener**<br>California Constitution Center<br>University of California, Berkeley<br>School of Law #7200<br>Berkeley, CA 94720-7200 | **Blue Eagle Coalition**<br>555 Twin Dolphin Dr., Ste. 135<br>Redwood City, CA 94065 |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 11, 2025</u>, at San Francisco, California.

|  |  |
| :---: | :---: |
| M. Paredes | */s/ M. Paredes* |
| Declarant | Signature |

SF2025303707
44752155.docx