UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Bench Trial Minutes

Date: August 11, 2025                                      Judge: Honorable Charles R. Breyer

Court Reporter: Ana Dub
Time: 4 Hours and 32 Minutes
Case No.: C25-4870 CRB
Case Name: Newsom v. Trump

Attorney(s) for Plaintiff: Anya Binsacca, Meghan Strong, Kendal Micklethwaite, Lorraine A. Lopez, Jane Reilley, Marissa Malouf

Attorney(s) for Defendant(s): Garry D. Hartlieb, Jody D. Lowenstein, Jean Lin, Eric Hamilton, John Bailey

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Bench trial held. Plaintiff's rest. Defendant Motion for Judgment. Motion taken under submission. Further Bench trial set for August 12, 2025 at 9:30 a.m.

Plaintiff Witnesses Sworn: William B. Harrington, Major General Scott Marshall Sherman, Ernesto Santacruz, Jr.

The parties stipulate the admission of exhibits as outlined in the Joint Exhibit List at ECF No. 154.

Joint Exhibits Marked and Admitted: 5, 10, 12, 15, 28, 31, 38, 41, 53, 54, 64, 66, 68, 69, 75, 76, 79, 80, 83, 86, 87, 92, 94, 95, 96, 114

Joint Exhibit Marked: 99