UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:25-cv-04870-CRB
Case Name: <u>Newsom v. Trump</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Anya Binsacca, Meghan Strong, Kendal Micklethwaite, Lorraine A. Lopez, Jane Reilley, Marissa Malouf | Garry D. Hartlieb, Jody D. Lowenstein, Jean Lin, Eric Hamilton, John Bailey |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| August 11, 2025 | Ana Dub | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:00 a.m. | | | Judge cried-in. All parties present. The Court addressed the parties. Plaintiff request sequestration of witnesses except for Major General Scott Sherman. Discussion re exhibits. The parties stipulate the admission of exhibits as outlined in the Joint Exhibit List at ECF No. 154. Defendant's motion to seal document with redactions pending. Redacted exhibits will be displayed in the courtroom but the Court, witnesses and counsel have unredacted copies. | |
| | | 10:14 a.m. | | | Plaintiff's witness sworn – **William B. Harrington** | |
| 10 | | | X | X | Joint Exhibit 10 - Task Force 51 Standing Rules for the Use of Force Calif. Fed. Protection Mission Training Slides | |
| 28 | | | X | X | Joint Exhibit 28 (page 2875, 2892) Slides for Los Angeles Federal Protection Mission at MacArthur Park - Operation Excalibur | |
| | | 10:47 a.m. | | | Defendant cross-examination of witness William B. Harrington | |
| | | 10:52 a.m. | | | Plaintiff re-direct of witness William B. Harrington | |
| | | 10:53 a.m. | | | Witness excused | |
| | | 10:53 a.m. | | | Plaintiff witness sworn – **Major General Scott Marshall Sherman** | |
| 15 | | | X | X | Joint Exhibit 15 (page 2532) - Action Memo from the Undersecretary of Defense | |
| | | 11:17 a.m. | | | Court reconvened. All parties present. Plaintiff direct-examination of witness – Major General Scott Marshall Sherman | |
| 15 | | | X | | Joint Exhibit 15 (page 2532) | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | | | X | X | Joint Exhibit 5 - ARNORTH General Order Number 1 (GO-1) | |
| 12 | | | X | X | Joint Exhibit 12 (page 1213) Email Correspondence from DHS Area Commander Phil Olivero dated June 13 and 14, 2025 | |
| 53 | | | X | X | Joint Exhibit 53 - ICE Post on X dated June 10, 2025 (ECF No. 39-1, Ex. 3) | |
| 54 | | | X | X | Joint Exhibit 54 - ICE Post on X dated June 10, 2025, at 11:56 AM PST | |
| 38 | | | X | X | Joint Exhibit 38 - June 13, 2025, Mission Debrief | |
| 64 | | | X | X | Joint Exhibit 64 - DVIDS Photo [2] | |
| 66 | | | X | X | Joint Exhibit 66 - DVIDS Photo [4] | |
| 68 | | | X | X | Joint Exhibit 68 - DVIDS Photo [6] | |
| 41 | | | X | X | Joint Exhibit 41 - 143rd Military Police Detention Battalion Operation Slide | |
| 69 | | | X | X | Joint Exhibit 69 - DVIDS Photo [7] | |
| 31 | | | X | X | Joint Exhibit 31 - Task Force 51 Planning Documents for RFA #37 | |
| 79 | | | X | X | Joint Exhibit 79 - July 10, 2025, Carpinteria Photo | |
| 80 | | | X | X | Joint Exhibit 80 - July 10, 2025, Carpinteria Video | |
| 75 | | | X | X | Joint Exhibit 75 - DVIDS Photo [11] | |
| 76 | | | X | X | Joint Exhibit 76 - DVIDS Photo [12] | |
| 83 | | | X | X | Joint Exhibit 83 - Camarillo Photograph [2] | |
| 86 | | | X | X | Joint Exhibit 86 - Camarillo Photograph [5] | |
| 87 | | | X | X | Joint Exhibit 87 - Camarillo Photograph [6] | |
| 92 | | | X | X | Joint Exhibit 92 - Camarillo Photograph [11] | |
| 94 | | | X | X | Joint Exhibit 94 - Camarillo Photograph [13] | |
| 95 | | | X | X | Joint Exhibit 95 - Camarillo Video [1] | |
| 96 | | | X | X | Joint Exhibit 96 - Camarillo Video [2] | |
| 28 | | | X | X | Joint Exhibit 28 (page 2892) - Slides for Los Angeles Federal Protection Mission at MacArthur Park - Operation Excalibur | |
| 114 | | | X | X | Joint Exhibit 114 – video (objection) | |
| | | 12:27 p.m. | | | Court in recess | |
| 114 | | 1:02 p.m. | | | Court reconvened. All parties present. Joint Exhibit 114 – Video Displayed | |
| | | 1:04 p.m. | | | Defendant cross-examination of witness Major General Scott Marshall Sherman | |
| 64 | | | X | | Joint Exhibit 64 previously admitted | |
| 38 | | | X | | Joint Exhibit 38 previously admitted | |
| 10 | | | X | | Joint Exhibit (page 1101) previously admitted | |

| | | | | | |
|---|---|---|---|---|---|
| 41 | | | X | Joint Exhibit 41 previously admitted | |
| 69 | | | X | Joint Exhibit 69 previously admitted | |
| | 1:48 p.m. | | | Plaintiff re-direct of witness Major General Scott Marshall Sherman | |
| | 1:52 p.m. | | | Examination Complete (direct witness for Plaintiffs) | |
| | | | | Plaintiff witness sworn – **Ernesto Santacruz, Jr.** | |
| 99 | | | X | Joint Exhibit 99 – Deposition Transcript of Ernesto Santacruz, Jr. | |
| 53 | | | X | Joint Exhibit 53 previously admitted | |
| 99 | | | X | Joint Exhibit 99 previously marked | |
| 54 | | | X | Joint Exhibit 54 previously admitted | |
| 92 | | | X | Joint Exhibit 92 previously admitted | |
| | 2:31 p.m. | | | Defendant cross-examination of witness Ernesto Santacruz, Jr. | |
| | 3:11 p.m. | | | Court reconvened. All parties present. Defendant cross-examination of witness Ernesto Santacruz, Jr. | |
| | 3:25 p.m. | | | Witness excused. Plaintiff's rest. Discussion re the progression of the trial. Further Bench trial set for August 12, 2025 at 9:30 a.m. | |
| | 3:30 p.m. | | | Government Motion for Judgment – Motion Taken Under Submission. Court adjourned until August 12, 2025 at 9:30 a.m. | |
| | | | | | |