# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Bench Trial Minutes

Date: August 12, 2025                                   Judge: Honorable Charles R. Breyer

Court Reporter: Ana Dub
Time: 3 Hours and 36 Minutes
Case No.: C25-4870 CRB
Case Name: Newsom v. Trump

Attorney(s) for Plaintiff: Anya Binsacca, Meghan Strong, Kendal Micklethwaite, Lorraine A. Lopez, Jane Reilley, Marissa Malouf, Brendan Hamme, Barbara Horne-Petersdorf

Attorney(s) for Defendant(s): Garry D. Hartlieb, Jody D. Lowenstein, Jean Lin, Eric Hamilton, John Bailey

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Bench trial held. Defendant rest. Oral argument on evidence held. Further Bench trial set for August 13, 2025 at 9:00 a.m.

Defendant Witness: Major General Scott Sherman

Joint Exhibits Marked and Admitted: 2, 3, 7, 37, 40, 42

Plaintiff's Exhibit Marked and Admitted: 115

Plaintiff's Exhibit Redesignated - 114 redesignated as Plaintiff's exhibit (video of press conference)