UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:25-cv-04870-CRB
Case Name: Newsom v. Trump

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Anya Binsacca, Meghan Strong, Kendal Micklethwaite, Lorraine A. Lopez, Jane Reilley, Marissa Malouf, Brendan Hamme, Barbara Horne-Petersdorf | Garry D. Hartlieb, Jody D. Lowenstein, Jean Lin, Eric Hamilton, John Bailey |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| August 12, 2025 | Ana Dub | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 114 | | 9:30 a.m. | X | | Judge cried-in. All parties present. Plaintiff's exhibit redesignated - 114 as Plaintiff's exhibit (video of press conference) | |
| | | 9:33 a.m. | | | Defendant's witness – **Major General Scott Sherman** | |
| 2 | | | X | X | Joint Exhibit 2 - June 23, 2025, Memorandum re: Execution of Presidentially Directed Mission to Protect Federal Law Enforcement Personnel and Functions in California | |
| 3 | | | X | X | Joint Exhibit - June 9 DoD Memorandum | |
| 5 | | | X | | Joint Exhibit 5 previously admitted | |
| 10 | | | X | | Joint Exhibit 10 previously admitted | |
| 37 | | | X | X | Joint Exhibit 37 - Commander's Critical Information Requirements Reporting Procedures | |
| 40 | | | X | X | Joint Exhibit 40 - Email: Marines Detain Civilian - PAO & Media Response | |
| 42 | | | X | X | Joint Exhibit 42 - TF-51 Federal Protection Mission | |
| 7 | | | X | | Joint Exhibit 7 - TF-51 CONOP Process for LA JOA | |
| | | 10:40 a.m. | | | Court in recess | |
| | | | | | Court reconvened. All parties present. Direct-examination of witness – Major General Scott Sherman | |
| 7 | | | X | X | Joint Exhibit - TF-51 CONOP Process for LA JOA – | |
| 28 | | | X | | Joint Exhibit 28 previously admitted | |
| 31 | | | X | | Joint Exhibit 31 previously admitted | |

1

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   | 11:22 a.m. |   |   | Plaintiff cross-examination of witness – Major General Scott Sherman |   |
| 2 |   |   | X |   | Joint Exhibit 2 previously admitted |   |
| 115 |   |   | X | X | Plaintiff Exhibit 115 – (press conference video) Video played for the witness with counsel present |   |
|   |   | 11:43 a.m. |   |   | Witness excused. Defendant rest. No rebuttal. |   |
|   |   | 11:44 a.m. |   |   | Court in recess |   |
|   |   | 1:00 p.m. |   |   | Court reconvened. All parties present. Plaintiff Closing Argument (re evidence) |   |
|   |   | 1:35 p.m. |   |   | Court questioned Defendant's counsel re "argument of no limiting factor re use of the military." |   |
|   |   | 1:52 p.m. |   |   | Defendant Closing Argument (re evidence) |   |
|   |   | 2:29 p.m. |   |   | Court in recess |   |
|   |   | 2:49 p.m.<br><br>2:53 p.m.<br><br>2:54 p.m.<br><br>2:54 p.m. |   |   | Court reconvened. All parties present<br>Plaintiff's Rebuttal Closing<br>Defendant responds to the Court's inquiry re evidence in the trial record<br>Plaintiff will discuss the evidence in the trial record tomorrow<br>Court inquiry Plaintiffs re "willfulness"<br>Court inquiry Defendants' argument re "no cause of action" |   |
|   |   | 2:58 p.m. |   |   | Court adjourned. Further Bench trial set for August 13, 2025 at 9:00 a.m. |   |