# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Bench Trial Minutes

Date:  August 13, 2025 	Judge:  Honorable Charles R. Breyer

Court Reporter:  Ana Dub
Time: 1 Hour and 38 Minutes
Case No.: C25-4870 CRB
Case Name:  Newsom v. Trump

Attorney(s) for Plaintiff:  Anya Binsacca, Meghan Strong, Kendal Micklethwaite, Lorraine A. Lopez, Jane Reilley, Marissa Malouf, Brendan Hamme, Barbara Horne-Petersdorf

Attorney(s) for Defendant(s):  Garry D. Hartlieb, Jody D. Lowenstein, Jean Lin, Eric Hamilton, John Bailey

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Bench trial held.  Defendant Closing Argument (re the law). Plaintiff Closing Argument (re the law). Post-Trial briefing to be determined.