UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 3:25-cv-04870-CRB
Case Name: Newsom v. Trump

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Anya Binsacca, Meghan Strong, Kendal Micklethwaite, Lorraine A. Lopez, Jane Reilley, Marissa Malouf, Brendan Hamme, Barbara Horne-Petersdorf | Garry D. Hartlieb, Jody D. Lowenstein, Jean Lin, Eric Hamilton, John Bailey |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| August 13, 2025 | Ana Dub | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:04 a.m. | | | Judge cried-in. All parties present. Court discussed preliminary matters with the parties | |
| | | 9:08 a.m. | | | Defendant closing argument (re the law) | |
| | | 9:47 a.m. | | | Government closing argument (re the law) | |
| | | 10:14 a.m. | | | Court in recess | |
| | | 10:33 a.m. | | | Court reconvened. All parties present. Defendant rebuttal argument | |
| | | 10:57 a.m. | | | Plaintiff rebuttal argument | |
| | | 10:57 a.m. | | | Court adjourned. | |