| | |
|---|---|
| Rob Bonta | BRETT A. SHUMATE |
| Attorney General of California | Assistant Attorney General |
| MICHAEL L. NEWMAN | ERIC J. HAMILTON |
| THOMAS S. PATTERSON | Deputy Assistant Attorney General |
| Senior Assistant Attorneys General | ALEXANDER K. HAAS |
| ANYA M. BINSACCA | Branch Director |
| MARISSA MALOUFF | JEAN LIN |
| JAMES E. STANLEY | Special Litigation Counsel |
| Supervising Deputy Attorneys General | CHRISTOPHER D. EDELMAN |
| NICHOLAS ESPÍRITU | Senior Counsel |
| LUKE FREEDMAN | JODY D. LOWENSTEIN |
| LORRAINE LOPEZ | GARRY D. HARTLIEB |
| KENDAL MICKLETHWAITE | BENJAMIN S. KURLAND |
| JANE REILLEY | Trial Attorneys |
| MEGAN RICHARDS | U.S. Department of Justice |
| MEGHAN H. STRONG | Civil Division, Federal Programs Branch |
| Deputy Attorneys General | 1100 L Street, NW |
|   455 Golden Gate Ave. | Washington, DC 20005 |
|   San Francisco, CA  94102 | Telephone: (202) 598-7755 |
|   Telephone: (415) 510-3877 | E-mail: ben.kurland@usdoj.gov |
|   E-mail:  Meghan.Strong@doj.ca.gov | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870<br><br>**JOINT LIST OF ADMITTED EXHIBITS** |

1  The Parties hereby submit the following list of exhibits admitted in the trial in this case,
2  which took place from August 11 to August 13, 2025.

3  **PRELIMINARY STATEMENT**

4  The Parties have not yet filed the exhibits on the docket due to certain exhibits being
5  subject to Defendants' Administrative Motion to Seal (ECF No. 152), which is pending.
6  Accordingly, the "Sealing" column denotes exhibits that are subject to Defendants Administrative
7  Motion to Seal (ECF No. 152), and the column indicates whether Defendants seek to redact the
8  exhibit or seal it in full.  Exhibits with a Y in the "Stipulated" column are those that that the
9  Parties stipulated to admit.  Exhibits with a Y in the "Admitted" column are those that were
10 admitted at trial.  The exhibit with a note in the "Limits" column reflects the limited purpose for
11 which it was admitted.

12 **EXHIBITS**

| Ex. No. | Description | Start Bates No. | End Bates No. | Stipulated | Admitted | Limits | Sealing |
|---|---|---|---|---|---|---|---|
| **Volume 1** <br> **1-28** | | | | | | | |
| 1 | Standing Rules for Use of Force Card | DEFS_00000001 | DEFS_00000002 | Y | Y | | |
| 2 | June 23, 2025, Memorandum re: Execution of Presidentially Directed Mission to Protect Federal Law Enforcement Personnel and Functions in California | DEFS_00000003 | DEFS_00000004 | Y | Y | | |
| 3 | June 9 DoD Memorandum | DEFS_00000006 | DEFS_00000009 | Y | Y | | |
| 4 | SRUF De-escalation Cards | DEFS_00000010 | DEFS_00000011 | Y | Y | | |
| 5 | ARNORTH General Order Number 1 (GO-1) | DEFS_00000012 | DEFS_00000014 | Y | Y | | Redacted |
| 6 | June 13, 2025, Email re: Situational Reports | DEFS_00000021 | DEFS_00000026 | Y | Y | | Redacted |
| 7 | TF-51 CONOP Process for LA JOA | DEFS_00000249 | DEFS_00000252 | Y | Y | | |
| 8 | Legal Considerations of California Federal Protection Mission | DEFS_00001057 | DEFS_00001071 | Y | Y | | Redacted |
| 9 | Standing Rules for Use of Force | DEFS_00001072 | DEFS_00001074 | Y | Y | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | Task Force 51 Standing Rules for the Use of Force Calif. Fed. Protection Mission Training Slides | DEFS_00001095 | DEFS_00001162 | Y | Y | | |
| 11 | FRAGORD 07 | DEFS_00001180 | DEFS_00001195 | Y | Y | | Redacted |
| 12 | Email Correspondence from DHS Area Commander Phil Olivero dated June 13 and 14, 2025. | DEFS_00001212 | DEFS_00001214 | N | Y | Only for state of mind | Redacted |
| 14 | TF-51 OPORD 25-001 | DEFS_00002468 | DEFS_00002475 | Y | Y | | Redacted |
| 15 | Action Memo from the Undersecretary of Defense | DEFS_00002531 | DEFS_00002550 | Y | Y | | Redacted |
| 17 | June 7 Presidential Memorandum | DEFS_00002545 | DEFS_00002546 | Y | Y | | |
| 18 | June 7 DoD Memorandum | DEFS_00002548 | DEFS_00002548 | Y | Y | | |
| 19 | June 24, 2025, Email re: Informal RFI | DEFS_00002553 | DEFS_00002556 | Y | Y | | Redacted |
| 20 | Email: PHOTOS - Crowd Control 2 | DEFS_00002566 | DEFS_00002572 | Y | Y | | Redacted |
| 22 | June 13, 2025, Email to Maj. Gen. Sherman and attachment | DEFS_00002661 | DEFS_00002662 | Y | Y | | Redacted |
| 23 | OPORD 25-001 Federal Property Protection/Civil Disturbance Operations ISO DHS ICE in Vicinity of Los Angeles | DEFS_00002693 | DEFS_00002701 | Y | Y | | Redacted |
| 24 | June 8, 2025, Email re: Civil Disturbance Training | DEFS_00002801 | DEFS_00002802 | Y | Y | | Redacted |
| 25 | June 9, 2025, Email and attachments re: Federal Protection Mission | DEFS_00002830 | DEFS_00002833 | Y | Y | | Redacted |
| 26 | June 9, 2025, Email re: 79th Infantry Brigade Combat Team Readiness | DEFS_00002837 | DEFS_00002838 | Y | Y | | Redacted |
| 27 | June 14, 2025, Email re: MacArthur Risk Concerns | DEFS_00002841 | DEFS_00002843 | Y | Y | | Redacted |
| 28 | Slides for Los Angeles Federal Protection Mission at MacArthur Park - Operation Excalibur | DEFS_00002872 | DEFS_00002895 | Y | Y | | Redacted |
| **Volume 2** **29-48** | | | | | | | |
| 29 | Task Force 51 MacArthur Park Planning Documents | DEFS_00002961 | DEFS_00002965 | Y | Y | | Redacted |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 30 | June 11, 2025 Email re: End of Day Update | DEFS_00003009 | DEFS_00003011 | Y | Y | | Redacted |
| 2 | 31 | Task Force 51 Planning Documents for RFA #37 | DEFS_00003509 | DEFS_00003522 | Y | Y | | Redacted |
| 3 | 32 | FRAGORD 22 | DEFS_00003580 | DEFS_00003607 | Y | Y | | Redacted |
| 4 | 33 | June 23, 2025, Email re: Fed Agency Requests to DoD | DEFS_00003851 | DEFS_00003851 | Y | Y | | Redacted |
| 5 | 34 | June 14, 2025, Email re: MacArthur Park Update | DEFS_00004191 | DEFS_00004191 | Y | Y | | Redacted |
| 6 | 35 | USARNORTH FRAGORD 25-501.000 | DEFS_00004422 | DEFS_00004431 | Y | Y | | Redacted |
| 7 | 36 | Maj. Gen. Sherman Task Force 51 Pres Statement | DEFS_00005035 | DEFS_00005038 | Y | Y | | |
| 8 | 37 | Commander's Critical Information Requirements Reporting Procedures | DEFS_00005932 | DEFS_00005934 | Y | Y | | Redacted |
| 9 | 38 | June 13, 2025, Mission Debrief | DEFS_00006271 | DEFS_00006271 | Y | Y | | Redacted |
| 10 | 39 | June 17, 2025, Email re: RFAs | DEFS_00007307 | DEFS_00007311 | Y | Y | | Redacted |
| 11 | 40 | Email: Marines Detain Civilian - PAO & Media Response | DEFS_00008251 | DEFS_00008255 | Y | Y | | Redacted |
| 12 | 41 | 143rd Military Police Detention Battalion Operation Slide | DEFS_00010396 | DEFS_00010396 | Y | Y | | |
| 13 | 42 | TF-51 Federal Protection Mission | DEFS_00013354 | DEFS_00013363 | Y | Y | | |
| 14 | 43 | July 2, 2025, Email re: DHS/ICE Support Update from LA Federal Protection Mission | DEFS_00016881 | DEFS_00016883 | Y | Y | | Redacted |
| 15 | 44 | Task Force 51 Federal Protection Mission Presentation | DEFS_00016913 | DEFS_00016922 | Y | Y | | |
| 16 | 45 | OSD(PA) Briefing Card - DOD Federal Protection Mission | DEFS_00017668 | DEFS_00017672 | Y | Y | | Redacted |
| 17 | 46 | June 29, 2025, Email re: Macarthur Park Executive Brief | DEFS_00017903 | DEFS_00017905 | Y | Y | | Redacted |
| 18 | 47 | June 16, 2025, Email re: Los Angeles Protection Plans Update | DEFS_00018000 | DEFS_00018001 | Y | Y | | Redacted |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 48 | JRSOI Legal Brief Presentation – Operation Border Support Standing Rules for the Use of Force | DEFS_00018009 | DEFS_00018186 | Y | Y | | Redacted |
| **Volume 3** **49-97** |||||||||
| 49 | June 26, 2025, Email re: Task Force 51 Los Angeles Operations Update | DEFS_00018345 | DEFS_00018350 | Y | Y | | Redacted |
| 53 | ICE Post on X dated June 10, 2025 (ECF No. 39-1, Ex. 3) | ECF 39-1, Ex. 3 | | Y | Y | | |
| 54 | ICE Post on X dated June 10, 2025, at 11:56 AM PST | ECF 39-1, Ex. 2 | | Y | Y | | |
| 63 | DVIDS Photo [1] | ECF 127-2, Ex. 5 | | Y | Y | | |
| 64 | DVIDS Photo [2] | ECF 127-2, Ex. 6 | | Y | Y | | |
| 65 | DVIDS Photo [3] | ECF 127-2, Ex. 7 | | Y | Y | | |
| 66 | DVIDS Photo [4] | ECF 127-2, Ex. 8 | | Y | Y | | |
| 67 | DVIDS Photo [5] | ECF 127-2, Ex. 9 | | Y | Y | | |
| 68 | DVIDS Photo [6] | ECF 127-2, Ex. 10 | | Y | Y | | |
| 69 | DVIDS Photo [7] | ECF No. 127-2, Ex. 14 | | Y | Y | | |
| 70 | DVIDS Photo [8] | ECF 127-2, Ex. 15 | | Y | Y | | |
| 71 | DVIDS Photo [9] | ECF 127-2, Ex. 16 | | Y | Y | | |
| 72 | DVIDS Photo [10] | ECF 127-2, Ex. 17 | | Y | Y | | |
| 73 | DVIDS Photo [11] | ECF 127-2, Ex. 18 | | Y | Y | | |
| 74 | Task Force 51 is the U.S. Army North's Contingency Command Post | ECF 127-2, Ex. 19 | | Y | Y | | |
| 75 | DVIDS Photo [11] | ECF 127-2, Ex. 22 | | Y | Y | | |
| 76 | DVIDS Photo [12] | ECF 127-2, Ex. 23 | | Y | Y | | |
| 77 | DVIDS Mission Statement | ECF 127-2, Ex. 27 | | Y | Y | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 79 | July 10, 2025, Carpinteria Photo | ECF 127-4, Ex. A | | Y | Y | | |
| 2 | 80 | July 10, 2025, Carpinteria Video | ECF 127-4, Ex. B | | Y | Y | | |
| 3 | 82 | Camarillo Photograph [1] | ECF 127-6, Ex. A | | Y | Y | | |
| 4 | 83 | Camarillo Photograph [2] | ECF 127-6, Ex. B | | Y | Y | | |
| 5 | 84 | Camarillo Photograph [3] | ECF 127-6, Ex. C | | Y | Y | | |
| 6 | 85 | Camarillo Photograph [4] | ECF 127-6, Ex. D | | Y | Y | | |
| 7 | 86 | Camarillo Photograph [5] | ECF 127-6, Ex. E | | Y | Y | | |
| 8 | 87 | Camarillo Photograph [6] | ECF 127-6, Ex. F | | Y | Y | | |
| 9 | 88 | Camarillo Photograph [7] | ECF 127-6, Ex. G | | Y | Y | | |
| 10 | 89 | Camarillo Photograph [8] | ECF 127-6, Ex. H | | Y | Y | | |
| 11 | 90 | Camarillo Photograph [9] | ECF 127-6, Ex. I | | Y | Y | | |
| 12 | 91 | Camarillo Photograph [10] | ECF 127-6, Ex. J | | Y | Y | | |
| 13 | 92 | Camarillo Photograph [11] | ECF 127-6, Ex. K | | Y | Y | | |
| 14 | 93 | Camarillo Photograph [12] | ECF 127-6, Ex. L | | Y | Y | | |
| 15 | 94 | Camarillo Photograph [13] | ECF 127-6, Ex. M | | Y | Y | | |
| 16 | 95 | Camarillo Video [1] | ECF 127-6, Ex. O | | Y | Y | | |
| 17 | 96 | Camarillo Video [2] | ECF 127-6, Ex. P | | Y | Y | | |
| 18 | 97 | August 5, 2025, DA Activation Order 004-25 12406 | ECF 140-1, Ex. 31 | | Y | Y | | |
| | **Volume 7 102-113** | | | | | | | |
| 19 | 102 | Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories to Defendants | | | Y | Y | | |
| 20 | 112 | DoD Instruction No. 3025.21, Public | | | Y | Y | | |
| 21 | 113 | Declaration of Genevieve Flores-Haro ISO Plaintiffs Supp. PI., Camarillo Photograph [14] | ECF 127-6, Ex. N | | Y | Y | | |
| 22 | 114 | Video of August 11, 2025 Secretary of Defense Hegseth Statement | | | N | Y | | |

5

| | 115 | Video of August 11, 2025 President Trump Statement | | | N | Y | | |
|---|---|---|---|---|---|---|---|---|

Dated: 8/13/2025

Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LORRAINE LOPEZ
BARBARA HORNE-PETERSDORF
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
Deputy Attorneys General

/s/Meghan H. Strong
Deputy Attorney General
MEGHAN H. STRONG
*Attorneys for Plaintiffs*

Dated: 08/13/2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

ALEXANDER K. HAAS
Director, Federal Programs Branch
(CA Bar No. 220932)

JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel

/s/Benjamin S. Kurland
BENJAMIN S. KURLAND
(DC Bar No. 1617521)

Trial Attorney
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB
(IL Bar No. 6322571)
JODY D. LOWNSTEIN
(MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: 202.598.7755
Email: ben.kurland@usdoj.gov
*Counsel for Defendants*

JOINT ADMITTED EXHIBIT LIST

# CERTIFICATE OF SERVICE

Case Name: *Newsom v. Trump*     No.  **3:25-cv-04870-CRB**

I hereby certify that on August 13, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### JOINT LIST OF ADMITTED EXHIBITS

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On August 13, 2025, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

| Brandon V. Stracener<br>California Constitution Center<br>University of California, Berkeley<br>School of Law #7200<br>Berkeley, CA 94720-7200 | David A. Carrillo<br>California Constitution Center<br>University of California, Berkeley<br>School of Law #7200<br>Berkeley, CA 94720-7200 |
|---|---|

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 13, 2025, at San Francisco, California.

|   M. Paredes   |   */s/ M. Paredes*   |
|:---:|:---:|
| Declarant | Signature |

SF2025303707
44756467.docx