| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | MICHAEL L. NEWMAN |
| | THOMAS S. PATTERSON |
| 3 | Senior Assistant Attorneys General |
| | ANYA M. BINSACCA |
| 4 | MARISSA MALOUFF |
| | JAMES E. STANLEY |
| 5 | Supervising Deputy Attorneys General |
| | NICHOLAS ESPÍRITU |
| 6 | LUKE FREEDMAN |
| | BRENDAN HAMME |
| 7 | LORRAINE LOPEZ |
| | KENDAL MICKLETHWAITE |
| 8 | JANE REILLEY |
| | MEGAN RICHARDS |
| 9 | MEGHAN H. STRONG |
| | BARBARA HORNE-PETERSDORF |
| 10 | Deputy Attorneys General |
| |   300 S. Spring Street |
| 11 |   Los Angeles, CA 90013 |
| |   Telephone: (213) 269-6667 |
| 12 |   E-mail: Barbara.HornePetersdorf@doj.ca.gov |
| |   SBN: 327738 |
| 13 | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | **GAVIN NEWSOM,** IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; **STATE OF CALIFORNIA,** | NO. 3:25-cv-04870 |
| 21 | Plaintiffs, | **NOTICE OF MANUAL FILING OF EXHIBITS 114 AND 115** |
| 22 | v. | |
| 24 | **DONALD TRUMP,** IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; **PETE HEGSETH,** IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; **U.S. DEPARTMENT OF DEFENSE,** | |
| 27 | Defendants. | |

Exhibits 114 and 115—videos that were admitted at trial in the above-captioned action—are filed in physical form only. This filing was not e-filed for the following reason:

<u>X</u> Non-Graphic/Text Computer Files (audio, video, etc.) on USB Flash Drive.

Dated: August 14, 2025

Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
BRENDAN HAMME
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
Deputy Attorneys General

<u>/s/ Barbara Horne-Petersdorf</u>
Deputy Attorney General
BARBARA HORNE-PETERSDORF
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

Case Name:   Newsom v. Trump                    No.   **3:25-cv-04870-CRB**

I hereby certify that on August 14, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MANUAL FILING OF EXHIBITS 114 AND 115**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 14, 2025, at Los Angeles, California.

|  |  |
|---|---|
| Erika Parra | *Erika Parra* |
| Declarant | Signature |

SF2025303707
67858802.docx