| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>Robert Fernandez | 2a. CONTACT PHONE NUMBER<br>(213) 220-1507 | 3. CONTACT EMAIL ADDRESS<br>robert.fernandez@tr.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>N/A | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Thomson Reuters Court Express<br>1333 H Street NW Suite 700E<br>Washington DC 20005 | 5. CASE NAME<br>Trump v. Newsom | 6. CASE NUMBER<br>3:25-cv-04870 |
|---|---|---|

| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX) → ☐ FTR<br>Ana Dub | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24. |
|---|---|

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)   c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | CRB | Trial | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ✗ | ● | ○ | ○ |
| 08/12/2025 | CRB | Trial | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ✗ | ● | ○ | ○ |
| 08/13/2025 | CRB | Trial | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ✗ | ● | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:
I am not a party to this case, I do not have filing privileges.  I have not communicated with court reporter to determine what delivery times are availalble.

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE   //Robert Fernandez | 12. DATE<br>08/14/2025 |
|---|---|

Clear Form                Save as new PDF