Steven A. Cash, Esq.
*Pro Hac Vice*
7707 MacArthur Boulevard
Cabin John, MD 20818
213-685-9660
cashs@thesteadystate.org

Jeremy Sugerman, Esq. SBN #146315
Gordon-Creed, Kelley, Holl & Sugerman LLP
50 California Street, 34th Floor
415-421-3100
San Francico, CA 94111
Sugerman@gkhs.com

*Attorneys for Amicus Curiae The Steady State*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS THE PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; US DEPARTMENT OF DEFENSE,<br><br>Defendant | Case No.: 3:25-cv-04870-CRB<br><br>APPLICATION OF AMICUS CURIAE THE STEADY STATE FOR LEAVE TO FILE AMICUS BRIEF |

APPLICATION OF AMICUS CURIAE THE STEADY STATE FOR LEAVE TO FILE AMICUS BRIEF - 1

Non-party The Steady State, an unincorporated association, is a non-profit, advocacy organization comprised of more than 325 former senior U.S. government officials who served in positions of responsibility and trust within the Departments of State, Defense, Homeland Security, Justice, and in the Intelligence Community, on Congressional staff, and at other institutions. The Steady State respectfully moves for leave to appear as amicus curiae and to file the proposed brief, attached hereto.[1]

## I. STANDARD FOR LEAVE TO APPEAR AS AMICUS CURIAE

This Court has "broad discretion" to grant leave for *amici curiae* to appear and file a brief. *Foothill Church v. Watanabe*, 623 F. Supp. 3d 1079, 1084 (E.D. Cal. 2022) (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)). "An amicus brief should normally be allowed" when "[1] the amicus has unique information or perspective," that "[2] can help the court beyond the help that the lawyers for the parties are able to provide." *Id.* (citing *Cmty Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999)). *See also Arena v. Intuit Inc.*, 2020 WL 7342716, at *1 (N.D. Cal. Dec. 14, 2020); *California*

---

[1] While there is no specific rule governing the length of *Amicus* briefs in the local or chambers rules, we recognize that the proposed *amicus* brief exceeds the page limits for briefs in support of ordinary motions. Accordingly, we request permission to exceed those limitations, given the complexity and significance of the issues presented. See United States District Court for the Northern District of California, Civil Local Rule 7-2 (2021); Judge Charles R. Breyer, General Standing Order, § C (Rev. 7/16/2025).

APPLICATION OF AMICUS CURIAE THE STEADY STATE FOR LEAVE TO FILE AMICUS BRIEF - 2

*ex rel. Becerra v. U.S. Dep't of Interior*, 381 F. Supp. 3d 1153, 1163-64 (N.D. Cal. 2019) ("no strict prerequisites" to qualify as amicus and courts generally have "exercised great liberality in permitting amicus briefs"). The "classic role" of amicus curiae is "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Id*. Because *amicus curiae* are not a party, they have "no control over the litigation and no right to institute any proceedings in it, nor can [they] file any pleadings or motions in the case." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F.Supp.2d 1061, 1068 (N.D. Cal. 2005). It is "within the Court's discretion" whether to allow *amici* to file a brief, and courts generally exercise "great liberality" in permitting *amicus* briefs. *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (citation omitted). What is required is a statement of interest and a helpful proposed brief. Both are present here.

## II. INTERESTS OF *AMICUS CURIAE*

The collective careers of *Amicus* members span decades of service across Republican and Democratic administrations in the Executive, Legislative, and Judicial branches of government. Members have served as ambassadors, foreign service officers, intelligence officers, policy advisors, oversight officials, prosecutors, and senior defense officials. They have dedicated their professional

APPLICATION OF AMICUS CURIAE THE STEADY STATE FOR LEAVE TO FILE AMICUS BRIEF - 3

lives to defending American democratic values and the rule of law at home and promoting those values abroad. *Amicus* and its members have extensive experience balancing national security imperatives with the constitutional and legal frameworks that protect individual rights. A key part of the *Amicus* members' training and professional ethos is a deep respect for the rule of law as a constraint on their activities. They understand how crucial oversight and adherence to laws are, and they welcome these constraints to ensure their unique skills are not misused by those in power.

*Amicus* members have studied, reported on, and confronted the rise of authoritarian regimes across the globe—regimes that frequently misuse military, paramilitary, and intelligence elements to violate the law, suppress lawful dissent, and consolidate power in a political leader. The members of the Steady State have spent most of their careers focused on such threats abroad, dealing with autocracies, dictatorships and tyrannies, as well as regions that have experienced democratic backsliding into authoritarianism. Members of the Steady State have served in or worked with the very same military and security elements being deployed in California, and elsewhere in the United States, by the Government. They understand how dangerous these institutions can be when not constrained by the law and directed solely by the whim of a political leader. This gives them a unique perspective that should prove useful to the Court and is relevant to the

disposition of this case. *Amicus*, in its submission, details for the Court how perilous it can be to democracy when these institutions are used domestically and outside the bounds of the law and for political purposes.

Defendants did not respond to a request for consent. Plaintiffs consent to this motion.

## II. CONCLUSION

For the foregoing reasons, *amicus* respectfully requests this Court's leave to appear as *amicus curiae* and to file the proposed *amicus* brief.

This 18th of August, 2025

/s// Steven A. Cash
Steven A. Cash, Esq.
*Pro Hac Vice*
7707 MacArthur Boulevard
Cabin John, MD 20818
212-685-9660
cashs@thesteadystate.org

/s// Jeremy Sugerman
Jeremy Sugerman, Esq.
#146315
Gordon-Creed, Kelley, Holl & Sugerman LLP
50 California Street, 34th Floor
415-421-3100
San Francisco, CA  94111
Sugerman@gkhs.com

*Attorneys for Amicus Curiae The Steady State*

APPLICATION OF AMICUS CURIAE THE STEADY STATE FOR LEAVE TO FILE AMICUS BRIEF - 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF COMPLIANCE**

This motion does *not* exceed the length limit in Fed. R. App. P. 27(d)(2)(A).  This motion's type size and typeface comply with Fed. R. App. P. 27(d) because this motion has been prepared using proportionately spaced typeface and uses 14-point, Times New Roman font in Microsoft Word.

I understand that a material misrepresentation can result in the Court's striking the motion and imposing sanctions.

This 18th of August, 2025.

*/s// Steven A. Cash*
Steven A. Cash, Esq.
Pro Hac Vice
7707 MacArthur Boulevard
Cabin John, MD 20818
212-685-9660
cashs@thesteadystate.org

*/s// Jeremy Sugerman*
Jeremy Sugerman, Esq.
#146315
Gordon-Creed, Kelley, Holl & Sugerman LLP
50 California Street, 34th Floor
415-421-3100
San Francisco, CA  94111
Sugerman@gkhs.com

*Attorneys for Amicus Curiae The Steady State*

APPLICATION OF AMICUS CURIAE THE STEADY STATE FOR LEAVE TO FILE AMICUS BRIEF - 6

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to File Brief of *Amicus Curiae* The Steady State are being served automatically, via the Court's ECF system, on all counsel of record.

This 18th of August, 2025.

/s// Steven A. Cash
Steven A. Cash, Esq.
Pro Hac Vice
7707 MacArthur Boulevard
Cabin John, MD 20818
212-685-9660
cashs@thesteadystate.org

/s// Jeremy Sugerman
Jeremy Sugerman, Esq.
#146315
Gordon-Creed, Kelley, Holl & Sugerman LLP
50 California Street, 34th Floor
415-421-3100
San Francisco, CA 94111
Sugerman@gkhs.com

*Attorneys for Amicus Curiae The Steady State*

APPLICATION OF AMICUS CURIAE THE STEADY STATE FOR LEAVE TO FILE AMICUS BRIEF - 7