# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, ET AL.,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD J. TRUMP, ET AL.,<br><br>Defendant | Case No.: 3:25-cv-04870-CRB<br><br>**[PROPOSED ORDER] GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE** |

Upon consideration of the Motion for Leave to File Brief of Amicus Curiae The Steady State it is hereby **ORDERED** that this Motion for Leave be and hereby is **GRANTED**, and that the brief submitted shall be accepted as filed.

    **IT IS SO ORDERED.**

Dated this 18th of August 2025.

                                                Breyer, Charles R., D.J.