Michel Paradis (*pro hac vice* pending)
mparadis@steptoe.com
**STEPTOE LLP**
1114 Avenue of the Americas
New York, NY 10036

Conor Tucker (SBN 318075)
ctucker@steptoe.com
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-3033
Telephone: (213) 439-9432
Facsimile: (213) 439-9599

Attorneys for *Amici Curiae* Center for Ethics and Rule of Law,
National Institute for Military Justice,
Lawyers Defending American Democracy, Prof. Claire Finkelstein,
Prof. Brenner Fissell, and Prof. Mitt Regan

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA;<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as the President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense, U.S. DEPARTMENT OF DEFENSE,<br><br>    Defendants. | Case No.: 3:25-CV-04870-CRB<br><br>*Hon. Charles R. Breyer*<br><br>**[PROPOSED] ORDER RE: MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* OF CENTER FOR ETHICS AND RULE OF LAW, NATIONAL INSTITUTE FOR MILITARY JUSTICE, LAWYERS DEFENDING AMERICAN DEMOCRACY, CLAIRE FINKELSTEIN, BRENNER FISSELL, AND MITT REGAN** |

**[PROPOSED] ORDER ON *AMICI* MOTION TO FOR LEAVE TO FILE**

Before the Court is the motion for leave to file brief of *amici curiae* (Dkt. 168) filed by Proposed *Amici* the Center for Ethics and Rule of Law, National Institute for Military Justice, Lawyers Defending American Democracy, Claire Finkelstein, Brenner Fissell, and Mitt Regan. Having considered the moving papers, any opposition or reply thereto, any argument presented, and the record of this matter, the Court finds good cause appearing and that motion is hereby GRANTED.

IT IS SO ORDERED

Dated: _____

Hon. Charles R. Breyer

United States District Court,
Northern District of California

**CERTIFICATE OF SERVICE**

On the date below, the foregoing document was filed using the Court's electronic filing system which will electronically serve all counsel of record in this case.

Dated: August 25, 2025

*/s/ Conor Tucker*
Conor Tucker