UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAVIN NEWSOM, et al.,

Plaintiff(s),

v.

DONALD J. TRUMP, et al.,

Defendant(s).

Case No. 3:25-CV-04870-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Michel D. Paradis, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: **various amici curiae, including CERL** in the above-entitled action. My local co-counsel in this case is Conor D. Tucker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 318075.

Steptoe LLP
1114 Avenue of the Americas, Manhattan, NY
MY ADDRESS OF RECORD

Steptoe LLP
633 W. Fifth St., Ste. 1900, Los Angeles CA
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 506 3900
MY TELEPHONE # OF RECORD

(213) 439-9400
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mparadis@steptoe.com
MY EMAIL ADDRESS OF RECORD

ctucker@steptoe.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4312443.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2025

Michel D. Paradis
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michel D. Paradis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 25, 2025

UNITED STATES DISTRICT/MAGISTRATE JUDGE