Michel Paradis (*pro hac vice* pending)
*mparadis@steptoe.com*
**STEPTOE LLP**
1114 Avenue of the Americas
New York, NY 10036


Conor Tucker (SBN 318075)
*ctucker@steptoe.com*
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-3033
Telephone: (213) 439-9432
Facsimile: (213) 439-9599


Attorneys for *Amici Curiae* Center for Ethics and Rule of Law,
National Institute for Military Justice,
Lawyers Defending American Democracy, Prof. Claire Finkelstein,
Prof. Brenner Fissell, and Prof. Mitt Regan

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA;<br><br>            Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as the President of the United States; PETE HEGSETH, in his official capacity as Secretary of the Department of Defense, U.S. DEPARTMENT OF DEFENSE,<br><br>            Defendants. | Case No.: 3:25-CV-04870-CRB<br><br>*Hon. Charles R. Breyer*<br><br>**[PROPOSED] ORDER RE: MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* OF CENTER FOR ETHICS AND RULE OF LAW, NATIONAL INSTITUTE FOR MILITARY JUSTICE, LAWYERS DEFENDING AMERICAN DEMOCRACY, CLAIRE FINKELSTEIN, BRENNER FISSELL, AND MITT REGAN** |

1  **[PROPOSED] ORDER ON *AMICI* MOTION TO FOR LEAVE TO FILE**

2     Before the Court is the motion for leave to file brief of *amici curiae* (Dkt. 168) filed
3 by Proposed *Amici* the Center for Ethics and Rule of Law, National Institute for Military
4 Justice, Lawyers Defending American Democracy, Claire Finkelstein, Brenner Fissell, and
5 Mitt Regan.  Having considered the moving papers, any opposition or reply thereto, any
6 argument presented, and the record of this matter, the Court finds good cause appearing and
7 that motion is hereby GRANTED.

8     IT IS SO ORDERED

9 Dated:  August 25, 2025

HON. CHARLES R. BREYER

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA