# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
CAND 435 (CAND Rev. 07/2024)

## TRANSCRIPT ORDER
Please use one form per court reporter. Please read instructions on next page. CJA Counsel should NOT use this form. CJA Counsel should request transcripts by submitting a AUTH24 in eVoucher.

**COURT USE ONLY — DUE DATE:**

| Field | Value |
|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER | Meredith Cabell |
| 2a. CONTACT PHONE NUMBER | (270) 316-9228 |
| 3. CONTACT EMAIL ADDRESS | cabell@nilc.org |
| 1b. ATTORNEY NAME (if different) | Efren C. Olivares |
| 2b. ATTORNEY PHONE NUMBER | (213) 639-3900 |
| 3. ATTORNEY EMAIL ADDRESS | olivares@nilc.org |
| 4. MAILING ADDRESS | National Immigration Law Center, 3450 Wilshire Blvd. No. 108-62, Los Angeles, CA 90010 |
| 5. CASE NAME | Newsom, et al. v. Trump, et al. |
| 6. CASE NUMBER | 3:25-cv-04870 |
| 7. COURT REPORTER NAME | Ana Dub |
| 8. THIS TRANSCRIPT ORDER IS FOR | CIVIL, NON-APPEAL |

### 9. TRANSCRIPT(S) REQUESTED

| DATE | JUDGE | TYPE | PORTION | FORMAT | DELIVERY |
|---|---|---|---|---|---|
| 08/11/2025 | CRB | Trial | | PDF | EXPEDITED (7-day) |
| 08/12/2025 | CRB | Trial | | PDF | EXPEDITED (7-day) |
| 08/13/2025 | CRB | Trial | | PDF | EXPEDITED (7-day) |

### 10. ADDITIONAL COMMENTS
We are non parties and would like the expedited PDF option for all 3 days of trial, August 11, 12 and 13. Thank you.

**11. SIGNATURE:** s/Meredith Cabell
**12. DATE:** 08/14/2025