IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

1

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Administrative Motion to File Documents Under Seal in Support of Plaintiffs' Supplemental Brief in Support of Motion for Preliminary Injunction ("Administrative Motion"), and having received Defendants' responsive declaration as required by Civil Local Rule 79-5(e)(1), IT IS HEREBY ORDERED that the Administrative Motion is **GRANTED**.

**THE COURT HEREBY ORDERS** that the following exhibits shall remain under seal:

- Exhibit 2: documents produced by Defendants as DEFS_00003009-3011
- Exhibit 3: documents produced by Defendants as DEFS_00002830-2836
- Exhibit 4: document produced by Defendants as DEFS_00006271
- Exhibit 11: documents produced by Defendants as DEFS_00001212-1214
- Exhibit 12: documents produced by Defendants as DEFS_00002661-2662
- Exhibit 13: relevant portions of the deposition of Task Force Deputy Chief of Staff William Harrington (32:4-14, 32:23-33:9, 33:19-22, 64:1-24, 65:21-25, ~~68:13-22,~~ 69:12-25, 134:1-25, 147:1-25, 148:1-25, 159:1-25, and 211:1-25)
- Exhibit 20: documents produced by Defendants as DEFS_00002872-2893
- Exhibit 21: documents produced by Defendants as DEFS_00003509-3522
- Exhibit 24: documents produced by Defendants as DEFS_00001095-1162
- Exhibit 25: documents produced by Defendants as DEFS_00007307-7311
- Exhibit 28: documents produced by Defendants as DEFS_00002566-2572
- Exhibit 29: documents produced by Defendants as DEFS_00000021-0026
- Exhibit 30: documents produced by Defendants as DEFS_00002531-2546

**IT IS SO ORDERED**.

Dated: September 2, 2025

_____
The Hon. Charles R. Breyer
United States District Judge