1  BRETT A. SHUMATE
   Assistant Attorney General
2  ERIC J. HAMILTON (CA Bar No. 296283)
   Deputy Assistant Attorney General
3  ALEXANDER K. HAAS (CA Bar No. 220932)
   Branch Director
4  JEAN LIN (NY Bar No. 4074530)
   Special Litigation Counsel
5  CHRISTOPHER EDELMAN (DC Bar No. 1033486)
   Senior Counsel
6  GARRY D. HARTLIEB (IL Bar No. 6322571)
   BENJAMIN S. KURLAND (DC Bar No. 1617521)
7  JODY D. LOWENSTEIN (MT Bar No. 55816869)
   Trial Attorneys
8  U.S. Department of Justice
   Civil Division, Federal Programs Branch
9  1100 L Street, NW
   Washington, DC 20005
10 *Counsel for Defendants*

11              **UNITED STATES DISTRICT COURT**
12        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                 **SAN FRANCISCO DIVISION**
13

14                                              Case No. 3:25-cv-04870-CRB

15 GAVIN NEWSOM, in his official capacity as
   Governor of the State of California, *et al.*,   ~~[PROPOSED]~~ **ORDER GRANTING**
                                                   **DEFENDANTS' ADMINISTRATIVE**
16                                                 **MOTION TO FILE DOCUMENTS**
                          *Plaintiffs*,            **UNDER SEAL IN SUPPORT OF**
17                                                 **DEFENDANTS' SUPPLEMENTAL BRIEF**
                          v.                       **IN OPPOSITION TO PLAINTIFFS'**
18                                                 **MOTION FOR PRELIMINARY**
   DONALD J. TRUMP, in his official capacity as    **INJUNCTION**
   President of the United States of America, *et al.*,
19
                          *Defendants*.
20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

The Court, having considered Defendants' Administrative Motion to File Documents Under Seal in Support of Defendants' Supplemental Brief in Opposition to Motion for Preliminary Injunction ("Administrative Motion"), IT IS HEREBY ORDERED that the Administrative Motion is **GRANTED**.

**THE COURT HEREBY ORDERS** that the following exhibits to Defendants' Supplemental Brief in Opposition to Motion for Preliminary Injunction shall remain under seal:

- **Exhibit 2** portions of the deposition transcript (Tr. at 65:15–66:3; 98:1–15) of William Harrington, the Deputy Chief of Staff for Task Force 51, who was deposed in this matter on July 22, 2025,

- **Exhibit 4** a document which Defendants produced in this matter as DEFS_00001057–71,

- **Exhibit 5** a document which Defendants produced in this matter as DEFS_00001095–1162,

- **Exhibit 6** a document which Defendants produced in this matter as DEFS_00002342–99,

- **Exhibit 10:** A document that Defendants produced in this matter as DEFS_00002531–2550,

- **Exhibit 11** a document which Defendants produced in this matter as DEFS_00005932–34,

- **Exhibit 12** a document which Defendants produced in this matter as DEFS_00019067, and

- **Exhibit 13** a document which Defendants produced in this matter as DEFS_00008251–55.

**IT IS SO ORDERED.**

Dated: September 2, 2025

_____
The Hon. Charles R. Breyer
United States District Judge