1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

1

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Administrative Motion to File Documents Under Seal in Support of Plaintiffs' Supplemental Reply Brief in Support of Motion for Preliminary Injunction ("Administrative Motion"), and having received Defendants' responsive declaration as required by Civil Local Rule 79-5(e)(1), IT IS HEREBY ORDERED that the Administrative Motion is **GRANTED**.

**THE COURT HEREBY ORDERS** that Plaintiffs' Supplemental Reply Brief in Support of Motion for Preliminary Injunction shall remain under seal.

IT IS SO ORDERED.

Dated: September 2, 2025

_____
The Hon. Charles R. Breyer
United States District Judge