**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LORRAINE LOPEZ
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
KENDAL MICKLETHWAITE
MEGHAN H. STRONG
MEGAN RICHARDS
JANE REILLEY
Deputy Attorneys General
 300 S. Spring Street
 Los Angeles, CA 90013
 Telephone: (213) 269-6667
 E-mail: Barbara.HornePetersdorf@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM,** IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; **STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP,** IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; **PETE HEGSETH,** IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; **U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW |

1

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Administrative Motion to File Documents Under Seal in Support of Plaintiffs' Proposed Findings of Fact and Conclusions of Law ("Administrative Motion"), and having received Defendants' responsive declaration as required by Civil Local Rule 79-5(e)(1), IT IS HEREBY ORDERED that the Administrative Motion is **GRANTED**.

**THE COURT HEREBY ORDERS** that the Plaintiffs' Proposed Findings of Fact and Conclusions of Law and the following exhibits shall remain under seal:

- Exhibit 33: relevant portions of the deposition of Task Force 51 Commander Major General Scott M. Sherman (pages 20-23, 27, 31-35, 37-38, 47, 50-51, 64, 77, 79-80, 114-15, 146-48)
- Exhibit 34: documents produced by Defendants as DEFS_00002837-2838
- Exhibit 35: document produced by Defendants as DEFS_00017668-17672
- Exhibit 36: documents produced by Defendants as DEFS_00016913-16922
- Exhibit 37: documents produced by Defendants as DEFS_00003580-3607
- Exhibit 38: document produced by Defendants as DEFS_00003851
- Exhibit 39: documents produced by Defendants as DEFS_00018000-18001

**IT IS SO ORDERED**.

Dated: September 2, 2025

The Hon. Charles R. Breyer
United States District Judge