| | |
|---|---|
| 1 | **ROB BONTA**<br>Attorney General of California |
| 2 | MICHAEL L. NEWMAN<br>THOMAS S. PATTERSON |
| 3 | Senior Assistant Attorneys General<br>ANYA M. BINSACCA |
| 4 | MARISSA MALOUFF<br>JAMES E. STANLEY |
| 5 | Supervising Deputy Attorneys General<br>NICHOLAS ESPÍRITU |
| 6 | LORRAINE LOPEZ<br>BRENDAN HAMME |
| 7 | BARBARA HORNE-PETERSDORF<br>KENDAL MICKLETHWAITE |
| 8 | MEGHAN H. STRONG<br>MEGAN RICHARDS |
| 9 | JANE REILLEY<br>Deputy Attorneys General |
| 10 | 300 S. Spring Street<br>Los Angeles, CA 90013 |
| 11 | Telephone: (213) 269-6667<br>E-mail:  Barbara.HornePetersdorf@doj.ca.gov |
| 12 | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**

Plaintiffs,

v.

**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**

Defendants.

NO. 3:25-cv-04870-CRB

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

1

# [PROPOSED] ORDER

The Court, having considered Plaintiffs' Administrative Motion to File Documents Under Seal in Support of Plaintiffs' Proposed Findings of Fact and Conclusions of Law ("Administrative Motion"), and having received Defendants' responsive declaration as required by Civil Local Rule 79-5(e)(1), IT IS HEREBY ORDERED that the Administrative Motion is **GRANTED**.

**THE COURT HEREBY ORDERS** that the Plaintiffs' Proposed Findings of Fact and Conclusions of Law and the following exhibits shall remain under seal:

- Exhibit 33: relevant portions of the deposition of Task Force 51 Commander Major General Scott M. Sherman (pages 20-23, 27, 31-35, 37-38, 47, 50-51, 64, 77, 79-80, 114-15, 146-48)
- Exhibit 34: documents produced by Defendants as DEFS_00002837-2838
- Exhibit 35: document produced by Defendants as DEFS_00017668-17672
- Exhibit 36: documents produced by Defendants as DEFS_00016913-16922
- Exhibit 37: documents produced by Defendants as DEFS_00003580-3607
- Exhibit 38: document produced by Defendants as DEFS_00003851
- Exhibit 39: documents produced by Defendants as DEFS_00018000-18001

**IT IS SO ORDERED**.

Dated: September 2, 2025

_____
The Hon. Charles R. Breyer
United States District Judge