IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAVIN NEWSOM, et al.,

          Plaintiffs,

    v.

DONALD J. TRUMP, et al.,

          Defendants.

Case No.  25-cv-04870-CRB

**JUDGMENT**

The Court, having heard evidence at a bench trial on the merits and issued findings of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52(a), hereby enters judgment for Plaintiffs and against Defendants in accordance with the Court's September 2, 2025 order granting injunctive relief (dkt. 176).

**IT IS SO ORDERED.**

Dated: September 2, 2025



CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California