**Rob Bonta**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
BRENDAN HAMME
Deputy Attorneys General
  300 S. Spring St., Ste. 1702
  Los Angeles, CA  90013
  Telephone: (213) 269-6598
  E-mail:  Brendan.Hamme@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870<br><br>**DECLARATION OF BRENDAN HAMME IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, Brendan Hamme, declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of California, admitted to the bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California Department of Justice. The Attorney General is counsel to Plaintiffs Governor Gavin Newsom and the State of California. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a July 15, 2025 news article authored by Tim Stelloh, entitled *Pete Hegseth Orders the Removal of 2,000 National Guard Troops From Los Angeles*, available on the NBC News official website at: https://tinyurl.com/4m883yks (last accessed Aug. 28, 2025).

4. Attached hereto as **Exhibit 2** is a true and correct copy of an Aug. 13, 2025 news article authored by Maison Tran, entitled *Federal Officers Continue Arresting Anti-ICE Protesters During 24/7 Demonstrations*, available on the Capital & Main official website at: https://tinyurl.com/554dpn5y (last accessed Aug. 30, 2025).

5. Attached hereto as **Exhibit 3** is a true and correct copy of an Aug. 18, 2025 news article authored by Elizabeth Chou, entitled *At least 71 people faced criminal charges after LA protests over ICE raids*, available on the Los Angeles Public Press official website at: https://tinyl.co/3dj1 (last accessed Aug. 28, 2025).

6. Attached hereto as **Exhibit 4** is a true and correct copy of a July 7, 2025 news article authored by Jill Cowan and Mimi Dwyer, entitled *Federal Agents March Through L.A. Park, Spurring Local Outrage*, available on the New York Times official website at: https://tinyl.co/3dj2 (last accessed Aug. 28, 2025).

1    7.   Attached hereto as **Exhibit 5** is a true and correct copy of a July 1, 2025 press release issued by U.S. Northern Command, entitled *Task Force 51 releases 150 members of the California National Guard*, available at: https://tinyl.co/3dj3 (last accessed Aug. 28, 2025).

8.   Attached hereto as **Exhibit 6** is a true and correct copy of a July 15, 2025 news article authored by Marc Cota-Robles, entitled *2,000 National Guard troops to be withdrawn from Los Angeles, Pentagon confirms*, available on the ABC 7 official website at: https://tinyl.co/3dj5 (last accessed Aug. 28, 2025).

9.   Attached hereto as **Exhibit 7** is a true and correct copy of a July 21, 2025 news article authored by Ellen Mitchell, entitled *Hegseth directs 700 Marines to be pulled from Los Angeles*, available on The Hill official website at: https://tinyurl.com/2as3bw5e  (last accessed Aug. 28, 2025).

10.   Attached hereto as **Exhibit 8** is a true and correct copy of the Aug. 14, 2025 press release from the Department of Homeland Security, entitled *Secretary Noem Makes History in First 200 Days in Office,* available at: https://tinyl.co/3djA (last accessed Aug. 28, 2025).

11.   Attached hereto as **Exhibit 9** is a true and correct copy of the Aug. 27, 2025 press release from the Department of Homeland Security, entitled *Despite Riots and Assaults, ICE and Border Patrol Arrest Worst of the Worst Criminal Illegal Aliens Including Rapists, Gang Members, Murderers, and Pedophiles in Los Angeles,* available at: https://tinyl.co/3dji (last accessed Aug. 28, 2025).

12.   Attached hereto as **Exhibit 10** is a true and correct copy of the California Secretary of State's webpage, entitled *2025 Statewide Special Election*, available at: https://tinyl.co/3dlH (last accessed Aug. 28, 2025).

13.   Attached hereto as **Exhibit 11** is a true and correct copy of an Aug. 22, 2025 news article authored by Sara DiNatale, entitled *Trump Adds San Francisco to List of Cities Where He Wants to Send Troops*, available on the San Francisco Chronicle official website at: https://tinyurl.com/45h6phaf (last accessed Aug. 28, 2025).

14.   Attached hereto as **Exhibit 12** is a true and correct copy of an Aug. 22, 2025 news article authored by Aaron Pellish, entitled *Trump says he may send National Guard to Chicago, New*

*York*, available on the Politico official website at: https://tinyl.co/3dj8 (last accessed Aug. 28, 2025).

16. Attached hereto as **Exhibit 13** is a true and correct copy of an Aug. 26, 2025 news article authored by Stephen Collinson, entitled *Trump aims high in bid to impose ultimate power*, available on the CNN official website at: https://tinyurl.com/mv7mne7w (last accessed Aug. 30, 2025).

16. Attached hereto as **Exhibit 14** is a true and correct copy of a research brief authored by Edward Orozco Flores, Quy Lam, Keila Luna, and Todd Sorensen, entitled *The Effects of Recent Federal Immigration Enforcement on California's Private Sector Employment*, U.C. Merced Community and Labor Center (Aug. 2025), available at: https://tinyl.co/3cKl (last accessed Aug. 28, 2025).

17. Attached hereto as **Exhibit 15** is a true and correct copy of an Oct. 14, 2024 news article authored by Veronica Stracqualursi, entitled *Trump Suggests Using Military Against 'Enemy From Within' on Election Day*, available on the CNN official website at: https://tinyl.co/3c8O (last accessed Aug. 28, 2025).

18. Attached hereto as **Exhibit 16** is a true and correct copy of an Aug. 25, 2025 news article authored by Josh Marcus, entitled *Trump Says He Plans to Sue California Over Redistricting – But Texas Is Apparently OK*, available on the Independent official website at: https://tinyl.co/3eBa (last accessed Aug. 30, 2025).

19. Attached hereto as **Exhibit 17** is a true and correct copy of a June 24, 2025 news article authored by Haily Branson-Potts & Phi Do, entitled *Veterans' Advocates Warn of Low Morale Amid L.A. Deployment*, available on the Los Angeles Times official website at: https://tinyurl.com/yc8ymxse.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a July 16, 2025 news article authored by Shawn Hubler, entitled *Trump's National Guard Troops Are Questioning Their Mission in L.A.*, available on the New York Times official website at: https://tinyurl.com/bd7v8ree (last accessed Aug. 28, 2025).

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed on September 2, 2025 at Los Angeles, California.

                                                   */s/ Brendan Hamme*
                                                   Brendan Hamme

Decl. of Brendan Hamme ISO Pls.' Motion for Preliminary Injunction