# EXHIBIT 1

**To Declaration of Brendan Hamme in Support of Plaintiff's Motion for Preliminary Injunction**

U.S. NEWS

# Pete Hegseth orders the removal of 2,000 National Guard troops from Los Angeles

The troops were deployed after protests over immigration raids last month. California opposed the deployment, calling it a military overreach by the Trump administration.



July 15, 2025, 4:03 PM PDT / Updated July 15, 2025, 6:00 PM PDT

**By Tim Stelloh**

Secretary of Defense Pete Hegseth ordered the removal of 2,000 National Guard troops who were mobilized in response to protests in Los Angeles last month over immigration raids, a Pentagon official said Tuesday.

"Thanks to our troops who stepped up to answer the call, the lawlessness in Los Angeles is subsiding," chief Pentagon spokesman Sean Parnell said in a statement.

ADVERTISING



The deployment of 4,000 National Guard troops came after a series of raids by immigration authorities in Los Angeles prompted sometimes-violent protests in parts of the city that were quelled with arrests and the use of "less lethal" weapons.

The Trump administration's decision to deploy the troops drew fierce criticism from California Gov. Gavin Newsom, who called it an "assault" on Democracy and invoked "authoritarian regimes" who "begin by targeting people who are least able to defend themselves."

Case 3:25-cv-04870-CRB   Document 123-2   Filed 09/02/25   Page 4 of 131



—  California National Guard stand on the steps of the Federal Building in Los Angeles on June 10, 2025.
Patrick T. Fallon / AFP - Getty Images file

Los Angeles Mayor Mayor Bass has also been vocal about her opposition to the deployment of National Guard troops, calling it an unnecessary overreach.

In a statement Tuesday, she said the troops' removal "happened because the people of Los Angeles stood united and stood strong. We organized peaceful protests, we came together at rallies, we took the Trump administration to court – all of this led to today's retreat."

The state sued over the mobilization, which state Attorney General Rob Bonta said was unlawful and infringed on the governor's role as commander-in-chief.

An appeals panel ruled against the state's challenge, writing in a decision last month that President Donald Trump "exercised his statutory authority" when he activated the troops.

The deployment marked the first time a president had federalized National Guard troops without a governor's permission since 1965.

Case 3:25-cv-04870-CRB    Document 123-2    Filed 09/02/25    Page 5 of 131

Half of the troops will remain in the area, for now, along with the roughly 700 Marines who Hegseth deployed.

The troops are authorized to detain people who pose a threat to federal personnel or property, but only until police can arrest them. Military officials are not allowed to carry out arrests themselves.

---

Tim Stelloh

Tim Stelloh is a breaking news reporter for NBC News Digital.

---

Reuters contributed.

---

EXHIBIT 2


**FEATURED VIDEO**

# Federal Officers Continue Arresting Anti-ICE Protesters During 24/7 Demonstrations

As Los Angeles protesters continue to organize against ICE operations, they said they are met with aggression from both DHS and L.A. police.

Published on August 13, 2025
By **Maison Tran**

  

**Federal officials** have arrested more than a dozen protesters outside an immigration detention center in downtown L.A., including several who have staged a nearly monthlong wave of round-the-clock demonstrations since early July.

The demonstration is part of Occupy ICE, a nationwide series of protests against U.S. Immigration and Customs Enforcement and President Donald Trump's immigration policies. Protesters have gathered and camped in front of the Metropolitan Detention Center in Los Angeles, where people detained in federal immigration raids are held.

The Federal Protective Service, which is part of the Departr

SIGN UP F
OUR NEWSL

ENTER YOUR EM

SUBSCRIB

CAPITAL & I

Join Our Community of Fact-Based News Readers

Sign up for our newsletter for exclusive investigative series, live events, and special stories.

Subscribe Now

No thanks, I don't want to join

# CAPITAL & MAIN

Protesters said they are being targeted for arrest because they are exercising their free speech rights in that location. They said the arrests are unwarranted because they have done nothing illegal.

"We're here to make sure that this is being seen. We don't want this happening in the cover of darkness," said Sully, a protest organizer who asked to be identified only by her first name because she feared retaliation from law enforcement.

Protesters who have been present at the demonstration since it began told Capital & Main that more than a dozen people have been arrested and later released since people started camping out in front of the detention center.

The ACLU Foundation of Southern California filed a lawsuit on June 18 in the U.S. District Court for the Central District of California accusing DHS officers of using excessive force and violating people's First Amendment rights during previous months' protests, seeking to stop what it alleged are federal officers' aggressive crowd control tactics. The lawsuit is pending.

"They're not restoring order. They're creating chaos and inflicting violence," said Peter Eliasberg, an attorney and chief counsel for the ACLU Foundation of Southern California.

Los Angeles police officers, meanwhile, have shot pepper balls at protesters and cited a city ordinance that bans unhoused people from many parts of the city in order to sweep ICE protester camps outside the detention center, L.A. TACO reported. The Los Angeles Police Department did not respond to multiple requests for comment.

ICE operations continued despite a ruling by the 9th U.S. Circuit Court of Appeals upholding a temporary restraining order against ICE patrols. Protesters said they don't plan on stopping, either.

---

*Copyright 2025 Capital & Main*

RELATED TOPICS:  #DEPARTMENT OF HOMELAND SECURITY   #DEPORTATION
#IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)   #LOS ANGELES

# Top Stories

   

## Join Our Community of Fact-Based News Readers

Sign up for our newsletter for exclusive investigative series, live events, and special stories.

# CAPITAL & MAIN









**LATEST NEWS** / August 6, 2025

**ICE Is Pressuring People in Custody to Self-Deport. Many Are Giving Up.**

**WORKED OVER** / August 25, 2025

**Forest Service Cuts Leave Firefighters Mowing Lawns While Morale Craters**

**WORKED OVER** / August 25, 2025

**Trump's Policies Are Adding Up to a Hostile Work Environment**

**THE SLICK** / August 19, 2025

**There's a 'Lake' of Oil Under L to-Close Refinery. Who's Goin Up?**

About Capital & Main        Awards              Videos              Careers

Our Staff                   Columns             Donate              Subscribe

Board of Directors          Special Series      Exposés Gala 2025   Contact Us

Advisory Board

Donor Transparency Policy  |  Donor Disclosure  |  Editorial Independence Policy

Copyright © CAPITAL & MAIN 2025 | Fact-based reporting, not opinion.



## Join Our Community of Fact-Based News Readers

Sign up for our newsletter for exclusive investigative series, live events, and special stories.

# EXHIBIT 3



NEWS

# At least 71 people faced criminal charges after LA protests over ICE raids

*One woman died in custody after pleading not guilty to 14 counts enhanced by prior convictions.*

by **Elizabeth Chou**
08/18/2025 1:48 pm



A woman outside LA City Hall holds a sign reading "Families Belong Together" at a protest Sunday, June 8 against federal immigration law enforcement raids across the region. Photo by Martín Macías, Jr. Credit: Martín Macías, Jr. / LA Public Press

Case 3:25-cv-04870-CRB At least 70 people faced criminal charges after LA protests over ICE raids. Document 183-2 Filed 09/02/25 Page 12 of 131

The Los Angeles County District Attorneys Office and the Los Angeles City Attorney's Office charged at least 71 people with crimes allegedly committed during recent protests against federal immigration enforcement.

*LA Public Press* analyzed 52 cases corresponding to charges against 62 people. All but one person pleaded not guilty at the start of their cases. Many could see their lives upended because of the charges.

The cases stem from downtown Los Angeles protests almost all in June, with one case in July, where 75 people are accused of throwing rocks, fireworks, beer cans and water bottles at officers, driving motorcycles into police lines, and spray-painting "Fuck ICE" on a building. Others face allegations of looting stores during the demonstrations. Charges range from failing to disperse to assault on police officers.

Three people were charged with animal cruelty, all related to alleged scuffles with horses, including those ridden by Los Angeles Sheriff's Department deputies and other law enforcement.

At least fifty people, including two juveniles, have been charged with felonies by District Attorney Nathan Hochman's office and at least 21 with misdemeanors by Los Angeles City Attorney Hydee Feldstein-Soto's Office. *LA Public Press* could not analyze the cases involving juveniles, because juvenile court records are sealed. Feldstein-Soto's Office only provided information on the cases of 14 of the 21 people. Of the 62 adults whose cases *LA Public Press* analyzed, 61 pleaded not guilty at the start of their case. Five of those people later pleaded no contest to some or all of their charges, which means they did not admit guilt but also did not contest the charges. Six people are now participating in some type of diversion program.

Defense attorneys and public defenders representing the dozens of defendants charged say they are working to challenge the allegations by presenting additional evidence and context. Attorneys say that even being charged with a crime can be devastating and life-altering—and they're concerned that people involved in recent protests against ICE raids face particular challenges navigating the legal system.

One woman among those charged died in custody while detained at the Clara Shortridge Foltz Criminal Justice Center, shortly after she attended a hearing on June 17 during which she pleaded not guilty to 14 charges, 10 of which carried enhancements under California's Three Strikes Law for prior felony convictions. During that hearing, she was remanded to custody and had bail set at $1.33 million. Los Angeles County Sheriff's Department Lieutenant Daniel Vizcarra told *LA Public Press* that she was found hanging in a cell lockup, later that day. The coroner pronounced her dead just before 4 a.m. the next morning, on June 18, 2025.

Many defendants remain jailed for weeks or months, unable to work or care for families. Those who can afford bail bonds often face crushing debt.

"The process is the punishment," said Elizabeth Howell-Egan of the National Lawyers Guild.

The organization's legal observer program deploys volunteer lawyers in neon green hats to document what happens during demonstrations to help people defend themselves against charges. The guild has also been helping people navigate the system and deal with the aftermath of arrests and criminal charges.

Federal raids prompted hundreds of people to protest in defense of neighbors, family and friends against federal immigration officials – who were often masked and unidentified – detaining and arresting immigrants and U.S. citizens at Home Depots and businesses, and taking people from bus benches and parking lots.

For many defendants, this may be their first encounter with many of the "well-known harms of the carceral state that are in play," Howell-Egan said.

"A big thing is remembering that just because someone was charged with something doesn't mean they actually did it or are guilty," Howell-Egan said.

However, prosecutors' allegations against people can be circulated publicly by the mainstream media, and are often repeated "at face value," Howell-Egan said. In reality, prosecutors must prove beyond a reasonable doubt that defendants committed the alleged crimes.

The experience can be "traumatic," Howell-Egan said, particularly for people simultaneously dealing with what she called the "double trauma" of confronting the state as it detains and deports their family members and neighbors.

The LA DA's office declined to comment, citing pending litigation. Spokesperson Greg Risling added that the pretrial conditions are set by a judge.

"To clarify and generally speaking, a judge sets pretrial conditions based on the evidence in each case," he said. "Our office may file motions regarding bail, detention and other matters, but ultimately the decision is left to the judge."

The City Attorney's Office did not respond to requests for information and comment about the cases it filed.

## High bail amounts keep many defendants in custody

Judges may keep some defendants in custody over concerns they might be a "flight risk or a danger to society," according to LA County Assistant Public Defender Haydeh Takasugi.

8/27/25, 1:27 PM
Case 3:25-cv-04870-CRB    Document 133-2    Filed 09/02/25    Page 14 of 131
At least 100 people faced criminal charges after LA protests over ICE raids

Without such concerns, Takasugi says her office believes it is unjust for defendants to remain in custody before trial, "when we all know that the charges that are brought against them are simply that – charges, and there hasn't been a determination whether or not they're guilty of anything."

Takasugi said their office believes that keeping people in custody, sometimes for weeks to months, "doesn't serve the community in any way." It prevents their clients, many of whom are "indigent," from being able to continue to live their lives outside as they wait for their cases to move through the system, she said.

Takasugi says her office questions the value of money bail in ensuring defendants return for hearings.

High bail amounts can compromise the fairness of the legal process. Takasugi says defendants should base their decisions on the merits of their case and potential penalties, not on their understandable wish to avoid jail time while awaiting trial.

Alex Trantham, second vice president of the public defender's union, says immigrants and those with undocumented family members face additional challenges. ICE agents have been known to target court houses, typically considered a sanctuary against immigration enforcement, to make arrests. At the time of the interview at the end of July, Trantham and others had said that had not occurred with one of their clients.

But those fears were realized last Wednesday, when men identifying themselves as federal immigration officials were filmed outside the Clara Shortridge Foltz courthouse in downtown LA taking away a client of the Alternate Defender's Office.

Trantham said that people have a better chance of convincing a judge that they can be released if their family members show up to their court hearings to vouch for them. But that can be difficult with clients whose family members may be undocumented, she said

"Right now, a lot of people who went to the protest, they have family or friends that might be undocumented who are terrified right now to leave their house because of what's happening with these ICE raids," Trantham said. "So when a family member then picks up a case, it can be hard to have family support in court because they're terrified of being in court and appearing for them because they don't know if ICE is going to be there."

Many cases also carry sentencing enhancements that increase potential penalties. Trantham says in her experience these enhancements, which often cite prior felony convictions as grounds for increased sentences, have become more common since District Attorney Nathan Hochman took office. The DA's office did not respond to a request for comment on the issue.

Based on an analysis by *LA Public Press*, the District Attorney tried to increase penalties in the cases of 13 people, including Three Strikes enhancements for prior convictions, and special allegations of alleged great bodily injury and deadly weapon use.

The District Attorney applied 47 enhancements to the charges of 13 people. Twenty of the enhancements, or just over 40%, applied to the defendant who died in custody. That person had pleaded not guilty to the charges against her during a June 17, 2025 hearing.

The remaining 27 enhancements were applied to 12 other defendants. Some have now had their charges, along with the enhancements dismissed. For example, one person had two weapon-related enhancements dismissed —one through a plea deal, the other after pleading no contest to a firearm possession charge.

"It makes our job a lot harder if the charges are more serious because we're fighting these more serious cases that the judges are just assuming are serious based on the charges, as opposed to if they were charged more appropriately for the conduct that was committed, then it might be easier to keep them out and maintaining their, you know, jobs, school, family life," Trantham said.

Enhanced charges can influence defendants' decisions. Takasugi says judges should consider people with criminal histories within the context of the immigration protests.

Judges need to get a more "nuanced" understanding of defendants' situations, she said, considering the federal immigration enforcement taking place in Los Angeles that prompted people "to express their frustration with a system that they cannot change."

"I hope that people will understand the situation in which the individual found themselves, and the context of the protest and how they feel about what is happening to their communities," she said.

© 2025 Foundation for Los Angeles Journalism

All Rights Reserved

# EXHIBIT 4

# Federal Agents March Through L.A. Park, Spurring Local Outrage

Federal officials said it was an immigration enforcement operation, though it was unclear if anyone had been arrested. "It's the way a city looks before a coup," Mayor Karen Bass said as she condemned the action.

 **Listen to this article · 7:19 min**   Learn more

**By Jill Cowan and Mimi Dwyer**

Reporting from Los Angeles

July 7, 2025

It had been a quiet morning in MacArthur Park, a hub in one of Los Angeles's most immigrant-heavy neighborhoods. Children at a summer camp were playing outside, but the park was otherwise largely empty.

Then, dozens of armed federal agents began marching over soccer fields and grass berms, based on footage of the incident. Military-style vehicles blocked the street and a federal helicopter flew overhead.

They wore fatigues, masks and helmets and marched in lines. Some were on horseback. Camera crews followed alongside them.

Los Angeles leaders have grown weary after thousands of National Guard troops and Marines arrived nearly a month ago and immigration raids have become a regular, visible occurrence. But they took particular umbrage at Monday's extraordinary show of force in MacArthur Park and issued a swift and furious rebuke.

"What I saw in the park today looked like a city under siege, under armed occupation," Mayor Karen Bass said in a news conference on Monday afternoon, adding that she had traveled regularly into conflict zones as a member of Congress. "It's the way a city looks before a coup."



Los Angeles Mayor Karen Bass visited MacArthur Park while federal agents were still there on Monday. "What I saw in the park today looked like a city under siege, under armed occupation," she said later. Damian Dovarganes/Associated Press

Dozens of federal agents were observed in the park, many arriving in armored military vehicles. They were joined by 80 California National Guard troops under the command of President Trump, according to the office of Gov. Gavin Newsom, who criticized the effort and has tried to stop the federalization of Guard members through a lawsuit.

Tricia McLaughlin, a spokeswoman for the Department of Homeland Security, did not respond to specific questions about the purpose of the operation at MacArthur Park or whether anyone had been detained.

"The operation is ongoing," she wrote in an email. "So that should be a message in of itself."

Asked to clarify that message, she responded that it was an immigration enforcement operation and that such efforts "are not in one single location."

Mr. Trump called up National Guard troops on June 7 to quell protests at federal buildings and at immigration raids. All told, he mobilized about 4,000 Guard members and 700 Marines to the region. It has been more than three weeks since the last major demonstration in downtown Los Angeles.

Mr. Newsom and local leaders had expected the troops to return to their regular duties once the protests had died down. But the president has released only 150 Guard troops for firefighting efforts, and Gregory Bovino, a Customs and Border Protection chief in Southern California, indicated Monday that the Trump administration intended to make itself seen across the city.

"Better get used to us now, cause this is going to be normal very soon," Mr. Bovino told a Fox News reporter. "We will go anywhere, anytime we want in Los Angeles."

To many local leaders, the Monday march through MacArthur Park seemed designed to intimidate immigrants and residents, rather than to carry out targeted enforcement. Marqueece Harris-Dawson, the president of the Los Angeles City Council, derided the display as a stunt made for TikTok.

"If you want to film in L.A., you should apply for a film permit like everybody else," he said during an afternoon news conference. "Stop trying to scare the bejesus out of everybody who lives in this great city and disrupt our economy."

Ms. Bass had planned to appear with Mr. Newsom on Monday to talk about the region's recovery six months after the Palisades and Eaton fires devastated the region.

Instead, she told reporters, she heard about the federal action at MacArthur Park and headed there. She met with children who had quickly been ushered inside a recreational facility when the federal personnel arrived. One 8-year-old boy, she

said, told her unprompted that he was afraid of immigration agents.

City leaders and community groups have long tried to address homelessness and drug use in the park about 10 blocks west of downtown Los Angeles. Workers with a St. John's Community Health street medicine clinic that was serving homeless people at the park said that agents had pointed guns at them and instructed them to stop their work and leave on Monday.

Ms. Bass said that once she arrived, she had demanded to speak to the person in charge of the operation at the park. She was handed a phone, through which, she said, Mr. Bovino told her that he would be "getting them out of the park," apparently referring to federal agents.

The agents left the park a short time later, she said.



Federal agents arrived in armored vehicles and stood with guns at MacArthur Park in what the Department of Homeland Security described as an immigration enforcement operation.  Damian Dovarganes/Associated Press

Ever since Mr. Trump deployed National Guard troops to Los Angeles last month, state and local leaders have engaged in legal and rhetorical battles with the Trump administration.

Federal officials have accused local leaders of fostering lawlessness and allowing criminals to roam free. Mr. Bovino persisted on Monday, saying on X: "We may well go back to MacArthur Park or other places in and around Los Angeles. Illegal aliens had the opportunity to self deport, now we'll help things along a bit."

The post was punctuated with two American flag emojis.

Local officials have accused the federal government of ripping apart families and terrorizing communities by conducting seemingly random workplace and street raids with masked agents in plainclothes, many of whom don't identify themselves.

The raids have had a chilling effect on the Los Angeles area, where roughly half the population is Latino and an estimated 10 percent is undocumented. Small businesses have struggled as undocumented customers and workers have holed up at home. Public spaces like MacArthur Park have been desolate on days when they would typically be bustling with vendors and celebrating families.

Fernando Rodriguez, who runs a small convenience store on South Alvarado Street near the park, said he had seen about 15 large vehicles pull up on Monday morning, including armored vehicles.

"It was like they were going to war," he said. He and everyone else on the block rushed to close their stores and went home, returning only once the park had cleared, he said.

Mr. Rodriguez said that everyone in the community was afraid of being picked up by immigration agents, including those who have legal status. He said that agents did not seem to care whether people had immigration papers if they were Latino.

Business at his convenience store has been very slow for about a month, since enforcement raids intensified in the community, he said. He said that he worried about his two children, ages 6 and 7, who were with him in the shop.

"The kids turn on the TV, there's news about raids," he said. "That's already traumatic. Psychologically, they make you sick because all you're doing is thinking about what time they'll arrive."

Monday's episode felt like an escalation: National Guard soldiers and Marines had mostly been seen guarding federal buildings or accompanying immigration agents on smaller operations. And Ms. Bass said she didn't know how long to expect the raids to continue.

"Frankly," she said, "we are managing by rumor."

Laurel Rosenhall contributed reporting from Sacramento.

**Jill Cowan** is a Times reporter based in Los Angeles, covering the forces shaping life in Southern California and throughout the state.

---

A version of this article appears in print on , Section A, Page 15 of the New York edition with the headline: Outrage as Federal Agents Sweep Through Los Angeles Park

# EXHIBIT 5

An official website of the United States government    Here's how you know

HOME > NEWSROOM > PRESS RELEASES



U.S. NORTHERN COMMAND

Skip to main content (Press Enter).

**PRESS RELEASE** | July 1, 2025

# Task Force 51 releases 150 members of the California National Guard

At the recommendation of Gen. Gregory M. Guillot, Commander, U.S. Northern Command, and approved by the Secretary of Defense, Task Force 51 will release approximately 150 members of the California National Guard from the Federal Protection mission today. USNORTHCOM and Task Force 51 are still appropriately sourced to conduct our Federal Protection Mission. For more information on the disposition of the released soldiers, please contact the California National Guard.  Task Force 51 is  U.S. Army North's Contingency Command Post under the command of Maj. Gen. Scott M. Sherman. The mission of TF 51 is protecting federal personnel conducting federal functions, as well as federal property.

--30--

For additional information, please contact U.S. Northern Command Public Affairs:
Email: n-ncpa.omb@mail.mil
Phone: (719) 554-6889
After duty hours: (719) 217-3716

**Follow U.S. Northern Command:**
Facebook: facebook.com/USNORTHCOM
X (formerly Twitter): x.com/USNorthernCmd
Instagram: instagram.com/usnortherncmd


SHARE


PRINT

federal protection mission  USNORTHCOM

Skip to main content (Press Enter).

EXHIBIT 6

 24/7 Live     87°

POLITICS

# 2,000 National Guard troops to be withdrawn from Los Angeles, Pentagon confirms

 By Marc Cota-Robles
Tuesday, July 15, 2025

Este artículo se ofrece en Español →



The Pentagon confirmed that 2,000 National Guard members are being withdrawn from their mission in Los Angeles.

LOS ANGELES (KABC) -- The military presence in the Los Angeles area is being reduced by almost half. The Pentagon Tuesday confirmed that 2,000 National Guard members are being withdrawn from their mission in the city.

Roughly 4,000 National Guard soldiers and 700 Marines have been in the city since early June. They were deployed with the mission to protect federal buildings and personnel following protests of U.S. Immigration and Customs Enforcement operations in L.A.

"Thanks to our troops who stepped up to answer the call, the lawlessness in Los Angeles is subsiding. As such, the Secretary has ordered the release of 2,000 California National Guardsmen (79th IBCT) from the federal protection mission," Chief Pentagon Spokesman Sean Parnell said in a statement provided to ABC News.

Some of the Guard members deployed to L.A. received specific training to provide perimeter security during ICE operations and were not carrying out law enforcement duties. They were, however, authorized to temporarily detain individuals if needed and then quickly turn them over to law enforcement personnel.

L.A. Mayor Karen Bass called the troops' withdrawal an important victory.



"This happened because the people of Los Angeles stood united and stood strong. We organized peaceful protests, we came together at rallies, we took the Trump administration to court - all of this led to today's retreat," she said in a statement, adding that "We will not stop making our voices heard until this ends, not just here in LA, but throughout our country."

Both city and state leaders pushed back against the deployments, accusing the Trump administration of overstepping its authority.

That led to a legal showdown between California and the federal government, which is still playing out in the courts.

Last month, an appeals court temporarily sided with Trump by deciding troops can remain in L.A. while the case is under review.

"For more than a month, the National Guard has been pulled away from their families, communities and civilian work to serve as political pawns for the President in Los Angeles," Gov. Gavin Newsom's office said in a statement to Eyewitness News. "While nearly 2,000 of them are starting to demobilize, the remaining guardsmembers continue without a mission, without direction and without any hopes of returning to help their communities.

"We call on Trump and the Department of Defense to end this theater and send everyone home now."

The federal troops' domestic deployment raised multiple legal questions, including whether the administration would seek to employ emergency powers under the Insurrection Act to empower those forces to conduct law enforcement on U.S. soil, which they are not permitted to do except in rare circumstances. The Marines, however, are primarily assigned to protecting federal buildings.

**READ MORE: [Military requesting to pull 200 troops back from LA protest duty and return them to wildfire unit](#)**

Previously, the top military commander in charge of the troops deployed to L.A. asked Defense Secretary Pete Hegseth if 200 of those forces could be returned to wildfire fighting duty.

Some politicians sounded the alarm, saying National Guard troops who would normally be working on state fire prevention and drug enforcement were deployed to L.A.



Read More

00:00                                                                  02:00

California has just entered peak wildfire season, and Newsom warned that the Guard was understaffed due to the L.A. protest deployment.

The top military commander of those troops, U.S. Northern Command head Gen. Gregory Guillot, submitted a request to Hegseth to return 200 of the National Guard troops back to Joint Task Force Rattlesnake, which is the California National Guard's wildfire unit, the officials said.

*The Associated Press contributed to this report.*

Report a correction or typo

Copyright © 2025 KABC Television, LLC. All rights reserved.

**Related Topics**

POLITICS    LOS ANGELES    LOS ANGELES COUNTY    CALIFORNIA NATIONAL GUARD    NATIONAL GUARD

MARINES    MILITARY    GAVIN NEWSOM    ICE    IMMIGRATION    PROTEST    MIGRANTS



**Emma & Mia Are Retiring — Their Handmade Jewelry Is 80% Off**

Sponsored / Sedona Daily Post

Read More

**Anyone Considering Investing In Gold Should See This**

Sponsored / Goldco

Learn More

**California: Gov Will Cover Your Cost To Install Solar If You Live In These Zip Codes**

Sponsored / SunValue

Learn More

**Warren Buffett, Elon Musk and other moguls all use the 5-hour rule. Here's what I learned from...**

Sponsored / Blinkist Magazine

**The best walking shoes are suitable for men to wear all day.**

Sponsored / Walkergrey

Shop Now

**My Men's Handbag Boutique is Closing - Clearance Sale is Live**

Sponsored / James Andrews

**Cesar Millan Reveals What Honey Does to Your Aging Dog**

Sponsored / Experts In Pet Health

**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**

Sponsored / WalletJump

Learn More

**Topics**

Home

Weather

Traffic

U.S. & World

Politics

Consumer

**Regions**

Los Angeles

Orange County

Inland Empire

Ventura County

California

**More**

Live Video

Apps

ABC7 En Español

Investigations

Shop

**Company**

Submit News Tips

TV Listings

About ABC7

Meet the News Team

Jobs/Internships

ABC7 Merchandise

 

Privacy Policy     Do Not Sell or Share My Personal Information     Children's Privacy Policy     Your US State Privacy Rights     Terms of Use     Interest-Based Ads
Public Inspection File     FCC Applications     Copyright © 2025 KABC Television, LLC. All Rights Reserved.

# EXHIBIT 7

# Hegseth directs 700 Marines to be pulled from Los Angeles

The 700 Marines deployed to Los Angeles last month amid protests over increased immigration enforcement are being pulled from the city, the Pentagon confirmed Monday.

"With stability returning to Los Angeles, [Defense Secretary Pete Hegseth] has directed the redeployment of the 700 Marines whose presence sent a clear message: lawlessness will not be tolerated," chief Pentagon spokesperson Sean Parnell said in a statement to The Hill's sister outlet NewsNation.

Parnell claimed the Marines' "unmistakable presence" in the city was "instrumental in restoring order and upholding the rule of law," even as few of the service members remained in public view following the initial show of force in June.

The Trump administration continues to scale back its military deployment in Los Angeles after President Trump ordered some 4,100 California National Guard troops and later the 700 Marines to the city to quell protests of raids by Immigration and Customs Enforcement (ICE) agents.

The move was heavily criticized by California state officials for bypassing the consent of Gov. Gavin Newsom (D), who accused Trump of inflaming tensions with deployments he said were unnecessary.

After protests largely died down across the city, service members found themselves with little to do, and last week Hegseth ordered half of some 4,000 remaining guard members to return home. That leaves 2,000 in Los Angeles to continue with their role of protecting ICE agents as they conduct raids.

Another 150 guard members had earlier been allowed to leave the city to help fight wildfires in California.

**Sign up for the Morning Report**
The latest in politics and policy. Direct to your inbox.

> *

By signing up, I agree to the Terms of Use, have reviewed the Privacy Policy, and to receive personalized offers and communications via email, on-site notifications, and targeted advertising using my email address from The Hill, Nexstar Media Inc., and its affiliates

Newsom has continued to push for all deployed service members to leave the city, saying Trump has used them as "political pawns."

"Thousands of members are still federalized in Los Angeles for no reason and unable to carry out their critical duties across the state," he said in a statement posted to the social platform X on July 15. "End this theater and send everyone home."

Parnell did not say when the Marines would depart the city, but a Defense official told The Washington Post they are set to return to the Twentynine Palms base in the coming days.

In a video posted to X on Monday, Los Angeles Mayor Karen Bass (D) celebrated the Marines' departure, calling their initial deployment "unnecessary."

"The Marines will be able to go back to their families and will be leaving Los Angeles," she said. "I'd like to say that they heard from the people of Los Angeles: This was an unnecessary deployment."

EXHIBIT 8


**Homeland Security**

U.S. Department of Homeland Security

# Secretary Noem Makes History in First 200 Days in Office

**Release Date:** August 14, 2025

*From securing 16 international agreements to revolutionizing safe travel and securing the U.s. southern border to historic levels, Secretary Noem has been working around the clock to make America safe*

WASHINGTON – In her first 200 days on the job, U.S. Department of Homeland Security (DHS) Secretary Kristi Noem is hard at work delivering on President Trump's promise of making America safe again. Under Secretary Noem's leadership, DHS has secured the border, arrested and removed thousands of criminal aliens, safeguarded U.S. cyber infrastructure, protected America's leaders, deterred terrorism, achieved historic international agreements and kept Americans safe.

Below are just some of Secretary Noem's accomplishments from her 200 Days:

## Secured the Southern Border to Historic Levels

- Daily Southwest Border encounters have **plunged by 93%** since President Trump took office.
- Under President Trump and Secretary Noem's leadership, Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) **has located over 13,000 unaccompanied children.**
- Migrants are **turning BACK** before they even reach our border—migration through Panama's Darien Gap is down 99.98%.
- President Trump and Secretary Noem—with **$46.5 billion** from the Big Beautiful Bill Act—are **finishing the border wall**. DHS already has more than 85 miles either planned or under construction with funding from the prior year, in addition to hundreds of miles that are now planned to be funded by the bill. President Trump's Big Beautiful Bill also includes over **$5 billion for new technology and border surveillance.**
- In June, Customs and Border Protection (CBP) had **the lowest number of nationwide encounters in CBP history at 24,628.**
- The number of nationwide apprehensions in July was **also a historic low of just 6,177.**
  - Notably, on July 20 Border Patrol recorded only 116 apprehensions nationwide—the lowest single-day total in agency history.
- **In May, June and July, U.S. Border Patrol reported zero parole releases**—reinforcing the Administration's commitment to ending catch-and-release policies.
- The **Coast Guard has surged assets** to increase operational presence in key areas and protect America's maritime borders, territorial integrity, and sovereignty-- **including TRIPLING its forces operating on the southern border** and coordinating surface and air presence with partners to detect, deter, and interdict alien and drug smuggling ventures.

## Removed the Worst of the Worst Illegal Aliens

- The Trump Administration empowered our brave men and women in law enforcement to enforce the law and do their jobs.
- DHS returned to using the term "illegal alien" which is the statutory language. President Trump will not allow political correctness to hinder law enforcement.
- The Trump administration arrested **more than 352,000 illegal aliens and removed more than 324,000**.
- **70% of ICE arrests are criminal illegal aliens with criminal charges or convictions in the U.S.**
- DHS has partnered with the State of Florida on **Alligator Alcatraz**, and the State of Indiana on the **Speedway Slammer to expand detention space.** These partnerships give the Trump administration the capability to lock up some of the worst scumbags who entered the country illegally under the previous administration. These new facilities expand facility and bed space by the thousands.
- President Trump and Secretary Noem empowered state and local law enforcement to get these criminal illegal aliens off our streets. **DHS has secured nearly 900 signed agreements with state and local partnerships under 287(g).**
  - Operation Tidal Wave, the first 287(g) enforcement operation coordinated with state and federal law enforcement partners, resulted in over 800 arrests.
- At the direction of President Trump, CBP and ICE began **widescale immigration enforcement operations in sanctuary city Los Angeles and southern California**. In total, since June 6, DHS arrested 4,481 illegal aliens in the Los Angeles area.
- In July, federal law enforcement officers executed criminal warrant operations at marijuana grow sites in Carpinteria and Camarillo. At least 14 migrant children have been **rescued** from potential exploitation, forced labor and human trafficking. Federal officers **also arrested at least 361 illegal aliens** from both sites in Carpinteria and Camarillo.

- After weeks of delays by activist judges, the Department of Homeland Security **finally deported eight barbaric, violent criminal illegal aliens to South Sudan**.
- **DHS launched Defend the Homeland; a historic nationwide campaign aimed at recruiting Americans to join ICE** and help President Trump and Secretary Noem remove criminal illegal aliens. Since the campaign took off, ICE has received **more than 100,000 applications.**

## Delivering Justice for Victims of Illegal Immigration

- President Trump and Secretary Noem reopened the **Victims of Immigration Crime Engagement (VOICE)** office, which was shuttered by the Biden Administration. President Trump and Secretary Noem are standing up for the victims of illegal alien crime and ensuring they have access to much needed resources and support they deserve.

## Incentivizing Historic Self-Deportations

- **1.6 million** illegal immigrants have left the United States population. This means safer streets, taxpayer savings, pressure off of schools and hospital services, and better job opportunities for Americans.
- President Trump **ended the CBP One app** that allowed more than one million aliens to illegally enter the U.S. The Trump Administration replaced this disastrous program with the **CBP Home app, which has a new self-deportation reporting feature** for aliens illegally in the country.
- President Trump launched Project Homecoming through a presidential EO. **The United States is also offering any illegal alien who uses the CBP Home App a stipend of $1,000 dollars**, paid after their return to their home country has been confirmed through the app.
- In addition to offering CBP Home, DHS announced **illegal aliens who self-deport through the app will receive forgiveness of any civil fines or penalties for failing to depart the United States.** DHS also made CBP Home more user friendly by eliminating certain steps and making it easier than ever for illegal aliens to self-deport.
- DHS and DOJ are enforcing our immigration laws and fining illegal aliens who do not depart when they are supposed to. **So far, nearly 10,000 fine notices have been issued by ICE.**

## Restoring Integrity to America's Legal Immigration System

- President Trump ended the broad abuse of humanitarian parole and returned the program to a case-by-case basis. As part of this effort, Secretary Noem **terminated the Cuba, Haiti, Nicaragua, and Venezuela parole programs**.
  - Under the Biden Administration, this CHNV political scheme allowed hundreds of thousands of unvetted aliens to circumvent the traditional parole process. **Known terrorists, gang members, convicted murderers,** have all entered this country "legally" under this program.
- Following victory at the U.S. Supreme Court, **DHS began sending termination notices in June**, informing the illegal aliens both their parole is terminated, and their parole-based employment authorization is revoked – effective immediately.
- DHS has returned the **Temporary Protected Status** immigration program to its original status: temporary. TPS was never intended to be a de facto asylum program.
  - No longer will this program be abused and exploited by illegal aliens. Secretary Noem ended the TPS designations of the previous administration for Venezuela, Haiti, Nicaragua, Honduras, Nepali Cameroon, and Afghanistan.
- DHS and USCIS initiated an overhaul of the Systematic Alien Verification for Entitlements (SAVE) database to eliminate transaction fees for participating state, local, territorial, and tribal government users, streamline mass alien status checks, and integrate criminal records, immigration timelines, and addresses into results. This will help prevent aliens from exploiting taxpayer-funded public benefits or voting illegally.
- Secretary Noem began terminating Harvard University's Student and Exchange Visitor Program (SEVP) certification—**meaning Harvard would no longer enroll foreign students and existing foreign students must transfer or lose their legal status**—for fostering violence, antisemitism, and coordinating with the Chinese Communist Party.
- It is a privilege, not a right, for universities to enroll foreign students and benefit from higher tuition to help pad their multibillion-dollar endowments. Harvard University repeatedly abused this privilege and even stonewalled DHS's request for information.

## Secured Historic Partnerships with Other Nations to Make America Safer

- In 200 days, **Secretary Noem has signed 16 agreements with other countries that advance President Trump's agenda of making America safe. These agreements include:**
  - Security Alliance for Fugitive Enforcement (SAFE) Memorandum of Cooperation with El Salvador to ensure fugitives are not inadvertently released back into Salvadoran communities.

- Biometric Data Sharing Partnership (BDSP) Letter of Intent with Colombia to provide a real-time exchange and query of biometric and biographic information against U.S. data holdings.
- Electronic Nationality Verification (ENV) Letter of Intent with Colombia to enable a streamlined process for obtaining travel documents.
- Reaffirmation of the Air Cargo Data Sharing Memorandum of Understanding with Mexico to share air cargo data between CBP and the Mexican National Customs Agency and Mexican Customs Agency.
- Global Entry Joint Letter of Intent with El Salvador to facilitate entry of a foreign country's citizens into the U.S. for tourism and eligible business purposes.
- Repatriation Assistance Pilot Program Memorandum of Understanding extension with Panama to provide an additional $7.2M in support for removals of illegal migrants, especially facilitating support to Panama in managing reverse flows.
- Global Entry Joint Letter of Intent with Costa Rica facilitate entry of a foreign country's citizens into the U.S. for tourism and eligible business purposes.
- Biometric Data Sharing Partnership (BDSP) Letter of Intent with Honduras to provide a real-time exchange and query of biometric and biographic information against U.S. data holdings.
- Joint Security Program (JSP) Memorandum of Understanding with Guatemala to formalize the Joint Security Program in Guatemala which started in February 2024. CBP through the Joint Security Program has worked alongside Guatemalan partners at La Aurora International Airport to strengthen the security of the global travel network by preventing high-risk travelers from boarding U.S.-bound and foreign-to-foreign flights with thorough targeting, threat assessments, and face-to-face interviews.
- 2026 FIFA World Cup Letter of Intent with Qatar to share of lessons learned from prior World Cup between the U.S. government and Qatari government.
- Biometric Data Sharing Partnership (BDSP) Memorandum of Cooperation with Belize to provide a real-time exchange and query of biometric and biographic information against U.S. data holdings.
- Electronic Nationality Verification (ENV) Letter of Intent with Argentina to enable a streamlined process for obtaining travel documents to support repatriation of Argentine nationals from the United States.
- Security Alliance for Fugitive Enforcement (SAFE) Memorandum of Cooperation with Argentina to facilitate the sharing of criminal history information so that fugitives are not inadvertently released back into Argentine communities.
- Visa Waiver Program (VWP) Statement of Intent for Cooperation with Argentina.
- Biometric Identification Transnational Migration Alert Program (BITMAP) Letter of Intent with Chile to Provides temporary legal coverage for the Government of Chile to continue the pilot program with BITMAP enrollments by Ministry of Public Security entities (PDI and Carabineros) as well as expand the program for Ministry of Justice (Prison system). An implementing arrangement is still being negotiated and will need to be signed before April 2026.
- Joint Arrangement to Facilitate the Exchange of Liaison Personnel with Ecuador to enable the assignment of an Ecuadorian National Police liaison at the CBP National Targeting Center in Virginia.

## Initiating a Golden Age in American Air Travel

- Secretary Noem **terminated the politically motivated Quiet Skies Program**, which since its existence has failed to stop a single terrorist attack while costing US taxpayers $200 million a year. The program, under the guise of "national security," was used to target political opponents and benefit political allies.
- **TSA ended the "shoes-off" travel policy,** allowing passengers traveling through domestic airports to keep their shoes on while passing through security screening at TSA checkpoints—while maintaining the same high standard of security. This change will drastically decrease passenger wait times at our TSA checkpoints, leading to a more pleasant and efficient passenger experience.
- **TSA launched specialized security lanes at select airports for military service members and for traveling families.** These initiatives are part of DHS's overall goal to enhance hospitality and security for the American traveler.
- **The Trump administration fully implemented REAL ID enforcement measures nationwide**—a law signed 20 years ago. REAL ID helps ensure that travelers are who they say they are and prevents fraud by criminals, terrorists, and illegal aliens. Most travelers have not even noticed a difference because **nearly 94% of travelers are already REAL ID compliant.**
- Secretary Noem took action to end collective bargaining for the Transportation Security Administration's (TSA) Transportation Security Officers, which constrained TSA's chief mission to safeguard our transportation systems.
  - Prior to Secretary Noem's ending of collective bargaining: 86% of airports had MORE TSOs performing full-time union work than performing security screening.

## Fixing Disaster Relief for the 21st Century

- The Federal Emergency Management Agency is now shifting from bloated, DC-centric dead weight to a **lean, deployable disaster force that empowers state actors to provide relief for their citizens.** The old processes are being replaced because they failed Americans in real emergencies for decades.

Case 3:25-cv-04870-CRB   Document 83-2   Filed 09/02/25   Page 40 of 131

- President Trump has established the FEMA Review Council to provide recommendations on how to best conduct disaster relief at the federal level.
  - Under Secretary Noem's leadership, the FEMA Review Council is developing a comprehensive plan for necessary change.
- DHS has empowered state and local governments to lead disaster relief efforts without interference from the federal government.
- DHS has provided FEMA the ability to provide upfront disaster funds to both Texas and New Mexico for disaster recovery efforts speeding up the state's abilities to address debris removal, evacuation and congregate sheltering services, and provide lifesaving and life-sustaining supplies and commodities to the impacted communities.
- DHS accelerated debris removal efforts in California. The majority of properties have now been cleared of debris. **Nearly 92% of debris removal is fully complete while 98% of properties have been cleared.**
- At Secretary Noem's direction, **FEMA has conducted a critical evaluation of all grant programs** and recipients to root out waste, fraud, and abuse and deliver accountability for the American taxpayer.
- Under Secretary Noem's leadership, recipients of FEMA grants will no longer be permitted to use federal funds to house illegal immigrants at luxury hotels, fund climate change pet projects, or empower radical organizations with unseemly ties that don't serve the interest of the American people.

## Provided Rapid and Effective Support to Flood Victims in Texas

- Within moments of the flooding in Texas, DHS assets, including the U.S. Coast Guard (USCG), CBP Border Search, CBP BORSTAR, and FEMA personnel surged into unprecedented action alongside Texas first responders for search and rescue operations.
- The Coast Guard's Rescue Swimmer, Petty Officer Scott Ruskan, in coordination with the air crew from Coast Guard Air Station Corpus Christie saved nearly 200 lives in response to the Texas Floods. Over the past 200 days, the Coast Guard had a total of 8,492 search and rescues, saved or assisted 12,801 lives and saved over $375M in property.
- **FEMA deployed 311 staffers delivering critical intelligence, aerial imagery, and shelter for 171 survivors.**
- Combined state and federal rescue efforts **evacuated and rescued over 1,500 people.**
  - Deployed over 300 Coast Guardsmen.
  - Surged four Coast Guard cutters to support response and recovery operations.
  - Surged response boats from six Coast Guard stations: Washington, Curtis Bay, Annapolis, St. Inigoes, Oxford, and Crisfield.

## Getting the Cybersecurity and Infrastructure Agency Back on Mission

- Under the Biden Administration, the Cybersecurity and Infrastructure Agency (CISA) censored free speech and targeted Americans.
- Under President Trump and Secretary Noem's direction, DHS closed CISA's politically weaponized offices and fired those responsible for abusing their power.
- CISA is now back on-mission: Protecting Americans and critical infrastructure from cyberthreats.
- CISA personnel are deployed across 10 regions in support of all 56 states/territories and is actively working with local, federal, and international partners to identify emerging threats and issue alerts, advisories or provide guidance to mitigate these threats. It has issued 6 major advisories since April that enable operational collaboration.
- CISA works to support cyber defenders with the tools they need to secure their cyber systems. This summer it released the Eviction Strategies Tool (https://www.cisa.gov/eviction-strategies-tool), a no-cost resource designed to support cyber defenders, and Thorium (https://www.cisa.gov/resources-tools/resources/thorium), an automated, scalable malware and forensic analysis platform.
- On Aug 1, CISA and FEMA announced the availability (https://www.cisa.gov/news-events/news/dhs-launches-over-100-million-funding-strengthen-communities-cyber-defenses) of over $100 million in cybersecurity grant funding to strengthen state, local and tribal government community cybersecurity.
- Under Secretary Noem's leadership, **CISA has issued more than 700 pre-ransomware notifications,** cataloged 131 known exploited vulnerabilities and partnered with 57 new software companies bringing the number of companies who have pledged to build more secure software to 319.

## Championed Strategic Advancements in Law Enforcement Training to Enhance Border Security and Immigration Enforcement

- **Secured historic funding for law enforcement training**. The One Big Beautiful Bill Act is providing the Federal Law Enforcement Training Centers (FLETC) with **$750 million**, more than doubling its annual resources, to enhance the training and readiness of U.S. Border Patrol (USBP), U.S. Customs and Border Protection (CBP), and U.S. Immigration and Customs Enforcement (ICE) personnel.
- **Expanded nationwide law enforcement collaboration** by facilitating ICE's 287(g) Training Program. To date, 12,024 officers across 39 states have registered and 8,192 have completed the training, strengthening partnerships between federal and local law enforcement agencies.

8/27/25, 1:28 PM
Case 3:25-cv-04870-CRB    Document 33-2    Filed 09/02/25    Page 41 of 131
Secretary Noem Makes History in First 200 Days of Office | Homeland Security

- **Trained** nearly 2,000 newly hired USBP, CBP, and ICE officers and agents since January 20, 2025, ensuring operational readiness and rapid deployment of a trained workforce to critical national security missions.
- **Achieved record-breaking training—the highest attendance levels since 2007—by supporting over 1,000 USBP trainees daily at FLETC in Artesia, New Mexico,** and demonstrating a commitment to scaling operations to meet growing security demands.

## Revitalizing the U.S. Coast Guard

- When President Trump came back into office, the Coast Guard faced its greatest readiness crisis since World War II because the Biden Administration left it underfunded and neglected. President Trump's order to surge Coast Guard assets to our maritime border changed the game.
- Under President Trump and Secretary Noem's leadership, the Coast Guard is being revitalized to meet the various security challenges of the 21st century and keep America's maritime borders secure for decades to come.
- In the first seven months of the Trump Administration, the Coast Guard **seized more than double the cocaine and other illegal drugs than during the entirety of 2024.** The Coast Service removed 289,467 lbs. of cocaine, 31,942 lbs. of marijuana, 5,952 lbs. of other illicit drugs, and detained 261 drug traffickers.
- The Coast Guard enhanced its immigration enforcement mission executing asset deployments and tripled its operationally deployed units along the southern border and maritime approaches. This resulted in following Illegal Alien Statistics.
  - Interdicted 1140
  - Transferred 717
  - Repatriated 423
  - Deterred 126
- For the first time in years, the Coast Guard expects to exceed its recruiting goals. As of August 12, 2025, the Coast Guard recruited over 5,220 new members into the active-duty enlisted workforce.
- In FY 2025, the Coast Guard expects to access nearly 700 more active-duty enlisted members than the previous year.
- For the first time in 25 years, the Coast Guard, under Secretary Noem's leadership has the ability to expand the Nation's high latitude operations and presence in the Arctic.
- Through the acquisition of additional polar icebreakers and fast response cutters (FRC) such as the recently commissioned CGC Storis and FRC Cunningham, the Nation has ensured access to protect U.S. sovereignty and national security. Nearly $8 billion will be dedicated to this mission.
- Under President Trump and Secretary Noem, the Coast Guard is launching "Force Design 2028," a revolutionary new blueprint that will make the Coast Guard more agile, more capable, and more responsive than ever before.
- Force Design 2028 is the Coast Guard's roadmap to become a more agile, capable, and responsive fighting force to best serve the American people. With unprecedented support and momentum from the President, Secretary of Homeland Security, and Congress, we are seizing the opportunity now to renew the Coast Guard for the future.
  - It will drive much needed changes to transform the Service's: (1) Organization; (2) Contracting and Acquisition; (3) Technology; and (4) People.

## Standing up for the American taxpayer

- The United States Coast Guard (USCG) eliminated an ineffective information technology (IT) program, saving nearly $33 million, and is now focusing resources where they're most needed to protect our homeland.
- USCG partially terminated a wasteful Offshore Patrol Cutter (OPC) contract with Eastern Shipbuilding Group (ESG), which has been slow to deliver four OPCs, harming U.S. defense capabilities.
- The Trump Administration stopped aliens on the Terror Watchlist from receiving Medicaid benefits.
- Secretary Noem cancelled CISA's expensive headquarters project, saving taxpayers over half a billion dollars.
- The Coast Guard partially terminated a wasteful Offshore Patrol Cutter (OPC) contract with Eastern Shipbuilding Group (ESG), which has been slow to deliver four OPCs, harming U.S. defense capabilities.
- The Coast Guard made a fiscally responsible move that saves taxpayers $260 million, through the cancellation of the planned eleventh National Security Cutter (NSC-11) acquisition. This decision, driven by budgetary realities, is projected to yield substantial cost savings and allows for potential reallocation of resources to other Coast Guard priorities.
- To stop policies that were magnets for illegal immigration, DHS froze funding to non-governmental organizations that facilitate illegal immigration and announced a partnership with the U.S. Department of Housing and Urban Development to ensure taxpayer dollars do not go to housing illegal aliens.

### ###

## Topics

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)     SECRETARY OF HOMELAND SECURITY (/TOPICS/SECRETARY-HOMELAND-SECURITY)

## Keywords

HOMELAND SECURITY (/KEYWORDS/HOMELAND-SECURITY)     SECRETARY KRISTI NOEM (/KEYWORDS/SECRETARY-KRISTI-NOEM)

AIRPORT SECURITY (/KEYWORDS/AIRPORT-SECURITY)     ALIEN (/KEYWORDS/ALIEN)     BORDER SECURITY (/KEYWORDS/BORDER-SECURITY)

CRITICAL INFRASTRUCTURE (/KEYWORDS/CRITICAL-INFRASTRUCTURE)     CUSTOMS AND BORDER PROTECTION (CBP) (/KEYWORDS/CUSTOMS-AND-BORDER-PROTECTION-CBP)

CYBERSECURITY AND INFRASTRUCTURE SECURITY AGENCY (CISA) (/KEYWORDS/CYBERSECURITY-AND-INFRASTRUCTURE-SECURITY-AGENCY-CISA)

DEPORTATION (/KEYWORDS/DEPORTATION)     DISASTER RELIEF (/KEYWORDS/DISASTER-RELIEF)

ENFORCEMENT AND REMOVAL OPERATIONS (ERO) (/KEYWORDS/ENFORCEMENT-AND-REMOVAL-OPERATIONS-ERO)

FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA) (/KEYWORDS/FEDERAL-EMERGENCY-MANAGEMENT-AGENCY-FEMA)

FEDERAL LAW ENFORCEMENT TRAINING CENTERS (FLETC) (/KEYWORDS/FEDERAL-LAW-ENFORCEMENT-TRAINING-CENTERS-FLETC)     ILLEGAL (/KEYWORDS/ILLEGAL)

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)

IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)     INTERNATIONAL PARTNERSHIP (/KEYWORDS/INTERNATIONAL-PARTNERSHIP)

LAW ENFORCEMENT PARTNERSHIP (/KEYWORDS/LAW-ENFORCEMENT-PARTNERSHIP)     LAW ENFORCEMENT TRAINING (/KEYWORDS/LAW-ENFORCEMENT-TRAINING)

MAKING AMERICA SAFE AGAIN (/KEYWORDS/MAKING-AMERICA-SAFE-AGAIN)     PARTNERSHIP (/KEYWORDS/PARTNERSHIP)

PRESIDENT TRUMP (/KEYWORDS/PRESIDENT-TRUMP)     REMOVAL (/KEYWORDS/REMOVAL)

TRANSPORTATION SECURITY ADMINISTRATION (TSA) (/KEYWORDS/TRANSPORTATION-SECURITY-ADMINISTRATION-TSA)     TRAVEL (/KEYWORDS/TRAVEL)

U.S. COAST GUARD (USCG) (/KEYWORDS/US-COAST-GUARD-USCG)     VICTIMS OF CRIME (/KEYWORDS/VICTIMS-CRIME)

VICTIMS OF IMMIGRATION CRIME ENGAGEMENT (VOICE) (/KEYWORDS/VICTIMS-IMMIGRATION-CRIME-ENGAGEMENT-VOICE)

HOMELAND SECURITY INVESTIGATIONS (HSI) (/KEYWORDS/HOMELAND-SECURITY-INVESTIGATIONS-HSI)

Last Updated: 08/18/2025

# EXHIBIT 9



U.S. Department of Homeland Security

# Despite Riots and Assaults, ICE and Border Patrol Arrest Worst of the Worst Criminal Illegal Aliens Including Rapists, Gang Members, Murderers, and Pedophiles in Los Angeles

**Release Date:** August 27, 2025

*DHS law enforcement has arrested more than 5,000 illegal aliens since operations began in June in the sanctuary city*

WASHINGTON – The U.S. Department of Homeland Security (DHS) today released the following update regarding targeted immigration enforcement operations in Los Angeles, California that resulted in the arrests of criminal illegal aliens including rapists, gang members, murderers, and child sex offenders.

On August 26, Secretary Kristi Noem announced (/news/2025/08/26/secretary-noem-announces-dhs-arrest-5000th-illegal-alien-los-angeles-operations) **U.S. Border Patrol and Immigration and Customs Enforcement (ICE) have made more than 5,000 arrests in Los Angeles, California since June.**

While violent rioters threatened law enforcement officers and attempted to obstruct them from enforcing the law (/news/2025/06/07/dhs-releases-statement-violent-rioters-assaulting-ice-officers-los-angeles-ca-and), DHS law enforcement continued to deliver on President Donald Trump's promise to remove the worst of the worst criminal illegal aliens from American communities.

*"DHS law enforcement has made over 5,000 arrests in Los Angeles. That's more than 5,000 criminal illegal aliens, gang members, child predators, and murderers taken off our streets. Precious lives saved,"* said **Secretary Noem**. *"Families protected. American taxpayers spared the cost of their crimes AND the burden of their benefits. Thank you to our brave law enforcement officers. Make no mistake: if you are here illegally, we will find you, arrest you, and send you back. This is just the beginning."*

Below are just a handful of examples of the criminals DHS law enforcement arrested from Los Angeles streets since targeted operations began in June:



Diego Fernandez-Martinez, a criminal illegal alien from Mexico and confirmed member of the deadly Surenos gang with convictions for **carjacking, vehicle theft, possession of drug paraphernalia, possession of a controlled substance for sales, robbery, and prisoner in possession of a weapon.**



Juan Carlos Marin-Hipolito, a criminal illegal alien from Mexico convicted of **murder** and sentenced to 50 years to life in prison.



Jaime Sarinana-Rodriguez, a criminal illegal alien from Mexico and **registered sex offender** convicted of **continuous sexual abuse of a child** and sentenced to 16 years in prison.



Yohannes Zerai, a criminal illegal alien from Eritrea and **registered sex offender**, convicted of **robbery, battery with serious bodily injury, assault to commit rape, sexual penetration with a foreign object with force, assault with a deadly weapon not firearm, petty theft with priors, and failure to register as a sex offender.**



Justin Chung, a criminal illegal alien from South Korea, who was convicted of **murder and shooting at an inhabited dwelling** and was sentenced to 75 years prison.



Quoc Dung Pham, a criminal illegal alien from Vietnam and **registered sex offender**, convicted of **kidnapping, rape with force, sodomy in concert with force, oral copulation in concert with force, robbery, assault with committing of rape, and possession of a controlled substance** and sentenced to 64 years prison.



Bo Quoc Pham, a criminal illegal alien from Vietnam and **registered sex offender**, convicted of **rape with force, arm/weapon sex offense, rape in concert with force or violence, oral copulation** and sentenced to 118 years prison. Arrested with his brother, Quoc Dung Pham, who has the same criminal convictions.



Hong Jing, a criminal illegal alien from China, convicted of **driving under the influence of alcohol, aiding, abetting and engaging in sex trafficking of an individual, and racketeering.**



Martina Zacarias, a criminal illegal alien from Mexico and **convicted sex offender**, convicted of **lewd or lascivious acts with a child under 14** and sentenced to eight years in prison.



Edgar Isaac Lopez, a criminal illegal alien from Mexico, convicted of **voluntary manslaughter, child cruelty resulting in injury/death, assault by prisoner, unlawful display of fake or fraudulent ID card/permit, and trespassing/injure property.**



Joel Benjamin Reyes, a criminal illegal alien from El Salvador and **registered sex offender**, convicted of **rape in the first degree by forcible compulsion, incest engaged in sexual conduct with related person** and sentenced to five years.



Omar Guzman-Rodriguez, a criminal illegal alien from Mexico and **registered sex offender**, convicted of **burglary, possession of check/money order to defraud, personate to record document, making fictitious checks, petty theft with a prior conviction, taking vehicle without owner consent/vehicle theft and tow owner moving a vehicle without authorization, vehicle theft and possession of stolen vehicle, and lewd acts with a child under 14.**

# # #

## Topics

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

IMMIGRATION AND CUSTOMS ENFORCEMENT (/TOPICS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT)

## Keywords

IMMIGRATION (/KEYWORDS/IMMIGRATION)    IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) (/KEYWORDS/IMMIGRATION-AND-CUSTOMS-ENFORCEMENT-ICE)

ALIEN (/KEYWORDS/ALIEN)    CRIME (/KEYWORDS/CRIME)    CUSTOMS AND BORDER PROTECTION (CBP) (/KEYWORDS/CUSTOMS-AND-BORDER-PROTECTION-CBP)

ILLEGAL (/KEYWORDS/ILLEGAL)    IMMIGRATION ENFORCEMENT (/KEYWORDS/IMMIGRATION-ENFORCEMENT)    LAW ENFORCEMENT (/KEYWORDS/LAW-ENFORCEMENT)

MAKING AMERICA SAFE AGAIN (/KEYWORDS/MAKING-AMERICA-SAFE-AGAIN)    PUBLIC SAFETY (/KEYWORDS/PUBLIC-SAFETY)

SECRETARY KRISTI NOEM (/KEYWORDS/SECRETARY-KRISTI-NOEM)    U. S. BORDER PATROL (/KEYWORDS/U-S-BORDER-PATROL)

Last Updated: 08/28/2025

EXHIBIT 10

California Secretary of State
**Shirley N. Weber, Ph.D.**

Home    Elections and Voter Information    Upcoming Elections
**Statewide Special Election**

**Choose Language**

English ∨

# 2025 Statewide Special Election

- The last day to register to vote for the November 4, 2025, Statewide Special Election is October 20, 2025.

- All California active registered voters will receive a vote-by-mail ballot for the November 4, 2025, Statewide Special Election.

- Your county elections office will begin mailing ballots by October 6, 2025.

- Ballot drop-off locations open on October 7, 2025.

- Vote-by-mail ballots can be returned by mail, at a drop-off location, or your county elections office.

- Vote centers open for early in-person voting in all Voter's Choice Act counties beginning on October 25, 2025.

- Vote-by-mail ballots must be postmarked on or before Election Day and received by November 12, 2025.



# Election Information

**Legislation Calling for the Statewide Special Election (PDF)**

**Key Dates and Deadlines**

**Complete Statewide Special Election Calendar (PDF)**

**Ballot Arguments**

# Voting Resources

**Register to Vote**

**My Voter Status**

**Voting in California**

**Where's My Ballot?**

**Vote By Mail**

**Military & Overseas Voters**

**Poll Worker Information**

**Election Video Resources**

**Election Security**

**County Elections Offices**

**Frequently Asked Questions**

EXHIBIT 11

**Trending:**  Burning Man  |  AI's job market effect  |  Plan to split California  |  Newsom trolls Trump  |  Joel Engardio recall  |  S.F. swimmer dies  |  T

POLITICS

# Trump adds San Francisco to list of cities where he wants to send troops

By **Sara DiNatale**, Staff Writer
Updated Aug 22, 2025 1:34 p.m.

    



President Donald Trump floated sending troops into San Francisco during a news conference in the Oval Office on Friday.
Jacquelyn Martin/Associated Press

e-Edition          Account

0:00                                                  2:47

President Donald Trump said Friday from the Oval Office that Democrats "destroyed" San Francisco, adding that it was among the American cities he would "clean up" using federal troops.

It's the latest attack the president has made on Democratic-led cities he has characterized as crime-ridden and poorly run. The president already ordered roughly 2,000 National Guard troops to Washington, D.C., all on loan from at least six Republican-led states.

Chicago, the president said, could be next to get the takeover treatment. New York City was also possible, he said. Then Trump took shots at San Francisco.

ADVERTISEMENT
Article continues below this ad



"Look at what the Democrats have done to San Francisco," Trump told reporters. "They've destroyed it. We could clean that up, too. We'll clean that one up, too."

The slam to San Francisco comes after Trump earlier this month named Oakland and other Black-led cities as troubled areas where he'd consider sending federal troops to police.

"President Trump's characterization of Oakland is downright wrong," Oakland Mayor Barbara Lee said at an Aug. 14 news conference held in response to the remarks. "We're not going to back down."

Trump said Friday that Democrats who'd "lost control of their cities" have called asking for the administration's help, but he declined to name any.

"We're going to make our cities very, very safe. Chicago is a mess," Trump said. "We'll straighten that one out, probably next. That will be our next one after this, and it won't even be tough."

ADVERTISEMENT
Article continues below this ad

Crime nationwide has been down in the first half of the year, according to a report by the Council on Criminal Justice. And leaders in cities such as Washington, Oakland and now San Francisco, in response to Trump's rhetoric, have also pointed to stats showing drops in violent crime.

San Francisco Mayor Daniel Lurie has avoided talking about Trump since taking office in January. That strategy continued Friday, even as the president took direct jabs at the city.

"My administration has made safe and clean streets our top priority, and the results are clear: Crime is at its lowest point in decades, visitors are coming back, and San Francisco is on the rise," Lurie said in a statement. "And we're going to keep working every day to build on that progress."

In June, Trump deployed more than 4,000 National Guard troops to Los Angeles as protests broke out into response to immigration raids in Southern California. At that time, Lurie said his priority was "keeping San Franciscans safe" and ensuring that the city would protect free speech during any of its own protests.

Trump's orders to send troops to Los Angeles is still the focus of an ongoing legal challenge, arguing the president wrongly deployed the California guard.

Aug 22, 2025  |  Updated Aug 22, 2025 1:34 p.m.

 **Sara DiNatale**
STAFF WRITER

 

Sara DiNatale covers politics and the impacts of the Trump administration's policies on the Bay Area. She joined the Chronicle in 2025, after a decade reporting across the southern United States.

She was the recipient of a 2024 George Polk Award for her investigation on the Texas residential solar industry as an energy reporter at the San Antonio Express-News. Her investigation led Texas to adopt new state laws to regulate bad actors and scammers. She spent several years covering business, retail, the economy and labor at the Tampa Bay Times and Mississippi Today. Her reporting has been recognized by a series of state-level and national awards, including top honors from the Headliner Foundation, Best of the West and Bill Minor Prize for Investigative Reporting. She's a graduate of the University at Buffalo and a native of Western New York.

**More For You**



POLITICS

## As Newsom touts AI's promise, he's using it to post Trump memes

California Gov. Gavin Newsom has endorsed a targeted approach to AI regulation, but his most public use of it has been posting images mocking President Trump.

CRIME

## Judge quashes San Mateo County sheriff's attempt to halt key hearing

POLITICS

## California says immigration agents continue to profile Latinos

CALIFORNIA WILDFIRES

## Napa Valley wineries at risk as Pickett Fire spreads near Calistoga

RESTAURANTS

## Cockroaches shut down two San Francisco restaurants this week

**Let's Play**

 Cross|word     Flipart     Really Bad Chess     SpellTower     Typeshift     Wordbi

Top

About

Contact

Services

Account

# EXHIBIT 12

8/27/25, 1:30 PM
Trump says he may send National Guard to Chicago, New York
Case 3:25-cv-04870-CRB    Document 182-3    Filed 09/02/25    Page 60 of 131



**POLITICO**



# Trump says he may send National Guard to Chicago, New York

The president said he is looking to continue sending troops to major cities after deployments in D.C. and Los Angeles.

President Donald Trump speaks in the Oval Office of the White House on Aug. 22. | Jacquelyn Martin/AP

By **AARON PELLISH**
08/22/2025 02:39 PM EDT
Updated: 08/22/2025 04:47 PM EDT

   

CHICAGO — President Donald Trump said he is looking to send in the National Guard to Chicago or New York, seeking to extend the deployment of guardsmen elsewhere after amassing troops in Washington.

Trump told reporters Friday he's considering deploying guardsmen to Chicago after ordering troops into the nation's capital and to Los Angeles earlier this year — a move the Trump administration is now being forced to defend in court.

Advertisement

"We're going to make our cities very, very safe. Chicago is a mess," Trump said. "We'll straighten that one out probably next. That will be our next one after this, and it won't even be tough."

Trump later mentioned New York along with Chicago as cities he'd like the National Guard to "help."

The president praised the hundreds of guardsmen currently deployed in Washington and noted he's willing to "bring in the regular military" to help support his campaign to reduce crime in the city.

"I really am honored that the National Guard has done such an incredible job working with the police, and we haven't had to bring in the regular military, which we're willing to do," he said. "After we do this, we'll go to another location, and we'll make it safe also."

Washington's status as a federal territory gives Trump broader authority to deploy the National Guard through the nation's capital, along with his attempt to take over the city's police force. National Guard units outside of D.C. are generally under the command of states' governors, although Trump federalized the California guard to send troops to Los Angeles earlier this year.

But federal law prohibits the use of military personnel for civilian law enforcement except when authorized by the Constitution or another federal law.

Trump's order to send hundreds of troops to Los Angeles is currently the subject of a legal challenge arguing Trump wrongfully federalized and deployed California guardsmen to quell protests.

Chicago Mayor Brandon Johnson said the city hasn't received formal notification of new deployments of federal law enforcement to the city and called the tactic "uncoordinated, uncalled for, and unsound."

"Unlawfully deploying the National Guard to Chicago has the potential to inflame tensions between residents and law enforcement when we know that trust between police and residents is foundational to building safer communities," Johnson said in a statement.

Illinois Gov. JB Pritzker responded to Trump's comments in a social media post, where he labeled "an authoritarian power grab of major cities" as something that "people are not begging for."

New York Gov. Kathy Hochul said in a statement that an attempt by Trump to "invoke military power" by sending the National Guard to New York "undermines the significant work being done at the state level" to reduce crime.

**FILED UNDER:** NATIONAL GUARD, NEW YORK CITY, CHICAGO, DONALD TRUMP, LOS ANGELES



### West Wing Playbook: Remaking Government

Your guide to Donald Trump's unprecedented overhaul of the federal government.

EMAIL

Your Email

EMPLOYER

Employer

\* All fields must be completed to subscribe

SIGN UP

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service . You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here . This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SPONSORED CONTENT



**Kate Middleton Sad News Regarding Prince George**

TipHero



**Donald Trump's Golf Footage Sparks Curiosity About His Legs**

TMSPN



**Barack Obama Admits to "Deep Deficit" in Marriage with Michelle**

TipHero



**Top Cardiologist Begs: Quit Eating Blueberries Before This Happens**

thehealthyfat.com



**Experts Recommend These Two 0% Intro APR Cards Until Nearly 2027**

With no annual fee and no interest until Nearly 2027, these cards are helping...

CompareCredit™



**Every American Should Be Using This Retirement Loophole In 2025**

If You're Not Using This IRS Loophole, You Should Be

Goldco

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

Digital Edition

FAQ

Feedback

Headlines

Photos

Press

Print Subscriptions

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

Do Not Sell or Share My Personal Information and Opt Out of Targeted Advertising

© 2025 POLITICO LLC

EXHIBIT 13

POLITICS • 6 MIN READ

# Trump aims high in bid to impose ultimate power

**AUG 26, 2025**

Analysis by  Stephen Collinson



President Donald Trump during a cabinet meeting at the White House in Washington, DC, on ...



In the gospel according to Donald Trump — his book "The Art of the Deal" — the future president laid out his business and life philosophy.

"I aim very high, and then I just keep pushing and pushing and pushing to get what I'm after," Trump wrote. "Sometimes I settle for less than I sought, but in most cases I still end up with what I want."

Once, Trump used this technique to haggle with contractors, to intimidate rival real estate sharks and in endless lawsuits to pursue his business interests.

Twenty-eight years later, he hasn't changed. His pushing and pushing and pushing just takes place on a grander and more consequential stage.

## How Trump beat a presidential curse

The president's relentless attempts to create leverage and wield decisive and uninhibited power on multiple fronts have dominated a summer in which he's been more unrestrained than ever.

August has often been a cruel month for presidents. In 2014, in an odd echo of today, fighting raged in Gaza and Ukraine, intruding on President Barack Obama's vacation and raising questions about his leadership. Chroniclers of the Biden years date the start of the eclipse of the 46th president's administration to August 26, 2021, when a suicide bomber killed 13 Americans at Kabul International Airport.



A member of the National Guard carries a firearm while patrolling the National Mall in Washington, DC, on Tuesday. *(Jose Luis Gonzalez/Reuters)*

Trump motored through this August determined to beat the curse, always testing the boundaries of what is appropriate legal or constitutional conduct in a president.

His pushing culminated this week with threats to **federalize National Guard troops** and send them to Chicago — even when Democratic leaders of the city and the state of Illinois **told him to stay away**.

Emergency conditions prescribed by the US Code that include rebellions, which might make this a clear legal act, do not exist in the city — despite Trump's claims Tuesday that it's in "big trouble" and is a "disaster" because of crime.

But that's not stopping the president, who is also threatening to send federal forces to other cities controlled by Democrats.

"I (have) the right to do anything that I want to do. I'm the president of the United States. If I think our country's in danger — and it is in danger in these cities — I can do it," Trump said during a Cabinet meeting Tuesday.

This is consistent with the president's long-held view that there are few constraints on a president and that his authority is almost absolute.

Illinois Gov. JB Pritzker, a possible 2028 presidential candidate, however, seemed on solid ground when he wrote on X. "No, Donald, you can't do whatever you want."

Time will tell.

## Trump's bid to fire Fed member is one of his biggest power plays yet

Trump is pushing his authority on another front, announcing this week he had **fired Federal Reserve official Lisa Cook**. The Department of Justice is investigating Cook over alleged mortgage transgressions. She has denied wrongdoing and plans to fight her dismissal in the courts.

It's not clear whether Trump has the power to fire Cook. But he's trying it anyway — aiming high and seeing if he can get what he wants.





Lisa Cook testifies during a Senate Banking nominations hearing on June 21, 2023, in Washington, DC. *(Drew Angerer/Getty Images/File)*

"Under the law the president clearly does have the legal authority to fire a member of the Federal Reserve for cause. I think what is a closer question though is whether, the president has at this point what amounts to cause," Tom Dupree, a former deputy assistant attorney general told CNN.

Trump rarely hides his motives. He said Tuesday that if he could dispense with Cook, he was more likely to get a favorable decision on one of his obsessions — **big interest rate cuts**.

"We'll have a majority very shortly, so that'll be great," Trump said. "Once we have a majority, housing is going to swing and it's going to be great. People are paying too high an interest rate."



CNN One Thing
Why Trump's Attempt to Reshape the Fed Could B…

SHARE  SUBSCRIBE  DESCRIPTION

Trump shrugged his shoulders on Tuesday when asked by a reporter about the possibility that Cook could prevail in court. "You always have legal fights. Look, I had a legal fight that went on for years with crooked people, with very horrible people," the president said.

Even if Cook's fate remains in limbo because of the court fight, the president can achieve some of his goals. By attacking one Fed board member, he's imposing indirect pressure on his premier target, **Federal Reserve Chair Jerome Powell**. And he can make life unpleasant for Cook, whom he regards as an adversary who has crossed him.

## How Trump exploits legal delays to chase political goals

Trump is no stranger to using the time it takes for cases to work through the courts to advance his political goals.

For example, by the time dismissed bureaucrats working for USAID were able to **legally challenge him**, Trump had eviscerated their agency.

And as he fought four criminal indictments as a presidential candidate, he filed countless and often frivolous procedural motions to slow court action and run out the accountability clock over his attempt to steal the 2020 election.

Now that he's back in power, his administration is using the legal system to settle scores.

Several of Trump's political enemies have found themselves under investigation over mortgage filings, including **California Sen. Adam Schiff** and **New York Attorney General Letitia James**, who won a civil fraud judgment against Trump, his adult sons and the Trump organization. Neither has been charged, and both deny wrongdoing.



FBI members walk outside the home of the former White House national security adviser John Bolton in Bethesda, Maryland on August 22. *(Tasos Katopodis/Reuters)*

Last week, FBI agents arrived at the home of **John Bolton**, a first-term Trump national security adviser who frequently criticizes the president on television. A search warrant would have been approved by a judge on the grounds that there was probable cause that a crime had been committed.

But it did seem rather a coincidence that yet another Trump adversary was under investigation.

"What the president is trying to do here is very systemic and systematic," Schiff told NBC's "Meet the Press" regarding the search of Bolton's home. "Anyone who stands up to the president, anyone who criticizes the president, anyone who says anything adverse to the president's interests, gets the full weight of the federal government brought down on them."

But who is to stop Trump?

The courts have curtailed some of his policies, although the increasing ranks of judges appointed by the president — and a conservative Supreme Court majority that sometimes **rules in his favor** — are helping his bid to expand presidential power. And the high court fueled Trump's vision of impunity by ruling in a case related to one of his criminal indictments that **presidents have substantial immunity** for official acts.

Congress ought to be another brake. But Republican majorities in the House and Senate are supine to Trump, willingly ceding power to the executive. And the ultimate constitutional curb on his behavior — impeachment — was carried out twice by Democratic House majorities but was thwarted when Republicans in the Senate refused to convict him of high crimes and misdemeanors.

And forget anyone in Trump's handpicked second-term team of uber-loyalists imposing restraint. In a more-than-three-hour Cabinet meeting Tuesday, his subordinates took turns to layer extravagant praise on the president.

Trump's sense of his own omnipotence, impunity, vengeance and ambition grows by the day.

"Any person who defies him is viewed not as an intellectual adversary but as a vicious opponent," Ty Cobb, who served for a time as a White House lawyer in Trump's first term, told CNN's Erin Burnett. "Anything that he can do to wreak vengeance, obviously, makes him very happy, just like expanding his power, makes him very happy."

Cobb added, "I think this is something that Americans need to look at seriously because this cannot be what people in the country voted for in terms of honor, virtue and the rule of law."

But nothing will stop Trump aiming very high — and pushing and pushing and pushing.

## Up next

 Trump readies crushing autumn power plays as Democrats search for direction
7 MIN READ

 Trump's new 'dictator' comment betrays his trick for expanding his power
4 MIN READ

 This one word captures the most important division among Democrats
11 MIN READ

 Tracking Trump's retaliation
16 MIN READ

## Most read

1    A grieving family cares for a tiny baby girl, delivered after her 17-year-old mother was shot in a road rage incident

2    11-year-old fatally shot after 'ding dong ditching' in Houston, police say

**3**   Trump raises fresh questions about Covid-19 vaccines that he says have 'ripped apart'
CDC

---

Search CNN...

Subscribe

**Sign in**

Live TV

Listen

Watch

US

World

Politics

Business

Markets

Health

CNN Underscored

Entertainment

Tech

Style

Travel

Sports

Science

Climate

Weather

Ukraine-Russia War

Israel-Hamas War

Watch

Listen

Games

Labor Day Sales

About CNN



**FOLLOW CNN POLITICS**

Terms of Use     Privacy Policy     Do Not Sell Or Share My Personal Information     Ad Choices     Accessibility & CC     About

Subscribe     Newsletters     Transcripts     Help Center

© 2025 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

EXHIBIT 14





**AUGUST 2025**

# The Effects of Recent Federal Immigration Enforcement on California's Private Sector Employment

## SUMMARY

The UC Merced Community and Labor Center analyzed Current Population Survey data for the periods before and following escalations in federal immigration enforcement actions in California. The center examined changes in the number of workers in California and the rest of the US, for the weeks of May 11, June 8 and July 6, 2025, and found that persons reporting private sector work in California decreased by 4.9%—with citizens forming a greater share of the decrease. The state's downturn in work is comparable with the Great Recession and the COVID-19 pandemic, and has profound implications for policymaking.

## KEY FINDINGS

Findings indicate federal immigration enforcement actions have had a disruptive effect on California's economy. Fewer Californians reported private sector work during the week of escalated enforcement actions on June 8 than on the preceding reference week of May 11, 2025—and even fewer reported work the week of July 6. The May-July decline was greater for citizens (414,832) than noncitizens (327,659), though rates of decline were highest among noncitizens. In contrast, in the rest of the US, the number of citizen workers slightly increased while noncitizen workers remained almost the same.

## BACKGROUND

The second Trump presidential administration has been marked by escalated immigration enforcement actions, with profound implications for civil rights and the American economy. In September 2024, while on the campaign trail, Trump claimed that if elected "We're going to have the largest deportation [initiative] in the history of our country" (Alvarez 2024). On January 7, 2025—one day after Trump's election was certified by the US Congress—the US Customs and Border Patrol initiated "Operation Return to Sender," arresting seventy-eight people at worksite raids in Kern County, of which only one had a criminal record (Olmos and Fry 2025).

Operation Return to Sender drew a complaint from the ACLU (with the United Farm Workers of America as a plaintiff) requesting a court order to prevent unconstitutional targeting of farmworkers and day laborers on the basis of race (ACLU Southern California 2025a). Nonetheless, by April 30, President Trump was on track to deport half a million persons in 2025—merely half of the Trump administration's stated goal, and substantially fewer than the 685,000 that President Biden had deported in the final year of his presidency (Chishti and Bush-Joseph 2025).

In response to pressure to increase immigrant deportations, on June 6, 2025, the federal administration escalated enforcement by ordering US Immigration and Customs Enforcement (ICE) officers to carry out indiscriminate workplace raids and arrests in Los Angeles (Hesson and Cooke 2025). The raids were immediately met by largely peaceful protests, though subsequently on June 7 President Trump ordered the deployment of 2,000 National Guard troops to quell the protests (Hernandez and Futterman 2025). As a result of the enforcement actions, many noncitizens avoided work, school, and other public spaces, leading to declines in consumption, business, work and employment (Wick 2025). By July 11, a federal judge granted a temporary restraining order (TRO) against the federal government's use of racial profiling or "roving patrols" to target immigrants (Fry and Olmos 2025). Yet, after agents used a rental truck for an immigration raid in Los Angeles, questions remain about compliance with the order (Solis et al. 2025).

This brief offers an examination of the effects of ongoing immigration enforcement actions on the economy, in June and July 2025 in California—the state with the nation's largest immigrant population and one which has been the site of major public displays of immigration enforcement. Because the federal administration's efforts to enact the nation's largest-ever deportation campaign has been met with questions about its impact on the economy, we examine the impact that recent enforcement efforts appear to have had in California. We ask, "Since escalated federal enforcement actions began on June 6, 2025, how has employment changed among citizen and noncitizen workers in California and the rest of the US?"

## DATA AND METHODS

This brief utilizes the US Census Bureau-Current Population Survey (CPS) Basic Monthly survey. The CPS Basic Monthly is a representative survey with responses from roughly 40,000 American households, of which roughly one of thirteen are from California (United States Census Bureau 2024). The American Community Survey is the largest survey on American social and economic life but is not available until more than a year after data is gathered, while the CPS Basic Monthly is the largest dataset that provides insight into the rapidly changing dynamics of work and employment among Californians, both US citizens and noncitizens.

We utilized the CPS Basic Monthly for May, June and July 2025. The CPS Basic Monthly is collected the week of the month on which the 19th falls and asks about the week of the 12th. In May 2025, the reference week was the week of May 11; in June, it was the week of June 8 (when escalated, immigration enforcement actions had just begun in Los Angeles), and in July it was the week starting July 6 (just before the announcement of the TRO on July 11).

Our analysis included those currently employed (PREMPNOT=1), who reported working one or more hours at one or more jobs (PEHRACTT>0). Since citizenship is generally a requirement for public sector employment, we expect the economic impact of immigration enforcement on noncitizen employment to be greatest in the private sector. In turn, our analysis of "workers" focused on private sector employment—including employment in the private, for-profit sector (PEIO1COW=4) and the private, non-profit sector (PEIO1COW=5)

**Table 1. Number of private sector workers, California and rest of the US**

|  | May | June | July | May-July Change | % Change |
|---|---|---|---|---|---|
| California | 15,220,150 | 14,755,180 | 14,477,658 | -742,492 | -4.9% |
| Rest of the US | 116,356,877 | 116,919,828 | 117,032,005 | 675,128 | 0.6% |

Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

**Table 2. Mean hours worked, California and rest of the US**

|  | May | June | July | May-July Change | % Change |
|---|---|---|---|---|---|
| California | 37.6 | 37.5 | 37.9 | 0.3 | 0.7% |
| Rest of the US | 38.2 | 38.1 | 38.0 | -0.3 | -0.7% |

Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

**Table 3. Number of private sector workers, by citizenship, California and rest of the US**

|  |  | May | June | July | May-July Change | % Change |
|---|---|---|---|---|---|---|
| California | Noncitizen | 2,668,903 | 2,475,475 | 2,341,244 | -327,659 | -12.3% |
|  | Citizen | 12,551,246 | 12,279,705 | 12,136,414 | -414,832 | -3.3% |
| Rest of the US | Noncitizen | 11,409,035 | 11,414,396 | 11,383,642 | -25,393 | -0.2% |
|  | Citizen | 104,947,842 | 105,505,433 | 105,648,363 | 700,522 | 0.7% |

Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

**Table 4. Number of private sector workers, by citizenship and sex, California and rest of the US**

|  |  |  | May | June | July | May-July Change | % Change |
|---|---|---|---|---|---|---|---|
| California | Noncitizen | Male | 1,720,419 | 1,608,809 | 1,494,235 | -226,184 | -13.1% |
|  |  | Female | 948,485 | 866,666 | 847,009 | -101,476 | -10.7% |
|  | Citizen | Male | 6,853,068 | 6,726,568 | 6,593,193 | -259,875 | -3.8% |
|  |  | Female | 5,698,178 | 5,553,137 | 5,543,221 | -154,957 | -2.7% |
| Rest of the US | Noncitizen | Male | 6,995,017 | 7,004,121 | 7,114,831 | 119,814 | 1.7% |
|  |  | Female | 4,414,018 | 4,410,275 | 4,268,811 | -145,207 | -3.3% |
|  | Citizen | Male | 55,988,063 | 56,528,751 | 56,520,355 | 532,292 | 1.0% |
|  |  | Female | 48,959,778 | 48,976,682 | 49,128,008 | 168,230 | 0.3% |

Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

—as well as self-employed workers, not incorporated (PEIO1COW=7), such as those not formally registering a business as a separate legal entity from their own labor. We analyzed these trends among workers in California (GESTFIPS=6), for citizens and noncitizens (PRCITSHP=5), and by sex (PESEX). We weighted data with the CPS' final weight (PWSSWGT/10,000).

## FINDINGS

*California's Declining Workers.* The US (outside of California) had an estimated 116,356,877 private sector workers the week of May 11, 2025, which slightly increased by 675,128 (or 0.6%) to 117,032,005 by the week of July 6 (see Table 1). In contrast, the number Californians reporting work declined over the same period. The week of May 11, California had 15,220,150 workers, but that figure declined by 464,970 (or -3.1%) the week of June 8 and by 742,492 (or -4.9%) by the week of July 6 (see Table 1).

*Californians' Hours Worked.* The average number of hours worked in the private sector remained nearly identical during the same period, however. In California, workers averaged 37.6 hours of work per week in May and 37.9 hours per week in July, an increase of 0.7% (see Table 2). In the rest of the US, workers averaged 38.2 hours of work per week in May and 38.0 hours per week in July, a decline of -0.7% (see Table 2).

*California's Declining Citizen and Noncitizen Workers.* California's decline in the number of private sector workers was greatest among noncitizens, although the number of citizens declined as well. California had an estimated 2,668,903 noncitizen workers in May, but only 2,341,244 by July, a decline of 327,659 workers (or -12.3%) (see Table 3).

Californian citizens reporting work declined from an estimated 12,551,246 to 12,136,414, a loss of 414,832 (or -3.3%), over the same period (see Table 3). As a whole, the estimated number of workers in the rest of the US outside of California changed very little; US noncitizen workers decreased by 25,393 (or 0.2%), while the number of US citizen workers changed from 104,947,842 to 105,648,363, an increase of 700,522 persons working (or 0.7%) (see Table 3).

*California's Declining Male and Female Workers.* California also saw declines in the number of male and female workers reporting private sector work, though the decline was slightly more pronounced among males. Between May and July 2025, California had more than one in eight fewer noncitizen males reporting work; noncitizen males working declined from 1,720,419 in May to 1,494,235 in July—a loss of 226,184, or -13.1% (see Table 4). Over the same period, the state had over one in ten fewer noncitizen females working, a decline from 948,485 to 847,009—a loss of -101,476, or -10.7% (see Table 4). In contrast, in the rest of the US, noncitizen male workers (1.7%) and male citizen workers (1.0%) experienced increases. Citizen female workers (0.3%) remained virtually consistent from the prior period, while noncitizen female workers (-3.3%) saw declines (see Table 4).

*California's Declining Latino, White, Black and Asian Workers.* Private sector work in California significantly decreased among the four major racial/ethnic groups. Between May and July 2025, the number of Californian Latinos reporting work decreased from 6,511,032 to 5,991,211, a change of -519,821, or -8.0% (see Figure 4). The number of whites in California reporting work decreased from 4,912,455 in May, to

**Figure 1. Change in number of private sector workers, California and rest of the US**



Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

**Figure 2. Change in number of private sector workers, by citizenship, California and rest of the US**



Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

**Figure 3. Change in number of private sector workers, by citizenship and sex, California and rest of the US**



Source: UC Merced Community and Labor Center analysis of US Census Bureau Current Population Survey Basic Monthly data, May-July 2025

**Figure 4. Change in number of private sector workers, by race, California only**



Source: UC Merced Community and Labor Center analysis of US Census Bureau Current Population Survey Basic Monthly data, May-July 2025

4,745,657 in July, a change of -166,798, or -3.4% (See Figure 4). Californian Asian workers decreased from 2,809,986 in May, to 2,664,565 in July, a change of -145,421, or -5.2% (See Figure 4). Californian Black workers also decreased from 675,256 in May to 637,736 in July, a change of -37,520, or -5.6% (see Figure 4).

## CONCLUSION

Our analysis of CPS data suggests that following the escalated immigration enforcement of the week of June 8, private sector work among Californians as a whole initially decreased by 3.1%, and then further declined to 4.9% (compared with the week of May 11) by the week of July 6. While citizens accounted for the greatest decline in private sector work, noncitizens had a higher rate of decline. In contrast, in the rest of the US, the number of citizen workers increased slightly. In sum, the federal administration's escalating immigration enforcement actions seem to have profoundly negative consequences for California's economy.

Taking into account the seasonality of hiring, only two historical cases can compare with the loss of work that has just occurred in California from May to July 2025: the Great Recession and the COVID-19 pandemic. Since 1983, when the CPS began to collect data on private sector and self-employed, not incorporated workers, only during the COVID-19 pandemic did the US experience a greater month-to-month decline in private sector work (a decline of 3.4% from February to March 2020, and a decline of 19.7% from March to April 2020).[1]

The second comparable historical case is that of the Great Recession, when the state's decline in private sector work was 2.9% in the first year of the downturn (December 2007 to December 2008), while the US' decline was 3.2% in the first year.

To put this in context, the recent escalation in immigration enforcement had a more immediate impact on California's economy than the Great Recession did for the US. The recent decline of 4.9% of fewer persons reporting private sector work occurred in *two months* compared to the US' 3.2% decline in private sector work during the Great Recession's first *year*.

We have reason to suspect that immigration enforcement will further escalate in California and the rest of the US. First, California only experienced 8,460 ICE arrests from the beginning of Trump's second inauguration to June 26 (Jarvie and LeMee 2025). From the beginning of escalated federal actions in Los Angeles on June 6 to June 22, however, the US Department of Homeland Security reported 2,792 detentions of immigrants in Los Angeles alone (Wilner and Uranga 2025).

Some recent developments suggest that we might expect a reduction in the types of federal immigration enforcement actions associated with declines in Californians reporting private sector work. For example, a recent court order has prohibited ICE from

---

[1] Analysis (not shown) finds that in January 1996 the US had private sector decline in work of 3.6%, and in January 1991 it was 3.3%. These were the only other months with figures above 3%. However, they are statistically not different from the figures in this report given the typical margin of error of US (.1%) and California (.6%) CPS estimates in this range. In addition, the January 1991 and 1996 figures are not seasonally-adjusted. The month of January typically sheds the most jobs in any given year.

the tactics of racial profiling and denying access to counsel in immigration raids that were seen in Los Angeles the week of June 8 (ACLU Southern California 2025b). Nonetheless, Congress recently allocated an unprecedented $160 billion for immigration enforcement and deportation (PBS News Hour 2025). Meanwhile, neither federal legislators nor the Supreme Court have challenged the presidential administration's efforts to advance mass, indiscriminate immigration enforcement actions. As a result, efforts to protect or enhance immigrant workers' rights may require policy innovation on behalf of states, municipalities and employers.

Given that the Great Recession and COVID-19 pandemic are the most comparable examples of massive loss of work, state policymakers should consider how the current moment may require significant action on behalf of the state. In the cases of the Great Recession and the COVID-19 pandemic, lawmakers invested massive amounts of public resources for one-time stimulus or disaster relief spending. Similarly, policymakers might examine how to simultaneously protect those workers who must shelter in place during heightened immigration enforcement while infusing massive amounts of cash into the economy.

Los Angeles Mayor Karen Bass has recently announced a privately-funded plan to support undocumented immigrants affected by federal actions; similarly, state lawmakers might consider extending access (on a much wider scale) to the economic safety net to those affected by the recent federal actions. The state might, for example, create a state-funded unemployment benefit system for undocumented workers.

The recent workplace raids in California reveal how the state currently lacks an adequate economic safety net system for undocumented immigrant workers, and the downstream effects of escalated immigration enforcement on citizens' employment. Given the historic magnitude of the effects of recent federal actions on California's private sector employment, state lawmakers should begin planning and developing a major economic stimulus and disaster package—for all workers.

## REFERENCES

ACLU Southern California. 2025a. "United Farm Workers and Bakersfield Residents Sue Border Patrol for Unlawful Practices." Press Release. February 26, 2025. Accessed on July 13, 2025 from: https://www.aclusocal.org/en/press-releases/united-farm-workers-and-bakersfield-residents-sue-border-patrol-unlawful-practices

ACLU Southern California. 2025b. "Court Prohibits Federal Government from Racial Profiling, Denying Access to Counsel in Immigration Raids." Press Release. July 11, 2025. Accessed on July 13, 2025 from: https://www.aclusocal.org/en/press-releases/breaking-court-prohibits-federal-government-racial-profiling-denying-access-counsel

Alvarez, Alayna. 2024. "Trump pledges "largest deportation" in U.S. history, starting in Ohio and Colorado." Axios. September 13, 2024. Accessed on July 13, 2025 from: https://www.axios.com/2024/09/13/trump-deportation-immigrants-springfield-ohio-aurora-colorado

Chishti, Muzaffar and Kathleen Bush-Joseph. 2025. "In First 100 Days, Trump 2.0 Has Dramatically Reshaped the U.S. Immigration System, but Is Not Meeting Mass Deportation Aims." Policy Beat. Migration Policy Institute. Accessed on July 13, 2025 from: https://www.migrationpolicy.org/article/trump-2-immigration-first-100-days?eType=EmailBlastContent&eId=51cf34f0-7709-4662-a56e-c02c07c00fc0

Fry, Wendy and Sergio Olmos. 2025. "Trump administration asks Supreme Court to lift temporary ban on roving immigration stops in L.A." CalMatters. August 7, 2025. Accessed on August 11, 2025 from: https://calmatters.org/justice/2025/08/trump-appeals-ban-on-la-immigration-raids/

Goldberg, Noah. 2025. "L.A. will provide cash assistance to immigrants affected by raids." Los Angeles Times July 11, 2025. Accessed on July 13, 2025 from: https://www.latimes.com/california/story/2025-07-11/l-a-will-provide-cash-assistance-to-immigrants

Hernandez, Joe and Steve Futterman. 2025. "Protesters clash with law enforcement in Los Angeles as Trump sends National Guard." National Public Radio. June 8, 2025. Accessed on July 13, 2025 from: https://www.npr.org/2025/06/08/nx-s1-5426679/national-guard-california-immigration-protests

Hesson, Ted and Kristina Cooke. 2025. "ICE's tactics draw criticism as it triples daily arrest targets." Reuters June 10, 2025. Accessed on July 13, 2025 from: calmatters.org/economy/2025/04/b

Jarvie, Jenny and Gabrielle LaMarr LeMee. 2025. "Texas, Florida hit with far more ICE arrests than California. But that's not the whole story." Los Angeles Times August 10, 2025. Accessed on August 11, 2025 from: https://www.latimes.com/california/story/2025-08-10/california-was-center-stage-in-ice-raids-but-texas-and-florida-each-saw-more-immigration-arrests

Olmos, Sergio and Wendy Fry. 2025. "Border Patrol said it targeted known criminals in Kern County. But it had no record on 77 of 78 arrestees." CalMatters. June 27, 2025. Accessed on July 13, 2025 from: https://calmatters.org/economy/2025/04/border-patrol-records-kern-county/

PBS News Hour. 2025. "GOP gives ICE massive budget increase to expand Trump's deportation effort." July 8, 2025. Accessed on July 13, 2025 from: https://www.pbs.org/newshour/show/gop-gives-ice-massive-budget-increase-to-expand-trumps-deportation-effort

Solis, Nathan, Rachel Uranga, Brittny Mejia and David Zahniser. 2025. "Federal agents use Penske rental truck as 'Trojan Horse' to raid Los Angeles Home Depot." Los Angeles Times August 6, 2025. Accessed on August 11, 2025 from: https://www.latimes.com/california/story/2025-08-06/more-raids-home-depot-in-macarthur-park-raided

United States Census Bureau. 2024. "Methodology." June 4, 2024. Accessed on July 13, 2025 from: https://www.census.gov/programs-surveys/cps/technical-documentation/methodology.html

Wick, Julia. 2025. "'It reminded me of COVID': Mayor Bass decries economic effect of immigration raids on L.A." Los Angeles Times June 16, 2025. Accessed on July 13, 2025 from: https://www.latimes.com/california/story/2025-06-16/mayor-bass-decries-economic-impact-of-immigration-raids-on-l-a

Wilner, Michael and Rachel Uranga. 2025. "Federal arrests in L.A. approach 2,800 since raids began, DHS says." Los Angeles Times July 8, 2025. Accessed on July 13, 2025 from: https://www.latimes.com/politics/story/2025-07-08/federal-arrests-in-la-are-accelerating-homeland-security

**Research brief prepared by** Edward Orozco Flores, Quy Lam, Keila Luna and Todd Sorensen.

**Acknowledgements to** Ana Padilla for her comments on an earlier draft.

**MISSION STATEMENT**

The UC Merced Community and Labor Center conducts research and education on issues of community, labor and the environment, in the San Joaquin Valley and beyond.

# EXHIBIT 15

# Trump suggests using military against 'enemy from within' on Election Day

☰   **Politics**                                   Subscribe  **Sign in**

🕐 3 min read · Updated 3:17 PM EDT, Mon October 14, 2024

**Trump suggests military action against 'enemy from within' during Fox News interview**

02:27

**(CNN)** — Former President Donald Trump suggested using the military to handle what he called "the enemy from within" on Election Day, saying that he isn't worried about chaos from his supporters or foreign actors, but instead from "radical left lunatics."

"I think the bigger problem are the people from within. We have some very bad people. We have some sick people. Radical left lunatics," Trump said told Fox News' Maria Bartiromo in an interview on "Sunday Morning Futures."

"I think it should be very easily handled by, if necessary, by National Guard, or if really necessary, by the military, because they can't let that happen," he added.

The former president, whose supporters stormed the US Capitol on January 6, 2021, in an attempt to thwart Congress' certification of his 2020 election loss, downplayed any threat from his voters.

"No, I don't think — not from the side that votes for Trump," the former president said when Bartiromo asked whether he was expecting chaos on Election Day. When she alluded to the Justice Department arresting and charging an Afghan national for allegedly plotting a terrorist attack in the US on Election Day and cited the threat of "outside agitators" and undocumented immigrants, Trump pivoted to talking about political opponents on the left.

"I think the bigger problem is the enemy from within, not even the people that have come in and destroying our country, by the way, totally destroying our country, the towns, the villages, they're being inundated," he said, referring to immigrants whom Trump has repeatedly attacked with dehumanizing rhetoric.

Vice President Kamala Harris' campaign seized on Trump's comments, arguing that they should "alarm every American."

"Trump is suggesting that his fellow Americans are worse 'enemies' than foreign adversaries, and he is saying he would use the military against them," Ian Sams, a senior spokesperson and adviser for the campaign, said in a statement Sunday. "Taken with his vow to be a dictator on 'day one,' calls for the 'termination' of the Constitution, and plans to surround himself with sycophants who will give him unchecked, unprecedented power if he returns to office, this should alarm every American who cares about their freedom and security."

The former president has in the years since the January 6 insurrection denied any wrongdoing and looked to cast blame for the riot on others, including Democrats, in a barrage of false claims even as he faces federal and state charges for interfering in the 2020 election in Washington, DC, and Georgia, respectively. He has pleaded not guilty in those cases.

Trump has also been laying groundwork to question the integrity of the 2024 election. He's threatened, if he wins the White House again, prosecution and "long-term prison sentences" for election officials and political operatives, who he suggested could cheat. And he has routinely suggested he would weaponize the justice system to go after his political opponents if voters return him to the White House.

*CNN's Jack Forrest, Sam Fossum, Marshall Cohen, Daniel Dale and Kate Sullivan contributed to this report.*

## Up next

The thing Trump's generals feared about him could now be arriving 

5 minute read



## Tracking Trump's retaliation

16 minute read



## This one word captures the most important division among Democrats

11 minute read



## Trump readies crushing autumn power plays as Democrats search for direction

7 minute read



# Most read

**1** A grieving family cares for a tiny baby girl, delivered after her 17-year-old mother was shot in a road rage incident

**2** 11-year-old fatally shot after 'ding dong ditching' in Houston, police say

**3** Trump raises fresh questions about Covid-19 vaccines that he says have 'ripped apart' CDC

## ▎MORE FROM CNN



A grieving family cares for a tiny baby girl, delivered after her 17-year-old mother was ...



11-year-old fatally shot after 'ding dong ditching' in Houston, police say



Trump raises fresh questions about Covid-19 vaccines that he says have

that he says have
'ripped apart' CDC

## ▎NEWS & BUZZ

 A grieving family
cares for a tiny
baby girl, delivered
after her 17-year-
old mother was ...

 11-year-old fatally
shot after 'ding
dong ditching' in
Houston, police say

 Trump raises fresh
questions about
Covid-19 vaccines
that he says have
'ripped apart' CDC

Search CNN...

Subscribe

Sign in

Live TV

Listen

Watch

US

World

Politics

Business

Markets

Health

CNN Underscored

Entertainment

Tech

Style

Travel

Sports

Science

Climate

Weather

Ukraine-Russia War

Israel-Hamas War

Watch

Listen

Games

Labor Day Sales

About CNN

Politics

FOLLOW CNN POLITICS

  

© 2025 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

EXHIBIT 16

 INDEPENDENT

Support Now

Menu

NEWS | SPORTS | VOICES | CULTURE | LIFESTYLE | TRAVEL | CLIMATE | PREMIUM

News > World > Americas > US politics

# Trump says he plans to sue California over redistricting - but Texas is apparently OK

The president intends to challenge California's redistricting plan which state officials created in response to the Texas map-grab that Trump encouraged

**NOW STREAMING. ALWAYS FEARLESS.**

TRY 7 DAYS FREE

Josh Marcus in San Francisco  •  Monday 25 August 2025 21:30 BST  •  2 | Comments



Trump claims people are saying maybe the US would like a dictator

## Your support helps us to tell the story

Read more ⌄

SUPPORT NOW

Read more ⌄

President Donald Trump has threatened to sue the state of California over the redistricting plan it adopted last week, which Democratic lawmakers there said was a response to a similar plan in Texas, that the president called on his Republican allies to initiate.

"Well think I'm going to be filing a lawsuit pretty soon," Trump told reporters in the Oval Office on Monday. "And I think we're going to be very successful in it."

The president added the suit would come from the Department of Justice.

"BRING IT," California Governor Gavin Newsom, a frequent legal and political adversary of the president, wrote on X following the announcement.

A White House official declined to answer further questions about the nature of the lawsuit and directed inquiries to the Department of Justice.



The president encouraged Texas to redraw congressional maps because he was 'entitled' to more seats but plans to sue California over legislation it passed in response to Texas' plan *(AP)*

---

**RECOMMENDED**

> Trump says he and Secretary Hegseth want to take 'Department of Defense' back 80 years

> 'Fire with fire': The doomsday political scenarios after Texas and California launch their warheads over redistricting

> Gavin Newsom signs bill to redraw California districts in response to Texas effort to add five GOP seats

---

*The Independent* has contacted the Department of Justice for comment.

It is unclear under what basis the Trump administration plans to use to challenge the California map plan.

The California legislation asks voters to approve a new series of congressional maps in a November special election that could add as many as five Democratic seats to Congress.

Newsom described the bill as a way to counteract an effort to carve as many as five new GOP congressional seats in Texas which also passed last week.

"We're neutralizing what occurred and we're giving the American people a fair chance," Newsom said on Thursday. "Because when all things are equal and we're all playing by the same set of rules, there's no question the Republican party will be the minority party in the House of Representatives."



California is calling on voters to approve new congressional maps in November special election, a response to a Texas redistricting plan that could add five

The Texas plan, which does not require voter approval, came after Trump encouraged Republicans in the Lone Star state this summer to find him more seats, arguing he was "entitled" to them after his success in the 2024 election.

"Texas will be the biggest one," Trump said at the time. "And that'll be five."

Texas's effort has set off a national redistricting war, bucking the usual trend of drawing new maps once per decade after the Census.

**RECOMMENDED**

**Stephen King shares theory about how Donald Trump will be remembered in history**

**Trump responds to speculation about his health**

**My Men's Handbag Boutique is Closing - Clearance Sale is Live**
Sponsored | James Andrews

**California: Gov Will Cover Your Cost To Install Solar If You Live In These Zip Codes**
Sponsored | SunValue

Powered by Taboola

At least half a dozen states are threatening to redraw their maps, in an effort to wrest control of the House of Representatives, where Republicans hold a seven seat advantage, while four seats remain vacant.

Republicans ultimately have the potential to add more seats than Democrats, given it controls more state legislatures.

More about:   Donald Trump   California   Texas   Gavin Newsom   House of Representatives   Trump

**Join our commenting forum**

Join thought-provoking conversations, follow other Independent readers and see their replies

2 | Comments ↓

Promoted stories                                U.S. Privacy

**Wall Street Passed—Now This Crypto Bet Has Political Muscle Behind It**

This isn't a single-thread gamble. The plan is built on two profit engines.

Sponsored | BULLSEYEALERTS                                    [ Read More ]

**Cesar Millan Reveals What Honey Does to Your Aging Dog**

Is honey safe for senior dogs? Find out what pet experts think.

Sponsored | EXPERTS IN PET HEALTH                             [ Learn More ]

**San Francisco: Gov Will Give You Back Up To $30,000 Credit If You Install Solar In These Zips**

If you pay more than $99/month for power and own a home, you better read this.

Sponsored | ENERGY BILL CRUNCHER                              [ Click Here ]

**Heart Surgeon Begs Americans: Stop Drinking This Plant Based Milk**

Think plant milk is safe? This doctor's discovery will change your mind.

Sponsored | WELL BEING FOR ALL                                [ Learn More ]

**Top Urologist: Most Muscle Loss in Older Men Starts With This One Mistake**

Sponsored | PRIMENUTRITIONSECRETS

**Think Neuropathy Is From Vitamin B Deficiency? Think Again**

When The Burning, Tingling & Numbness Won't Stop
Sponsored | HEALTH INSIGHT JOURNAL

**New HELOC Program Lets You Keep Your Same Mortgage Rate While Getting Cash Fast**

Borrow without affecting your current mortgage interest rate.

Sponsored | LENDGO                                            [ Click Here ]

**Costco Shoppers Say This Fat-Burning Patch Triggers Weight Loss "Unlike Any Other"**

Shocking results without diets or lifestyle changes

Sponsored | HEALTH ADVICE TODAY

**US POLITICS**

Donald Trump set to make key change to future US elections

Newsom's trolling of Trump continues with post taking aim at president's health

## Simple Nail Fungus Treatment Shocks Experts from California - It's a Shoe!

Millions are affected – but hardly anyone knows the solution. Learn more now and act quickly.

Sponsored | BAREFOOT VITALITY

Learn More

## I went from Ozempic to Mounjaro with this unexpected side effect

The first time around, 59-year-old James Brown lost a stone and a half when he took medication that aids weight loss. This time, he tried what has been declared the 'king kong' of diet jabs and the results have been startlingly different...

Sponsored | PROMOTED BY INDEPENDENT PREMIUM

## Fed Just Quietly Took Control of Your Money

Sponsored | PRIORITY GOLD

Read More

## Maximize travel rewards and make every trip feel VIP

Make traveling feel more affordable and rewarding. See how a travel card could help you earn miles, enjoy perks and make every trip memorable.

Sponsored | INTUIT CREDIT KARMA

Learn More

**US POLITICS**

Cause of death revealed for US attorney who stepped down the day Trump was sworn in

Trump says he's awarding Rudy Giuliani the Presidential Medal of Freedom

## Warren Buffett, Elon Musk and other moguls all use the 5-hour rule. Here's what I learned from...

Thousands swear by the learning routing of the 5-Hour Rule. I gave it a go to see what all the fuss is about.

Sponsored | BLINKIST MAGAZINE

**NEWS**

Woody Allen praises Donald Trump's acting skills and would like to direct him again



**GET IN TOUCH**

Contact us

 

**OUR PRODUCTS**

Register

Newsletters

Donate

Today's Edition

Install our app

Archive

**OTHER PUBLICATIONS**

International editions

Independent en Español

Independent Arabia

Independent Turkish

Independent Persian

Independent Urdu

The Standard

**LEGAL**

Code of conduct and complaints

Contributors

Cookie policy

Donations Terms & Conditions

Privacy policy

Do Not Sell or Share My Information

User policies

Modern Slavery Statement

**EXTRAS**

Puzzles

All topics

Betting offers

Latest deals

Competitions and offers

Independent Advertising

Independent Ignite

Syndication

Working at The Independent



# Trump says he plans to sue California over redistricting – but Texas is apparently OK

### The president intends to challenge California's redistricting plan which state officials created in response to the Texas map-grab that Trump encouraged

**Your support helps us to tell the story**
Support Now


From reproductive rights to climate change to Big Tech, The Independent is on the ground when the story is developing. Whether it's investigating the financials of Elon Musk's pro-Trump PAC or producing our latest documentary, 'The A Word', which shines a light on the American women fighting for reproductive rights, we know how important it is to parse out the facts from the messaging.

At such a critical moment in US history, we need reporters on the ground. Your donation allows us to keep sending journalists to speak to both sides of the story.

The Independent is trusted by Americans across the entire political spectrum. And unlike many other quality news outlets, we choose not to lock Americans out of our reporting and analysis with paywalls. We believe quality journalism should be available to everyone, paid for by those who can afford it.
**Your support makes all the difference.**

President Donald Trump has threatened to sue the state of California over the redistricting plan it adopted last week, which Democratic lawmakers there said was a response to a similar plan in Texas, that the president called on his Republican allies to initiate.

"Well think I'm going to be filing a lawsuit pretty soon," Trump told reporters in the Oval Office on Monday. "And I think we're going to be very successful in it."

The president added the suit would come from the Department of Justice.

"BRING IT," California Governor Gavin Newsom, a frequent legal and political adversary of the president, wrote on X following the announcement.

A White House official declined to answer further questions about the nature of the lawsuit and directed inquiries to the Department of Justice.



The president encouraged Texas to redraw congressional maps because he was 'entitled' to more seats but plans to sue California over legislation it passed in response to Texas' plan (AP)

*The Independent* has contacted the Department of Justice for comment.

It is unclear under what basis the Trump administration plans to use to challenge the California map plan.

The California legislation asks voters to approve a new series of congressional maps in a November special election that could add as many as five Democratic seats to Congress.

Newsom described the bill as a way to counteract an effort to carve as many as five new GOP congressional seats in Texas which also passed last week.

"We're neutralizing what occurred and we're giving the American people a fair chance," Newsom said on Thursday. "Because when all things are equal and we're all playing by the same set of rules, there's no question the Republican party will be the minority party in the House of Representatives."



*California is calling on voters to approve new congressional maps in November special election, a response to a Texas redistricting plan that could add five GOP seats to Congress (Getty Images)*

The Texas plan, which does not require voter approval, came after Trump encouraged Republicans in the Lone Star state this summer to find him more seats, arguing he was "entitled" to them after his success in the 2024 election.

"Texas will be the biggest one," Trump said at the time. "And that'll be five."

Texas's effort has set off a national redistricting war, bucking the usual trend of drawing new maps once per decade after the Census.

At least half a dozen states are threatening to redraw their maps, in an effort to wrest control of the House of Representatives, where Republicans hold a seven seat advantage, while four seats remain vacant.

Republicans ultimately have the potential to add more seats than Democrats, given it controls more state legislatures.

EXHIBIT 17

## Los Angeles Times

CALIFORNIA

# Veterans' advocates warn of low morale amid L.A. deployment: 'This is not what we signed up for'



U.S. Marines watch from inside the Federal Building in downtown Los Angeles while demonstrators participate in the Interfaith Prayer Walk for Family Unity in downtown Los Angeles this month.  (Genaro Molina/Los Angeles Times)

 

**By Hailey Branson-Potts and Phi Do**

June 24, 2025 3 AM PT

Ever since President Trump seized control of the California National Guard and deployed thousands of troops to Los Angeles, calls from distressed service members and their families have been pouring in to the GI Rights Hotline.

Some National Guard troops and their loved ones have called to say they were agonizing over the legality of the deployment, which is being litigated in federal court, according to Steve Woolford, a resource counselor for the hotline, which provides confidential counseling for service members.

Others phoned in to say the Guard should play no part in federal immigration raids and that they worried about immigrant family members who might get swept up.

"They don't want to deport their uncle or their wife or their brother-in-law," Woolford said. "Some of the language people have used is: 'I joined to defend my country, and that's really important to me — but No. 1 is family, and this is actually a threat to my family.'"

Although active-duty soldiers are largely restricted from publicly commenting on their orders, veterans' advocates who are in direct contact with troops and their families say they are deeply concerned about the morale of the roughly 4,100 National Guard members and 700 U.S. Marines deployed to Los Angeles amid protests against immigration raids.

In interviews with The Times, spokespeople for six veterans' advocacy organizations said many troops were troubled by the assignment, which they viewed as overtly political and as pitting them against fellow Americans.

Advocates also said they worry about the domestic deployment's potential effects on military retention and recruitment, which recently rebounded after several years in which various branches failed to meet recruiting goals.

"What we're hearing from our families is: 'This is not what we signed up for,' " said Brandi Jones, organizing director for the Secure Families Initiative, a nonprofit that advocates for military spouses, children and veterans. "Our families are very concerned about morale."



Horse riders make their way past U.S. Marines near the Paramount Home Depot during the Human Rights Unity Ride on Sunday.  (Carlin Stiehl/Los Angeles Times)

Janessa Goldbeck, a U.S. Marine Corps veteran and chief executive of the nonprofit Vet Voice Foundation, said that, among the former Marine Corps colleagues she has spoken to in recent weeks, "There's been a universal expression of, 'This is an unnecessary deployment given the operational situation.'"

"The fact that the LAPD and local elected officials repeatedly said deploying the National Guard and active -duty Marines would be escalatory or inflammatory and the

president of the United States chose to ignore that and deploy them anyway puts the young men and women in uniform in an unnecessarily political position," she said.

She added that the "young men and women who raised their right hand to serve their country" did "not sign up to police their own neighbors."

Trump has repeatedly said Los Angeles would be "burning to the ground" if he had not sent troops to help quell the protests.

"We saved Los Angeles by having the military go in," Trump told reporters last week. "And the second night was much better. The third night was nothing much. And the fourth night, nobody bothered even coming."

The troops in Los Angeles do not have the authority to arrest protesters and were deployed only to defend federal functions, property and personnel, according to the military's U.S. Northern Command.

Task Force 51, the military's designation of the Los Angeles forces, said in an email Saturday that "while we cannot speak for the individual experience of each service member, the general assessment of morale by leadership is positive."

The personnel's "quality of life," the statement continued, is "addressed through the continued improvement of living facilities, balanced work-rest cycles, and access to chaplains, licensed clinical social workers, and behavioral health experts."



U.S. Marines guard the Federal Building at the corner of Veteran Avenue and Wilshire Boulevard in Los Angeles. (Genaro Molina/Los Angeles Times)

It is unclear whether the National Guard troops, federalized under Title 10 of the United States Code, had been paid as of this weekend. Task Force 51 told The Times on Saturday that the soldiers who received 60-day activation orders on June 7 "will start receiving pay by end of the month" and that "those that have financial concerns have access to resources such as Army Emergency Relief," a nonprofit charitable organization.

U.S. Rep. Derek Tran (D-Orange), an Army veteran and member of the House Armed Services Committee, said he has asked Defense Secretary Pete Hegseth "for his plan to manage the logistics of this military activation, but he has failed to provide me with any clear answers."

Tran said in a statement to The Times that "the pattern of disrespect this Administration has shown our Veterans and active-duty military personnel is disgraceful, and I absolutely think it will negatively impact our ability to attract and retain the troops that keep America's military capacity the envy of the world."

Diana Crofts-Pelayo, a spokeswoman for Gov. Gavin Newsom, said in an email that the governor is "worried how this mission will impact the physical and emotional well-being of the soldiers deployed unnecessarily to Los Angeles."

On June 9, Newsom posted photos on X depicting National Guard soldiers crowded together, sleeping on concrete floors and what appeared to be a loading dock. Newsom wrote that the president sent troops "without fuel, food, water or a place to sleep."

Task Force 51 told The Times that the soldiers in the photos "were not actively on mission, so they were taking time to rest." At the time, the statement continued, "it was deemed too dangerous for them to travel to better accommodations."

Since then, according to Task Force 51, the military has contracted "for sleeping tents, latrines, showers, hand-washing stations, hot meals for breakfast, dinner and a late-night meal, and full laundry service."

"Most of the contracts have been fulfilled at this time," the military said.

Abigail Jackson, a White House spokeswoman, said in a statement to The Times that Newsom "should apologize for using out-of-context photos of National Guardsmen to try and make a political argument."

"Under President Trump's leadership military morale is sky high because our troops know they finally have a patriotic Commander-In-Chief who will always have their backs," Jackson wrote.

Troops have been posted outside federal buildings in an increasingly quiet downtown Civic Center — a few square blocks within the 500-square-mile city.

Their interactions with the public are far different from those earlier this year, when Newsom deployed the National Guard to L.A. County to help with wildfire recovery efforts after the Eaton and Palisades fires.

At burn zone check points, National Guard members were often spotted chatting with locals, some of whom brought food and water and thanked them for keeping looters away.

But downtown, soldiers have stood stone-faced behind riot shields as furious protesters have flipped them off, sworn at them and questioned their integrity.



Members of the California National Guard stand by as thousands participate in the "No Kings" protest demonstration in downtown Los Angeles on June 14. (Genaro Molina/Los Angeles Times)

During the boisterous "No Kings" protests on June 14, a woman held up a mirror to troops outside the downtown Federal Building with the words: "This is not your job. It's YOUR LEGACY." On a quiet Wednesday morning, a UCLA professor, standing solo outside the Federal Building, held up a sign to half a dozen Guard members reading: "It's Called the Constitution You F—ers."

James M. Branum, an attorney who works with the Military Law Task Force of the National Lawyers Guild, said that, in recent weeks, the task force has received two to three times more than the usual volume of referrals and direct calls. The upward trend began after Trump came into office, with people calling about the war in Gaza and increased military deployment to the U.S. southern border — but calls spiked after troops were sent to Los Angeles, he said.

"A lot of these folks joined because they want to fight who they see as the terrorists," Branum said. "They want to fight enemies of the United States … they never envisioned they would be deployed to the streets of the United States."

In his June 7 memo federalizing the National Guard, Trump called for their deployment in places where protests against federal immigration enforcement were occurring or "are likely to occur." The memo does not specify Los Angeles or California.

California officials have sued the president over the deployment, arguing in a federal complaint that the Trump administration's directives are "phrased in an ambiguous manner and suggest potential misuse of the federalized National Guard."

"Guardsmen across the country are on high alert, [thinking] that they could be pulled into this," said Goldbeck, with the Vet Voice Foundation.

Jones, with the Secure Families Initiative, said military families "are very nervous in this moment."

"They are so unprepared for what's happening, and they're very afraid to speak publicly," she said.

Jones said she had been communicating with the wife of one National Guard member who said she had recently suffered a stroke. The woman said her husband had been on Family and Medical Leave Act leave from his civilian job to care for her. The woman said his leave was not recognized by the military for the domestic assignment. He was deployed to Los Angeles, and she has been struggling to find a caregiver, Jones said.

Jones said her own husband, an active-duty Marine, deployed to Iraq in 2004 with the 2nd Battalion, 7th Marine Regiment based at Twentynine Palms — the same infantry unit now mustered in Los Angeles.

The unit was hard hit in Afghanistan in 2008, with at least 20 Marines killed and its high rate of suicide after that year's deployment highly publicized.

Jones said she was stunned to learn the battalion — nicknamed the War Dogs — was being deployed to Los Angeles.

"I said, 'Wait, it's 2/7 they're sending in? The War Dogs? Releasing them on Los Angeles?' It was nuts for me," Jones said. "To hear that unit affiliated with this — for my family that's been serving for two decades, it brings up a lot."

The Los Angeles deployment comes at a time of year when the California National Guard is often engaged in wildfire suppression operations — a coincidence that has raised concerns among some officials.

On June 18, Capt. Rasheedah Bilal was activated by the California National Guard and assigned to Sacramento, where she is backfilling in an operational role for Joint Task Force Rattlesnake, a National Guard firefighting unit that is now understaffed because roughly half its members are deployed to Los Angeles.

"That's a large amount to pull off that mission ... so you have to activate additional Guardsmen to cover on those missions," said Bilal, speaking in her capacity as executive director of the nonprofit National Guard Assn. of California.

National Guard members are primarily part-time soldiers, who hold civilian jobs or attend college until called into active duty. In California — a state prone to wildfires, earthquakes and floods — they get called into duty a lot, she said.

Many of the National Guard soldiers in downtown Los Angeles are the same ones who just finished a 120-day activation for wildfire recovery, she said.

"You have the state response to fire and then federal activation? It becomes a strain," Bilal said.

"They haven't complained," she added. "Soldiers vote with their feet. We're mostly quiet professionals and take a lot of pride in our job. [But] you can only squeeze so much of a lemon before it is dry. You can only pound on the California Guardsmen without it affecting things like retention and recruiting."

## More to Read

**From the L.A. Olympics to Oakland, California braces for Trump National Guard deployments**

Aug. 13, 2025



**More than 1,000 National Guard troops leaving L.A. Newsom says Trump's 'political theater backfired'**

July 31, 2025



**National Guard came to L.A. to fight unrest. Troops ended up fighting boredom**

July 17, 2025





**Hailey Branson-Potts**

Hailey Branson-Potts is a Metro reporter who joined the Los Angeles Times in 2011. She reports on a wide range of issues and people, with a special focus on communities along the coast. She grew up in the small town of Perry, Okla., and graduated from the University of Oklahoma.



**Phi Do**

Phi Do is a data journalist for the Los Angeles Times. Before joining The Times in 2018, she helped develop databases for Voice of OC and wrote for the Santa Barbara Independent and the Hollywood Reporter. She graduated from UC Santa Barbara where she created a new data journalism section at the student newspaper, the Daily Nexus. Tips can be sent to Signal: (213) 267-3953.

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

EXHIBIT 18

# Trump's National Guard Troops Are Questioning Their Mission in L.A.

Thousands of National Guard members have served in the L.A. region since last month. Six soldiers spoke in interviews about low morale over the deployment.

▶ **Listen to this article · 11:09 min**  Learn more

 **By Shawn Hubler**

July 16, 2025

When the California National Guard rolled into Los Angeles to respond to devastating wildfires in January, Southern Californians largely hailed the troops as heroes. Celebrities thanked them for their service in Pacific Palisades. Suburban homeowners competed to chat them up at traffic checkpoints in Altadena.

Seven months later, much of that good will is gone.

Protesters jeer the troops as they guard federal office buildings. Commuters curse the behemoth convoys clogging freeways. Family members grill members with questions about whether they really have to obey federal orders.

The level of public and private scorn appears to have taken a toll on the National Guard deployment to Los Angeles that President Trump announced last month, citing protests over immigration raids. Interviews with nearly two dozen people — including soldiers and officers as well as officials and civilians who have worked closely with the troops — show that many members of the Guard are questioning the mission. The deployment's initial orders to quell scattered protests have given way to legally disputed assignments backing up federal immigration agents.



"They gave Disneyland tickets to the people who worked in the wildfires," one soldier said. "Nobody's handing out Disneyland tickets now."

Six members of the Guard — including infantrymen, officers and two officials in leadership roles — spoke of low morale and deep concern that the deployment may hurt recruitment for the state-based military force for years to come. Those who were interviewed spoke on the condition of anonymity, because military orders bar Guard personnel from publicly discussing the federal deployment and they feared retribution for talking to the media.

All but one of the six expressed reservations about the deployment. Several said they had raised objections themselves or knew someone who objected, either because they did not want to be involved in immigration crackdowns or felt the Trump administration had put them on the streets for what they described as a "fake mission."

The New York Times reached out to a broad pool of soldiers seeking interviews about the deployment. While a small sample, the six soldiers' comments aligned with other signs of poor morale.

At least 105 members of the deployment sought counseling from behavioral health officers, and at least one company commander and one battalion commander who objected to the mission were reassigned to work unrelated to the mobilization, the Guard officers said. Some troops became so disgruntled that there were several reports of soldiers defecating in Humvees and showers at the Southern California base where the troops are stationed, prompting tightened bathroom security.

The California National Guard had 72 soldiers whose enlistment was set to expire during the deployment. Of those 72, at least two have now left the Guard and 55 others have indicated that they will not extend their service, according to the office of Gov. Gavin Newsom, who is fighting Mr. Trump's deployment in court. That number, if troops act on it, would amount to a 21 percent retention rate, far lower than the Guard's typical 60 percent rate, officials said.



President Trump deployed National Guard troops to Southern California starting on June 7.  Alex Welsh for The New York Times

"The moral injuries of this operation, I think, will be enduring," one of the two Guard officials said. "This is not what the military of our country was designed to do, at all."

> **Sign up for the Race/Related Newsletter**  Join a deep and provocative exploration of race, identity and society with New York Times journalists. Get it sent to your inbox.

The six soldiers are a fraction of the thousands of troops who have been deployed to Los Angeles. Many members of the Guard have had no trouble taking part in the operation and have voiced no personal conflicts or concerns. It's not uncommon for soldiers in Guard deployments to complain about their assignments, question the

reasons they were called up or seek counseling during deployments. Earlier this year, after National Guard soldiers were called in to keep order in the New York State prison system after corrections officers went on strike, some troops described feeling unprepared and took issue with not being provided pepper spray or other means of protecting themselves.

Officials with the military's Northern Command, which is overseeing the president's military response in California, said the deployment was more organized than the interviewed soldiers suggested. The officials declined to comment on the morale of the troops, their behavioral health, the reassignments or the deployment's impact on re-enlistment.

Mr. Trump began deploying thousands of troops on June 7 to Southern California, making the case that the state's Democratic leaders were failing to protect federal agents and property after immigration raids sparked protests. The president commandeered a total of 4,100 California National Guard members who ordinarily are controlled by Mr. Newsom, and dispatched an additional 700 Marines.

Since then, the military presence in California has been a flashpoint of debate, as armed soldiers have faced down protesters outside federal buildings and accompanied federal agents conducting raids in the Los Angeles region. Several operations have drawn intense backlash, including a show of force in MacArthur Park and an immigration raid on a cannabis farm in Ventura County where a fleeing farmworker fell from a greenhouse and later died.

The deployment has started scaling back. On July 1, the president agreed to release about 150 Guard troops in a specialized wildfire fighting unit, and on Tuesday, the Pentagon announced that 1,990 members of the Guard's 79th Infantry Brigade Combat Team will begin demobilization. It was unclear if the president would end the mission after 60 days, as his order initially suggested. The other half of the deployment — 1,892 members of the 49th Military Police Brigade — remains.

The six soldiers said that even though they are receiving higher pay and more benefits on a federal mission than they would under a state activation, they are eager to go home. The National Guard is ordinarily a part-time commitment, and

many members have been on almost continuous duty since Mr. Newsom summoned them after the fires to assist local authorities.

The new mission has put them at odds with communities and families, several soldiers said. Mr. Trump's immigration crackdown has spread fear and panic in Hispanic immigrant communities in the Los Angeles region. A majority of the California National Guard's 18,000 members are based in Southern California, and roughly 40 percent of them are of Hispanic heritage.



A California National Guard soldier guards a federal building in downtown Los Angeles.  Philip Cheung for The New York Times

Not all the Latino soldiers who spoke with The Times objected to the mission. One Hispanic commander from the Central Valley said that his grandparents came to the United States legally and that he felt no conflict. He noted, however, that National Guard soldiers must obey orders either way.

Other Latino soldiers have raised formal and informal objections.

In one incident that several soldiers said occurred early in the deployment, 60 troops were awaiting transport to planned immigration raids in Ventura County when a Latino soldier approached officers in charge of the mission. He told them that he strongly objected, and he offered to be arrested rather than take part in the operation. Eventually, they said, he was reassigned to administrative tasks. Officials at the military's Northern Command declined to comment about the incident.

Missions have come under intense scrutiny for potential constitutional violations. California authorities have challenged the legality of the deployment, citing a 19th-century law, the Posse Comitatus Act, which generally makes it illegal to use federal troops for law enforcement on domestic soil unless there is an insurrection.

Trump administration officials and Justice Department lawyers have argued that troops are "not engaged in law enforcement" but are merely protecting federal agents. Civil liberties groups have disputed that portrayal, pointing to the temporary detention of one man by Marines early in the deployment.

A federal judge has set a trial for August to determine whether the use of the National Guard and Marines has violated federal law.

Most troops have been stationed at the Joint Forces Training Base in Los Alamitos, a federally-owned facility operated by the California National Guard near Long Beach. The soldiers said breakfasts are hearty — eggs, hash browns, sausage, pancakes — and accommodations are comfortable. Despite efforts to keep them busy, however, they reported long stretches of downtime and frustration with missions that leaked or were canceled by the time lumbering convoys reached their destinations.

MacArthur Park was all but empty on July 7 when federal agents arrived to show that they could "go anywhere, anytime we want in Los Angeles," as one immigration official told Fox News. About 80 National Guard members who arrived for backup mostly stayed in their trucks.



A mix of U.S. Marines and National Guard soldiers guard a federal building in the Westwood neighborhood of Los Angeles last month.  Philip Cheung for The New York Times

On the base, soldiers said, they received riot training, reviewed battlefield maneuvers and drilled to leap from their cots and gear up at a moment's notice. But mostly, they said, they lounged in warehouse-sized tents, listening to music

and playing games on their cell phones. Only about 400 of the 3,882 deployed Guard members had actually been sent on assignments away from the base, Guard figures showed.

A spokeswoman for the Northern Command's U.S. Army North component said that the routine for service members "varies on a day-to-day basis." Many assignments on the base involve "practicing de-escalation and crowd control techniques and fulfilling annual training requirements, all while maintaining cycles of rest and recuperation," she added.

In Los Alamitos, a coastal suburb of about 12,000 people, the troops have crowded into a two-square-mile facility that is shared with other government agencies, which have balked at the encroachment. In emails obtained through a public records request, workers in a joint program to eradicate the Mediterranean fruit fly complained that troops shaving and brushing their teeth are crowding the bathrooms and that scientists are unsettled by nearby trucks full of explosives.

Soldiers meander down new walkways between a huge tent city and new semi-permanent buildings. "I've lived here 33 years and this is the first I've seen anything like this," the mayor of Los Alamitos, Shelley Hasselbrink, said. "We call it the circus — they look like big circus tents."

Two Democratic officials who were granted brief access to the base — Josh Fryday, a Navy veteran who leads community engagement for the governor's office, and Representative Derek Tran, an Army veteran who represents Los Alamitos — said the massive military presence, which has been projected to cost $134 million, seemed excessive and extreme.

"If they can do this here," Mr. Fryday said, "they can do it in any community."

**Shawn Hubler** is The Times's Los Angeles bureau chief, reporting on the news, trends and personalities of Southern California**.**

A version of this article appears in print on , Section A, Page 17 of the New York edition with the headline: Some National Guard Troops Deployed by Trump Question Mission