**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
BRENDAN HAMME
Deputy Attorneys General
 300 S. Spring St.
 Los Angeles, CA 90013
 Telephone: (213) 269-6598
 E-mail: Brendan.Hamme@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMEN T OF DEFENSE, <br><br> Defendants. | NO: 3:25-cv-04870-CRB <br><br> **DECLARATION OF CARLOS A. SINGER** |

1

# DECLARATION OF CARLOS A. SINGER

I, Carlos Singer, declare under penalty of perjury that the following is true and correct:

1.      I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      The Los Angeles Area Chamber of Commerce is a business association in the Los Angeles region that represents the interests of a broad spectrum of organizations across the private, non-profit, academic, and public sectors. The mission of the organization is to advance opportunities for a thriving regional economy that is inclusive and globally competitive. Our organization advocates for policies that enable businesses to locate, expand, and prosper in our five-county region. I serve as the Senior Vice President and Chief Policy Officer for the Chamber.

3.      Los Angeles is a powerful and dynamic region that is integral to the global economy and an international trade gateway. Harm to our businesses has great consequences not only for California, but also the United States and the global economy.

4.      On June 6 and 7, 2025, protests in response to immigration raids in our community began. Largely the protests were peaceful and only in isolated locations. Los Angeles is not unaccustomed to protests, and most businesses and economic activity continued.

5.      On June 7, President Trump deployed the National Guard in response to these protests and to support the administration's immigration enforcement actions. By escalating its tactics, the administration inflamed tensions in Los

Declaration of Carlos A. Singer

Angeles, harming community members, families, and small businesses throughout the region.

6.      The administration for months had already engaged in aggressive immigration enforcement actions in the Los Angeles region, but after the National Guard was deployed in June there were noticeable impacts on our community and businesses.

7.      The effects of the initial deployment of the National Guard in our region can still be felt today. The National Guard's presence brought a level of disruption in the city that is without precedent. Some of our businesses may never recover and several may be forced to close after the disruptive government actions downtown.

8.      After the deployment, many businesses are now experiencing increased staffing shortages, more so than prior to the deployment, and incurring additional costs, such as providing security, human resources, or supportive services for employees.

9.      The deployment has also impacted consumer activity in the region. Businesses are seeing a sharp decrease in customers, and areas that would typically be frequented by community members are vacant.

10.      The continued deployment of the National Guard under these circumstances into November of 2025 will continue to harm our community and our economy.

\\\

\\\

\\\

\\\

\\\

\\\

Declaration of Carlos A. Singer

11.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 28, 2025, at Los Angeles, California.

_____

Carlos A. Singer