**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
BRENDAN HAMME
Deputy Attorneys General
  300 S. Spring St.
  Los Angeles, CA 90013
  Telephone: (213) 269-6598
  E-mail: Brendan.Hamme@doj.ca.gov
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No: 3:25-cv-04870-CRB<br><br>**DECLARATION OF SEAN DURYEE** |

1

# DECLARATION OF SEAN DURYEE

I, Sean Duryee, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge and on my review of information and records gathered by California Highway Patrol (CHP) staff in the ordinary course of business. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am employed by the CHP as a law enforcement officer. I graduated from the CHP Academy in October of 1998 and have been continuously employed since that time as a member of the CHP. I have worked in three different field divisions including the Valley, Northern and Golden Gate Divisions. I have held the rank of officer, sergeant, lieutenant, captain, assistant chief, chief, assistant commissioner, and deputy commissioner. I currently serve as the Commissioner of the CHP.

3. As the Commissioner, I have command and responsibility of the CHP, the largest state law enforcement agency in the United States. I have held this position for 2 years and 6 months. I have served as a police officer in California for more than 26 years. I have extensive experience and training in mitigating civil unrest. I have held positions on Special Response Teams (SRT) as a supervisor, platoon leader, and commander. Throughout my career, I have deployed numerous times to civil unrest or violent protests.

4. During the June 2025 civil unrest in Los Angeles, I communicated regularly and coordinated with the Chief of the Los Angeles Police Department (LAPD) and the Sheriff of the Los Angeles Sheriff's Department (LASD) to ensure adequate law enforcement resources were deployed to restore order, enforce the law, and protect protestors' First Amendment rights. I was personally present at the protests in Los Angeles from the night of Sunday, June 8, 2025, to Wednesday, June 11, 2025. The protests in Los Angeles were not unlike other protests I have

experienced in California. Local and State law enforcement resources were sufficient to restore order, enforce the law, protect life and property, and allow Californians to exercise their Constitutional right to protest.

5. My prior June 19, 2025 declaration submitted to the Court in this matter describes the extensive response of CHP and local law enforcement agencies to the June 2025 Los Angeles-area protests, including their work to protect federal property and personnel. In particular, that declaration explains that over four thousand officers from LAPD, LASD, CHP, and neighboring local law enforcement agencies responded to protest-related incidents from June 6 to June 19, 2025, many of which were mobilized pursuant to California's Law Enforcement Mutual Aid System.

6. CHP resources dedicated to the June 2025 Los Angeles-area protests included Special Response Teams drawn from five different CHP Divisions around the state. The Special Response Teams are specially equipped and trained in crowd control techniques and have been responsible for CHP's response to unlawful protests. In addition to the annual training on managing civil disturbances that all CHP officers receive, all Special Response Team members are required to complete an initial Commission on Peace Officer Standards and Training certified 24-hour course. Each Division's Special Response Team also completes quarterly training on relevant topics. Further, Special Response Team members annually complete an additional 12-hour recertification course, which includes practical scenarios based on current events. Additionally, the Special Response Teams have Logistics Units that are responsible for booking arrestees, furnishing necessary supplies, and transport of arrestees. During the Los Angeles Protest Incidents, these Special Response Teams have been used as a rapid reaction force mobilizing quickly to hot spots as needed.

7. In addition to these Special Response Teams, CHP deployed numerous other specialized units to Los Angeles to help manage these incidents. These

Declaration of Sean Duryee

include commercial enforcement units providing logistics and supplies; canine units; air operations units, including airplanes and helicopters, that monitor and track crowd movements, and have the capability to track particular vehicles believed to have been involved in criminal activity; mounted units on horseback specially trained in crowd control techniques; and a detective unit that specializes in the investigation of felonious criminal activity, including identification and investigation of individuals who assault law enforcement officers.

8. CHP uniformed officers also provided security and traffic control on major freeways in the Los Angeles area. In particular, our officers were focused on preventing freeway incursions by protestors and other pedestrians. CHP also maintained a Mobile Field Force ready to respond to incidents on freeways in and around Los Angeles.

9. I am not aware of any large-scale, protest-related activities in the Los Angeles area since June 19, 2025, and therefore there have been no arrests resulting from such activities occurring after June 19. Additionally, I am unaware of any requests for assistance or mutual aid requests from local law enforcement agencies related to large-scale protest activities in the Los Angeles area during this time and I have not issued any protest-related targeted deployments of personnel in the Los Angeles area since June 19, 2025.

10. Since June 19, 2025, I have not received reports or notification of any significant protest-related violence or property destruction in or around Los Angeles. Based on my regular communication with the leadership of local law enforcement agencies, as well as my field executives in Southern California, if there were other such incidents I would expect to be aware of them.

11. CHP stands ready to respond to any future significant protest activities anywhere in California, including in the Los Angeles area, with all the resources previously described above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 28, 2025, in Sacramento, California.

_____
Sean Duryee, Commissioner,
California Highway Patrol