**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
BRENDAN HAMME
Deputy Attorneys General
  300 S. Spring St.
  Los Angeles, CA 90013
  Telephone: (213) 269-6598
  E-mail: Brendan.Hamme@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>                                        Plaintiffs,<br><br>   v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>                                        Defendants. | Case No: 3:25-cv-04870-CRB<br><br>**DECLARATION OF GERMAN HURTADO** |

## DECLARATION OF GERMAN HURTADO

I, German Hurtado, declare as follows under 28 U.S.C. § 1746:

1. I am over the age of 18 years and a U.S. citizen. I have personal knowledge of all facts stated except for those facts specifically stated to be based on information and belief. If called as a witness, I could and would testify competently to the matters set forth below.

2. I have been employed with the Los Angeles Police Department ("LAPD" or "Department") since July 6, 1998. I am the Commanding Officer of the Central Bureau and hold the rank of Deputy Chief. The Central Bureau covers a population of roughly 842,700 people, encompasses 65 square miles, and includes Downtown Los Angeles, Boyle Heights, Echo Park, Eagle Rock, Highland Park, Los Feliz, and MacArthur Park. The bureau borders Burbank, Glendale, Pasadena, South Pasadena, Alhambra, East Los Angeles, Vernon, and Huntington Park.

3. As a Deputy Chief, I am aware of and familiar with LAPD's various policies and practices, including those regarding First Amendment protests, unlawful assemblies, and crowd control. I also serve as the Department Immigration Affairs Liaison ("DIAL"). In my capacity as the DIAL, I am responsible for the oversight of LAPD's practices and policies regarding criminal immigration enforcement, joint operations and task forces with federal law enforcement agencies such as U.S. Immigration and Customs Enforcement ("ICE"), the transfer of arrestees to other agencies, and the sharing of criminal investigative and custodial information with other entities and the public. I am also familiar with local, state, and federal law involving the detention, arrest, transfer, and sharing of information with other law enforcement entities.

4. Before my service with the Department, I served as a sergeant in the United States Marine Corps. During that service, my assignments included Special Operations Training Group, and 1st Marine Division, Combat Engineer Battalion.

**LAPD's Public Safety Mission and Training in First Amendment Activities**

5. The mission of the LAPD is to safeguard the lives and property of the people it serves, to reduce the incidence and fear of crime, and to enhance public safety while working with the diverse communities of Los Angeles to improve their quality of life. The Department seeks to work in partnership with the people and organizations within the City to solve local problems that affect public safety.

6. In light of its status as the police department of the second largest city in the nation, LAPD has great familiarity in handling large-scale pre-planned demonstrations, protests, and events, which occur regularly and with great frequency city-wide. The history of peaceful protests and demonstrations in Los Angeles has allowed the Department to form relationships with frequent protest organizers in order to facilitate peaceful demonstrations.

7. The Department also has experience in dealing with spontaneous protests, such as the mass George Floyd protests that occurred in the City of Los Angeles ("City") and other major cities around the country in May and June, 2020. The Department learned many lessons during the ten days of those demonstrations and civil unrest, and has since trained its personnel on updated crowd management and crowd control techniques in order to facilitate peaceful protests and attempt to de-escalate tense, hostile and potentially violent situations.

8. The LAPD is a highly trained and professional department, accustomed to protests, adept at crowd control, and well versed in managing public safety, with long established protocols for requesting and receiving mutual aid and assistance from, and providing mutual aid and assistance to, other law enforcement agencies when the need arises. The LAPD regularly trains its officers to handle situations that require balancing individual rights of speech, expression, and assembly with the need to protect public safety, residents, and property.

9. In the last few years alone, the LAPD launched and implemented an initiative to protect Los Angeles by conducting quarterly and yearly exercises to

practice managing large-scale First Amendment assemblies. That initiative also includes engaging the public to help inform best practices, and to solicit feedback to better suit the community's stated needs. These measures, among many others, ensure not only that the LAPD can manage large assemblies, but also that the community feels comfortable placing its trust in the LAPD.

**Details of Recent Protest Activity**

10. On June 6, federal agents began a series of immigration enforcement actions both in the City and around the County of Los Angeles. As a result of these actions, a series of protests occurred, primarily focused on an area of approximately 10 blocks (less than a square mile) in Downtown Los Angeles. Los Angeles is a charter city that covers 469 square miles and is home to nearly four million people.

11. Since the national "No Kings" day protests on June 14, 2025, there have only been a few immigration-related protests around the City with often just a few dozen protestors at a time. These recent protest activities often originate in response to the ongoing federal immigration operations. The Department is well equipped to handle these protests and did so without mutual aid, the National Guard, or even the Department's own specialized crime suppression units.

12. Sending in the National Guard to provide support in local crowd control and protest situations is a decision the LAPD usually makes as a local law enforcement agency with incident command, our local law enforcement partners, and our state counterparts. Over the 27 years I have been with the Department, there have been just a few times where LAPD has requested that the State of California provide support from the National Guard under the Governor's control to perform discrete and limited tasks, for the limited purpose of freeing up local law enforcement personnel and resources to perform core policing and public safety functions.

13. Most recently, during the George Floyd demonstrations in May-June 2020, LAPD coordinated with the State of California to deploy the National Guard

to perform discrete tasks – such as securing critical infrastructure and protecting other fixed posts – which allowed LAPD to free up its officers and deploy them to facilitate demonstrations and undertake crowd control functions. To the best of my personal knowledge, and on information and belief, there has been no situation in the last 35 years where the National Guard or any other military unit has been deployed without a request from or advance notice to the LAPD.

14. Even when the National Guard is there in a cooperative function with LAPD, their presence can present challenges. For example, during the May-June 2020 demonstrations, the LAPD documented some of the difficulties in maintaining clear communications and unified command with the National Guard, including that their members were not familiar with the rules of engagement, the laws of arrest, or rules and policy regarding the use of force in policing and domestic law enforcement.

15. To minimize these challenges, it is important for local law enforcement to coordinate in advance any deployment by the National Guard, and to have the discretion to determine where, when, and in what capacity they should be deployed. When the National Guard remains under the Governor's control, well established lines of coordination with the Governor's Office facilitate communications, constitutional policing, and a unified command. These, in turn, reduce the likelihood of escalation, better protect lives and property, and provide a framework for the arrest and prosecution of criminals and restoration of public safety and order.

16. LAPD has seen firsthand that deploying the National Guard in coordination with the Governor's Office can be advantageous. For example, during the Palisades Fire recovery, approximately 155 National Guard personnel were deployed daily alongside the LAPD officers, Los Angeles Sheriff's Department deputies, and California Highway Patrol officers, working in concert to combat the devastating consequences of the worst natural disaster in Southern California's

history, the January 2025 wildfires. The National Guard staffed the Traffic Control Points leading into the area, had a liaison assigned to the incident for seamless communication, and followed the unified command for coordination.

17. Outside of the obvious differences in mission and overall purpose of the local law enforcement and our nation's military, the LAPD relentlessly trains its personnel on the tenets of constitutional policing, use of force, and crowd management and control, as well as historical perspective of the local communities and police relations. To ensure the adherence to Department policies, as well as state and federal laws, the LAPD officers' response to protests and demonstrations are guided by, among other documents and training, six directives on less-lethal use of force and options, two training bulletins covering crowd control and crowd management, as well as two tactical concepts documents. The LAPD personnel is versed on all of the aspects of the Incident Command System, a standardized approach that provides a common framework for command, control, and communication while managing emergency response, and regularly practices it with our local law enforcement and fire partners.

18. In the month of June, 2025, the Department: deployed a total of 10,196 personnel (counted in days of deployment, not individual officers); spent an estimated $27.8 million in total cost; and arrested or cited 556 people.

19. Since July 1, the Department has had to deploy far fewer resources in response to immigration-related protest activity, including in and around federal property, as large-scale protests have subsided.

>>>
>>>
>>>
>>>
>>>

20. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 29, 2025, at Los Angeles, California.

*[signature]*

Deputy Chief German Hurtado