**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
BRENDAN HAMME
Deputy Attorneys General
 300 S. Spring St.
 Los Angeles, CA 90013
 Telephone: (213) 269-6598
 E-mail: Brendan.Hamme@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No: 3:25-cv-04870-CRB<br><br><br>**DECLARATION OF OLIVER ALPUCHE** |

1

# DECLARATION OF OLIVER ALPUCHE

I, Oliver Alpuche, declare as follows:

1.  I am over the age of 18 years and a U.S. citizen.  I know the following facts based on my own personal knowledge.  If called as a witness, I could and would testify competently to the matters set forth below.

2.  I am a small business owner in Downtown Los Angeles.  I have operated two bars in DTLA over the last 10 years.

3.  I am also a property owner in Downtown Los Angeles.

4.  I am the founder and Executive Director of DTLA Proud, a LGBTQ+ non-profit organization based in and focused on Downtown Los Angeles. DTLA Proud organizes an annual event, the DTLA Proud Festival, to support and bring together the Downtown Los Angeles LGBTQ+ community.

5.  I am a board member of the Downtown Los Angeles Neighborhood Council.

6.  As a business owner and resident of Downtown Los Angeles, I am in regular communication with other business owners and residents in Downtown Los Angeles about issues that impact the business community and the economic environment in Downtown Los Angeles.

7.  I was personally present at the protests in Los Angeles on June 8, 2025.

8.  The protests in Los Angeles were not unlike other protests I have experienced as a resident of Downtown Los Angeles.

9.  The militarization of Los Angeles that began in June 2025 has had a significant negative impact on businesses in Downtown, including my own.

10. Since early June, there has continued to be a significant decline in economic activity in Downtown Los Angeles. Personally, there has been a 40% drop in my business since the militarization.

2

11. This has negatively affected my own small business. Where we would have up to 300 customers on a Saturday night, we now have 100 customers on a "good" Saturday night.

12. With the militarization of downtown and the subsequent portrayal of the neighborhood in the media it created a perception that Downtown is not safe.  Even a month after the curfew was lifted, people were still asking me if the bar was open again.

13. The DTLA Proud Festival has been an annual event for the last ten years, aside from 2020 due to the COVID-19 pandemic.

14. The 2025 DTLA Proud Festival was held on August 24, 2025.  It was hosted at Placita Olvera, a historic Latino area.  This year, there were approximately 2,000 fewer attendees than in prior years.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 31, 2025, in Los Angeles, California.

_____
Oliver Alpuche

Declaration of Oliver Alpuche