**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
BRENDAN HAMME
Deputy Attorneys General
 300 S. Spring St.
 Los Angeles, CA 90013
 Telephone: (213) 269-6598
 E-mail: Brendan.Hamme@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No: 3:25-cv-04870-CRB<br><br>**DECLARATION OF BRANDI JONES** |

1

**DECLARATION OF BRANDI JONES**

I, Brandi Jones, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge and on my review and receipt of information from those who serve in the U.S. military through my position as Co-Acting Executive Director of the Secure Families Initiative (SFI) in the ordinary course of business. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as Co-Acting Executive Director of SFI and advocate on behalf of military families. The SFI was established in 2020. We are a nonpartisan advocacy organization that empowers military spouses and family members to engage in political and civic life, particularly on issues of national security, foreign policy, and democracy. SFI mobilizes military partners, parents, and loved ones to vote, participate in advocacy, and voice their perspectives on national security and foreign policy issues that directly impact their lives.

3. As the Co-Acting Executive Director and Organizing Director, my duties include, but are not limited to: creating and implementing programs to cultivate community for military families to elevate military spouses and family members as uniquely qualified advocates for a diplomacy-first approach to foreign policy and to mobilize them as a powerful force in the democratic process. I share the stories and lived experience, along with education and policy recommendations for guidance in federal planning and program implementation. I meet with Congress, the Senate and key decisionmakers to inform the impacts policy has on the families of those who serve.

4. From 2009 to 2015, I served in the USMC Family Readiness Program and created programs to raise awareness of military family life in local schools and

with the Girl Scouts. In 2012, I launched a community initiative to honor and educate the public about the hidden sacrifices of military families.

5. From 2019 to 2025, while stationed at the Naval Postgraduate School in Monterey, California, I earned both my Bachelor's degree in Interdisciplinary Studies, a Master's degree in Education in Curriculum and Instruction from Liberty University, and a Human Resources Certification in Inclusion from Cornell University. During that time, I also taught transitional kindergarten at Monterey Bay Christian School in Seaside, California—nurturing young minds while navigating military life.

6. Since 2022, I have served as a volunteer with the Monterey County District Attorney's Office as a member of the Monterey County Multicultural Committee, ensuring that the policy impacts on military families are heard, represented, and addressed.

7. I became a Californian in 1985, when I moved to the state as the daughter of an active duty Marine from Ohio. I grew up on Marine Corps Air Ground Combat Center Twentynine Palms—MCAGCC. It was there, as a child, that I first learned the rhythms of military life: the long goodbyes, the quiet resilience, the strength required to hold it together when someone you love is gone for war.

8. Years later, I married an active duty Marine stationed on that same base. Between 2005 and 2007, we had both of our children while stationed at MCAGCC. I've now been an active-duty spouse for two decades—and I remain one to this day.

9. I've experienced the military from almost every angle: as a child, as a wife, as a mother, and now as an advocate.

10. I've endured two wartime deployments with my spouse—first with 2/7 Marines out of Twentynine Palms, the same unit later deployed to the streets of Los Angeles in 2025, and again with 8th Marines out of Camp Lejeune in 2009.

**Military Families**

11. The families of the United States Military are a reflection of America. Military families come from all 54 states and territories, and the District of Columbia. They come from rural areas, small and large towns, and cities. They have a variety of educational experiences and backgrounds. They include members from every ethnic group, religion, and sexual orientation. Nearly 50% of service members are Black, Indigenous, or a Person of Color; over 50% are under 30 years-old; and 92% of military spouses are women. I recognize there are many branches of military and for the purpose of this declaration I will refer to the families of those who serve as "military families."

12. Deployments are not business trips. They are goodbyes wrapped in uncertainty. And military service is not just a job—it is a calling that asks everything, from those who wear the uniform and from those who wait for them to return.

13. For every service member deployed, a family sacrifices in silence. The impact of those deployments does not stop at the streets of U.S. cities, the flight line or the battlefield—it reverberates through kitchen tables left empty, hospital beds occupied alone, and children who grow up knowing the flag before they know their parent's embrace.

**The Federalization's Impacts to Troop and Military Family Morale**

14. As a military spouse and long-time advocate for military families, I witnessed firsthand the alarm and concern within our community when the President and Secretary of Defense authorized the deployment of National Guard and active-duty Marines to the streets of Los Angeles. Military families recognized the gravity of this moment immediately.

15. We, military families, knew the implications—for our service members being ordered to act against civilians, for the morale and cohesion of the force, and for the wellbeing and safety of our own families. Military families are not

bystanders in these moments. We are stakeholders. We understand the real cost of military action. We carry it in our homes, in our bodies, and in our communities.

16. As a military spouse, I've lived through multiple deployments—overseas, during wartime, and now here at home. I understand what it looks like when our service members prepare to go into harm's way. I know the energy, the nervous laughter, the quiet focus. I've seen the range of emotions that surface before they board buses, vans, and aircraft.

17. But what I witnessed at Weapons Station Seal Beach on July 2nd 2025 was unlike anything I've seen before. On that day, I went to the base exchange to run a routine errand but what I saw stopped me cold. The Marines being staged for deployment into the streets of Los Angeles were everywhere—heavily armed, fully geared, and silent. I had never seen anything like that through my lifetime of living on military bases or through multiple deployments. Their presence was not the usual group dynamic I've come to know after two decades in this community. There was no joking, no camaraderie, no buzzing energy. Just silence.

18. Even in a familiar space like the PX (a store)—normally a casual place where troops exhale, recharge, and connect—these Marines remained armed, quiet, and visibly strained. It was not normal. It was not what I have witnessed or expect of military morale before any deployment, foreign or domestic.

19. As Co-Acting Director of FSI, military families reach out to me and my colleagues for support. In this role, I have witnessed and heard about the negative impact to military families' morale as a result of the deployment to Los Angeles. For example, on approximately June 11, 2025, a military spouse reached out to SFI for support after she suffered a stroke—recovering alone because her partner was deployed to Los Angeles. Another military spouse reached out to SFI for support on June 12, 2025 after she had recently given birth and was without her partner because he was deployed on domestic soil. She shared that she was alone, suffering post-postpartum and had a small child to care for as well. Military families are

being torn apart by decisions made here at home. Those decisions are negatively impacting the morale of the military families supporting those deployed soldiers.

20. When our nation makes the decision to send our service members into harm's way, military families go too. Not on paper. Not in uniform. But in every other way that matters. We live the deployment from our kitchens, from hospital rooms, from elementary school parking lots, from empty beds in the middle of the night. And because of that, we ask to only be asked to do this when it is truly necessary—because the cost to our families is that great.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 2, 2025, in Twenty Nine Palms, California.

*Brandi Jones*
Brandi Jones