# CERTIFICATE OF SERVICE

Case Name:  Newsom v. Trump           No.   **3:25-cv-04870-CRB**

I hereby certify that on September 2, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
- **DECLARATION OF BRENDAN HAMME IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (with Exhibits 1-18)**
- **DECLARATION OF CARLOS A. SINGER**
- **DECLARATION OF SEAN DURYEE**
- **DECLARATION OF GERMAN HURTADO**
- **DECLARATION OF OLIVER ALPUCHE**
- **DECLARATION OF BRANDI JONES**
- **[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 2, 2025, at Los Angeles, California.

|  |  |
|---|---|
| Cristina Gutierrez | */s/ Cristina Gutierrez* |
| Declarant | Signature |