| | |
|---|---|
| 1 | **ROB BONTA**<br>Attorney General of California |
| 2 | MICHAEL L. NEWMAN<br>THOMAS S. PATTERSON |
| 3 | Senior Assistant Attorneys General<br>ANYA M. BINSACCA |
| 4 | MARISSA MALOUFF<br>JAMES E. STANLEY |
| 5 | Supervising Deputy Attorneys General<br>NICHOLAS ESPÍRITU |
| 6 | LUKE FREEDMAN<br>BARBARA HORNE-PETERSDORF |
| 7 | LORRAINE LOPEZ<br>KENDAL MICKLETHWAITE |
| 8 | JANE REILLEY<br>MEGAN RICHARDS |
| 9 | MEGHAN H. STRONG<br>BRENDAN HAMME |
| 10 | Deputy Attorneys General<br> 300 S. Spring St. |
| 11 |  Los Angeles, CA 90013<br> Telephone: (213) 269-6598 |
| 12 |  E-mail: Brendan.Hamme@doj.ca.gov |
| | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **GAVIN NEWSOM,** IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; **STATE OF CALIFORNIA,** | | NO. 3:25-cv-04870-CRB |
| Plaintiffs, | | **PLAINTIFFS' MOTION TO SHORTEN TIME ON PLAINTIFFS' SEPTEMBER 2, 2025 MOTION FOR PRELIMINARY INJUNCTION** |
| v. | | |
| **DONALD TRUMP,** IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; **PETE HEGSETH,** IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; **U.S. DEPARTMENT OF DEFENSE,** | | Judge:        Hon. Charles R. Breyer<br>Trial Date:  Not set<br>Action Filed: June 9, 2025 |
| Defendants. | | |

# NOTICE OF MOTION AND MOTION TO SHORTEN TIME

Pursuant to Civil Local Rules 6-1(b) and 6-3, Plaintiffs hereby move to shorten the time for the briefing of, and hearing on, Plaintiffs' Motion for Preliminary Injunction filed on September 2, 2025 ("PI Motion"). This motion is based on this notice of motion and motion, the declaration of counsel for Plaintiffs, and the pleadings and papers filed in this matter.

On September 2, 2025, Plaintiffs filed their PI Motion, seeking an order to enjoin Defendants from implementing an August 5, 2025 order federalizing and deploying 300 members of California's National Guard for ninety days and to return control of the California National Guard to Governor Newsom. At present, the PI Motion is noticed for the Court's first available civil law and motion date, October 10, 2025. Pursuant to Local Rules 7-2(a) and 7-3(a)-(b), the PI Motion notices the following schedule: Defendants' opposition is due September 16, 2025; Plaintiffs' reply is due September 23, 2025; and a motion hearing is on October 10, 2025.

As set forth in the PI Motion, Plaintiffs move for injunctive relief on the basis that Defendants' August 5, 2025 order is without legal and factual justification and causes irreparable harm to Plaintiffs each day Defendants' actions continue. Additionally, because the deployment continues through early voting and California's Statewide Special Election on November 4, 2025, Plaintiffs seek to expedite the briefing of, and hearing on, the PI Motion to obtain an order enjoining Defendants' conduct before it interferes with Plaintiffs' interests in protecting the right of its residents to vote. Hamme Decl., ¶ 6; Ex. 10 to PI Mot. If the hearing date is not advanced, the deployment will continue unabated when ballot drop-off locations open on October 7, 2025. (*Id.*)

Accordingly, Plaintiffs respectfully request that the Court issue an order setting the following expedited briefing and hearing schedule on the PI Motion:

1. Defendants' opposition due on or before: **September 9, 2025;**
2. Plaintiffs' reply due on or before: **September 15, 2025;**
3. Oral argument on the PI Motion to be heard: **September 17, 2025 or as soon as the Court is able.**

The parties met and conferred by e-mail on August 29, 2025, but were unable to agree to

1  an expedited briefing and hearing schedule for the PI Motion.  Hamme Decl. ¶ 7.  On September

2  2, 2025, Defendants provided the following statement in opposition to the instant motion:

3       "Defendants oppose the request for expedition, which would cut Defendants' response

4  time in half. Plaintiffs have delayed in filing their motion, taking four weeks to prepare their brief

5  challenging the August 5 order and would leave Defendants with only one week to respond to a

6  motion that exceeds the default page limits. The default timing rules for a response to a motion

7  for a preliminary injunction should apply."

8

9  Dated: September 2, 2025                    Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
Deputy Attorneys General

*/s/ Brendan Hamme*

BRENDAN HAMME
Deputy Attorney General
  300 S. Spring St.
  Los Angeles, CA 90013
  Telephone: (213) 269-6598
  E-mail: Brendan.Hamme@doj.ca.gov

*Attorneys for Plaintiffs*