**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
BRENDAN HAMME
Deputy Attorneys General
  300 S. Spring St.
  Los Angeles, CA 90013
  Telephone: (213) 269-6598
  E-mail: Brendan.Hamme@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME ON PLAINTIFFS' SEPTEMBER 2, 2025 MOTION FOR PRELIMINARY INJUNCTION** |

1

**[PROPOSED] ORDER**

The Court, having considered Plaintiffs' Motion to Shorten Time on Plaintiffs' Motion for Preliminary Injunction and accompanying declaration of counsel, the Court finds there is good cause to shorten the time for the briefing of, and hearing on, Plaintiffs' September 2, 2025 Motion for Preliminary Injunction ("PI Motion").

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' opposition to Plaintiffs' PI Motion is due on or before September 9, 2025.
2. Plaintiffs' reply in support of their PI Motion is due on or before September 15, 2025.
3. This Court will hear oral argument on Plaintiffs' PI Motion at 10:00 a.m. on September 17, 2025.

Date: _____

_____
The Honorable Charles R. Breyer
United States District Judge