# CERTIFICATE OF SERVICE

Case Name:   Newsom v. Trump                    No.   **3:25-cv-04870-CRB**

I hereby certify that on <u>September 2, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **PLAINTIFFS' MOTION TO SHORTEN TIME ON PLAINTIFFS' SEPTEMBER 2, 2025 MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF BRENDAN HAMME IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME ON PLAINTIFFS' SEPTEMBER 2, 2025 MOTION FOR PRELIMINARY INJUNCTION**

- **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME ON PLAINTIFFS' SEPTEMBER 2, 2025 MOTION FOR PRELIMINARY INJUNCTION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 2, 2025</u>, at Los Angeles, California.

|  |  |
|:---:|:---:|
| Cristina Gutierrez | /s/ *Cristina Gutierrez* |
| Declarant | Signature |