1 | **ROB BONTA**
Attorney General of California
2 | MICHAEL L. NEWMAN
THOMAS S. PATTERSON
3 | Senior Assistant Attorneys General
ANYA M. BINSACCA
4 | MARISSA MALOUFF
JAMES E. STANLEY
5 | Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
6 | LUKE FREEDMAN
BARBARA HORNE-PETERSDORF
7 | LORRAINE LOPEZ
KENDAL MICKLETHWAITE
8 | JANE REILLEY
MEGAN RICHARDS
9 | MEGHAN H. STRONG
BRENDAN HAMME
10 | Deputy Attorneys General
 300 S. Spring St.
11 |  Los Angeles, CA 90013
 Telephone: (213) 269-6598
12 |  E-mail: Brendan.Hamme@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

---

**GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**

Plaintiffs,

v.

**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**

Defendants.

**NO. 3:25-cv-04870-CRB**

**STIPULATION AND PROPOSED ORDER TO INCREASE PAGE LIMITS**

Pursuant to Civil Local Rules 7-2, 7-3, and 7-12 and the Court's General Standing Order, and subject to the Court's approval, the parties stipulate as follows:

1

1    The parties have conferred regarding the page limits applicable to the parties' briefing on

2   Plaintiff's Motion for Preliminary Injunction, to be filed on September 2, 2025 ("PI Motion").

3   The parties stipulate that Plaintiffs' PI Motion will not exceed twenty (20) pages of substantive

4   text; Defendants' opposition to the PI Motion will not exceed twenty (20) pages of substantive

5   text; and Plaintiffs' reply in support of the PI Motion will not exceed fifteen (15) pages of

6   substantive text.

7

8   Dated: August 29, 2025

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
Deputy Attorneys General

*/s/ Brendan Hamme*
BRENDAN HAMME
Deputy Attorney General
  300 S. Spring St.
  Los Angeles, CA 90013
  Telephone: (213) 269-6598
  E-mail: Brendan.Hamme@doj.ca.gov
*Attorneys for Plaintiffs*

Dated: August 29, 2025

BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
JEAN LIN
Special Litigation Counsel
CHRISTOPHER D. EDELMAN
Senior Counsel

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JODY D. LOWENSTEIN
GARRY D. HARTLIEB
BENJAMIN S. KURLAND
Trial Attorneys

*/s/ Benjamin S. Kurland*
BENJAMIN S. KURLAND
Trial Attorney
U.S. Department of Justice Civil Division,
Federal Programs Branch
1100 L Street, NW Washington, DC
20005
Telephone: (202) 598-7755
E-mail: ben.kurland@usdoj.gov
*Counsel for Defendants*

STIPULATION AND PROPOSED ORDER TO INCREASE PAGE LIMITS

1

**SIGNATURE ATTESTATION**

2      Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this

3  document has been obtained from each of the other signatories.

4                                                                */s/ Brendan Hamme*_____
                                                               Brendan Hamme
5                                                              *Attorney for Plaintiffs*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO INCREASE PAGE LIMITS