# CERTIFICATE OF SERVICE

Case Name:   Newsom v. Trump            No.    **3:25-cv-04870-CRB**

I hereby certify that on September 2, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **STIPULATION AND PROPOSED ORDER TO INCREASE PAGE LIMITS**
- **[PROPOSED] ORDER TO INCREASE PAGE LIMITS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 2, 2025, at Los Angeles, California.

|    Cristina Gutierrez    |    /s/ *Cristina Gutierrez*    |
|----|----|
| Declarant | Signature |