IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al.,<br>    Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>    Defendants. | Case No. 25-cv-04870-CRB<br><br>**PARTIAL JUDGMENT** |

The Court, having heard evidence at a bench trial on the merits and issued findings of fact and conclusions of law pursuant to Federal Rule of Civil Procedure 52(a), hereby enters judgment for Plaintiffs and against Defendants on Plaintiffs' Posse Comitatus Act claims in accordance with the Court's September 2, 2025 order granting injunctive relief (dkt. 176). The Court determines that, because Plaintiffs' other claims are stayed while on interlocutory appeal before the Ninth Circuit, there is no just cause to delay entry of partial judgment on Plaintiffs' Posse Comitatus Act claims. See Fed. R. Civ. P. 54(b).[1]

**IT IS SO ORDERED.**

Dated: September 2, 2025

CHARLES R. BREYER
United States District Judge

---

[1] This entry of partial judgment amends the Court's prior entry of judgment, dkt. 182.