BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-7755
ben.kurland@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants*. | Case No. 3:25-cv-04870-CRB <br><br> **DECLARATION OF BENJAMIN S. KURLAND IN SUPPORT OF DEFENDANTS' RESPONSE BRIEF REGARDING JURISDICTION** |

I, Benjamin S. Kurland, declare, pursuant to 28 U.S.C. § 1746 and Local Rule 7-5, as follows:

1.      I am a member in good standing of the Bar of the District of Columbia.  I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action.  I am authorized to practice in this Court under Local Rule 11-2.  I make this declaration in support of Defendants' Response Brief Regarding Jurisdiction.

2.      I am over the age of 18.  The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

3.      On September 2, 2025, Plaintiffs moved for a preliminary injunction to: (1) enjoin the continued service of approximately 300 members of the California National Guard; and (2) return control of the California National Guard to Governor Newsom.  *See* ECF No. 183.

4.      On September 3, 2025, the Court ordered Defendants to file a response limited to the question of this Court's jurisdiction over Plaintiffs motion no later than noon on Friday, September 5, 2025.  ECF No. 188 at 1.

5.      Defendants are filing a responsive brief to the Court's order in conjunction with this filing.

6.      Attached herein as Exhibit A is a true and accurate copy of a memorandum signed by Secretary of Defense Pete Hegseth on August 15, 2025, entitled Force Structure for the Presidentially Directed Mission to Protect Federal Law Enforcement Personnel and Functions in California.

7.      Attached herein as Exhibit B is a true and accurate copy of letter signed by Secretary Pete Hegseth on August 15, 2025, addressed to Major General Matthew P. Beevers, Adjutant General of the California Military Department.

Declaration of Benjamin S. Kurland in support of Defendants' Response Brief Regarding Jurisdiction
3:25-cv-04870-CRB

1     8.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

2   is true and correct.

3   Dated: September 5, 2025                    Respectfully submitted,

4

5                                              Benjamin S. Kurland

# EXHIBIT A



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

AUG 1 5 2025

MEMORANDUM FOR COMMANDER, U.S. NORTHERN COMMAND

SUBJECT: Force Structure Decisions for the Presidentially Directed Mission to Protect Federal
Law Enforcement Personnel and Functions in California

    At the direction of the President, I called California National Guard units into Federal
service under 10 U.S.C. § 12406 to temporarily protect U.S. Immigration and Customs
Enforcement and other U.S. Government personnel who are performing Federal functions,
including the enforcement of Federal law, and to protect Federal property, at locations where
protests against these functions are occurring or are likely to occur based on current threat
assessments and planned operations.

    On July 30, 2025, at your recommendation and that of the Chairman of the Joint Chiefs
of Staff, General John D. Caine, I have decided to undertake the following actions:

- Release approximately 1,350 California National Guard personnel from Federal
  service.

- Approximately 260 California National Guardsmen will remain in Federal service for
  an additional 90 days, concluding on November 4, 2025.

    These actions are to be effective immediately. Those Service members still deployed to
Los Angeles and the surrounding counties will be expected to continue performing the Federal
protective mission.

    I appreciate the hard work of our Service members in the protection of our Nation and of
the rule of law.

cc:
CJCS
USD(P)
USD(P&R)
Chief, NGB

*[signature]*

THANKS
GAVIN!



OSD008249-25/CMD010596-25

**EXHIBIT B**



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

AUG 1 5 2025

Major General Matthew P. Beevers, USA
The Adjutant General of the California Military Department
Sacramento, CA  95827

Dear General Beavers:

I am writing to notify you that on July 30, 2025, the Secretary of Defense directed that approximately 1,350 of the remaining 1,638 California National Guard (CA NG) personnel now executing the Federal protective mission in Los Angeles be released from Federal service. Approximately 300 remaining CA NG personnel will remain in Federal service and continue to execute the Federal protective mission through November 4, 2025.

We appreciate your cooperation on this matter as we both seek to reduce the violence against Federal personnel in Los Angeles and the surrounding counties.

Sincerely,

cc:
The Honorable Gavin Newsom
  Governor of California

↑

Thanks!