BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND (DC Bar No. 1617521)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-8659
christopher.edelman@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants*. | Case No. 3:25-cv-04870-CRB <br><br> **DEFENDANTS' NOTICE REGARDING PLAINTIFFS' RESPONSE TO STAY ORDER AND REQUEST FOR SUMMARY JUDGMENT BRIEFING SCHEDULE** |

This afternoon, nearly two weeks after this Court stayed proceedings on Plaintiffs' motion for a preliminary injunction, ECF No. 192, Plaintiffs filed what they styled as a "response" to the Court's Order, asking the Court to set a highly expedited briefing schedule for partial summary judgment. In the alternative, Plaintiffs ask the Court to lift the stay on Plaintiffs' preliminary injunction motion and issue an indicative ruling under Federal Rule of Civil Procedure 62.1. And if the Court agrees to lift the stay, Plaintiffs further request that the Court set a similarly expedited schedule for yet another preliminary injunction motion. Plaintiffs did not confer with Defendants in any way before filing their "Response," which is effectively a motion, notwithstanding Plaintiffs' attempt to characterize it as a response to a court order that did not invite a response.

Absent further order from the Court, Defendants intend to respond to Plaintiffs' "Response" by Thursday, September 25 at 12 pm Pacific Time—a timetable that is particularly reasonable given Plaintiffs' near two-week delay in submitting the filing to which Defendants are responding. Defendants respectfully request that this Court take no action on Plaintiffs' latest filing until Defendants have had an opportunity to respond.

Dated: September 22, 2025                           Respectfully submitted,

                                                    BRETT A. SHUMATE
                                                    Assistant Attorney General
                                                    Civil Division

                                                    ERIC J. HAMILTON
                                                    Deputy Assistant Attorney General
                                                    Federal Programs Branch
                                                    (CA Bar No. 296283)

                                                    JEAN LIN
                                                    (NY Bar No. 4074530)
                                                    Special Litigation Counsel
                                                    Federal Programs Branch

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ *Christopher D. Edelman*
CHRISTOPHER D. EDELMAN
(DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-8659
Email: christopher.edelman@usdoj.gov

Counsel for Defendants