**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al., | |
| *Plaintiffs*, | Case No. 3:25-cv-04870-CRB |
| v. | **[Proposed] ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS** |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., | |
| *Defendants*. | |

Before the Court is Defendants' Motion to Stay Proceedings (the "Motion"). After reviewing the Motion and the full record thereto and good cause having been shown, it is hereby ordered that the Motion is GRANTED and all proceedings are STAYED pending resolution of all appellate proceedings concerning 10 U.S.C. § 12406.

IT IS SO ORDERED.

Dated:

_____
HON. CHARLES R. BREYER
United States District Judge