**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
Deputy Attorneys General
  455 Golden Gate Ave.
  San Francisco, CA 94102
  Telephone: (415) 510-3877
  E-mail: Meghan.Strong@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>                                   Plaintiffs,<br><br>           v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>                                   Defendants. | NO. 3:25-cv-04870-CRB<br><br>**NOTICE OF OPPOSITION TO MOTION TO STAY** |

1

1    On September 25, 2025, Defendants moved to stay all proceedings in this matter pending resolution of all appellate proceedings concerning 10 U.S.C. § 12406. ECF No. 197. Prior to filing their motion, Defendants requested Plaintiffs' position on their motion, and Plaintiffs provided their position statement, which Defendants included in their Notice of Motion. *Id.* Out of an abundance of caution, to ensure the Court is aware that Plaintiffs oppose the motion but do not currently intend to submit additional briefing beyond that already filed with the Court on these issues, Plaintiffs file this notice setting forth their position statement again in this separate filing. Plaintiffs respectfully submit that the Court may now rule on all issues currently pending before it—including Plaintiffs' request for an expedited summary judgment schedule or indicative ruling and Defendants' motion to stay.

**Plaintiffs' Position:** Plaintiffs oppose any motion by Defendants to stay all district court proceedings pending resolution of all appellate proceedings on the Section 12406 issues. For the reasons stated in Plaintiffs' motion for preliminary injunction, brief regarding jurisdiction, and response to the Court's stay order, the Court retains jurisdiction over any aspects of this case not involved in the appeal, including to rule on the merits of Plaintiffs' claims. Given the briefing already submitted on this issue, and for efficiency, Plaintiffs submit this position statement for inclusion in Defendants' filing [and re-submit it via this notice], in lieu of a separate response or opposition, but will of course file further briefing on the topic if the Court orders it.

Dated: October 2, 2025

Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
NICHOLAS ESPÍRITU
LUKE FREEDMAN
BRENDAN HAMME
BARBARA HORNE-PETERSDORF
LORRAINE LOPEZ
KENDAL MICKLETHWAITE
JANE REILLEY
MEGAN RICHARDS
MEGHAN H. STRONG
Deputy Attorneys General

*/s/ Meghan H. Strong*

MEGHAN H. STRONG
Deputy Attorney General
  455 Golden Gate Ave.
  San Francisco, CA 94102
  Telephone: (415) 510-3877
  E-mail: Meghan.Strong@doj.ca.gov

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

Case Name:   *Newsom v. Trump*              No.   **3:25-cv-04870-CRB**

I hereby certify that on <u>October 2, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF OPPOSITION TO MOTION TO STAY

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 2, 2025</u>, at San Francisco, California.

|  |  |
|---|---|
| M. Paredes | */s/ M. Paredes* |
| Declarant | Signature |

SF2025303707
44818515