BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND (DC Bar No. 1617521)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, <br><br> *Defendants*. | Case No. 3:25-cv-04870-CRB <br><br> **STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Pursuant to Local Rules 6-1(b), 6-2(a), and 7-12, defendants respectfully request a 21-day extension of their deadline to respond to plaintiffs' complaint, which is currently due on October 10, 2025, in light of the Department of Justice's lapse in appropriations. Defendants conferred with plaintiffs, and plaintiffs agreed to the relief requested herein.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department expired and the Department's appropriations lapsed. The Department does not know when Congress will restore such funding. Absent an appropriation, Department attorneys and employees are prohibited from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Defendants have moved to stay all proceedings in this matter pending resolution of all appellate proceedings concerning 10 U.S.C. § 12406. *See* ECF No. 197. Although that motion is fully briefed, *see* ECF No. 199, and remains pending before the Court, given the imminency of defendants' deadline to respond to plaintiffs' complaint, defendants respectfully request that the Court extend their response deadline until October 31, 2025. The requested extension would not unduly delay this matter or affect any other deadlines.

Defendants appreciate the Court's consideration. A proposed order is attached.

Dated: October 9, 2025    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
(CA Bar No. 296283)

ALEXANDER K. HAAS
Director, Federal Programs Branch
(CA Bar No. 220932)

JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel

/s/ Jody D. Lowenstein
CHRISTOPHER EDELMAN
(DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
JODY D. LOWNSTEIN
(MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Counsel for Defendants*