BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND (DC Bar No. 1617521)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** : ORDER |

1    Pursuant to Local Rules 6-1(b), 6-2(a), and 7-12, defendants respectfully request a 21-day

2  extension of their deadline to respond to plaintiffs' complaint, which is currently due on October

3  10, 2025, in light of the Department of Justice's lapse in appropriations. Defendants conferred with

4  plaintiffs, and plaintiffs agreed to the relief requested herein.

5    At the end of the day on September 30, 2025, the appropriations act that had been funding

6  the Department expired and the Department's appropriations lapsed. The Department does not

7  know when Congress will restore such funding. Absent an appropriation, Department attorneys

8  and employees are prohibited from working, even on a voluntary basis, except in limited

9  circumstances, including "emergencies involving the safety of human life or the protection of

10  property." 31 U.S.C. § 1342.

11    Defendants have moved to stay all proceedings in this matter pending resolution of all

12  appellate proceedings concerning 10 U.S.C. § 12406. *See* ECF No. 197. Although that motion is

13  fully briefed, *see* ECF No. 199, and remains pending before the Court, given the imminency of

14  defendants' deadline to respond to plaintiffs' complaint, defendants respectfully request that the

15  Court extend their response deadline until October 31, 2025. The requested extension would not

16  unduly delay this matter or affect any other deadlines.

17    Defendants appreciate the Court's consideration. A proposed order is attached.

18    Dated: October 9, 2025                Respectfully submitted,

19                                  BRETT A. SHUMATE
                                    Assistant Attorney General
20                                  Civil Division

21                                  ERIC J. HAMILTON
22                                  Deputy Assistant Attorney General
                                    Federal Programs Branch
23                                  (CA Bar No. 296283)

24                                  ALEXANDER K. HAAS
25                                  Director, Federal Programs Branch
                                    (CA Bar No. 220932)
26
                                    JEAN LIN (NY Bar No. 4074530)
27                                  Special Litigation Counsel

28
                                    2

1

2

3                                                                 /s/ Jody D. Lowenstein
                                                                  CHRISTOPHER EDELMAN
                                                                  (DC Bar No. 1033486)
4                                                                 Senior Counsel
                                                                  BENJAMIN S. KURLAND
5                                                                 (DC Bar No. 1617521)
                                                                  JODY D. LOWNSTEIN
6                                                                 (MT Bar No. 55816869)
                                                                  Trial Attorneys
7                                                                 U.S. Department of Justice
                                                                  Civil Division, Federal Programs Branch
8                                                                 1100 L Street, NW
                                                                  Washington, DC 20005
9                                                                 Telephone: (202) 598-9280
                                                                  Email: jody.d.lowenstein@usdoj.gov
10

11                                                                *Counsel for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:25-cv-04870-CRB Stipulated Extension of Time to Respond to Plaintiffs' Complaint

BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND (DC Bar No. 1617521)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*, | Case No. 3:25-cv-04870-CRB |
| *Plaintiffs*, | **[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| v. | |
| DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, | |
| *Defendants*. | |

Pursuant to the parties' stipulation, IT IS SO ORDERED that:

Defendants shall respond to plaintiffs' complaint on or before October 31, 2025.

SO ORDERED.

Dated: October 10, 2025

_____
HON. CHARLES R. BREYER
United States District Judge