BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND (DC Bar No. 1617521)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

GAVIN NEWSOM, in his official capacity as
Governor of the State of California, *et al.*,

        *Plaintiffs*,

        v.

DONALD J. TRUMP, in his official capacity as
President of the United States of America, *et al.*,

        *Defendants*.

Case No. 3:25-cv-04870-CRB

**STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** : ORDER

1    Pursuant to Local Rules 6-1(b), 6-2(a), and 7-12, defendants respectfully request that the

2    Court extend their deadline to respond to plaintiffs' complaint, which is currently October 31,

3    2025, until December 1, 2025, in light of the Department of Justice's lapse in appropriations.

4    Defendants conferred with plaintiffs, and plaintiffs agreed to the relief requested herein.

5    As already explained, *see* ECF No. 201, at the end of the day on September 30, 2025, the

6    appropriations act that had been funding the Department expired and the Department's

7    appropriations lapsed. The Department does not know when Congress will restore such funding.

8    Absent an appropriation, Department attorneys and employees are prohibited from working, even

9    on a voluntary basis, except in limited circumstances, including "emergencies involving the safety

10   of human life or the protection of property." 31 U.S.C. § 1342.

11   Defendants have moved to stay all proceedings in this matter pending resolution of all

12   appellate proceedings concerning 10 U.S.C. § 12406. *See* ECF No. 197. Although that motion is

13   fully briefed, *see* ECF No. 199, and remains pending before the Court, given the imminency of

14   defendants' deadline to respond to plaintiffs' complaint, defendants respectfully request that the

15   Court extend their response deadline until December 1, 2025. The requested extension would not

16   unduly delay this matter or affect any other deadlines.

17   Defendants appreciate the Court's consideration. A proposed order is attached.

18   Dated:  October 30, 2025                    Respectfully submitted,

19

20                                              BRETT A. SHUMATE
                                                Assistant Attorney General
21                                              Civil Division

22                                              ERIC J. HAMILTON
                                                Deputy Assistant Attorney General
23                                              Federal Programs Branch
                                                (CA Bar No. 296283)

24                                              ALEXANDER K. HAAS
25                                              Director, Federal Programs Branch
                                                (CA Bar No. 220932)

26

27                                              JEAN LIN (NY Bar No. 4074530)
                                                Special Litigation Counsel

28

3:25-cv-04870-CRB Stipulated Extension of Time to Respond to Plaintiffs' Complaint

*/s/ Jody D. Lowenstein*
CHRISTOPHER EDELMAN
(DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND
(DC Bar No. 1617521)
JODY D. LOWNSTEIN
(MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Counsel for Defendants*

3

BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
BENJAMIN S. KURLAND (DC Bar No. 1617521)
JODY D. LOWENSTEIN (MT Bar No. 55816869)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*,<br><br>                    *Plaintiffs*,<br><br>            v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>                    *Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' COMPLAINT |

Pursuant to the parties' stipulation, IT IS SO ORDERED that:

Defendants shall respond to plaintiffs' complaint on or before December 1, 2025.

SO ORDERED.

Dated: October 30, 2025

HON. CHARLES R. BREYER
United States District Judge