# EXHIBIT 1

**to Declaration of Meghan H. Strong in Support of Plaintiffs' Motion to Lift Stay and Supplemental Brief regarding Motion for Preliminary Injunction**



By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

Section 1.  Crime Emergency.  Two weeks ago, I declared a crime emergency in the District of Columbia to address the rampant violence and disorder that have undermined the proper and safe functioning of the Federal Government, and therefore, the Nation, and that have led to disgraceful conditions in our Nation's capital.  In furtherance of Executive Order 14333 of August 11, 2025 (Declaring a Crime Emergency in the District of Columbia), I am now ordering further actions to address the conditions described in that Executive Order.

Sec. 2.  Operational Actions.  (a)  The Director of the National Park Service shall, subject to the availability of appropriations and applicable law, hire additional members of the United States Park Police in the District of Columbia to support the policy goals described in Executive Order 14333.  The United States Park Police shall ensure enforcement of all applicable laws within their jurisdiction, including the Code of the District of Columbia, to help maintain public safety and proper order.

(b)  The United States Attorney for the District of Columbia shall, subject to the availability of appropriations and applicable law, hire additional prosecutors to focus on

prosecuting violent and property crimes.

(c)  The D.C. Safe and Beautiful Task Force established in Executive Order 14252 of March 27, 2025 (Making the District of Columbia Safe and Beautiful), shall establish an online portal for Americans with law enforcement or other relevant backgrounds and experience to apply to join Federal law enforcement entities to support the policy goals described in Executive Order 14333.  Each law enforcement agency that is a member of the D.C. Safe and Beautiful Task Force, as well as other relevant components of the Department of Justice as the Attorney General determines, shall further, subject to the availability of appropriations and applicable law, immediately create and begin training, manning, hiring, and equipping a specialized unit that is dedicated to ensuring public safety and order in the Nation's capital that can be deployed whenever the circumstances necessitate, and that could be deployed, subject to applicable law, in other cities where public safety and order has been lost.

(d)(i)  The Secretary of Defense shall, subject to the availability of appropriations and applicable law, immediately create and begin training, manning, hiring, and equipping a specialized unit within the District of Columbia National Guard, subject to activation under Title 32 of the United States Code, that is dedicated to ensuring public safety and order in the Nation's capital.  As appropriate and consistent with applicable law, the Attorney General, the Secretary of the Interior, and the Secretary of Homeland Security, in coordination with the Secretary of Defense, shall each deputize the members of this unit to enforce Federal law.

(ii)  The Secretary of Defense shall immediately begin ensuring that each State's Army National Guard and Air National Guard are resourced, trained, organized, and available to assist Federal, State, and local law enforcement in quelling civil disturbances and ensuring the public safety and order whenever the circumstances necessitate, as appropriate under law.  In coordination with the respective adjutants general, the Secretary of Defense shall designate an appropriate number of each State's trained National Guard members to be reasonably available for rapid mobilization for such purposes.  In addition, the Secretary of Defense shall ensure the availability of a standing National Guard quick reaction force that shall be resourced, trained, and available for rapid nationwide deployment.

(e)  The Secretary of Housing and Urban Development (HUD) shall investigate any non-compliance with the crime-prevention and safety requirements of HUD agreements by the District of Columbia Housing Authority or any landlord in the District of Columbia.

These investigations shall include consideration of the provisions of such agreements that require housing providers to maintain safe, decent, and sanitary conditions or to restrict tenants who engage in criminal activity that threatens health, safety, and the right to peaceful enjoyment for other tenants, including engaging in drug distribution, violent criminal activity, and domestic violence.  The Secretary of HUD shall refer any findings of non-compliance to the Attorney General, Federal law enforcement authorities, the District of Columbia Housing Authority Police Department, and the Metropolitan Police Department, as appropriate.

(f)  The Secretary of Transportation shall conduct additional inspections, audits, and examinations to determine whether conditions exist in federally-funded transit services in the District of Columbia that endanger transit workers, and take appropriate remedial action that is within the Department of Transportation's authority.

Sec. 3.  Potential Amendments to Metropolitan Police Department General Orders.  (a)  The Attorney General shall review the Metropolitan Police Department General Orders and shall request that the Mayor of the District of Columbia make such updates and modifications to such orders as the Attorney General determines are necessary to address the crime emergency and ensure public order and safety.

Sec. 4.  Severability.  If any provision of this order, or the application of any provision to any individual or circumstance, is held to be invalid, the remainder of this order and the application of its other provisions to any other individuals or circumstances shall not be affected thereby.

Sec. 5.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees or agents, or any other person.

(d)  The costs for publication of this order shall be borne by the Department of Justice.

DONALD J. TRUMP

THE WHITE HOUSE,

August 25, 2025.

 

GET THE FACTS →

NEWS

WIRE

ISSUES

CONTACT

VISIT

EOP

ADMINISTRATION

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS

THE SIGNERS

## Subscribe to The White House newsletter

Your email

SIGN UP

☐ Text POTUS to 45470 to receive updates

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy

# EXHIBIT 2

**to Declaration of Meghan H. Strong in Support of Plaintif fs' Motion to Lift Stay and Supplemental Brief regarding Motion for Preliminary Injunction**

1              IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF OREGON

3                       PORTLAND DIVISION

4

5    STATE OF OREGON, the CITY OF      )
     PORTLAND, and the STATE OF        )
     CALIFORNIA                        )
6                                      )
                           Plaintiffs, )  Case No. 3:25-cv-01756-IM
7                                      )
                      v.               )
8                                      )  October 5, 2025
     DONALD TRUMP, in his official     )
9    capacity as President of the      )
     United States; PETE HEGSETH,      )
10   in his official capacity as       )
     Secretary of Defense; U.S.        )
11   DEPARTMENT OF DEFENSE;            )
     KRISTI NOEM, in her official      )
12   capacity as Secretary of          )
     Homeland Security; and U.S.       )
13   DEPARTMENT OF HOMELAND            )
     SECURITY,                         )
14                                     )
                           Defendants. )
15   _____ )

16

17

18

19             TEMPORARY RESTRAINING ORDER

20               TRANSCRIPT OF PROCEEDINGS

21        BEFORE THE HONORABLE KARIN J. IMMERGUT

22          UNITED STATES DISTRICT COURT JUDGE

23

24

25

```
 1              MS. LIN:  Yes.  Here, Your Honor.

 2              THE COURT:  Okay.  So it is -- since our -- the

 3    TRO I issued yesterday, it's my understanding that two

 4    things have happened.  One, that the President has sought to

 5    and actually brought National Guard to Oregon from

 6    California, and also now I just received another declaration

 7    from Mr. Marshall that attaches a memorandum from

 8    Secretary Hegseth to the Adjutant General of the Texas

 9    National Guard to the Governor of Texas.  That also states

10    that the President has determined that violent incidents, as

11    well as a credible threat of continued violence, are

12    impeding the execution of the laws of the United States in

13    Illinois, Oregon, and other locations throughout the

14    United States.

15         So that's some new information, certainly.

16         I do have some questions for the lawyers, but I do want

17    to give Mr. Hamilton a chance to respond to plaintiffs'

18    emergency motion, TRO.

19         Anything you would like to say?

20              MR. HAMILTON:  Yes.  Thank you, Your Honor.

21         I'll start by addressing the relocation of California

22    guardsmen.  My understanding is that 200 members of the

23    California National Guard have been or are presently being

24    relocated to Portland and that 100 guardsmen, who were

25    federalized in California, are staying in Los Angeles.
```

1        The relocation of the guardsmen is consistent with the

2   Presidential memorandum that the President signed on

3   June 7th federalizing members of the California National

4   Guard.

5        Nothing in the June 7th --

6            THE COURT:  Mr. Hamilton, let me ask you how could

7   bringing in federalized National Guard in California not be

8   in direct contravention of the TRO I issued yesterday?

9            MR. HAMILTON:  The TRO issued yesterday,

10  paragraph 1 of it, enjoined implementation of

11  Secretary Hegseth's order to the Oregon National Guard, and

12  this is --

13           THE COURT:  Mr. Hamilton, you're an officer of the

14  court.  Aren't defendants simply circumventing my order,

15  which relies on the conditions in Portland?  And nothing has

16  changed.  There's nothing in my order that has changed.

17           MR. HAMILTON:  No, Your Honor.

18           THE COURT:  So why -- why is this appropriate?

19           MR. HAMILTON:  Well, the reason is that the

20  California National Guard were federalized under a different

21  Presidential memorandum.  The June 7th Presidential

22  memorandum.  That is not limited in any way to the state of

23  California.

24       And, in fact, that Presidential memorandum authorized

25  Secretary Hegseth to carry out the mission and deploy

1    military personnel, may perform the military protective

2    activities that the Secretary of Defense determines are

3    reasonably necessary to ensure the protection and safety of

4    federal personnel and property.

5        I would add that §12406 even acknowledges that -- it

6    says that any state may be -- may be called upon to respond

7    to wherever the -- you know, the situation is that -- that

8    guardsmen are being deployed.  It doesn't limit itself to

9    the Guard in the state where -- where a problem is.

10       I'd also add that --

11           THE COURT:  Mr. Hamilton -- Mr. Hamilton, you are

12   missing the point.  Because here it's the conditions on the

13   ground in Oregon that were the basis for my finding on a

14   TRO -- standard for a TRO that there was not a legal basis

15   to bring federalized National Guard into Oregon.

16       Bringing them from -- is there any legal authority for

17   federalizing National Guard for one purpose -- that is, to

18   help California -- and then divert them to another purpose

19   in a different state where the state -- where there is no

20   showing that that is military help that is necessary to

21   assist law enforcement or to protect law enforcement or the

22   one federal building here for ICE?

23           MR. HAMILTON:  Well --

24           THE COURT:  Is there any legal authority for what

25   you're doing?

# EXHIBIT 3

**to Declaration of Meghan H. Strong in Support of Plaintif fs' Motion to Lift Stay and Supplemental Brief regarding Motion for Preliminary Injunction**



**SECRETARY OF WAR**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

OCT 1 6 2025

MEMORANDUM FOR SECRETARY OF THE ARMY
COMMANDER, U.S. NORTHERN COMMAND

SUBJECT: Execution of Federal Protection Mission in Oregon

   In response to a request for assistance from the Department of Homeland Security and at the direction of the President, I direct the Secretary of the Army to extend the orders of all remaining California (CA) National Guard (NG) personnel called into Federal service under 10 U.S.C. § 12406, from November 4, 2025 to February 2, 2026 and I directed that Commander, U.S. Northern Command (USNORTHCOM), redeploy 200 CA NG personnel to Oregon. Additionally, I directed 200 Texas NG personnel be called into Federal service under 10 U.S.C. § 12406, from October 5, 2025 to December 4, 2025. If you deem it appropriate, you may separately employ headquarters, support, and other enabling staff from other assigned or allocated forces for these NG personnel in Oregon. Given that this mission is now the subject of ongoing litigation, it is highly advisable that all future actions be closely coordinated with the Office of the General Counsel of the Department of War through the USNORTHCOM Staff Judge Advocate. Otherwise, these actions are to be effective immediately.

   As described in the bullets below, these individuals will temporarily protect Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including personnel enforcing Federal law, and will protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. To execute the President's direction, the Service members in question are directed to:

- Deploy to Federal Government properties, including Federal buildings and monuments. When deployed to Federal Government properties, Service members may take reasonable measures to prevent the destruction or defacement of Federal Government property, including preventing civilians from attacking Federal facilities, stopping ongoing interference with Federal functions by civilians, or preventing civilians with a demonstrated intent to interfere with Federal functions from such interference. When engaging with civilians for these purposes, Service members may temporarily restrain them, conduct a cursory search, and take other similar measures to ensure the safety of persons on the property.

- Protect Federal personnel from harm or threat of death or bodily injury. In so doing, Service members may temporarily restrain civilians, conduct a cursory search, and take other similar measures to ensure the safety of Federal personnel.

   In performing these duties, Service members are to follow the Standing Rules for the Use of Force. Any temporary detention undertaken by Service members (e.g., to stop an assault of, to prevent harm to, or to prevent interference with Federal personnel) will end as soon as



**PLAINTIFF'S EXHIBIT**
**2**
3:25-cv-01756-IM



OSD010658-25/CMD014341-25

OREGON_DEFS_00002922

detained persons can be turned over safely to the custody of appropriate civilian law enforcement personnel. Refer any cases of crimes against a Service member to the appropriate U.S. Attorney for prosecution (e.g., under 18 U.S.C. § 1839).

I appreciate the hard work of our Service members to the protection of our Nation and of the rule of law.

cc:
Chairman, Joint Chiefs of Staff
Under Secretary of War for Policy

2

# EXHIBIT 4

**to Declaration of Meghan H. Strong in Support of Plaintif fs' Motion to Lift Stay and Supplemental Brief regarding Motion for Preliminary Injunction**



**OFFICE OF THE SECRETARY OF WAR**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

**OCT 1 6 2025**

MEMORANDUM FOR EXECUTIVE SECRETARY, DEPARTMENT OF HOMELAND
SECURITY

SUBJECT:  Request for Assistance for Security Support to U.S. Immigration and Customs
Enforcement

This memorandum responds to your request for assistance (RFA) of September 26, 2025
regarding security support to U.S. Immigration and Customs Enforcement in Oregon, in response
to protests and threats of violence.  I appreciate your collaboration and coordination in addressing
this challenging situation.

In response to your RFA and in accordance with Presidential direction, the Secretary of
War has directed the extension of orders for all California (CA) National Guard (NG) units called
into Federal service under 10 U.S.C. § 12406, from November 4, 2025 to February 2, 2026.  The
Secretary also has called 200 Texas (TX) NG into Federal service under 10 U.S.C. § 12406 with
orders through December 4, 2025.  These 200 CA NG and 200 TX NG personnel, along with
additional headquarters and support staff, will deploy to Oregon effective immediately to protect
Federal functions, personnel, and property, consistent with Secretary of War guidance to
Commander, U.S. Northern Command, on a reimbursable basis.  This footprint, 400 personnel, is
the minimum required to protect Federal functions, personnel, and property in Oregon under
current circumstances.

We will continue to monitor the situation closely and coordinate with you and your staff to
ensure the safety and security of all involved.  I appreciate your reimbursing the Department of
War for these efforts.  Thank you for your continued partnership.

Anthony C. Fuscellaro
COL, USA
Executive Secretary

cc:
Secretary of the Army
Secretary of the Navy
Secretary of the Air Force
CJCS
USW(P)
USW(C)
USW(P&R)
USW(I&S)
NGB
ASW(LA)
Commander, U.S. Northern Command

# EXHIBIT 5

**to Declaration of Meghan H. Strong in Support of Plaintiffs' Motion to Lift Stay and Supplemental Brief regarding Motion for Preliminary Injunction**



### Truth Details
7790 replies



**Donald J. Trump** 
@realDonaldTrump

At the request of Secretary of Homeland Security, Kristi Noem, I am directing Secretary of War, Pete Hegseth, to provide all necessary Troops to protect War ravaged Portland, and any of our ICE Facilities under siege from attack by Antifa, and other domestic terrorists. I am also authorizing Full Force, if necessary. Thank you for your attention to this matter!

**17.2k** ReTruths  **71.8k** Likes                    Sep 27, 2025, 7:19 AM

# EXHIBIT 6

**to Declaration of Meghan H. Strong in Support of Plaintif fs' Motion to Lift Stay and Supplemental Brief regarding Motion for Preliminary Injunction**

Support for LAist comes from



**BOYLE HEIGHTS VOTERS – VOTE EARLY OR ON ELECTION DAY!**

 Nov. 2nd - 3rd: Boyle Heights City Hall    Nov. 4th: Boyle Heights Senior Center

Become a sponsor



Audience-funded nonprofit news

LA ist

🏠 NEWS                     ((•)) LISTEN                     ♥ DONATE

NEWS

# No Kings protesters demonstrate against Trump administration

By Jordan Rynning

**Updated Oct 18, 2025 7:18 PM**
Published Oct 18, 2025 2:51 PM



Protesters rally during the "No Kings" national day of protest in Los Angeles on October 18, 2025.

(FREDERIC J. BROWN / AFP)

*With our free press under threat and federal funding for public media gone, your support matters more than ever. Help keep the LAist newsroom strong,* [become a monthly member or increase your support today](#)*.*

**KEEP UP WITH LAIST.**

If you're enjoying this article, you'll love our daily newsletter, The LA Report. Each weekday, catch up on the 5 most pressing stories to start your morning in 3 minutes or less.

Email Address

**SIGN UP**

"No Kings" protesters gathered across Southern California Saturday to continue to push back against President Donald Trump's directives, including immigration sweeps that ramped up this summer.

As crowds gathered in downtown L.A., Quincy Nelson told LAist: "I'm little concerned, actually, a lot of concerned about the unchecked behavior of Donald Trump."

As night fell, protests in downtown L.A. stayed peaceful, with crowds taking advantage of food stands and music. LAPD officers meanwhile kept protesters at a distance from the federal detention center. And apart from a few tense exchanges between protesters and LAPD officers at the barricade line, the scene remained at a simmer as downtown streets began to reopen. Shortly before 7 p.m., however, police issued a dispersal order for the crowd gathered on Alameda between Aliso and Temple.



Protesters rally during the "No Kings" national day of protest in Los Angeles on October 18, 2025.

(FREDERIC J. BROWN / AFP)

Support for LAist comes from

Become a sponsor

**Trending on LAist**

 LA County's last wooden boardwalk is going bye bye

 A new surf park is coming to Orange County. Here's what it will look like

 Edison is changing how it plans to pay Eaton Fire victims. What you need to know



Protesters rally during the "No Kings" national day of protest in Los Angeles on October 18, 2025.

(FREDERIC J. BROWN / AFP)



Protesters rally during the "No Kings" national day of protest in Los Angeles, California on October 18, 2025.

(FREDERIC J. BROWN / AFP)



Protesters rally during the "No Kings" national day of protest in Los Angeles, California on October 18, 2025.

(FREDERIC J. BROWN / AFP)



Protesters rally during the "No Kings" national day of protest in Los Angeles, California on October 18, 2025.

(FREDERIC J. BROWN / AFP)



Protesters rally during the "No Kings" national day of protest in Los Angeles, California on October 18, 2025.

(FREDERIC J. BROWN / AFP)



Protesters rally during the "No Kings" national day of protest in Los Angeles, California on October 18, 2025.

(FREDERIC J. BROWN / AFP)

Support for LAist comes from

Become a sponsor



No Kings demonstrators march in downtown L.A. on Oct. 18, 2025.

(Jordan Rynning / LAist)



Protesters begin to face off with police outside the Metropolitan Detention Center as part of the "No Kings" protest on October 18, 2025 in Los Angeles.

(Caylo Seals / Getty Images North America)



No Kings protesters gather in downtown L.A. as the sun sets.

(Jordan Rynning / LAist)

At LAist, we believe in journalism without censorship and the right of a free press to speak truth to those in power. Our hard-hitting watchdog reporting on local government, climate, and the ongoing housing and homelessness crisis is trustworthy, independent and freely accessible to everyone thanks to the support of readers like you.

*But the game has changed:* Congress voted to eliminate funding for public media across the country. Here at LAist that means a loss of $1.7 million in our budget every year. We want to assure you that despite growing threats to free press and free speech, LAist will remain a voice you know and trust. Speaking frankly, the amount of reader support we receive will help determine how

strong of a newsroom we are going forward to cover the important news in our community.

**We're asking you to stand up for independent reporting that will not be silenced.** With more individuals like you supporting this public service, we can continue to provide essential coverage for Southern Californians that you can't find anywhere else.
**Become a monthly member today to help sustain this mission.**

Thank you for your generous support and belief in the value of independent news.

**Megan Garvey**
Senior Vice President News, Editor in Chief
(she/her)



## Chip in now to fund your local journalism

◯ Monthly Donation          ⬤ One-Time Donation



**Trending on LAist**



HOUSING AND HOMELESSNESS

**LA considers raising minimum wage for some construction workers — possibly up to $32.35 an hour**



HOUSING AND HOMELESSNESS

**Cash payments to unhoused people likely won't end homelessness, but recipients spent wisely, California study says**



FOOD

**LA's most innovative cocktails are at a Japanese-inspired speakeasy behind a Mexican restaurant in Long Beach**



**NEWS**

**Anaheim whistleblower alleges millions in taxpayer dollars wasted**



**FOOD**

**The crunchy taco is the most underrated icon in LA — here's where to find the best**



CIVICS & DEMOCRACY

**Huntington Beach banned the Pride flag. Newsom's Prop 50 maps would give them a progressive, gay congressman**

## Best of LAist

**As Eaton Fire roared, Pasadena bus drivers headed to nursing homes to help: 'I looked to my left and it's like hell'**

**At a Boyle Heights hospital, ICE agents call the shots, doctors say**

**Freeway guardrails are there to protect us. They're now a favorite target of thieves**

**Inside Cal State's big $17 million bet on ChatGPT for all**

**Thousands of once-secret police records are now public. Here's how you can use them**

**Which schools get to have crossing guards? Here's how LA is changing the system**



### Keep up with our local independent news

The L.A. Report newsletter is your daily morning update on the biggest stories in the Los Angeles region.

Email Address

**SIGN UP**

LAist is part of Southern California Public Radio, a member-supported public media network.

About Us                    Advertising                Newsletters

LAist Staff                  Contact Us                 Editorial Ethics & Guidelines

Careers                     Support Us                 Diversity, Equity, and Inclusion

EEO Public Reports                    FCC Public Files KUOR-FM              FCC Public Files KJAI-FM

FCC Public Files KPCC-FM              FCC Public Files KVLA-FM              FCC Applications Public Notices

© 2025 Southern California Public Radio - All Rights Reserved

Terms of Service    Privacy Policy

# EXHIBIT 7

**to Declaration of Meghan H. Strong in Support of Plaintif fs' Motion to Lift Stay and Supplemental Brief regarding Motion for Preliminary Injunction**

 **24/7 Live**
67°   

POLITICS

# Dispersal orders issued hours after thousands gathered for 'No Kings' protest in DTLA

By **Mónica De Anda** and **Tim Pulliam** 
Saturday, October 18, 2025

     

Este artículo se ofrece en **Español** →



After multiple orders to disperse, police moved in and made arrests hours after thousands of protesters peacefully took to the streets for a "No Kings" demonstration.

LOS ANGELES (KABC) -- On a day of nationwide protest, small crowds stuck around well into the night in downtown Los Angeles. After multiple orders to disperse, police moved in and made arrests.

It came hours after thousands of protesters took to the streets for a "No Kings" demonstration.

After the peaceful event, things grew more tense after dark as most of the "No Kings" protesters left. Los Angeles police formed a skirmish line, and two dispersal orders were issued.

After the dispersal orders, police warned those who didn't leave that they may be arrested, and at least one person was taken into custody.

Officers moved in on horseback near the Federal Building in downtown L.A., pushing the crowd back. It was the same site of some of the more violent clashes with police that happened at demonstrations back in June.



Authorities say nearly 100 agitators walked toward Aliso and Alameda, and during that demonstration, some used lasers and flashing lights against officers and an LAPD pilot. At least one person was arrested.



Besides the small group that refused to leave after the dispersal orders, it appeared the "No Kings" event went on without issue.

The march and demonstration drew thousands outside of City Hall in protest of President Donald Trump and his administration.





Thousands of protesters hit the streets of Los Angeles and several other Southern California cities on Saturday as part of a nationwide "No Kings" rally.

The event featured a 20-foot-tall balloon of President Donald Trump wearing a diaper, a 20-foot-wide by 3-foot-tall banner that read "No Kings for U.S.," and thousands of handmade signs by participants as they marched along a nearly two-mile stretch down Spring Street.

The L.A. protest was organized by 50501 SoCal and Service Employees International Union Local 721, in partnership with Black Lives Matter Grassroots - Los Angeles, the Removal Coalition, Working Families Party, Black Women for Wellness, Clergy Laity United for Economic Justice, the TransLatin@ Coalition, Democracy Action Network, and the Human Liberation Coalition, among others.

SoCal 50501 is the Los Angeles chapter of the 50501 Group, which bills itself as "a peaceful, decentralized grassroots political movement with a mission to uphold democracy and constitutional governance." Its name stems from "50 protests. 50 states. 1 Movement."

AD


"We're here to protest the abuse of power by this administration, the tyranny, the tyranny of the Trump administration," said Jane from Echo Park.

"I hope Republican and Democratic and Independent voters all come together and realize that they are terrorists," said Daniel, a fellow demonstrator.

"No Kings" protests happened all across the nation and throughout Southern California on Saturday -- from Pasadena to Dana Point ot Studio City -- people made their voices heard.

Some sounded off wearing inflatable costumes, which appears to be a nod in solidarity to protesters' outfits in Portland, Oregon.

One of the group's top concerns is the administration's ICE raids.



"I can't go to Home Depot without fearing for my life now. At any moment, we could get black bagged. We're forced to carry around our passports now. We're not living in a free country anymore," said Javier Zumaeta from South Pasadena.

"It's really, really scary, seeing my innocent friends, family and people that I know getting deported," said Vine Idehen from Riverside.

This was 17-year-old Idehen's first protest ever.

"Honestly, I'm really disgusted, that's why I'm out here. I'm just really disgusted and I want to see change. If not today, then someday, and I feel like this is the first step. Being out here and protesting and being able to show your pride for your country, this is like the first step," Idehen said.

So far, there are no reports of destruction or major arrests.

According to "No Kings" organizers, around 7 million people participated in Saturday's rallies.

This was the second "No Kings" protest and third mass movement against the administration this year, and it comes amid an intensifying conflict between federal law enforcement and protesters nationwide.

Report a correction or typo

Copyright © 2025 KABC Television, LLC. All rights reserved.

## Related Topics

POLITICS    LOS ANGELES COUNTY    DOWNTOWN LA    LOS ANGELES    PROTEST    RALLY    DONALD TRUMP

SOUTHERN CALIFORNIA



Trump says Senate should scrap the filibuster to end

**Sam Altman Lists 5 Books That Will Give You an Unfair Advantage**
Sponsored / Blinkist: Sam Altman's Reading List

**23 Cool Products That Will Sell Out Before Black Friday.**
Sponsored / Gift                                                                                  Shop Now

**1975 - 2025: Junie's Retiring and Her Bags are a Bargain!**
Sponsored / Junie Boutique

Learn More

**Amazon Driver Reveals the Little-Known Secret That's Costing Amazon Big**
Sponsored / Online Shopping Tools

Learn More

**Ranking Of The Worst States For Travel In USA**
Sponsored / Wild Way Travel

Learn More

**Here Are 23 Of The Coolest Gifts For Black Friday 2025**
Sponsored / loganery

Learn More

**The Only Advent Calendar a True Guitar Lover Needs. Limited Edition 2025**
Sponsored / FANYIL

Shop Now



**Topics**

Home

Weather

Traffic

U.S. & World

Politics

Consumer

**Regions**

Los Angeles

Orange County

Inland Empire

Ventura County

California

**More**

Live Video

Apps

ABC7 En Español

Investigations

Shop

**Company**

Submit News Tips

TV Listings

About ABC7

Meet the News Team

Jobs/Internships

ABC7 Merchandise



Privacy Policy     Do Not Sell or Share My Personal Information     Children's Privacy Policy     Your US State Privacy Rights     Terms of Use     Interest-Based Ads

Public Inspection File     FCC Applications     Copyright © 2025 KABC Television, LLC. All Rights Reserved.