1 | **ROB BONTA**
Attorney General of California
2 | MICHAEL L. NEWMAN, SBN 222993
THOMAS S. PATTERSON, SBN 202890
3 | Senior Assistant Attorneys General
ANYA M. BINSACCA, SBN 189613
4 | MARISSA MALOUFF, SBN 316046
JAMES E. STANLEY, SBN 316288
5 | Supervising Deputy Attorneys General
JESSE BASBAUM, SBN 273333
6 | BRENDAN HAMME, SBN 285293
IRAM HASAN, SBN 320802
7 | BARBARA HORNE-PETERSDORF, SBN 327738
JANE REILLEY, SBN 314766
8 | DELBERT TRAN, SBN 323993
MEGHAN H. STRONG, SBN 324503
9 | Deputy Attorneys General
 455 Golden Gate Ave.
10 |  San Francisco, CA 94102
 Telephone: (415) 510-3877
11 |  E-mail: Meghan.Strong@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,** | NO. 3:25-cv-04870-CRB |
| Plaintiffs, | **DECLARATION OF PAUL S. ECK** |
| v. | |
| **DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,** | |
| Defendants. | |

**DECLARATION OF PAUL S. ECK**

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am a Deputy General Counsel in the California Military Department (CMD). I have served in this role since August 2018. As Deputy General Counsel for the California Military Department, I lead a blended team of California and National Guard attorneys. I provide direct legal support to the Executive Staff and other senior leaders on complex matters at the intersection of military operations, state governance, and national security. I am regularly consulted on the operational needs, objectives, movements, and orders impacting the CMD.

3. I submit this declaration in support of Plaintiffs' Motion to Lift Stay and Supplemental Brief Regarding Motion for Preliminary Injunction.

<u>Status of Federalized National Guard</u>

4. On October 4, 2025, the Department of Defense deployed 200 federalized California National Guard personnel to Portland, Oregon.

5. An additional 14 California National Guard personnel were federalized and sent to Oregon to train the Oregon Guard.

6. Upon information and belief, Defendants initially planned to send 300 federalized California National Guard personnel to Oregon.

7. On or about October 7, 2025, 14 federalized California National Guard personnel assigned to train other federalized personnel in Oregon, were sent to Chicago, Illinois for 10 days to train the Illinois and Texas National Guards.

8. By October 30, 2025, the 14 personnel sent to Illinois to train the Illinois Guard returned to the Greater Los Angeles, California area.

9. As of today, 200 federalized California National Guard personnel remain in Oregon to provide infrastructure protection.

10. As of today, 101 federalized California National Guard personnel remain in the Greater Los Angeles area to provide infrastructure protection.

<u>California National Guard's Humanitarian Mission in California</u>

11.  On October 22, 2025, Governor Gavin Newsom deployed the California National Guard in Emergency State Active Duty status to support food banks in preparing meals for distribution to families in need in anticipation of delays to federal food benefits.

12.  Currently, there are 48 California Army National Guard servicemembers on orders to support the Task Force Food Bank mission.

13.  As of today, 10 servicemembers are in San Diego, California.

14.  As of today, 38 servicemembers are in Los Angeles and Long Beach, California.

15.  An additional 50 servicemembers are planned to be ordered no later than November 2, 2025.

16.  Task Force Food Bank servicemembers are tasked with packing boxes, managing deliveries, and moving supplies to support food banks in communities that have requested the California National Guard's support.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 31, 2025, at Rancho Cordova, CA.

_____
Paul S. Eck

Digitally signed by PAUL S. ECK  Deputy General Counsel
Date: 2025.10.31 10:05:05 -07'00'