**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN, SBN 222993
THOMAS S. PATTERSON, SBN 202890
Senior Assistant Attorneys General
ANYA M. BINSACCA, SBN 189613
MARISSA MALOUFF, SBN 316046
JAMES E. STANLEY, SBN 316288
Supervising Deputy Attorneys General
JESSE BASBAUM, SBN 273333
BRENDAN HAMME, SBN 285293
IRAM HASAN, SBN 320802
BARBARA HORNE-PETERSDORF, SBN 327738
JANE REILLEY, SBN 314766
DELBERT TRAN, SBN 323993
MEGHAN H. STRONG, SBN 324503
Deputy Attorneys General
  455 Golden Gate Ave.
  San Francisco, CA 94102
  Telephone: (415) 510-3877
  E-mail: Meghan.Strong@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | **Case No. 3:25-cv-04870-CRB**<br><br>**DECLARATION OF MEGHAN H. STRONG IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** |

1

1  I, Meghan H. Strong, declare under penalty of perjury that the following is true and correct:

2      1.    I am an attorney licensed to practice law in the State of California, admitted to the bar of this Court, and a Deputy Attorney General in the Office of the Attorney General, California Department of Justice. The Attorney General is counsel to Plaintiffs Governor Gavin Newsom and the State of California. I make this declaration in support of Plaintiffs' Renewed Motion for Preliminary Injunction.

    2.    I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

    3.    Attached hereto as **Exhibit 1** is a true and correct copy of DA Activation Order 004-25 12406, issued by DoD Defendants and dated August 5, 2025.

    4.    Attached hereto as **Exhibit 2** is a true and correct copy of an Executive Order titled Additional Measures to Address the Crime Emergency in the District of Columbia, issued on August 25, 2025 and available at https://www.whitehouse.gov/presidential-actions/2025/08/additional-measures-to-address-the-crime-emergency-in-the-district-of-columbia/.

    5.    Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the October 5, 2025 temporary restraining order hearing before the Honorable Karin J. Immergut in *Oregon v. Trump*, Case No. 3:25-01756 (D. Or.).

    6.    Attached hereto as **Exhibit 4** is a true and correct copy of a Memorandum for Secretary of the Army Commander, U.S. Northern Command, signed by Pete Hegseth, and dated October 16, 2025. This document was admitted as Plaintiffs' trial exhibit 2 in *Oregon v. Trump*.

    7.    Attached hereto as **Exhibit 5** is a true and correct copy of a Memorandum for Executive Secretary, Department of Homeland Security, signed by Anthony C. Fuscellaro, and dated October 16, 2025.

    8.    Attached hereto as **Exhibit 6** is a true and correct copy of a Truth Social post posted by President Trump on September 27, 2025 and available at

1 | https://truthsocial.com/@realDonaldTrump/posts/115276694936263266.

2     9.    On September 30, 2025, President Trump gave a speech to military leadership in Quantico, Virginia. During that speech, he stated "We should use some of these dangerous cities as training grounds for our military National Guard, but military, because we're going into Chicago very soon." That video is available at https://vimeo.com/1123254617?fl=pl&fe=sh and the quoted statement occurs at approximately the 42:45 minute mark of the video.

    10.    Attached hereto as **Exhibit 7** is a true and correct copy of an LAist article by Jordan Rynning, titled "No Kings protesters demonstrate against trump administration," dated October 18, 2025, and available at https://laist.com/news/heres-how-the-no-kings-protests-are-playing-out-across-socal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 13, 2025 at San Francisco, California.

                                                                        */s/ Meghan H. Strong*
                                                                         Meghan H. Strong