# EXHIBIT 1

**DA ACTIVATION ORDER 004-25 12406 (052035ZAug25)**

1. REFERENCES:
A. FORSCOM-43354 - 12406
B. UNITED STATES CODE (USC) 12406, AUTHORITY TO CALL THE NATIONAL GUARD INTO FEDERAL SERVICE.
C. PRESIDENTIAL MEMORANDUM, DATED 7 JUNE 2025, SUBJECT: DEPARTMENT OF DEFENSE SECURITY FOR THE PROTECTION OF THE DEPARTMENT OF HOMELAND SECURITY FUNCTIONS.
D. SECRETARY OF DEFENSE MEMORANDUM FOR ADJUTANT GENERAL OF THE CALIFORNIA NATIONAL GUARD, DATED 7 JUNE 2025, SUBJECT: CALLING MEMBERS OF THE CALIFORNIA NATIONAL GUARD INTO FEDERAL SERVICE.

2. THE SECRETARY OF DEFENSE, PURSUANT TO TITLE 10, US CODE, SECTION 12406, AUTHORIZES THE MOBILIZATION OF UNITS AND MEMBERS OF THE NATIONAL GUARD. THIS MOBILIZATION IS IN RESPONSE TO DIRECTION FROM THE PRESIDENT OF THE UNITED STATES STATES (REF C) TO PROVIDE FORCES TO PROTECT FEDERAL FUNCTIONS, PERSONNEL, AND PROPERTY.

3. THIS MESSAGE IMPLEMENTS SECDEF'S ORDER TO CALL UNITS AND MEMBERS OF THE ARMY NATIONAL GUARD INTO FEDERAL SERVICE. THE NATIONAL GUARD UNIT(S) LISTED IN PARA 5 BELOW ARE CALLED INTO FEDERAL SERVICE UNDER PRESIDENTIAL RESERVE CALLUP (TITLE 10, USC 12406). THIS DA ACTIVATION ORDER ALSO WILL BE TRANSMITTED TO THE ADJUTANT GENERAL (TAG) CONCERNED FOR FURTHER TRANSMISSION TO THE GOVERNOR.
A. UNIT PERSONNEL ARE INVOLUNTARILY CALLED INTO FEDERAL SERVICE IN THEIR CURRENT GRADES AND POSITIONS FOR AN INITIAL PERIOD AS SPECIFIED BELOW ABSENT AUTHORIZED EXTENSIONS OR REORDERS TO ACTIVE DUTY. UNIT ACTIVATION ORDERS ARE APPLICABLE TO ALL ASSIGNED MEMBERS, UNLESS THE SECRETARY OF THE ARMY GRANTS A SPECIFIC EXEMPTION. DIRECTOR, ARNG WILL DETERMINE THE BEST METHOD TO FILL UNIT MANNING SHORTFALLS.
B. PURSUANT TO SECRETARY OF DEFENSE DIRECTIVE AND SECRETARY OF THE ARMY YOU ARE RELIEVED FROM YOUR PRESENT STATUS AND ARE ORDERED TO REPORT FOR A PERIOD OF ACTIVE DUTY.
C. PROCEED FROM YOUR PRESENT LOCATION IN SUFFICIENT TIME TO REPORT BY THE DATE SPECIFIED. MEMBERS OF ACTIVATED UNITS WILL COMPLY WITH GUIDANCE ISSUED BY CDRUSNORTHCOM, OR SUCH COMMANDERS AS HE DESIGNATES.
D. UNLESS SPECIFICALLY STATED, THIS ORDER DOES NOT AUTHORIZE THE MOBILIZATION OF PROMOTABLE COLONELS OR GENERAL OFFICERS.
E. DIRECTOR, ARMY NATIONAL GUARD WILL ENSURE THAT EVERY SOLDIER IN ANY UNIT IDENTIFIED ON THIS ORDER THAT IS ACTIVATED AND SENT TO A REQUESTED STAGING OR DUTY STATION WILL BE CAPABLE OF PERFORMING THEIR ASSIGNED DUTIES. FOR PURPOSES OF THIS ACTIVATION, UNIT AND INDIVIDUAL INVOLUNTARY DUTY WILL BE CAPTURED AND FACTORED INTO FUTURE SOURCING DECISIONS WHEN THE UNIT IS BEING CONSIDERED FOR FOLLOW ON INVOLUNTARY ACTIVATION. SOLDIERS ACTIVATED UNDER 10 USC 12406 ARE NOT IN DWELL.

4. ACTIVATED UNIT(S) WILL REPORT TO HOME STATION AND MOVE TO DESIGNATED STAGING LOCATIONS IAW TIME LINES ESTABLISHED BY THE FORCE REQUESTOR AND US FORCES COMMAND. UNIT STRENGTH WILL NOT EXCEED THE AUTHORIZED LEVEL STATED IN PARAGRAPH 5.

5. THE FOLLOWING UNIT(S) IS/ARE HEREBY CALLED INTO FEDERAL SERVICE UNDER THE PROVISIONS OF 10 USC 12406 EFFECTIVE:

A. MOBILIZATION DATE 08 AUG 25 AND MOBSAD 08 AUG 25

| UIC | DESCRIPTION | COMPO | PAX | TOUR LENGTH | HOME STA | MOB STA |
|-----|-------------|-------|-----|-------------|----------|---------|
| WPB9Y1 | 0040 MP CO FWD 1 | 2 | 158 | 90 | LOS ALAMITOS CA | HOME STATION MOB |
| WPV1TA | 0579 EN BN HHC FWD 1 | 2 | 142 | 90 | SANTA ROSA G1 CA | HOME STATION MOB |

6. THE UNIT(S) LISTED IN PARAGRAPH 5 WILL BE NOTIFIED OF THE ACTIVATION EFFECTIVE DATE WITHIN 24 HOURS OF RELEASE OF THIS MESSAGE. THE ACTIVATION PERIOD MAY BE ADJUSTED DEPENDING ON MISSION REQUIREMENTS. COMMANDERS WILL INFORM SOLDIERS TO PLAN ACCORDINGLY.

7. ACOMS WILL APPLY THE PROVISION OF AMOPES, FORMDEPS, AND AR 600-8-101 FOR PERSONNEL PROCESSING.

8. THIS ORDER IS THE DA MOVEMENT DIRECTIVE. PROVISIONS OF AR 55-113 AND AR 55-355 APPLY. SUPPORT INSTALLATIONS ARE DIRECTED TO PROCESS REQUESTS FROM SUBJECT RC UNITS PENDING RECEIPT OF HARD COPY ORDERS TO ACTIVE DUTY.

9. OMA FUND CITATIONS FOR MOBILIZED UNITS: ALL ARMY PERSONNEL, EXCEPT SOCOM ASSETS, ORDERED TO DEPLOY WILL REVIEW PROVIDED FUND CITES ON PUBLISHED ORDERS AND IF NECESSARY CONTACT THE RESPECTIVE RESOURCE MANAGEMENT OFFICE FOR FUND CITES.
A. ALL UNITS, EXCEPT SOCOM UNITS, CONTACT THE SERVICING / INSTALLATION RESOURCE MANAGEMENT OFFICE AT THE DESIGNATED MOB STATION FOR TRAVEL AND TRANSPORTATION FUND CITES.
B. TRAVEL ADVANCED ACCOUNTING CITATIONS MUST CITE A SPECIFIC FISCAL STATION NUMBER (FSN). RESERVE COMPONENT PERSONNEL WILL ACTIVATE AND DEACTIVATE IN ACCORDANCE WITH THE CHAIN OF COMMANDS DIRECTIVE.

10. UNITS WILL NOT DEACTIVATE WITHOUT PRIOR APPROVAL OF HQDA. INDIVIDUAL MEMBERS OF THE UNIT WILL DEMOBILIZE WITH THE UNIT UNLESS PROVISIONS OF AR 600-8-24 OR AR 635-200 APPLY.

11. PUBLIC AFFAIRS GUIDANCE. UNITS WILL COMPLY WITH PAO GUIDANCE

12. POC IS MOB SHIFT LEADER - MOB SHIFT LEADER CPT JESSE MEINKE, DAMO-ODM,(703)697-4116 EMAIL TO jesse.d.meinke.mil@mail.smil.mil

# EXHIBIT 2



Democrats Have Shut Down the Government for:   30d 12h 37m 28s

*The* WHITE HOUSE

45 | 47

↖ **PRESIDENTIAL ACTIONS**

ADDITIONAL MEASURES TO ADDRESS THE
CRIME EMERGENCY IN THE DISTRICT OF COLUMBIA

Executive Orders

August 25, 2025

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered:

Section 1. Crime Emergency.  Two weeks ago, I declared a crime emergency in the District of Columbia to address the rampant violence and disorder that have undermined the proper and safe functioning of the Federal Government, and therefore, the Nation, and that have led to disgraceful conditions in our Nation's capital.  In furtherance of Executive Order 14333 of August 11, 2025 (Declaring a Crime Emergency in the District of Columbia), I am now ordering further actions to address the conditions described in that Executive Order.

Sec. 2. Operational Actions.  (a)  The Director of the National Park Service shall, subject to the availability of appropriations and applicable law, hire additional members of the United States Park Police in the District of Columbia to support the policy goals described in Executive Order 14333.  The United States Park Police shall ensure enforcement of all applicable laws within their jurisdiction, including the Code of the District of Columbia, to help maintain public safety and proper order.

(b)  The United States Attorney for the District of Columbia shall, subject to the availability of appropriations and applicable law, hire additional prosecutors to focus on

prosecuting violent and property crimes.

(c)  The D.C. Safe and Beautiful Task Force established in Executive Order 14252 of March 27, 2025 (Making the District of Columbia Safe and Beautiful), shall establish an online portal for Americans with law enforcement or other relevant backgrounds and experience to apply to join Federal law enforcement entities to support the policy goals described in Executive Order 14333.  Each law enforcement agency that is a member of the D.C. Safe and Beautiful Task Force, as well as other relevant components of the Department of Justice as the Attorney General determines, shall further, subject to the availability of appropriations and applicable law, immediately create and begin training, manning, hiring, and equipping a specialized unit that is dedicated to ensuring public safety and order in the Nation's capital that can be deployed whenever the circumstances necessitate, and that could be deployed, subject to applicable law, in other cities where public safety and order has been lost.

(d)(i)  The Secretary of Defense shall, subject to the availability of appropriations and applicable law, immediately create and begin training, manning, hiring, and equipping a specialized unit within the District of Columbia National Guard, subject to activation under Title 32 of the United States Code, that is dedicated to ensuring public safety and order in the Nation's capital.  As appropriate and consistent with applicable law, the Attorney General, the Secretary of the Interior, and the Secretary of Homeland Security, in coordination with the Secretary of Defense, shall each deputize the members of this unit to enforce Federal law.

(ii)  The Secretary of Defense shall immediately begin ensuring that each State's Army National Guard and Air National Guard are resourced, trained, organized, and available to assist Federal, State, and local law enforcement in quelling civil disturbances and ensuring the public safety and order whenever the circumstances necessitate, as appropriate under law.  In coordination with the respective adjutants general, the Secretary of Defense shall designate an appropriate number of each State's trained National Guard members to be reasonably available for rapid mobilization for such purposes.  In addition, the Secretary of Defense shall ensure the availability of a standing National Guard quick reaction force that shall be resourced, trained, and available for rapid nationwide deployment.

(e)  The Secretary of Housing and Urban Development (HUD) shall investigate any non-compliance with the crime-prevention and safety requirements of HUD agreements by the District of Columbia Housing Authority or any landlord in the District of Columbia.

These investigations shall include consideration of the provisions of such agreements that require housing providers to maintain safe, decent, and sanitary conditions or to restrict tenants who engage in criminal activity that threatens health, safety, and the right to peaceful enjoyment for other tenants, including engaging in drug distribution, violent criminal activity, and domestic violence.  The Secretary of HUD shall refer any findings of non-compliance to the Attorney General, Federal law enforcement authorities, the District of Columbia Housing Authority Police Department, and the Metropolitan Police Department, as appropriate.

(f)  The Secretary of Transportation shall conduct additional inspections, audits, and examinations to determine whether conditions exist in federally-funded transit services in the District of Columbia that endanger transit workers, and take appropriate remedial action that is within the Department of Transportation's authority.

Sec. 3.  Potential Amendments to Metropolitan Police Department General Orders.  (a)  The Attorney General shall review the Metropolitan Police Department General Orders and shall request that the Mayor of the District of Columbia make such updates and modifications to such orders as the Attorney General determines are necessary to address the crime emergency and ensure public order and safety.

Sec. 4.  Severability.  If any provision of this order, or the application of any provision to any individual or circumstance, is held to be invalid, the remainder of this order and the application of its other provisions to any other individuals or circumstances shall not be affected thereby.

Sec. 5.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees or agents, or any other person.

(d)  The costs for publication of this order shall be borne by the Department of Justice.

DONALD J. TRUMP

THE WHITE HOUSE,

August 25, 2025.




GET THE FACTS →

NEWS

WIRE

ISSUES

CONTACT

VISIT

EOP

ADMINISTRATION

GALLERY

VIDEO LIBRARY

AMERICA 250

FOUNDING FATHERS

THE SIGNERS

## Subscribe to The White House newsletter

Your email                                                                    SIGN UP

☐ Text POTUS to 45470 to receive updates

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

WH.GOV

Copyright

Privacy

# EXHIBIT 3

1           IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF OREGON

3                   PORTLAND DIVISION

4
    STATE OF OREGON, the CITY OF     )
5   PORTLAND, and the STATE OF       )
    CALIFORNIA                       )
6                                    )
                      Plaintiffs,    )  Case No. 3:25-cv-01756-IM
7                                    )
                         v.          )
8                                    )  October 5, 2025
    DONALD TRUMP, in his official    )
9   capacity as President of the     )
    United States; PETE HEGSETH,     )
10  in his official capacity as      )
    Secretary of Defense; U.S.       )
11  DEPARTMENT OF DEFENSE;           )
    KRISTI NOEM, in her official     )
12  capacity as Secretary of         )
    Homeland Security; and U.S.      )
13  DEPARTMENT OF HOMELAND           )
    SECURITY,                        )
14                                   )
                      Defendants.    )
15  _____)

16

17

18

19          TEMPORARY RESTRAINING ORDER

20            TRANSCRIPT OF PROCEEDINGS

21   BEFORE THE HONORABLE KARIN J. IMMERGUT

22      UNITED STATES DISTRICT COURT JUDGE

23

24

25

1          MS. LIN:  Yes.  Here, Your Honor.

2          THE COURT:  Okay.  So it is -- since our -- the

3   TRO I issued yesterday, it's my understanding that two

4   things have happened.  One, that the President has sought to

5   and actually brought National Guard to Oregon from

6   California, and also now I just received another declaration

7   from Mr. Marshall that attaches a memorandum from

8   Secretary Hegseth to the Adjutant General of the Texas

9   National Guard to the Governor of Texas.  That also states

10  that the President has determined that violent incidents, as

11  well as a credible threat of continued violence, are

12  impeding the execution of the laws of the United States in

13  Illinois, Oregon, and other locations throughout the

14  United States.

15       So that's some new information, certainly.

16       I do have some questions for the lawyers, but I do want

17  to give Mr. Hamilton a chance to respond to plaintiffs'

18  emergency motion, TRO.

19       Anything you would like to say?

20          MR. HAMILTON:  Yes.  Thank you, Your Honor.

21       I'll start by addressing the relocation of California

22  guardsmen.  My understanding is that 200 members of the

23  California National Guard have been or are presently being

24  relocated to Portland and that 100 guardsmen, who were

25  federalized in California, are staying in Los Angeles.

1          The relocation of the guardsmen is consistent with the

2     Presidential memorandum that the President signed on

3     June 7th federalizing members of the California National

4     Guard.

5          Nothing in the June 7th --

6               THE COURT:  Mr. Hamilton, let me ask you how could

7     bringing in federalized National Guard in California not be

8     in direct contravention of the TRO I issued yesterday?

9               MR. HAMILTON:  The TRO issued yesterday,

10    paragraph 1 of it, enjoined implementation of

11    Secretary Hegseth's order to the Oregon National Guard, and

12    this is --

13              THE COURT:  Mr. Hamilton, you're an officer of the

14    court.  Aren't defendants simply circumventing my order,

15    which relies on the conditions in Portland?  And nothing has

16    changed.  There's nothing in my order that has changed.

17              MR. HAMILTON:  No, Your Honor.

18              THE COURT:  So why -- why is this appropriate?

19              MR. HAMILTON:  Well, the reason is that the

20    California National Guard were federalized under a different

21    Presidential memorandum.  The June 7th Presidential

22    memorandum.  That is not limited in any way to the state of

23    California.

24         And, in fact, that Presidential memorandum authorized

25    Secretary Hegseth to carry out the mission and deploy

1    military personnel, may perform the military protective

2    activities that the Secretary of Defense determines are

3    reasonably necessary to ensure the protection and safety of

4    federal personnel and property.

5        I would add that §12406 even acknowledges that -- it

6    says that any state may be -- may be called upon to respond

7    to wherever the -- you know, the situation is that -- that

8    guardsmen are being deployed.  It doesn't limit itself to

9    the Guard in the state where -- where a problem is.

10       I'd also add that --

11           THE COURT:  Mr. Hamilton -- Mr. Hamilton, you are

12   missing the point.  Because here it's the conditions on the

13   ground in Oregon that were the basis for my finding on a

14   TRO -- standard for a TRO that there was not a legal basis

15   to bring federalized National Guard into Oregon.

16       Bringing them from -- is there any legal authority for

17   federalizing National Guard for one purpose -- that is, to

18   help California -- and then divert them to another purpose

19   in a different state where the state -- where there is no

20   showing that that is military help that is necessary to

21   assist law enforcement or to protect law enforcement or the

22   one federal building here for ICE?

23           MR. HAMILTON:  Well --

24           THE COURT:  Is there any legal authority for what

25   you're doing?

# EXHIBIT 4



**SECRETARY OF WAR**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

OCT 1 6 2025

MEMORANDUM FOR SECRETARY OF THE ARMY
COMMANDER, U.S. NORTHERN COMMAND

SUBJECT: Execution of Federal Protection Mission in Oregon

      In response to a request for assistance from the Department of Homeland Security and at the direction of the President, I direct the Secretary of the Army to extend the orders of all remaining California (CA) National Guard (NG) personnel called into Federal service under 10 U.S.C. § 12406, from November 4, 2025 to February 2, 2026 and I directed that Commander, U.S. Northern Command (USNORTHCOM), redeploy 200 CA NG personnel to Oregon. Additionally, I directed 200 Texas NG personnel be called into Federal service under 10 U.S.C. § 12406, from October 5, 2025 to December 4, 2025. If you deem it appropriate, you may separately employ headquarters, support, and other enabling staff from other assigned or allocated forces for these NG personnel in Oregon. Given that this mission is now the subject of ongoing litigation, it is highly advisable that all future actions be closely coordinated with the Office of the General Counsel of the Department of War through the USNORTHCOM Staff Judge Advocate. Otherwise, these actions are to be effective immediately.

      As described in the bullets below, these individuals will temporarily protect Immigration and Customs Enforcement and other U.S. Government personnel who are performing Federal functions, including personnel enforcing Federal law, and will protect Federal property, at locations where protests against these functions are occurring or are likely to occur based on current threat assessments and planned operations. To execute the President's direction, the Service members in question are directed to:

- Deploy to Federal Government properties, including Federal buildings and monuments. When deployed to Federal Government properties, Service members may take reasonable measures to prevent the destruction or defacement of Federal Government property, including preventing civilians from attacking Federal facilities, stopping ongoing interference with Federal functions by civilians, or preventing civilians with a demonstrated intent to interfere with Federal functions from such interference. When engaging with civilians for these purposes, Service members may temporarily restrain them, conduct a cursory search, and take other similar measures to ensure the safety of persons on the property.

- Protect Federal personnel from harm or threat of death or bodily injury. In so doing, Service members may temporarily restrain civilians, conduct a cursory search, and take other similar measures to ensure the safety of Federal personnel.

      In performing these duties, Service members are to follow the Standing Rules for the Use of Force. Any temporary detention undertaken by Service members (e.g., to stop an assault of, to prevent harm to, or to prevent interference with Federal personnel) will end as soon as



PLAINTIFF'S
EXHIBIT
2
3:25-cv-01756-IM



OSD010658-25/CMD014341-25

OREGON_DEFS_00002922

detained persons can be turned over safely to the custody of appropriate civilian law enforcement personnel. Refer any cases of crimes against a Service member to the appropriate U.S. Attorney for prosecution (e.g., under 18 U.S.C. § 1839).

I appreciate the hard work of our Service members to the protection of our Nation and of the rule of law.

cc:
Chairman, Joint Chiefs of Staff
Under Secretary of War for Policy

2

OREGON_DEFS_00002923
Plaintiff's Exhibit 2
Page 2 of 2

# EXHIBIT 5



**OFFICE OF THE SECRETARY OF WAR**
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

**OCT 1 6 2025**

MEMORANDUM FOR EXECUTIVE SECRETARY, DEPARTMENT OF HOMELAND
SECURITY

SUBJECT:  Request for Assistance for Security Support to U.S. Immigration and Customs
Enforcement

This memorandum responds to your request for assistance (RFA) of September 26, 2025 regarding security support to U.S. Immigration and Customs Enforcement in Oregon, in response to protests and threats of violence.  I appreciate your collaboration and coordination in addressing this challenging situation.

In response to your RFA and in accordance with Presidential direction, the Secretary of War has directed the extension of orders for all California (CA) National Guard (NG) units called into Federal service under 10 U.S.C. § 12406, from November 4, 2025 to February 2, 2026.  The Secretary also has called 200 Texas (TX) NG into Federal service under 10 U.S.C. § 12406 with orders through December 4, 2025.  These 200 CA NG and 200 TX NG personnel, along with additional headquarters and support staff, will deploy to Oregon effective immediately to protect Federal functions, personnel, and property, consistent with Secretary of War guidance to Commander, U.S. Northern Command, on a reimbursable basis.  This footprint, 400 personnel, is the minimum required to protect Federal functions, personnel, and property in Oregon under current circumstances.

We will continue to monitor the situation closely and coordinate with you and your staff to ensure the safety and security of all involved.  I appreciate your reimbursing the Department of War for these efforts.  Thank you for your continued partnership.

Anthony C. Fuscellaro
COL, USA
Executive Secretary

cc:
Secretary of the Army
Secretary of the Navy
Secretary of the Air Force
CJCS
USW(P)
USW(C)
USW(P&R)
USW(I&S)
NGB
ASW(LA)
Commander, U.S. Northern Command

# EXHIBIT 6



← **Truth Details**
   7790 replies                                                                    •••

 **Donald J. Trump** 🦭 ➕
                @realDonaldTrump

At the request of Secretary of Homeland Security, Kristi Noem, I am directing Secretary of War, Pete Hegseth, to provide all necessary Troops to protect War ravaged Portland, and any of our ICE Facilities under siege from attack by Antifa, and other domestic terrorists. I am also authorizing Full Force, if necessary. Thank you for your attention to this matter!

**17.2k** ReTruths   **71.8k** Likes                        Sep 27, 2025, 7:19 AM



# EXHIBIT 7

Support for LAist comes from




Become a sponsor



Audience-funded nonprofit news

LAist

🏠 NEWS                 ((•)) LISTEN                 ♡ DONATE

NEWS

# No Kings protesters demonstrate against Trump administration

By Jordan Rynning

**Updated Oct 18, 2025 7:18 PM**
Published Oct 18, 2025 2:51 PM



Protesters rally during the "No Kings" national day of protest in Los Angeles on October 18, 2025.

(FREDERIC J. BROWN / AFP)

*With our free press under threat and federal funding for public media gone, your support matters more than ever. Help keep the LAist newsroom strong,* [become a monthly member or increase your support today](#)*.*

**KEEP UP WITH LAIST.**

If you're enjoying this article, you'll love our daily newsletter, The LA Report. Each weekday, catch up on the 5 most pressing stories to start your morning in 3 minutes or less.

Email Address

**SIGN UP**

"No Kings" protesters gathered across Southern California Saturday to continue to push back against President Donald Trump's directives, including immigration sweeps that ramped up this summer.

As crowds gathered in downtown L.A., Quincy Nelson told LAist: "I'm little concerned, actually, a lot of concerned about the unchecked behavior of Donald Trump."

As night fell, protests in downtown L.A. stayed peaceful, with crowds taking advantage of food stands and music. LAPD officers meanwhile kept protesters at a distance from the federal detention center. And apart from a few tense exchanges between protesters and LAPD officers at the barricade line, the scene remained at a simmer as downtown streets began to reopen. Shortly before 7 p.m., however, police issued a dispersal order for the crowd gathered on Alameda between Aliso and Temple.



Protesters rally during the "No Kings" national day of protest in Los Angeles on October 18, 2025.

(FREDERIC J. BROWN / AFP)

Support for LAist comes from

Become a sponsor

**Trending on LAist**

 LA County's last wooden boardwalk is going bye bye

 A new surf park is coming to Orange County. Here's what it will look like

 Edison is changing how it plans to pay Eaton Fire victims. What you need to know



Protesters rally during the "No Kings" national day of protest in Los Angeles on October 18, 2025.

(FREDERIC J. BROWN / AFP)



Protesters rally during the "No Kings" national day of protest in Los Angeles, California on October 18, 2025.

(FREDERIC J. BROWN / AFP)



Protesters rally during the "No Kings" national day of protest in Los Angeles, California on
October 18, 2025.

(FREDERIC J. BROWN / AFP)



Protesters rally during the "No Kings" national day of protest in Los Angeles, California on
October 18, 2025.

(FREDERIC J. BROWN / AFP)



Protesters rally during the "No Kings" national day of protest in Los Angeles, California on
October 18, 2025.

(FREDERIC J. BROWN / AFP)



Protesters rally during the "No Kings" national day of protest in Los Angeles, California on October 18, 2025.

(FREDERIC J. BROWN / AFP)

Support for LAist comes from

Become a sponsor



No Kings demonstrators march in downtown L.A. on Oct. 18, 2025.

(Jordan Rynning / LAist)



Protesters begin to face off with police outside the Metropolitan Detention Center as part of the "No Kings" protest on October 18, 2025 in Los Angeles.

(Caylo Seals / Getty Images North America)



No Kings protesters gather in downtown L.A. as the sun sets.

(Jordan Rynning / LAist)

At LAist, we believe in journalism without censorship and the right of a free press to speak truth to those in power. Our hard-hitting watchdog reporting on local government, climate, and the ongoing housing and homelessness crisis is trustworthy, independent and freely accessible to everyone thanks to the support of readers like you.

*But the game has changed:* Congress voted to eliminate funding for public media across the country. Here at LAist that means a loss of $1.7 million in our budget every year. We want to assure you that despite growing threats to free press and free speech, LAist will remain a voice you know and trust. Speaking frankly, the amount of reader support we receive will help determine how

strong of a newsroom we are going forward to cover the important news in our community.

**We're asking you to stand up for independent reporting that will not be silenced.** With more individuals like you supporting this public service, we can continue to provide essential coverage for Southern Californians that you can't find anywhere else.

**Become a monthly member today to help sustain this mission.**

Thank you for your generous support and belief in the value of independent news.

**Megan Garvey**
Senior Vice President News, Editor in Chief
(she/her)



## Chip in now to fund your local journalism

○ Monthly Donation          ● One-Time Donation

| $60 | **$180** | $360 | $ other amount |

CONTINUE ❯



🔒 Secure Payment

## Trending on LAist



HOUSING AND HOMELESSNESS

**LA considers raising minimum wage for some construction workers — possibly up to $32.35 an hour**



HOUSING AND HOMELESSNESS

**Cash payments to unhoused people likely won't end homelessness, but recipients spent wisely, California study says**



FOOD

**LA's most innovative cocktails are at a Japanese-inspired speakeasy behind a Mexican restaurant in Long Beach**



NEWS

**Anaheim whistleblower alleges millions in taxpayer dollars wasted**



FOOD

**The crunchy taco is the most underrated icon in LA — here's where to find the best**



CIVICS & DEMOCRACY

**Huntington Beach banned the Pride flag. Newsom's Prop 50 maps would give them a progressive, gay congressman**

## Best of LAist

**As Eaton Fire roared, Pasadena bus drivers headed to nursing homes to help: 'I looked to my left and it's like hell'**

**At a Boyle Heights hospital, ICE agents call the shots, doctors say**

**Freeway guardrails are there to protect us. They're now a favorite target of thieves**

**Inside Cal State's big $17 million bet on ChatGPT for all**

**Thousands of once-secret police records are now public. Here's how you can use them**

**Which schools get to have crossing guards? Here's how LA is changing the system**

### Keep up with our local independent news

The L.A. Report newsletter is your daily morning update on the biggest stories in the Los Angeles region.

Email Address

**SIGN UP**

LA ist

LAist is part of Southern California Public Radio, a member-supported public media network.

About Us                    Advertising              Newsletters

LAist Staff                 Contact Us               Editorial Ethics & Guidelines

Careers                     Support Us               Diversity, Equity, and Inclusion

EEO Public Reports

FCC Public Files KUOR-FM

FCC Public Files KJAI-FM

FCC Public Files KPCC-FM

FCC Public Files KVLA-FM

FCC Applications Public Notices

© 2025 Southern California Public Radio - All Rights Reserved

Terms of Service    Privacy Policy