1   **ROB BONTA**
    Attorney General of California
2   MICHAEL L. NEWMAN, SBN 222993
    THOMAS S. PATTERSON, SBN 202890
3   Senior Assistant Attorneys General
    ANYA M. BINSACCA, SBN 189613
4   MARISSA MALOUFF, SBN 316046
    JAMES E. STANLEY, SBN 316288
5   Supervising Deputy Attorneys General
    JESSE BASBAUM, SBN 273333
6   BRENDAN HAMME, SBN 285293
    IRAM HASAN, SBN 320802
7   BARBARA HORNE-PETERSDORF, SBN 327738
    JANE REILLEY, SBN 314766
8   DELBERT TRAN, SBN 323993
    MEGHAN H. STRONG, SBN 324503
9   Deputy Attorneys General
     455 Golden Gate Ave.
10    San Francisco, CA 94102
     Telephone: (415) 510-3877
11    E-mail: Meghan.Strong@doj.ca.gov
    *Attorneys for Plaintiffs*

12                  IN THE UNITED STATES DISTRICT COURT

13                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17  **GAVIN NEWSOM, IN HIS OFFICIAL
    CAPACITY AS GOVERNOR OF THE STATE OF
18  CALIFORNIA; STATE OF CALIFORNIA,**          Case No. 3:25-cv-04870-CRB

19                              Plaintiffs,     **DECLARATION OF SEAN DURYEE**

20          v.

21
    **DONALD TRUMP, IN HIS OFFICIAL
22  CAPACITY AS PRESIDENT OF THE UNITED
    STATES; PETE HEGSETH, IN HIS OFFICIAL
23  CAPACITY AS SECRETARY OF THE
    DEPARTMENT OF DEFENSE; U.S.
24  DEPARTMENT OF DEFENSE,**

25                              Defendants.

26

27

28

                                        1

# DECLARATION OF SEAN DURYEE

I, Sean Duryee, declare as follows:

1. I am over the age of 18 years and a U.S. citizen. I know the following facts based on my own personal knowledge and on my review of information and records gathered by California Highway Patrol (CHP) staff in the ordinary course of business. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am employed by the CHP as a law enforcement officer. I graduated from the CHP Academy in October of 1998 and have been continuously employed since that time as a member of the CHP. I have worked in three different field divisions including the Valley, Northern and Golden Gate Divisions. I have held the rank of officer, sergeant, lieutenant, captain, assistant chief, chief, assistant commissioner, and deputy commissioner. I currently serve as the Commissioner of the CHP.

3. As the Commissioner, I have command and responsibility of the CHP, the largest state law enforcement agency in the United States. I have held this position for 2 years and 9 months. I have served as a police officer in California for more than 27 years. I have extensive experience and training in mitigating civil unrest. I have held positions on Special Response Teams (SRT) as a supervisor, platoon leader, and commander. Throughout my career, I have deployed numerous times to civil unrest or violent protests.

4. During the June 2025 civil unrest in Los Angeles, I communicated regularly and coordinated with the Chief of the Los Angeles Police Department (LAPD) and the Sheriff of the Los Angeles Sheriff's Department (LASD) to ensure adequate law enforcement resources were deployed to restore order, enforce the law, and protect protestors' First Amendment rights. I was personally present at the protests in Los Angeles from the night of Sunday, June 8, 2025, to Wednesday, June 11, 2025. The protests in Los Angeles were not unlike other protests I have

2

1   experienced in California. Local and State law enforcement resources were

2   sufficient to restore order, enforce the law, protect life and property, and allow

3   Californians to exercise their Constitutional right to protest.

4      5.   My prior June 19 and August 28, 2025 declarations submitted to the

5   Court in this matter describe the extensive response of CHP and local law

6   enforcement agencies to the June 2025 Los Angeles-area protests, including their

7   work to protect federal property and personnel. In particular, those declarations

8   explain that over four thousand officers from LAPD, LASD, CHP, and neighboring

9   local law enforcement agencies responded to protest-related incidents from June 6

10  to June 19, 2025, many of which were mobilized pursuant to California's Law

11  Enforcement Mutual Aid System. Those declarations also describe the CHP

12  resources dedicated to the June 2025 Los Angeles-area protests, including specially

13  trained SRTs drawn from five different CHP Divisions around the state and other

14  specialized units.

15     6.   Since the June 2025 protests, in my role as CHP Commissioner I have

16  continued to receive regular reports from CHP field executives in the Los Angeles

17  area. I have also communicated with the local law enforcement leadership, as have

18  the CHP field executives who report to me.

19     7.   Although there have been a handful of recent arrests based on conduct

20  that occurred during the June 2025 protests, I am not aware of arrests resulting from

21  protest activities in the Los Angeles area occurring after June 19. Additionally, I am

22  unaware of any requests for assistance or mutual aid requests from federal agencies

23  or local law enforcement agencies related to large-scale protest activities in the Los

24  Angeles area since June 19, 2025. Local CHP personnel monitored the No Kings

25  protests in the Los Angeles area on October 18, 2025, but the events of that day did

26  not require me to direct deployment of resources from other CHP Divisions.

27     8.   Since June 19, 2025, I have not received reports or notification of any

28  significant protest-related violence or property destruction in or around Los

1  Angeles. Based on my regular communication with the leadership of local law
2  enforcement agencies, as well as my field executives in Southern California, if
3  there were other such incidents I would expect to be aware of them.

4      9.    CHP stands ready to respond to any future significant protest activities
5  anywhere in California, including in the Los Angeles area, with all the resources
6  previously described above.

7

8      I declare under penalty of perjury under the laws of the United States that the
9  foregoing is true and correct.

10

11      Executed on November 13, 2025, in Sacramento, California.

12

13                                      _____
14                                      Sean Duryee, Commissioner,
                                        California Highway Patrol
15
16
17
18
19
20
21
22
23
24
25
26
27
28