IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al., | ) |
|     *Plaintiffs,* | ) ) ) ) Case No. 3:25-cv-04870-CRB |
| v. | ) ) |
| DONALD J. TRUMP, et al., | ) ) |
|     *Defendants.* | ) |

DECLARATION OF COLONEL EDWARD SAUTER

I, Colonel Edward Sauter, hereby state and declare as follows:

1.     I am currently the Chief of Operations for United States Army North (ARNORTH), which is the Army Service Component Command (ASCC) of the United States Northern Command (USNORTHCOM). I have held this position since January 2024. I have served as a commissioned Army Officer for more than 23 years. My current responsibilities include overseeing the daily operations of ARNORTH, as well as the aviation and personnel recovery operations. This declaration is based on my personal knowledge, as well as information made available to me during the routine execution of my official duties.

2.     USNORTHCOM is one of the Department of War's (DoW) eleven unified combatant commands. Its mission includes providing command and control of DoW homeland defense efforts and coordinating defense support of civil authorities. ARNORTH supports USNORTHCOM in its mission as the ASCC and Joint Forces Land Component Command for USNORTHCOM.

3.     When federalized, members of a state's National Guard serve pursuant to Title 10 of the United States Code under the command of the President and the Secretary of War. Relevant to

1

this case, Commander USNORTHCOM has delegated operational control of members of the California, Illinois, Oregon, and Texas National Guards who are in a Title 10 status in support of ARNORTH.

4.  Since June 7, 2025, some members of the California Army National Guard (CAARNG) have been federalized due to the "[n]umerous incidents of violence and disorder . . . in response to the enforcement of Federal law by U.S. Immigration and Customs Enforcement (ICE) and other United States Government personnel who are performing Federal functions and supporting the faithful execution of Federal Immigration laws." *See* June 7 Memorandum, *Department of Defense (DoD) Security for Protection of Homeland Security (DHS) Functions* (June 7, 2025).

5.  As recently as June 17, 2025, approximately 4,119 CAARNG members were mobilized in a Title 10 status, and those Guardsmen, as well as 821 active-duty United States Marines, were conducting operations in support of the Federal Protection Mission (FPM) in the State of California. After the subsequent decrease in FPM requirements in the State of California, the Secretary of War directed the immediate drawdown of forces in Los Angeles on or about July 30, 2025, to approximately 300. Later, approximately 200 of these Guardsmen were moved to Oregon to assist with a FPM there.

6.  Before undertaking any FPM, federalized members of the Oregon and Illinois Army National Guards were required to undergo Civil Disturbance Operations (CDO) training, among other training, to be qualified to perform anticipated mission taskings. CDO training ensures that the federalized National Guard members are proficient in crowd control techniques that will ensure their safety as well as the safety of the protestors. This training includes de-escalation, display of presence, and how to safely move back protestors who fail to abide by law enforcement lawful orders to vacate Federal properties to ensure the safety of the Federal

properties, as well as of individual National Guard members, DoW members, Federal law enforcement officers, and protestors.

7.      Since members of the federalized CAARNG have recent experience with CDO tasks, among other training, ARNORTH determined that ordering fifteen federalized members of the CAARNG to Oregon would facilitate proper, experience-based CDO training for the federalized members of the Oregon National Guard.  The decision to use these fifteen federalized members of the CAARNG outside of California to provide efficient and experience-based CDO training to federalized members of the Oregon and Illinois Army National Guards does not negate or diminish the mission requirements for federalized members of the CAARNG in California. Rather, given the limited personnel resources available, ARNORTH determined that these fifteen federalized members of the CAARNG should be deployed to efficiently train federalized members of other state National Guards on FPMs outside of California.

8.      Later, fourteen of the fifteen federalized members of the CAARNG who were sent to train the Oregon Army National Guard in Portland were sent to Illinois to provide CDO training, among other training, to the federalized members of the Illinois Army National Guard. The fifteenth member of the CAARNG remained in Portland as an advisor. By October 18, 2025, all fifteen federalized members of the CAARNG had returned to California.

9.      Since the movement of some federalized members of the CAARNG from Los Angeles, California, to Portland, Oregon, the remaining approximately 100 federalized members of the CAARNG continue to be staged at various locations throughout Los Angeles providing rapid response protection support to federal facilities, functions, and personnel.  These troops have also been supporting a DHS request for assistance mission by providing perimeter security at the

Roybal Federal Building in Los Angeles, which has been the focus of various protest activities in the past few months.

10. As of today, approximately 300 members of the CAARNG are on Title 10 orders through January 31, 2026. Further, in response to recent guidance from the DoW, 200 of those members will be released early. Precise numbers and dates for these releases are still being determined. With respect to the CAARNG, these troop adjustments will result in a trained and ready task force of approximately 100 troops in the Los Angeles area to continue to perform the FPM.

11. When operations in support of the FPM in any state near their end, several key timelines are implicated. First, contracting closeout and site clearance begin approximately one to two weeks ahead of the end of the mission. Second, federalized members of the Army National Guard begin a demobilization process lasting approximately seven days before their Title 10 orders expire. Third, before final demobilization most federalized members are likely to take advantage of any leave entitlements they may have accrued during mobilization. Altogether, the demobilization process may take up to two weeks since it involves travel from the current duty location to a demobilization site and includes mandatory medical and behavioral health screenings to document and safeguard the troops medical entitlements, equipment turn-in, and several other personnel and finance briefings.

12. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

        COLONEL EDWARD SAUTER
        CHIEF OF OPERATIONS
        U.S. ARMY NORTH