IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-04870-CRB<br><br>**ORDER SETTING HEARING ON PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** |

A hearing will be conducted on Plaintiffs' Renewed Motion for Preliminary Injunction (dkt. 212) on Friday, December 5, 2025, at 10:00 AM.  The parties may appear in person or by Zoom.

**IT IS SO ORDERED.**

Dated: November 24, 2025

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Judge