BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
TIBERIUS DAVIS (DC Bar No. 90020605)
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to Assistant Attorney General
MICHAEL G. GERARDI (DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
KATHLEEN C. JACOBS (TX Bar No. 24091154)
J. STEPHEN TAGERT (VA Bar No. 99641)
KIAN K. AZIMPOOR (DC Bar No. 90024613)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-0860
kian.k.azimpoor@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*,<br><br>       *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>       *Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

1    Pursuant to Local Rules 6-1(b), 6-2(a), and 7-12, Defendants respectfully request that the

2  Court extend their deadline to respond to Plaintiffs' complaint from December 1, 2025 to December

3  5, 2025, in light of the Thanksgiving holiday and delays caused by the U.S. Department of Justice's

4  previous lapse in appropriations. Defendants have conferred with counsel for Plaintiffs, and Plaintiffs'

5  counsel indicated that Plaintiffs consent to the relief requested herein.

6    Defendants respectfully request that the Court extend their response deadline by four days

7  until December 5, 2025. The requested extension would not unduly delay this matter or affect any

8  other deadlines.  A proposed order is attached.

9    Dated:  November 25, 2025                    Respectfully submitted,

10                                                       BRETT A. SHUMATE
                                                          Assistant Attorney General
11                                                       Civil Division

12                                                       ERIC J. HAMILTON
                                                          Deputy Assistant Attorney General
13                                                       Federal Programs Branch

14                                                       ALEXANDER K. HAAS
15                                                       Director, Federal Programs Branch

16                                                       JEAN LIN
17                                                       Special Litigation Counsel

18                                                       TIBERIUS DAVIS
                                                          JOHN BAILEY
19                                                       Counsel to Assistant Attorney General

20                                                       */s/ Kian K. Azimpoor*
                                                          MICHAEL G. GERARDI
21                                                       Senior Trial Counsel
                                                          CHRISTOPHER EDELMAN
22                                                       Senior Counsel
                                                          KATHLEEN C. JACOBS
23                                                       J. STEPHEN TAGERT
                                                          KIAN K. AZIMPOOR
24                                                       Trial Attorneys
                                                          U.S. Department of Justice
25                                                       Civil Division, Federal Programs Branch
                                                          1100 L Street, NW
26                                                       Washington, DC 20005
27                                                       Telephone: (202) 598-0860

28

3:25-cv-04870-CRB Stipulated Extension of Time to Respond to Plaintiffs' Complaint

kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*

3:25-cv-04870-CRB Stipulated Extension of Time to Respond to Plaintiffs' Complaint