# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States of America, et al., <br><br> *Defendants*. | Case No. 3:25-cv-04870-CRB <br><br> **[Proposed] ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Before the Court is the Defendants' Stipulated Extension of Time to Respond to Plaintiffs' Complaint. After reviewing the Motion and good cause having been shown, the motion is hereby GRANTED. Defendants shall respond to Plaintiff's complaint on or before December 5, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                        HON. CHARLES R. BREYER
                                                        United States District Judge