BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
TIBERIUS DAVIS (DC Bar No. 90020605)
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to Assistant Attorney General
MICHAEL G. GERARDI (DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
KATHLEEN C. JACOBS (TX Bar No. 24091154)
J. STEPHEN TAGERT (VA Bar No. 99641)
KIAN K. AZIMPOOR (DC Bar No. 90024613)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-0860
kian.k.azimpoor@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**: ORDER |

Pursuant to Local Rules 6-1(b), 6-2(a), and 7-12, Defendants respectfully request that the Court extend their deadline to respond to Plaintiffs' complaint from December 1, 2025 to December 5, 2025, in light of the Thanksgiving holiday and delays caused by the U.S. Department of Justice's previous lapse in appropriations. Defendants have conferred with counsel for Plaintiffs, and Plaintiffs' counsel indicated that Plaintiffs consent to the relief requested herein.

Defendants respectfully request that the Court extend their response deadline by four days until December 5, 2025. The requested extension would not unduly delay this matter or affect any other deadlines. A proposed order is attached.

Dated: November 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

TIBERIUS DAVIS
JOHN BAILEY
Counsel to Assistant Attorney General

*/s/ Kian K. Azimpoor*
MICHAEL G. GERARDI
Senior Trial Counsel
CHRISTOPHER EDELMAN
Senior Counsel
KATHLEEN C. JACOBS
J. STEPHEN TAGERT
KIAN K. AZIMPOOR
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-0860

kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*

3

3:25-cv-04870-CRB Stipulated Extension of Time to Respond to Plaintiffs' Complaint

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>[~~Proposed~~] **ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Before the Court is the Defendants' Stipulated Extension of Time to Respond to Plaintiffs' Complaint. After reviewing the Motion and good cause having been shown, the motion is hereby GRANTED. Defendants shall respond to Plaintiff's complaint on or before December 5, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 1, 2025

_____
HON. CHARLES R. BREYER
United States District Judge