**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN, SBN 222993
THOMAS S. PATTERSON, SBN 202890
Senior Assistant Attorneys General
ANYA M. BINSACCA, SBN 189613
MARISSA MALOUFF, SBN 316046
JAMES E. STANLEY, SBN 316288
Supervising Deputy Attorneys General
JESSE BASBAUM, SBN 273333
BRENDAN HAMME, SBN 285293
IRAM HASAN, SBN 320802
BARBARA HORNE-PETERSDORF, SBN 327738
DELBERT TRAN, SBN 323993
JANE REILLEY, SBN 314766
MEGHAN H. STRONG, SBN 324503
Deputy Attorneys General
 455 Golden Gate Ave.
 San Francisco, CA 94102
 Telephone: (415) 510-3877
 E-mail: Meghan.Strong@doj.ca.gov
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | NO. 3:25-cv-04870-CRB<br><br>**NOTICE OF SUBMISSION REGARDING PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to the Court's request during the December 5, 2025 hearing on Plaintiffs' renewed motion for preliminary injunction, Plaintiffs hereby submit the December 2, 2025 press release issued by the U.S. Attorney's Office for the Central District of California entitled "Koreatown Man Charged with Throwing Molotov Cocktails Inside Federal Building in Downtown Los Angeles."  The press release is publicly available on the U.S. Department of Justice's website[1] and is attached hereto as Exhibit 1.

---

[1] *See* https://www.justice.gov/usao-cdca/press-releases.

Dated: December 5, 2025

Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
JESSE BASBAUM
BRENDAN HAMME
IRAM HASAN
BARBARA HORNE-PETERSDORF
JANE REILLEY
DELBERT TRAN
Deputy Attorneys General

*/s/ Meghan Strong*

MEGHAN H. STRONG
Deputy Attorney General
  455 Golden Gate Ave.
  San Francisco, CA 94102
  Telephone: (415) 510-3877
  E-mail: Meghan.Strong@doj.ca.gov

*Attorneys for Plaintiffs*

# EXHIBIT 1



**PRESS RELEASE**

# Koreatown Man Charged with Throwing Two Molotov Cocktails Inside Federal Building in Downtown Los Angeles

Tuesday, December 2, 2025

**For Immediate Release**

U.S. Attorney's Office, Central District of California

LOS ANGELES – A Koreatown man was charged today with throwing Molotov cocktails at security officers inside a federal building in downtown Los Angeles, an attack law enforcement believes was motivated by anti-immigration enforcement sentiment.

Jose Francisco Jovel, 54, was arrested Monday and is charged with attempted malicious damage of federal property.

Jovel is expected to make his initial appearance on Wednesday in United States District Court in Los Angeles.

"This case exemplifies how misleading and hateful rhetoric against federal law enforcement can and does result in violence," said First Assistant United States Attorney Bill Essayli. "Irresponsible rhetoric by politicians and activists have real-world consequences. It must stop."

"There can be zero tolerance for any targeting of law enforcement officials – let alone violent acts – and we're lucky that the devices allegedly thrown by the subject did not physically injure anyone," said Akil Davis, the Assistant Director in Charge of the FBI's Los Angeles Field Office. "The FBI's Joint Terrorism Task Force is dedicated to investigating and holding accountable anyone who conducts targeted attacks against government employees."

According to an affidavit filed with the complaint, Jovel – who hours earlier had set his Koreatown apartment on fire after receiving an eviction notice – arrived Monday morning at the Federal Building, located in the Civic Center of downtown Los Angeles. Jovel arrived outside the building with multiple shopping bags. The Federal Building houses offices for several federal agencies, including United States Immigration and Customs Enforcement (ICE).

While standing at the base of the stairs outside the building's main entrance, Jovel reached into one of the bags on his bicycle's handlebars and then threw a Molotov cocktail through the building's sliding door, which was open at the time, and is marked as an employee entrance.

Jovel then threw another Molotov cocktail through the then-open door of the Federal Building's public entrance, where a line of members of the public were waiting to go through security to enter the building.

Evidence collected from the scene, including surveillance video, indicates Jovel attempted to light at least one of the devices.

Federal officers immediately arrested Jovel then searched the bags he brought with him, which included a lighter and five additional Molotov cocktails. During his arrest, Jovel said he was motivated by his anger at the federal government of its immigration policies and actions.

Jovel described his actions as "a terrorist attack" and said to the officers, "you're separating families" – a remark commonly made by opponents of current United States government immigration policies. He then yelled for people to "start shooting these," referring to the officers.

*A complaint contains allegations that a defendant has committed a crime. Every defendant is presumed to be innocent until and unless proven guilty beyond a reasonable doubt in court.*

If convicted, Jovel would face a mandatory minimum sentence of five years in federal prison and a statutory maximum sentence of 20 years in federal prison.

The FBI is investigating this matter with assistance from the Federal Protective Service, the Bureau of Alcohol, Tobacco, Firearms and Explosives, Homeland Security Investigations, the Los Angeles Police Department, and the Los Angeles Fire Department.

Assistant United States Attorney Jenna W. Long of the National Security Division is prosecuting this case.

## Contact

Ciaran McEvoy
Public Information Officer
ciaran.mcevoy@usdoj.gov
(213) 894-4465

*Updated December 2, 2025*

## Topics

IMMIGRATION

VIOLENT CRIME

## Component

USAO - California, Central

Press Release Number: 25-268

## Related Content

**PRESS RELEASE**

## Former Laguna Niguel Resident Found Guilty of Threatening to Kill Judge Who Presided Over His Family Law Case

A former Orange County resident was found guilty by a jury today of threatening to kill a superior court judge who presided over his family law case.

December 4, 2025

**PRESS RELEASE**

## CEO of L.A.-Based Childcare Company and Camp Counselor Charged with More Than a Dozen Child Sexual Exploitation Crimes

A federal grand jury today charged a childcare program CEO, camp counselor, and private babysitter in a 16-count indictment with using his positions of authority to sexually exploit at least...

November 25, 2025

**PRESS RELEASE**

## Central Coast Man Arraigned on Federal Grand Jury Indictment Charging Him with Making Threats to Bomb Synagogues

A San Luis Obispo County man was arraigned today on a three-count federal grand jury indictment charging him with threatening via social media last summer to bomb every synagogue within...

November 25, 2025

## Central District of California

312 N. Spring St. Suite 1200

Los Angeles, CA 90012

Phone: (213) 894-2400

Fax: (213) 894-0141