IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>　　　　　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>　　　　　　　　　　　　*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

　　　Before the Court is Defendants' Motion to Dismiss (the "Motion"). After reviewing the Motion and the full record thereto and good cause having been shown, it is hereby ordered that the Motion is GRANTED.

　　　SO ORDERED.

Dated: 　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge