| | |
|---|---|
| From: | notification@pay.gov |
| To: | Alexis Beard |
| Subject: | Pay.gov Payment Confirmation: NDCA (California Northern) Civil and Criminal Bonds and Other Payments |
| Date: | Wednesday, December 10, 2025 1:17:17 PM |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact CAND Finance at (415) 522-4621 or CAND_Finance@cand.uscourts.gov.

Application Name: NDCA (California Northern) Civil and Criminal Bonds and Other Payments
Pay.gov Tracking ID: 27TPURQD
Agency Tracking ID: 77236134419
Transaction Type: Sale
Transaction Date: 12/10/2025 04:17:09 PM EST
Account Holder Name: Alexis Beard
Transaction Amount: $100.00
Card Type: Visa
Card Number: ************2637

Defendant or Party Name: Gavin Newsom undefined
Case Number: DCAN25004870-
Payer's Name: Alexis Beard
Payer's Address, City, State, Zip: 300 S. Spring Street, Suite 1702, Los Angeles, CA, 90013
Payer's Telephone: (213) 268-6518
Payer's Email: alexis.beard@doj.ca.gov
Type of Payment: Civil Bond

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.



Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service