BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
TIBERIUS DAVIS (DC Bar No. 90020605)
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to Assistant Attorney General
MICHAEL G. GERARDI (DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER EDELMAN (DC Bar No. 1033486)
Senior Counsel
JODY LOWENSTEIN (MT Bar No. 55816869)
KATHLEEN C. JACOBS (TX Bar No. 24091154)
J. STEPHEN TAGERT (VA Bar No. 99641)
KIAN K. AZIMPOOR (DC Bar No. 90024613)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5486
stephen.tagert@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's December 10, 2025 Order (ECF No. 225) granting a preliminary injunction to Plaintiffs under Rule 65.

| | |
|---|---|
| Dated: December 11, 2025 | Respectfully submitted,<br><br>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Federal Programs Branch<br>(CA Bar No. 296283)<br><br>ALEXANDER K. HAAS<br>(CA Bar No. 220932)<br>Director, Federal Programs Branch<br><br>JEAN LIN (NY Bar No. 4074530)<br>Special Litigation Counsel<br><br>TIBERIUS DAVIS (DC Bar No. 90020605)<br>JOHN BAILEY (Ohio Bar No. 104260)<br>Counsel to Assistant Attorney General<br><br>*/s/ J. Stephen Tagert*<br>Trial Attorney<br>MICHAEL G. GERARDI<br>(DC Bar No. 1017949)<br>Senior Trial Counsel<br>CHRISTOPHER EDELMAN<br>(DC Bar No. 1033486)<br>Senior Counsel<br>JODY LOWENSTEIN (MT Bar No. 55816869)<br>KATHLEEN C. JACOBS (TX Bar No. 24091154)<br>J. STEPHEN TAGERT (VA Bar No. 99641)<br>KIAN KEVIN AZIMPOOR (DC Bar No. 90024613)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Telephone: (202) 305-5486<br>stephen.tagert@usdoj.gov<br>*Attorneys for Defendants* |

Notice of Appeal
3:25-cv-4870-CRB