| | |
|---|---|
| **ROB BONTA**, SBN 202668<br>Attorney General of California<br>MICHAEL L. NEWMAN, SBN 222993<br>THOMAS S. PATTERSON, SBN 202890<br>Senior Assistant Attorneys General<br>ANYA M. BINSACCA, SBN 189613<br>MARISSA MALOUFF, SBN 316046<br>JAMES E. STANLEY, SBN 316288<br>Supervising Deputy Attorneys General<br>JESSE BASBAUM, SBN 273333<br>BRENDAN HAMME, SBN 285293<br>IRAM HASAN, SBN 320802<br>BARBARA HORNE-PETERSDORF, SBN 327738<br>JANE REILLEY, SBN 314766<br>MEGHAN H. STRONG, SBN 324503<br>DELBERT TRAN, SBN 323993<br>Deputy Attorneys General<br>  455 Golden Gate Ave.<br>  San Francisco, CA 94102<br>  Telephone: (415) 229-0110<br>  E-mail: Delbert.Tran@doj.ca.gov<br>*Attorneys for Plaintiffs* | BRETT A. SHUMATE<br>Assistant Attorney General<br>ERIC J. HAMILTON (CA Bar No. 296283)<br>Deputy Assistant Attorney General<br>ALEXANDER K. HAAS (CA Bar No. 220932)<br>Branch Director<br>JEAN LIN (NY Bar No. 4074530)<br>Special Litigation Counsel<br>TIBERIUS DAVIS (DC Bar No. 90020605)<br>JOHN BAILEY (Ohio Bar No. 104260)<br>Counsel to Assistant Attorney General<br>Michael G. Gerardi (DC Bar No. 1017949)<br>Senior Trial Counsel<br>CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)<br>Senior Counsel<br>JODY LOWENSTEIN (MT Bar No. 55816869)<br>KATHLEEN C. JACOBS (TX Bar No. 24091154)<br>KIAN K. AZIMPOOR (DC Bar No. 90024613)<br>J. STEPHEN TAGERT (VA Bar No. 99641)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>  1100 L Street, NW<br>  Washington, DC 20005<br>  Telephone: (202) 305-5486<br>  Email: stephen.tagert@usdoj.gov<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM**, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP**, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; **PETE HEGSETH**, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**STIPULATED MOTION TO EXTEND TIME FOR (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND (2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

1

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b), 6-2, and 7-12, the parties hereby file this stipulated motion for a Court Order to extend the deadlines for Plaintiffs' Opposition to Defendants' Motion to Dismiss and Defendants' Reply in Support of Defendants' Motion to Dismiss.  In support of this stipulation, Plaintiffs submit the following:

1. On December 5, 2025, Defendants filed their Motion to Dismiss Plaintiffs' Complaint.  ECF No. 221.

2. Under Local Rules 7-3(a) and (c), Plaintiffs' Opposition to the Motion to Dismiss is currently due on December 19, 2025, and Defendants' Reply is currently due on December 26, 2025.

3. Both parties seek an extension of these briefing deadlines due to the holiday season and counsel's competing deadlines in other matters.

4. This extension of time will not unduly delay the Court's ability to proceed in this matter.

For the reasons above, the parties submit this stipulated request for a Court Order: (1) extending the deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss by 30 days; and (2) extending the deadline for Defendants' Reply Brief in Support of Defendants' Motion to Dismiss by 7 days.  Accordingly, the Parties' stipulated request asks the Court to order Plaintiffs' Opposition to Defendants' Motion to Dismiss to be filed by January 20, 2026, and Defendants' Reply in Support of Defendants' Motion to Dismiss to be filed by February 3, 2026.[1]

---

[1] Thirty days after December 19, 2025 falls on January 19, 2026, which is a court holiday. Accordingly, under Federal Rule of Civil Procedure 6(a)(1)(C), the parties' stipulation seeks to extend the deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss to January 20, 2026.

1

STIPULATED MOTION TO EXTEND TIME FOR: (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND (2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

| | | |
|---|---|---|
| 1 | Dated: December 16, 2025 | Respectfully submitted, |
| 2 | | **ROB BONTA** |
| | | Attorney General of California |
| 3 | | MICHAEL L. NEWMAN |
| | | THOMAS S. PATTERSON |
| 4 | | Senior Assistant Attorneys General |
| | | ANYA M. BINSACCA |
| 5 | | MARISSA MALOUFF |
| | | JAMES E. STANLEY |
| 6 | | Supervising Deputy Attorneys General |
| | | JESSE BASBAUM |
| 7 | | BRENDAN HAMME |
| | | IRAM HASAN |
| 8 | | BARBARA HORNE-PETERSDORF |
| | | JANE REILLEY |
| 9 | | MEGHAN STRONG |
| | | Deputy Attorneys General |
| 10 | | |
| 11 | | */s/ Delbert Tran*_____ |
| 12 | | DELBERT TRAN |
| | | Deputy Attorney General |
| 13 | |   455 Golden Gate Avenue |
| | |   San Francisco, CA 94102 |
| 14 | |   Telephone: (415) 229-0110 |
| | |   E-mail: Delbert.Tran@doj.ca.gov |
| 15 | | *Attorneys for Plaintiffs* |
| 16 | | |
| 17 | |   BRETT A. SHUMATE |
| | |   Assistant Attorney General |
| 18 | |   Civil Division |
| 19 | |   ERIC J. HAMILTON |
| | |   Deputy Assistant Attorney General |
| 20 | |   Federal Programs Branch |
| 21 | |   ALEXANDER K. HAAS |
| | |   Director, Federal Programs Branch |
| 22 | |   JEAN LIN |
| 23 | |   Special Litigation Counsel |
| 24 | |   Tiberius Davis |
| | |   John Bailey |
| 25 | |   Counsel to Assistant Attorney General |
| 26 | |   Michael G. Gerardi |
| | |   Senior Trial Counsel |
| 27 | |   CHRISTOPHER D. EDELMAN |
| 28 | |   Senior Counsel |

2

STIPULATED MOTION TO EXTEND TIME FOR: (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND (2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

1  Jody Lowenstein
   Kathleen C. Jacobs
2  Kian K. Azimpoor

3  */s/ J. Stephen Tagert*

4  J. Stephen Tagert
   Trial Attorneys
5  U.S. Department of Justice
   Civil Division, Federal Programs Branch
6  1100 L Street, NW
   Washington, DC 20005
7  Telephone: (202) 305-5486
   Email: stephen.tagert@usdoj.gov
8  *Attorneys for Defendants*

3

STIPULATED MOTION TO EXTEND TIME FOR: (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND (2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS