| | |
|---|---|
| **ROB BONTA**, SBN 202668<br>Attorney General of California<br>MICHAEL L. NEWMAN, SBN 222993<br>THOMAS S. PATTERSON, SBN 202890<br>Senior Assistant Attorneys General<br>ANYA M. BINSACCA, SBN 189613<br>MARISSA MALOUFF, SBN 316046<br>JAMES E. STANLEY, SBN 316288<br>Supervising Deputy Attorneys General<br>JESSE BASBAUM, SBN 273333<br>BRENDAN HAMME, SBN 285293<br>IRAM HASAN, SBN 320802<br>BARBARA HORNE-PETERSDORF, SBN 327738<br>JANE REILLEY, SBN 314766<br>MEGHAN H. STRONG, SBN 324503<br>DELBERT TRAN, SBN 323993<br>Deputy Attorneys General<br>  455 Golden Gate Ave.<br>  San Francisco, CA 94102<br>  Telephone: (415) 229-0110<br>  E-mail: Delbert.Tran@doj.ca.gov<br>*Attorneys for Plaintiffs* | BRETT A. SHUMATE<br>Assistant Attorney General<br>ERIC J. HAMILTON (CA Bar No. 296283)<br>Deputy Assistant Attorney General<br>ALEXANDER K. HAAS (CA Bar No. 220932)<br>Branch Director<br>JEAN LIN (NY Bar No. 4074530)<br>Special Litigation Counsel<br>TIBERIUS DAVIS (DC Bar No. 90020605)<br>JOHN BAILEY (Ohio Bar No. 104260)<br>Counsel to Assistant Attorney General<br>Michael G. Gerardi (DC Bar No. 1017949)<br>Senior Trial Counsel<br>CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)<br>Senior Counsel<br>JODY LOWENSTEIN (MT Bar No. 55816869)<br>KATHLEEN C. JACOBS (TX Bar No. 24091154)<br>KIAN K. AZIMPOOR (DC Bar No. 90024613)<br>J. STEPHEN TAGERT (VA Bar No. 99641)<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>  1100 L Street, NW<br>  Washington, DC 20005<br>  Telephone: (202) 305-5486<br>  Email: stephen.tagert@usdoj.gov<br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM**, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; **STATE OF CALIFORNIA**,<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP**, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; **PETE HEGSETH**, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; **U.S. DEPARTMENT OF DEFENSE**,<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR: (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND (2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

1

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR:
(1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND
(2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Before the Court is the parties' Stipulated Motion to Extend Time for: (1) Plaintiffs' Opposition to Defendants' Motion to Dismiss; and (2) Defendants' Reply in Support of Defendants' Motion to Dismiss. After reviewing the Motion and good cause having been shown, it is hereby ordered that:

- Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss by January 20, 2026; and
- Defendants shall file their Reply in Support of Defendants' Motion to Dismiss by February 3, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
HON. CHARLES R. BREYER
United States District Judge

1

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR:
(1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND
(2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS