| | |
|---|---|
| **ROB BONTA**, SBN 202668 | BRETT A. SHUMATE |
| Attorney General of California | Assistant Attorney General |
| MICHAEL L. NEWMAN, SBN 222993 | ERIC J. HAMILTON (CA Bar No. 296283) |
| THOMAS S. PATTERSON, SBN 202890 | Deputy Assistant Attorney General |
| Senior Assistant Attorneys General | ALEXANDER K. HAAS (CA Bar No. 220932) |
| ANYA M. BINSACCA, SBN 189613 | Branch Director |
| MARISSA MALOUFF, SBN 316046 | JEAN LIN (NY Bar No. 4074530) |
| JAMES E. STANLEY, SBN 316288 | Special Litigation Counsel |
| Supervising Deputy Attorneys General | TIBERIUS DAVIS (DC Bar No. 90020605) |
| JESSE BASBAUM, SBN 273333 | JOHN BAILEY (Ohio Bar No. 104260) |
| BRENDAN HAMME, SBN 285293 | Counsel to Assistant Attorney General |
| IRAM HASAN, SBN 320802 | Michael G. Gerardi (DC Bar No. 1017949) |
| BARBARA HORNE-PETERSDORF, SBN 327738 | Senior Trial Counsel |
| JANE REILLEY, SBN 314766 | CHRISTOPHER D. EDELMAN (DC Bar No. 1033486) |
| MEGHAN H. STRONG, SBN 324503 | Senior Counsel |
| DELBERT TRAN, SBN 323993 | JODY LOWENSTEIN (MT Bar No. 55816869) |
| Deputy Attorneys General | KATHLEEN C. JACOBS (TX Bar No. 24091154) |
|   455 Golden Gate Ave. | KIAN K. AZIMPOOR (DC Bar No. 90024613) |
|   San Francisco, CA 94102 | J. STEPHEN TAGERT (VA Bar No. 99641) |
|   Telephone: (415) 229-0110 | Trial Attorneys |
|   E-mail: Delbert.Tran@doj.ca.gov | U.S. Department of Justice |
| *Attorneys for Plaintiffs* | Civil Division, Federal Programs Branch |
| |   1100 L Street, NW |
| |   Washington, DC 20005 |
| |   Telephone: (202) 305-5486 |
| |   Email: stephen.tagert@usdoj.gov |
| | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR: (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND (2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

1

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR:
(1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND
(2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

1 | Before the Court is the parties' Stipulated Motion to Extend Time for: (1) Plaintiffs' Opposition to Defendants' Motion to Dismiss; and (2) Defendants' Reply in Support of Defendants' Motion to Dismiss. After reviewing the Motion and good cause having been shown, it is hereby ordered that:

- Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss by January 20, 2026; and
- Defendants shall file their Reply in Support of Defendants' Motion to Dismiss by February 3, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 17, 2025

_____
HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR:
(1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND
(2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS