| | |
|---|---|
| **ROB BONTA** | BRETT A. SHUMATE |
| Attorney General of California | Assistant Attorney General |
| MICHAEL L. NEWMAN, SBN 222993 | ERIC J. HAMILTON (CA Bar No. 296283) |
| THOMAS S. PATTERSON, SBN 202890 | Deputy Assistant Attorney General |
| Senior Assistant Attorneys General | ALEXANDER K. HAAS (CA Bar No. 220932) |
| ANYA M. BINSACCA, SBN 189613 | Branch Director |
| MARISSA MALOUFF, SBN 316046 | JEAN LIN (NY Bar No. 4074530) |
| JAMES E. STANLEY, SBN 316288 | Special Litigation Counsel |
| Supervising Deputy Attorneys General | TIBERIUS DAVIS (DC Bar No. 90020605) |
| JESSE BASBAUM, SBN 273333 | JOHN BAILEY (Ohio Bar No. 104260) |
| BRENDAN HAMME, SBN 285293 | Counsel to Assistant Attorney General |
| IRAM HASAN, SBN 320802 | Michael G. Gerardi (DC Bar No. 1017949) |
| BARBARA HORNE-PETERSDORF, SBN 327738 | Senior Trial Counsel |
| JANE REILLEY, SBN 314766 | CHRISTOPHER D. EDELMAN (DC Bar No. 1033486) |
| MEGHAN H. STRONG, SBN 324503 | Senior Counsel |
| DELBERT TRAN, SBN 323993 | JODY LOWENSTEIN (MT BAR No. 55816869) |
| Deputy Attorneys General | KATHLEEN C. JACOBS (TX BAR No. 24091154) |
| 455 Golden Gate Ave. | KIAN K. AZIMPOOR (DC BAR No. 90024613) |
| San Francisco, CA 94102 | J. STEPHEN TAGERT (VA BAR No. 99641) |
| Telephone: (415) 229-0110 | Trial Attorneys |
| E-mail: Delbert.Tran@doj.ca.gov | U.S. Department of Justice |
| *Attorneys for Plaintiffs* | Civil Division, Federal Programs Branch |
| | 1100 L Street, NW |
| | Washington, DC 20005 |
| | Telephone: (202) 305-5486 |
| | Email: stephen.tagert@usdoj.gov |
| | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM,** IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; **STATE OF CALIFORNIA,** | Case No. 3:25-cv-04870-CRB |
| Plaintiffs, | **STIPULATED MOTION TO STAY DEADLINES FOR: (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND (2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| **DONALD TRUMP,** IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; **PETE HEGSETH,** IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; **U.S. DEPARTMENT OF DEFENSE,** | |
| Defendants. | |

1

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b), 6-2, and 7-12, the parties hereby file this stipulated motion for a Court Order to stay the deadlines for Plaintiffs' Opposition to Defendants' Motion to Dismiss and Defendants' Reply in Support of Defendants' Motion to Dismiss. In support of this stipulation, the parties submit the following:

I.   **PROCEDURAL BACKGROUND**

1. On June 9, 2025, Plaintiffs filed their Complaint in this matter challenging Defendants' federalization and deployment of the California National Guard in Los Angeles. ECF No. 1.

2. On June 12, 2025, the Court issued a Temporary Restraining Order based on Plaintiffs' 10 U.S.C. § 12406 claims. ECF No. 64. That day, Defendants filed a notice of appeal of the Temporary Restraining Order. ECF No. 65. The Ninth Circuit issued a stay of that Temporary Restraining Order pending appeal, *Newsom v. Trump*, 141 F.4th 1032 (9th Cir. 2025), and the appeal of the Temporary Restraining Order remains pending before the Ninth Circuit.

3. On September 2, 2025, the Court entered a Partial Final Judgment in Plaintiffs' favor on Plaintiffs' Posse Comitatus Act Claims. ECF Nos. 176, 182, 186. On September 3, 2025, Defendants filed a notice of appeal of the Court's Partial Final Judgment, ECF No. 187, and the appeal of that Partial Final Judgment remains pending before the Ninth Circuit.

4. On December 10, 2025, the Court granted Plaintiffs' Renewed Motion for a Preliminary Injunction on 10 U.S.C. § 12406 grounds, with respect to Defendants' orders in August and October 2025 extending the federalization of the California National Guard in Los Angeles. ECF No. 225. On December 11, 2025, Defendants filed a notice of appeal of the Preliminary Injunction. ECF No. 228. The appeal of the Preliminary Injunction remains pending before the Ninth Circuit.

5. Currently, appeals of three separate orders in this matter remain pending before the Ninth Circuit—in addition to related, consolidated Ninth Circuit appeals in *Oregon v. Trump*, No. 25-6268 and No. 25-7194, concerning the federalization and deployment of National Guardsmen in Portland, Oregon.

1

STIPULATED MOTION TO STAY DEADLINES FOR: (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND (2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

## II. DEFENDANTS' MOTION TO DISMISS

6. On December 5, 2025, Defendants filed their Motion to Dismiss Plaintiffs' Complaint.  ECF No. 221.

7. On December 16, 2025, the parties filed a stipulated motion to extend deadlines for the Motion to Dismiss briefing, which this Court granted.  ECF Nos. 230-31.  Currently, Plaintiffs' Opposition to the Motion to Dismiss is due on January 20, 2026, and Defendants' Reply is due on February 3, 2026.

## III. THE PARTIES' STIPULATED MOTION TO STAY

8. In light of the Supreme Court's decision on December 23 in *Trump v. Illinois*, 607 U.S. ___ (2025), and the change in posture of the pending appeals before the Ninth Circuit, both parties seek a stay of the Motion to Dismiss briefing pending further guidance from the appeals before the Ninth Circuit in *Newsom v. Trump*, Nos. 25-3727 and 25-7781, and *Oregon v. Trump*, Nos. 25-6268 and 25-7194.

9. Courts may stay proceedings "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

10. This stay of deadlines will not unduly delay the Court's ability to proceed in this matter.  The parties submit that staying briefing on Defendants' Motion to Dismiss—until the Ninth Circuit resolves the various appeals in *Newsom v. Trump*, Nos. 25-3727 and 25-7781, and *Oregon v. Trump*, Nos. 25-6268 and 25-7194, or subject to further order of this Court—would serve the interests of efficiency and judicial economy by avoiding potentially unnecessary litigation.  *See Sarkar v. Garland*, 39 F.4th 611, 618 (9th Cir. 2022) ("[H]alting the proceedings serves . . . efficient resolution . . . to allow action by a different panel or a different forum that will impact the nature of the case pending before us or the basis for our decision."); 16 Charles Alan Wright & Arthur R. Miller, *Federal Practice & Procedure* § 3921.2 (3d ed. 2025) ("[I]t would be advisable for the district court to . . . defer action when it seems reasonably probable that appellate decision of the same question is imminent" or "may change the context of the matters presented").

2

For the reasons above, the parties submit this stipulated request for a Court Order: (1) staying the deadline for Plaintiffs' Opposition to Defendants' Motion to Dismiss and Defendants' Reply Brief in Support of Defendants' Motion to Dismiss, until further order of the Court or until the Ninth Circuit resolves Defendants' appeals in *Newsom v. Trump*, Nos. 25-3727 and 25-7781, and *Oregon v. Trump*, Nos. 25-6268 and 25-7194; and (2) directing the parties—upon an order by this Court or any orders resolving Defendants' appeals in *Newsom v. Trump*, Nos. 25-3727 and 25-7781, and *Oregon v. Trump*, Nos. 25-6268 and 25-7194—to confer and file, within 14 days, a status report containing the parties' joint or separate proposals for further proceedings on Defendants' Motion to Dismiss.

3

STIPULATED MOTION TO STAY DEADLINES FOR: (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND (2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

| | | |
|---|---|---|
| 1 | Dated: January 12, 2026 | Respectfully submitted, |
| 2 | | **ROB BONTA** |
| | | Attorney General of California |
| 3 | | MICHAEL L. NEWMAN |
| | | THOMAS S. PATTERSON |
| 4 | | Senior Assistant Attorneys General |
| | | ANYA M. BINSACCA |
| 5 | | MARISSA MALOUFF |
| | | JAMES E. STANLEY |
| 6 | | Supervising Deputy Attorneys General |
| | | JESSE BASBAUM |
| 7 | | BRENDAN HAMME |
| | | IRAM HASAN |
| 8 | | BARBARA HORNE-PETERSDORF |
| | | JANE REILLEY |
| 9 | | MEGHAN STRONG |
| | | Deputy Attorneys General |
| 10 | | |
| | | */s/* Delbert Tran_____ |
| 11 | | |
| | | DELBERT TRAN |
| 12 | | Deputy Attorney General |
| | | 455 Golden Gate Avenue |
| 13 | | San Francisco, CA 94102 |
| | | Telephone: (415) 229-0110 |
| 14 | | E-mail: Delbert.Tran@doj.ca.gov |
| 15 | | *Attorneys for Plaintiffs* |
| 16 | | |
| 17 | | BRETT A. SHUMATE |
| | | Assistant Attorney General |
| 18 | | Civil Division |
| 19 | | ERIC J. HAMILTON |
| | | Deputy Assistant Attorney General |
| 20 | | Federal Programs Branch |
| 21 | | ALEXANDER K. HAAS |
| | | Director, Federal Programs Branch |
| 22 | | JEAN LIN |
| 23 | | Special Litigation Counsel |
| 24 | | Tiberius Davis |
| | | John Bailey |
| 25 | | Counsel to Assistant Attorney General |
| 26 | | Michael G. Gerardi |
| | | Senior Trial Counsel |
| 27 | | |
| | | CHRISTOPHER D. EDELMAN |
| 28 | | Senior Counsel |

4

|    |                                                        |
|----|--------------------------------------------------------|
| 1  | JODY LOWENSTEIN                                        |
|    | KATHLEEN C. JACOBS                                     |
| 2  | KIAN K. AZIMPOOR                                       |
| 3  | /s/ J. Stephen Tagert                                  |
| 4  | J. STEPHEN TAGERT                                      |
|    | Trial Attorneys                                        |
| 5  | U.S. Department of Justice                             |
|    | Civil Division, Federal Programs Branch                |
| 6  | 1100 L Street, NW                                      |
|    | Washington, DC 20005                                   |
| 7  | Telephone: (202) 305-5486                              |
|    | Email: stephen.tagert@usdoj.gov                        |
| 8  | *Attorneys for Defendants*                             |

5

STIPULATED MOTION TO STAY DEADLINES FOR: (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND (2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS