**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN, SBN 222993
THOMAS S. PATTERSON, SBN 202890
Senior Assistant Attorneys General
ANYA M. BINSACCA, SBN 189613
MARISSA MALOUFF, SBN 316046
JAMES E. STANLEY, SBN 316288
Supervising Deputy Attorneys General
JESSE BASBAUM, SBN 273333
BRENDAN HAMME, SBN 285293
IRAM HASAN, SBN 320802
BARBARA HORNE-PETERSDORF, SBN 327738
JANE REILLEY, SBN 314766
MEGHAN H. STRONG, SBN 324503
DELBERT TRAN, SBN 323993
Deputy Attorneys General
  455 Golden Gate Ave.
  San Francisco, CA 94102
  Telephone: (415) 229-0110
  E-mail:  Delbert.Tran@doj.ca.gov
*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
TIBERIUS DAVIS (DC Bar No. 90020605)
JOHN BAILEY (Ohio Bar No. 104260)
Counsel to Assistant Attorney General
Michael G. Gerardi (DC Bar No. 1017949)
Senior Trial Counsel
CHRISTOPHER D. EDELMAN (DC Bar No. 1033486)
Senior Counsel
JODY LOWENSTEIN (MT BAR No. 55816869)
KATHLEEN C. JACOBS (TX BAR No. 24091154)
KIAN K. AZIMPOOR (DC BAR No. 90024613)
J. STEPHEN TAGERT (VA BAR No. 99641)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
  1100 L Street, NW
  Washington, DC 20005
  Telephone: (202) 305-5486
  Email: stephen.tagert@usdoj.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**<br><br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES FOR: (1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND (2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

1

Before the Court is the parties' Stipulated Motion to Stay Deadlines for: (1) Plaintiffs' Opposition to Defendants' Motion to Dismiss; and (2) Defendants' Reply in Support of Defendants' Motion to Dismiss. After reviewing the Motion and good cause having been shown, it is hereby ordered that:

- The deadlines for Plaintiffs' Opposition to Defendants' Motion to Dismiss and Defendants' Reply Brief in Support of Defendants' Motion to Dismiss are stayed, until further order of the Court or until the Ninth Circuit resolves Defendants' appeals in *Newsom v. Trump*, Nos. 25-3727 and 25-7781, and *Oregon v. Trump*, Nos. 25-6268 and 25-7194; and

- Upon further order of this Court, or after the Ninth Circuit resolves Defendants' pending appeals in *Newsom v. Trump*, Nos. 25-3727 and 25-7781, and *Oregon v. Trump*, Nos. 25-6268 and 25-7194, the parties shall confer and file, within 14 days, a status report containing the parties' joint or separate proposals for further proceedings on Defendants' Motion to Dismiss.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO STAY DEADLINES FOR:
(1) PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; AND
(2) DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS