BRETT A. SHUMATE
Assistant Attorney General
ERIC J. HAMILTON (CA Bar No. 296283)
Deputy Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Federal Programs Branch Director
JEAN LIN (NY Bar No. 4074530)
Special Litigation Counsel
GARRY D. HARTLIEB (IL Bar No. 6322571)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (757) 441-3173
garry.hartlieb@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America, et al.,<br><br>*Defendants*. | Case No. 3:25-cv-04870-CRB<br><br>**DEFENDANTS' NOTICE OF CHANGE IN COUNSEL** |

Please take notice that Garry D. Hartlieb hereby withdraws his appearance as counsel of record for Defendants in this matter pursuant to Local Rule 5.1(c)(2)(C). Defendants will continue to be represented by other counsel at the U.S. Department of Justice, Civil Division.

| | |
|---|---|
| Dated: February 20, 2026 | Respectfully submitted, |
| | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| | ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Federal Programs Branch<br>(CA Bar No. 296283) |
| | ALEXANDER K. HAAS<br>(CA Bar No. 220932)<br>Director, Federal Programs Branch |
| | JEAN LIN<br>(NY Bar No. 4074530)<br>Special Litigation Counsel<br>Federal Programs Branch |
| | */s/ Garry D. Hartlieb*<br>GARRY D. HARTLIEB<br>(IL Bar No. 6322571)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel.: 757-441-3173<br>Email: garry.hartlieb@usdoj.gov |
| | *Attorneys for Defendants* |