| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. *CJA counsel please use Form CJA24* *Please read instructions on next page.* | COURT USE ONLY DUE DATE: |

**1a. CONTACT PERSON FOR THIS ORDER**
Sara Cooksey

**2a. CONTACT PHONE NUMBER**
(559) 214-0165

**3. CONTACT EMAIL ADDRESS**
scooksey@aclunc.org

**1b. ATTORNEY NAME (if different)**
Shilpi Agarwal

**2b. ATTORNEY PHONE NUMBER**
(415) 621-2493

**3. ATTORNEY EMAIL ADDRESS**
sagarwal@aclunc.org

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
ACLU of Northern California
39 Drumm St
San Francisco, CA 94111

**5. CASE NAME**
Newsom, et al. v. Trump, et al.

**6. CASE NUMBER**
3:25-cv-04870

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR**
Ana Dub

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL    ☑ CIVIL    CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  
b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)  
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | CRB | Trial | | ● | O | O | O | O | O | O | ● | O | O | O | O |
| 08/12/2025 | CRB | Trial | | ● | O | O | O | O | O | O | ● | O | O | O | O |
| 08/13/2025 | CRB | Trial | | ● | O | O | O | O | O | O | ● | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |
| | | | | O | O | O | O | O | O | O | O | O | O | O | O |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** *Sara Cooksey*

**12. DATE** 09/29/2025

Clear Form

Save as new PDF