ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN, SBN 222993
THOMAS S. PATTERSON, SBN 202890
Senior Assistant Attorneys General
ANYA M. BINSACCA, SBN 189613
MARISSA MALOUFF, SBN 316046
JAMES E. STANLEY, SBN 316288
Supervising Deputy Attorneys General
JANE REILLEY, SBN 314766
Deputy Solicitor General
JESSE BASBAUM, SBN 273333
BRENDAN HAMME, SBN 285293
IRAM HASAN, SBN 320802
BARBARA HORNE-PETERSDORF, SBN 327738
MEGHAN H. STRONG, SBN 324503
DELBERT TRAN, SBN 323993
Deputy Attorneys General
455 Golden Gate Ave.
San Francisco, CA 94102
Telephone: (415) 229-0110
E-mail: Delbert.Tran@doj.ca.gov

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Deputy Assistant Attorney General
JOHN BAILEY (OH Bar No. 104260)
Counsel to Assistant Attorney General
ALEXANDER K. HAAS (CA Bar No. 220932)
Branch Director
ANDREW I. WARDEN (IN Bar No. 23840-49)
Assistant director
JODY LOWENSTEIN (MT BAR NO. 55816869)
KATHLEEN C. JACOBS (TX BAR NO. 24091154)
KIAN K. AZIMPOOR (DC BAR NO. 90024613)
J. STEPHEN TAGERT (VA BAR NO. 99641)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-0860
Email: kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA; STATE OF CALIFORNIA,**

Plaintiffs,

**v.**

**DONALD TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; PETE HEGSETH, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF DEFENSE; U.S. DEPARTMENT OF DEFENSE,**

Defendants.

Case No. 3:25-cv-04870-CRB

**JOINT STATUS REPORT**

The parties submit this Joint Status Report pursuant to the Court's Order granting a stay of deadlines relating to Defendants' pending Motion to Dismiss. *See* ECF No. 234.

As background, Defendants filed their Motion to Dismiss on December 5, 2025. ECF No. 221. The parties subsequently filed a Stipulated Motion to Stay Deadlines for the Motion to Dismiss, in light of Defendants' pending appeals in *Newsom v. Trump*, Nos. 25-3727 and 25-7781, and *Oregon v. Trump*, Nos. 25-6268 and 25-7194. ECF No. 233. The Court issued an order granting the motion to stay deadlines related to Defendants' Motion to Dismiss, and the Court's order required the parties to confer and file a joint status report within 14 days of the Ninth Circuit resolving Defendants' pending appeals. ECF No. 234.

On February 17, 2026, the Ninth Circuit dismissed the appeals in *Oregon v. Trump*, 171 F.4th 1144 (9th Cir. 2026). As to *Newsom v. Trump*, on October 23, 2026, the Ninth Circuit: (1) denied Defendants' motion to dismiss the appeal in Case No. 25-3727 and affirmed this Court's injunction against the initial federalization and deployment of the California National Guard; and (2) granted Defendants' motion to dismiss the appeal in Case No. 25-7781, concerning this Court's injunction against the extension of the federalization and deployment of the California National Guard. *See Newsom v. Trump*, No. 25-3727, 2026 WL 3179607 at **3-4 (9th Cir. Oct. 23, 2026).

Counsel for the parties have subsequently met and conferred regarding how to proceed on Defendants' pending Motion to Dismiss.

Plaintiffs' position is that Defendants should withdraw their pending Motion to Dismiss. If Defendants need more time to decide whether they will withdraw the Motion to Dismiss, Plaintiffs propose that the Court continue to stay all deadlines related to the Motion to Dismiss until Friday, December 4, 2026, and order the parties to submit a further status report on that date with the parties' updated positions on Defendants' Motion to Dismiss.

Defendants are continuing to contemplate what next steps should entail in this litigation but nevertheless agree with Plaintiffs and respectfully submit that the Court should continue to stay all deadlines related to the Motion to Dismiss, ECF No. 221, through Friday, December 4, 2026, and order the parties to submit a further status report on that date.

Dated: November 6, 2026

Respectfully submitted,

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
THOMAS S. PATTERSON
Senior Assistant Attorneys General
ANYA M. BINSACCA
MARISSA MALOUFF
JAMES E. STANLEY
Supervising Deputy Attorneys General
JANE REILLEY
Deputy Solicitor General
JESSE BASBAUM
BRENDAN HAMME
IRAM HASAN
BARBARA HORNE-PETERSDORF
MEGHAN STRONG
Deputy Attorneys General

/s/ Delbert Tran

DELBERT TRAN
Deputy Attorney General
455 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 229-0110
E-mail: Delbert.Tran@doj.ca.gov

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOHN BAILEY
Counsel to Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director

*/s/ Kian K. Azimpoor*

JODY LOWENSTEIN
KATHLEEN C. JACOBS
J. STEPHEN TAGERT
KIAN K. AZIMPOOR
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Telephone: (202) 598-0860
Email: kian.k.azimpoor@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

Case Name: Newsom v. Trump No. **3:25-cv-04870-CRB**

I hereby certify that on November 6, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 6, 2026, at Los Angeles, California.

| | |
|---|---|
| Linda Zamora | */s/ Linda Zamora* |
| Declarant | Signature |

SF2025303707
68851093