United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAVIN NEWSOM, et al.,
Plaintiffs,

v.

DONALD J. TRUMP, et al.,
Defendants.

Case No. 25-cv-04870-CRB

**ORDER FURTHER STAYING DEADLINES AND DIRECTING FILING OF STATUS REPORT**

In light of the parties' Status Report (dkt. 242), the Court (1) continues to stay all deadlines related to the Motion to Dismiss (dkt. 221) through Friday, December 4, 2026, and (2) directs the parties to submit a further status report on that date.

**IT IS SO ORDERED.**

Dated: November 6, 2026

CHARLES R. BREYER
United States District Judge