**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
San Francisco Division

RECEIVED
NOV 13 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA, | ) | Civil Action No. 3:25-cv-04870-CRB |
| Plaintiffs, | ) | |
| v. | ) | |
| DONALD J. TRUMP, et al., | ) | |
| Defendants. | ) | |

## REQUEST FOR LIMITED LEAVE AND NOTICE OF JPML SUBMISSION

Martin Akerman requests limited leave under ECF 100 to lodge this notice and Schedule A under J.P.M.L. Rules 4.1(b) and 6.2(a). His concurrent JPML motion concerns this action and Akerman v. The Nevada National Guard, No. 2:24-cv-01734-RFB-DJA (D. Nev.), and seeks 30 days to supplement the record, including developments under ECF 243.

Concurrent JPML submission: November 9, 2026; MDL No. not yet assigned.
Respectfully submitted,

Signature: ______________________________
Dated: November 9, 2026

Martin Akerman, proceeding pro se
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

**SCHEDULE A - FULL CASE CAPTIONS**

**1. District of Nevada - Las Vegas**

Martin Akerman, Petitioner, v. The Nevada National Guard and The Attorney General of the State of Nevada, Respondents. No. 2:24-cv-01734-RFB-DJA. District Judge Richard F. Boulware, II. The action is dismissed on the reviewed record; Appeal No. 26-6559 is pending.

**2. Northern District of California - San Francisco**

Gavin Newsom, in his official capacity as Governor of the State of California, and State of California, Plaintiffs, v. Donald J. Trump, in his official capacity as President of the United States; Pete (Peter) Hegseth, in his official capacity as Secretary of the Department of Defense; and United States Department of Defense, Defendants. No. 3:25-cv-04870-CRB. District Judge Charles R. Breyer.

Respectfully submitted,

Signature: ____________________

Dated: November 9, 2026

Martin Akerman, proceeding pro se
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2026, I served the limited-leave request, notice, and Schedule A by depositing copies in sealed envelopes in the United States mail, USPS Priority Mail postage prepaid, addressed to:

**Delbert Tran**
**California Department of Justice**
455 Golden Gate Ave
San Francisco, CA 94102-3660
USPS Tracking: 9405530109355622402692
Service for: Gavin Newsom; State of California

**J. Stephen Tagert**
**U.S. Department of Justice**
**Civil Division, Federal Programs Branch**
1100 L St NW
Washington, DC 20005-4035
USPS Tracking: 9405530109355622402661
Service for: Donald J. Trump; Pete (Peter) Hegseth; United States Department of Defense

**DISTRICT-COURT TRANSMISSIONS**

I also mailed these district-court packets on November 9, 2026:

**Clerk of Court**
**U.S. District Court, N.D. California**
450 Golden Gate Ave, Box 36060
San Francisco, CA 94102-3489
USPS Tracking: 9405530109355622402678
California limited-leave request, notice, and Schedule A.

The seven-label USPS record follows.

Signature: ______________________
Dated: November 9, 2026
Martin Akerman, pro se
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5622 4026 78 0119 7001 0009 4102

U.S. POSTAGE PAID
Click-N-Ship®

11/09/2026
1 lb 0 oz

Mailed from 22210 787542445183796

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C017

US DISTRICT COURT - ND CALIFORNIA - BOX
CLERK OF COURT
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3489

USPS TRACKING #

9405 5301 0935 5622 4026 78

3-25-cv-04870-CRB

Cut on dotted line.

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5622 4026 85 0119 7001 0008 9101

U.S. POSTAGE PAID
Click-N-Ship®

11/09/2026
1 lb 0 oz

Mailed from 22210 469465553286801

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C075

U.S. DISTRICT COURT - DISTRICT OF NEVADA
CLERK OF COURT
333 LAS VEGAS BLVD S
LAS VEGAS NV 89101-7065

USPS TRACKING #

9405 5301 0935 5622 4026 85

2-24-cv-01734-RFB-DJA

5

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5622 4026 61 0119 7001 0002 0005

U.S. POSTAGE PAID
Click-N-Ship®

11/09/2026
1 lb 0 oz

Mailed from 22210 256979819122936

**PRIORITY MAIL®**

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C031

US DOJ - CIVIL DIVISION - FEDERAL PROGRA
J. STEPHEN TAGERT
1100 L ST NW
WASHINGTON DC 20005-4035

**USPS TRACKING #**

9405 5301 0935 5622 4026 61

JPML - Federal Defendants

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5622 4026 92 0119 7001 0009 4102

U.S. POSTAGE PAID
Click-N-Ship®

11/09/2026
1 lb 0 oz

Mailed from 22210 597866872711854

**PRIORITY MAIL®**

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C017

CALIFORNIA DEPARTMENT OF JUSTICE
DELBERT TRAN
455 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3660

**USPS TRACKING #**

9405 5301 0935 5622 4026 92

JPML - Newsom Plaintiffs

6

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5622 4027 08 0119 7001 0008 9701

U.S. POSTAGE PAID
Click-N-Ship®

11/09/2026
1 lb 0 oz

Mailed from 22210 524238369095491

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C038

NEVADA NATIONAL GUARD - OFFICE OF ADJU
2460 FAIRVIEW DR
CARSON CITY NV 89701-6807

USPS TRACKING #

9405 5301 0935 5622 4027 08

JPML - Nevada National Guard

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5622 4027 15 0119 7001 0008 9701

U.S. POSTAGE PAID
Click-N-Ship®

11/09/2026
1 lb 0 oz

Mailed from 22210 440397989069186

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C028

OFFICE OF THE NEVADA ATTORNEY GENERA
100 N CARSON ST
CARSON CITY NV 89701-4717

USPS TRACKING #

9405 5301 0935 5622 4027 15

JPML - Nevada AG

UNITED STATES POSTAL SERVICE® **Click-N-Ship®**

**P**

usps.com
$11.97
US POSTAGE

9405 5301 0935 5622 5222 15 0119 7001 0002 0544

U.S. POSTAGE PAID
Click-N-Ship®

11/09/2026
1 lb 0 oz

Mailed from 22210 702155915336746

**PRIORITY MAIL®**

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C000

US JUDICIAL PANEL ON MDL
CLERK OF THE PANEL
1 COLUMBUS CIR NE STE G255
WASHINGTON DC 20544-0005

**USPS TRACKING #**

**9405 5301 0935 5622 5222 15**

JPML ORIGINAL FILINGS
NORTH LOBBY - ROOM G255

*Cut on dotted line.*

**9405 5301 0935 5622 5222 15**

| | | | |
|---|---|---|---|
| Print Date: | 2026-11-09 | PRIORITY MAIL® | $11.97 |
| Ship Date: | 2026-11-09 | Extra Services: | $0.00 |
| | | Fees: | $0.00 |
| | | Total: | $11.97 |

From: MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

To: US JUDICIAL PANEL ON MDL
CLERK OF THE PANEL
1 COLUMBUS CIR NE STE G255
WASHINGTON DC 20544-0005

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

UNITED STATES POSTAL SERVICE®

*Thank you for shipping with the United States Postal Service!*

*Check the status of your shipment on the USPS Tracking® page at usps.com*

Martin Akerman, pro se | P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com