United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAVIN NEWSOM, et al.,
Plaintiffs,

v.

DONALD J. TRUMP, et al.,
Defendants.

Case No. 25-cv-04870-CRB

**ORDER DENYING REQUEST FOR LIMITED LEAVE**

The Court DENIES pro se Martin Akerman's Request for Limited Leave (dkt. 244) as it fails to satisfy any exception referenced in dkt. 100.

**IT IS SO ORDERED.**

Dated: November 19, 2026

CHARLES R. BREYER
United States District Judge