FILED
NOV 24 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Martin Akerman, proceeding pro se
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601
makerman.dod@gmail.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| GAVIN NEWSOM, et al.,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**MOTION FOR LIMITED LEAVE UNDER ECF 100 AND CIVIL L.R. 7-9 TO SEEK RECONSIDERATION OF ECF 245** |

Martin Akerman requests limited leave under ECF 100 and Civil Local Rule 7-9 to seek reconsideration of the November 19, 2026 order at ECF 245. The issue is the treatment of ECF 244 as the district-court notice of a submission to the Judicial Panel on Multidistrict Litigation ("JPML").

Akerman seeks leave to address the notice function of JPML Rules 4.1(b) and 6.2(a), which ECF 244 identified. He requests decision on the papers under Civil Local Rule 7-9(d).

## I. DILIGENCE AND GROUND FOR LEAVE

ECF 244 was filed November 13, 2026. Its first page requests limited leave under ECF 100 to lodge the notice and Schedule A under JPML Rules 4.1(b) and 6.2(a). ECF 245 denied that request on November 19. This request, dated November 21, follows two days after the order and is brought promptly.

Akerman invokes Civil Local Rule 7-9(b)(3). The specific matter warranting reconsideration is the independent procedural function of the notice, expressly identified in ECF 244 but not addressed in ECF 245's explanation. ECF 245 states only that the request fails to satisfy an exception referenced in ECF 100. The proposed reconsideration would ask the Court to resolve that distinction.

JPML Rule 4.1(b) requires the proof of service accompanying a transfer motion to certify transmission of the notice and schedule to each affected district court's clerk for filing. Rule 6.2(a) likewise requires service of the notice and schedule on each district court where an affected action is pending. Those provisions explain the limited purpose for which ECF 244 was tendered.

## II. SCOPE OF THE PROPOSED RECONSIDERATION

ECF 100 identifies limited exceptions, including intervention and amicus requests. Akerman seeks permission to address how that order applies to the separately prescribed JPML notice.

On reconsideration, Akerman would request modification or clarification of ECF 245 to accept and retain ECF 244's notice and Schedule A for the limited JPML notice purpose. ECF 244 is already on the docket. The requested clarification concerns its procedural status and would require no ruling on the merits of the transfer submission.

Akerman is a party to the Nevada action identified in Schedule A and remains a nonparty in this action. He seeks permission to present this narrow issue concerning the Court's treatment of his own submission. The JPML package has been submitted; no acknowledgment or assigned MDL number has been received.

Akerman requests limited leave to file a motion for reconsideration within fourteen days after entry of an order granting leave. ECF 100, ECF 244, and ECF 245 accompany this request as Exhibits A-C.

Respectfully submitted,

Dated: November 21, 2026

Martin Akerman, proceeding pro se

**CERTIFICATE OF SERVICE AND COURT TRANSMITTALS**

I certify that on November 21, 2026, I deposited the documents identified below in sealed envelopes in the United States mail, postage prepaid, using the USPS labels and tracking numbers listed in this certificate. The party mailings were service copies; the court mailings were transmissions for filing and the identified courtesy copies.

**Documents included. J:** JPML Supplemental Information Regarding District-Court Notice Compliance and Related Appellate Filings, with complete Exhibits A-E. **C:** California Motion for Limited Leave Under ECF 100 and Civil L.R. 7-9 to Seek Reconsideration of ECF 245, proposed order, and Exhibits A-C. **N:** Nevada Motion for Leave and Proposed Supplemental Memorandum concerning ECF 47, proposed order, and Exhibits A-C. Each complete filing includes this certificate and the appended postage record.

## CERTIFICATE OF SERVICE AND COURT TRANSMITTALS (continued)

### PARTY SERVICE

**Service on the Attorney General of the State of Nevada.**
Office of the Nevada Attorney General
100 North Carson Street
Carson City, NV 89701-4717
**USPS tracking:**
9405530109355627958330
**Contents:** One complete JPML service set (J) and one complete Nevada service set (N).

**Service on the Nevada National Guard.**
Nevada National Guard
Office of the Adjutant General
2460 Fairview Drive
Carson City, NV 89701-6807
**USPS tracking:**
9405530109355627958347
**Contents:** One complete JPML service set (J) and one complete Nevada service set (N).

**Service on counsel for Gavin Newsom, in his official capacity as Governor of the State of California, and the State of California.**
Delbert Tran
California Department of Justice
455 Golden Gate Avenue
San Francisco, CA 94102-3660
**USPS tracking:**
9405530109355627958361
**Contents:** One complete JPML service set (J) and one complete California service set (C).

**Service on counsel for Donald J. Trump, in his official capacity as President of the United States; Peter (Pete) Hegseth, in his official capacity as Secretary of Defense; and the United States Department of Defense.**
J. Stephen Tagert
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005-4035
**USPS tracking:**
9405530109355627958385
**Contents:** One complete JPML service set (J) and one complete California service set (C).

## CERTIFICATE OF SERVICE AND COURT TRANSMITTALS (continued)

## COURT TRANSMITTALS

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
1 Columbus Circle NE
Room G-255 North Lobby
Washington, DC 20544-0005

**USPS tracking:** 9405530109355627958323
**Contents:** JPML original and one complete courtesy copy (J).

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
Room 16-1120
San Francisco, CA 94102-3489

**USPS tracking:** 9405530109355627958354
**Contents:** California original and one complete chambers copy (C), plus a copy of the JPML notice body only (J; without its Exhibits A-E).

Clerk of Court
United States District Court
District of Nevada
333 Las Vegas Boulevard South
Room 1334
Las Vegas, NV 89101-7069

**USPS tracking:** 9405530109355627958378
**Contents:** Nevada original (N), plus a copy of the JPML notice body only (J; without its Exhibits A-E).

The following four pages reproduce the seven purchased USPS labels, two per page, as postage records. The original labels were used for these mailings. The record copies are marked to distinguish them from mailing labels.

Signature: ______________________________
Martin Akerman, proceeding pro se
Date: November 21, 2026
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

POSTAGE RECORD COPY - NOT FOR MAILING

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 78 0119 7001 0008 9101

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22210 213280537176566

**PRIORITY MAIL®**

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-21
Flat Rate Envelope

C075

US DISTRICT COURT DISTRICT OF NEVADA
CLERK OF COURT
333 LAS VEGAS BLVD S STE 1334
LAS VEGAS NV 89101-7069

**USPS TRACKING #**

**9405 5301 0935 5627 9583 78**

NevadaCourt-1121

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 54 0119 7001 0009 4102

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22201 388718263236700

**PRIORITY MAIL®**

MARTIN AKERMAN
2001 N ADAMS ST UNIT 440
ARLINGTON VA 22201-3783

Created 2026-11-21
Flat Rate Envelope

C017

US DISTRICT COURT ND CALIFORNIA
CLERK OF COURT
450 GOLDEN GATE AVE STE 16-1120
SAN FRANCISCO CA 94102-3489

**USPS TRACKING #**

**9405 5301 0935 5627 9583 54**

CaliforniaCourt-1121

November 21, 2026 | Postage record 1 of 4

POSTAGE RECORD COPY - NOT FOR MAILING

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 85 0119 7001 0002 0005

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz
Mailed from 22201 062275879006884

PRIORITY MAIL®

MARTIN AKERMAN
2001 N ADAMS ST UNIT 440
ARLINGTON VA 22201-3783

Created 2026-11-21
Flat Rate Envelope

C031

US DOJ CIVIL FEDERAL PROGRAMS BRANCH
J. STEPHEN TAGERT
1100 L ST NW
WASHINGTON DC 20005-4035

USPS TRACKING #

9405 5301 0935 5627 9583 85

FederalCounsel-1121

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 61 0119 7001 0009 4102

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz
Mailed from 22201 238882728294292

PRIORITY MAIL®

MARTIN AKERMAN
2001 N ADAMS ST UNIT 440
ARLINGTON VA 22201-3783

Created 2026-11-21
Flat Rate Envelope

C017

CALIFORNIA DEPARTMENT OF JUSTICE
DELBERT TRAN
455 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3660

USPS TRACKING #

9405 5301 0935 5627 9583 61

CaliforniaCounsel-1121

November 21, 2026 | Postage record 2 of 4

POSTAGE RECORD COPY - NOT FOR MAILING

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 47 0119 7001 0008 9701

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22201 171738810758454

**PRIORITY MAIL®**

MARTIN AKERMAN
2001 N ADAMS ST UNIT 440
ARLINGTON VA 22201-3783

Created 2026-11-21
Flat Rate Envelope

C038

NEVADA NATIONAL GUARD
OFFICE OF THE ADJUTANT GENERAL
2460 FAIRVIEW DR
CARSON CITY NV 89701-6807

**USPS TRACKING #**

9405 5301 0935 5627 9583 47

NevadaGuard-1121

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 30 0119 7001 0008 9701

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22201 520876793202724

**PRIORITY MAIL®**

MARTIN AKERMAN
2001 N ADAMS ST UNIT 440
ARLINGTON VA 22201-3783

Created 2026-11-21
Flat Rate Envelope

C028

NEVADA ATTORNEY GENERAL
OFFICE OF ATTORNEY GENERAL
100 N CARSON ST
CARSON CITY NV 89701-4717

**USPS TRACKING #**

9405 5301 0935 5627 9583 30

NevadaAG-1121

November 21, 2026 | Postage record 3 of 4

POSTAGE RECORD COPY - NOT FOR MAILING

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 23 0119 7001 0002 0544

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22210 230048569970465

**PRIORITY MAIL®**

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-21
Flat Rate Envelope

C000

JUDICIAL PANEL ON MULTIDISTRICT LITIGATI
CLERK OF THE PANEL
1 COLUMBUS CIR NE STE G255
WASHINGTON DC 20544-0005

**USPS TRACKING #**

9405 5301 0935 5627 9583 23

JPML-1121

*Cut on dotted line.*

November 21, 2026 | Postage record 4 of 4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| GAVIN NEWSOM, et al.,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING LIMITED LEAVE TO SEEK RECONSIDERATION OF ECF 245** |

Martin Akerman is granted limited leave under ECF 100 and Civil Local Rule 7-9 to file a motion for reconsideration of ECF 245 addressing the treatment of ECF 244's notice and Schedule A under JPML Rules 4.1(b) and 6.2(a). The motion must be filed within fourteen days after entry of this order.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________________
CHARLES R. BREYER
United States District Judge

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Newsom, et al. v. Trump, et al.

Case No. 3:25-cv-04870-CRB

# EXHIBIT A

## ECF 100

Order Regarding Non-Party Filings

June 25, 2025

1 source page

United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAVIN NEWSOM, et al., Plaintiffs, v. DONALD J. TRUMP, et al., Defendants. | Case No. 25-cv-04870-CRB **ORDER REGARDING NON-PARTY FILINGS** |

The Court has received inquiries from non-parties to this action regarding their attempts to file documents on the docket. As a general rule, the Court does not accept filings from non-parties. The Federal Rules of Civil Procedure and the Civil Local Rules provide for limited exceptions, including properly supported motions for intervention under Federal Rule 24 or motions for leave to file as amici curiae.[1] Any attempted filing by a non-party that does not comply with the Federal Rules of Civil Procedure and the Local Civil Rules will not be docketed, and the non-party will be so notified, either by the return of their attempted filing or some other means.

**IT IS SO ORDERED.**

Dated: June 25, 2025

CHARLES R. BREYER
United States District Judge

[1] Though the Federal Rules of Civil Procedure and this district's Civil Local Rules do not expressly permit non-parties to participate as amici curiae, district courts have "broad discretion" to allow amici curiae. NetChoice, LLC v. Bonta, No. 22-cv-8861-BLF, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023) (citation omitted). Potential amici curiae must properly move for leave to file as amici curiae, including by demonstrating that their participation will be useful to the court. See id.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Newsom, et al. v. Trump, et al.

Case No. 3:25-cv-04870-CRB

# EXHIBIT B

## ECF 244

Request for Limited Leave and Notice of JPML Submission

Filed November 13, 2026

7 source pages

Case 3:25-cv-04870-CRB Document 244 Filed 11/13/26 Page 1 of 7 PageID #: 5392

3:25-cv-04870-CRB Prepared November 9, 2026

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
San Francisco Division

RECEIVED
NOV 13 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA, | ) | Civil Action No. 3:25-cv-04870-CRB |
| Plaintiffs, | ) | |
| v. | ) | |
| DONALD J. TRUMP, et al., | ) | |
| Defendants. | ) | |

**REQUEST FOR LIMITED LEAVE AND NOTICE OF JPML SUBMISSION**

Martin Akerman requests limited leave under ECF 100 to lodge this notice and Schedule A under J.P.M.L. Rules 4.1(b) and 6.2(a). His concurrent JPML motion concerns this action and Akerman v. The Nevada National Guard, No. 2:24-cv-01734-RFB-DJA (D. Nev.), and seeks 30 days to supplement the record, including developments under ECF 243.

Concurrent JPML submission: November 9, 2026; MDL No. not yet assigned.

Respectfully submitted,

Signature: ______________________

Dated: November 9, 2026

Martin Akerman, proceeding pro se
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

**SCHEDULE A - FULL CASE CAPTIONS**

**1. District of Nevada - Las Vegas**

Martin Akerman, Petitioner, v. The Nevada National Guard and The Attorney General of the State of Nevada, Respondents. No. 2:24-cv-01734-RFB-DJA. District Judge Richard F. Boulware, II. The action is dismissed on the reviewed record; Appeal No. 26-6559 is pending.

**2. Northern District of California - San Francisco**

Gavin Newsom, in his official capacity as Governor of the State of California, and State of California, Plaintiffs, v. Donald J. Trump, in his official capacity as President of the United States; Pete (Peter) Hegseth, in his official capacity as Secretary of the Department of Defense; and United States Department of Defense, Defendants. No. 3:25-cv-04870-CRB. District Judge Charles R. Breyer.

Respectfully submitted,

Signature: ______________________________

Dated: November 9, 2026

Martin Akerman, proceeding pro se
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2026, I served the limited-leave request, notice, and Schedule A by depositing copies in sealed envelopes in the United States mail, USPS Priority Mail postage prepaid, addressed to:

**Delbert Tran**
**California Department of Justice**
455 Golden Gate Ave
San Francisco, CA 94102-3660
USPS Tracking: 9405530109355622402692
Service for: Gavin Newsom; State of California

**J. Stephen Tagert**
**U.S. Department of Justice**
**Civil Division, Federal Programs Branch**
1100 L St NW
Washington, DC 20005-4035
USPS Tracking: 9405530109355622402661
Service for: Donald J. Trump; Pete (Peter) Hegseth; United States Department of Defense

**DISTRICT-COURT TRANSMISSIONS**

I also mailed these district-court packets on November 9, 2026:

**Clerk of Court**
**U.S. District Court, N.D. California**
450 Golden Gate Ave, Box 36060
San Francisco, CA 94102-3489
USPS Tracking: 9405530109355622402678
California limited-leave request, notice, and Schedule A.

The seven-label USPS record follows.

Signature: ______________________
Dated: November 9, 2026
Martin Akerman, pro se
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

4

UNITED STATES POSTAL SERVICE. Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4026 76 0119 7001 0009 4102
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 787542445183796

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C017

US DISTRICT COURT - ND CALIFORNIA - BOX
CLERK OF COURT
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3489

USPS TRACKING #

9405 5301 0935 5622 4026 78

3-25-cv-04870-CRB

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE. Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4026 85 0119 7001 0008 9101
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 469465553286801

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C075

U.S. DISTRICT COURT - DISTRICT OF NEVADA
CLERK OF COURT
333 LAS VEGAS BLVD S
LAS VEGAS NV 89101-7065

USPS TRACKING #

9405 5301 0935 5622 4026 85

2-24-cv-01734-RFB-DJA

Case 3:25-cv-04870-CRB Document 244 Filed 11/13/26 Page 5 of 7 PageID #: 5396

5

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4026 61 0119 7001 0002 0005
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 256979819122936

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C031

US DOJ - CIVIL DIVISION - FEDERAL PROGRA
J. STEPHEN TAGERT
1100 L ST NW
WASHINGTON DC 20005-4035

USPS TRACKING #

9405 5301 0935 5622 4026 61

JPML - Federal Defendants

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4026 92 0119 7001 0009 4102
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 597866872711854

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C017

CALIFORNIA DEPARTMENT OF JUSTICE
DELBERT TRAN
455 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3660

USPS TRACKING #

9405 5301 0935 5622 4026 92

JPML - Newsom Plaintiffs

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4027 08 0119 7001 0008 9701
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 524238369095491

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C038

NEVADA NATIONAL GUARD - OFFICE OF ADJU
2460 FAIRVIEW DR
CARSON CITY NV 89701-6807

USPS TRACKING #

9405 5301 0935 5622 4027 08

JPML - Nevada National Guard

Cut on dotted line.

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4027 15 0119 7001 0008 9701
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 440397989069186

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C028

OFFICE OF THE NEVADA ATTORNEY GENERA
100 N CARSON ST
CARSON CITY NV 89701-4717

USPS TRACKING #

9405 5301 0935 5622 4027 15

JPML - Nevada AG

Exhibit B - 7 of 7

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5622 5222 15 0119 7001 0002 0544

U.S. POSTAGE PAID

11/09/2026
1 lb 0 oz

Mailed from 22210 702155915336746

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C000

US JUDICIAL PANEL ON MDL
CLERK OF THE PANEL
1 COLUMBUS CIR NE STE G255
WASHINGTON DC 20544-0005

USPS TRACKING #

9405 5301 0935 5622 5222 15

JPML ORIGINAL FILINGS
NORTH LOBBY - ROOM G255

Cut on dotted line.

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9405 5301 0935 5622 5222 15**

Print Date: 2026-11-09
Ship Date: 2026-11-09

| | |
|---|---|
| PRIORITY MAIL® | $11.97 |
| Extra Services: | $0.00 |
| Fees: | $0.00 |
| Total: | $11.97 |

From: MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

To: US JUDICIAL PANEL ON MDL
CLERK OF THE PANEL
1 COLUMBUS CIR NE STE G255
WASHINGTON DC 20544-0005

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE. *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Newsom, et al. v. Trump, et al.

Case No. 3:25-cv-04870-CRB

# EXHIBIT C

## ECF 245

Order Denying Request for Limited Leave

November 19, 2026

1 source page

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| GAVIN NEWSOM, et al.,<br>Plaintiffs,<br>v.<br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 25-cv-04870-CRB<br><br>**ORDER DENYING REQUEST FOR LIMITED LEAVE** |

The Court DENIES pro se Martin Akerman's Request for Limited Leave (dkt. 244) as it fails to satisfy any exception referenced in dkt. 100.

**IT IS SO ORDERED.**

Dated: November 19, 2026

CHARLES R. BREYER
United States District Judge

Martin Akerman, proceeding pro se
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601
makerman.dod@gmail.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| GAVIN NEWSOM, et al.,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**MOTION FOR LIMITED LEAVE UNDER ECF 100 AND CIVIL L.R. 7-9 TO SEEK RECONSIDERATION OF ECF 245** |

Martin Akerman requests limited leave under ECF 100 and Civil Local Rule 7-9 to seek reconsideration of the November 19, 2026 order at ECF 245. The issue is the treatment of ECF 244 as the district-court notice of a submission to the Judicial Panel on Multidistrict Litigation ("JPML").

Akerman seeks leave to address the notice function of JPML Rules 4.1(b) and 6.2(a), which ECF 244 identified. He requests decision on the papers under Civil Local Rule 7-9(d).

## I. DILIGENCE AND GROUND FOR LEAVE

ECF 244 was filed November 13, 2026. Its first page requests limited leave under ECF 100 to lodge the notice and Schedule A under JPML Rules 4.1(b) and 6.2(a). ECF 245 denied that request on November 19. This request, dated November 21, follows two days after the order and is brought promptly.

Akerman invokes Civil Local Rule 7-9(b)(3). The specific matter warranting reconsideration is the independent procedural function of the notice, expressly identified in ECF 244 but not addressed in ECF 245's explanation. ECF 245 states only that the request fails to satisfy an exception referenced in ECF 100. The proposed reconsideration would ask the Court to resolve that distinction.

JPML Rule 4.1(b) requires the proof of service accompanying a transfer motion to certify transmission of the notice and schedule to each affected district court's clerk for filing. Rule 6.2(a) likewise requires service of the notice and schedule on each district court where an affected action is pending. Those provisions explain the limited purpose for which ECF 244 was tendered.

## II. SCOPE OF THE PROPOSED RECONSIDERATION

ECF 100 identifies limited exceptions, including intervention and amicus requests. Akerman seeks permission to address how that order applies to the separately prescribed JPML notice.

On reconsideration, Akerman would request modification or clarification of ECF 245 to accept and retain ECF 244's notice and Schedule A for the limited JPML notice purpose. ECF 244 is already on the docket. The requested clarification concerns its procedural status and would require no ruling on the merits of the transfer submission.

Akerman is a party to the Nevada action identified in Schedule A and remains a nonparty in this action. He seeks permission to present this narrow issue concerning the Court's treatment of his own submission. The JPML package has been submitted; no acknowledgment or assigned MDL number has been received.

Akerman requests limited leave to file a motion for reconsideration within fourteen days after entry of an order granting leave. ECF 100, ECF 244, and ECF 245 accompany this request as Exhibits A-C.

Respectfully submitted,

Dated: November 21, 2026

______________________________

Martin Akerman, proceeding pro se

## CERTIFICATE OF SERVICE AND COURT TRANSMITTALS

I certify that on November 21, 2026, I deposited the documents identified below in sealed envelopes in the United States mail, postage prepaid, using the USPS labels and tracking numbers listed in this certificate. The party mailings were service copies; the court mailings were transmissions for filing and the identified courtesy copies.

**Documents included. J:** JPML Supplemental Information Regarding District-Court Notice Compliance and Related Appellate Filings, with complete Exhibits A-E. **C:** California Motion for Limited Leave Under ECF 100 and Civil L.R. 7-9 to Seek Reconsideration of ECF 245, proposed order, and Exhibits A-C. **N:** Nevada Motion for Leave and Proposed Supplemental Memorandum concerning ECF 47, proposed order, and Exhibits A-C. Each complete filing includes this certificate and the appended postage record.

**CERTIFICATE OF SERVICE AND COURT TRANSMITTALS (continued)**

**PARTY SERVICE**

**Service on the Attorney General of the State of Nevada.**
Office of the Nevada Attorney General
100 North Carson Street
Carson City, NV 89701-4717
**USPS tracking:**
9405530109355627958330
**Contents:** One complete JPML service set (J) and one complete Nevada service set (N).

**Service on the Nevada National Guard.**
Nevada National Guard
Office of the Adjutant General
2460 Fairview Drive
Carson City, NV 89701-6807
**USPS tracking:**
9405530109355627958347
**Contents:** One complete JPML service set (J) and one complete Nevada service set (N).

**Service on counsel for Gavin Newsom, in his official capacity as Governor of the State of California, and the State of California.**
Delbert Tran
California Department of Justice
455 Golden Gate Avenue
San Francisco, CA 94102-3660
**USPS tracking:**
9405530109355627958361
**Contents:** One complete JPML service set (J) and one complete California service set (C).

**Service on counsel for Donald J. Trump, in his official capacity as President of the United States; Peter (Pete) Hegseth, in his official capacity as Secretary of Defense; and the United States Department of Defense.**
J. Stephen Tagert
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005-4035
**USPS tracking:**
9405530109355627958385
**Contents:** One complete JPML service set (J) and one complete California service set (C).

## CERTIFICATE OF SERVICE AND COURT TRANSMITTALS (continued)

## COURT TRANSMITTALS

| Addressee | Tracking and Contents |
|---|---|
| Clerk of the Panel<br>United States Judicial Panel on Multidistrict Litigation<br>1 Columbus Circle NE<br>Room G-255 North Lobby<br>Washington, DC 20544-0005 | **USPS tracking:** 9405530109355627958323<br>**Contents:** JPML original and one complete courtesy copy (J). |
| Clerk of Court<br>United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>Room 16-1120<br>San Francisco, CA 94102-3489 | **USPS tracking:** 9405530109355627958354<br>**Contents:** California original and one complete chambers copy (C), plus a copy of the JPML notice body only (J; without its Exhibits A-E). |
| Clerk of Court<br>United States District Court<br>District of Nevada<br>333 Las Vegas Boulevard South<br>Room 1334<br>Las Vegas, NV 89101-7069 | **USPS tracking:** 9405530109355627958378<br>**Contents:** Nevada original (N), plus a copy of the JPML notice body only (J; without its Exhibits A-E). |

The following four pages reproduce the seven purchased USPS labels, two per page, as postage records. The original labels were used for these mailings. The record copies are marked to distinguish them from mailing labels.

Signature: ________________________________
Martin Akerman, proceeding pro se
Date: November 21, 2026
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

CHAMBERS COPY - DO NOT FILE
POSTAGE RECORD COPY - NOT FOR MAILING

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 78 0119 7001 0008 9101

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22210 213280537176566

**PRIORITY MAIL®**

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-21
Flat Rate Envelope

C075

US DISTRICT COURT DISTRICT OF NEVADA
CLERK OF COURT
333 LAS VEGAS BLVD S STE 1334
LAS VEGAS NV 89101-7069

**USPS TRACKING #**

9405 5301 0935 5627 9583 78

NevadaCourt-1121

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 54 0119 7001 0009 4102

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22201 388718263236700

**PRIORITY MAIL®**

MARTIN AKERMAN
2001 N ADAMS ST UNIT 440
ARLINGTON VA 22201-3783

Created 2026-11-21
Flat Rate Envelope

C017

US DISTRICT COURT ND CALIFORNIA
CLERK OF COURT
450 GOLDEN GATE AVE STE 16-1120
SAN FRANCISCO CA 94102-3489

**USPS TRACKING #**

9405 5301 0935 5627 9583 54

CaliforniaCourt-1121

November 21, 2026 | Postage record 1 of 4

CHAMBERS COPY - DO NOT FILE
POSTAGE RECORD COPY - NOT FOR MAILING

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 85 0119 7001 0002 0005

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22201 062275879006884

PRIORITY MAIL®

MARTIN AKERMAN
2001 N ADAMS ST UNIT 440
ARLINGTON VA 22201-3783

Created 2026-11-21
Flat Rate Envelope

C031

US DOJ CIVIL FEDERAL PROGRAMS BRANCH
J. STEPHEN TAGERT
1100 L ST NW
WASHINGTON DC 20005-4035

USPS TRACKING #

9405 5301 0935 5627 9583 85

FederalCounsel-1121

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 61 0119 7001 0009 4102

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22201 238882728294292

PRIORITY MAIL®

MARTIN AKERMAN
2001 N ADAMS ST UNIT 440
ARLINGTON VA 22201-3783

Created 2026-11-21
Flat Rate Envelope

C017

CALIFORNIA DEPARTMENT OF JUSTICE
DELBERT TRAN
455 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3660

USPS TRACKING #

9405 5301 0935 5627 9583 61

CaliforniaCounsel-1121

November 21, 2026 | Postage record 2 of 4

CHAMBERS COPY - DO NOT FILE
POSTAGE RECORD COPY - NOT FOR MAILING

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 47 0119 7001 0008 9701

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22201 171738810758454

**PRIORITY MAIL®**

MARTIN AKERMAN
2001 N ADAMS ST UNIT 440
ARLINGTON VA 22201-3783

Created 2026-11-21
Flat Rate Envelope

C038

NEVADA NATIONAL GUARD
OFFICE OF THE ADJUTANT GENERAL
2460 FAIRVIEW DR
CARSON CITY NV 89701-6807

**USPS TRACKING #**

9405 5301 0935 5627 9583 47

NevadaGuard-1121

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 30 0119 7001 0008 9701

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22201 520876793202724

**PRIORITY MAIL®**

MARTIN AKERMAN
2001 N ADAMS ST UNIT 440
ARLINGTON VA 22201-3783

Created 2026-11-21
Flat Rate Envelope

C028

NEVADA ATTORNEY GENERAL
OFFICE OF ATTORNEY GENERAL
100 N CARSON ST
CARSON CITY NV 89701-4717

**USPS TRACKING #**

9405 5301 0935 5627 9583 30

NevadaAG-1121

November 21, 2026 | Postage record 3 of 4

CHAMBERS COPY - DO NOT FILE
POSTAGE RECORD COPY - NOT FOR MAILING

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5627 9583 23 0119 7001 0002 0544

U.S. POSTAGE PAID
Click-N-Ship®

11/21/2026
1 lb 0 oz

Mailed from 22210 230048569970465

**PRIORITY MAIL®**

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-21
Flat Rate Envelope

C000

JUDICIAL PANEL ON MULTIDISTRICT LITIGATI
CLERK OF THE PANEL
1 COLUMBUS CIR NE STE G255
WASHINGTON DC 20544-0005

**USPS TRACKING #**

**9405 5301 0935 5627 9583 23**

JPML-1121

*Cut on dotted line.*

November 21, 2026 | Postage record 4 of 4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| GAVIN NEWSOM, et al.,<br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br>Defendants. | Case No. 3:25-cv-04870-CRB<br><br>**[PROPOSED] ORDER GRANTING LIMITED LEAVE TO SEEK RECONSIDERATION OF ECF 245** |

Martin Akerman is granted limited leave under ECF 100 and Civil Local Rule 7-9 to file a motion for reconsideration of ECF 245 addressing the treatment of ECF 244's notice and Schedule A under JPML Rules 4.1(b) and 6.2(a). The motion must be filed within fourteen days after entry of this order.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________________

CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Newsom, et al. v. Trump, et al.

Case No. 3:25-cv-04870-CRB

# EXHIBIT A

## ECF 100

Order Regarding Non-Party Filings

June 25, 2025

1 source page

CHAMBERS COPY - DO NOT FILE



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| GAVIN NEWSOM, et al., Plaintiffs, v. DONALD J. TRUMP, et al., Defendants. | Case No. 25-cv-04870-CRB **ORDER REGARDING NON-PARTY FILINGS** |

The Court has received inquiries from non-parties to this action regarding their attempts to file documents on the docket. As a general rule, the Court does not accept filings from non-parties. The Federal Rules of Civil Procedure and the Civil Local Rules provide for limited exceptions, including properly supported motions for intervention under Federal Rule 24 or motions for leave to file as amici curiae.[1] Any attempted filing by a non-party that does not comply with the Federal Rules of Civil Procedure and the Local Civil Rules will not be docketed, and the non-party will be so notified, either by the return of their attempted filing or some other means.

**IT IS SO ORDERED.**

Dated: June 25, 2025

CHARLES R. BREYER
United States District Judge

[1] Though the Federal Rules of Civil Procedure and this district's Civil Local Rules do not expressly permit non-parties to participate as amici curiae, district courts have "broad discretion" to allow amici curiae. NetChoice, LLC v. Bonta, No. 22-cv-8861-BLF, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023) (citation omitted). Potential amici curiae must properly move for leave to file as amici curiae, including by demonstrating that their participation will be useful to the court. See id.

CHAMBERS COPY - DO NOT FILE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Newsom, et al. v. Trump, et al.

Case No. 3:25-cv-04870-CRB

# EXHIBIT B

## ECF 244

Request for Limited Leave and Notice of JPML Submission

Filed November 13, 2026

7 source pages

CHAMBERS COPY - DO NOT FILE



3:25-cv-04870-CRB Prepared November 9, 2026

RECEIVED
NOV 13 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
San Francisco Division

| | | |
|---|---|---|
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; STATE OF CALIFORNIA, | ) | |
| Plaintiffs, | ) | Civil Action No. 3:25-cv-04870-CRB |
| v. | ) | |
| DONALD J. TRUMP, et al., | ) | |
| Defendants. | ) | |

**REQUEST FOR LIMITED LEAVE AND NOTICE OF JPML SUBMISSION**

Martin Akerman requests limited leave under ECF 100 to lodge this notice and Schedule A under J.P.M.L. Rules 4.1(b) and 6.2(a). His concurrent JPML motion concerns this action and Akerman v. The Nevada National Guard, No. 2:24-cv-01734-RFB-DJA (D. Nev.), and seeks 30 days to supplement the record, including developments under ECF 243.

Concurrent JPML submission: November 9, 2026; MDL No. not yet assigned.
Respectfully submitted,

Signature: ______________________
Dated: November 9, 2026
Martin Akerman, proceeding pro se
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

**SCHEDULE A - FULL CASE CAPTIONS**

**1. District of Nevada - Las Vegas**

Martin Akerman, Petitioner, v. The Nevada National Guard and The Attorney General of the State of Nevada, Respondents. No. 2:24-cv-01734-RFB-DJA. District Judge Richard F. Boulware, II. The action is dismissed on the reviewed record; Appeal No. 26-6559 is pending.

**2. Northern District of California - San Francisco**

Gavin Newsom, in his official capacity as Governor of the State of California, and State of California, Plaintiffs, v. Donald J. Trump, in his official capacity as President of the United States; Pete (Peter) Hegseth, in his official capacity as Secretary of the Department of Defense; and United States Department of Defense, Defendants. No. 3:25-cv-04870-CRB. District Judge Charles R. Breyer.

Respectfully submitted,

Signature: ______________________

Dated: November 9, 2026

Martin Akerman, proceeding pro se
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2026, I served the limited-leave request, notice, and Schedule A by depositing copies in sealed envelopes in the United States mail, USPS Priority Mail postage prepaid, addressed to:

**Delbert Tran**
**California Department of Justice**
455 Golden Gate Ave
San Francisco, CA 94102-3660
USPS Tracking: 9405530109355622402692
Service for: Gavin Newsom; State of California

**J. Stephen Tagert**
**U.S. Department of Justice**
**Civil Division, Federal Programs Branch**
1100 L St NW
Washington, DC 20005-4035
USPS Tracking: 9405530109355622402661
Service for: Donald J. Trump; Pete (Peter) Hegseth; United States Department of Defense

**DISTRICT-COURT TRANSMISSIONS**

I also mailed these district-court packets on November 9, 2026:

**Clerk of Court**
**U.S. District Court, N.D. California**
450 Golden Gate Ave, Box 36060
San Francisco, CA 94102-3489
USPS Tracking: 9405530109355622402678
California limited-leave request, notice, and Schedule A.

The seven-label USPS record follows.

Signature: ______________________
Dated: November 9, 2026
Martin Akerman, pro se
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

CHAMBERS COPY - DO NOT FILE



4

UNITED STATES POSTAL SERVICE. Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4026 78 0119 7001 0009 4102
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 787542445183796

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C017

US DISTRICT COURT - ND CALIFORNIA - BOX
CLERK OF COURT
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3489

USPS TRACKING #

9405 5301 0935 5622 4026 78

3-25-cv-04870-CRB

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE. Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4026 85 0119 7001 0008 9101
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 469465553286801

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C075

U.S. DISTRICT COURT - DISTRICT OF NEVADA
CLERK OF COURT
333 LAS VEGAS BLVD S
LAS VEGAS NV 89101-7065

USPS TRACKING #

9405 5301 0935 5622 4026 85

2-24-cv-01734-RFB-DJA

**CHAMBERS COPY - DO NOT FILE**



5

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4026 61 0119 7001 0002 0005
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 256979819122936

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C031

US DOJ - CIVIL DIVISION - FEDERAL PROGRA
J. STEPHEN TAGERT
1100 L ST NW
WASHINGTON DC 20005-4035

USPS TRACKING #

9405 5301 0935 5622 4026 61

JPML - Federal Defendants

*Cut on dotted line.*

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4026 92 0119 7001 0009 4102
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 597866872711854

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C017

CALIFORNIA DEPARTMENT OF JUSTICE
DELBERT TRAN
455 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3660

USPS TRACKING #

9405 5301 0935 5622 4026 92

JPML - Newsom Plaintiffs

CHAMBERS COPY - DO NOT FILE



UNITED STATES POSTAL SERVICE. Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4027 08 0119 7001 0008 9701
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 524238369095491

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C038

NEVADA NATIONAL GUARD - OFFICE OF ADJU
2460 FAIRVIEW DR
CARSON CITY NV 89701-6807

USPS TRACKING #

9405 5301 0935 5622 4027 08

JPML - Nevada National Guard

Cut on dotted line.

UNITED STATES POSTAL SERVICE. Click-N-Ship®

P

usps.com
$11.97
US POSTAGE
9405 5301 0935 5622 4027 15 0119 7001 0008 9701
U.S. POSTAGE PAID
11/09/2026
1 lb 0 oz
Mailed from 22210 440397989089186

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C028

OFFICE OF THE NEVADA ATTORNEY GENERA
100 N CARSON ST
CARSON CITY NV 89701-4717

USPS TRACKING #

9405 5301 0935 5622 4027 15

JPML - Nevada AG

6

CHAMBERS COPY - DO NOT FILE

Exhibit B - 7 of 7

UNITED STATES POSTAL SERVICE® Click-N-Ship®

P

usps.com
$11.97
US POSTAGE

9405 5301 0935 5622 5222 15 0119 7001 0002 0544

U.S. POSTAGE PAID

11/09/2026
1 lb 0 oz

Mailed from 22210 702155815336746

PRIORITY MAIL®

MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

Created 2026-11-09
Flat Rate Envelope

C000

US JUDICIAL PANEL ON MDL
CLERK OF THE PANEL
1 COLUMBUS CIR NE STE G255
WASHINGTON DC 20544-0005

USPS TRACKING #

9405 5301 0935 5622 5222 15

JPML ORIGINAL FILINGS
NORTH LOBBY - ROOM G255

Cut on dotted line.

## Instructions

1. Please use a laser or laser-quality printer.
2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.
3. Place label so that it does not wrap around the edge of the package.
4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.
5. Please use this shipping label on the "ship date" selected when you requested the label.
6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

**9405 5301 0935 5622 5222 15**

Print Date: 2026-11-09
Ship Date: 2026-11-09

| | |
|---|---|
| PRIORITY MAIL® | $11.97 |
| Extra Services: | $0.00 |
| Fees: | $0.00 |
| Total: | $11.97 |

From: MARTIN AKERMAN
PO BOX 100057
ARLINGTON VA 22210-3057

To: US JUDICIAL PANEL ON MDL
CLERK OF THE PANEL
1 COLUMBUS CIR NE STE G255
WASHINGTON DC 20544-0005

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

UNITED STATES POSTAL SERVICE® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

Martin Akerman, pro se | P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

CHAMBERS COPY - DO NOT FILE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Newsom, et al. v. Trump, et al.

Case No. 3:25-cv-04870-CRB

# EXHIBIT C

## ECF 245

Order Denying Request for Limited Leave

November 19, 2026

1 source page

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAVIN NEWSOM, et al.,
Plaintiffs,
v.
DONALD J. TRUMP, et al.,
Defendants.

Case No. 25-cv-04870-CRB

**ORDER DENYING REQUEST FOR LIMITED LEAVE**

The Court DENIES pro se Martin Akerman's Request for Limited Leave (dkt. 244) as it fails to satisfy any exception referenced in dkt. 100.

**IT IS SO ORDERED.**

Dated: November 19, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: NATIONAL GUARD AUTHORITY LITIGATION**

MDL No. __________
(new proceeding requested; no number received)

**SUPPLEMENTAL INFORMATION REGARDING DISTRICT-COURT NOTICE COMPLIANCE AND RELATED APPELLATE FILINGS**

I submit this supplemental information concerning the transfer motion and companion notice submitted to the Panel on November 9, 2026. The scheduled actions are *Akerman v. The Nevada National Guard*, No. 2:24-cv-01734-RFB-DJA (D. Nev.), and *Newsom v. Trump*, No. 3:25-cv-04870-CRB (N.D. Cal.). No JPML acknowledgment or assigned MDL number has been received.

The district-court submissions were made to comply with J.P.M.L. Rules 4.1(b) and 6.2(a). Rule 4.1(b) requires certification that notice of the transfer motion and a schedule of actions were transmitted to each affected district-court clerk for filing. Rule 6.2(a) likewise requires service of the notice and schedule on each affected district court. I transmitted those papers and requested limited leave under the courts' existing filing restrictions.

In California, the request and notice were filed November 13 as ECF 244. They expressly invoked Rules 4.1(b) and 6.2(a) and included Schedule A. Ex. A at 1-2. On November 19, Judge Breyer denied limited leave because the request "fails to satisfy any exception referenced in dkt. 100." Ex. B at 1. The transmission served the Panel's notice procedure and sought to place that procedural notice before the affected court.

In Nevada, the corresponding request was filed November 12 as ECF 45 and entered November 13. On November 16, Magistrate Judge Albregts denied it in ECF 46, relying on the action's closed status and the absence of a demonstrated connection to the appeal. On November 17, I filed ECF 47 seeking district-judge review under Rule 72(a), or clarification permitting ECF 45 to remain of record for Appeal No. 26-6559. The court-issued notice lists December 1, 2026 for responses. Ex. C reproduces the notices for ECF 45-47. The supplied record contains no disposition of ECF 47.

The related Ninth Circuit record includes my November 14 response and request for immediate judicial consideration of Dkt. 13, filed as Dkt. 16.1, with supporting exhibits at Dkt. 16.2. Exs. D-E reproduce both filings in full. The response addresses district-court filing restrictions and the processing of authorized appellate requests, and seeks immediate transmission of Dkt. 13 for judicial review. Ex. D at 13-15, 22-23.

On November 21, 2026, I am concurrently transmitting for filing a California motion for limited leave under ECF 100 and Civil Local Rule 7-9 to seek reconsideration of ECF 245, and a Nevada motion for leave to supplement ECF 47. The California request concerns retention of the JPML notice and Schedule A. The proposed Nevada supplement explains their relationship to the pending appeal and addresses the intervening California order.

The original transfer submission disclosed the Nevada dismissal and sought time to supplement concerning reopening and the requirements of 28 U.S.C. § 1407. This update supplies the district-court notice history, related appellate filings, and the concurrent requests concerning the treatment of that notice. I respectfully submit Exhibits A-E for association with and consideration alongside the November 9 submission. The district-court leave denials do not purport to decide the transfer request submitted to this Panel.

Respectfully submitted,

Signature: ______________________________

Martin Akerman, proceeding pro se
Date: November 21, 2026
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**No. 26-6559**

MARTIN AKERMAN,
Petitioner-Appellant,

v.

NEVADA NATIONAL GUARD and ATTORNEY GENERAL
OF THE STATE OF NEVADA,
Respondents-Appellees.

**NOTICE OF SUBSEQUENT DISTRICT-COURT PROCEEDINGS AND JPML SUBMISSION**
**(Status Report)**

Appellant gives notice of the following developments after his November 14, 2026 response at Dkt. 16.1.

In the underlying Nevada action, No. 2:24-cv-01734-RFB-DJA, ECF 45 requested limited leave to file notice of the JPML submission and Schedule A. On November 16, Magistrate Judge Albregts denied that request in ECF 46. On November 17, Appellant filed ECF 47 seeking district-judge review under Rule 72(a), or clarification permitting ECF 45 to remain of record for this appeal. The court-issued notice identifies December 1, 2026 as the response deadline. Attachment 1, Ex. C, source pages 1-3.

In *Newsom v. Trump*, No. 3:25-cv-04870-CRB (N.D. Cal.), ECF 244 requested limited leave to lodge the corresponding JPML notice and Schedule A under J.P.M.L. Rules 4.1(b) and 6.2(a). On November 19, Judge Breyer denied the request in ECF 245 because it did not satisfy an exception referenced in ECF 100. Attachment 1, Exs. A-B.

The attached signed November 21 JPML supplemental information reports these developments and the concurrent requests for leave to seek reconsideration in California and to supplement ECF 47 in Nevada. It includes the district-court records, service certificate, and postage records. No JPML acknowledgment or assigned MDL number has been received. Attachment 1 at 1-6.

These proceedings concern the treatment of the district-court JPML notices under existing filing restrictions, an issue addressed in Dkt. 16.1 at 9-11 and 18-19. This notice updates that procedural history while the requests in Dkts. 13 and 14 remain before this Court.

Respectfully submitted,

/s/ Martin Akerman
Martin Akerman, Petitioner-Appellant, pro se
November 21, 2026
P.O. Box 100057, Arlington, VA 22210
(202) 656-5601 | makerman.dod@gmail.com

**Attachment 1:** Signed JPML Supplemental Information Regarding District-Court Notice Compliance and Related Appellate Filings, with certificate, postage records, and Exhibits A-E (144 pages).

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** 26-6559

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

USPS mail, postage prepaid, November 21, 2026:
Office of the Nevada Attorney General
100 North Carson Street, Carson City, NV 89701-4717
Nevada National Guard, Office of the Adjutant General
2460 Fairview Drive, Carson City, NV 89701-6807
Tracking numbers and additional recipients: continuation page.

**Description of Document(s)** *(required for all documents)*:

Notice of Subsequent District-Court Proceedings and JPML Submission (Status Report), with Attachment 1: signed November 21, 2026 JPML supplemental information, certificate, postage records, and Exhibits A-E (144 pages).

**Signature** /s/ Martin Akerman **Date** November 21, 2026

*(use* "s/[typed name]" *to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

## CERTIFICATE OF SERVICE
## (Form 15 continuation)

I certify that on November 21, 2026, I served this notice and Attachment 1 by depositing copies in the United States mail, postage prepaid, addressed to the four recipients below. The notice accompanies the JPML materials in the same envelopes.

**Appellee**
Office of the Nevada Attorney General
100 North Carson Street
Carson City, NV 89701-4717
**USPS tracking:**
9405530109355627958330

**Appellee**
Nevada National Guard
Office of the Adjutant General
2460 Fairview Drive
Carson City, NV 89701-6807
**USPS tracking:**
9405530109355627958347

**Additional service: counsel for the California plaintiffs**
Delbert Tran
California Department of Justice
455 Golden Gate Avenue
San Francisco, CA 94102-3660
**USPS tracking:**
9405530109355627958361

**Additional service: counsel for the federal defendants**
J. Stephen Tagert
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005-4035
**USPS tracking:**
9405530109355627958385

/s/ Martin Akerman
Martin Akerman, Petitioner-Appellant, pro se
November 21, 2026